# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 16 CR 0224 |
| Plaintiff, | ) MAGISTRATE JUDGE |
| | ) NANCY A. VECCHIARELLI |
| v. | ) |
| BOGDAN NICOLESCU, | ) MOTION TO SEAL INDICTMENT |
| TIBERIU DANET, AND | ) |
| RADU MICLAUS, | ) |
| | ) JUDGE GAUGHAN |
| Defendants. | ) |

Now comes the United States of America, by and through counsel, Carole S. Rendon, Acting United States Attorney, and Duncan T. Brown, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reasons: defendants reside overseas and the evidence exists overseas as well. If the defendants are notified of the indictment they are likely to flee and destroy evidence.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be

located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

CAROLE S. RENDON
Acting United States Attorney

By: _____
Duncan T. Brown (NY: 3982931)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3933
(216) 522-7499 (facsimile)
Duncan.Brown@usdoj.gov