IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR224 |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| BOGDAN NICOLESCU, TIBERIU DANET, and RADU MICLAUS | ) | GOVERNMENT'S MOTION FOR LEAVE TO FILE MOTION TO UNSEAL INDICTMENT AND ARREST WARRANTS FOR THE LIMITED PURPOSE OF EXTRADITION OF DEFENDANTS |
| Defendants. | ) | |
| | ) | TO BE FILED UNDER SEAL |

The United States of America, by and through its counsel, Carole S. Rendon, United States Attorney for the Northern District of Ohio, and Duncan T. Brown, Assistant U.S. Attorney, and hereby requests leave to file under seal a Motion to Unseal Indictment and Arrest Warrants for the Limited Purpose of Extradition of Defendants.

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: _____
Duncan T. Brown (NY: 3982931)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3933
(216) 522-7499 (facsimile)
Duncan.Brown@usdoj.gov

FILED
2016 SEP -1 AM 9:58
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND