**FILED**

2016 SEP -1 AM 9:59

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　)<br>BODGAN NICOLESCU, )<br>TIBERIU DANET, and )<br>RADU MICLAUS, )<br>　　　　Defendants. | JUDGE PATRICIA A. GAUGHAN<br><br><u>ORDER TO BE FILED UNDER SEAL</u> |

Upon motion of the United States of America, and for good cause shown, the Motion for Limited Unsealing in the present case is hereby sealed and shall remain sealed until further order of this Court.

_____
UNITED STATES DISTRICT JUDGE

9-1-16
DATE