AO 442 (Rev. 11/11) Arrest Warrant

F10 #10117115

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

FILED
2016 DEC 20 PM 1:58
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

United States of America
v.
RADU MICLAUS

Defendant

Case No.

1 16 CR 0224
JUDGE GAUGHAN

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RADU MICLAUS,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1343 and 1349, Wire Fraud and Conspiracy to Engage in Wire Fraud; 18 USC § 1030(a)(4) and (a)(5), Conspiracy to Commit an Offense to Access Computers Without Authorization to Cause Damage; 18 U.S.C. § 371, Conspiracy; 18 U.SC. § 2320(a)(1), Conspiracy to Traffic in Counterfeit Service Marks; 18 U.S.C. § 1028A, Aggravated Identity Theft; 18 U.SC. § 1956(h), Conspiracy to Commit Money Laundering; and 18 U.S.C. § 3559(g), False Registration of a Domain Name

Date: 8 July 2016

*Issuing officer's signature*

City and state: Cleveland, Ohio

Nancy A. Vecchiarelli, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 7/8/16, and the person was arrested on *(date)* 12/15/16
at *(city and state)* BUCHAREST, ROMANIA.

Date: 12/16/16

*Arresting officer's signature*

ANTHONY A. GARDNER DUSM
*Printed name and title*