IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16CR224 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| BOGDAN NICOLESCU, | ) | MOTION FOR LEAVE TO FILE |
| TIBERIU DANET, | ) | PLEADINGS UNDER SEAL |
| RADU MICLAUS | ) | |
| | ) | |
| Defendants. | ) | |

GRANTED.
/s/ Patricia A. Gaughan
12/20/16

Now comes the United States of America, by and through its counsel, Carole S. Rendon, United States Attorney, and Om M. Kakani, Assistant United States Attorney, and requests that this Court permit the government to file a pleading under seal for the reasons set forth. The government has prepared an *Unopposed Motion for a Protective Order* and *Proposed Order* regulating discovery in this matter. The government requests permission to file the *Unopposed Motion for a Protective Order* and *Proposed Order* under seal, in compliance with Loc. Crim. R. 16.1 and 49.4, to permit disclosure of discovery materials, including matters under seal, to the defendants and further explain the parameters of discovery production in this case.

Respectfully submitted,

CAROLE S. RENDON
United States Attorney

By: /s/ Om Kakani
Om Kakani (NY: 4337705)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3756
(216) 522-2403 (facsimile)
Om.Kakani@usdoj.gov