Revised 4/11/2011

# MINUTES OF CRIMINAL PROCEEDINGS
# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

vs.

RADU MICLAUS

Date: December 21, 2016
Case No. 1:16 CR 224-3 (PAG)
Judge: MJ William H. Baughman, Jr.
Court Reporter: George Staiduhar
Pts/Prob Officer: Kara Cabanes
Interpreter: Gabriella Copariu
Date of Arrest:

U.S. Attorney: Duncan T. Brown / Om M. Kakani

Attorney for Defendant(s): Michael J. O'Shea

CJA Apt: X
Fed. Defender:
Retained:

**ARRAIGNMENT:**
Defendant arraigned, plea of ____ GUILTY ____ NOT GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ of the ____ Indictment ____ Information.

**CHANGE OF PLEA:**
Defendant Plea of NOT GUILTY withdrawn, plea of ____ GUILTY ____ NOLO CONTENDERE entered as to count(s) _____ of the ____ Indictment ____ Information.

- ___ Plea agreement executed.
- ___ The Court adopts the R&R of the Magistrate Judge and finds there is a factual basis for the acceptance of the guilty plea.
- ___ Bond $_____ ___ set ___ continued ___ detention ___ remanded to the custody of U.S. Marshal.
- ___ Motion of government for detention pending trial. Detention Hearing set for:_____.
- ___ Defendant referred to the Probation Office for Pre-sentence Investigation.
- ___ Jury Trial scheduled for:_____
- ___ Pretrial Conference scheduled for:_____
- ___ Sentencing scheduled for:_____

**SENTENCE:**
Defendant committed to the custody of the Bureau of Prisons for a period of ____ months on count(s) _____ of the ___ Indictment ___ Information to run ___ concurrent ___ consecutively.

Period of _____ years of supervised release with standard/special conditions as ordered (see reverse side of form).

Fined the sum of $_____ ____ Fine Waived
Restitution in the amount of $_____ Payable to: _____. ___ Not Ordered.

I.S.S., Probation ordered for a period of _____ months _____ years on count(s) _____
___ Indictment ___ Information with standard/special conditions as ordered (see reverse side of form).

The defendant is to pay a special assessment of $_____ on counts_____. Total $_____.

Upon motion of U.S. Attorney, counts(s)_____ of the Indictment/Information are hereby dismissed.

The execution of the sentence of imprisonment is deferred and the bond continued until _____, at which time the defendant shall surrender to the United States Marshal for this district, or the designated institution.

- ___ Bond is revoked and the defendant is remanded to the custody of the U.S. Marshal.

# STANDARD AND SPECIAL CONDITIONS OF SUPERVISED RELEASE/PROBATION

____ The defendant shall not commit another federal, state or local crime, shall not illegally possess a controlled substance, shall comply with the standard conditions that have been adopted by this court, and shall comply with any additional conditions.

____ The defendant shall refrain from unlawful use of a controlled substance and submit to one drug test within 15 days of the commencement of supervision and to at least two periodic drug tests thereafter, as determined by the pretrial services and probation officer.

____ The defendant shall participate in an approved program of outpatient, inpatient or detoxification substance abuse treatment, which will include drug and alcohol testing to determine if the defendant has reverted to substance abuse.

____ The defendant shall not possess a firearm, destructive device or any dangerous weapon.

____ The defendant shall provide the probation office access to any requested financial information.

____ The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

____ Financial Windfall Condition.

____ Gambling Condition.

____ The defendant shall enter an adult program and work toward a Certificate of General Educational Development (GED).

____ Special Employment. The defendant shall comply with the Offender Employment Policy which may include participation in training, counseling, and/or daily job search as directed by the pretrial services and probation officer.

____ The defendant shall participate in the Location Monitoring Program for a period of _____ months, to commence no later than 30 calendar days from sentencing.

____ Search and Seizure. The defendant shall submit his/her person, residence, place of business, computer, or vehicle to a warrantless search, conducted and controlled by the U.S. Probation Officer.

____ Sex Offender Registration and Notification Act (Adam Walsh Act)

____ Mental Health Treatment. The defendant shall participate in an outpatient mental health treatment program.

____ Cognitive Behavioral Program.

____ Community Service. The defendant shall perform ____ hours of community service as directed by the probation officer.

____ Gang. The defendant shall not associate with any members of a gang or threat group as directed by the probation officer.

____ Deportation. The defendant shall surrender to the Bureau of Immigration and Customs Enforcement, U.S. Department of Homeland Security for deportation, and shall not illegally re-enter or remain in the United States.

____ DNA Collection.

____ Denial of Federal Benefits.

____ Sex Offender.

____ Computer/Internet. Total Prohibition on Access to a Computer Internet.

____ Computer/Internet Restricted.

____ Computer/Internet Access Permitted. The defendant shall abide by all rules of the Computer Restriction and Monitoring Program.

____ Computer Search Only.

____ Computer Employment Restriction.

____ Recommendation to the Bureau of Prisons: _____

____ The defendant is granted credit for time already served in relation to this matter.

____ The defendant advised of his/her appeal rights.

____ No Contact with Minors.

**COMMENTS:** Detention hearing did not go forward. Interpreter Gabriella Copariu. Defendant signed waiver of detention hearing, and the Court accepted the waiver. Defendant remanded to the custody of the US Marshal.

Total Time: 10 minutes

s/ Donna M. Hach
_____
Courtroom Deputy Clerk