# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

FILED

2016 DEC 21  PM 3: 54

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **WAIVER OF DETENTION** |
| ) | **HEARING AND ORDER** |
| v. ) | |
| ) | |
| **RADU MICLAUS** ) | Case No.  1:16 CR 224-3 (PAG) |
| ) | |

     **RADU MICLAUS**, the above-named defendant, who is accused of violating Title 18, U.S.C., 1343, 1349 371, 2320(a)(1), 1028A and 1956(h), being advised of the nature of the charge and of his/her rights and under advice of counsel, hereby waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18, U.S.C. § 3142. The defendant also knowingly and voluntarily, and with advice of counsel, waives whatever right of appeal he/she has of the Magistrate Judge's Order of Detention as a result of the waiver. Defendant ordered detained in custody of U.S. Marshal. *In the event unknown or new information is discovered, defendant reserves the right to renew detention hearing request*

**Defendant**

**Counsel for Defendant**

**APPROVED AND ORDERED:**

WILLIAM H. BAUGHMAN, JR.
UNITED STATES MAGISTRATE JUDGE