# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:15-CR-00158 |
| | ) | |
| Plaintiff, | ) | JUDGE PEARSON |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF SERVICE OF** |
| FREDERICK HOOD, | ) | **DISCOVERY REQUESTS** |
| | ) | **BY DEFENDANT FREDERICK HOOD** |
| Defendant. | ) | |
| | ) | |

Now comes Defendant Frederick Hood, and hereby serves notice that he has submitted discovery requests upon the United States Attorney, by fax transmission, on this 19th day of May, 2016.

Respectfully submitted,

*s/Michael J. O'Shea*
LIPSON O'SHEA LEGAL GROUP
Michael J. O'Shea, Esq. (0039330)
michael@lipsonoshea.com
Beachcliff Market Square
19300 Detroit Road - Suite 202
Rocky River, Ohio 4116
(440) 356-2700
(440) 331-5401 - fax
**Attorney for Defendant**
**Frederick Hood**

1

## **PROOF OF SERVICE**

    I hereby certify that a true copy of the foregoing has been filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic system.

                                     ***S/Michael J. O'Shea***
                                     Michael J. O'Shea