UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR224 |
| | ) | |
| Plaintiff(s), | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| BOGDAN NICOLESCU, et al., | ) | <u>ORDER</u> |
| | ) | |
| Defendant(s). | ) | |

This matter is before the Court on the unopposed motions filed by defendants Bogdan Nicolescu, Tiberiu Danet and Radu Miclaus to grant a continuance of the trial and all other deadlines beyond the time limits established by the Speedy Trial Act, 18 U.S.C. §3161.

The Defendants have been named in an indictment alleging violations of Title 18 U.S.C. §§ 1343 and 1349, 371, 2320(a)(1), 1028A and 1956(h). The parties have represented to this Court that the case involves multiple co-defendants, allegations included in a 53-page indictment, 21 counts, and alleged criminal activity over the better part of a decade. Further, the Government has indicated that the total amount of discovery will amount to approximately one (1) terabyte of information.

Given the complex nature of this case, it is unreasonable to expect adequate preparation within the time limits of 18 U.S.C. §3161. The failure to grant a continuance would likely result

in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation.

For the foregoing reasons, the Court finds that the ends of justice served by the granting of a continuance outweigh the best interest of the public and defendant in a speedy trial. 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The aforesaid motions are granted.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 2/6/17