# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16-CR-0224 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | **JOINDER IN:** |
| RADU MICLAUS, et al. | ) | ***UNOPPOSED MOTION TO*** |
| | ) | ***CONTINUE TRIAL, FINAL*** |
| Defendants. | ) | ***PRE-TRIAL AND MOTION*** |
| | ) | ***DATES*** |
| | ) | |

Now comes Defendant Radu Miclaus (the "Defendant"), by and through counsel, and hereby respectfully gives notice that Defendant joins in defendant Tiberiu Danet's *Unopposed Motion to Continue Trial, Final Pre-Trial and Motion Dates* (document #43).[1]

                                                 Respectfully submitted;

                                                 LIPSON O'SHEA LEGAL GROUP

                                                 ***/Michael J. O'Shea***
                                                 Michael J. O'Shea, Esq. (0039330)
                                                 michael@lipsonoshea.com
                                                 The Hoyt Block Building - Suite 110
                                                 700 West St. Clair Avenue
                                                 Cleveland, Ohio 44113
                                                 (216) 241-0011
                                                 (440) 331-5401 - fax
                                                 **Attorney for the Defendant**

---

[1] This case has previously been declared complex case pursuant to 18 USC 3161(h)(7)(B).

## **PROOF OF SERVICE**

    I hereby certify that a true copy of the foregoing has been filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic record.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's electronic system.

                                              S/Michael J. O'Shea
                                              Michael J. O'Shea