# CURRICULUM VITAE



**Paul S. Mueller**

**Federal Bureau of Investigation**

Data Intercept Technology Unit
Communications Intercept Section
Operational Technology Division
Quantico, VA 22135

## PROFESSIONAL EXPERIENCE

**Federal Bureau of Investigation 03/2007 - Present**

**Supervisory Special Agent**

- Assigned to the Operational Technology Division, Data Intercept Technology Unit in Quantico, Virginia, and is responsible for assisting with the lawful interception, processing, validation, and dissemination of digital information in support of FBI operations.

**Federal Bureau of Investigation 01/2001 - 03/2007**

**Special Agent**

- Tasked to the Portland Division of the FBI investigating computer crimes and received training in the investigation of computer, telecommunications, and other technology crimes.

- Worked as a certified forensic examiner of the FBI's Computer Analysis Response Team, which involves the search of computers and retrieval of data from computer systems and related media.

**Federal Bureau of Investigation 03/1997 - 01/2001**

**Computer Specialist**

- Assigned to the Omaha Division of the FBI to help in the daily operation of all computers and peripheral devices functioning in a stand-alone, network, or mainframe mode, including major systems provided by FBIHQ.  In addition, provided technical advice, guidance, and support to Special Agent personnel and support personnel regarding; backup of operating systems and software, configurations, and uses.

- Serve as a specialist concerning the capabilities and potential of on-line applications and individual micro programs used to support administrative and investigative efforts. Effectively set up training programs based on determination of office training needs. Obtain and review standardized instructional material/programs documentation, and consistently determines adequacy of material to meet individual needs.

**EDUCATION**

- Master of Science - Computer Information Systems - November 1999
- Bachelor of Science - Computer Information Systems - February 1998
- Associate Degree - Applied Sciences - Electronics - March 1996

**PROFESSIONAL AFFILIATIONS/COMMITTEES**

FBI Agents Association