# EXHIBIT A

## ATTACHMENT B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __JOSHUA ANDERSON__, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Afraid.org, and my title is __OWNER/OPERATOR__. I am qualified to authenticate the records previously produced in response to the subpoenas provided as Attachment A, attached hereto, because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records previously produced in response to Attachment A, attached hereto, are true duplicates of the original records in the custody of Afraid.org. The documents previously produced in response to Attachment A, attached hereto, consist of the following digital files, with the following hash values:

| File Name | MD5 Hash | SHA1 Hash |
|---|---|---|
| 20140707-204118-data0\1-message.txt | 2e7bbd62388c161ee6d16c73ac7a254f | 0b86fc311b47ecc56f255e17c56c9e9d8d4bffe8 |
| 20140707-204118-data0\1-range-2013-01-01-to-2014-07-06.zero | d41d8cd98f00b204e9800998ecf8427e | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| 20140707-204118-data0\active-hostmap.txt | c05a94aaf202a7734a43d9517c0501b7 | e06b6285d1309277336cd325ddf93ed5d66fd1ba |
| 20140707-204118-data0\dns-query-logs.txt | c11f9196fc74bb1564ad4b8edc5217e6 | 78f65bae43df38e18e2e48ec63b7953c906ef292 |
| 20140707-204118-data0\flash-cookie-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| 20140707-204118-data0\geosum_dnslog.tab | 15e417b115bda6bd4dac600175034c8d | 932b2e4a175ef0f6f2ecf14c74f778cd0a9588e5 |
| 20140707-204118-data0\geosum_syslog.tab | 166d40de097886ce50a415d6b817379c | 374693ec50de265ef34973bb0a3bdda8f059ebc1 |
| 20140707-204118-data0\geosum_version.tab | c0da31ca4cfc4e37cc1964bbf419f4a0 | fb807283fadcc5faaa5d33b8c0e4757e457943c6 |
| 20140707-204118-data0\lastip-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| 20140707-204118-data0\lookup-names.txt | c25d898d2044856a5d45fbd87adfd763 | 79b7ed8da9cf4d76cb723ac91f586a56599cbdc4 |

| | | |
|---|---|---|
| 20140707-204118-data0\profiles\alex20000_profile.txt | 9a70c0007c6f49b0a3a6495f73533818 ✓ | bdbbd2a45b788c8b8f90eae51439f857dc6fc653 |
| 20140707-204118-data0\syslog.txt | 5c9dbf5875edf52a9f324d412b45f2f8 ✓ | 5babe6ff21a19caaf87b41319d99550973239006 |
| 20140707-204118-data0\syslog_iplist.txt | 38339e8052efb0962ed4a64dbdb9bacc ✓ | cf5548e816e197937ed3a7c55f3dde71655792bc |
| 20140707-204118-data0\tz-cookie-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e ✓ | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| 1-message.txt | d8f316a4293e585f2c150f2e8c7e9d82 ✓ | 8e938b292a1af1e007d01872877f4f2b840a868d |
| 1-range-2014-09-01-to-2015-03-02.zero | d41d8cd98f00b204e9800998ecf8427e ✓ | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| active-hostmap.txt | 640558af1203a22c5145e924e5a28227 ✓ | d0b387487391c8294d2485142d7048339b1800d2 |
| dns-query-logs.txt | 426aa7b39d00004e152fd1d256b4b0e2 ✓ | 81574e06f0e3962c7a657c544d0e84253c2f92f9 |
| flash-cookie-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e ✓ | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| geosum_dnslog.tab | cb04f0fe87cea501d1d6ebfb4fa1f361 ✓ | a2cb40f1a0af4df6e99dccf4f037494a1a48d6f6 |
| geosum_syslog.tab | 0baeb3dc94a0c0237dccaff19a6e21bb ✓ | 81a38e9ef439f058af5f841c4ca440e0fb8298fc |
| geosum_version.tab | 1db7b07c9866e420ba326c20a57b6eec ✓ | e49afc136bb7f87a75a1881006d6f1cd13a816a3 |
| lastip-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e ✓ | da39a3ee5e6b4b0d3255bfef95601890afd80709 |
| lookup-names.txt | c25d898d2044856a5d45fbd87adfd763 ✓ | 79b7ed8da9cf4d76cb723ac91f586a56599cbdc4 |
| profiles\alex20000_profile.txt | e315b914b16684157486c955d09591da ✓ | 56ca81edb8ef9d5f244af0dfaed232e7047eeec8 |
| syslog.txt | 826c5c96be7770ca5043012432fdb27e ✓ | 7dfbadc2fa8c2045ad942d7671b487dcad60d266 |
| syslog_iplist.txt | b4e5846aec4c4a0d0cbdd11ed85571cd ✓ | 6db8a03fed61d0ae10b0e76eb691cb09c12ff760 |
| tz-cookie-matched-but-not-in-list.txt | d41d8cd98f00b204e9800998ecf8427e ✓ | da39a3ee5e6b4b0d3255bfef95601890afd80709 |

✓ = VERIFIED SA

I further state that:

a. all records previously produced in response to Attachment A, attached hereto, to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Afraid.org, and they were made by Afraid.org as a regular practice; and

b. such records were generated by Afraid.org electronic process or system that produces an accurate result, to wit:

2

      1.      the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Afraid.org in a manner to ensure that they are true duplicates of the original records; and

      2.      the process or system is regularly verified by Afraid.org, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

JUNE 22, 2018         Joshua Anderson
Date                                     Signature