# Exhibit A

Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|    | A    | B |
|----|------|---|
| 1  | 1081 | x |
| 2  | 1083 | x |
| 3  | 1084 | x |
| 4  | 1085 | x |
| 5  | 1086 | x |
| 6  | 1104 | x |
| 7  | 1410 | x |
| 8  | 1411 |   |
| 9  | 1412 | x |
| 10 | 1413 |   |
| 11 | 1414 | x |
| 12 | 1416 |   |
| 13 | 1417 | x |
| 14 | 1418 | x |
| 15 | 1419 |   |
| 16 | 1421 |   |
| 17 | 1422 |   |
| 18 | 1423 |   |
| 19 | 1424 |   |
| 20 | 1425 |   |
| 21 | 1426 |   |
| 22 | 1427 |   |
| 23 | 1428 |   |
| 24 | 1429 |   |
| 25 | 1430 |   |
| 26 | 1431 |   |
| 27 | 1432 |   |
| 28 | 1433 |   |
| 29 | 1434 |   |
| 30 | 1435 |   |
| 31 | 1436 |   |
| 32 | 1437 |   |
| 33 | 1438 |   |
| 34 | 1439 |   |
| 35 | 1440 |   |
| 36 | 1441 |   |
| 37 | 1442 |   |
| 38 | 1443 |   |
| 39 | 1444 |   |
| 40 | 1445 |   |
| 41 | 1446 |   |
| 42 | 1447 |   |
| 43 | 1448 |   |
| 44 | 1449 |   |
| 45 | 1450 |   |

## Exhibit A
Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|    | A    | B |
|----|------|---|
| 46 | 1451 |   |
| 47 | 1452 |   |
| 48 | 1453 |   |
| 49 | 1454 |   |
| 50 | 1455 |   |
| 51 | 1456 |   |
| 52 | 1457 |   |
| 53 | 1458 |   |
| 54 | 1459 |   |
| 55 | 1460 |   |
| 56 | 1461 |   |
| 57 | 1462 |   |
| 58 | 1463 |   |
| 59 | 1464 |   |
| 60 | 1465 |   |
| 61 | 1466 |   |
| 62 | 1467 |   |
| 63 | 1468 |   |
| 64 | 1469 |   |
| 65 | 1470 |   |
| 66 | 1471 |   |
| 67 | 1472 |   |
| 68 | 1473 |   |
| 69 | 1474 |   |
| 70 | 1475 |   |
| 71 | 1476 |   |
| 72 | 1477 |   |
| 73 | 1478 |   |
| 74 | 1479 |   |
| 75 | 1480 | x |
| 76 | 1481 | x |
| 77 | 1482 | x |
| 78 | 1483 | x |
| 79 | 1484 | x |
| 80 | 1485 | x |
| 81 | 1486 | x |
| 82 | 1487 | x |
| 83 | 1488 | x |
| 84 | 1489 | x |
| 85 | 1490 | x |
| 86 | 1491 | x |
| 87 | 1492 | x |
| 88 | 1493 | x |
| 89 | 1494 | x |
| 90 | 1495 | x |

## Exhibit A
Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|     | A    | B |
| --- | ---- | --- |
| 91  | 1496 | x |
| 92  | 1497 | x |
| 93  | 1498 | x |
| 94  | 1499 | x |
| 95  | 1500 | x |
| 96  | 1501 | x |
| 97  | 1502 | x |
| 98  | 1503 | x |
| 99  | 1504 | x |
| 100 | 1505 | x |
| 101 | 1506 | x |
| 102 | 1507 | x |
| 103 | 1508 | x |
| 104 | 1509 | x |
| 105 | 1510 | x |
| 106 | 1511 | x |
| 107 | 1512 | x |
| 108 | 1513 | x |
| 109 | 1514 | x |
| 110 | 1515 | x |
| 111 | 1516 | x |
| 112 | 1517 | x |
| 113 | 1518 | x |
| 114 | 1519 | x |
| 115 | 1520 | x |
| 116 | 1521 | x |
| 117 | 1522 | x |
| 118 | 1523 | x |
| 119 | 1524 | x |
| 120 | 1525 | x |
| 121 | 1526 | x |
| 122 | 1527 | x |
| 123 | 1528 | x |
| 124 | 1529 | x |
| 125 | 1530 | x |
| 126 | 1531 | x |
| 127 | 1532 | x |
| 128 | 1533 | x |
| 129 | 1534 | x |
| 130 | 1535 | x |
| 131 | 1536 | x |
| 132 | 1537 | x |
| 133 | 1538 | x |
| 134 | 1539 | x |
| 135 | 1540 | x |

# **Exhibit A**
Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|     | A    | B |
|-----|------|---|
| 136 | 1541 | x |
| 137 | 1542 | x |
| 138 | 1543 | x |
| 139 | 1544 | x |
| 140 | 1545 | x |
| 141 | 1546 | x |
| 142 | 1547 | x |
| 143 | 1548 | x |
| 144 | 1549 | x |
| 145 | 1550 | x |
| 146 | 1551 | x |
| 147 | 1552 | x |
| 148 | 1553 | x |
| 149 | 1554 | x |
| 150 | 1555 | x |
| 151 | 1556 | x |
| 152 | 1557 | x |
| 153 | 1558 | x |
| 154 | 1559 | x |
| 155 | 1560 | x |
| 156 | 1561 | x |
| 157 | 1562 | x |
| 158 | 1563 | x |
| 159 | 1564 | x |
| 160 | 1565 | x |
| 161 | 1566 | x |
| 162 | 1567 | x |
| 163 | 1568 | x |
| 164 | 1569 | x |
| 165 | 1570 | x |
| 166 | 1571 | x |
| 167 | 1572 | x |
| 168 | 1573 | x |
| 169 | 1574 | x |
| 170 | 1575 | x |
| 171 | 1576 | x |
| 172 | 1577 | x |
| 173 | 1578 | x |
| 174 | 1579 | x |
| 175 | 1580 | x |
| 176 | 1581 | x |
| 177 | 1582 | x |
| 178 | 1583 | x |
| 179 | 1584 | x |
| 180 | 1585 | x |

## Exhibit A
Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|     | A    | B |
| --- | ---- | - |
| 181 | 1586 | x |
| 182 | 1587 | x |
| 183 | 1588 | x |
| 184 | 1589 | x |
| 185 | 1590 | x |
| 186 | 1591 | x |
| 187 | 1592 | x |
| 188 | 1593 | x |
| 189 | 1594 | x |
| 190 | 1595 | x |
| 191 | 1596 | x |
| 192 | 1597 | x |
| 193 | 1598 | x |
| 194 | 1599 | x |
| 195 | 1600 | x |
| 196 | 1601 | x |
| 197 | 1602 | x |
| 198 | 1603 | x |
| 199 | 1604 | x |
| 200 | 1605 | x |
| 201 | 1606 | x |
| 202 | 1607 | x |
| 203 | 1608 | x |
| 204 | 1609 | x |
| 205 | 1610 | x |
| 206 | 1611 | x |
| 207 | 1612 | x |
| 208 | 1613 | x |
| 209 | 1614 | x |
| 210 | 1615 | x |
| 211 | 1616 | x |
| 212 | 1617 | x |
| 213 | 1618 | x |
| 214 | 1619 | x |
| 215 | 1620 | x |
| 216 | 1621 | x |
| 217 | 1622 | x |
| 218 | 1623 | x |
| 219 | 1624 | x |
| 220 | 1625 | x |
| 221 | 1626 | x |
| 222 | 1627 | x |
| 223 | 1628 | x |
| 224 | 1629 | x |
| 225 | 1630 | x |

# **Exhibit A**
Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|     | A    | B |
| --- | ---- | - |
| 226 | 1631 | x |
| 227 | 1632 | x |
| 228 | 1633 | x |
| 229 | 1634 | x |
| 230 | 1635 | x |
| 231 | 1636 | x |
| 232 | 1637 | x |
| 233 | 1638 | x |
| 234 | 1639 | x |
| 235 | 1640 | x |
| 236 | 1641 | x |
| 237 | 1642 | x |
| 238 | 1643 | x |
| 239 | 1644 | x |
| 240 | 1645 | x |
| 241 | 1646 | x |
| 242 | 1647 | x |
| 243 | 1648 | x |
| 244 | 1649 | x |
| 245 | 1650 | x |
| 246 | 1651 | x |
| 247 | 1652 | x |
| 248 | 1653 | x |
| 249 | 1654 | x |
| 250 | 1655 | x |
| 251 | 1656 | x |
| 252 | 1657 | x |
| 253 | 1658 | x |
| 254 | 1659 | x |
| 255 | 1670 | x |
| 256 | 1671 | x |
| 257 | 1672 | x |
| 258 | 1673 | x |
| 259 | 1674 | x |
| 260 | 1675 | x |
| 261 | 1676 | x |
| 262 | 1677 | x |
| 263 | 1678 | x |
| 264 | 1679 | x |
| 265 | 1687 | x |
| 266 | 1689 | x |
| 267 | 1908 | x |
| 268 | 1909 | x |
| 269 | 1975 | x |
| 270 | 1977 | x |

**Exhibit A**

Exhibits Which Defendant Currenlty Does Not Assert as Having Hearsay.Crawford Issues

|     | A     | B   |
| --- | ----- | --- |
| 271 | 1980  | x   |
| 272 | 2004  | x   |
| 273 | 2009  | x   |
| 274 | 2014  | x   |
| 275 | 2026  | x   |
| 276 | 2030  | x   |
| 277 | 2031  | x   |
| 278 | 2063  | x   |
| 279 | 2064  | x   |
| 280 | 2065  | x   |
| 281 | 2066  | x   |
| 282 | 2067  | x   |
| 283 |       |     |
| 284 | TOTAL | 282 |