**Exhibit B**
Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|    | A   | B |
|----|-----|---|
| 1  | 4   | x |
| 2  | 5   | x |
| 3  | 39  | x |
| 4  | 42  | x |
| 5  | 43  | x |
| 6  | 44  | x |
| 7  | 48  | x |
| 8  | 49  | x |
| 9  | 50  | x |
| 10 | 68  | x |
| 11 | 69  | x |
| 12 | 70  | x |
| 13 | 71  | x |
| 14 | 73  | x |
| 15 | 74  | x |
| 16 | 82  | x |
| 17 | 83  | x |
| 18 | 84  | x |
| 19 | 85  | x |
| 20 | 87  | x |
| 21 | 88  | x |
| 22 | 89  | x |
| 23 | 90  | x |
| 24 | 91  | x |
| 25 | 93  | x |
| 26 | 95  | x |
| 27 | 96  | x |
| 28 | 97  | x |
| 29 | 99  | x |
| 30 | 124 | x |
| 31 | 125 | x |
| 32 | 126 | x |
| 33 | 127 | x |
| 34 | 128 | x |
| 35 | 163 | x |
| 36 | 164 | x |
| 37 | 167 | x |
| 38 | 170 | x |
| 39 | 172 | x |
| 40 | 173 | x |
| 41 | 174 | x |
| 42 | 176 | x |
| 43 | 177 | x |
| 44 | 178 | x |
| 45 | 179 | x |

**Exhibit B**
Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|    | A   | B |
|----|-----|---|
| 46 | 180 | x |
| 47 | 181 | x |
| 48 | 182 | x |
| 49 | 184 | x |
| 50 | 188 | x |
| 51 | 189 | x |
| 52 | 191 | x |
| 53 | 192 | x |
| 54 | 193 | x |
| 55 | 194 | x |
| 56 | 195 | x |
| 57 | 196 | x |
| 58 | 197 | x |
| 59 | 198 | x |
| 60 | 199 | x |
| 61 | 200 | x |
| 62 | 201 | x |
| 63 | 206 | x |
| 64 | 207 | x |
| 65 | 208 | x |
| 66 | 210 | x |
| 67 | 211 | x |
| 68 | 212 | x |
| 69 | 226 | x |
| 70 | 227 | x |
| 71 | 228 | x |
| 72 | 229 | x |
| 73 | 230 | x |
| 74 | 234 | x |
| 75 | 236 | x |
| 76 | 237 | x |
| 77 | 243 | x |
| 78 | 244 | x |
| 79 | 258 | x |
| 80 | 259 | x |
| 81 | 260 | x |
| 82 | 261 | x |
| 83 | 263 | x |
| 84 | 264 | x |
| 85 | 265 | x |
| 86 | 268 | x |
| 87 | 269 | x |
| 88 | 270 | x |
| 89 | 271 | x |
| 90 | 272 | x |

**Exhibit B**
Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A    | B |
|-----|------|---|
| 91  | 278  | x |
| 92  | 306  | x |
| 93  | 340  | x |
| 94  | 341  | x |
| 95  | 344  | x |
| 96  | 347  | x |
| 97  | 362  | x |
| 98  | 366  | x |
| 99  | 367  | x |
| 100 | 368  | x |
| 101 | 369  | x |
| 102 | 370  | x |
| 103 | 377  | x |
| 104 | 378  | x |
| 105 | 379  | x |
| 106 | 380  | x |
| 107 | 381  | x |
| 108 | 402  | x |
| 109 | 403  | x |
| 110 | 414  | x |
| 111 | 416  | x |
| 112 | 427  | x |
| 113 | 428  | x |
| 114 | 1068 | x |
| 115 | 1070 | x |
| 116 | 1071 | x |
| 117 | 1073 | x |
| 118 | 1106 | x |
| 119 | 1119 | x |
| 120 | 1124 | x |
| 121 | 1129 | x |
| 122 | 1130 | x |
| 123 | 1135 | x |
| 124 | 1137 | x |
| 125 | 1138 | x |
| 126 | 1139 | x |
| 127 | 1141 | x |
| 128 | 1143 | x |
| 129 | 1144 | x |
| 130 | 1145 | x |
| 131 | 1147 | x |
| 132 | 1148 | x |
| 133 | 1173 | x |
| 134 | 1175 | x |
| 135 | 1178 | x |

## **Exhibit B**
Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A    | B |
|-----|------|---|
| 136 | 1179 | x |
| 137 | 1181 | x |
| 138 | 1237 | x |
| 139 | 1273 | x |
| 140 | 1275 | x |
| 141 | 1319 | x |
| 142 | 1321 | x |
| 143 | 1322 | x |
| 144 | 1323 | x |
| 145 | 1324 | x |
| 146 | 1325 | x |
| 147 | 1326 | x |
| 148 | 1327 | x |
| 149 | 1328 | x |
| 150 | 1329 | x |
| 151 | 1330 | x |
| 152 | 1331 | x |
| 153 | 1332 | x |
| 154 | 1333 | x |
| 155 | 1334 | x |
| 156 | 1335 | x |
| 157 | 1336 | x |
| 158 | 1337 | x |
| 159 | 1338 | x |
| 160 | 1339 | x |
| 161 | 1340 | x |
| 162 | 1341 | x |
| 163 | 1342 | x |
| 164 | 1343 | x |
| 165 | 1344 | x |
| 166 | 1345 | x |
| 167 | 1346 | x |
| 168 | 1347 | x |
| 169 | 1348 | x |
| 170 | 1349 | x |
| 171 | 1350 | x |
| 172 | 1351 | x |
| 173 | 1352 | x |
| 174 | 1353 | x |
| 175 | 1354 | x |
| 176 | 1355 | x |
| 177 | 1356 | x |
| 178 | 1357 | x |
| 179 | 1358 | x |
| 180 | 1359 | x |

**Exhibit B**

Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A    | B |
| --- | ---- | - |
| 181 | 1360 | x |
| 182 | 1361 | x |
| 183 | 1362 | x |
| 184 | 1363 | x |
| 185 | 1364 | x |
| 186 | 1365 | x |
| 187 | 1366 | x |
| 188 | 1367 | x |
| 189 | 1368 | x |
| 190 | 1369 | x |
| 191 | 1370 | x |
| 192 | 1371 | x |
| 193 | 1372 | x |
| 194 | 1373 | x |
| 195 | 1374 | x |
| 196 | 1375 | x |
| 197 | 1376 | x |
| 198 | 1377 | x |
| 199 | 1378 | x |
| 200 | 1379 | x |
| 201 | 1380 | x |
| 202 | 1381 | x |
| 203 | 1382 | x |
| 204 | 1383 | x |
| 205 | 1384 | x |
| 206 | 1385 | x |
| 207 | 1386 | x |
| 208 | 1387 | x |
| 209 | 1388 | x |
| 210 | 1389 | x |
| 211 | 1390 | x |
| 212 | 1391 | x |
| 213 | 1392 | x |
| 214 | 1393 | x |
| 215 | 1394 | x |
| 216 | 1395 | x |
| 217 | 1396 | x |
| 218 | 1397 | x |
| 219 | 1398 | x |
| 220 | 1399 | x |
| 221 | 1400 | x |
| 222 | 1401 | x |
| 223 | 1402 | x |
| 224 | 1403 | x |
| 225 | 1404 | x |

**Exhibit B**

Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A    | B   |
| --- | ---- | --- |
| 226 | 1405 | x   |
| 227 | 1406 | x   |
| 228 | 1407 | x   |
| 229 | 1408 | x   |
| 230 | 1409 | x   |
| 231 | 1419 | x   |
| 232 | 1421 | x   |
| 233 | 1424 | x   |
| 234 | 1425 | x   |
| 235 | 1436 | x   |
| 236 | 1437 | x   |
| 237 | 1440 | x   |
| 238 | 1441 | x   |
| 239 | 1448 | x   |
| 240 | 1449 | x   |
| 241 | 1451 | x   |
| 242 | 1452 | x   |
| 243 | 1454 | x   |
| 244 | 1456 | x   |
| 245 | 1457 | x   |
| 246 | 1458 | x   |
| 247 | 1459 | x   |
| 248 | 1460 | x   |
| 249 | 1461 | x   |
| 250 | 1462 | x   |
| 251 | 1479 | x   |
| 252 | 1680 | x   |
| 253 | 1681 | x   |
| 254 | 1682 | x   |
| 255 | 1683 | x   |
| 256 | 1684 | x   |
| 257 | 1685 | x   |
| 258 | 1686 | x   |
| 259 | 1690 | x   |
| 260 | 1691 | x   |
| 261 | 1692 | x   |
| 262 | 1693 | x   |
| 263 | 1694 | x   |
| 264 | 1695 | x   |
| 265 | 1696 | x   |
| 266 | 1697 | x   |
| 267 | 1698 | x   |
| 268 | 1699 | x   |
| 269 | 1732 | x   |
| 270 | 1739 | x   |

## **Exhibit B**
Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A    | B |
|-----|------|---|
| 271 | 1741 | x |
| 272 | 1893 | x |
| 273 | 1894 | x |
| 274 | 1910 | x |
| 275 | 1911 | x |
| 276 | 1912 | x |
| 277 | 1919 | x |
| 278 | 1925 | x |
| 279 | 1926 | x |
| 280 | 1927 | x |
| 281 | 1947 | x |
| 282 | 1961 | x |
| 283 | 1969 | x |
| 284 | 1971 | x |
| 285 | 2005 | x |
| 286 | 2078 | x |
| 287 | 2079 | x |
| 288 | 2080 | x |
| 289 | 2081 | x |
| 290 | 2094 | x |
| 291 | 2095 | x |
| 292 | 2096 | x |
| 293 | 2148 | x |
| 294 | 2149 | x |
| 295 | 2150 | x |
| 296 | 2151 | x |
| 297 | 2152 | x |
| 298 | 2153 | x |
| 299 | 2154 | x |
| 300 | 2155 | x |
| 301 | 2156 | x |
| 302 | 2157 | x |
| 303 | 2158 | x |
| 304 | 2159 | x |
| 305 | 2160 | x |
| 306 | 2161 | x |
| 307 | 2162 | x |
| 308 | 2163 | x |
| 309 | 2185 | x |
| 310 | 2186 | x |
| 311 | 2187 | x |
| 312 | 2188 | x |
| 313 | 2189 | x |
| 314 | 2190 | x |
| 315 | 2191 | x |

**Exhibit B**

Hearsay.Crawford Exhibits That May Be Admissible With Redactions

|     | A     | B   |
|-----|-------|-----|
| 316 | 2192  | x   |
| 317 | 2193  | x   |
| 318 | 2196  | x   |
| 319 | 2197  | x   |
| 320 | 2255  | x   |
| 321 | 2395  | x   |
| 322 | 2397  | x   |
| 323 | 2398  | x   |
| 324 | 2400  | x   |
| 325 | 2402  | x   |
| 326 | 2404  | x   |
| 327 | 2406  | x   |
| 328 | 2407  | x   |
| 329 | 2408  | x   |
| 330 | 2409  | x   |
| 331 | 2410  | x   |
| 332 | 2411  | x   |
| 333 | 2412  | x   |
| 334 | 2414  | x   |
| 335 | 2416  | x   |
| 336 | 2418  | x   |
| 337 | 2420  | x   |
| 338 | 2422  | x   |
| 339 |       |     |
| 340 | TOTAL | 338 |