*Exhibit C*
Exhibits to Which Defendant Objects

|   | A | B | C |
|---|---|---|---|
| 1 | 1 | x | |
| 2 | 2 | x | |
| 3 | 3 | x | |
| 4 | 6 | x | |
| 5 | 7 | x | |
| 6 | 8 | x | |
| 7 | 9 | x | |
| 8 | 10 | x | |
| 9 | 11 | x | |
| 10 | 12 | x | |
| 11 | 13 | x | |
| 12 | 14 | x | |
| 13 | 15 | x | |
| 14 | 16 | x | |
| 15 | 17 | x | |
| 16 | 18 | x | |
| 17 | 19 | x | |
| 18 | 20 | x | |
| 19 | 21 | x | |
| 20 | 22 | x | |
| 21 | 23 | x | |
| 22 | 24 | x | |
| 23 | 25 | x | |
| 24 | 26 | x | |
| 25 | 27 | x | |
| 26 | 28 | x | |
| 27 | 29 | x | |
| 28 | 30 | x | |
| 29 | 31 | x | |
| 30 | 32 | x | |
| 31 | 33 | x | |
| 32 | 34 | x | |
| 33 | 35 | x | |
| 34 | 36 | x | |
| 35 | 37 | x | |
| 36 | 38 | x | |
| 37 | 40 | x | |
| 38 | 41 | x | |
| 39 | 45 | x | |
| 40 | 46 | x | |
| 41 | 47 | x | |
| 42 | 51 | x | |
| 43 | 52 | x | |
| 44 | 53 | x | |
| 45 | 54 | x | |
| 46 | 55 | x | |
| 47 | 56 | x | |

### *Exhibit C*
Exhibits to Which Defendant Objects

|    | A   | B | C |
|----|-----|---|---|
| 48 | 57  | x |   |
| 49 | 65  | x |   |
| 50 | 66  | x |   |
| 51 | 67  | x |   |
| 52 | 72  | x |   |
| 53 | 75  | x |   |
| 54 | 76  | x |   |
| 55 | 77  | x |   |
| 56 | 78  | x |   |
| 57 | 79  | x |   |
| 58 | 80  | x |   |
| 59 | 81  | x |   |
| 60 | 86  | x |   |
| 61 | 92  | x |   |
| 62 | 94  | x |   |
| 63 | 98  | x |   |
| 64 | 100 | x |   |
| 65 | 101 | x |   |
| 66 | 102 | x |   |
| 67 | 103 | x |   |
| 68 | 104 | x |   |
| 69 | 105 | x |   |
| 70 | 106 | x |   |
| 71 | 107 | x |   |
| 72 | 108 | x |   |
| 73 | 109 | x |   |
| 74 | 110 | x |   |
| 75 | 111 | x |   |
| 76 | 112 | x |   |
| 77 | 113 | x |   |
| 78 | 114 | x |   |
| 79 | 115 | x |   |
| 80 | 116 | x |   |
| 81 | 117 | x |   |
| 82 | 118 | x |   |
| 83 | 119 | x |   |
| 84 | 120 | x |   |
| 85 | 121 | x |   |
| 86 | 121 | x |   |
| 87 | 122 | x |   |
| 88 | 123 | x |   |
| 89 | 129 | x |   |
| 90 | 130 | x |   |
| 91 | 131 | x |   |
| 92 | 132 | x |   |
| 93 | 133 | x |   |
| 94 | 134 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

| | A | B | C |
|---|---|---|---|
| 95 | 135 | x | |
| 96 | 136 | x | |
| 97 | 137 | x | |
| 98 | 138 | x | |
| 99 | 139 | x | |
| 100 | 140 | x | |
| 101 | 141 | x | |
| 102 | 142 | x | |
| 103 | 143 | x | |
| 104 | 144 | x | |
| 105 | 145 | x | |
| 106 | 146 | x | |
| 107 | 147 | x | |
| 108 | 148 | x | |
| 109 | 149 | x | |
| 110 | 150 | x | |
| 111 | 151 | x | |
| 112 | 152 | x | |
| 113 | 153 | x | |
| 114 | 154 | x | |
| 115 | 155 | x | |
| 116 | 156 | x | |
| 117 | 157 | x | |
| 118 | 158 | x | |
| 119 | 159 | x | |
| 120 | 160 | x | |
| 121 | 161 | x | |
| 122 | 162 | x | |
| 123 | 165 | x | |
| 124 | 166 | x | |
| 125 | 168 | x | |
| 126 | 169 | x | |
| 127 | 171 | x | |
| 128 | 175 | x | |
| 129 | 183 | x | |
| 130 | 185 | x | |
| 131 | 186 | x | |
| 132 | 187 | x | |
| 133 | 190 | x | |
| 134 | 202 | x | |
| 135 | 203 | x | |
| 136 | 204 | x | |
| 137 | 205 | x | |
| 138 | 209 | x | |
| 139 | 213 | x | |
| 140 | 214 | x | |
| 141 | 215 | x | |

### _Exhibit C_
Exhibits to Which Defendant Objects

|     | A   | B   | C   |
| --- | --- | --- | --- |
| 142 | 216 | x   |     |
| 143 | 217 | x   |     |
| 144 | 218 | x   |     |
| 145 | 219 | x   |     |
| 146 | 220 | x   |     |
| 147 | 221 | x   |     |
| 148 | 222 | x   |     |
| 149 | 223 | x   |     |
| 150 | 224 | x   |     |
| 151 | 225 | x   |     |
| 152 | 231 | x   |     |
| 153 | 232 | x   |     |
| 154 | 233 | x   |     |
| 155 | 235 | x   |     |
| 156 | 238 | x   |     |
| 157 | 239 | x   |     |
| 158 | 240 | x   |     |
| 159 | 241 | x   |     |
| 160 | 242 | x   |     |
| 161 | 255 | x   |     |
| 162 | 256 | x   |     |
| 163 | 257 | x   |     |
| 164 | 262 | x   |     |
| 165 | 273 | x   |     |
| 166 | 274 | x   |     |
| 167 | 275 | x   |     |
| 168 | 276 | x   |     |
| 169 | 277 | x   |     |
| 170 | 279 | x   |     |
| 171 | 280 | x   |     |
| 172 | 281 | x   |     |
| 173 | 282 | x   |     |
| 174 | 283 | x   |     |
| 175 | 284 | x   |     |
| 176 | 285 | x   |     |
| 177 | 286 | x   |     |
| 178 | 287 | x   |     |
| 179 | 288 | x   |     |
| 180 | 289 | x   |     |
| 181 | 290 | x   |     |
| 182 | 291 | x   |     |
| 183 | 292 | x   |     |
| 184 | 293 | x   |     |
| 185 | 294 | x   |     |
| 186 | 295 | x   |     |
| 187 | 296 | x   |     |
| 188 | 297 | x   |     |

### *Exhibit C*
Exhibits to Which Defendant Objects

| | A | B | C |
|---|---|---|---|
| 189 | 298 | x | |
| 190 | 299 | x | |
| 191 | 300 | x | |
| 192 | 301 | x | |
| 193 | 302 | x | |
| 194 | 303 | x | |
| 195 | 304 | x | |
| 196 | 305 | x | |
| 197 | 307 | x | |
| 198 | 308 | x | |
| 199 | 309 | x | |
| 200 | 310 | x | |
| 201 | 311 | x | |
| 202 | 312 | x | |
| 203 | 313 | x | |
| 204 | 314 | x | |
| 205 | 315 | x | |
| 206 | 316 | x | |
| 207 | 317 | x | |
| 208 | 318 | x | |
| 209 | 319 | x | |
| 210 | 320 | x | |
| 211 | 321 | x | |
| 212 | 322 | x | |
| 213 | 323 | x | |
| 214 | 324 | x | |
| 215 | 325 | x | |
| 216 | 326 | x | |
| 217 | 327 | x | |
| 218 | 328 | x | |
| 219 | 329 | x | |
| 220 | 330 | x | |
| 221 | 331 | x | |
| 222 | 332 | x | |
| 223 | 333 | x | |
| 224 | 334 | x | |
| 225 | 335 | x | |
| 226 | 336 | x | |
| 227 | 337 | x | |
| 228 | 338 | x | |
| 229 | 339 | x | |
| 230 | 342 | x | |
| 231 | 343 | x | |
| 232 | 345 | x | |
| 233 | 346 | x | |
| 234 | 348 | x | |
| 235 | 349 | x | |

### *Exhibit C*
Exhibits to Which Defendant Objects

| | A | B | C |
|---|---|---|---|
| 236 | 350 | x | |
| 237 | 351 | x | |
| 238 | 360 | x | |
| 239 | 361 | x | |
| 240 | 363 | x | |
| 241 | 364 | x | |
| 242 | 365 | x | |
| 243 | 371 | x | |
| 244 | 372 | x | |
| 245 | 373 | x | |
| 246 | 374 | x | |
| 247 | 375 | x | |
| 248 | 376 | x | |
| 249 | 382 | x | |
| 250 | 383 | x | |
| 251 | 384 | x | |
| 252 | 385 | x | |
| 253 | 399 | x | |
| 254 | 400 | x | |
| 255 | 401 | x | |
| 256 | 404 | x | |
| 257 | 405 | x | |
| 258 | 406 | x | |
| 259 | 407 | x | |
| 260 | 408 | x | |
| 261 | 409 | x | |
| 262 | 410 | x | |
| 263 | 411 | x | |
| 264 | 412 | x | |
| 265 | 413 | x | |
| 266 | 415 | x | |
| 267 | 417 | x | |
| 268 | 418 | x | |
| 269 | 419 | x | |
| 270 | 420 | x | |
| 271 | 421 | x | |
| 272 | 422 | x | |
| 273 | 423 | x | |
| 274 | 424 | x | |
| 275 | 425 | x | |
| 276 | 426 | x | |
| 277 | 429 | x | |
| 278 | 430 | x | |
| 279 | 431 | x | |
| 280 | 432 | x | |
| 281 | 433 | x | |
| 282 | 434 | x | |

**_Exhibit C_**
Exhibits to Which Defendant Objects

|     | A | B | C |
| --- | --- | --- | --- |
| 283 | 435 | x | |
| 284 | 436 | x | |
| 285 | 437 | x | |
| 286 | 438 | x | |
| 287 | 439 | x | |
| 288 | 440 | x | |
| 289 | 441 -1066 | x | 626 total |
| 290 | 1067 | x | |
| 291 | 1069 | x | |
| 292 | 1072 | x | |
| 293 | 1074 | x | |
| 294 | 1075 | x | |
| 295 | 1076 | x | |
| 296 | 1077 | x | |
| 297 | 1078 | x | |
| 298 | 1079 | x | |
| 299 | 1080 | x | |
| 300 | 1082 | x | |
| 301 | 1105 | x | |
| 302 | 1107 | x | |
| 303 | 1108 | x | |
| 304 | 1109 | x | |
| 305 | 1110 | x | |
| 306 | 1111 | x | |
| 307 | 1112 | x | |
| 308 | 1113 | x | |
| 309 | 1114 | x | |
| 310 | 1115 | x | |
| 311 | 1116 | x | |
| 312 | 1117 | x | |
| 313 | 1118 | x | |
| 314 | 1120 | x | |
| 315 | 1121 | x | |
| 316 | 1122 | x | |
| 317 | 1123 | x | |
| 318 | 1125 | x | |
| 319 | 1126 | x | |
| 320 | 1127 | x | |
| 321 | 1128 | x | |
| 322 | 1131 | x | |
| 323 | 1132 | x | |
| 324 | 1133 | x | |
| 325 | 1134 | x | |
| 326 | 1136 | x | |
| 327 | 1140 | x | |
| 328 | 1142 | x | |
| 329 | 1146 | x | |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 330 | 1149 | x |   |
| 331 | 1150 | x |   |
| 332 | 1151 | x |   |
| 333 | 1152 | x |   |
| 334 | 1153 | x |   |
| 335 | 1154 | x |   |
| 336 | 1155 | x |   |
| 337 | 1156 | x |   |
| 338 | 1157 | x |   |
| 339 | 1158 | x |   |
| 340 | 1159 | x |   |
| 341 | 1160 | x |   |
| 342 | 1161 | x |   |
| 343 | 1162 | x |   |
| 344 | 1163 | x |   |
| 345 | 1164 | x |   |
| 346 | 1165 | x |   |
| 347 | 1166 | x |   |
| 348 | 1167 | x |   |
| 349 | 1168 | x |   |
| 350 | 1169 | x |   |
| 351 | 1170 | x |   |
| 352 | 1171 | x |   |
| 353 | 1172 | x |   |
| 354 | 1174 | x |   |
| 355 | 1176 | x |   |
| 356 | 1177 | x |   |
| 357 | 1180 | x |   |
| 358 | 1190 | x |   |
| 359 | 1191 | x |   |
| 360 | 1192 | x |   |
| 361 | 1193 | x |   |
| 362 | 1194 | x |   |
| 363 | 1195 | x |   |
| 364 | 1196 | x |   |
| 365 | 1197 | x |   |
| 366 | 1198 | x |   |
| 367 | 1199 | x |   |
| 368 | 1200 | x |   |
| 369 | 1201 | x |   |
| 370 | 1202 | x |   |
| 371 | 1203 | x |   |
| 372 | 1204 | x |   |
| 373 | 1205 | x |   |
| 374 | 1206 | x |   |
| 375 | 1207 | x |   |
| 376 | 1208 | x |   |

## *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 377 | 1209 | x |   |
| 378 | 1210 | x |   |
| 379 | 1211 | x |   |
| 380 | 1212 | x |   |
| 381 | 1213 | x |   |
| 382 | 1214 | x |   |
| 383 | 1215 | x |   |
| 384 | 1216 | x |   |
| 385 | 1217 | x |   |
| 386 | 1218 | x |   |
| 387 | 1219 | x |   |
| 388 | 1220 | x |   |
| 389 | 1221 | x |   |
| 390 | 1222 | x |   |
| 391 | 1223 | x |   |
| 392 | 1224 | x |   |
| 393 | 1225 | x |   |
| 394 | 1226 | x |   |
| 395 | 1227 | x |   |
| 396 | 1228 | x |   |
| 397 | 1229 | x |   |
| 398 | 1230 | x |   |
| 399 | 1231 | x |   |
| 400 | 1232 | x |   |
| 401 | 1233 | x |   |
| 402 | 1234 | x |   |
| 403 | 1235 | x |   |
| 404 | 1236 | x |   |
| 405 | 1238 | x |   |
| 406 | 1239 | x |   |
| 407 | 1240 | x |   |
| 408 | 1241 | x |   |
| 409 | 1242 | x |   |
| 410 | 1243 | x |   |
| 411 | 1244 | x |   |
| 412 | 1245 | x |   |
| 413 | 1246 | x |   |
| 414 | 1247 | x |   |
| 415 | 1248 | x |   |
| 416 | 1249 | x |   |
| 417 | 1250 | x |   |
| 418 | 1251 | x |   |
| 419 | 1252 | x |   |
| 420 | 1253 | x |   |
| 421 | 1254 | x |   |
| 422 | 1255 | x |   |
| 423 | 1256 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 424 | 1272 | x |   |
| 425 | 1274 | x |   |
| 426 | 1276 | x |   |
| 427 | 1277 | x |   |
| 428 | 1299 | x |   |
| 429 | 1300 | x |   |
| 430 | 1411 | x |   |
| 431 | 1413 | x |   |
| 432 | 1416 | x |   |
| 433 | 1422 | x |   |
| 434 | 1423 | x |   |
| 435 | 1426 | x |   |
| 436 | 1427 | x |   |
| 437 | 1428 | x |   |
| 438 | 1429 | x |   |
| 439 | 1430 | x |   |
| 440 | 1431 | x |   |
| 441 | 1432 | x |   |
| 442 | 1433 | x |   |
| 443 | 1438 | x |   |
| 444 | 1439 | x |   |
| 445 | 1442 | x |   |
| 446 | 1443 | x |   |
| 447 | 1444 | x |   |
| 448 | 1445 | x |   |
| 449 | 1446 | x |   |
| 450 | 1447 | x |   |
| 451 | 1450 | x |   |
| 452 | 1453 | x |   |
| 453 | 1455 | x |   |
| 454 | 1463 | x |   |
| 455 | 1464 | x |   |
| 456 | 1465 | x |   |
| 457 | 1466 | x |   |
| 458 | 1467 | x |   |
| 459 | 1468 | x |   |
| 460 | 1469 | x |   |
| 461 | 1470 | x |   |
| 462 | 1471 | x |   |
| 463 | 1472 | x |   |
| 464 | 1473 | x |   |
| 465 | 1474 | x |   |
| 466 | 1475 | x |   |
| 467 | 1476 | x |   |
| 468 | 1477 | x |   |
| 469 | 1478 | x |   |
| 470 | 1700 | x |   |

### Exhibit C
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 471 | 1701 | x |   |
| 472 | 1702 | x |   |
| 473 | 1703 | x |   |
| 474 | 1704 | x |   |
| 475 | 1705 | x |   |
| 476 | 1706 | x |   |
| 477 | 1707 | x |   |
| 478 | 1708 | x |   |
| 479 | 1709 | x |   |
| 480 | 1710 | x |   |
| 481 | 1711 | x |   |
| 482 | 1712 | x |   |
| 483 | 1713 | x |   |
| 484 | 1714 | x |   |
| 485 | 1715 | x |   |
| 486 | 1716 | x |   |
| 487 | 1717 | x |   |
| 488 | 1718 | x |   |
| 489 | 1719 | x |   |
| 490 | 1720 | x |   |
| 491 | 1721 | x |   |
| 492 | 1722 | x |   |
| 493 | 1723 | x |   |
| 494 | 1724 | x |   |
| 495 | 1725 | x |   |
| 496 | 1726 | x |   |
| 497 | 1727 | x |   |
| 498 | 1728 | x |   |
| 499 | 1729 | x |   |
| 500 | 1730 | x |   |
| 501 | 1731 | x |   |
| 502 | 1733 | x |   |
| 503 | 1734 | x |   |
| 504 | 1735 | x |   |
| 505 | 1736 | x |   |
| 506 | 1737 | x |   |
| 507 | 1738 | x |   |
| 508 | 1740 | x |   |
| 509 | 1742 | x |   |
| 510 | 1743 | x |   |
| 511 | 1744 | x |   |
| 512 | 1745 | x |   |
| 513 | 1746 | x |   |
| 514 | 1747 | x |   |
| 515 | 1748 | x |   |
| 516 | 1749 | x |   |
| 517 | 1750 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 518 | 1751 | x |   |
| 519 | 1752 | x |   |
| 520 | 1753 | x |   |
| 521 | 1754 | x |   |
| 522 | 1755 | x |   |
| 523 | 1756 | x |   |
| 524 | 1757 | x |   |
| 525 | 1758 | x |   |
| 526 | 1759 | x |   |
| 527 | 1762 | x |   |
| 528 | 1766 | x |   |
| 529 | 1767 | x |   |
| 530 | 1768 | x |   |
| 531 | 1769 | x |   |
| 532 | 1770 | x |   |
| 533 | 1771 | x |   |
| 534 | 1772 | x |   |
| 535 | 1773 | x |   |
| 536 | 1774 | x |   |
| 537 | 1775 | x |   |
| 538 | 1776 | x |   |
| 539 | 1777 | x |   |
| 540 | 1778 | x |   |
| 541 | 1779 | x |   |
| 542 | 1780 | x |   |
| 543 | 1781 | x |   |
| 544 | 1782 | x |   |
| 545 | 1783 | x |   |
| 546 | 1784 | x |   |
| 547 | 1785 | x |   |
| 548 | 1786 | x |   |
| 549 | 1787 | x |   |
| 550 | 1788 | x |   |
| 551 | 1789 | x |   |
| 552 | 1790 | x |   |
| 553 | 1791 | x |   |
| 554 | 1792 | x |   |
| 555 | 1793 | x |   |
| 556 | 1794 | x |   |
| 557 | 1795 | x |   |
| 558 | 1796 | x |   |
| 559 | 1797 | x |   |
| 560 | 1798 | x |   |
| 561 | 1799 | x |   |
| 562 | 1800 | x |   |
| 563 | 1801 | x |   |
| 564 | 1802 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
| --- | ---- | - | - |
| 565 | 1803 | x |   |
| 566 | 1804 | x |   |
| 567 | 1805 | x |   |
| 568 | 1806 | x |   |
| 569 | 1807 | x |   |
| 570 | 1808 | x |   |
| 571 | 1809 | x |   |
| 572 | 1810 | x |   |
| 573 | 1811 | x |   |
| 574 | 1812 | x |   |
| 575 | 1813 | x |   |
| 576 | 1814 | x |   |
| 577 | 1815 | x |   |
| 578 | 1816 | x |   |
| 579 | 1817 | x |   |
| 580 | 1818 | x |   |
| 581 | 1819 | x |   |
| 582 | 1820 | x |   |
| 583 | 1821 | x |   |
| 584 | 1822 | x |   |
| 585 | 1823 | x |   |
| 586 | 1824 | x |   |
| 587 | 1825 | x |   |
| 588 | 1826 | x |   |
| 589 | 1827 | x |   |
| 590 | 1828 | x |   |
| 591 | 1829 | x |   |
| 592 | 1830 | x |   |
| 593 | 1831 | x |   |
| 594 | 1832 | x |   |
| 595 | 1833 | x |   |
| 596 | 1834 | x |   |
| 597 | 1835 | x |   |
| 598 | 1836 | x |   |
| 599 | 1837 | x |   |
| 600 | 1838 | x |   |
| 601 | 1839 | x |   |
| 602 | 1840 | x |   |
| 603 | 1841 | x |   |
| 604 | 1842 | x |   |
| 605 | 1843 | x |   |
| 606 | 1844 | x |   |
| 607 | 1845 | x |   |
| 608 | 1846 | x |   |
| 609 | 1847 | x |   |
| 610 | 1848 | x |   |
| 611 | 1849 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B   | C   |
| --- | ---- | --- | --- |
| 612 | 1850 | x   |     |
| 613 | 1851 | x   |     |
| 614 | 1852 | x   |     |
| 615 | 1853 | x   |     |
| 616 | 1854 | x   |     |
| 617 | 1855 | x   |     |
| 618 | 1856 | x   |     |
| 619 | 1857 | x   |     |
| 620 | 1858 | x   |     |
| 621 | 1859 | x   |     |
| 622 | 1860 | x   |     |
| 623 | 1861 | x   |     |
| 624 | 1862 | x   |     |
| 625 | 1863 | x   |     |
| 626 | 1864 | x   |     |
| 627 | 1865 | x   |     |
| 628 | 1866 | x   |     |
| 629 | 1867 | x   |     |
| 630 | 1868 | x   |     |
| 631 | 1869 | x   |     |
| 632 | 1870 | x   |     |
| 633 | 1871 | x   |     |
| 634 | 1872 | x   |     |
| 635 | 1873 | x   |     |
| 636 | 1874 | x   |     |
| 637 | 1875 | x   |     |
| 638 | 1876 | x   |     |
| 639 | 1878 | x   |     |
| 640 | 1880 | x   |     |
| 641 | 1881 | x   |     |
| 642 | 1882 | x   |     |
| 643 | 1883 | x   |     |
| 644 | 1884 | x   |     |
| 645 | 1885 | x   |     |
| 646 | 1886 | x   |     |
| 647 | 1887 | x   |     |
| 648 | 1888 | x   |     |
| 649 | 1890 | x   |     |
| 650 | 1891 | x   |     |
| 651 | 1892 | x   |     |
| 652 | 1896 | x   |     |
| 653 | 1897 | x   |     |
| 654 | 1900 | x   |     |
| 655 | 1901 | x   |     |
| 656 | 1902 | x   |     |
| 657 | 1903 | x   |     |
| 658 | 1904 | x   |     |

*Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 659 | 1905 | x |   |
| 660 | 1906 | x |   |
| 661 | 1907 | x |   |
| 662 | 1913 | x |   |
| 663 | 1914 | x |   |
| 664 | 1915 | x |   |
| 665 | 1916 | x |   |
| 666 | 1917 | x |   |
| 667 | 1918 | x |   |
| 668 | 1920 | x |   |
| 669 | 1921 | x |   |
| 670 | 1922 | x |   |
| 671 | 1923 | x |   |
| 672 | 1924 | x |   |
| 673 | 1928 | x |   |
| 674 | 1929 | x |   |
| 675 | 1930 | x |   |
| 676 | 1931 | x |   |
| 677 | 1932 | x |   |
| 678 | 1933 | x |   |
| 679 | 1934 | x |   |
| 680 | 1935 | x |   |
| 681 | 1936 | x |   |
| 682 | 1937 | x |   |
| 683 | 1938 | x |   |
| 684 | 1939 | x |   |
| 685 | 1940 | x |   |
| 686 | 1941 | x |   |
| 687 | 1942 | x |   |
| 688 | 1943 | x |   |
| 689 | 1944 | x |   |
| 690 | 1945 | x |   |
| 691 | 1946 | x |   |
| 692 | 1948 | x |   |
| 693 | 1949 | x |   |
| 694 | 1950 | x |   |
| 695 | 1951 | x |   |
| 696 | 1952 | x |   |
| 697 | 1953 | x |   |
| 698 | 1954 | x |   |
| 699 | 1955 | x |   |
| 700 | 1956 | x |   |
| 701 | 1957 | x |   |
| 702 | 1958 | x |   |
| 703 | 1959 | x |   |
| 704 | 1960 | x |   |
| 705 | 1962 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

| | A | B | C |
|---|---|---|---|
| 706 | 1963 | x | |
| 707 | 1964 | x | |
| 708 | 1965 | x | |
| 709 | 1966 | x | |
| 710 | 1967 | x | |
| 711 | 1968 | x | |
| 712 | 1970 | x | |
| 713 | 1978 | x | |
| 714 | 1979 | x | |
| 715 | 1981 | x | |
| 716 | 1982 | x | |
| 717 | 1983 | x | |
| 718 | 1984 | x | |
| 719 | 1985 | x | |
| 720 | 1986 | x | |
| 721 | 1987 | x | |
| 722 | 1988 | x | |
| 723 | 1989 | x | |
| 724 | 1990 | x | |
| 725 | 1991 | x | |
| 726 | 1992 | x | |
| 727 | 1993 | x | |
| 728 | 1994 | x | |
| 729 | 1995 | x | |
| 730 | 1996 | x | |
| 731 | 1997 | x | |
| 732 | 1998 | x | |
| 733 | 1999 | x | |
| 734 | 2000 | x | |
| 735 | 2001 | x | |
| 736 | 2002 | x | |
| 737 | 2006 | x | |
| 738 | 2007 | x | |
| 739 | 2010 | x | |
| 740 | 2011 | x | |
| 741 | 2012 | x | |
| 742 | 2013 | x | |
| 743 | 2015 | x | |
| 744 | 2016 | x | |
| 745 | 2017 | x | |
| 746 | 2018 | x | |
| 747 | 2019 | x | |
| 748 | 2020 | x | |
| 749 | 2021 | x | |
| 750 | 2022 | x | |
| 751 | 2023 | x | |
| 752 | 2024 | x | |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 753 | 2025 | x |   |
| 754 | 2027 | x |   |
| 755 | 2032 | x |   |
| 756 | 2033 | x |   |
| 757 | 2034 | x |   |
| 758 | 2068 | x |   |
| 759 | 2069 | x |   |
| 760 | 2070 | x |   |
| 761 | 2071 | x |   |
| 762 | 2072 | x |   |
| 763 | 2073 | x |   |
| 764 | 2074 | x |   |
| 765 | 2075 | x |   |
| 766 | 2076 | x |   |
| 767 | 2077 | x |   |
| 768 | 2082 | x |   |
| 769 | 2083 | x |   |
| 770 | 2084 | x |   |
| 771 | 2085 | x |   |
| 772 | 2086 | x |   |
| 773 | 2087 | x |   |
| 774 | 2088 | x |   |
| 775 | 2089 | x |   |
| 776 | 2090 | x |   |
| 777 | 2091 | x |   |
| 778 | 2092 | x |   |
| 779 | 2093 | x |   |
| 780 | 2097 | x |   |
| 781 | 2098 | x |   |
| 782 | 2099 | x |   |
| 783 | 2100 | x |   |
| 784 | 2101 | x |   |
| 785 | 2102 | x |   |
| 786 | 2103 | x |   |
| 787 | 2104 | x |   |
| 788 | 2105 | x |   |
| 789 | 2106 | x |   |
| 790 | 2107 | x |   |
| 791 | 2108 | x |   |
| 792 | 2109 | x |   |
| 793 | 2110 | x |   |
| 794 | 2111 | x |   |
| 795 | 2112 | x |   |
| 796 | 2113 | x |   |
| 797 | 2114 | x |   |
| 798 | 2115 | x |   |
| 799 | 2116 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 800 | 2117 | x |   |
| 801 | 2118 | x |   |
| 802 | 2119 | x |   |
| 803 | 2120 | x |   |
| 804 | 2121 | x |   |
| 805 | 2122 | x |   |
| 806 | 2123 | x |   |
| 807 | 2124 | x |   |
| 808 | 2125 | x |   |
| 809 | 2126 | x |   |
| 810 | 2127 | x |   |
| 811 | 2128 | x |   |
| 812 | 2129 | x |   |
| 813 | 2130 | x |   |
| 814 | 2131 | x |   |
| 815 | 2132 | x |   |
| 816 | 2133 | x |   |
| 817 | 2134 | x |   |
| 818 | 2135 | x |   |
| 819 | 2136 | x |   |
| 820 | 2137 | x |   |
| 821 | 2138 | x |   |
| 822 | 2139 | x |   |
| 823 | 2140 | x |   |
| 824 | 2141 | x |   |
| 825 | 2142 | x |   |
| 826 | 2143 | x |   |
| 827 | 2144 | x |   |
| 828 | 2145 | x |   |
| 829 | 2146 | x |   |
| 830 | 2147 | x |   |
| 831 | 2164 | x |   |
| 832 | 2165 | x |   |
| 833 | 2166 | x |   |
| 834 | 2167 | x |   |
| 835 | 2168 | x |   |
| 836 | 2169 | x |   |
| 837 | 2170 | x |   |
| 838 | 2171 | x |   |
| 839 | 2172 | x |   |
| 840 | 2173 | x |   |
| 841 | 2174 | x |   |
| 842 | 2175 | x |   |
| 843 | 2176 | x |   |
| 844 | 2177 | x |   |
| 845 | 2178 | x |   |
| 846 | 2179 | x |   |

***Exhibit C***
Exhibits to Which Defendant Objects

|     | A    | B | C |
| --- | ---- | - | - |
| 847 | 2180 | x |   |
| 848 | 2181 | x |   |
| 849 | 2182 | x |   |
| 850 | 2183 | x |   |
| 851 | 2184 | x |   |
| 852 | 2194 | x |   |
| 853 | 2195 | x |   |
| 854 | 2198 | x |   |
| 855 | 2199 | x |   |
| 856 | 2200 | x |   |
| 857 | 2201 | x |   |
| 858 | 2202 | x |   |
| 859 | 2204 | x |   |
| 860 | 2205 | x |   |
| 861 | 2206 | x |   |
| 862 | 2207 | x |   |
| 863 | 2208 | x |   |
| 864 | 2209 | x |   |
| 865 | 2210 | x |   |
| 866 | 2211 | x |   |
| 867 | 2212 | x |   |
| 868 | 2213 | x |   |
| 869 | 2214 | x |   |
| 870 | 2215 | x |   |
| 871 | 2216 | x |   |
| 872 | 2217 | x |   |
| 873 | 2218 | x |   |
| 874 | 2219 | x |   |
| 875 | 2220 | x |   |
| 876 | 2223 | x |   |
| 877 | 2224 | x |   |
| 878 | 2227 | x |   |
| 879 | 2228 | x |   |
| 880 | 2229 | x |   |
| 881 | 2230 | x |   |
| 882 | 2231 | x |   |
| 883 | 2232 | x |   |
| 884 | 2233 | x |   |
| 885 | 2234 | x |   |
| 886 | 2235 | x |   |
| 887 | 2236 | x |   |
| 888 | 2237 | x |   |
| 889 | 2238 | x |   |
| 890 | 2239 | x |   |
| 891 | 2240 | x |   |
| 892 | 2241 | x |   |
| 893 | 2242 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|  | A | B | C |
|---|---|---|---|
| 894 | 2243 | x |  |
| 895 | 2244 | x |  |
| 896 | 2245 | x |  |
| 897 | 2246 | x |  |
| 898 | 2247 | x |  |
| 899 | 2248 | x |  |
| 900 | 2249 | x |  |
| 901 | 2250 | x |  |
| 902 | 2251 | x |  |
| 903 | 2252 | x |  |
| 904 | 2253 | x |  |
| 905 | 2254 |  |  |
| 906 | 2255 |  |  |
| 907 | 2256 | x |  |
| 908 | 2257 | x |  |
| 909 | 2258 | x |  |
| 910 | 2259 | x |  |
| 911 | 2260 | x |  |
| 912 | 2261 | x |  |
| 913 | 2262 | x |  |
| 914 | 2263 | x |  |
| 915 | 2264 | x |  |
| 916 | 2265 | x |  |
| 917 | 2266 | x |  |
| 918 | 2267 | x |  |
| 919 | 2268 | x |  |
| 920 | 2269 | x |  |
| 921 | 2270 | x |  |
| 922 | 2271 | x |  |
| 923 | 2272 | x |  |
| 924 | 2273 | x |  |
| 925 | 2274 | x |  |
| 926 | 2275 | x |  |
| 927 | 2276 | x |  |
| 928 | 2277 | x |  |
| 929 | 2278 | x |  |
| 930 | 2279 | x |  |
| 931 | 2280 | x |  |
| 932 | 2281 | x |  |
| 933 | 2282 | x |  |
| 934 | 2283 | x |  |
| 935 | 2284 | x |  |
| 936 | 2285 | x |  |
| 937 | 2286 | x |  |
| 938 | 2287 | x |  |
| 939 | 2288 | x |  |
| 940 | 2289 | x |  |

### *Exhibit C*
Exhibits to Which Defendant Objects

|     | A    | B | C |
|-----|------|---|---|
| 941 | 2290 | x |   |
| 942 | 2291 | x |   |
| 943 | 2292 | x |   |
| 944 | 2293 | x |   |
| 945 | 2294 | x |   |
| 946 | 2295 | x |   |
| 947 | 2296 | x |   |
| 948 | 2297 | x |   |
| 949 | 2298 | x |   |
| 950 | 2299 | x |   |
| 951 | 2300 | x |   |
| 952 | 2301 | x |   |
| 953 | 2302 | x |   |
| 954 | 2303 | x |   |
| 955 | 2304 | x |   |
| 956 | 2305 | x |   |
| 957 | 2306 | x |   |
| 958 | 2307 | x |   |
| 959 | 2308 | x |   |
| 960 | 2309 | x |   |
| 961 | 2310 | x |   |
| 962 | 2311 | x |   |
| 963 | 2312 | x |   |
| 964 | 2313 | x |   |
| 965 | 2314 | x |   |
| 966 | 2315 | x |   |
| 967 | 2316 | x |   |
| 968 | 2317 | x |   |
| 969 | 2318 | x |   |
| 970 | 2319 | x |   |
| 971 | 2320 | x |   |
| 972 | 2321 | x |   |
| 973 | 2322 | x |   |
| 974 | 2323 | x |   |
| 975 | 2324 | x |   |
| 976 | 2325 | x |   |
| 977 | 2326 | x |   |
| 978 | 2327 | x |   |
| 979 | 2328 | x |   |
| 980 | 2329 | x |   |
| 981 | 2330 | x |   |
| 982 | 2331 | x |   |
| 983 | 2332 | x |   |
| 984 | 2333 | x |   |
| 985 | 2334 | x |   |
| 986 | 2335 | x |   |
| 987 | 2336 | x |   |

***Exhibit C***
Exhibits to Which Defendant Objects

|      | A    | B | C |
|------|------|---|---|
| 988  | 2337 | x |   |
| 989  | 2338 | x |   |
| 990  | 2339 | x |   |
| 991  | 2340 | x |   |
| 992  | 2341 | x |   |
| 993  | 2342 | x |   |
| 994  | 2343 | x |   |
| 995  | 2344 | x |   |
| 996  | 2345 | x |   |
| 997  | 2346 | x |   |
| 998  | 2347 | x |   |
| 999  | 2348 | x |   |
| 1000 | 2349 | x |   |
| 1001 | 2350 | x |   |
| 1002 | 2351 | x |   |
| 1003 | 2352 | x |   |
| 1004 | 2353 | x |   |
| 1005 | 2354 | x |   |
| 1006 | 2355 | x |   |
| 1007 | 2356 | x |   |
| 1008 | 2357 | x |   |
| 1009 | 2358 | x |   |
| 1010 | 2359 | x |   |
| 1011 | 2360 | x |   |
| 1012 | 2361 | x |   |
| 1013 | 2362 | x |   |
| 1014 | 2363 | x |   |
| 1015 | 2364 | x |   |
| 1016 | 2365 | x |   |
| 1017 | 2366 | x |   |
| 1018 | 2367 | x |   |
| 1019 | 2368 | x |   |
| 1020 | 2369 | x |   |
| 1021 | 2370 | x |   |
| 1022 | 2371 | x |   |
| 1023 | 2372 | x |   |
| 1024 | 2373 | x |   |
| 1025 | 2374 | x |   |
| 1026 | 2375 | x |   |
| 1027 | 2376 | x |   |
| 1028 | 2377 | x |   |
| 1029 | 2378 | x |   |
| 1030 | 2379 | x |   |
| 1031 | 2380 | x |   |
| 1032 | 2381 | x |   |
| 1033 | 2382 | x |   |
| 1034 | 2383 | x |   |

### *Exhibit C*
Exhibits to Which Defendant Objects

|      | A     | B    | C |
|------|-------|------|---|
| 1035 | 2384  | x    |   |
| 1036 | 2385  | x    |   |
| 1037 | 2386  | x    |   |
| 1038 | 2387  | x    |   |
| 1039 | 2388  | x    |   |
| 1040 | 2389  | x    |   |
| 1041 | 2390  | x    |   |
| 1042 | 2391  | x    |   |
| 1043 | 2392  | x    |   |
| 1044 | 2393  | x    |   |
| 1045 | 2394  | x    |   |
| 1046 | 2396  | x    |   |
| 1047 | 2399  | x    |   |
| 1048 | 2401  | x    |   |
| 1049 | 2403  | x    |   |
| 1050 | 2405  | x    |   |
| 1051 | 2413  | x    |   |
| 1052 | 2415  | x    |   |
| 1053 | 2416  | x    |   |
| 1054 | 2417  | x    |   |
| 1055 | 2419  | x    |   |
| 1056 | 2421  | x    |   |
| 1057 | 2423  | x    |   |
| 1058 | 2427  | x    |   |
| 1059 | 2429  | x    |   |
| 1060 | 2430  | x    |   |
| 1061 | 2431  | x    |   |
| 1062 |       |      |   |
| 1063 | TOTAL | 1686 |   |