MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| United States of America, Plaintiff(s), vs. Bogdan Nicolescu and Radu Miclaus, Defendant(s). | DATE: March 25, 2019 |
|---|---|
| | CASE NO. 1:16CR224 |
| | JUDGE PATRICIA A. GAUGHAN |
| | COURT REPORTER: Shirle Perkins |

TRIAL TO ___ COURT __X__ JURY

[X] OPENING STATEMENTS OF COUNSEL

PLTF'S CASE [X] BEGUN [ ] CONTINUED & [X] NOT CONCLUDED [ ] CONCLUDED

DEFT'S CASE [ ] BEGUN [ ] CONTINUED & [ ] NOT CONCLUDED [ ] CONCLUDED

[X] TESTIMONY TAKEN (see witness list)

[ ] REBUTTAL OF PLTF       [ ] SURREBUTTAL OF DEFT

[ ] FINAL ARGUMENTS       [ ] CHARGE TO THE JURY

[X] ADJOURNED UNTIL _____3/26/19_____ AT ____9:00 a.m.____

[ ] EXHIBITS LOCATED IN _____

[ ] EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge

6.0 hrs.