MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| United States of America, | DATE: March 26, 2019 |
| Plaintiff(s), | CASE NO. 1:16CR224 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Bogdan Nicolescu and Radu Miclaus, | COURT REPORTER: Shirle Perkins |
| Defendant(s). | |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☒ CONTINUED & ☒ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF    ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS    ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL _____3/27/19_____ AT ___9:00 a.m.___

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

6.0 hrs.

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge