MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| United States of America, Plaintiff(s), vs. Bogdan Nicolescu and Radu Miclaus, Defendant(s). | DATE: March 28, 2019 <br> CASE NO. 1:16CR224 <br> JUDGE PATRICIA A. GAUGHAN <br> COURT REPORTER: Shirle Perkins |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☒ CONTINUED & ☒ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF       ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS       ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL _____ 3/29/19 _____ AT _____ 9:00 a.m. _____

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

6.0 hrs.

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge