MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| United States of America, Plaintiff(s), vs. Bogdan Nicolescu and Radu Miclaus, Defendant(s). | DATE: March 29, 2019 |
| --- | --- |
| | CASE NO. 1:16CR224 |
| | JUDGE PATRICIA A. GAUGHAN |
| | COURT REPORTER: Shirle Perkins |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☒ CONTINUED & ☒ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF          ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS          ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL ____April 1, 2019____ AT ____12:30 p.m.____

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

6.0 hrs.

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge