MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| United States of America, | DATE: April 4, 2019 |
| Plaintiff(s), | CASE NO. 1:16CR224 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Bogdan Nicolescu and Radu Miclaus, | COURT REPORTER: George Staiduhar |
| Defendant(s). | |

TRIAL TO ____ COURT  ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN  ☒ CONTINUED &  ☒ NOT CONCLUDED  ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN  ☐ CONTINUED &  ☐ NOT CONCLUDED  ☐ CONCLUDED

☒ TESTIMONY TAKEN  (see witness list)

☐ REBUTTAL OF PLTF          ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS          ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL ____4/5/19____ AT ___9:00 a. m.___

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

6.0 hrs.

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge