MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| United States of America,<br><br>Plaintiff(s),<br><br>vs.<br><br>Bogdan Nicolescu and Radu Miclaus,<br><br>Defendant(s). | DATE: April 5, 2019<br><br>CASE NO. 1:16CR224<br><br>JUDGE PATRICIA A. GAUGHAN<br><br>COURT REPORTER: George Staiduhar |

TRIAL TO ____ COURT _____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☒ CONTINUED & ☒ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF          ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS           ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL     4/8/19     AT     9:00 a.m.

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge

6.0 hrs.