MINUTES OF PROCEEDINGS

MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| | |
|---|---|
| United States of America, Plaintiff(s), vs. Bogdan Nicolescu and Radu Miclaus, Defendant(s). | DATE: April 8, 2019<br>CASE NO. 1:16CR224<br>JUDGE PATRICIA A. GAUGHAN<br>COURT REPORTER: George Staiduhar |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☒ CONTINUED & ☐ NOT CONCLUDED ☒ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☒ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF     ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS     ☐ CHARGE TO THE JURY

☒ ADJOURNED UNTIL _____4/9/19_____ AT ___9:00 a.m.___

☐ EXHIBITS LOCATED IN _____

☐ EXHIBITS RETURNED TO COUNSEL

5.0 hrs.

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge