MINUTES OF PROCEEDINGS
United States District Court, Northern District of Ohio, Eastern Division

| United States of America, | DATE: April 11, 2019 |
|---|---|
| Plaintiff(s), | CASE NO. 1:16CR224 |
| vs. | JUDGE PATRICIA A. GAUGHAN |
| Bogdan Nicolescu and Radu Miclaus, | COURT REPORTER: George Staiduhar |
| Defendant(s). | |

TRIAL TO ____ COURT ____ JURY

☐ OPENING STATEMENTS OF COUNSEL

PLTF'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

DEFT'S CASE ☐ BEGUN ☐ CONTINUED & ☐ NOT CONCLUDED ☐ CONCLUDED

☐ TESTIMONY TAKEN (see witness list)

☐ REBUTTAL OF PLTF          ☐ SURREBUTTAL OF DEFT

☐ FINAL ARGUMENTS           ☐ CHARGE TO THE JURY

☐ ADJOURNED UNTIL _____ AT _____

Jury returns a verdict of guilty on all counts as to both defendants, but Not Guilty of the Enhancement as to both defendants. Defendants are referred to Probation for the preparation of a Presentence Investigation Report. Sentencing is set 8/14/19 at 10:00 a.m. as to defendant Nicolescu and 10:30 a.m. as to defendant Miclaus.

☐ EXHIBITS LOCATED IN _____

[X] EXHIBITS RETURNED TO COUNSEL

/s/ Patricia A. Gaughan
Patricia A. Gaughan, U.S. District Court Judge

15 mins.