**FILED**
APR 11 2019
at _____ o'clock _____ M
CLERK OF COURTS
U.S. DISTRICT COURT, N.D.O.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 1:16CR224 |
| ) | |
| Plaintiff, ) | CHIEF JUDGE PATRICIA A. GAUGHAN |
| ) | |
| v. ) | |
| ) | |
| BOGDAN NICOLESCU, and ) | <u>VERDICT FORM</u> |
| RADU MICLAUS, ) | |
| ) | |
| Defendants. ) | |

With respect to each count of the Indictment listed below, in which each defendant is charged with the crimes listed below, we, the Jury having been duly impaneled and sworn, find the defendant:

| Count | Charge | Bogdan Nicolescu | Radu Miclaus |
|---|---|---|---|
| 1 | Wire Fraud Conspiracy 18 USC 1343, 1349 | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 2 | Wire Fraud 18 USC 1343 Victim #2: D.P. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 3 | Wire Fraud 18 USC 1343 Victim #5: R.M. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 4 | Wire Fraud 18 USC 1343 Victim #1: J.C. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 5 | Wire Fraud 18 USC 1343 Victim #3: A.K. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 6 | Wire Fraud 18 USC 1343 Victim #6: M.H. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 7 | Wire Fraud 18 USC 1343 Victim #7: C.R. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 8 | Wire Fraud 18 USC 1343 Victim #8: S.W. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 9 | Wire Fraud 18 USC 1343 Victim #9: M.M. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |

| | | | |
|---|---|---|---|
| 10 | Wire Fraud<br>18 USC 1343<br>Victim #10: T.H. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 11 | Wire Fraud<br>18 USC 1343<br>Victim #11: J.R. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 12 | Wire Fraud<br>18 USC 1343<br>Victim #12: W.P. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 13 | Wire Fraud<br>18 USC 1343<br>Victim #4: M.B. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 14 | Conspiracy<br>18 USC 371 | Guilty ☑  Not Guilty ☐<br><br>Guilty Only of Misdemeanor[1] ☐ | Guilty ☑  Not Guilty ☐<br><br>Guilty Only of Misdemeanor[1] ☐ |
| 15 | Counterfeit Service<br>Mark Conspiracy<br>18 U.S.C. 2320(a)(1) | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 16 | Aggravated Id. Theft<br>18 USC 1028A(a)(1) & (2)<br>Victim: C.M.B. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 17 | Aggravated Id. Theft<br>18 USC 1028A(a)(1) & (2)<br>Victim: T.M. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 18 | Aggravated Id. Theft<br>18 USC 1028A(a)(1) & (2)<br>Victim: D.W. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 19 | Aggravated Id. Theft<br>18 USC 1028A(a)(1) & (2)<br>Victim: A.M.S. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 20 | Aggravated Id. Theft<br>18 USC 1028A(a)(1) & (2)<br>Victim: L.J.K. | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |
| 21 | Money Laundering<br>Conspiracy<br>18 USC 1956(h) or<br>18 USC 1956(a)(2)(B) | Guilty ☑  Not Guilty ☐ | Guilty ☑  Not Guilty ☐ |

---

[1] If you select "Guilty Only of Misdemeanor," this means that you have found three things. First, you have found that the defendant is not guilty of conspiring to commit 18 U.S.C. 1030(a)(2)(3) (intentionally accessing a protected computer without authorization and obtaining information for commercial advantage or private financial gain). Second, you have found that the defendant is not guilty of conspiring to commit 18 U.S.C. 1030(a)(4) (intentionally accessing a protected computer without authorization to further intended fraud and obtain something of value). Third, you have found that the defendant is not guilty of the felony version of 1030(a)(5)(A) and 1030(c)(4)(B) because the government has failed to prove beyond a reasonable doubt that the defendants conspired to impair ten or more computers in a one year period, but that the government has otherwise proved beyond a reasonable doubt the that the defendant conspired to commit 1030(a)(5)(A) (intentionally causing damage to a protected computer).

2

With respect to each domain listed below, we find that each defendant knowingly falsely registered or caused to be falsely registered the domain name specified in the indictment with regard to Counts 1 through 21, and knowingly used that domain name in the course of the commission of the fraud schemes alleged in Counts 1 through 21, as noted below:

| | Charge | Defendant 1 | Defendant 2 |
|---|---|---|---|
| | False Registration of a Domain Name 18 USC 3559(g)(1) **recordcontinue.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **spendmarry.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **frontride.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **wrongthrew.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **chieftraining.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **hangcold.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **middleevery.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **suffermeeting.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **husbandbeauty.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **electricelectricity.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **againstspread.net** | Guilty ☐  Not Guilty ☒ | Guilty ☐  Not Guilty ☒ |

| | | | | |
|---|---|---|---|---|
| | False Registration of a Domain Name 18 USC 3559(g)(1) gathermayor.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) presentchance.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) morningelectricity.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) weathersquare.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) spendmarry.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) historyperfect.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) decidebrought.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) chiefbroad.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) rockknew.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) rathernearly.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) collegesuppose.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) hangclock.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) calloctover.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) spendstudy.net | Guilty ☐ | Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |

| | | | | |
|---|---|---|---|---|
| | False Registration of a Domain Name 18 USC 3559(g)(1) **westweight.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **likrlend.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **septemberwall.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **favoroctober.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **classwrite.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **pointdeal.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **historymethod.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **ringfirst.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **torebuild.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **viewcome.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **takestood.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **lrstnfeed.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **strengthkitchen.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **ringoctober.net** | Guilty ☐   Not Guilty ☑ | Guilty ☐ | Not Guilty ☑ |

| Count | Charge | Verdict 1 | Verdict 2 |
|---|---|---|---|
| | False Registration of a Domain Name 18 USC 3559(g)(1) **muchouter.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **fallworld.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **doublewhose.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **pointfine.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **strengthfinger.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **foreignladder.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **wellshirt.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **storeenough.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **resultfurther.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **likrhers.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **noseheld.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **machineproud.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **familybecome.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) **thoughnature.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |

| | Charge | | |
|---|---|---|---|
| | False Registration of a Domain Name 18 USC 3559(g)(1) fiftyserve.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) soilserve.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) childrenwhose.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) soilonly.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) fiftyopen.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) soilopen.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) soilhear.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) fiftyonly.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) southsing.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) fiftysing.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) triedpage.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) triedserve.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) fellowmodern.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| | False Registration of a Domain Name 18 USC 3559(g)(1) mightadvance.net | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |

7

| Charge | | |
|---|---|---|
| False Registration of a Domain Name 18 USC 3559(g)(1) **thoughfinger.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **strengthforever.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **stillsister.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **storestation.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **watercaught.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **knownguard.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **experiencedevice.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |
| False Registration of a Domain Name 18 USC 3559(g)(1) **enemydont.net** | Guilty ☐  Not Guilty ☑ | Guilty ☐  Not Guilty ☑ |

Each of us jurors concurring in said verdict signs his/her name on this __11__ day of __APRIL__, 2019.



1. ████████ FOREPERSON
2. ████████
3. ████████
4. ████████
5. ████████
6. ████████
7. ████████
8. ████████
9. ████████
10. ████████
11. ████████
12. ████████

DATE: __4-11-19__

8