EXHIBIT A

Case: 1:16-cr-00224-PAG Doc #: 194-1 Filed: 11/24/19 1 of 2. PageID #: 3049

# Quick Facts
## — Theft, Property Destruction, and Fraud Offenses —

### Fiscal Year 2018

▶ In FY 2018, 69,425 cases were reported to the U.S. Sentencing Commission.

▶ 5,948 of these involved theft, property destruction, and fraud.[1,2]

▶ Theft, property destruction, and fraud offenses have decreased by 28.9% since FY 2014.



Number of Theft, Property Destruction, and Fraud Offenders

- FY 2014: 8,359
- FY 2015: 7,858
- FY 2016: 7,104
- FY 2017: 6,358
- FY 2018: 5,948



Median Loss for Theft, Property Destruction, and Fraud Offenses

### Offender and Offense Characteristics

- 68.5% of theft, property destruction, and fraud offenders were men.

- 43.8% were White, 31.2% were Black, 18.4% were Hispanic, and 6.6% were Other races.

- Their average age was 43 years.

- 85.7% were United States citizens.

- 68.5% had little or no prior criminal history (Criminal History Category I).

- The median loss for these offenses was $134,375.
  ♦ 52.1% involved loss amounts of $150,000 or less.[3]
  ♦ 84.8% involved loss amounts of $1.5 million or less.

- Sentences were increased for:
  ♦ the number of victims or the extent of harm to them (33.8%);
  ♦ sophisticated means used to execute or conceal the offense (17.7%);[4]
  ♦ using an unauthorized means of identification (15.1%);
  ♦ abusing a public position of trust or using a special skill (17.8%);
  ♦ leadership or supervisory role in the offense (11.5%); and
  ♦ obstructing or impeding the administration of justice (4.4%).

- Sentences were decreased for:
  ♦ minor or minimal participation in the offense (5.1%).

- The top five districts for theft, property destruction, and fraud offenders were:
  ♦ Southern District of Florida (495);
  ♦ Central District of California (289);
  ♦ Southern District of New York (240);
  ♦ Middle District of Florida (224); and
  ♦ Northern District of Illinois (161).

### Punishment

- The average sentence length for theft, property destruction, and fraud offenders was 24 months.

- 73.8% of theft, property destruction, and theft offenders were sentenced to prison.

- 12.8% were convicted of an offense carrying a mandatory minimum penalty; of those offenders, 14.8% were relieved of that penalty.

For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Theft, Property Destruction, and Fraud Offenses* —

## Sentences Relative to the Guideline Range

- Of the 62.4% of theft, property destruction, and fraud offenders sentenced under the *Guidelines Manual*:

    - 68.9% were sentenced within the guideline range.

    - 23.9% received a substantial assistance departure.
        - Their average sentence reduction was 61.3%.

    - 6.3% received some other downward departure.
        - Their average sentence reduction was 55.7%.

- 37.6% received a variance; of those offenders:

    - 95.0% received a downward variance.
        - Their average sentence reduction was 53.0%.

    - 5.0% received an upward variance.
        - Their average sentence increase was 70.3%.

- The average guideline minimum and average sentence imposed has remained relatively steady over the past five years.

    - The average guideline minimum decreased from 33 months in fiscal year 2014 to 32 months in fiscal year 2018.

    - The average sentence imposed was 24 months in both fiscal year 2014 and fiscal year 2018.



**Sentence Relative to the Guideline Range (%)**



**Average Guideline Minimum and Average Sentence (months)**



**Sentence Imposed Relative to the Guideline Range FY 2018**

[1] Cases with incomplete sentencing information were excluded from the analysis.

[2] Theft, Property Destruction, and Fraud offenses include cases in which the offender was sentenced under §2B1.1 (Larceny, Embezzlement, and Other Forms of Theft; Offenses Involving Stolen Property; Property Damage or Destruction; Fraud and Deceit; Forgery; Offenses Involving Altered or Counterfeit Instruments Other than Counterfeit Bearer Obligations of the United States).

[3] The Loss Table and Victims Table were amended effective November 1, 2001 and November 1, 2015.

[4] The Sophisticated Means adjustment was amended effective November 1, 2015.

SOURCE: United States Sentencing Commission Datafiles, FY 2014 through FY 2018, USSCFY2014-USSCFY2018