EXHIBIT B

# Quick Facts
## — Money Laundering Offenses —

## Fiscal Year 2018

▶ IN FY 2018, 69,425 CASES WERE REPORTED TO THE U.S. SENTENCING COMMISSION.

▶ 1,138 OF THESE INVOLVED MONEY LAUNDERING.[1]

▶ MONEY LAUNDERING OFFENSES HAVE INCREASED BY 7.9% IN THE PAST FOUR YEARS.



Number of Money Laundering Offenders[2]



Median Loss for Money Laundering Offenses

For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.

## Offender and Offense Characteristics

- 77.2% of money laundering offenders were men.

- 36.3% were Hispanic, 35.7% were White, 19.2% were Black, and 8.8% were Other races.

- Their average age was 42 years.

- 74.9% were United States citizens.

- 70.2% had little or no prior criminal history (Criminal History Category I).

- The median loss for these offenses was $197,024.
  ♦ 44.0% involved loss amounts of $150,000 or less.[3]
  ♦ 81.8% involved loss amounts of $1.5 million or less.

- Sentences were increased for:
  ♦ knowing the laundered funds were proceeds of an offense involving a controlled substance, violence, weapons, national security, or the sexual exploitation of a minor (19.7%);
  ♦ sophisticated laundering (10.5%);
  ♦ a conviction under 18 U.S.C. § 1957 (engaging in monetary transactions in property derived from specified unlawful activity) (14.7%);
  ♦ a conviction under 18 U.S.C. § 1956 (laundering of monetary instruments) (78.6%);
  ♦ the defendant was in the business of money laundering with no underlying offense conduct (5.3%);
  ♦ leadership or supervisory role in the offense (21.1%); and
  ♦ obstructing or impeding the administration of justice (4.2%).

- Sentences were decreased for:
  ♦ minor or minimal participation in the offense (13.1%).

- The top six districts for money laundering offenders were:
  ♦ Southern District of Texas (73);
  ♦ Southern District of Florida (64);
  ♦ Northern District of Ohio (61);
  ♦ District of Arizona (47);
  ♦ Southern District of New York (47);
  ♦ Western District of Missouri (33).

## Punishment

- The average sentence for money laundering offenders was 65 months.

- 88.9% of money laundering offenders were sentenced to prison.

- 25.5% were convicted of an offense carrying a mandatory minimum penalty; of those, 37.0% were relieved of that penalty.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Money Laundering Offenses* —

## Sentences Relative to the Guideline Range

- Of the 60.3% of money laundering offenders sentenced under the *Guidelines Manual*:

    - 37.7% were sentenced within the guideline range.

    - 53.0% received a substantial assistance departure.
        ◊ Their average sentence reduction was 58.9%.

    - 8.9% received some other downward departure.
        ◊ Their average sentence reduction was 62.6%.

- 39.7% received a variance; of those offenders:

    - 98.0% received a downward variance.
        ◊ Their average sentence reduction was 48.3%.

    - 2.0% received an upward variance.
        ◊ Their average sentence increase was 43.5%.

- The average guideline minimum and average sentence imposed has remained relatively steady over the past five years.

    - The average guideline minimum decreased from 108 months in fiscal year 2014 to 107 months in fiscal year 2018.

    - The average sentence imposed decreased from 67 months in fiscal year 2014 to 65 months in fiscal year 2018.

### Sentence Relative to the Guideline Range (%)



### Average Guideline Minimum and Average Sentence (months)



### Sentence Imposed Relative to the Guideline Range FY 2018





[1] Money Laundering offenses include cases in which the offender was sentenced under §2S1.1 (Laundering of Monetary Instruments; Engaging in Monetary Transactions in Property Derived from Unlawful Activity).

[2] Cases with incomplete sentencing information were excluded from the analysis.

[3] The Loss Table was amended effective November 1, 2001 and November 1, 2015.

SOURCE: United States Sentencing Commission Datafiles, FY 2014 through FY 2018, USSCFY14-USSCFY18.