EXHIBIT C

# Quick Facts
## — Copyright and Trademark Offenses —

### Fiscal Year 2018

▶ IN FY 2018, 69,425 CASES WERE REPORTED TO THE U.S. SENTENCING COMMISSION.

  ▶ 70 OF THESE INVOLVED COPYRIGHT AND TRADEMARK OFFENSES.[1,2]

  ▶ COPYRIGHT AND TRADEMARK OFFENSES HAVE DECREASED BY 52.7% SINCE FY 2014.

**Number of Copyright and Trademark Offenders**



FY 2014: 148; FY 2015: 100; FY 2016: 84; FY 2017: 82; FY 2018: 70

**Median Loss for Copyright and Trademark Offenses**



### Offender and Offense Characteristics

- 90.9% of copyright and trademark offenders were men.

- 47.0% were White, 30.3% were Other races, 13.6% were Hispanic, and 9.1% were Black.

- Their average age was 43 years.

- 80.3% were United States citizens.

- 87.9% had little or no prior criminal history (Criminal History Category I).

- The median loss for these offenses was $506,586.
  ♦ 37.0% involved loss amounts of $150,000 or less.[3]
  ♦ 78.3% involved loss amounts of $1.5 million or less.

- Sentences were increased for:
  ♦ the manufacture, importation, or uploading of infringing items or for trafficking in circumvention devices (74.2%);
  ♦ involving a counterfeit drug (12.1%);
  ♦ leadership or supervisory role in the offense (10.6%);
  ♦ involving a risk of death or serious injury or possession of a dangerous weapon (4.6%); and
  ♦ abuse of a position of trust (1.5%).

- Sentences were decreased for:
  ♦ minor or minimal participation in the offense (7.6%).

- The top six districts for copyright and trademark offenders were:
  ♦ Northern District of Georgia (8);
  ♦ Middle District of Florida (7);
  ♦ Western District of Missouri (6);
  ♦ Southern District of New York (5);
  ♦ Southern District of Florida (4);
  ♦ Southern District of Texas (4).

### Punishment

- The average sentence for copyright and trademark offenders was 11 months.

- 42.4% of copyright and trademark offenders were sentenced to prison.

- None of the copyright and trademark offenders were convicted of an offense carrying a mandatory minimum penalty.

For more Quick Facts, visit https://www.ussc.gov/research/quick-facts.



www.ussc.gov
pubaffairs@ussc.gov
@theusscgov

— *Copyright and Trademark Offenses* —

## Sentences Relative to the Guideline Range

- Of the 37.9% of copyright and trademark offenders were sentenced under the *Guidelines Manual*:

    - 32.0% were sentenced within the guideline range.

    - 48.0% received a substantial assistance departure.
        ◊ Their average sentence reduction was 69.8%.

    - 20.0% received some other downward departure.
        ◊ Their average sentence reduction was 76.9%.

- 62.1% received a variance; of those offenders:

    - 100.0% received a downward variance.
        ◊ Their average sentence reduction was 77.2%.

- The average guideline minimum has increased while the average sentence imposed has decreased over the past five years.

    - The average guideline minimum increased from 25 months in fiscal year 2014 to 32 months in fiscal year 2018.

    - The average sentence imposed decreased from 13 months in fiscal year 2014 to 11 months in fiscal year 2018.

### Sentence Relative to the Guideline Range (%)



### Average Guideline Minimum and Average Sentence (months)



### Sentence Imposed Relative to the Guideline Range FY 2018



[1] Cases with incomplete sentencing information were excluded from the analysis.

[2] Copyright and Trademark offenses include cases in which the offender was sentenced under §2B5.3 (Criminal Infringement of Copyright or Trademark).

[3] The Loss Table was amended effective November 1, 2001 and November 1, 2015.

SOURCE: United States Sentencing Commission Datafiles, FY 2014 through FY 2018, USSCFY14 – USSCFY18.