# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR224 |
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHAN |
| -vs- | : | |
| | : | |
| RADU MICLAUS, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

On December 17, 2019, this Court issued an order appointing the Office of the Federal Public Defender to represent the Defendant for purposes of appeal. Undersigned counsel, Catherine Adinaro Shusky, has been assigned and hereby enters a Notice of Appearance of Counsel on behalf of Defendant Radu Miclaus. Please add Catherine J. Adinaro as lead counsel for Mr. Miclaus, and please provide her access to all private entries in this case.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Catherine Adinaro Shusky*
Attorney at Law
Office of the Federal Public Defender
Ohio Bar: 0088731
1660 W.2nd Street, Ste. 750
Cleveland, OH 44113
Telephone: 216-522-4856
E-mail: cathi_shusky@fd.org

Attorney for Radu Miclaus