# United States District Court for the Northern District of Ohio

United States of America,

**Plaintiff,**

vs.

CASE NO. 1:16CR224

Judge Patricia A. Gaughan

Radu Miclaus,

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Radu Miclaus,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

the jury verdict (R. 166) and the final judgment (R. 201)
(the final judgment) (from an order (describing it))

entered in this action on the 12th day of December, 2019.

(s) / Catherine Adinaro Shusky (0088731)

Address: 1660 W.2nd Street, Ste. 750
Cleveland, OH 44113

Phone #: 216-522-4856

Attorney for Radu Miclaus

6CA-3