UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

## APPEAL TRANSCRIPT ORDER

List on this form all transcripts you are ordering from one court reporter.
Use a separate form for each reporter and docket each form separately on the OHND CM/ECF.

OHND Case Number: 1:16CR224
COA#: 19-4273

Short Case Title: United States v. Radu Miclaus

Today's Date: January 10, 2020

**TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT**

A. Choose one of the following:

☐ This is to order a transcript of the following proceedings: (specify exact dates of proceedings)

☑ Copy request of the following proceedings:

| | JUDGE/MAGISTRATE | HEARING DATE(S) | COURT REPORTER |
|---|---|---|---|
| Proceedings | Patricia A. Gaughan | 12/16/16; 3/25/19; 3/26/19* | Shirle Perkins |
| Additional Proceedings/Information | * 3/27/19; 3/28/19 and 3/29/19 | | |

CJA ORDERS: TRANSCRIPTS OF THE FOLLOWING PROCEEDINGS AND EXPEDITED DELIVERY REQUESTS WILL BE PROVIDED ONLY IF AUTHORIZED IN ITEM 14 ON THE AUTH-24 IN THE OHND eVOUCHER SYSTEM.

☐ 14-Day or Expedited Requested Completion Date _____

☑ Voir Dire       ☑ Opening statement of plaintiff       ☑ Opening statement of defendant
☐ Jury Instructions   ☐ Closing argument of plaintiff       ☐ Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. Financial arrangements shall be completed for payment of the cost of the transcript(s).

This method of payment will be:

☐ Criminal Justice Act (Submit the AUTH-24 in the OHND CJA eVoucher System)
☑ Other/Private Funds

Signature: / Catherine Adinaro Shusky
Print Name: Catherine Adinaro Shusky
Counsel for: R. Miclaus

Address (if not on the docket): 1660 W.2nd Street, Ste. 750, Cleveland, OH 44113

Email address: cathi_shusky@fd.org
Telephone: 216-522-4856

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.