UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

**APPEAL TRANSCRIPT ORDER**

List on this form <u>all</u> transcripts you are ordering from <u>one</u> court reporter.
Use a separate form for each reporter and docket each form separately on the OHND CM/ECF.

OHND Case Number _____    COA# _____

Short Case Title _____

Today's Date _____

**TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT**

A. Choose one of the following:

This is to order a transcript of the following proceedings:   (*specify exact dates of proceedings*)

Copy request of the following proceedings:

| | <u>JUDGE/MAGISTRATE</u> | <u>HEARING DATE(S)</u> | <u>COURT REPORTER</u> |
|---|---|---|---|
| Proceedings | _____ | _____ | _____ |
| Additional Proceedings/ Information | | | |

CJA ORDERS: TRANSCRIPTS OF THE FOLLOWING PROCEEDINGS AND EXPEDITED DELIVERY REQUESTS WILL BE PROVIDED ONLY IF AUTHORIZED IN ITEM 14 ON THE AUTH-24 IN THE OHND eVOUCHER SYSTEM.

14-Day or Expedited Requested Completion Date _____

Voir Dire                Opening statement of plaintiff            Opening statement of defendant
Jury Instructions    Closing argument of plaintiff              Closing argument of defendant

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.

B. Financial arrangements shall be completed for payment of the cost of the transcript(s).

This method of payment will be:

Criminal Justice Act (Submit the AUTH-24 in the OHND CJA eVoucher System)
Other/Private Funds

Signature_____ Print Name_____ Counsel for _____

Address (if not on the docket) _____

Email address _____ Telephone _____

ALLOWANCE BY THE COURT OF LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.