UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - - - -

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
      vs.                          )  Case No. 1:16CR224
                                   )
BOGDAN NICOLESCU,                  )
RADU MICLAUS,                      )
                                   )
            Defendants.            )

- - - - -

CONTINUED TRANSCRIPT OF TRIAL PROCEEDINGS HAD

BEFORE HONORABLE JUDGE PATRICIA A. GAUGHAN, JUDGE

OF SAID COURT, ON FRIDAY, APRIL 5TH, 2019,

COMMENCING AT 9:00 O'CLOCK A.M.

- - - - -

Volume 10, Pages 1793 through 1999

- - - - -

Court Reporter:              GEORGE J. STAIDUHAR
                             801 W. SUPERIOR AVE.,
                             SUITE 7-184
                             CLEVELAND, OHIO 44113
                             (216) 357-7128

1    APPEARANCES:

2        On behalf of the Government:

3            OFFICE OF THE U.S. ATTORNEY
             BY:  DUNCAN T. BROWN, AUSA
4                 BRIAN M. McDONOUGH, AUSA
             801 West Superior Ave., Suite 400
5            Cleveland, OH 44113

6

7                    and

8            U.S. DEPARTMENT OF JUSTICE — CRIMINAL DIVISION
             BY:  BRIAN L. LEVINE, SENIOR COUNSEL
9            1301 New York Avenue, Suite 600
             Washington, DC 20530

10

11       On behalf of Defendant Bogdan Nicolescu:

12           LAW OFFICE OF MICHAEL J. GOLDBERG
             BY:  MICHAEL J. GOLDBERG, ESQ.
13           323 Lakeside Place, Suite 450
             Cleveland, OH 44113

14

15       On behalf of Defendant Radu Miclaus:

16           LIPSON O'SHEA
             BY:  MICHAEL J. O'SHEA, ESQ.
17           110 Hoyt Block Building
             700 West St. Clair Avenue
18           Cleveland, OH 44113

19       Also present:

20           Doina Francu, Interpreter

21

22                    - - - - -

23

24

25

1

I N D E X

2

| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Valentin Danet | | | | |
|   By Mr. Goldberg | | 1915 | | |
|   By Mr. O'Shea | | 1969 | | |
| Valentin Dima | 1796 | | | |

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mr. Valentin Danet – Direct

1            P R O C E E D I N G S

2                    THE COURT:  Please be seated, and good

3      morning, ladies and gentlemen.

4                    Please call your next witness.

5                    MR. McDONOUGH:  The United States of America

6      calls Valentin Danet.

7                    Please step up to the podium and raise your

8      right hand.

9                         VALENTIN DANET

10     called as a witness by and on behalf of the Government,

11     being first duly sworn, was examined and testified

12     as follows:

13                   THE WITNESS:  Yes, I do swear, your Honor.

14                   THE COURT:  Please take a seat right over

15     there.

16                      DIRECT EXAMINATION

17     BY MR. McDONOUGH:

18     Q.   Good morning.

19                   Please state your first name or your given

20     name for the benefit of our court reporter.

21     A.   Good morning.  Valentin, V-a-l-e-n-t-i-n.

22     Q.   If you could take the microphone, slide it toward

23     you —

24     A.   Yeah.

25     Q.   — and increase the volume of your voice.

Mr. Valentin Danet — Direct

1    A.    Okay.

2    Q.    Could you state your last name or family name, and

3    spell it for the benefit of our court reporter?

4    A.    Danet, D-a-n-e-t.

5    Q.    Did you commit computer crime with anyone in this

6    courtroom?

7    A.    Yes, I did.

8    Q.    Who?

9    A.    Who in this courtroom?

10   Q.    Yes.

11   A.    With him, with Bogdan Nicolescu.

12   Q.    Could you point out Bogdan Nicolescu and describe

13   the clothing that he is wearing?

14   A.    He is right there in the front desk wearing a black

15   suit, blue collared shirt, and writing with a pencil.

16   Q.    Is he wearing a tie?

17   A.    No, he is not.

18   Q.    Is he wearing glasses?

19   A.    Yes.  Yes, he is.

20             MR. McDONOUGH:  May the record reflect this

21   witness identified the Defendant Bogdan Nicolescu?

22             THE COURT:  It may reflect.

23   BY MR. McDONOUGH:

24   Q.    Who else?

25   A.    And with — Radu Miclaus.

Mr. Valentin Danet — Direct

1  Q.    Please describe where he is and what he is
2  wearing.
3  A.    He is sitting in the second desk over there wearing
4  a blue collared shirt and blue — dark blue or black
5  collar suit.
6  Q.    Is he wearing glasses?
7  A.    No.  He is not wearing any glasses.
8  Q.    Is he wearing a tie?
9  A.    No tie.
10              MR. McDONOUGH:  May the record reflect this
11  witness has identified the Defendant Radu Miclaus?
12              THE COURT:  The record may so reflect.
13  BY MR. McDONOUGH:
14  Q.    You are a criminal, are you not?
15  A.    Yes, I was.
16  Q.    You were a liar?
17  A.    I did lie, yeah.
18  Q.    You committed fraud?
19  A.    Through my embarrassment, yes, I did.
20              MR. McDONOUGH:  Your Honor, may I use the
21  dry erase board?
22              THE COURT:  Oh, certainly.
23  BY MR. McDONOUGH:
24  Q.    Did Bogdan Nicolescu have any nicknames?
25  A.    Yes, he had.

Mr. Valentin Danet - Direct

1  Q.   What nicknames did he have?

2  A.   He was known since high school as obe in English.

3  Q.   Spell it.

4  A.   O-b, also he had the — he went by himself as Bogdan

5  wbw.  This was from his license plate.

6              MR. GOLDBERG:  Objection.

7              THE COURT:  Sustained.

8  BY MR. McDONOUGH:

9  Q.   How do you know that Bogdan Nicolescu's name was

10 obe?

11 A.   I was with him in high school, whole high school,

12 and it was a nickname that he acquired there.

13 Q.   How do you know if he had any other nicknames?

14 A.   By communicating with him with those e-mails, and he

15 told me that they were his name, I mean, we were

16 exchanging messages.

17 Q.   You exchanged messages or e-mails with Bogdan

18 Nicolescu?

19 A.   Yes, I did.

20 Q.   What was his e-mail name?

21 A.   It was —

22              MR. GOLDBERG:  Objection.

23 A.   It was —

24              THE COURT:  Overruled.

25 A.   It was Bogdan.w w gmail — Bogdan.wbw @ gmail.com.

Mr. Valentin Danet - Direct

1    Q.   Pardon me?

2    A.   Bogdan.wbw @ gmail.com.

3    Q.   Where did the w-b-w come from?

4    A.   From his license plate, a car at one time.

5    Q.   What kind of car did he have?

6    A.   It was a BMW.

7    Q.   What other nicknames did Bogdan Nicolescu

8    have?

9    A.   He was also calling himself Master Fraud or MF.

10   Q.   MF?

11   A.   Yeah.

12   Q.   How do you know that Bogdan Nicolescu was Master

13   Fraud?

14   A.   He told me when he first — when I started doing

15   this, he told me, and then I through the years we

16   exchanged a lot of communication.

17   Q.   How do you know Bogdan Nicolescu is MF?

18   A.   Again, he told me it was the short form for Master

19   Fraud.  I guess instead of saying Master Fraud he

20   shortened it to MF.

21   Q.   What other nicknames did Bogdan Nicolescu

22   have?

23   A.   I am not sure at the moment.

24   Q.   What — did Radu Miclaus have any nicknames?

25   A.   Yes.

Mr. Valentin Danet - Direct

1          MR. O'SHEA:  Objection.

2          THE COURT:  Overruled.

3    BY MR. McDONOUGH:

4    Q.   What nicknames did Radu Miclaus have?

5    A.   So he had — I mean there are more as I recall them.

6    He had ferdy, f-e-r-d-y.  This was like — this shouldn't

7    have been a secret nickname.  The other name I know he

8    was —

9    Q.   Let me stop you there.

10   A.   Yes.

11   Q.   How do you know that Radu Miclaus's nickname was

12   ferdy?

13   A.    Nicolescu told me about this, and I talked to

14   him Radu Miclaus through the ferdy nickname lots of

15   time.

16   Q.   What other nicknames did Radu Miclaus have?

17   A.   He had raduspr at Yahoo com or Yahoo messenger,

18   raduspr on Yahoo messenger because it was his ID and this

19   was his — I mean like his official nickname.

20   Q.   How did you know that Radu Miclaus had raduspr as a

21   nickname on Yahoo messenger.

22   A.   Bogdan Nicolescu referred to him as raduspr.

23   Q.   Did Radu Miclaus have any other nicknames?

24   A.   Yes.  In the fraud thing, he was going on by Minolta

25   or Minolta.

Mr. Valentin Danet - Direct

1  Q.   How do you know Radu Miclaus had the nickname
2  Minolta?
3  A.    It is Bogdan Nicolescu that was referring to him
4  as Minolta, and always I did talk to him through this
5  Minolta ID.  And I knew it was him because I was also
6  talking live or through the ferdy ID, and well, it was
7  him.
8  Q.   You were talking live through ferdy or Minolta with
9  who?
10  A.   With Radu Miclaus.
11  Q.   And when you talked to obe Bogdan Master Fraud MF,
12  who were you talking to?
13  A.   Bogdan Nicolescu.
14  Q.   How long have you known Bogdan Nicolescu?
15  A.   I know him since 1996.
16  Q.   Where?
17  A.   When we were at same high school together from the
18  eighth to twelfth grade.
19  Q.   Where were you born?
20  A.   In Bucharest, Romania.
21  Q.   How old are you?
22  A.   I am 36 about to 37 now in April on 16th.
23  Q.   Where did you grow up in Bucharest?
24  A.   I grew up in Iancului neighborhood.
25  Q.   Who is in your family?

Mr. Valentin Danet – Direct

1    A.    My mother, my father, and my brother.

2    Q.    What did your mother do?

3    A.    She was retired now, mathematics university teacher.

4    Q.    What type of mathematics did your mother teach at

5    the university?

6    A.    Algebra and geometry.

7    Q.    What did your father do?

8    A.    My father did the same, mathematics, university,

9    professor, or teacher.

10   Q.    Both of your parents were university mathematics

11   professors?

12   A.    That's right.

13   Q.    Same university?

14   A.    Same university, different faculties.

15   Q.    Besides your parents, who else is in your family?

16   A.    My brother, Tiberiu.

17   Q.    What kind of high school did you attend?

18   A.    I attended — it was called back then the computer

19   high school, a computer science high school in Bucharest

20   called Traian Vuia —

21   Q.    I'm sorry.  I didn't understand that.

22   A.    It had also the name of a poet, Tudor Vianu.

23   Q.    That's the actual name of the high school.  Let me

24   ask you:  Was it a public high school or private high

25   school?

Mr. Valentin Danet - Direct

1    A.    It was a public high school, the computer science

2    high school Tudor Vianu.

3    Q.    What did you study at your computer science high

4    school?

5    A.    Basically what you study in high school plus

6    computer science, which was not much study at other high

7    schools.

8    Q.    What did you learn in computer science in high

9    school?

10   A.    Actually, programming in Pascal and C plus plus, C

11   plus plus.

12   Q.    What is C plus plus or Pascal?

13   A.    Programming languages.

14   Q.    How many students were in your high school?

15   A.    There are a lot of them in my classroom.  We were

16   38, 40 something like this, and there were nine grades

17   each year and so four years.  In the other classrooms,

18   there were less than 40, but if you can make up a total,

19   it would be 30 times 9 times 4.

20   Q.    A thousand kids in your high school?

21   A.    Something like this.

22   Q.    250 a grade?

23   A.    Yeah.

24   Q.    What classes did you have with Bogdan Nicolescu in

25   high school?

Mr. Valentin Danet - Direct

1    A.    All the classes that I had, that everybody had to

2    take the same class.

3    Q.    Were you involved in any activities in your high

4    school?

5    A.    What do you mean, what kind of activities?

6    Q.    I apologize on that question.

7              Were you involved in any clubs,

8    extracurriculars, any activities relating to your

9    academics?

10   A.    There weren't any clubs especially tailored at our

11   high school so just the classes, and that was basically

12   all you could take.  Sports if you wanted more but

13   painful.  That was it.

14   Q.    Okay.  How often would you see Bogdan Nicolescu in

15   high school?

16   A.    Daily.  If I were there in class and he was there in

17   class, then we would have met daily.

18   Q.    Were you friends with him?

19   A.    Yes, I was.

20   Q.    Did you see him outside of school?

21   A.    Yes, I did.

22   Q.    Ever been to his house?

23   A.    Yes, I was.

24   Q.    How many times did you go to his house?

25   A.    Couple of times, three to five times.

Mr. Valentin Danet - Direct

1    Q.   Over when?

2    A.   I don't remember exactly when but during high

3    school.

4    Q.   Okay.

5    A.   Most likely in the ninth or tenth grades of the

6    first two years.

7    Q.   Did you socialize with him outside of school?

8    A.   Yes, I did.

9    Q.   What did you do with him?

10   A.   Just hang out and discuss things.

11   Q.   What did you discuss?

12            MR. GOLDBERG:  Objection.

13            THE COURT:  Overruled.

14   A.   We discussed about programming, although about we

15   played at that time on — this was in the twelfth grade,

16   he was playing Snake on Nokia.

17   Q.   What is Snake on Nokia?

18   A.   A game like, an old game on the phone.

19   Q.   A game on a phone?

20   A.   Yeah.

21   Q.   When you were in high school, was Romania still a

22   Communist country?

23   A.   No, it was not.  It — the country fell in 1999, so

24   it was not any more.

25   Q.   Did that change anything for you?

Mr. Valentin Danet – Direct

1    A.    Yes, I believe changed a lot of things, like you had

2    a lot of freedom, especially after the fall of the

3    Communist.

4              There wasn't much — I mean, the rate of the

5    low fell very much down, and you had a lot of freedom

6    that there weren't before.

7    Q.    Did you get in trouble in high school?

8    A.    Now, I did.  Actually, the director of the high

9    school wrote me on back of the photo with the classroom

10   people, the classroom mates that I am — that I should be

11   more active.  I am too retained.

12   Q.    I'm sorry.  You should be more active in high

13   school?

14   A.    I don't know how to put it in English but not so

15   much shy actually.

16   Q.    You were a shy guy in high school?

17   A.    Yes.  I am, too, now.

18   Q.    Did you ever commit any criminal activities when you

19   were in high school?

20   A.    Yes, I did.  I didn't realize at that time it was

21   criminal.  I mean, I realized it but was like half of my

22   classroom was committing it, committing this, like buying

23   stock from the United States and having it sent to

24   Romania with credit cards.

25   Q.    How did you steal a credit card to buy American

Mr. Valentin Danet - Direct

1  goods shipped to Romania back in 1996?

2  A.    1996.

3           MR. GOLDBERG:  Objection.

4           THE COURT:  Sustained.

5  BY MR. McDONOUGH:

6  Q.    How did you do it?

7           MR. GOLDBERG:  Objection.

8           THE COURT:  Sustained.

9  BY MR. McDONOUGH:

10  Q.    What did you do after high school?

11  A.    After high school, I didn't want to have anything to

12  do with this credit card thing, and although I wanted to

13  change, to shift from computer science to something else

14  because at that time I didn't like sitting in front of

15  the computer, and I wanted to shift, I went to the

16  Polytechnical University in Bucharest; had electrical

17  engineering faculty, and I started in foreign language in

18  German.

19  Q.    Your classes at the Polytechnical University in

20  Bucharest were taught to you in what language?

21  A.    In German.

22  Q.    How did you learn German?

23  A.    I learned privately.  I also had classes in high

24  school, but I didn't learn anything there because of the

25  teacher, and I learned privately throughout the three

Mr. Valentin Danet — Direct

1    years in high school at the private facility where you

2    would learn German.

3    Q.    Who paid for your private tutor?

4    A.    My parents.

5    Q.    Did you have a house or an apartment?

6    A.    My parents had an apartment in a block of

7    apartments.  They still having it now.

8    Q.    How many bedrooms in your apartment?

9    A.    The rooms are four, so it is like three bedrooms and

10   one living room.

11   Q.    How old is your brother Tiberiu Danet?

12   A.    He is three years younger than me so now 33.

13   Q.    Did he go to your high school?

14   A.    No.  He went to another high school.

15   Q.    Public or private?

16   A.    To a private high school.

17   Q.    What did he study?

18   A.    Computer science as well.

19   Q.    How well did you do in high school?

20              MR. GOLDBERG:  Objection.

21              THE COURT:  Sustained.

22   BY MR. McDONOUGH:

23   Q.    Do you know what your class rank was in high

24   school?

25   A.    I'm sorry?

Mr. Valentin Danet - Direct

1    Q.    Do you know what your ranking was in high school?

2               MR. GOLDBERG:  Objection.

3               THE COURT:  Sustained.

4    BY MR. McDONOUGH:

5    Q.    What did you study at this Polytechnical University

6    in Bucharest?

7    A.    I studied electrical engineering.  I studied

8    economics, so it was supposed to be like half technical,

9    electrical engineering, half economics and although with

10   a little bit of law classes.

11   Q.    How long were you at the university?

12   A.    Five years, 2000 to 2005.

13   Q.    Did you graduate?

14   A.    Yes, I did.

15   Q.    What did you graduate with?

16   A.    What was the Master.  I got my Master paper in

17   economics, but the title is engineering.

18   Q.    I couldn't hear that.

19   A.    The title is electrical engineer.

20   Q.    Did you end up with a Bachelor's Degree or Master's

21   Degree?

22   A.    At that time, it was a Master Degree.

23   Q.    Master Degree, was it economics or electrical

24   engineering?

25   A.    It is in electrical engineering and economics.

Mr. Valentin Danet - Direct

1   Economics applied to electrical engineering.

2   Q.   Where was your university located?

3   A.   On a campus, the Polytechnical University campus.

4   Q.   Which was what city?

5   A.   Bucharest.

6   Q.   When you were at university, did you have any

7   communications with Bogdan Nicolescu?

8   A.   Yes, I did.

9   Q.   What communications did you have?

10  A.   We were friends, and we talked mostly about the cars

11  at that time, and I know he also went — for him, he also

12  went one year to that university but to a different

13  faculty.

14  Q.   You said you talked about cars?

15  A.   Yes.

16  Q.   What kind of cars, what did you talk about?

17  A.   At that time, I think it was about — it was about

18  the Romanian national car Dacia, and he owned a car and

19  liked talking about it.

20  Q.   A Romanian national car called Dacia?

21  A.   Yes.

22  Q.   How do you spell Dacia?

23  A.   D-a-c-i-a.

24  Q.   Who makes the Dacia car?

25  A.   At that time a Romanian company.  Now, it is owned

Mr. Valentin Danet - Direct

1    by French Renault.

2    Q.    Owned by —

3    A.    Owned by the French company Renault.

4    Q.    Did you have a car in college?

5    A.    College like university?

6    Q.    Yes.

7    A.    Yes, I did.  I did buy a Dacia at that time.

8    Q.    You did or —

9    A.    I did.

10   Q.    When you were talking to Nicolescu in college about

11   the cars, where was Nicolescu?

12   A.    We were talking face to face, in meetings like group

13   hangouts or else over the phone.

14   Q.    Were you in the same grade or different grade with

15   Nicolescu in high school?

16   A.    Same grade; same class.

17   Q.    After high school, do you know where he went?

18   A.    He told me he went —

19             MR. GOLDBERG:  Objection.

20             THE COURT:  Overruled.  Do you know, sir?

21             THE WITNESS:  Yes, I know.

22             He went to the Polytechnical University

23   in — it is called automatics, but it is about computer

24   science, in Romanian called automatics faculty.

25   Q.    The Polytechnical University that you went to for

1813
Mr. Valentin Danet - Direct

1   electrical engineering and economics, is that the same

2   Polytechnical University that Nicolescu went to for

3   computers?

4   A.   Yes, but as far as I know —

5              MR. GOLDBERG:  Objection.

6              THE COURT:  Sustained.

7              THE WITNESS:  Yes.

8   Q.   How do you know?

9   A.   What do you mean?  How do I know what?

10  Q.   How do you know where he went to university?

11  A.   He told me this.

12  Q.   Do you know where his university located?

13  A.   Yes.  I also had — my faculty didn't have an actual

14  location, and the classes were spread through the other

15  faculties?

16             So I also studied in the — I had classes

17  that were located in the automatics faculty so I know

18  where it was located.

19  Q.   You had university professors teaching you, and you

20  went to different locations?

21  A.   Yeah; didn't have a location of its own.

22  Q.   Okay.  When did you graduate from university?

23  A.   In 2005.

24  Q.   What did you do after you graduated?

25  A.   I tried to find employment and went to a German

Mr. Valentin Danet - Direct

1  company, but I was — I was not — I was rejected and
2  wasn't hired at that company.
3  Q.   What job had you applied for with the German
4  company?
5  A.   It was a German company that was at that time
6  investing and coming to Romania and wanted to have
7  someone overlook buying and dealing with the car
8  fleet.
9  Q.   I'm sorry.  Car fleet?
10 A.   Yeah.  They were supposed to acquire.
11 Q.   What did you do when you didn't get the job?
12 A.   I realized I didn't get the job because I said at
13 the interview that I don't like bosses.
14 Q.   During the interview, you said you didn't like
15 bosses?
16 A.   Yeah.  He asked me about three things I don't like
17 about me, and I was honest.  And I said one of them is, I
18 said I don't like bosses.  Most like this is why I was
19 not accepted.
20 Q.   All right.  What did you do after you were
21 honest?
22 A.   Well, after this, couple months later I met with
23 Bogdan Nicolescu, and I asked him if he could introduce
24 me to the thing that he was doing.
25 Q.   How did you connect with Bogdan Nicolescu at this

Mr. Valentin Danet - Direct

1    point?

2    A.    Through — I had his phone number, and I calling him

3    by phone.

4    Q.    Did you talk to him?

5    A.    Yes.

6    Q.    What did you talk to him about?

7    A.    I was asking him more about what he was doing, and

8    actually at one time —

9              MR. GOLDBERG:  Objection.

10             THE COURT:  Sustained.

11   BY MR. McDONOUGH:

12   Q.    How did you know what he was doing?

13   A.    He was telling me but not much throughout the years

14   because in the university years, I was not — like I was

15   not meeting him everyday like in high school.

16             So the connection was not very good, but I

17   knew that he was doing fraud credit card.

18             MR. GOLDBERG:  Objection.

19             THE COURT:  Sustained.

20   BY MR. McDONOUGH:

21   Q.    Do you know where Bogdan Nicolescu grew up in

22   Bucharest?

23   A.    I know where he was living while he was in high

24   school.  I don't know where he grew up.

25   Q.    Okay.  You know where he lived in high school?

Mr. Valentin Danet - Direct

1    A.    Yes.

2    Q.    Do you know what his parents did?

3              MR. GOLDBERG:  Objection.

4              THE COURT:  Sustained.

5    BY MR. McDONOUGH:

6    Q.    Did you ever talk to Bogdan Nicolescu about what his

7    parents did?

8    A.    Yes.  He told me —

9              THE COURT:  Hold one moment.  The answer yes

10   will stand only.

11             MR. McDONOUGH:  Okay.

12   BY MR. McDONOUGH:

13   Q.    How do you know what Bogdan Nicolescu's parents did

14   for employment?

15             MR. GOLDBERG:  Objection.

16             THE COURT:  Sustained.

17   BY MR. McDONOUGH:

18   Q.    When you were talking to Nicolescu after your failed

19   job interview —

20   A.    Yes.

21   Q.    — did you observe anything different about him?

22             MR. GOLDBERG:  Objection.

23             THE COURT:  One moment, sir.  Did you

24   observe?

25             MR. McDONOUGH:  Yes.

Mr. Valentin Danet - Direct

1    Q.   Did you see anything different about him?

2              THE COURT:  Sustained.

3              MR. McDONOUGH:  Okay.

4    BY MR. McDONOUGH:

5    Q.   You said you were talking to Bogdan Nicolescu after

6    your failed job interview.

7    A.   Yes.  He —

8              MR. GOLDBERG:  Objection.

9              THE COURT:  Hang on.  Let him ask a

10   question.

11             THE WITNESS:  Okay.

12   BY MR. McDONOUGH:

13   Q.   What conversations did you have with him?

14   A.   At one time, he asked me if I —

15             MR. GOLDBERG:  Objection.

16             THE COURT:  Sustained to the "at one time."

17             MR. McDONOUGH:  Okay.

18   BY MR. McDONOUGH:

19   Q.   In 2006, did you have a conversation with Bogdan

20   Nicolescu about computers?

21             MR. GOLDBERG:  Objection.

22   A.   Yes.

23             THE COURT:  Overruled.

24   BY MR. McDONOUGH:

25   Q.   What was the conversation you had with Bogdan

Mr. Valentin Danet - Direct

1   Nicolescu about computers in 2006?

2                MR. GOLDBERG:  Objection.

3                THE COURT:  Overruled.

4   A.   In 2006, so I started talking to him like 2005 about

5   the computers, November-December, and going into 2006.

6   He asked me if I — first, he asked me if I knew a girl

7   that could pick up and speak at the phone with people in

8   the United States that were supposed to buy stuff.

9   Q.   You had a conversation with him in late 2005 into

10  2006?

11  A.   Yes, I did.

12  Q.   He asked you if you knew a girl who spoke

13  what?

14  A.   Who spoke good English, and it was supposed to be a

15  girl and not a man or woman.

16  Q.   Did you ask him why?

17  A.   He told me why.

18                MR. GOLDBERG:  Objection.

19                THE COURT:  Overruled.

20  Q.   For what purpose?

21  A.   He needed someone to answer the phone or to call

22  some people that were — for chasing fake items.

23  Q.   Where were the people purchasing fake items?

24  A.   In the United States.

25  Q.   How?

Mr. Valentin Danet - Direct

1   A.   He was —

2              MR. O'SHEA:  Objection.

3   A.   There was a list.

4              THE COURT:  One moment.  Sustained.  Be more

5   specific.

6   BY MR. McDONOUGH:

7   Q.   Where were the people in the U.S. purchasing fake

8   items?

9   A.    In the United States.

10  Q.   What kinds of items?

11  A.   At that time, it was items under $3,000 like

12  bicycles or trikes.

13  Q.    Items under $3,000 like bicycles or —

14  A.   Or trikes.

15  Q.   What's a trike?

16  A.   Bicycle with one wheel in the front and two in the

17  back.

18  Q.   Where were these bicycle or trikes for under $3,000

19  being sold?

20  A.    They were sold on —

21              MR. GOLDBERG:  Objection.

22              THE COURT:  One moment.  Sustained.

23  BY MR. McDONOUGH:

24  Q.   Who was selling the bicycle and tricycles?

25              MR. GOLDBERG:  Objection.

Mr. Valentin Danet - Direct

1      THE COURT:  Sustained.  Please be a little
2   more specific.
3      MR. McDONOUGH:  Will do, your Honor.  Will
4   do.
5   BY MR. McDONOUGH:
6   Q.   Where were the bicycles and trikes —
7   A.   Yes.
8   Q.   — that Nicolescu described to you, where were those
9   being sold?
10      MR. GOLDBERG:  Objection.
11      THE COURT:  Overruled.
12   A.   They were being sold on eBay at that time.
13      MR. GOLDBERG:  Objection.
14      THE COURT:  Overruled.
15   BY MR. McDONOUGH:
16   Q.   How were the bicycles and trikes being told on
17   eBay?
18   A.   They were listed on eBay and taken real photos of
19   real auctions with the same item and then put — they are
20   put on a new listing with prize like half or three times
21   less or more than three times less than what should be on
22   there under $3,000.
23   Q.   Who listed the bikes and trikes on the eBay auction
24   sites?
25      MR. GOLDBERG:  Objection.

Mr. Valentin Danet - Direct

1          THE COURT:  Overruled.

2   A.    Bogdan Nicolescu listed it, and I wanted to list

3   them as well.  So he showed me how I should do it.

4   Q.    How did Bogdan Nicolescu show you how to post the

5   bicycles and trikes on the fake eBay?

6   A.    At first, he set up my computer for doing this, and

7   then we were talking online.

8   Q.    What kind of computer did you have?

9   A.    A desktop computer at that time.

10  Q.    Where were you living at that time?

11  A.    And I also had purchased shortly after especially

12  for this, for doing this laptop computer.

13  Q.    Okay.  Where was Nicolescu when he was showing you

14  how to do the bikes and trikes on the eBay?

15  A.    It was with me, and although he was showing me

16  through the writing on messenger.

17  Q.    Okay.  And where were you living at this time?

18  A.    I was living with my parents.

19  Q.    Where was your brother?

20  A.    Living with my parents as well.

21  Q.    Where was Nicolescu living?

22  A.    He was living in Bucharest.

23  Q.    How did you communicate with Nicolescu?

24  A.    Through phone conversations and for the purpose of

25  this eBay listing thing through messenger.

Mr. Valentin Danet - Direct

1    Q.    What is messenger?

2    A.    It is a message relaying program that you use on the

3    internet.

4    Q.    Could you use the messenger program on your desktop

5    computer?

6    A.    Yes.  On every computer, you could use it.  I used

7    it on the desktop and on the laptop.

8    Q.    Could you use it on a phone?

9    A.    At that time, no.  The phones weren't — it was not

10   Android at that time.

11   Q.    There wasn't Android?

12   A.    There was not, yeah.

13   Q.    Okay.  You posted listings?

14   A.    Yes, I did.

15   Q.    How did you get the money?

16   A.    Nicolescu was giving me the money.  He told me about

17   how he acquired it.

18   Q.    How he acquired what?

19   A.    The money.

20   Q.    How did Nicolescu acquire the money?

21   A.    He knew from a friend of his.  At that time, I

22   didn't know his nickname.  He had the nickname Morfizu.

23   Q.    Morfizu?

24   A.    That's right, M-o-r-f-i-z-u.

25   Q.    Do you know Morfizu's real name?

Mr. Valentin Danet - Direct

1    A.    Yes.  I had found it out later.

2    Q.    What is Morfizu's real name?

3    A.    It is Bogdan Antonovici, B-o-g-d-a n.

4    Q.    How did you know him?

5    A.    Through — he hanged out with Nicolescu, and I met

6    him — I saw him first when going to the seaside with

7    Nicolescu at one time, and he was driving BMW.

8    Q.    Who was driving a BMW?

9    A.    Nicolescu — at that time Antonovici and

10   Nicolescu were also driving BMW, but one was his

11   father's car.

12   Q.    I'm sorry.  Bogdan Antonovici was driving the

13   BMW?

14   A.    Yes.  He had one and was driving it and Nicolescu.

15   Q.    You mentioned something about somebody's father.

16   A.    Nicolescu was driving a car of his father's.

17   Q.    Okay.  So Nicolescu's father's car, was that a BMW?

18   A.    No, it was not.

19   Q.    Where did the money from the United States travel to

20   get to Morfizu?

21            MR. GOLDBERG:  Objection.

22            THE COURT:  Overruled.  Do you know, sir?

23            THE WITNESS:  Yes, I know.

24            THE COURT:  You may answer.

25            THE WITNESS:  Antonovici had people working

Mr. Valentin Danet - Direct

1    with him with fake IDs that were cashing the money

2    from Western Union locations in Romania, other

3    countries surrounding Romania and like also in Western

4    Europe.

5               MR. McDONOUGH:  Your Honor, may we have the

6    Government laptop back table, please?  Ms. Chandler, may

7    we have Government's Exhibit 1845?

8    BY MR. McDONOUGH:

9    Q.   Showing you what has been marked for identification

10   purposes as Government's Exhibit 1845, do you recognize

11   this map?

12   A.   Yes, I do.  It is the map of Romania.

13   Q.   You mentioned the money sent to Western Union was in

14   some countries around —

15   A.   Yes.

16   Q.   — Romania?

17   A.   Yes.  Bulgaria, Greece, Hungary.

18   Q.   Okay.  Bulgaria is where?

19   A.   South of Romania.

20   Q.   Hungary is where?

21   A.   West of Romania.

22   Q.   And what other country?

23   A.   Greece, and that's south of Bulgaria.

24   Q.   Okay.  All right.

25               How did the Western Union money from

Mr. Valentin Danet - Direct

1    Hungary, Bulgaria, and Greece get to Romania?

2            MR. GOLDBERG:  Objection.

3    A.    The people working for Antonovici gave the money to

4    him and from there went on to Nicolescu, and Nicolescu

5    gave the part that we — the share that he set up for me,

6    he gave it to me.

7    Q.    What was your share?

8    A.    First was 60 percent and then went up to 66 or 67

9    percent.

10   Q.    Sixty to 66 or 67 percent of what?

11   A.    Of the money that the United States people that were

12   purchasing the fake items were sending.

13   Q.    How were you paid?

14   A.    Cash in hand.

15   Q.    What is the cash in hand in Romania called?

16   A.    The Romania currency you mean?

17   Q.    Yes, I apologize.  What's the Romanian currency?

18   A.    It is called Romanian ron, r-o-n, the symbol but at

19   that time, I was paid although in foreign currency.

20   Q.    Okay.  The Romanian currency you mentioned, is it

21   lei or ron?  What did you say?

22   A.    It is called lei but the symbol like you call dollar

23   and the USD.

24   Q.    Okay.

25   A.    It is called lei and r-o-n.

Mr. Valentin Danet - Direct

1    Q.   Lei is —

2    A.   R-o-n.

3    Q.   R-o-n.

4    A.   It is Romanian new leu.

5    Q.   Were you paid in Romanian currency?

6    A.   Sometimes in Romanian currency, sometimes in U.S.

7    dollars, sometimes in Euro.

8    Q.   Where did Nicolescu pay you the cash in hand?

9            MR. GOLDBERG:  Objection.

10   A.   At first in his car.

11           THE COURT:  Overruled.

12   Q.   Yes.

13   A.   At first, he was driving to near my apartment, and I

14   went down to his car and in his car.

15   Q.   Okay.  How often would Nicolescu pay you in cash in

16   hand?

17   A.   It depends.  It was not something fixed.  So as

18   often as he got the money from Antonovici and later on

19   from other guys involved in this.

20   Q.   Do you know what the share was of other people in

21   the group?

22           MR. GOLDBERG:  Objection.

23           THE COURT:  Overruled.  Answer that yes or

24   no only.

25           THE WITNESS:  Yes.

Mr. Valentin Danet - Direct

1    BY MR. McDONOUGH:

2    Q.    How do you know?

3    A.    Nicolescu told me.

4    Q.    What did Nicolescu tell you about the shares of

5    other people in the group?

6    A.    He told me about his share.  He also had a bit of

7    person each from my share, although he had a little bit

8    more than 60 percent at first, and then the rest amount

9    — it went on to the guys that would pickup the money so

10   Antonovich in his network.

11   Q.    You said your share started at 60 percent?

12   A.    Yes.

13   Q.    What did Nicolescu's share start out as?

14   A.    Between 65 and 70 percent as far as like I know that

15   he told me so.

16   Q.    So for a $3,000 item, how much of that did you

17   get?

18   A.    60 percent of the $3,000, like —

19   Q.    $1,800?

20   A.    $1,800.

21   Q.    Who got the other $1,200?

22   A.    This I can't say for sure.

23   Q.    Okay.  During this time, were you working any

24   legitimate employment or legal employment?

25   A.    In 2006, no.  I started working later on.  My

Mr. Valentin Danet – Direct

1    brother set up a company for programming services, and I
2    worked three, four years with this company.
3    Q.    What company did your brother Tiberiu Danet
4    start?
5    A.    It was called Develop IT.
6    Q.    What did Develop IT do?
7    A.    It did programming services.
8    Q.    What kind of computer programming services did you
9    provide for your brother's company?
10   A.    I didn't provide much.  He was doing most of the
11   stuff, but he listed me also there as a participant in
12   the company.
13   Q.    Where did your brother go to school after high
14   school?
15                MR. GOLDBERG:  Objection.
16                THE COURT:  Sustained.
17   BY MR. McDONOUGH:
18   Q.    Do you know how your brother learned computer
19   programming?
20   A.    Yes.
21   Q.    How do you know?
22   A.    I was living with him in the same house.  So from
23   him.
24   Q.    Did you have a computer at your house growing
25   up?

Mr. Valentin Danet - Direct

1    A.    Excuse me.  I didn't get it.

2    Q.    Did you have a computer at your house when you were

3    growing up?

4    A.    Yes.  By my father purchased one, and actually, it

5    is a story that my father had saved $5,000.  It was like

6    when you bought a car in Communist Romania, you had to

7    wait seven years and get the money, and you were in a

8    queue.

9            And you had to wait for the car, and when

10   Communism fell off, he was left with that money, and that

11   money, the inflation was rising steadily, and with the

12   money he had saved for the car, he purchased the

13   computer?  And that's how I got it and my brother as well

14   to be near computers.

15           At that time he paid —

16   Q.    Your father placed an order for a car that

17   would take seven years in Communist Romania to get

18   delivered?

19   A.    Yes.  That was at that time —

20   Q.    And took that money —

21   A.    After Communism fell, you couldn't take the car any

22   more and used the money — I remember it was like $5,000,

23   I mean almost $5,000 and used it to buy a computer from a

24   company called Gateway 2000 at that time.

25   Q.    Did you use that Gateway computer at home?

Mr. Valentin Danet — Direct

1   A.   Yes, I did.

2   Q.   What did you use it for?

3   A.   To play and to learn computer programming.

4   Q.   Yes or no, did your brother use it?

5   A.   Yes, he used it.

6   Q.   Yes or no, did you see him on it?

7   A.   Yes.

8   Q.   What did you see him do?

9   A.   Play and also writing programming code.

10  Q.   How old was your brother when he was writing

11  programming code?

12  A.   It is — he started before high school.  I have to

13  think about it.  He is three years younger than me.  I

14  started high school in 1996.  He started in 1999, so

15  about 1997 he was already writing, and when he got into

16  high school, he was trained by people that were going to

17  Olympiad.

18  Q.   What's an Olympiad?

19  A.   It is a contest, national contest, international

20  contest in computer — in anything, but he went to

21  computer science contest.

22  Q.   Did you compete in Olympiad?

23  A.   I did in high school, but I was not so good.  I

24  didn't get to national level.

25  Q.   Who got to the national level?

Mr. Valentin Danet - Direct

1   A.    Nicolescu did one time, and my brother did several

2   times.

3   Q.    Was your brother employed before the startup

4   company?

5   A.    Yes, he was.  He went to —

6   Q.    What did he do?

7   A.    He went to Google for an internship in the

8   United States.

9   Q.    Do you know how he got the internship at Google in

10  the United States?

11  A.    He applied for it, and he got it from Google, and

12  when he came back, he got hired part-time in a company.

13  He was working four hours of the day and get paid — was

14  paid almost $400 a month.

15  Q.    You said after Google internship he got hired for a

16  company where?

17  A.    In Bucharest, Romania.

18  Q.    And he worked how many hours a day?

19  A.    Four hours a day.

20  Q.    And made how much?

21  A.    $400 a month.

22  Q.    How much did you make for your brother's startup

23  company?

24  A.    I didn't make much from the company because I was

25  already —

Mr. Valentin Danet - Direct

1    MR. GOLDBERG:  Objection.

2    THE COURT:  Overruled.

3    BY MR. McDONOUGH:

4    Q.    How long did you work for your brother's

5    company?

6    A.    For several years.  But in that time —

7    MR. GOLDBERG:  Objection.

8    THE COURT:  Sustained.

9    BY MR. McDONOUGH:

10   Q.    Let me ask you this:  How much money did you earn

11   working for your brother's company?

12   A.    Not much, very little.

13   MR. GOLDBERG:  Objection.

14   THE COURT:  Overruled.  I will let that

15   stand.

16   BY MR. McDONOUGH:

17   Q.    What did you do to support yourself?

18   A.    I was doing eBay fraud.

19   Q.    How long were you committing eBay fraud?

20   A.    From like 2005, November-December until 2014 and

21   then continued from 2013 and 2014 to 2016 I went in the

22   other scheme, which was not any more related to eBay

23   until the arrests were made.

24   Q.    All right.  I am going to ask you — I am going to

25   ask you some questions about the first scheme, 2005 to

Mr. Valentin Danet — Direct

1   2013 for eBay.  Okay?

2   A.   Yes.

3   Q.   How did you commit eBay fraud starting in

4   2005?

5   A.   In 2005, Bogdan Nicolescu set up my computer, my

6   laptop computer for this thing.  He installed Linux and

7   the VM ware application.

8   Q.   Let me stop you right there.

9              Where did Nicolescu set up your computer?

10  A.   At my home, my parents' home.

11  Q.   How did he set up your computer?

12  A.   By bringing his own computer and other from his

13  memory, I mean, setting things up and checking up

14  with his computer how it should look like the files

15  there.

16  Q.   You mentioned Linux?

17  A.   Yes.

18  Q.   What is Linux?

19  A.   It is an operating system free of charge.

20  Q.   Who installed the Linux on your computer?

21  A.   At first, it was Nicolescu, and then I learned to

22  install it myself.

23  Q.   You mentioned VM ware.

24  A.   Yes.

25  Q.   What is VM ware?

Mr. Valentin Danet - Direct

1    A.    It is a program, an application that allows you to

2    run a branding system in another operating system.

3    Q.    How long did it take Nicolescu to set up your

4    computer with the Linux and the VM ware?

5    A.    I remember the first time we did it we went through

6    the night until the second day, so it was from the

7    evening until the next day at noon.

8    Q.    Where did this take place?

9    A.    In my parents' home, in my home where I was

10   living.

11   Q.    Okay.  What happened after Nicolescu set up your

12   computer with the Linux and the VM ware?

13   A.    I started using it and going through the process of

14   getting people to pay for eBay auctions.

15   Q.    How were the eBay auctions set up?

16   A.    We needed to set up an account or lots of accounts

17   on eBay, and then I copied a real listing?

18                And it needed to be a shinny item with good

19   pictures in good light so it can attract customers and

20   have the price put in like quarter of the real price or

21   one third of the price.

22   Q.    What items were you listing?

23   A.    At first items —

24                MR. GOLDBERG:  Objection.

25   A.    — we were listing —

Mr. Valentin Danet - Direct

1          THE COURT:  Did you say objection?

2          MR. GOLDBERG:  Yes.

3          THE COURT:  Overruled.

4          THE WITNESS:  At first bikes and trikes and

5   then cars.

6   BY MR. McDONOUGH:

7   Q.    How did you list cars on eBay?

8   A.    The same that I was telling, just that the cars had

9   the higher price, like I would have two cars that cost

10  like between $20, $30,000 and list them for $9,000, then

11  something, $8,800, $9,000, $9,100, under $10,000.

12  Q.    Where did you get pictures of these cars?

13  A.    From real eBay listings.

14  Q.    How did you get the pictures of these cars from real

15  eBay listings?

16  A.    Copied them.  At first copied them by hand, and then

17  one of the guys working in this had made an automatic

18  program that would automatically download cars listed on

19  eBay.  You could choose from there easier?

20          But I was doing this automatic thing like

21  10 percent of the whole time mostly manually, copying and

22  then pasting in the auction.

23  Q.    You said at the beginning you would copy and

24  paste?

25  A.    Yes.

Mr. Valentin Danet - Direct

1   Q.   Later on did it change to be automated or

2   automatic?

3   A.   Yes.

4   Q.   How did it change from manual to automatic?

5   A.   Someone created the automatic tool to do this.

6   Q.   What was Nicolescu's role in this?

7                MR. GOLDBERG:  Objection.

8                THE COURT:  Overruled.

9   A.   Nicolescu knew almost everybody in this, and at one

10  time, he decided to create a virus that would —

11               MR. GOLDBERG:  Objection.

12               THE COURT:  Overruled.

13  A.   That would automate — not automate — that would

14  allow us to control the devices of the people that were

15  infected and to present them like with a page.  After

16  they purchased, they were getting infected, and they were

17  clicking on a button to purchase on eBay the car that

18  they want to purchase, to show it like in their eBay

19  account like it was the real thing, I mean, that this

20  really happened.

21  Q.   Who created the virus?

22  A.   Bogdan Nicolescu.

23  Q.   How do you know?

24  A.   He told me.  We were hanging out, and he was telling

25  me we needed to create something like this, so because

Mr. Valentin Danet - Direct

1    people would fall off easier than just when they see to

2    purchase a car, if they check on the eBay under my eBay

3    and realize it is not there, they would realize it is

4    something fake and would not send the money any more, so

5    we needed to take care of this.

6    Q.    And what was the name of the virus that Nicolescu

7    used to trick people?

8                   MR. GOLDBERG:  Objection.

9                   THE COURT:  Sustained.

10   Q.    What was the name of the virus?

11   A.    It was called Bayrob, and Nicolescu referred to it

12   as MyeBay.

13   Q.    What is MyeBay?

14   A.    So it was this virus that was meant to have on the

15   infected computer when the person was clicking on the —

16   logging into his eBay account and clicking in at MyeBay

17   it should show the fake car that was purchased.

18   Q.    Do you know how Nicolescu's MyeBay virus infected

19   other computers?

20   A.    Yes, because I did this myself using that

21   virus.

22   Q.    How did the Nicolescu's MyeBay virus infect

23   computers?

24   A.    It is a little bit longer, so at first, you would

25   need to with the fake car posting, you would collect

Mr. Valentin Danet - Direct

1  the —

2  Q.    Let me stop you there.

3             Let's walk through the steps of the fake car

4  posting.  Okay?

5  A.    Okay.

6  Q.    What was the first step to post a fake car on

7  eBay?

8  A.    Set up an eBay account, paste the — put up the fake

9  auction.  If the auction was holding and eBay was not

10  shutting it down, at first, you would put just the price,

11  let's say, for a car like $8,800 or $9 — like $8,900 or

12  $9,000.

13  Q.    Stop.  Why did you put the price at a certain

14  amount?

15  A.    We believed it should be under $10,000, but then,

16  also, we put prices like $12,000, $13,000, $16,000, but

17  it was the idea that the banks would not close the

18  transactions if it were under $10,000.

19  Q.    After you set the price for the car, what was the

20  next step on eBay?

21  A.    So you could also make when eBay closed this — at

22  one time, they closed down this account really quickly,

23  and you have to hide the fake price, so I listed it — we

24  listed it for like the real price, $20, $30,000 and put a

25  Gif image inside the auction that was showing up.

Mr. Valentin Danet - Direct

1    Q.    I am going to stop you there.

2              You say eBay would sometimes shut down the

3    auction?

4    A.    Yeah.

5    Q.    How?

6    A.    They realized —

7              MR. O'SHEA:  Objection.

8              THE COURT:  One moment, sustained.

9              MR. McDONOUGH:  Yes, your Honor.

10   BY MR. McDONOUGH:

11   Q.    What steps did you take?

12   A.    In what?

13   Q.    What steps did you take to post fake cars on eBay to

14   avoid detection?

15   A.    So I came — actually, Nicolescu came up and I —

16              MR. GOLDBERG:  Objection.

17              THE COURT:  Overruled.

18   A.     — and I tried to make it better with Gif image,

19   that he — I made a Gif image, made it look better, and

20   he did — he ran the Gif image, would connect to a server

21   that would make the image not getting showed that we were

22   thinking were eBays or belonging to antivirus companies

23   or belonging to like we call them vigilantes, like people

24   reporting the fake auctions to eBay?

25              And you could see they had the same idea, so

1840

Mr. Valentin Danet - Direct

1  we would not show the image containing the $8,000, $9,000

2  price to them.

3  Q.   A Gif image is what?

4  A.   It is an image that could also be animated and can

5  change like a short movie.

6  Q.   Okay.

7  A.   But with — like ten pictures shown in a row.

8  Q.   When you posted a listing for the car, did you have

9  a car to sell?

10  A.   No.

11  Q.   How long was an auction for one of these cars on

12  eBay that you posted?

13  A.   Depends how long they would shut it down.  If they

14  would not shut it down, it could take up to one week or

15  how long you would set it up.

16           If not, it would be shut down in a minute,

17  one day, two days, three days.

18  Q.   How did you know who was interested in the auction

19  to purchase the car?

20  A.   Because of a small price and nice looking pictures,

21  people were sending questions through eBay.  At first,

22  eBay allowed you to see their e-mail, and then after

23  sometime, they didn't allow to see their —

24  Q.   Stop here.  Why was it important for you to know the

25  e-mail address of perspective buyers of the cars?

Mr. Valentin Danet - Direct

1      MR. GOLDBERG:  Objection.

2      THE COURT:  Sustained.

3  BY MR. McDONOUGH:

4  Q.   Why did you want to — withdraw that.

5      What information did you want from the eBay

6  fake auction listing?

7      MR. GOLDBERG:  Objection.

8      THE COURT:  Overruled.

9      THE WITNESS:  The e-mail addresses of the

10  people that were interested.  That's the only information

11  we needed.

12  BY MR. McDONOUGH:

13  Q.   Why did you need the e-mail addresses of perspective

14  buyers?

15  A.   So we could send them the offer.  At first, before

16  creating the virus, you would send them an offer so we

17  would write the story made up.

18      Like in the end, if they want the car, they

19  should pay the amount of money, and after it was created,

20  we would write an e-mail containing also the virus

21  attached or later on a link where they could download it

22  there, so their computer would be infected.

23      And if they decided to buy the car, so we

24  could look like on their computer that they really bought

25  that car.

Mr. Valentin Danet - Direct

1        THE COURT:  I am going to interrupt at this
2   point, Mr. McDonough.  We are going to take our recess at
3   this point.
4        All rise for the jury.  Fifteen minutes,
5   folks.
6        (Recess had.)
7        THE COURT:  Please be seated.  You may
8   continue.
9        MR. McDONOUGH:  Thank you, your Honor.
10  BY MR. McDONOUGH:
11  Q.   When we left off, you mentioned an e-mail sent to
12  prospective buyers about a second chance?
13  A.   Uh, yes.
14  Q.   What was the second chance?
15  A.   The second chance, actually, there were two separate
16  e-mails.  When the victim was not infected with the
17  virus, we would send them a second chance e-mail.
18       It was like direct contract where it was
19  written that he needed to send the money and to a
20  specific bank account, and this would cover the payment
21  for the vehicle that was sold, and the vehicle would be
22  delivered to him, just make it look like authentic
23  contract.
24  Q.   Okay.  What was the second e-mail sent to the
25  prospective buyer?

Mr. Valentin Danet - Direct

1    A.    You mean the second chance?

2    Q.    Yes.

3    A.    This is how we did it at first before having the

4    virus:  Would send directly after exchanging some e-mails

5    and determining that the buyer really wanted to purchase

6    the car, send directly a second chance offer, looking as

7    a real contract where it was instructed that they should

8    mail the wire to the mule's account, and that would

9    guarantee the car would be delivered to them.

10   Q.    Where was the mule's account that the e-mail

11   referred to to send the money?

12   A.    Both the e-mail, the mule's account all in the

13   United States.

14   Q.    Now, you mentioned it changed over time?

15   A.    Yeah, before the virus —

16            MR. GOLDBERG:  Objection.

17            THE COURT:  Overruled.

18            THE WITNESS:  Before the virus, you would

19   send only the second chance offer.

20   Q.    Okay.

21   A.    Which we took the template from Antonovici, and

22   after the virus, you would instruct the buyer that also

23   his eBay page, he had their — like it was like you

24   bought the vehicle, instructed to send the money to

25   specific account that we included for this operation, to

Mr. Valentin Danet - Direct

1    retrieve the money from the person that was buying the

2    car and send them in smaller payments through Western

3    Union and very seldom moneygram to the network of

4    Antonovici and later on some other people.

5    Q.    Okay.  You mentioned Antonovici and a template?

6    A.    Yes.

7    Q.    What is a template?

8    A.    Like this contract that said — it was made to look

9    like in official language, like an older style English

10   language that is used in authentic contracts.

11   Q.    What was that contract for?

12   A.    To make it look like the sale is real, and that by

13   sending the money, the vehicle would be delivered, and

14   that's granted.

15   Q.    And who was that contract sent to?

16   A.    To the — before the virus, to all the people that

17   wanted to purchase the vehicle and had to send the money,

18   and after the virus, to the people who were infected with

19   the virus.

20   Q.    I am going to ask you here, so before the virus,

21   how did the money go from the prospective buyer to

22   purchase?

23   A.    It was the same thing before the virus and after the

24   virus.  It was just the way that victim was led to

25   believe that that was true, and the way it was that he

1845

Mr. Valentin Danet - Direct

1    needed to wire the money from his bank account to the

2    mule's bank account held in the United States.

3    Q.    You mentioned recruiting.

4    A.    Yes.

5    Q.    Recruiting who?

6    A.    Recruiting so-called mule.

7    Q.    Who recruited mules?

8    A.    Nicolescu, myself, and my brother.

9    Q.    All right.  How —

10                MR. GOLDBERG:  Objection.

11                THE COURT:  Sustained.

12   BY MR. McDONOUGH:

13   Q.    How did your brother Tiberiu Danet get

14   involved?

15   A.    Unfortunately, I got him into this whole

16   scheme.

17   Q.    How did you get your brother Tiberiu Danet into this

18   scheme?

19   A.    We were both sharing the same room, and he was

20   working on his part-time job, and I was working on the

21   frauding in 2006.  And Nicolescu wanted someone that

22   would be capable of programming.

23   Q.    Programming what?

24   A.    At the first time, it was a fake Wal-Mart site.

25   Q.    What's a fake Wal-Mart site?

1846

Mr. Valentin Danet – Direct

1   A.    It was used for getting credit cards just from one

2   source to make people believe they were purchasing

3   basically cameras on Wal-Mart, and they introduced their

4   credit cards.

5           And then, we could use their credit card for

6   different purchases on the internet.

7   Q.    Who stole the credit card numbers from the fake

8   Wal-Mart site?

9           MR. GOLDBERG:  Objection.

10          THE COURT:  Sustained.

11  BY MR. McDONOUGH:

12  Q.    How did you get the credit cards from the Wal-Mart

13  page?

14          MR. GOLDBERG:  Objection.

15          THE COURT:  Overruled.

16  A.    The people that bought the specific items listed

17  there input his or her credit card.  It went on to a

18  server that — a domain that he bought it, and from

19  there, we would have it.  This was one way of getting the

20  credit cards.

21  Q.    I am going to stop you there.

22          Besides getting the credit card number, what

23  other information did you get from the buyer who clicked

24  on the fake Wal-Mart page?

25  A.    All the relevant information needed to make a

Mr. Valentin Danet - Direct

1   purchase, so the name, the address, the telephone number,

2   but telephone number was not mandatory.  You could make

3   any telephone number up.

4   Q.   Where did the credit card number and all that

5   relevant information go to?

6   A.   At first, it went to some domains that we purchased,

7   especially some domains.

8   Q.   Domains?

9   A.   Yes.

10  Q.   What is a domain?

11  A.   The server — the domain names that were — a server

12  basically, a server that you could buy on the internet,

13  and at first, it was just for website listings, and in

14  the later years, you could purchase — you could talk

15  private to servers, VPSs, or actually computers in later

16  servers.

17  Q.   How do you purchase a domain?

18  A.   With a credit card.

19  Q.   Who sells the domain?

20  A.   Yahoo sells domain; AOL sold domain.

21  Q.   What is the name of a domain?

22  A.   For Wal-Mart, we made stuff up that would resemble

23  the Wal-Mart's name like Wal minus Mart or Wal-Mart with

24  N instead of M or with L instead of the T at the end.

25  Q.   Why did you misspell Wal-Mart for the name of the

Mr. Valentin Danet - Direct

1  domain?

2  A.   So it would look like the people entering the credit

3  card and purchasing fake camera, not fake camera, that

4  were not being delivered to make it look authentic like

5  it was the real Wal-Mart.

6  Q.   What else did the fake Wal-Mart page look like?

7       Let me withdraw that.  Bad question.

8  Apologize.

9       Describe what the fake Wal-Mart page looked

10  like?

11  A.   It was just a page that showed five to ten objects

12  that were like flash deals that you could acquire at that

13  moment, like a discount, again, like 30 percent of the

14  real price or even lower.

15       And then, the victim would click on the

16  camera, and then it has to click on buy and then enter

17  the credit card information and say the camera would be

18  delivered.

19  Q.   You mentioned all that credit card and relevant info

20  that went to — you said VPS or no?

21  A.   At first, no, just on Yahoo domain bought for Yahoo

22  web hosting.

23  Q.   So that's the fake Wal-Mart site with the Yahoo

24  site, the domain?

25  A.   Yeah, this was back in 2006.

Mr. Valentin Danet – Direct

1    Q.    Did that change over time?

2    A.    With regards to what?

3    Q.    With regard to getting the credit card info?

4    A.    At that time as well, when this matter was not

5    available because Yahoo would put down the website when

6    we needed credit card and they were not available,

7    Nicolescu would purchase it from various other sources in

8    Romania, from Antonovici, and also from other people.  I

9    don't know them.

10   Q.    All right.  Let me ask you this:

11               For the fake Wal-Mart page that's a domain,

12   that was purchased using a credit card?

13   A.    Yeah, a lot of domains.  Not one, like several, ten.

14   Q.    Lots of domains?

15   A.    Yes.

16   Q.    Were the credit cards stolen?

17   A.    Yes, because the objects were not delivered.

18   Q.    To purchase domain, these websites, what

19   information was required by you, Yahoo, or whoever the

20   host was?

21   A.    Just the credit card info like name, credit card,

22   expiring date, and control number, address, telephone,

23   and starting in 2014 or 2013, we also used the VFS,

24   virtual private servers that you could acquire with

25   credit card but later in 2015 with bitcoins,

Mr. Valentin Danet – Direct

1    cryptocurrency.

2    Q.    So that 2014 to that 2016 portion, where was the

3    virtual private server located?

4                    MR. GOLDBERG:  Objection.

5                    THE COURT:  Overruled.  Do you know, sir?

6                    THE WITNESS:  I know the name of one

7    company.

8    BY MR. McDONOUGH:

9    Q.    What was the name of the one company?

10   A.    Dacentec, D-a-c-e-n-t-e-c.

11   Q.    Dacentec?

12   A.    Yes.

13   Q.    Dacentec hosted a virtual private server at one

14   point?

15   A.    Yes.

16   Q.    How do you know that?

17   A.    Because I was involved in it.

18   Q.    Going back to the eBay auction fraud, you mentioned

19   that you had brought your brother into this?

20   A.    Yes.

21   Q.    Was your brother employed at the time?

22   A.    Yes.

23   Q.    Do you know how much he was making?

24   A.    Yes.

25   Q.    How much money were you making at that time?

Mr. Valentin Danet - Direct

1   A.   At that time selling of a bike of $3,000, I was

2   making $1,800.

3   Q.   $1,800 for one listing?

4   A.   Yes.

5   Q.   How much a month, how many listings at the time you

6   brought your brother into this?

7   A.   Not many, around three or four.

8   Q.   Three or four listings a month?

9   A.   Yes, or five.

10   Q.   Up to five listings a month?

11   A.   Yes.

12   Q.   $9,000 a month?

13   A.   Yes.

14   Q.   Okay.  Yes or no.  Was that more than what your

15   brother was making?

16   A.   Yes, a lot more.

17   Q.   Did your brother have nicknames?

18   A.   Yes.

19   Q.   What were your brother's nicknames?

20   A.   He had on the Jabber server that he was hosting, he

21   had Romeo; also on the fraud part, he used amightysa

22   shortened to Amy, a-m-y.

23   Q.   Any other nicknames?

24   A.   None that I recall.  His address —

25   Q.   What was your brother's e-mail address?

Mr. Valentin Danet - Direct

1      A.    Tiberiu Danet @ gmail.com like his name.

2                  THE COURT:  Can I ask you to speak up

3      a little louder, please?

4                  THE WITNESS:  Okay.

5                  THE COURT:  I'm struggling a little bit.

6                  THE WITNESS:  Tiberiu Danet at gmail.com.

7      BY MR. McDONOUGH:

8      Q.    Did he have any nickname e-mail addresses?

9      A.    He had the nickname e-mail when he was using the

10     Jabber like Romeo and also — I don't recall at this

11     moment.

12     Q.    Okay.  Okay.  Now, you mentioned Jabber?

13     A.    Yes.

14     Q.    What is Jabber?

15     A.    It is a protocol through which you can communicate

16     on the internet.

17     Q.    What is a protocol to communicate through the

18     internet?

19     A.    I am not exactly able to explain it, but it is a

20     software —

21     Q.    Software program?

22     A.    Yeah, a program can use this protocol to communicate

23     — you can communicate using this protocol.  I am not in

24     the technical position to explain what a protocol is.

25     Q.    Did you have a nickname on Jabber?

Mr. Valentin Danet - Direct

1   A.   Yes.  I had on the server I had on my brother's

2   server, I had balint, b-a-l-i-n-t, balint, and through

3   all this, I had balint mobile I was using on my mobile

4   phone?

5              And my brother and all of Nicolescu and

6   Miclaus had the same or added with mobile at the end.

7   For one user should have been used on the computer, and

8   the one that had mobile was added at the end on the

9   phone?

10             So we know when we talk between each

11  other, one is on the phone or he is at home on the

12  computer.

13  Q.   The Jabber program could be used on a computer?

14  A.   Yes.

15  Q.   On a phone?

16  A.   Yes.

17  Q.   There was a nickname on a computer?

18  A.   Yes.

19  Q.   What was your nickname on the computer?

20  A.   It was balint.

21  Q.   B-a-l-i-n-t?

22  A.   Yes.

23  Q.   You communicated with your brother on a

24  computer?

25  A.   Yes.

Mr. Valentin Danet - Direct

1   Q.   Using Jabber?

2   A.   Yes.

3   Q.   What did your brother use?

4   A.   When communicating to balint, Romeo.

5   Q.   What did you discuss on Jabber when you used balint

6   and your brother used Romeo?

7   A.   We discussed anything private talk, but there was

8   also talk related to turning on and turning on the

9   devices used for wireless connections.

10  Q.   Okay.  Did you have a Jabber account on your

11  phone?

12  A.   Yes, I did have.

13  Q.   Did your brother have a Jabber account on his

14  phone?

15  A.   Yes.

16  Q.   Could you tell if you were communicating with your

17  brother on Jabber and your brother was on a phone?

18  A.   Yes, because he was using the mobile ID when logged

19  in on the phone, and when he was logged in on the

20  computer, he was using the one without mobile?

21              So it was Romeo on the computer, and Romeo

22  — I don't remember in his case — but something with dot

23  or mobile or strike mobile.

24  Q.   So Romeo or romeo.mobile?

25  A.   That's right or minus mobile.

Mr. Valentin Danet - Direct

1    Q.   Got it.  You said strike?

2    A.   Yeah, minus.

3    Q.   A minus.

4    A.   Yeah.

5    Q.   Did you ever communicate with Bogdan Nicolescu over

6    Jabber?

7    A.   Yes, myself I did.

8    Q.   What was his nickname on Jabber?

9    A.   It was obe or mobile or obe mobile.

10   Q.   How is it obe mobile?

11   A.   I don't remember.  It is obe, a minus and then

12   mobile.

13   Q.   Mobile.

14   A.   It was a conventional use, so we know whether

15   the other party was speaking on phone or on the

16   computer.

17   Q.   So the dash or dot for mobile, did that convention,

18   who did it apply to?

19   A.   To all of us that had accounts on the Jabber server

20   hosted by my brother.

21   Q.   When you say your brother hosted the Jabber server,

22   what do you mean by that?

23   A.   He had a computer, a server at his house, which had

24   the Jabber application installed, a Jabber software, and

25   he purchased a domain for it for free that changed at

Mr. Valentin Danet - Direct

1    times.

2    Q.    Were your communications public or private over

3    Jabber?

4    A.    Mostly private.  It was the problem of the

5    application that sometimes it happened that it would not

6    encrypt the messages right before you send them, so the

7    first line would be unencrypted.

8    Q.    What do you mean by "encrypted on the Jabber

9    communications"?

10   A.    It was encrypted with PGP.

11   Q.    What's PGP?

12   A.    Stands for pretty good privacy.  It is an encryption

13   application or protocol.  I am not sure how to put it for

14   messaging communications.

15   Q.    Why did you use an encrypted private communications

16   with your brother?

17   A.    First of all, you would use encryption to avoid

18   anyone else knowing what you speak about, and then it was

19   because — so we couldn't — when we were talking about

20   the fraud-related topic, it needed to be secure from the

21   authorities that could possibly investigate it.

22   Q.    Secure from what authorities that could investigate

23   it?

24   A.    From any authority.

25   Q.    Like who?

Mr. Valentin Danet - Direct

1   A.   Like Romanian police and United States authorities

2   like FBI.

3   Q.   Did you communicate Jabber, using Jabber with Radu

4   Miclaus?

5   A.   Yes, I did.

6   Q.   How did you communicate with him via using

7   Jabber?

8   A.   I was using balint; he was using ferdy or the one

9   with mobile and through texting, chatting, but with him,

10  I didn't communicate much, just short sentences.

11  Q.   Okay.  Now, you mentioned it was encrypted.  Is that

12  on the mobile with the PGP, pretty good privacy?

13  A.   Yes.

14  Q.   What about if you were at a computer communicating

15  with your brother, Bogdan Nicolescu, Radu Miclaus?

16  A.   On the computer, we used the application Pidgin,

17  just an application for any messaging like you could use

18  on Yahoo, Google, AOL, GMX, and Jabber so everything,

19  almost everything, and you could also encrypt it with

20  PGP.

21  Q.   What did Pidgin allow you to do when communicating

22  with Nicolescu, Miclaus, or your brother?

23  A.   I could communicate and also to encrypt the

24  communications by using the PGP add-on.

25  Q.   When using Jabber or Pidgin, how many people could

Mr. Valentin Danet - Direct

1    be in that conversation or chat?

2    A.    I did just two people.  I think you could use group

3    chats, chat, but we never used them.

4    Q.    You never used group chats.  How did you set up an

5    account for Jabber?

6    A.    It is easy to set up.  We have hundreds of free

7    service providers, or in this case with my brother that

8    was hosting the server.

9    Q.    How long did you have the nicknames with Nicolescu

10   Miclaus and your brother on the Jabber server?

11   A.    I would say up until the arrests were made and

12   starting couple years before so 2014 for sure, 2013.

13   Q.    Who set up Pidgin?

14   A.    On my computer?

15   Q.    Yes.

16   A.    I set up myself.  It is a very simple easy

17   application to set up.

18   Q.    Who used Pidgin?

19   A.    My brother used Pidgin.  Nicolescu used Pidgin.

20   Q.    Whose idea was it?

21   A.    Nicolescu's idea.

22   Q.    What happened after you brought your brother into

23   the eBay auction scheme?

24   A.    He quit his job because he was making more money and

25   started programming various stuff for frauding, and he

Mr. Valentin Danet – Direct

1   was quite prolific at doing it.

2   Q.   Okay.  Did you have communications with Radu Miclaus

3   regarding the eBay auction scheme?

4   A.   Yes, I did.

5   Q.   What communications did you have with him?

6   A.   Regarding domain purchasing, regarding credit cards,

7   regarding money exchanges.

8   Q.   Okay.  Well, but the domain, domain are websites?

9                MR. O'SHEA:  Objection.

10                THE COURT:  Sustained.

11   BY MR. McDONOUGH:

12   Q.   What conversations did you have regarding purchasing

13   domains?

14   A.   We would exchange the domain log-ins that we bought

15   for each other, so we knew — or so we all used those

16   domains.

17   Q.   All right.

18   A.   And we also had an automated page through which

19   you would list all the credit cards and then mark a

20   credit card like it was already used for purchasing a

21   domain.

22   Q.   Okay.  Can you give an example of a domain that you

23   purchased?

24   A.   It now crosses my mind "Liam is mule.com."

25   Q.   Liam?

1860

Mr. Valentin Danet - Direct

1    A.    "Liam is a mule.com."

2    Q.    Liam is a mule.com?

3    A.    Yeah.

4    Q.    You purchased that?

5    A.    Yes, I did.

6    Q.    Who is Liam?

7    A.    It is a guy that first tracked the virus from

8    Symantec, Liam O — I don't remember his name.

9    Q.    What is Symantec?

10   A.    A virus company that first detected MyeBay virus.

11   Q.    Do you know when Symantec first identified

12   Nicolescu's MyeBay virus?

13                MR. GOLDBERG:  Objection.

14                THE COURT:  Sustained.

15   BY MR. McDONOUGH:

16   Q.    What was your role regarding the virus?

17   A.    Just to spread it to send mails containing

18   it and also have it checked on virus detection

19   portals.

20   Q.    Okay.  What is a virus detection portal?

21   A.    For example, it was a virus total.com website, and

22   there was another smaller one that I cannot remember.  It

23   was on the g-o-t-t-i.com domain, I think.

24   Q.    What is virus total.com?

25   A.    It is a service that is being offered for free to

1861

Mr. Valentin Danet – Direct

1    check if an application is infected with a virus through

2    almost all antivirus programs.

3    Q.    How did you use the antivirus site virus total.com?

4    A.    You would enter there an infected file.

5              MR. GOLDBERG:  Objection.

6              THE COURT:  Sustained.

7    BY MR. McDONOUGH:

8    Q.    Did you have access to the virus?

9    A.    Yes, I did have.

10   Q.    How did you have access?

11   A.    Nicolescu gave everyone involved access to

12   use it for customers that would have been infected with

13   it.

14   Q.    Did the virus stay the same or change?

15   A.    It changed multiple times.

16   Q.    How do you know that it changed multiple times?

17   A.    Because when it was detected, you couldn't use it

18   any more because of the antivirus software detecting it

19   and needed to be changed, not to be detected again.

20   Q.    How did you know if the virus was detected by an

21   antivirus program?

22             MR. GOLDBERG:  Objection.

23             THE COURT:  Overruled.

24   A.    At first, you would notice that there weren't so

25   many computers being infected.  So the infection rate

Mr. Valentin Danet - Direct

1    would drop.

2              And then, when this would happen, I would

3    enter the part that I sent on virus total.com and have it

4    checked there.  And if it was infected, like if it was

5    detected by a major antivirus software like Symantec,

6    Microsoft, at times Norton or McAfee at first, then it

7    wouldn't be good more to be spread.

8    Q.    How could you tell if a computer was infected with

9    the virus?

10   A.    My brother created a tool which listed every

11   computer infected, so it should have the IP in

12   there.

13   Q.    When you say IP, what do you mean?

14   A.    The internet protocol address of the computer that

15   was infected.

16   Q.    Did you ever see a list of IP addresses listing

17   infected computers?

18   A.    Yes.  I did and used it daily.

19              MR. GOLDBERG:  Objection.

20              THE COURT:  Overruled.

21   BY MR. McDONOUGH:

22   Q.    Where did you see the list of infected computers?

23   A.    On my computer, the list was actually on the — on a

24   special domain bought with credit cards and later with

25   cryptocurrency to administer all things that are linked

Mr. Valentin Danet - Direct

1   to this fraud process.

2   Q.   When you say that you saw the list of IP addresses

3   on a special domain that was purchased with a credit

4   card —

5   A.   Yes.

6   Q.   — what do you mean by "domain"?

7   A.   I mean a web posting site or a virtual private

8   server.

9   Q.   Could you describe what that web hosting site or

10  virtual private server looked like?

11  A.   You had access by SSH.

12  Q.   I am going to stop you there.

13          When you were on your computer, what did the

14  page look like that listed the IP addresses of infected

15  computers?

16  A.   It was a page showing multiple column with the IP

17  and having different columns depending on the — if the

18  IP was available or not.  If it was that, we usually just

19  list the available infected computers.

20          MR. McDONOUGH:  Ms. Chandler, may we have

21  Exhibit 1446, page 2?

22  BY MR. McDONOUGH:

23  Q.   Do you recognize this?

24  A.   Yes, I do.

25  Q.   What is it?

1864

Mr. Valentin Danet – Direct

1   A.   It is a page through which you can see the listing
2   of infected computers.
3   Q.   And Ms. Chandler, if we could please — if we could
4   zoom, let's say, the upper left quadrant.  What's the
5   first column?
6   A.   The first column is the tick that was used to tick
7   what IP was used on eBay.
8   Q.   Okay.  In the — on this page, do you see the web
9   hosting page address?
10  A.   Yes.  It is the —
11  Q.   You can touch that screen.  There is an arrow.
12  Could you point to the address?
13  A.   This one here was the IP of the server.  That means
14  the listing of the infected computers and later much
15  more.
16  Q.   Okay.  How would you see this page on your computer?
17  A.   You would use an internet program and connect to it,
18  and at first, it was later on — at first, it was without
19  the user name and password and later on with user name
20  and password.
21  Q.   Okay.  You said at first you did not need a user
22  name or password to access this?
23  A.   Yes, because we first created this, it was just that
24  it was produced for Nicolescu or my brother and myself
25  right after my brother created it.

Mr. Valentin Danet - Direct

1  Q.    How many people had access to this when it

2  started?

3  A.    Just the three of us.

4  Q.    Who are the three?

5  A.    Nicolescu, my brother, and myself.

6  Q.    Okay.  That's the IP address column?

7  A.    What — the IP address?

8  Q.    Yes.  What is that column?

9  A.    You mean the IP of the server or the IP column?

10  Q.    The second column.  The first column is EB.  What

11  was the EB column?

12  A.    The second column is the IP of the infected

13  computers.

14  Q.    Okay.  What's the relay column, what's that?

15  A.    It was other — it is the same thing as you can

16  notice the IP address having entered at the end a

17  number in the text as decimal that would be used by

18  a tool created by Nicolescu to use that IP as a SOCKS

19  server.

20  Q.    What tool did Nicolescu create?  You said SOCKS.

21  A.    Yeah.  It would use any infected IP that would allow

22  it because not all of them but most of them allowed it to

23  be used as a SOCKS server.

24  Q.    What is a SOCKS — how do you spell SOCKS?

25  A.    S-O-C-K-S.

Mr. Valentin Danet - Direct

1    Q.    What is a SOCKS server?

2    A.    You can use that server to relay information through

3    it and so not to be connected actually with another

4    server.    Instead of being connected directly, you would

5    use that server and to the party that you are connected

6    with, and it would show up like they are being connected

7    with the SOCKS server.

8    Q.    Were you able to connect to an infected IP address

9    from your computer?

10   A.    Yes.

11   Q.    Could you connect to more than one?

12   A.    Yes.

13   Q.    Could you connect multiple infected computers in a

14   chain?

15   A.    At first not, but after a while, this was being

16   developed.

17   Q.    Why?

18   A.    So it could further deter any investigating agency

19   to track down the originating IP and also to hide the IP

20   in any fraud-related activity.

21   Q.    Okay.    What are the action buttons HPA there, if you

22   know, next column after relay?

23   A.    P is ping, you ping the server to know if it is live

24   at that time because this list would show you if it is

25   live in the last five minutes, and to know if it was live

Mr. Valentin Danet - Direct

1   that second, you need to ping it by pressing P.

2   Q.   What does ping mean?

3   A.   Ping means internet language, means to check if the

4   server is live.

5   Q.   And what's the H column — I'm sorry, H button?

6   A.   H button was to open a port on that specific

7   infected IP, so it can be used as a SOCKS server.

8   Q.   Okay.  Open a port to connect to an infected

9   computer?

10  A.   Yes.

11  Q.   Okay.  What's the — is that LS?  I'm sorry.  The A

12  button, do you know what that is?

13  A.   The A button, I don't know.  It was not much used.

14  Q.   That's fine.  What's the LS column?

15  A.   The LS column —

16  Q.   Yes.

17  A.   — can you make it a little bit shorter or zoom

18  out?

19  Q.   Zoom out?

20  A.   Because there were two columns.  So the last one was

21  with uptime.  And LS was — when was the IP last used to

22  being accessed to be used, the last time that we

23  connected to it.

24  Q.   Okay.

25  A.   So we know we didn't connect to same.  So we would

Mr. Valentin Danet - Direct

1    choose new computer, new infected IP to connect one time

2    that we didn't use before.

3    Q.    How did you select which infected computers to

4    connect to?

5    A.    By showing this list and by clicking, by opening a

6    port or showing a list, you see there, L port, this meant

7    that —

8    Q.    Let me stop you right there.

9              Do you know where these infected computers

10   were located?

11   A.    Yes.

12   Q.    How?

13   A.    But at first, you could reverse track their

14   IP, and through a website that would show their

15   location.

16   Q.    Why did you select computers in certain cities and

17   states?

18              MR. GOLDBERG:  Objection.

19              THE COURT:  Sustained.

20   BY MR. McDONOUGH:

21   Q.    How did you use the city and state information on

22   this page in your scheme?

23              MR. GOLDBERG:  Objection.

24              THE COURT:  Overruled.

25              THE WITNESS:  I would select the city and

Mr. Valentin Danet - Direct

1   state, for example, I am purchasing web posting to be the

2   same with credit card information that we used.

3          So let me put here legitimate to the web

4   posting provider, and anytime we needed to match for a

5   related activity, to match the state, the city was not

6   important, just the state.

7   Q.   And the state was important for what activity?

8   A.   For the credit cards bought by purchasing the

9   domains to match with the credit card information, and

10  that basically was the main task —

11  Q.   Okay.

12  A.   — of knowing the state.

13  Q.   How did you know where this website address for this

14  page was?

15  A.   The one who created the website —

16          MR. GOLDBERG:  Objection.

17          THE COURT:  Sustained.

18  BY MR. McDONOUGH:

19  Q.   How did you know where the virtual private server

20  was located?

21          MR. GOLDBERG:  Objection.

22          THE COURT:  Overruled.

23  A.   Nicolescu purchased it.  My brother purchased it.  I

24  purchased them, and we were — Miclaus purchased them,

25  and we were sharing the info with the connection user

Mr. Valentin Danet - Direct

1    name and password and the IP.  So we could know how to

2    log on to it.

3    Q.    How long was the virtual private server on one web

4    hosting site?

5    A.    It depended how quickly it was shut down by —

6    either by the company or authorities, forcing the company

7    to shut it down.  So it could take up from one day to two

8    years.

9    Q.    How many virtual private server web hosting sites

10   were there?

11   A.    There were many, more than ten, 20.

12   Q.    Why did you have more than 10 or 20 virtual private

13   server web hosting sites?

14   A.    First, because they were being shut down, and you

15   needed to keep a second one that could be used to putting

16   it up, and then in the final year, you would purchase the

17   web hosting with cryptocurrency.  They saw ours to be

18   shut down, and they would stay longer.

19   Q.    You mentioned you communicated with Nicolescu,

20   Miclaus, and your brother regarding the location of the

21   virtual private servers?

22   A.    Yes.

23   Q.    And in the beginning, you said you didn't need

24   log in and passwords, but later on you did?

25   A.    No.  I mentioned especially for showing the

Mr. Valentin Danet - Direct

1  ping-view page.

2  Q.   That particular page, what would you need to view

3  it?

4  A.   This page, you need to use the IPs to connect

5  through SOCKS server, through them and everybody that was

6  using it and that was listing, you would connect through

7  a SOCKS server to list the — that's the one thing I

8  remember now, although for a listing on eBay, you would

9  need to match the state, to match when you open an eBay

10  account, you need a valid credit card for putting up an

11  auction.

12        And then, it was better if the credit card

13  on file matched the IP that was used, but in the end, it

14  turned out it was not so important, but at first, they

15  believed it was.

16  Q.   So going back to step 1 of creating an account on

17  eBay?

18  A.   Yes.

19  Q.   — did you need to have a credit card to do

20  that?

21  A.   You will need to have a credit card to sell stuff.

22  If you just made the account to buy stuff, which was —

23  we needed to sell stuff, so, yes, you would need a credit

24  card to make a seller's account.

25  Q.   Okay.  When you communicated with Nicolescu,

Mr. Valentin Danet - Direct

1    Miclaus, and Danet, how did you communicate?

2                    MR. O'SHEA:  Objection.

3                    THE COURT:  Overruled.

4    A.    I communicated with them by phone call, messaging

5    applications, on the computer and on my phone and with my

6    brother and Nicolescu on eBay.

7    Q.    Okay.  The Jabber nicknames, could you attach files

8    in your chatting communications?

9    A.    On the Jabber, no.

10   Q.    When you are using the computer the Pidgin and OTR,

11   could you have attachments?

12   A.    Yeah.  You could have attachments on Pidgin.

13   Q.    When you communicated via e-mail, could you have

14   attachments?

15   A.    Yes, you sure can.

16   Q.    All right.  What was your e-mail address?

17   A.    I have a lot of e-mail addresses both personal that

18   I used, that I mean were mine, and there was a lot of

19   others that were used inside the encryption for the fraud

20   purposes.

21   Q.    Why did you have personal e-mails and fraud purpose

22   related e-mails, accounts?

23   A.    Because I was — I didn't want to be tracked

24   down.

25   Q.    Okay.  What was an example of an e-mail that you

Mr. Valentin Danet – Direct

1    used for fraud-related purposes?

2    A.   Radobbs, R-a-d-o-b-b-s @ GMX.com or —

3    Q.   I'm sorry?

4    A.   R-a-d-o-b-b-s.  It was supposed to be from a

5    fictitious name.

6    Q.   I'm sorry, R-a-d-o-b-b-s @ GMX.com?

7    A.   At GMX —

8    Q.   What is GMX.com?

9    A.   GMX was the e-mail providing service.  I am not sure

10   if it is now or shut down.

11           MR. GOLDBERG:  Objection.

12           THE COURT:  Sustained.

13   BY MR. McDONOUGH:

14   Q.   What was another e-mail that you sent or e-mail

15   address?

16   A.   I used Raul Fidel Castro after AOL or AIM.com.  It

17   is the same thing.  It is the AOL.

18   Q.   Who selected the name of your e-mail?

19   A.   I did myself.

20   Q.   Okay.

21   A.   And I was changing them more often than the

22   other.

23           MR. GOLDBERG:  Objection.

24           THE COURT:  Sustained.

25

1874

Mr. Valentin Danet – Direct

1    BY MR. McDONOUGH:

2    Q.    You had more than one fraud-related e-mail?

3    A.    I had several, four, five, or six.

4    Q.    Why did you have more than one fraud-related

5    e-mail?

6    A.    Because I wanted to avoid being tracked down as the

7    same person, and because it happened twice for me that I

8    lost all the info I had on my laptop.  Once I crashed my

9    laptop, and once the hard drive broke, and I needed to —

10   I lost the password.

11   Q.    All right.  What other fraud-related e-mails did you

12   have?

13   A.    I had the more starting with R-A.  I would always

14   keep R-A at first.

15   Q.    Did R-A that stand for anything?

16   A.    It stood for the first e-mail I created, and I

17   figured I would use several with starting R-A for the

18   other guys to know it is me but just to be different.  So

19   I also used something like — I used "at a dollar dollar

20   Putin."

21   Q.    Putin.  Who was Putin?

22   A.    President of Russia.

23   Q.    Okay.

24   A.    "At a 101 Putin."

25   Q.    I am going to ask you this:

Mr. Valentin Danet - Direct

1           Are you familiar with ra101Putin@GMX.com?

2    A.   Yes.  It was an e-mail address I used and created.

3    Q.   I want to ask some questions about an e-mail sent

4    Friday, August 23rd, 2013.

5           Do you recall that e-mail?

6    A.   Yes.  I recall August 23rd when the eBay fraud was

7    at the highest of its capacity.

8           MR. GOLDBERG:  Objection.

9           THE COURT:  Sustained.

10   A.   I recall the —

11          THE COURT:  It will be stricken.

12          MR. McDONOUGH:  All right.

13   BY MR. McDONOUGH:

14   Q.   Who is amightysa @ gmail.com?

15   A.   My brother used this, and I did messaging.

16   Q.   Are you familiar with courier 3.50?

17   A.   Yes.  It is a very old e-mail application that was

18   discontinued.

19   Q.   Did you use courier 3.50?

20   A.   Yes, I used it.

21   Q.   Do you recall sending your brother an attachment on

22   Friday, August 23rd, 2013?

23   A.   I recall, yes, sending them.  I don't know if it was

24   exactly on August 23rd, but I know it was in August

25   2013.

Mr. Valentin Danet – Direct

1    Q.    What is amounts final?

2    A.    It was a spreadsheet I created because at that time

3    I administered talking to victims that were purchasing

4    cars on eBay, and I wanted my brother and Nicolescu to

5    have and myself to have an image of exact situation of

6    the amount being sent by the U.S. cities and that.

7    Q.    What did the spreadsheet that you created look

8    like?

9    A.    It had two sheets, so it was the first sheet that

10   had columns with the name of the victims that were

11   purchasing the cars with the price they paid for it,

12   where they came from, the state and the city, what was

13   the name of the mule of whose bank account was the

14   money sending, and so the amount and of the money sent by

15   the victim and how many times did the victims send the

16   money.

17   Q.    Where did you get all the information to create this

18   spreadsheet?

19   A.    From what I was talking with the mules and with the

20   victims, and I was administrator at that time in July and

21   August 2013, the selling of the vehicles, the so-called

22   sale of the vehicles through eBay.

23   Q.    You talked to victims?

24   A.    On e-mail, yes.

25   Q.    How did you talk to victims on eBay?

Mr. Valentin Danet – Direct

1    A.   Via e-mail.  I had a list — you would have the list

2    of e-mails that were interested.  Then this e-mail would

3    be sent with an offer that they were going to acquire the

4    car —

5    Q.   I am going to stop you there.  When you say "talk to

6    the victims," how was the form of communication?

7    A.   It was e-mails.

8    Q.   E-mail?

9    A.   I talked on the phone once, maybe twice, once for

10   sure.  It was back in 2008 when I talked to a victim.

11   But I didn't like it at all.  I mean, I — he noticed my

12   accent.  It was not good.  I didn't like to talk on the

13   phone.

14   Q.   You didn't like — so that's 2008.  You didn't like

15   to talk on the phone to victims?

16           MR. O'SHEA:  Objection.

17   BY MR. McDONOUGH:

18   Q.   Now, drawing your attention to 2013 —

19   A.   Yes.

20   Q.   — did you talk to victims as part of this?

21   A.   No.

22   Q.   Okay.

23   A.   I talked to mules.

24   Q.   How did you talk to mules?

25   A.   Via e-mail, via texting through what is called in

Mr. Valentin Danet - Direct

1    Romania, it is call a short SMS.  In U.S., I think it is
2    called texting phone.
3    Q.   How did you get the identity of a mule in the
4    United States?
5    A.   I would list job services on Craigslist.
6              At first, they were jobs related to — I
7    mean, you could tell from the advertisement that it was
8    for a money mule, but Craigslist soon would shut them
9    down immediately.
10             So we just kept posting copy and paste to
11   the actual job listings, and to the people that were
12   interesting we would only reply here, look what the
13   actual job is, are you interested in being a mule?
14   Q.   Who created the websites to recruit mules?
15             MR. GOLDBERG:  Objection.
16             THE COURT:  Overruled.
17   A.   It was my brother and Nicolescu that created them,
18   and before that, when Craigslist — when websites were
19   created, when Craigslist was not working any more, so
20   when Craigslist was working, we used to put out for job
21   listings on Craigslist.
22   Q.   Showing you what has been marked for identification
23   — I'm sorry.
24             MR. McDONOUGH:  Ms. Chandler, may we bring
25   up Government's Exhibit 1741, page 1?  If we could zoom

Mr. Valentin Danet - Direct

1   into the lower half of that page with the red text.

2   That's good.  Thank you.

3   BY MR. McDONOUGH:

4   Q.   Do you recognize your e-mail address?

5   A.   Yes, this one.

6   Q.   To whom did you send this?

7   A.   I sent it to my brother.

8   Q.   And what was your subject?

9   A.   "Amounts final."

10  Q.   How did you send this to your brother?

11  A.   Through e-mail on the encrypted computer and on the

12  encrypted connections, everything encrypted.

13  Q.   When did you send it?

14  A.   Says there 23rd of August 2013.

15  Q.   And what e-mail program did you use to send this?

16  A.   It was Courier.

17  Q.   Okay.  And if we could zoom out, please, and

18  if we could please go to page 23.  Do you recognize

19  this?

20  A.   Yes.  That's what I created.

21  Q.   And if we could zoom in on the gray there.  Thank

22  you.  What is this?

23  A.   It is a list with people that sent money during July

24  and August 2013 for purchasing cars and people I have

25  been talking to on e-mail.

Mr. Valentin Danet — Direct

1    Q.    I want to ask these next questions regarding one

2    mule by the name of Donna Wolfe.  Okay?

3    A.    Yeah.  I remember her.

4    Q.    How do you remember Donna Wolfe?

5    A.    There were mules that we were using for a lot of

6    times, and some of their names I remember.  For example,

7    the longest mule that we —

8              MR. GOLDBERG:  Objection.

9              THE COURT:  Sustained.

10   Q.    Do you remember — how did you remember Donna Wolfe

11   as a mule?

12   A.    By her name.

13   Q.    Okay.

14   A.    I think if I remember —

15   Q.    That's okay.

16              THE COURT:  Sustained.

17   BY MR. McDONOUGH:

18   Q.    When you sent this e-mail to your brother, did you

19   encrypt it?

20   A.    Yes, I encrypted it, but I found after sending it, I

21   noticed that Courier didn't encrypt it.  It had some

22   problems from time to time.  I don't know why this

23   happened, that it would not encrypt attachments.  So it

24   was a bug in this software program.

25   Q.    A bug?

Mr. Valentin Danet - Direct

1    A.    A bug in the program, b-u-g.

2    Q.    Thank you.  How was your computer set up to send

3    encrypted e-mail?

4    A.    It was set up to send it automatically through

5    Courier.

6    Q.    Who set up that encryption?

7    A.    I did.

8    Q.    All right.  If we could look at the third line, do

9    you see the e-mail address starting with "T trail"?

10   A.    Yes, I do.

11   Q.    What is that e-mail address?

12   A.    I don't remember, but all these e-mail addresses are

13   e-mail addresses of the victims that sent money.

14   Q.    Where did that e-mail address come from?  And I

15   am just talking about the highlighted line on the

16   screen.

17   A.    You mean trail crest @ gmail.com?

18   Q.    Where did you get that e-mail address to put in this

19   spreadsheet?

20   A.    From listing on eBay.  This guy was interested in

21   purchasing a car, and we replied with —

22   Q.    Okay.  Who is Andrew Kasianchuk?

23   A.    He is the name of the people that send the money and

24   was using the trail crest gmail.

25   Q.    Column 1 is the e-mail address, and column 2 —

Mr. Valentin Danet – Direct

1    A.    Column 2 is the name of the people using column 1

2    e-mail and sending column 3 part to the column 4 mule

3    account.

4    Q.    Okay.  So what is the amount column 3?

5    A.    It is the amount that the vehicle was sold for.

6              In green, it means the money was retrieved

7    by us, and in red, it means it was not retrieved.

8    Q.    Green means — what was retrieved?

9    A.    The money.

10   Q.    Red means what?

11   A.    It was not retrieved for various reasons.

12   Q.    When you say "red was not retrieved," what does that

13   mean?

14   A.    I mean, either the bank lost the transfer, or for

15   example, when you see in another color with red, it says

16   in Romania that it got lost here, and there you see this

17   means a guy that was retrieving the money with a fake ID

18   from Western Union, tricked us, and didn't give us the

19   money.

20   Q.    Who is Matei?

21   A.    I don't know who he was.  It was a guy that

22   Nicolescu knew that —

23              MR. GOLDBERG:  Objection.

24              THE COURT:  Sustained.

25

Mr. Valentin Danet - Direct

1   BY MR. McDONOUGH:

2   Q.   How do you know about Matei?

3   A.   Nicolescu told me he retrieved —

4                THE COURT:  One moment.

5                MR. GOLDBERG:  Objection.

6                THE COURT:  One moment.  Sustained.

7   BY MR. McDONOUGH:

8   Q.   After the green dollar amount there, $8,852.30,

9   what's the next column?

10  A.   It is the name of the so-called mule, the guy or man

11  or woman that had the bank account.

12  Q.   Okay.  And what is the next column after Donna

13  Wolfe?

14  A.   Donna Wolfe's bank that was used in this

15  transaction, could have more than one account.

16  Q.   Mules could have more than one bank?

17  A.   Yes, two or three of them.

18  Q.   Yes or no.  Do you know why mules would have to have

19  more than one bank?

20  A.   To make it available —

21  Q.   Just yes or no.

22  A.   Yes.

23  Q.   Next column, after US Bank One, what's Jefferson,

24  ME?

25  A.   The city and state of Donna Wolfe.

1884

Mr. Valentin Danet - Direct

1   Q.   Do you have the city —

2   A.   No.  It was the city and state of Andrew Kasianchuk.

3   Q.   The prospective buyer?

4   A.   Yes.

5   Q.   That's his city and state?

6   A.   Yes.

7   Q.   What's the next column there?

8   A.   The next column is the day that the money was sent

9   in, 17th of June, and X 2 means that he was tricked in to

10  send the money twice.

11  Q.   Who got tricked to send the money twice?

12  A.   The victim Andrew Kasianchuk.

13  Q.   How would the victim be tricked into sending the

14  money twice?

15  A.   I make up a story that we had to return his first

16  transfer, and then he would later receive the check,

17  and that he needs to send money again if he wants to

18  buy the vehicle, and that we can offer him discount for

19  that.

20  Q.   How much was the discount?

21  A.   $1,000, something like that, and from $8,000 we

22  could sell it for $7,000.

23              MR. O'SHEA:  Objection.

24              THE COURT:  Sustained.

25

Mr. Valentin Danet - Direct

1    BY MR. McDONOUGH:

2    Q.    What are the other columns in that row?  What do the

3    other columns mean?

4    A.    This is where it says in red, it says —

5    Q.    I'm sorry.  Just for the highlighted line.  Just the

6    highlighted —

7    A.    1 means that as people collecting the money through

8    — from Western Union gave us the money, it happened six

9    times, so 1 was to note we got the first cut of the

10   money; 2, when we got the second cut, and the third cut,

11   the fourth cut and so on.

12   Q.    Who got a cut?

13   A.    The ones that were working on this — working on

14   this project.

15   Q.    How many people were working on this eBay auction

16   fraud on August 23rd of 2013?

17   A.    Around six and ten, from six to ten.

18   Q.    What is the next column, 18,880 r-o-n?

19   A.    If you can make — zoom out because I am not sure if

20   it has connection, that line or separate part.

21   Q.    Would a hard copy help you?

22   A.    Yes, maybe.

23              MR. McDONOUGH:  May I approach the witness,

24   your Honor?

25              THE COURT:  Of course.

Mr. Valentin Danet - Direct

1  A.    So this is separate from — it is like some other —

2  when 1, 2, 3, 4, 5, 6 — it is a different column.  It is

3  about the cost that we receive this cash in hand.  So

4  first time we receive this amount 18,880 Romanian

5  currency, and then there are percentages calculated so we

6  will know how to split this money.

7  Q.    And the money was split to everyone in the group?

8              MR. GOLDBERG:  Objection.

9              THE COURT:  Sustained.

10 BY MR. McDONOUGH:

11 Q.    I'm sorry.  Who got a cut?

12 A.    No.  So during those two months, it was — I got a

13 cut, my brother, Nicolescu, Miclaus, two guys that I know

14 just by their nicknames and not their real names.

15 Q.    Who are the other nicknamed guys?

16 A.    Linx or Linxstal and keke or keke zete.

17 Q.    Linx, L-i-

18 A.    L-i-n-x.

19 Q.    Next.  What was the other name?

20 A.    It could be — this was short and the longer was

21 L-i-n-x-s-t-a-l.

22 Q.    Linxstal?

23 A.    Yes.

24 Q.    Do you know who that is?

25 A.    I don't know him in person.

Mr. Valentin Danet - Direct

1    Q.   Do you know his name?

2    A.   No.

3              THE COURT:  We will take the luncheon recess

4    at this point.  Be downstairs at 1:15.  All rise for the

5    jury.

6              (Luncheon recess taken.)

7                   - - - - -

8

9

10

11

12

13

14         AFTERNOON SESSION

15              THE COURT:  Please be seated.  You may

16    continue.

17    BY MR. McDONOUGH:

18    Q.   When we left off from the morning break, we were on

19    Government's Exhibit 1741, page 23.

20              MR. McDONOUGH:  What I would like to do,

21    Ms. Chandler, would you please zoom out?

22    BY MR. McDONOUGH:

23    Q.   Do you see the name Donna Wolfe listed as the mule

24    on page 23?

25    A.   Yes, several times.

Mr. Valentin Danet – Direct

1      MR. McDONOUGH:  Ms. Chandler, could you

2  please highlight the Donna Wolfe rows?

3  BY MR. McDONOUGH:

4  Q.   I will ask you for these questions all involving

5  Donna Wolfe.

6  A.   Yes.

7  Q.   What was the name of the prospective buyer for the

8  second highlighted line?

9  A.   Matthew Hartick according to the spreadsheet.

10  Q.   And where was his residence?

11  A.   In St. Charles, Missouri.

12  Q.   What was the date of the wire transfer?

13  A.   25th of June.

14  Q.   What was the next prospective, the next buyer?

15  A.   Christopher M. Roberts.

16  Q.   What city was he from?

17  A.   Webster, Massachusetts.

18  Q.   What was the date of the transfer?

19  A.   27th of June.

20  Q.   Who was the next purchaser?

21  A.   Donna K. Patterson.

22  Q.   What was her city?

23  A.   Webster, New York.

24  Q.   Was Donna Wolfe's bank the same bank as in the prior

25  transactions?

Mr. Valentin Danet – Direct

1   A.   No.  As I listed it here, first bank was US Bank and

2   then Charter One.

3   Q.   What was the date of the transaction?

4   A.   5th of July.

5   Q.   The next buyer?

6   A.   Ryan P. Martin from Seal Beach, California, on 16th

7   — 6th of July, sorry.

8   Q.   Next buyer?

9   A.   John Curtis or maybe his wife was the account in

10  both names.

11  Q.   What city?

12  A.   Blythe, California.

13  Q.   The date of the transaction?

14  A.   8th of July.

15  Q.   Who's the next buyer?

16  A.   Sean Woodard from Abilene, Texas.

17  Q.   And the last highlight on the page highlighted

18  yellow?

19  A.   Mark Miller in parenthesis.  It was perhaps a

20  company name.  It is not listed in full.

21  Q.   Okay.

22  A.   From Reno, Nevada, 2nd of August.

23  Q.   Did all of these transactions involving Donna Wolfe

24  occur outside the state of Ohio?

25          MR. GOLDBERG:  Objection.

Mr. Valentin Danet - Direct

1          THE COURT:  Sustained.

2   BY MR. McDONOUGH:

3   Q.    The residence information was for the prospective

4   buyers?

5   A.    The residence, yeah, this is where the buyers came

6   from.

7   Q.    Do you know where the buyers wired their money

8   from?

9   A.    From their bank accounts.

10  Q.    Are any of the highlighted banks in the state of

11  Ohio?

12  A.    Yes.

13  Q.    Who are those bank accounts?

14  A.    I know for sure PNC was in the state of

15  Ohio.

16  Q.    Do you know what state Donna Wolfe lived

17  in?

18  A.    I don't remember this.

19  Q.    Okay.  Do you know the states where these buyers had

20  their banks?

21  A.    They must have had the banks in the state that was

22  listed there as this.

23  Q.    Okay.  As part of this scheme, did you receive any

24  information from banks of the buyers?

25  A.    From banks of the buyers?  Yes.  The buyers I

Mr. Valentin Danet - Direct

1   requested from the buyers to send a copy of the — that

2   would prove that transaction was taking place when the

3   transfer was postponed, I would transfer here

4   immediately, which was sometimes the case.  I would not

5   request such thing if it was postponed until the next day

6   or second day.

7   Q.   How did the buyers get that document to you through

8   the bank?

9   A.   Through e-mail or fax.

10              MR. GOLDBERG:  Objection.

11              THE COURT:  Overruled.

12  BY MR. McDONOUGH:

13  Q.   And if we could zoom out, and if we could please go

14  to page 24 of Exhibit 1741.

15              MR. McDONOUGH:  We could zoom in on that

16  table there.  Thank you.

17  BY MR. McDONOUGH:

18  Q.   Do you see Donna Wolfe's on page 24?

19  A.   Yes, several times.

20              MR. McDONOUGH:  And Ms. Chandler, if you

21  could highlight the Donna Wolfe rows.

22  BY MR. McDONOUGH:

23  Q.   Who is the first buyer?

24  A.   Thomas J. Palpin.

25  Q.   What city and state was he from.

Mr. Valentin Danet - Direct

1    A.    Bedford, New York.

2    Q.    The date of the transaction?

3    A.    August 5.

4    Q.    Next buyer?

5    A.    Eugene Fry from Austin, Texas, August 6th.

6    Q.    Was that a successful wire?

7              MR. O'SHEA:  Objection.

8              THE COURT:  Sustained.

9    Q.    What does the red —

10   A.    That the money did not arrive to us.

11   Q.    Who was the next buyer?

12   A.    Mary Booe from Tyler, Texas, August 9th.

13   Q.    And next buyer?

14   A.    James Roscoe, Renton, Washington, August 12th.  And

15   next is William Parish, New Orleans, Louisiana, August

16   19th.

17   Q.    What was the amount for William Parish?

18   A.    $12,500.  And on the second column —

19   Q.    What was the bank for Donna Wolfe for that

20   transaction?

21   A.    KeyBank.

22   Q.    After the transaction column, there is a second

23   column of dates.  What does that mean?

24   A.    It means the second transfer.

25   Q.    What do you mean by "second transfer"?

Mr. Valentin Danet - Direct

1   A.    Where it says X 2, it means that the — when I made

2   the victim send the wire twice.

3   Q.    Last line, the William Parish line, there is a date

4   of August 19th.  Do you see that column?

5   A.    Yes.

6   Q.    What's the next column, August 31st?  What does that

7   mean?

8   A.    I remember the second column in that case was the

9   date that the vehicle should be received.

10  Q.    Okay.  Vehicle date.  Okay?

11  A.    Yeah.

12  Q.    Were you able to track the money from the U.S. to

13  you?

14  A.    I could track it as far as the mule reported to

15  me.

16            MR. O'SHEA:  Objection.

17            THE COURT:  Overruled.

18  A.    Partly.

19  Q.    Partly.  Okay.

20            And if we could now zoom — I should say —

21  let's see.  If we could go to 1741, page 45.  And if we

22  could zoom in to the top quarter.

23            Do recognize this?

24  A.    Yes.

25  Q.    What is this?

Mr. Valentin Danet - Direct

1   A.    In the first, in this quadrant is like the money

2   that was received in one cut that we received, and it

3   says there in Romanian how much Romanian currency was in

4   total, and the right side is an amount in Euro.

5   Q.    What are the next two lines?

6   A.    These two?

7   Q.    Yes.

8   A.    It says 56,600 was taken by MF, and 60,050 remains

9   to be taken.

10  Q.    And what is the next several lines?

11  A.    Next several lines I have written here in Romanian,

12  how much Romanian currency I have actually counted.

13  Q.    Okay.  What is the L-e-i?

14  A.    It is the Romanian currency.

15  Q.    What is E u r o?

16  A.    The Euro currency.

17  Q.    Who is MF?

18  A.    It is Bogdan Nicolescu.

19  Q.    What is zero .25?

20  A.    25 percent of the amount that was taken by

21  us.

22  Q.    When you say "amount taken by," what do you mean by

23  that?

24  A.    Wait a minute.  From the amount that the whole group

25  received.

Mr. Valentin Danet - Direct

1    Q.   Oh, the whole group?

2    A.   Yes.

3    Q.   Who else got a share?

4    A.   The ones that are here written, it is Linx or

5    Linxstal, min or Minolta.

6    Q.   What was Linx' share?

7    A.   Twenty five percent as well.

8    Q.   Who is the next one?

9    A.   Min or Minolta.

10   Q.   What was Minolta's share?

11   A.   10 percent.

12   Q.   Who is the next one?

13   A.   Amy or amighty, amightysa.

14   Q.   Who is that?

15   A.   My brother.

16   Q.   What was his share?

17   A.   Twenty five percent.

18   Q.   Okay.  What's the next one?

19   A.   Raul, that's me, 15 percent.

20   Q.   Okay.  If you add up Master Fraud's share, Linx'

21   share, Minolta's share, amightysa's share, and Raul's

22   share, what would that total be?

23   A.   Hundred percent and total to the amount that we

24   received actually as cash in hand.

25   Q.   How did you get the cash in hand?

Mr. Valentin Danet - Direct

1    A.    From Bogdan Nicolescu or from Radu Miclaus or from

2    my brother.

3    Q.    How would you get the cash in hand from Bogdan

4    Nicolescu?

5    A.    He would come to my apartment and give it to me

6    there.

7    Q.    How would you get the cash from Radu Miclaus?

8    A.    I meet him in his car and take it from there.

9    Q.    How much money did you get from the beginning of

10   2007 to 2013?

11   A.    Myself or how much money did I count as —

12   Q.    Both.

13   A.    Myself must have been —

14             MR. GOLDBERG:  Objection.

15   A.    I don't recall —

16             THE COURT:  I'm sorry.  The "must have

17   been."

18   A.    I don't recall that figure.

19             THE COURT:  Sustained.

20   A.    But I can tell an proximate amount.

21             THE COURT:  One moment, sir.

22             THE WITNESS:  Sorry.

23   BY MR. McDONOUGH:

24   Q.    Did you keep track of how much the group made?

25   A.    No.

1897

Mr. Valentin Danet - Direct

1    Q.   Did you keep track as to how much you made?

2    A.   I kept track but not exactly.

3    Q.   Did you approximate how much you made?

4    A.   Yes, between $200,000 and —

5                 MR. GOLDBERG:  Objection.

6                 THE COURT:  Overruled as to "you only,"

7    sir.

8    BY MR. McDONOUGH:

9    Q.   How much did you make?

10   A.   Between $200,000 and $300,000 I estimate.

11   Q.   Okay.  You met — how long would you work from 2007

12   to 2013?

13   A.   I would work not constantly but different pauses

14   for various reasons.  The reasons would have been

15   that —

16   Q.   Let me stop you.

17                How many hours a day would you work on this

18   fraud?

19   A.   When — for example, during July and August —

20                 MR. GOLDBERG:  Objection.

21   A.   2013 —

22                 THE COURT:  Sustained, sustained.

23   Q.   Did you take any time off?

24   A.   Yes.  I did take time off.

25   Q.   When?

Mr. Valentin Danet - Direct

1    A.    In 2011 and 2009.

2    Q.    Why?

3    A.    Because it overloaded me, because it was too much of

4    a burden working on this.

5    Q.    Why was this too much of a burden on you or it

6    overloaded you?

7    A.    Because I was doing it from 12 to 16 or 18 hours a

8    day.

9    Q.    Okay.  Where were you doing it from?

10   A.    From my home.

11   Q.    Who was with you at your home?

12   A.    It was, at first, my parents when I lived with my

13   parents and my brother, and then when my fiance — when I

14   was living with my fiance.

15   Q.    Okay.  What did you do with the money you made?

16   A.    I paid for rent, for daily expenses.  I bought three

17   cars during those years and used it for expenses.

18   Q.    What cars did you buy?

19   A.    At first Mercedes, very old Mercedes.  Then in 1992

20   BMW and then 2010, '9, BMW.

21   Q.    Okay.  Now, I would like to ask you about the second

22   part, 2014 to 2016.

23   A.    Yes.

24   Q.    Why did you rejoin the group?

25   A.    I was asked by my brother and Bogdan Nicolescu to

Mr. Valentin Danet – Direct

1    rejoin the group because they need work force.

2    Q.   I am sorry.  A work —

3    A.   Work force.

4    Q.   Work force?

5    A.   Yes.  And they have lot of tasks to carry on, and

6    they don't have people to work on that.

7    Q.   Who was in charge?

8    A.   Bogdan Nicolescu.

9              MR. GOLDBERG:  Objection.

10             THE COURT:  Sustained.

11             MR. GOLDBERG:  Sorry.  I was a little slow,

12   your Honor.  Move to strike.

13             THE COURT:  That will be stricken.

14   BY MR. McDONOUGH:

15   Q.   Okay.  What was the scheme from 2014 to 2016?

16   A.   The scheme was about infecting as many computers as

17   possible in the United States and throughout the whole

18   world.

19   Q.   What role did you play in infecting computers in the

20   United States and throughout the world?

21   A.   I created the spasm messages, the messages that

22   would be sent —

23   Q.   I'm sorry.  Spam messages?

24   A.   Yeah.

25   Q.   What are those?

Mr. Valentin Danet - Direct

1   A.   E-mails that would be sent to millions, to e-mail
2   addresses, tens of millions.
3   Q.   Millions or tens of millions?
4   A.   Yes.
5   Q.   Where did you get all the e-mail addresses to send
6   that?
7   A.   At first, from my brother managed to take them from
8   the Outlook contact of the infected computers, and then I
9   suggested it, I would take them from public listings like
10  yellow pages and similar websites that also listed
11  e-mails of real people.
12  Q.   Uh-huh.  What languages did you speak in
13  2014?
14  A.   I could speak Romanian, English, German,
15  Spanish.
16  Q.   Do you know how many computers were infected with
17  the virus?
18          MR. GOLDBERG:  Objection.
19          THE COURT:  Overruled.  Do you know, sir?
20          THE WITNESS:  Yes, I do.
21  BY MR. McDONOUGH:
22  Q.   How many?
23          MR. O'SHEA:  Objection.
24          THE COURT:  Sustained.
25

Mr. Valentin Danet - Direct

1   BY MR. McDONOUGH:

2   Q.   How do you know?

3   A.   Because I had access to the control computer that

4   showed how many were infected.

5   Q.   What was the highest number of computers

6   infected?

7                MR. GOLDBERG:  Objection.

8                THE COURT:  Overruled.

9   A.   As far as I know —

10               MR. GOLDBERG:  Objection.

11               THE COURT:  Sustained.

12  BY MR. McDONOUGH:

13  Q.   Sorry.  Do you know what the highest number

14  was?

15  A.   Yes.

16  Q.   I'm sorry.  Let me rephrase.

17               What was the highest number of infected

18  computers that you saw?

19  A.   I saw 160,000.

20  Q.   Okay.  Do you know what the purpose was for

21  infecting all those computers?

22               MR. GOLDBERG:  Objection.

23  Q.   Yes or no.

24               THE COURT:  Overruled.

25  A.   Yes, I do.

Mr. Valentin Danet - Direct

1    Q.    How do you know?

2    A.    Because Nicolescu told me.  My brother told me.  And

3    I used to administer things.

4    Q.    Okay.  What did Nicolescu tell you about infecting

5    all the computers?

6    A.    That they were to be used for getting credit cards,

7    for mining cryptocurrency.

8    Q.    Okay.  Did you get stolen credit cards?

9    A.    Yes.

10   Q.    What did you do with them?

11   A.    Between 2014 and 2016, I sold them on Alpha Bay.

12   Q.    What is Alpha Bay?

13   A.    Alpha Bay is a website on the darknet or was.  I am

14   not sure if it exists right now any more.

15   Q.    What is the darknet?

16   A.    It is a part of the internet and cannot be accessed

17   directly and needs to be accessed by a Tour browser.

18   Q.    What's Tour browser?

19   A.    It is a browser that was created by several parties,

20   agencies.

21   Q.    How did you sell stolen credit cards on Alpha Bay on

22   the darknet using Tour browser?

23             MR. GOLDBERG:  Objection.

24             THE COURT:  Overruled.

25   A.    It was different steps.  At first, Nicolescu gave me

Mr. Valentin Danet - Direct

1    the account that he had access to on the Alpha Bay forum.
2    It is actually a forum and showed me how I should carry
3    on from there?
4              And I overtook the administering of the
5    Alpha Bay selling account.
6    Q.   How much did you sell the stolen credit cards
7    for?
8    A.   At first as low as possible.
9    Q.   As far as what as possible?
10   A.   At first as low as possible, so for $1 apiece to
11   deter competition that was also selling credit cards,
12   mostly Russian.
13   Q.   Did you change the price?
14   A.   Yes.  Later 2016 shortly — two, three months before
15   the arrest, I realized there is more to be made because
16   the —
17              MR. GOLDBERG:  Objection.
18              THE COURT:  Sustained.
19   BY MR. McDONOUGH:
20   Q.   How much did — what was the new price?
21   A.   It was up to $35 apiece.
22   Q.   Apiece.  How many stolen credit cards did you sell?
23   A.   I don't remember the exact number, but I cannot
24   approximate number.
25   Q.   What did you — how did you get paid for selling the

Mr. Valentin Danet - Direct

1    stolen credit cards?

2    A.    With bitcoin.

3    Q.    What is bitcoin?

4    A.    It is a cryptocurrency.

5    Q.    How did you get paid in bitcoin?

6    A.    Nicolescu would give me bitcoin wallets that were

7    empty to be filled in, and I gave the wallet to the

8    clients that would pay for those credit cards.

9    Q.    What is a wallet?

10   A.    It is — has a decimal address that parties can use

11   to transact bitcoin or any other cryptocurrency.

12   Q.    Okay.  What did you do with the bitcoin that came

13   into the wallet?

14   A.    As when the wallet reached one bitcoin, I would send

15   an e-mail to my brother and Nicolescu saying with the

16   wallet address and the amount of bitcoins that was

17   inside.

18   Q.    Were you involved with cashing out the bitcoin into

19   money?

20   A.    I was involved in — lately in setting, trying to

21   set up accounts on cryptocurrency exchanges.

22   Q.    Okay.  Did you — yes or no — did you know

23   anyone in the group who was involved with cashouts with

24   bitcoin?

25   A.    Yes.

Mr. Valentin Danet - Direct

1  Q.  How do you know?

2  A.  Nicolescu told me that that person cashes out using

3  fake ID.

4  Q.  Do you know the name of the cashout — did Nicolescu

5  tell you the name of the cashout person?

6  A.  Yes, he did.

7  Q.  What was the name?

8          MR. GOLDBERG:  Objection.

9          THE COURT:  Overruled.

10 A.  Bogdan Antonovici.

11 Q.  Do you know his nickname?

12 A.  Morfizu.

13 Q.  I want to direct your attention to September 28th,

14 2016, in the early morning hours.  Where were you, and

15 what were you doing?

16 A.  I was at my computer administering the selling on

17 Alpha Bay.

18         THE COURT:  I'm sorry, sir.

19         THE WITNESS:  I was on my computer

20 administering the selling on Alpha Bay.

21 BY MR. McDONOUGH:

22 Q.  When you say "administering the selling on Alpha

23 Bay" —

24 A.  The selling of credit cards.

25 Q.  Okay.  You were selling credit cards in the early

Mr. Valentin Danet - Direct

1    morning?

2    A.    Yes.

3    Q.    Okay.  How did you find out about the arrests in

4    this case?

5    A.    My father called me around 11:00 o'clock that

6    day.

7    Q.    Did you talk to your father?

8    A.    On the phone, yes.

9    Q.    Did you ask your father any questions?

10   A.    I don't recall but —

11   Q.    Okay.  That's okay.

12                 Did your father provide you with

13   information?  Yes or no.

14   A.    Yes.

15   Q.    Based on that information, what did you do?

16   A.    I didn't understand why I was not arrested, and I

17   shut — I logged in — tried to log-in again on the

18   computer to see what was going on and if this was true,

19   and I noticed that all the servers were down.

20   Q.    How did you know that all the servers were

21   down?

22   A.    Because I couldn't log on to them anymore, I

23   mean, to the Jabber server that was used for

24   communications.

25   Q.    Okay.  When you logged on from home, how did you get

Mr. Valentin Danet - Direct

1   on the internet from home?

2   A.   It is a little bit long to explain.

3   Q.   What was the first step?

4   A.   The first step you would connect to a wireless

5   network that had no password or —

6   Q.   How do you connect to a wireless network?

7   A.   Through a wireless router specially designed for

8   this purpose.

9   Q.   What is a specially designed router?

10  A.   It was a router that had a bigger antenna

11  attached.

12  Q.   Where did you get a special wireless router?

13  A.   The router wasn't special, but the antenna was

14  special.  I got it from Nicolescu.

15  Q.   What did it look like?

16  A.   It looked like a square like this size, and there

17  was a cable attached, of course.

18             MR. McDONOUGH:  May I approach the witness,

19  your Honor?

20             THE COURT:  You may.

21  BY MR. McDONOUGH:

22  Q.   Showing you Government's Exhibit 1415, have you seen

23  something like this before?

24  A.   Yes, I did.

25  Q.   What is it?

Mr. Valentin Danet – Direct

1    A.    As you see, the left side is a router and right side

2    directional antenna.

3    Q.    Did you have one?

4    A.    Yes, I did.

5    Q.    Did you see anybody else have one?

6    A.    Yes, I did so.

7    Q.    Who else had one?

8    A.    I saw my brother having one.  I saw Nicolescu having

9    one, and I also got note from Nicolescu that others had

10   one because I connected to those routers.

11             MR. GOLDBERG:  Objection.

12             THE COURT:  Sustained.

13   BY MR. McDONOUGH:

14   Q.    How do you know Nicolescu had one?

15   A.    I saw it at his home.

16   Q.    Where was his house?

17   A.    He had multiple residences throughout the

18   years.

19   Q.    What house did you see it in?

20   A.    I saw it in a house in Rasnov.

21   Q.    Rasnov?

22   A.    Yes.

23   Q.    How do you spell that?

24   A.    R-a-s-n-o-v, and also in Harman near Brasnov.

25   Q.    You were in Nicolescu's houses?

Mr. Valentin Danet - Direct

1    A.   Yes, I was.

2    Q.   What did you do after the server was down and you

3    had the conversation with your father?

4    A.   I didn't know what to do.  I didn't know if

5    I would be arrested.  I didn't know that for a long time

6    afterwards.  I was expecting this to happen everyday.

7    Q.   Okay.  How were you feeling?

8              MR. GOLDBERG:  Objection.

9              THE COURT:  Sustained.

10   BY MR. McDONOUGH:

11   Q.   Okay.  Where was your brother?

12   A.   My brother was detained in jail at the police

13   station in Romania and then extradited to the

14   United States.

15   Q.   Did you keep in contact with your brother?

16   A.   Yes, I did.

17   Q.   When was the last time you saw your brother?

18   A.   When I visited him before departure to the

19   United States.

20   Q.   Before today, when is the last time you saw Bogdan

21   Nicolescu?

22   A.   I don't recall the exact day, but it was in 2016.

23   Q.   Before today, when is the last time you saw Radu

24   Miclaus?

25   A.   It was one day before the arrest.

Mr. Valentin Danet – Direct

1    Q.    Turning your attention to February 2019, did

2    you have any interaction with the Romanian National

3    Police?

4    A.    Yes, I did have.

5    Q.    What was the interaction?

6    A.    I was summoned to the authorities involved in

7    organized — investigate organized crime as a

8    witness.

9    Q.    Were you arrested?

10   A.    No, I was not.

11   Q.    Where did you go?

12   A.    I went first to an authority, and then when — that

13   day that I was summoned, we went to the headquarters of

14   the Romanian Organized Crime Combat.

15   Q.    Did you have your attorney with you?

16   A.    Yes, I did have.

17   Q.    Were you asked questions?

18   A.    Yes, I was being asked questions.

19   Q.    What were you asked questions about?

20   A.    I was being asked questions about how did I

21   get to know Nicolescu and Miclaus and also about,

22   if I know several other names of people and if I

23   know e-mail addresses and messaging IDs that belonged to

24   me.

25   Q.    Were those questions under oath?

1911

Mr. Valentin Danet - Direct

1    A.   Yes, there were.

2    Q.   Did you answer them truthfully?

3    A.   I answered them —

4                 MR. GOLDBERG:  Objection.

5                 THE COURT:  Sustained, sustained.

6    Q.   Did you lie?

7    A.   Yes, I lied.  I said —

8                 MR. GOLDBERG:  Objection.

9                 THE COURT:  Sustained.

10   BY MR. McDONOUGH:

11   Q.   Why did you lie?

12                MR. GOLDBERG:  Objection.

13                THE COURT:  Overruled.

14   A.   I was summoned in front of —

15                MR. GOLDBERG:  Objection.

16                THE COURT:  Overruled.  Go ahead, sir.

17   A.   It is a longer explanation, so I need to put it out

18   like it was.

19                So my Romanian —

20   Q.   Let me ask you this:

21                What were you feeling at the time that you

22   were with the Romanian police in the organized crime

23   building answering the questions?

24                MR. GOLDBERG:  Objection.

25                THE COURT:  Overruled.

Mr. Valentin Danet - Direct

1    A.    I felt like I was about to get arrested when this

2    session was over, and I felt because of the presence —

3                  MR. GOLDBERG:  Objection.

4                  THE COURT:  One moment.  New question.

5    BY MR. McDONOUGH:

6    Q.    You thought you were going to get arrested?

7                  MR. GOLDBERG:  Objection.

8    A.    Yes.

9    Q.    Okay.  Was anybody present there from the Federal

10   Bureau of Investigation or FBI?

11   A.    Yes.  As we walked down the corridor, me and

12   my attorney were greeted by Ms. Stacy — I don't

13   remember the last name — and Mr. Ryan Macfarlane from

14   the FBI.

15   Q.    Special Agent Ryan Macfarlane was there?

16   A.    Yes, he was.

17   Q.    Did they — did the FBI want to talk to

18   you?

19   A.    He didn't say anything.  He just handed me and my

20   attorney his business card, and he was present at the

21   questioning.

22                  And he was the one suggesting the questions

23   to the Romanian police officer that was conducting the

24   interview.

25   Q.    Did you and your attorney later meet with the FBI in

Mr. Valentin Danet - Direct

1   Romania?

2   A.   My attorney, no.  I didn't meet, but my attorney

3   exchanged e-mails.

4   Q.   Okay.  Your attorney was a Romanian attorney?

5   A.   Yes, he was.

6   Q.   Did you end up getting another attorney?

7   A.   Yes.

8   Q.   Who is that?

9   A.   Mr. Edward R. LaRue.

10  Q.   Where is he an attorney?

11  A.   He is an attorney in the state of Ohio.

12  Q.   Okay.  Did your attorney Mr. LaRue meet with

13  you?

14  A.   He met with me.

15  Q.   Where?

16  A.   In Bucharest.

17  Q.   In Bucharest?

18  A.   Yes.

19  Q.   Did you, your attorney, the FBI meet?

20  A.   No.  When I met the FBI, I was only with my Romanian

21  attorney.

22  Q.   Okay.  Let me ask you, have you been promised

23  anything in this case?

24  A.   I was being offered a so-called proffer.

25  Q.   A proffer letter?

1914

Mr. Valentin Danet — Direct

1    A.    A proffer letter, yes.

2    Q.    Is this the first time that we have met?

3    A.    I didn't understand.

4    Q.    Oh, yeah.  Is this the first time that you have seen

5    me?

6    A.    No, it is not.

7    Q.    Where did you see me before?

8    A.    The first time was in Romania in Bucharest,

9    several days after I was summoned for the witness

10   interview.

11   Q.    After that summons, did you go ahead — did I

12   provide you with a proffer letter?

13   A.    Can you say that again, please?

14   Q.    I'm sorry.  Did you speak to the FBI and myself

15   under a proffer letter?

16   A.    Yes.  I met with you and Mr. Levine and Ms. Stacy.

17   Q.    Did the Government make any promises to you with

18   that proffer letter?

19   A.    The promises were as long as I would tell the

20   truth, the thing that I would tell would not be used

21   against me.

22   Q.    Did Special Agent Diaz, Special Agent Macfarlane ask

23   you questions during this proffer session?

24   A.    Mr. Macfarlane was not there.

25   Q.    Special Agent Diaz asked you questions?

Mr. Valentin Danet - Cross

1    A.   Yes, she did.

2    Q.   Did you provide answers to those questions?

3    A.   Yes, I did.

4    Q.   How did you get here for this trial?

5    A.   I was bought an airplane ticket by the U.S.

6    authorities office, and I arrived here.

7    Q.   Has the Government provided you with a hotel room as

8    well as per diem, meal expenses?

9    A.   Yes, it has provided me.

10              MR. McDONOUGH:   No further questions, your

11   Honor.

12              THE COURT:   Cross examination, Mr. Goldberg.

13              MR. GOLDBERG:   Thank you, your Honor.

14                    CROSS EXAMINATION

15   BY MR. GOLDBERG:

16   Q.   Good afternoon.

17   A.   Good afternoon.

18   Q.   Mr. Danet, prior to getting called to go down to the

19   Romanian Organized Crime offices, had any police officer

20   or FBI agents spoken to you about Bayrob or anything

21   having to do with your brother's arrest?

22   A.   No.

23   Q.   Okay.  So from September 28th or 29th, 2016, until

24   February 19th, six weeks ago, 2019, nobody asked you

25   anything, correct?

Mr. Valentin Danet - Cross

1   A.   Correct, but —

2   Q.   No law enforcement asked you anything about the

3   botnet or your brother or Mr. Nicolescu or anybody else,

4   correct?

5   A.   No.  But my brother —

6   Q.   You answer my questions, and then if the Government

7   wants you to give more explanation, they will ask you.

8   Okay?

9   A.   Sure.

10  Q.   I will ask you questions, and some will be yes or

11  no.  Answer yes or no if you can, or tell me you can't

12  answer yes or no.

13  A.   Okay.

14  Q.   So did any law enforcement come to your house after

15  September 28th, 2016, to pick up any computers or media

16  or antennas or anything you may have at your home?

17  A.   No.

18  Q.   Did — on the day of the arrest of your brother, you

19  were living in an apartment with your fiance?

20  A.   Yes, and my child.

21  Q.   And your child.  How many children do you have?

22  A.   One, sir.

23  Q.   And you were actually online that morning selling

24  credit cards on the darknet, correct, dark web,

25  darknet?

Mr. Valentin Danet - Cross

1   A.    Yes.

2   Q.    Okay.  And by the time you heard that your brother

3   had been arrested, you had stopped doing that?

4   A.    Yes.

5   Q.    Okay.  Now, after you heard about the arrest for

6   your brother and no one ever came to question you, did

7   you keep the computers you were using to commit fraud

8   with, or did you get rid of them?

9   A.    I did keep them for couple of months.

10  Q.    Yeah.  Did you erase them?

11  A.    After couple of months, I destroyed them.

12  Q.    And how did you destroy them?

13  A.    By broken — by breaking them into little

14  pieces.

15  Q.    So did you use a sledge hammer or put it in a bag

16  and slam them against the ground or against the wall?

17  How did you destroy the evidence in this case?

18  A.    With a sledge hammer.

19  Q.    That's a good thing to destroy evidence.  It is more

20  effective than other ways.

21            MR. McDONOUGH:  Objection.

22            THE COURT:  Sustained.

23  BY MR. GOLDBERG:

24  Q.    Did you ever destroy evidence by throwing it in the

25  river?

Mr. Valentin Danet - Cross

1        MR. McDONOUGH:  Objection.

2        THE COURT:  Sustained.

3   A.   No.

4   Q.   So you used a sledge hammer, and you destroyed your

5   cellphone?

6   A.   Yes.

7   Q.   You destroyed your laptop?

8   A.   Yes.

9   Q.   You destroyed your desktop?

10  A.   I didn't own a desktop at that time.

11  Q.   How many laptops?

12  A.   One.

13  Q.   How many thumb drives?

14  A.   Hard drive.

15  Q.   Hard drives first, let's start with that.

16  A.   Two of them.

17  Q.   And how big were they?

18  A.   Laptop hard drives.

19  Q.   They were just laptop hard drives?

20  A.   Yes.

21  Q.   Any external drives?

22  A.   At that time, I did have before desktop hard drive I

23  was using as an external drive, but I think at that time

24  it was broken already.

25  Q.   You didn't have to bash them into tiny bits, right?

Mr. Valentin Danet - Cross

1  A.    I bashed everything related to this.

2  Q.    And then, you had basically bits and pieces in a

3  bag?

4  A.    Several bags.

5  Q.    And then what did you do with them?

6  A.    Throw them in several places.

7  Q.    So you got rid of everything you had linking you to

8  the Bayrob Group, correct?

9  A.    Physically, in my house.

10  Q.    Let's talk about things physically in your

11  possession.

12  A.    Yes.

13  Q.    You got rid of everything?

14  A.    Yes.

15  Q.    So everything you testified here for the last four,

16  five hours, you don't personally have anything to back

17  that up, correct?

18              MR. McDONOUGH:  Objection.

19              THE COURT:  Sustained.

20  BY MR. GOLDBERG:

21  Q.    You don't have anything to show proof of anything

22  you said in your personal possession?

23  A.    I don't have.

24  Q.    Because you destroyed it all?

25  A.    Yes.

Mr. Valentin Danet - Cross

1    Q.   Okay.  So let's talk about your discussion with

2    the FBI that occurred last February, the first one,

3    right?

4    A.   Yes.

5    Q.   What day was that?

6    A.   I don't remember the exact day.

7    Q.   Okay.  But it was in the middle of February?

8    A.   Yes.

9    Q.   And this was the first time anyone said, hey, come

10   down here, we want to talk to you about Bayrob or

11   Tiberiu?

12   A.   Yes.

13   Q.   Okay.  And you indicated that these two FBI agents

14   were present at the police station, right?

15   A.   Yes.

16   Q.   You weren't expecting to see the FBI there, were

17   you?

18   A.   I was expecting like 30 percent chance.

19   Q.   Thirty percent chance.

20   A.   Yes.

21   Q.   And 70 percent chance just the Romanian National

22   Police?

23   A.   Yes.

24   Q.   Thirty percent chance of them and the FBI?

25   A.   Yes.

1921

Mr. Valentin Danet - Cross

1    Q.    And you went to your lawyers's office first?

2    A.    Yes.

3    Q.    And it was the same Romanian lawyer that Tiberiu had

4    for his case?

5    A.    Yes.

6    Q.    So the same person that met with your brother,

7    counseled your brother as far as you know before he was

8    brought to Court and extradited to the United States, is

9    now the guy representing you when you go see the Romanian

10   National Police?

11              MR. McDONOUGH:  Objection.

12              THE COURT:  Overruled.

13   Q.    Handing you Defendant's Exhibit G, do you recognize

14   that?

15   A.    Yes.

16   Q.    What are we looking at there?

17   A.    Witness declaration, statement at the interview at

18   the Organized Crime Combat police.

19   Q.    And whose name is on there?

20   A.    It is my name.

21   Q.    And it says February 19th.  Is that the day you went

22   to speak with them?

23   A.    Yes.

24   Q.    And all this official looking stuff on top, what

25   does that say?

Mr. Valentin Danet - Cross

1    A.   Romania Public Department, the prosecution office on

2    the high court of justice, direction of the investigating

3    organized crime and terrorism, central structure.

4    Q.   Okay.  And the rest is the address, right?

5    A.   Yes.

6    Q.   Okay.  And does your signature appear on this page,

7    on the front page?

8    A.   Yes.

9    Q.   It does?

10   A.   Yes.

11   Q.   How about page 2?

12   A.   Yes, it does.

13   Q.   How about page 3?

14   A.   Yes, it does.

15   Q.   And do you see any FBI agents' names signatures on

16   this, too?

17   A.   Yes.  Mr. Ryan Macfarlane.

18   Q.   How about the Romanian prosecutor?

19   A.   The name is not to be seen, just the signature.

20   Q.   And what about your lawyer?

21   A.   It is too far away.  My lawyer is not stated in

22   here.

23   Q.   Okay.  So I want to ask you some specific questions.

24   Can I use the Elmo, your Honor?

25              Let me ask another question.  Is this

Mr. Valentin Danet - Cross

1   document a fair and accurate representation of the

2   document you signed on February 19th in Romania at the

3   police station?

4   A.   It looks like a copy, yes.

5   Q.   And your signature appears on each page?

6   A.   Yes.

7              (Discussion held off the record.)

8              THE COURT:  We have to take a break, ladies

9   and gentlemen.  We will stand in recess.

10             (Recess had.)

11             THE COURT:  Please be seated.

12             MR. GOLDBERG:  Thank you, your Honor.

13   BY MR. GOLDBERG:

14   Q.   Okay.  Mr. Danet, do you see the screen in front of

15   you?

16   A.   Yes.

17   Q.   And is it showing Exhibit G, the one I just showed

18   you?

19   A.   I don't know if that's G or Q.

20   Q.   That's probably a Q.  Let's call it Exhibit Q.

21   A.   Okay.

22   Q.   My handwriting, do you see it?  That's what I just

23   showed you, correct?

24   A.   That's right.

25   Q.   Okay.  And let's go down, and I am going to go

Mr. Valentin Danet — Cross

1  through this, and I want you to follow along.  It has

2  your name at the top, correct?

3  A.    Yes.

4  Q.    And then what does the next line say?

5  A.    This one?

6  Q.    Yes.

7  A.    My identity, Romanian identity document, number and

8  city.

9  Q.    Okay.  Let's go down a few more lines, and it has

10  your parents' names?

11  A.    Yes.

12  Q.    And below that, it indicates marital status,

13  correct?

14  A.    Yes.

15  Q.    And you are not married?

16  A.    I am not.

17  Q.    Okay.  Indicates number of — does it — do you see

18  a school?

19  A.    Says studies, university.

20  Q.    Yeah.

21  A.    Occupation or profession, engineer.

22  Q.    Okay.  All right.  So going down a little bit

23  further, relationships.

24          Do you see where the heading is

25  "relationships," the English word is "relationships"?

Mr. Valentin Danet - Cross

1   A.   About — I don't know what kind of relationship.

2   Q.   Okay.  Read the line where the arrow is now.

3   A.   The previous — I don't know how it would translate

4   in English, previous to the state that I was in this

5   case.

6   Q.   Well, does the translation "it has been brought to

7   my attention that I will provide testimony regarding" —

8   is that what it says, details regarding your criminal

9   activity?

10  A.   I don't know where you read this.

11  Q.   Okay.  Let's go down a little bit further.  Okay.

12           What's that first word beginning with

13  an R?

14  A.   Report or — yeah, relationship between witness and

15  the subjects of the case or trial.

16  Q.   Okay.  And it says your brother, Tiberiu Danet?

17  A.   It says I am the brother of Tiberiu Danet.

18  Q.   Okay.  So I am going to take you down to the next

19  page.  I am going to read what has been provided to me as

20  a translation, and I want you to follow with your finger,

21  and I want you to stop me if the translation is not

22  correct.  Okay?

23  A.   Okay.

24  Q.   All right.  "Do you know the e-mail address" —

25  A.   It is down a little, lower.

Mr. Valentin Danet - Cross

1   Q.   Do you see that?

2   A.   No.   There is nothing there.   It is more at the

3   bottom.

4   Q.   Okay.   I'm sorry.

5             "It has been brought to my attention" — put

6   your finger on that phrase — "it has been brought to my

7   attention the obligation of truthful testimony and the

8   punishment of perjury," and then "oath," where is the

9   word oath is?

10  A.   Here.   (Indicating.)

11  Q.   Oath.   What does that word mean to you?

12  A.   That I taking the oath to state the truth.

13  Q.   Okay.   And it is an oath based on law or religion or

14  both?

15            Are you swearing to God you are telling the

16  truth?

17  A.   It is based on both as far as I —

18  Q.   Okay.   And you spoke to your lawyer prior to taking

19  this oath, correct?

20  A.   Yes.   Yes, that's correct.

21  Q.   And you told your lawyer everything you thought was

22  important about your case, right?

23  A.   Yes.

24  Q.   And you told him what you testified to here today,

25  right?

Mr. Valentin Danet - Cross

1   A.   Can you say that again?

2   Q.   Okay.  Did you tell your lawyer that you were

3   involved in the Bayrob Group?

4   A.   Yes.

5   Q.   All right.  But then, that same lawyer goes into the

6   police station with you —

7   A.   Yes.

8   Q.   — and let's you sign, "swear to tell the truth" —

9   put your finger on it — "I swear to tell the truth and

10  not hide or admit what I know so help me God"?

11  A.   Yeah.

12  Q.   Is that your signature underneath that?

13  A.   Yes.

14  Q.   Was your lawyer right there when you signed it?

15  A.   Yes.  It was on my left.

16  Q.   Did he stop you?

17  A.   No.

18  Q.   He didn't want to take you aside and tell you don't

19  do that?

20           MR. McDONOUGH:  Objection.

21           THE COURT:  Sustained.

22  BY MR. GOLDBERG:

23  Q.   Let's go to the next paragraph.

24           "Witness:  I reserve the right not to make

25  any statements.  My brother Danet Tiberiu was" —

Mr. Valentin Danet - Cross

1   A.   I think that's below.  I don't see this on the
2   screen maybe.  Okay.
3   Q.   All right.  Shall I start with "I reserve"?  Right?
4   "I reserve the right to make — not to make any
5   statements regarding my brother Danet Tiberiu who is a
6   Defendant of prosecution"?
7   A.   He is a suspect, not —
8   Q.   Okay.  A suspect.  All right.  Here is a question:
9             What do you know about Bogdan Nicolescu,
10  right?  That was a question they asked you?
11  A.   Yes.
12  Q.   And the answer was "I was in the same high school
13  class with Bogdan Nicolescu at the Tudor Vianu National
14  High School, Bucharest, 1996 to 2000, and after that, I
15  didn't keep in touch."
16            Was that your answer?
17  A.   Yes.
18  Q.   "I don't know if Bogdan Nicolescu was employed and
19  what his source of income was."
20  A.   Yes.
21  Q.   You are still under oath.
22  A.   Yes, I am.
23  Q.   "During high school, he, Bogdan Nicolescu, was
24  passionate about computer programming, and it was well
25  known by everybody what he was doing."

Mr. Valentin Danet - Cross

1    A.    Yes.

2    Q.    Okay.  Next paragraph.

3              Question:  Are you familiar with the

4    nickname obe or o-b-e?"

5              And you said "that's what Nicolescu was

6    called during high school."

7    A.    Yes.

8    Q.    Next question:  "So do you know about Flueras,

9    Marius Matei, Victor" — can you say the last name?

10   A.    Constantinescu.

11   Q.    "Valentin Dima, Catalin Dima"?

12   A.    Yes.

13   Q.    And then, your answer was "Flueras was a car dealer,

14   but I don't remember how I met him.  I have not heard the

15   other names."

16              "Do you know the phone numbers" — and there

17   is a couple of phone numbers —

18   A.    Yes.

19   Q.    — and did you answer that question?

20   A.    Yes.

21   Q.    And did you say you did not know them?

22   A.    I said I did not know the first number, and I know

23   the second number.

24   Q.    The second one was your personal one?

25   A.    Yes.

Mr. Valentin Danet - Cross

1   Q.   But in fact, the first one you did know,

2   correct?

3   A.   I am not sure.

4   Q.   Next paragraph.  So do you know the e-mail

5   address?

6   A.   Yes.

7   Q.   All right.  And then, there is a string of addresses

8   there?

9   A.   Yes.

10  Q.   And you said "I recognize Valee Danet @ gmail.com

11  and Valentin Danet gmail.com.  I don't know the other

12  e-mail addresses or IDs."

13  A.   Yes.

14  Q.   You said that, right?

15  A.   Yes.

16  Q.   "Or Raul or Minolta," correct?

17  A.   Yes.

18  Q.   That was all a lie after you took an oath according

19  to you?

20  A.   At the suggestion of my Romanian lawyer.

21  Q.   He told you to lie?

22  A.   He told me not to answer things about myself that

23  would allow the authorities to incriminate me.

24  Q.   Okay.  Well, then my question was, he told you to

25  lie?

Mr. Valentin Danet - Cross

1          MR. BROWN:  Objection.

2          THE COURT:  Sustained.

3    A.   Told me to say —

4          THE COURT:  One moment, sir.  Next question.

5          THE WITNESS:  Sorry.

6    BY MR. GOLDBERG:

7    Q.   Next question was, "so do you know Radu Miclaus?"

8          Your answer "I know that Radu was passionate

9    about cars" —

10   A.   You have to scroll down.  I don't have it on my

11   screen.  It is on the next page, I think.

12   Q.   Do you know Radu Miclaus?

13   A.   Yes.

14   Q.   "I knew that Radu Miclaus was passionate about cars,

15   likes a TVA, anything that had an engine.  I met him in

16   2000 through Bogdan Nicolescu.  As far as I know, Radu

17   Miclaus was Bogdan Nicolescu's friend.  I don't know

18   where Radu Miclaus worked or his source of income."

19          Next question:  "How do you communicate with

20   the two named above?

21          "Only on the phone, maybe some e-mails with

22   Bogdan Nicolescu, but I don't remember exactly.

23          "What do you know about the cyber crimes

24   committed by Bogdan Nicolescu and Radu Miclaus?

25          "Absolutely nothing."  Did your lawyer tell

Mr. Valentin Danet - Cross

1    you to say "absolutely nothing"?

2                    MR. McDONOUGH:  Objection.

3                    THE COURT:  Sustained.

4    BY MR. GOLDBERG:

5    Q.   Why did you say "absolutely nothing"?

6    A.   Because anything I would have said would have

7    connection to myself.

8    Q.   Okay.  So — the next question:  "Are you willing to

9    voluntarily testify in the U.S.?

10                   "Yes.  I agree to be present with the

11   condition of having my expenses paid, transport, and

12   lodging.  This is the extent of my testimony based on my

13   recollection."

14   A.   Yes.

15   Q.   Correct?

16   A.   Yes.

17   Q.   And at the bottom, it does say that this statement

18   was video and audio taped?

19   A.   Yes.

20   Q.   Was it?

21   A.   I believe so.

22   Q.   And it says that your attorney — I think it is

23   Sylvia Fair was present at the signing?

24   A.   Yes.

25   Q.   So you went into the police station.  The FBI is

Mr. Valentin Danet - Cross

1    standing there?

2    A.    Yes.

3    Q.    The investigators are standing there.  Your lawyer

4    is there, and you took an oath, gave them a statement,

5    and it was all a lie, correct?

6    A.    No.

7    Q.    Okay.  Well, the part about not knowing anybody, any

8    of the e-mails, that was a lie according to your

9    testimony today, correct?

10   A.    My lawyer suggested that I wouldn't say anything

11   about me.

12   Q.    But I am not asking about what your lawyer said now;

13   I am asking about what you did.

14             You took an oath, and you gave a statement I

15   don't know anything, right?  I don't know anything about

16   any fraud, right?

17   A.    Yeah.  But that was a special case, and I can tell

18   you why.

19   Q.    It was a special case where it was okay to lie?

20   A.    No.  It was between two jurisdictions.  I mean, I

21   was in front of the Romanian police with the Romanian

22   lawyer and in front of the FBI with no U.S. lawyer.

23   Q.    So it is okay to lie to the Romanian police?

24   A.    It is not okay to lie.  It is okay to use the right

25   of not being self-incriminating.

Mr. Valentin Danet - Cross

1  Q.   Do you know the difference between not being

2  self-incriminating and lying?

3              MR. McDONOUGH:  Objection.

4              THE COURT:  Overruled.

5  BY MR. GOLDBERG:

6  Q.   Do you know the difference?

7  A.   I do know.

8  Q.   Okay.  Well, so what's the difference?

9  A.   Lying is telling false statement.

10  Q.   Okay.  About anything, right?  Not just about you,

11  about anything?

12  A.   About anything that would draw back to me.

13  Q.   Okay.  All right.

14              So in your mind, it is okay to give

15  a false statement as long as — if it is to protect

16  yourself.  That's what I am hearing you say.  Am I

17  wrong?

18  A.   Yes, you are wrong.

19  Q.   Okay.  All right.  Can we agree with this:  What you

20  said here today in your testimony is the opposite of what

21  you told the police on February 19th and the FBI,

22  correct?

23  A.   No.

24  Q.   Okay.  All right.  We can do this as long as you

25  want to.

Mr. Valentin Danet - Cross

1        MR. McDONOUGH:  Objection.

2        THE COURT:  Sustained.

3   BY MR. GOLDBERG:

4   Q.   Did you say today that you knew all the e-mails that

5   you denied knowing in that statement sworn under oath to

6   the Romanian police?

7   A.   Yes, I did say it differently today.

8   Q.   You said it differently today?

9   A.   Yes.

10  Q.   Okay.  So you are going — you were lying one of the

11  two times, right?

12  A.    I didn't lie.  I said at that time that I don't

13  remember, and it was at the suggestion of my lawyer.

14  Q.   But you are saying today you do remember.  Do you

15  not understand what I am saying?

16  A.   I understand.

17  Q.   Today you said, oh, I know all these e-mails, I know

18  all these guys, Bogdan is obe, and he is Master Fraud and

19  Radu is raduspr, but you told the police you didn't know

20  any of those people or the e-mails, right?

21  A.    If I would have told them, the police that I knew

22  them —

23  Q.   I am asking you yes or no.  Tell me yes or no.  I

24  don't want to hear the explanation.  Yes, you lied, or

25  no, you didn't lie?

Mr. Valentin Danet - Cross

1          MR. McDONOUGH:  Objection.

2          THE COURT:  Overruled.

3   A.   I did partly state the truth at that time.

4   Q.   You said partially the truth?

5   A.   Yes.

6   Q.   You even lied about your moniker, right, Raul?  You

7   said you didn't know who Raul was.

8   A.   Yes, and this is what my lawyer advised me.  He got

9   me out of the room —

10  Q.   Either you said it or didn't.  I know it is your

11  lawyer's fault that you are here.

12  A.   It is not my lawyer's fault why I am here.

13  Q.   So you even lied about knowing who Raul was when it

14  was you, right?

15  A.   Yes, because you have there the United States lawyer

16  have the right to remain silent.

17  Q.   I am not asking about United States lawyers.  I will

18  ask you about him in a minute.

19  A.   I am saying about United States law.

20  Q.   Was anything about the questions you were asked by

21  the police confusing or you didn't understand?

22  A.   No.  It was confusing there were two authorities

23  present, and there was the U.S. authority present in

24  Romania and anything I would say in front of the Romanian

25  authorities would not, could not be used against me if I

Mr. Valentin Danet - Cross

1    was to be a suspect in the case.

2    Q.    Okay.

3    A.    But being with Mr. Macfarlane from the FBI

4    being there he could have used anything I have said

5    against me.

6    Q.    So in order to avoid a problem, you just lied,

7    right?

8    A.    No.  In order to — to keep my right to remain

9    silent about self-incrimination.

10   Q.    In order to keep your right to remain silent you

11   lied?  I mean, that's what you just said.

12                 Am I not communicating well, or am I not

13   understanding you?  You just said in order to keep your

14   right to remain silent, you lied.

15   A.    I didn't lie.  I said I don't know.

16   Q.    You said you didn't know things that you actually

17   knew according to you today.  We can go on to something

18   else.

19   A.    That's correct.

20   Q.    Okay.  You identified Mr. Nicolescu as obe from high

21   school, right?

22   A.    Yes.

23   Q.    He got that nickname in high school, right?

24   A.    Yes.

25   Q.    He didn't come to high school with that nickname?

Mr. Valentin Danet - Cross

1    It is a nickname somebody gave him in high school,

2    right?

3    A.   As far as I know, yes.

4    Q.   And it was not OBE, it was OB?

5    A.   Yes.

6    Q.   Why was it OB?

7    A.   From Bogdan, from his name, the B, and I don't know

8    exactly why it was obe.

9    Q.   You don't know why OB was his nickname.  It had

10   nothing to do with some way to make fun of him?

11   A.   Yes.  It could have been that because he was a

12   company or product, a trademark of a company selling

13   women hygiene and stuff.

14   Q.   So that was the nickname he had in high school,

15   OB?

16   A.   Yes.

17   Q.   It was not obe; it was just OB, right?

18   A.   In Romanian is the same thing because adding an E to

19   the end would spell the same.

20   Q.   Okay.  All right.

21             MR. O'SHEA:  Objection.  Can I ask

22   Mr. Goldberg a question first, your Honor?

23             THE COURT:  Certainly.

24             (Discussion held off the record.)

25

Mr. Valentin Danet - Cross

1  BY MR. GOLDBERG:

2  Q.   So couple days after your interview with the police

3  and the FBI, you had another interview, correct?

4  A.   Yes.

5  Q.   Okay.  And this time you had a lawyer from the

6  United States, right?

7  A.   Yes.

8  Q.   Did you have some of the lawyers from this table

9  there, too?

10  A.   Yes.  Mr. McDonough and Mr. Levine.

11  Q.   Okay.  And at that point, they had what's called a

12  proffer letter for you, and the United States lawyer

13  explained it to you, right?

14  A.   Yes.

15  Q.   And you realized at that point you wanted to make a

16  different statement?

17  A.   Yes.

18  Q.   Okay.  And as a matter of fact, you went through a

19  bunch of material with them, and you actually told them

20  many monikers and e-mail addresses, right, for you?

21  A.   Yes.

22  Q.   Okay.  It was not just Valentin balint.  That was

23  not the only one you told them.  You also identified

24  r a — R-A 101 Putin @ GMX?

25  A.   Yes.

Mr. Valentin Danet - Cross

1  Q.  R a 101 Putin @ Yahoo.com?

2  A.  Yes.

3  Q.  R a 101 Putin @ aol.com?

4  A.  Yes.

5  Q.  And r-a-d-o-b-b-s @ GMX.com?

6  A.  Yes.

7  Q.  So you had two GMX e-mails, correct?

8  A.  Yes.

9  Q.  And you gave your Jabber name?

10  A.  Yes.

11  Q.  You also identified someone by the name of Martor

12  Flueras?

13  A.  Yes.

14  Q.  All right.  What was his e-mail address?

15  A.  W — in the fraud thing w-t-w-x something at the

16  end.

17  Q.  At GMX, right?

18  A.  Yes.

19  Q.  So you gave at least — for you two GMX e-mails and

20  then another person's GMX e-mails.

21       Let me ask you this:  After the 29th of

22  September, did you ever log on to GMX again?

23  A.  Never.

24  Q.  Right.  Did you ever log onto any control service

25  after that date?

Mr. Valentin Danet - Cross

1   A.   It is possible just from the day of 30th, just one

2   day after.  It is possible that I logged in just one day

3   after and then never again.

4   Q.   But it is fair to say after your brother was

5   arrested, you didn't log on to the GMX e-mail

6   server?

7   A.   Yes.

8   Q.   An no one you know ever logged on to that GMX server

9   again, correct?

10               MR. McDONOUGH:  Objection.

11               THE COURT:  Sustained.

12  BY MR. GOLDBERG:

13  Q.   Do you know of anybody that used the GMX server that

14  was involved in the Bayrob Group after the date of your

15  brother's arrest?

16  A.   I don't know.

17  Q.   All right.  It is fair to say that once your brother

18  was arrested — let me put it this way:

19               Your brother, Mr. Miclaus, Mr. Nicolescu

20  weren't the only people involved according to you with

21  the Bayrob Group, right?

22  A.   Yes, right.

23  Q.   There was up to ten people is what your testimony

24  was today, right?

25  A.   Up to ten people in that close, or there were more

Mr. Valentin Danet - Cross

1  because of the people that were cashing the Western

2  Union.

3  Q.  So at least seven plus people that were involved

4  were not arrested, correct?

5  A.  Seven was the total.

6  Q.  That day.  And as far as you know, you never

7  received or sent — received an e-mail from any of those

8  people that weren't arrested nor sent an e-mail to any of

9  those people who were not arrested from the GMX server

10  after the 29th of September?

11  A.  Yes.  I had never viewed that source again.

12  Q.  And the servers were all taken down not by you,

13  correct?

14  A.  Correct.

15  Q.  But they were offline.  Do you know how they came

16  offline?

17  A.  No.  I suspect by when — I know the Jabber server

18  was hosted by my father.

19          MR. McDONOUGH:  Objection

20          THE COURT:  One moment.  Sustained.

21  BY MR. GOLDBERG:

22  Q.  Well, do you know whether your brother was in a

23  position —

24          MR. McDONOUGH:  Objection.

25          THE COURT:  I'm sorry.  Was there an

Mr. Valentin Danet - Cross

1    objection?

2                    MR. McDONOUGH:  Yes, your Honor.

3    BY MR. GOLDBERG:

4    Q.   Do you know if your brother took down the

5    servers?

6                    MR. McDONOUGH:  Objection.

7                    THE COURT:  Overruled.  Do you know, sir?

8    A.   I can't know this directly.

9                    THE COURT:  Just yes or no.

10                   THE WITNESS:  No.

11   BY MR. GOLDBERG:

12   Q.   That's because he was under arrest.  They were

13   up when you went to sleep and down when you woke up,

14   right?

15   A.   That's right.

16   Q.   Now, you talked about the command servers, and

17   you said you could log on to the command servers,

18   correct?

19   A.   Correct.

20   Q.   And the command servers moved from machine to

21   machine different hosts, correct?

22   A.   Yes, correct.

23   Q.   And you always had log-in credentials as an

24   administrator for all of those machines, correct?

25   A.   Correct.

1944

Mr. Valentin Danet - Cross

1    Q.    It was not that you could log into a particular work

2    space; you could log on and do whatever you needed to do

3    on the server?

4    A.    Yes.  I had access to the root password.

5    Q.    And I am interested you talked about a lot of

6    different ways you communicated with other individuals in

7    the Bayrob Group.

8                It is safe to say that none of your end of

9    any communications still exist because you destroyed the

10   evidence, right, any Jabber messages or text messages,

11   right?

12   A.    The accounts could be up on — for example, GMX or

13   Yahoo.  At least I have no idea.

14   Q.    But nothing on your end?

15   A.    Exactly.

16   Q.    Okay.  And during the course of your communications

17   with your brother and with other individuals in the

18   Bayrob Group, did you ever use WhatsApp as a means of

19   communication?

20   A.    No.

21   Q.    All right.  WhatsApp, there is a lot of other

22   platforms.  WhatsApp was not one you used?

23   A.    Yes.  I didn't like WhatsApp.

24   Q.    You didn't like WhatsApp because it is not

25   secure?

Mr. Valentin Danet - Cross

1    A.    Yeah.

2    Q.    And you used Jabber.  Did you use Hangouts?

3    A.    No.

4    Q.    Hangouts is a gmail based chat?

5    A.    I think it is to Google, but I never used it; had no

6    idea.

7    Q.    Okay.  But you used Jabber, and you used Jabber with

8    a server that was located at your brother's house?

9    A.    Yes.

10   Q.    Your brother at the time — let me ask you this:

11                   Was the server a separate machine, or was it

12   contained within a computer tower?

13   A.    Separate machine from his working machine, separate

14   desktop.  He had two desktops.  One was running the

15   Jabber server; one he was working on.

16   Q.    So if I looked at the Jabber server, it would look

17   just like a tower server?

18   A.    Yeah, desktop computer or tower.

19   Q.    Okay.  And your brother was the system administrator

20   for that machine, correct, for the Jabber server?

21   A.    Yes, but anyone, the Jabber server was public, so

22   anyone — I could create myself the credential.

23   Q.    You could create yourself?  I'm sorry.

24   A.    I could create myself the credential.

25   Q.    You could create the credentials?

Mr. Valentin Danet - Cross

1    A.    Yeah, myself.

2    Q.    So anyone that could find that Jabber server could

3    create their own credentials and go on?

4    A.    Yeah, but they would need to know the name of it.

5    Q.    Right, of course.  But if I knew the name — and

6    let's say I knew your credentials — I could log on under

7    your credentials?

8    A.    You would need to know my password.

9    Q.    I know you wouldn't give me your password, but if I

10   could get it, I could do that, right?

11   A.    You could do this with every password.

12   Q.    Exactly my point.

13   A.    Everywhere.

14   Q.    Now, your brother was the system administrator, so

15   he could actually go into that server and view log-on

16   credentials if he wanted to, correct?

17   A.    I can't answer these questions.  I believe those

18   credentials are encrypted in the Jabber server, so even

19   the administrator cannot see the passwords.

20   Q.    If your brother said he could do it, you would take

21   his word for it?

22   A.    Yeah, I have no idea about it.

23   Q.    What about being able to download or make a copy

24   of the Jabber server?  Is that possible with a hard

25   drive?

Mr. Valentin Danet — Cross

1   A.   I don't know that.

2   Q.   Okay.  Fair enough.

3            Now, this apartment where your brother

4   lived, where Tiberiu lived, was your grandmother's

5   apartment and inherited by your mother and your brother

6   lived there?

7   A.   Yes.

8   Q.   Did you ever live in this apartment?

9   A.   No.

10  Q.   But your family had keys to the apartment,

11  correct?

12  A.   Yes.

13  Q.   Okay.  So if you wanted to go in to that apartment

14  at any time, you could because you have a key?

15  A.   I never — myself.

16  Q.   Just — your family, your parents, or yourself

17  whoever your family gave a key to would have access to

18  it?

19  A.   That's logical.  We wouldn't go there without saying

20  to my brother.  It is like violating his house.

21  Q.   Your brother traveled a lot, right?

22  A.   Yes.

23  Q.   He liked to go out of the country on vacation or

24  ride bikes?

25  A.   Yes.

Mr. Valentin Danet - Cross

1   Q.   Or do some activity.  And you would have to go to

2   his apartment every once in a while for various reasons,

3   not necessarily with this, but you had a key to the

4   apartment?

5   A.   I didn't have.  My parents.

6   Q.   Your parents had.  Okay.

7            So how long did Tiberiu live in that

8   apartment?

9   A.   I can't say exactly but more than three years.

10  Q.   Three years.  Okay.  So 2016, 2013.  Up to 2013, was

11  he still living with your parents?

12  A.   No.  He was living in a rented apartment.

13  Q.   Rented apartment.  You indicated that you shared a

14  room with him, correct?

15  A.   In my parents' house, yes.

16  Q.   How long did you share a room with Tiberiu at your

17  parents' house?

18  A.   Since he was born until I moved away and in 2006 and

19  rented an apartment.

20  Q.   Okay.  So up to 2006, you shared a room with him at

21  your parents' house, correct?

22  A.   Yes.  We shared one room where we slept and one room

23  where we had our school desks.

24  Q.   Okay.  And you had one computer between the two of

25  you, the Gateway that your father bought.

Mr. Valentin Danet - Cross

1    A.    At first, yes.  And then we had — there was a time
2    when we shared a computer, and after that, I believe
3    everyone had some computer.
4    Q.    How long did you and your brother share a room?
5    Always?
6    A.    Yes, always.
7    Q.    Always.  He never had a separate room at your
8    parents' home with you until you moved out?
9    A.    Yes.
10   Q.    And you indicated in 2006 you are sorry to say or
11   2005 — and you correct me if I am wrong — you brought
12   your brother into the eBay fraud?
13   A.    Yes.
14   Q.    Okay.  Do you feel guilty about that?
15   A.    Yes.
16   Q.    You feel responsible for him doing nine to twelve
17   years in prison?
18   A.    Yes, I do.
19   Q.    You would like to help him out in any way you can,
20   right?
21   A.    I don't think it is possible I can help him out.
22   Q.    Don't you feel coming 5, 6,000 miles testifying for
23   the Government in the case where your brother has become
24   a witness is helping him?
25   A.    I can't say that.  I don't have that information.

Mr. Valentin Danet - Cross

1    Q.    And have you talked to him on the phone — I think

2    you said the last time you talked to him or saw him was

3    before he was taken to the United States?

4    A.    The last time I saw him I talked to him on the phone

5    after that.

6    Q.    You have been talking to him on the phone since he

7    has been here, correct?

8    A.    Yes.

9    Q.    And he tells you about this case?

10              MR. McDONOUGH:  Objection.

11   A.    No.

12   Q.    You don't —

13              THE COURT:  Overruled.

14   Q.    You don't talk about the case at all?

15   A.    I never wanted to talk about the case because I was

16   involved as well, and the conversations were being taped?

17              So I only discussed with him about the

18   weather, about my son's surgery, about the surgery I had

19   on the knee, about what he was eating, about what

20   happened in there.

21   Q.    What about writing letters?  Did you exchange

22   letters?

23   A.    My father exchanged letters with him, and he also

24   told me about the thing that he told me about the case.

25   He called me in October 2018, and he called —

1951

Mr. Valentin Danet - Cross

1    Q.    Last October?

2    A.    Yeah.  And he told me that the U.S. prosecutor wants

3    to talk to me about the case.

4    Q.    Let me stop you there:

5              When you heard that, did you call the U.S.

6    prosecutor?

7    A.    My brother told me if I give him permission to give

8    my number, my telephone number to the U.S. prosecutor, so

9    I said yes.  I gave my numbers.

10             He already knew it, but I gave it to him,

11   and I told him, yes, I am available to be called, and I

12   was waiting for a call but never received it until that

13   — sometime in February.

14   Q.    So as far as you know, the U.S. Attorney's Office

15   had your number since October of 2018, but you didn't

16   receive a call until February 2019, about four weeks

17   before we started this trial?

18             MR. McDONOUGH:  Objection.  May we approach?

19             THE COURT:  You may.

20             (Side bar held on the record.)

21             MR. McDONOUGH:  Your Honor, the Government's

22   objection was based on the legal procedure, the M-LAT

23   process that will be required to go ahead and contact the

24   foreign witness, and so that was the objection at this

25   point.

Mr. Valentin Danet - Cross

1           There are certain procedures that the U.S.

2   Government has before they can actually secure testimony,

3   so the time period had to be set up.

4           THE COURT:  Let me ask you this:  Tell me

5   when the Government first put that process in motion.

6           MR. McDONOUGH:  Definitely months before,

7   your Honor.

8           THE COURT:  All right.  Then, it is not —

9           MR. GOLDBERG:  I can ask another question.

10          THE COURT:  Perfect.

11          (Side bar concluded.)

12  BY MR. GOLDBERG:

13  Q.   Did you have any contact since your brother has been

14  here with his attorneys in America?

15  A.   Yes, I did.

16  Q.   Okay.

17  A.   Have.

18  Q.   And they weren't your attorneys; they were his

19  attorneys, and they called you for information?

20  A.   No.  I had avoided to speak with them.  I only give

21  gave them details like the indictment.  At first, they

22  could be hired.  I remember I called you.

23  Q.   You called me?

24  A.   Yeah.

25  Q.   Didn't pick me, though.  You picked a different

Mr. Valentin Danet - Cross

1   lawyer?

2   A.    Through a random choice I would say.

3   Q.    But besides that, since you hired a lawyer for your

4   brother — you hired a lawyer for your procedure?

5   A.    My father hired him, but I spent two months in

6   exchanging e-mails and telephone conversations to find a

7   lawyer.

8   Q.    All right.  And since the lawyer was retained, have

9   you talked to the lawyer — actually, there were two

10  lawyers eventually, right?

11  A.    I only know about the first one.  The second one I

12  know that my brother —

13              MR. McDONOUGH:  Objection.

14              THE COURT:  Sustained.

15  BY MR. GOLDBERG:

16  Q.    So did you talk to either one of his lawyers in the

17  past two years, two and-a-half years?

18  A.    Yes, I talked.

19  Q.    Because you want to know what's going on with the

20  case, right?

21  A.    No.

22  Q.    Well, you talked — did you talk to him about the

23  case, or was it just about business?

24  A.    Just about the business related things of the

25  case.

Mr. Valentin Danet - Cross

1    Q.   Okay.  Of the case.

2              So I want the know about whether you talked

3    with the lawyers about the evidence in the case.

4    A.   Never.

5    Q.   All right.  Just about the business of having a

6    lawyer?

7    A.   Yes.

8    Q.   Okay.  All right.  So back in 2005 or '6, you were

9    sharing a room with Tiberiu, and you introduced him to

10   the Bayrob Group?

11   A.   Yes.

12   Q.   Correct.  And had you not done that — well, let me

13   withdraw that.

14              At that time, your brother was working,

15   right, he wasn't making a lot of money?

16   A.   Yes.

17   Q.   But he had a Ph.D.  I'm sorry.  He had a Master's

18   Degree?

19   A.   Yes.

20   Q.   In computer science?

21   A.   Yes.

22   Q.   And you had an undergrad degree, regular Bachelor's

23   Degree, what we would call it here in computer science

24   or —

25   A.    I had a Master's, had a Master's Degree in

Mr. Valentin Danet - Cross

1    engineering.

2    Q.    Master's Degree in what —

3    A.    Electrical engineering.

4    Q.    Is that applicable to computers computing, computers

5    or computing?

6    A.    Can be, but it is mostly about electronics and

7    hardware.

8    Q.    So between the two of you, you had two advanced

9    degrees, correct?  You had an advanced degree, and your

10   brother had an advanced degree?

11   A.    Yes, correct.

12   Q.    And Mr. Nicolescu you said dropped out of college

13   after one year, right?

14   A.    Yes.  This is what he shared with me.

15   Q.    As far as you knew, it was true, right?

16   A.    Yes.

17   Q.    I am going to share a couple pictures with you, and

18   I am going to move this again.

19              MR. GOLDBERG:  I guess we will show this

20   just to the witness.  Can you set this up for the

21   witness, your Honor?

22              THE COURT:  Yes.

23              MR. McDONOUGH:  The Government has no

24   objection.

25              MR. GOLDBERG:  This is Defendant's Exhibit

Mr. Valentin Danet - Cross

1    T.

2              THE COURT:  So I can show this to the

3    jurors, Mr. Goldberg?

4              MR. GOLDBERG:  Yes.

5    BY MR. GOLDBERG:

6    Q.    Mr. Danet, do you recognize the person in this

7    picture?

8    A.    No.

9    Q.    That's a no?

10   A.    No.

11   Q.    Okay.  I am going to show you what I have marked as

12   Defendant's Exhibit B.  Do you recognize that person?

13   A.    I am not sure.  That picture is grainy.

14   Q.    Maybe I can help you.  Let me ask you this:  Is this

15   Bogdan Antonovici?

16   A.    By his face, he could be.  When I saw him last time,

17   he was a lot thinner.

18   Q.    But you can't identify him from this picture?

19   A.    It looks like him in the face, but he had more

20   muscles than in the time I saw him.

21   Q.    Okay.  I will show you what I have marked as

22   Defendant's Exhibit C.  Do you recognize this

23   individual?

24   A.    Yes, I recognize him.

25   Q.    Who is that?

Mr. Valentin Danet - Cross

1    A.   He is a colleague of mine since high school.

2    Q.   Okay.  What's his name?

3    A.   Since elementary school, before high school, first

4    grade.

5    Q.   And what's his name?

6    A.   Ionescu Razvan.

7    Q.   Spell the last name, please.

8    A.   I-o-n-e-s-c-u.

9    Q.   Okay.  Was he an associate of Mr. Antonovici?

10   A.   No, he wasn't.

11   Q.   Do you know what his e-mail address was?

12   A.   No.  I don't know his e-mail.

13   Q.   Is he one of the seven or ten people that were

14   involved in the Bayrob Group?

15   A.   He was involved, yes.

16   Q.   Do you know whether he has been prosecuted?

17   A.   No.  He hasn't been prosecuted.

18   Q.   Where does he live now?

19   A.   In Bucharest, Romania.

20   Q.   Do you stay in touch with him?

21   A.   Yes, I did.

22   Q.   All right.  You have talked about bitcoin at the end

23   of your testimony.

24   A.   Yes.

25   Q.   Bitcoin is a cryptocurrency that is stored

Mr. Valentin Danet - Cross

1  digitally, correct?

2  A.   I don't know the exact details about it, but,

3  yes.

4  Q.   Okay.  So — but if you had — you talked about a

5  wallet.

6  A.   Yes.

7  Q.   About currency going into a wallet.  Okay?

8  A.   Yes.

9  Q.   How is a wallet shared with somebody else?  Do you

10  know that?

11  A.   By sharing the wallet address, you input money in

12  that wallet, and for withdrawing, I don't recall.

13  Q.   Okay.  Well, do you know whether bitcoin needs to be

14  stored on a particular machine or whether it could be

15  stored on the internet on a server somewhere?

16  A.   Could be stored anywhere.

17  Q.   Right.  Could be stored anywhere, and as long as you

18  knew where and had the ID, the log-in ID and password,

19  you could access the bitcoin, correct?

20  A.   Yes, correct.

21  Q.   And do you personally right now own bitcoin?

22  A.   No.

23  Q.   You know your brother had a stash of bitcoin,

24  right?

25                MR. McDONOUGH:  Objection.

Mr. Valentin Danet — Cross

1    THE COURT:  Sustained.

2    BY MR. GOLDBERG:

3    Q.    Do you know whether your brother had a stash of

4    bitcoin?

5    A.    Sustain means I can answer?

6    Q.    Answer my question:

7          Do you know whether your brother had a stash

8    of bitcoin when he was arrested?

9    A.    During 2016, I know that my brother accumulated some

10   bitcoin.

11   Q.    I'm sorry, what?

12   A.    He accumulated —

13   Q.    Accumulated bitcoin?

14   A.    Yes.

15   Q.    And did he transfer that bitcoin to you?

16   A.    I didn't ever see his bitcoins, and I didn't know

17   how much he had.

18   Q.    Do you know where he kept it?

19   A.    He never shared this info with me.

20         MR. GOLDBERG:  Can I have one moment, your

21   Honor?

22         THE COURT:  Of course.

23         (Pause.)

24   BY MR. GOLDBERG:

25   Q.    You said at some point your brother opened some kind

Mr. Valentin Danet - Cross

1   of company?

2   A.   Yes.

3   Q.   What kind of company was this?

4   A.   Company, software company.

5   Q.   Software company.

6            And during that time — well, let me ask you

7   this:  Did you work in the company with him?

8   A.   Yes.

9   Q.   And did you have contracts?  Did you have

10  customers?

11  A.   Yes.

12  Q.   Yeah.  Who were your customers?

13  A.   Bogdan Nicolescu's father.

14  Q.   Okay.  Besides him anyone else?

15  A.   I don't know of anyone else.

16  Q.   So during the course of this time where this company

17  was established, you had one customer, and that was

18  Mr. Nicolescu's father?

19  A.   Or his father's company.

20  Q.   His father's company.  Okay.

21            And did you get paid for your services by

22  the company?

23  A.   What do you mean?

24  Q.   Did you get a check?

25  A.   No.

Mr. Valentin Danet - Cross

1   Q.    During the course of your involvement, you said that
2   you took in a good deal of money, and you spent it on
3   cars and rent and things like that, right?
4   A.    Yeah, I only spent.
5   Q.    How much of the money did you give to your parents
6   to deposit in their bank accounts?
7   A.    I didn't give them any money to deposit in the bank
8   account.
9   Q.    So as part of your agreement to come here today, did
10  you agree to give up any of the money that you realized
11  from being involved in the Bayrob Group?
12  A.    Can you repeat?
13  Q.    Yeah.  Did you agree to give up any money?
14  A.    No.
15  Q.    I mean, put it this way:  You admitted to a whole
16  bunch of crime here today, right?
17  A.    Yes, I did.
18  Q.    And you don't know whether you are going to be
19  prosecuted or not.  You are hoping you don't get
20  prosecuted.
21  A.    That's right.
22  Q.    You hope to get on a plane tonight or tomorrow and
23  go back to Romania and never come back, right?
24  A.    I hope I get on the plane.  I have no idea if I
25  going to come back or not.

Mr. Valentin Danet - Cross

1    Q.    But you know whatever money you realized from your

2    criminal activity you are never going to have to come

3    back, right?  You are never going to have to give that

4    back?

5    A.    That money is gone anyway.

6    Q.    You get to keep it, right?  You don't have to — let

7    me ask you this:  In Romania, is it legal to steal?

8    A.    No.

9    Q.    And if you steal something and get caught, do

10   you have to give the money back or give the property

11   back?

12   A.    I presume so.

13   Q.    Okay.  But you have been stealing since you were in

14   high school, right?

15   A.    With different years, yes.  With year, couple of

16   years.

17   Q.    With a couple of years not stealing?

18   A.    Yes.

19   Q.    You were in high school from '96 to 2000, so

20   sometime in those years up until 2016, you were a thief,

21   right, with a couple years of time off?

22   A.    With several years off, yes.

23   Q.    Okay.  So conservatively 12, 14 years of being a

24   thief, right?

25   A.    2000, 1996, then 2006, 2007, 2008, so that would be

Mr. Valentin Danet - Cross

1    four years, like 2010 again.  2009, I don't remember

2    exactly.

3    Q.   Okay.

4    A.   An then 2012 and 2013, and then I was involved

5    in the other fraud scheme from end of 2014 until the

6    arrest.

7    Q.   All those years of being a thief, you are not going

8    to have to give back a penny, right?

9    A.   As far as I know now, no.

10   Q.   And as far as you know now, you have not been

11   prosecuted for anything, right?

12   A.   At the moment, no.

13   Q.   And for all those years, as Mr. McDonough asked, you

14   were a criminal and a liar, right?

15   A.   I was, yes.

16   Q.   All the way up and through the 19th of February, six

17   weeks ago, right?

18            MR. McDONOUGH:  Objection.

19            THE COURT:  Overruled.

20   A.   Up until the arrests were made.

21   Q.   I'm sorry?

22   A.   Up until the arrests were made in 2016.

23   Q.   Well, then you stopped lying after that?

24   A.   Yes.

25   Q.   Until the police started asking you questions in

Mr. Valentin Danet - Cross

1    February?

2    A.    Until the — not the police asking questions; it was

3    — I don't say yes, because I consider it was different

4    jurisdiction asking me questions.

5    Q.    Listen, I am not going to go back through that

6    stuff.

7              But you don't consider it a lie what you did

8    in the police station on February 19th?

9              MR. McDONOUGH:  Objection.

10             THE COURT:  Overruled.  Correct or not, sir?

11   A.    I consider it partially a lie, but not a lie

12   because —

13   Q.    That's okay.  I am going to ask you another

14   question.

15             MR. GOLDBERG:  Is this a good time for a

16   break, your Honor?

17             THE COURT:  Sure.  Folks, remember the

18   admonition.

19             All rise for the jury.

20             (Recess had.)

21             THE COURT:  Please be seated.

22             Mr. Goldberg?

23             MR. GOLDBERG:  Thank you.

24   BY MR. GOLDBERG:

25   Q.    Mr. Danet, you testified earlier that it was your

Mr. Valentin Danet - Cross

1    job to engage eBay buyers, to get them to pay the money

2    by talking to them or e-mailing them, correct?

3    A.    Yes.

4    Q.    And you did that through a chat function?

5    A.    Yes.

6    Q.    So they would think they are calling eBay, but they

7    are calling you, and actually, you are engaging in a

8    customer service chat?

9    A.    Yes.

10   Q.    Posing as eBay?

11   A.    Yes.

12   Q.    And if I could direct your attention to the

13   Government's exhibit previously admitted 1741, page 23,

14   we just saw it during your direct —

15              MR. McDONOUGH:  May we have the Government's

16   back table, your Honor?

17              THE COURT:  Sure, sure.

18   BY MR. GOLDBERG:

19   Q.    We went over this just a few minutes ago or couple

20   hours ago, I guess, during your direct testimony,

21   correct?

22   A.    Yes.

23   Q.    All of these transactions involved persons who you

24   interacted with posing as eBay, correct?

25   A.    Posing —

Mr. Valentin Danet - Cross

1    Q.    Each one of these transactions with regard to the
2    victims —
3    A.    Yes.
4    Q.    — you interacted with them posing as eBay?
5    A.    Both as eBay and as the seller.
6    Q.    As eBay and the seller.  So if you interacted
7    with them as a seller and they had a problem with you,
8    then they would go to eBay chat, and that would be you,
9    too?
10   A.    That's right.
11   Q.    Okay.  And same with regard to money mules that you
12   pointed out here, you interacted with each of those money
13   mules through texts and e-mails as well, correct?
14   A.    Yes.
15   Q.    All right.  So Exhibit 1741 page 23 — and I guess
16   page 24, the table goes on to the next page —
17   A.    Yes.
18   Q.    — that represents your work?
19   A.    Yes.
20   Q.    Okay.  So you talked about Donna Wolfe.  You
21   remember Donna Wolfe?
22   A.    I remember the name.
23   Q.    Okay.  And isn't it true while talking to Donna
24   Wolfe and recruiting her as a money mule you used the
25   name Martin Kleinman, an e-mail address?

Mr. Valentin Danet - Cross

1    A.    I don't remember the exact name I used for Donna

2    Wolfe, but I did use the name Martin Kleinman to recruit

3    mules.

4    Q.    And that was an e-mail that you used specifically?

5    A.    No.  Everybody of us used —

6    Q.    Well, you shared an e-mail account.

7    A.    The account for recruiting the mules, yes.

8    Q.    Okay.  You shared it.  What about Klenemen Donath?

9    A.    Yes.

10   Q.    That was you, correct?

11   A.    At first, that was Nicolescu and then he transferred

12   the administering to me.

13   Q.    Now, you say it is Nicolescu, but you don't have any

14   paperwork or evidence that you brought with you to show

15   it was Nicolescu, right?  You are just saying it is

16   Nicolescu.

17   A.    Yes.

18   Q.    Okay.  But when we look at Government's Exhibit 2253

19   — if you could put that up for me, please — 2253 is an

20   e-mail from Kelemen Donath, to a particular number and

21   Ms. Wolf has been in here and said she received these by

22   text messages, and the date is June 25th, 2013.

23                Does that fit within the time frame of your

24   spreadsheet?

25   A.    Yes.

Mr. Valentin Danet - Cross

1    Q.    Is it safe for me to assume that all the e-mails in

2    June and July between Kelemen Donath and Donna Wolfe were

3    actually between you and Donna Wolfe, and this Exhibit is

4    95 pages of conversation.  Is it safe to assume these are

5    all you?

6    A.    I haven't seen this exhibit.  I haven't seen it.

7    Q.    Here, I will show it to you.  Take a look at it.

8                  (Pause.)

9    A.    Most of them, it is me that had sent them.

10   Q.    I'm sorry?

11   A.    Most of them, it is me that had sent them.  It

12   could be possible that some of them were sent by my

13   Nicolescu or my brother.

14   Q.    I know it is possible.  Some are possible, I could

15   have sent some of them, too?

16                  MR. McDONOUGH:  Objection.

17                  THE COURT:  Sustained.

18   BY MR. GOLDBERG:

19   Q.    It is possible your brother sent some of them,

20   correct?

21   A.    Yes.  He have —

22   Q.    It is possible any of the people you identified

23   could have sent them, right?

24   A.    No.

25   Q.    They all are between the dates of June 17th and

Mr. Valentin Danet – Cross Cont'd

1    August 19th of 2013, correct?

2    A.    Correct.

3    Q.    And those are the dates on your exhibit here,

4    Government's Exhibit 1741?

5    A.    Correct.

6    Q.    And you said you are the one that handled the mules

7    and one that handled the victims?

8    A.    Correct.

9    Q.    And when you sent this e-mail out, you didn't send

10   it to Master Fraud.  You didn't send it to Bogdan at BMW

11   or whatever else; you sent it to amightysa, and that's

12   it, right?

13   A.    That e-mail there, yes, but I sent —

14   Q.    Hold on.  This e-mail that the Government showed you

15   that contained that spreadsheet was from you to

16   amightysa, right?

17   A.    Yes.

18   Q.    And that's your little brother, Tiberiu?

19   A.    Yes.

20              MR. GOLDBERG:  Nothing further.

21              THE COURT:  Cross examination, Mr. O'Shea.

22              MR. O'SHEA:  Thank you, your Honor.

23              CROSS EXAMINATION CONTINUED

24   BY MR. O'SHEA:

25   Q.    Good afternoon, sir.

Mr. Valentin Danet - Cross Cont'd

1   A.   Good afternoon, sir.

2   Q.   Did I hear the prosecutor say as the first questions

3   to you when you sat down on direct examination, sir, that

4   you you are a criminal.  Did he say that to you?

5   A.   Yes, he did say.

6   Q.   And you said yes, right?

7   A.   Yes, I do say so now.

8   Q.   And he followed it up with another question.  You

9   said you are a liar.

10            Do you remember he said that?

11  A.   Yes, he said, sir.

12  Q.   And you said, yes.  Am I right about that?

13  A.   Yes, you are right.

14  Q.   Okay.  Now, I think Mr. Goldberg asked you a little

15  bit about this, but the money that you made $200,000 to

16  $300,000 U.S. money, right?

17  A.   Yes.

18  Q.   You correct me if I am wrong, $200,000 in Romania

19  might take you a lot further than $200,000 here in

20  America, true?

21  A.   Yes.

22  Q.   Okay.  So using that optic, you made by victimizing

23  people $200 to $300,000.  Am I right?

24  A.   You are right.

25  Q.   Where is the money?

Mr. Valentin Danet — Cross Cont'd

1   A.   During those years, I had spent a lot of that
2   money.
3   Q.   I heard "this money," that you said a lot of
4   that money, but you did not say all of the money, did
5   you?
6   A.   Yes.  Following the two years after the arrests, I
7   also went when my son was born, I had a lot more
8   expenses, especially with surgeries, and so all the money
9   was spent.
10  Q.   Okay.  But just a moment ago you said "most of it,"
11  and you just a few seconds after that said now I spent
12  all of it after I confronted you with that.  Am I
13  right?
14  A.   Yes.  I have spent a lot until 2016.
15  Q.   Okay.  Now, what plans, tell us, do you have to pay
16  it back?
17  A.   I didn't get that.  Can you say that again,
18  please?
19  Q.   You have no plans to pay it back, do you, sir?
20  A.   If I had from where to pay it back, I would pay
21  back, but I don't have.
22  Q.   At 3:46 p.m. on April 5th, 2019, in a United
23  States courtroom, as you sit here right now, you have
24  no plans whatsoever to pay any of it back.  Am I
25  right?

Mr. Valentin Danet - Cross Cont'd

1          MR. McDONOUGH:  Objection.

2          THE COURT:  Overruled.

3    A.   I don't have the money to pay it back.

4    Q.   I will take that as yes.

5              Now, tell the ladies and gentlemen of the

6    jury when you paid Romanian income taxes on that $2 to

7    $300,000 you took from victims.

8    A.   I never paid.

9    Q.   What plans do you have, if any, whatsoever as you

10   sit here in this courtroom to pay any income taxes on

11   that money?

12   A.   On that money, I think it is impossible to pay

13   income tax.

14   Q.   Okay.  Now, on a more serious note, sir, you have a

15   family, do you not?

16   A.   Yes, I do have.

17   Q.   I apologize.  I did not hear you.  Are you married,

18   sir?

19   A.   I am not married, but I am with the same fiance

20   since 2006.

21   Q.   Okay.  So you have been engaged since 2006 to the

22   present day, and I hear you have a child.  Am I right

23   about that, sir?

24   A.   That's right.

25   Q.   And your family is very important to you.  Am I

Mr. Valentin Danet — Cross Cont'd

1  right, sir?

2  A.   It is, yes.

3  Q.   Nothing could be more important to you.  Am I right

4  about that?

5  A.   Yes.  At this time, my child is the most important

6  to me.

7  Q.   Understood.  Did you hear questions asked of you by

8  Mr. Goldberg on cross examination about a thing called an

9  oath?

10  A.   I did hear that, yes.

11  Q.   And I think the Romanian term is juramant.  Am I

12  saying that right?

13  A.   Yes.

14  Q.   And on that document he showed you, you took a

15  juramant to tell the truth, right?

16  A.   Right.  But it was in front of two separate

17  authorities.

18  Q.   Okay.  Is a juramant — well, strike that.

19          Let me ask you this:

20          Is an oath in the Romania the same as an

21  oath in a United States courtroom?

22  A.   Yes, it is.

23  Q.   Okay.  And the first time you made a statement under

24  oath, you had no deal at all, right?

25  A.   That's right.

Mr. Valentin Danet - Cross Cont'd

1   Q.   But the second time you made an statement not under

2   oath to the FBI in your country, you had sort of a deal

3   in mind, and you had another lawyer, right?

4              MR. McDONOUGH:  Objection.

5              THE COURT:  Sustained.

6   BY MR. O'SHEA:

7   Q.   Did I hear you correctly, sir, that you have been

8   trained in computer science?

9   A.   Yes, in high school.

10  Q.   In high school.  And did you write code when you

11  were in high school?

12  A.   Yes, I did.

13  Q.   Am I right that if you write one character wrong in

14  a code the program won't work?

15  A.   That's correct.

16  Q.   Now, do you remember being interviewed by the FBI a

17  second time that we just talked about in February of

18  2019, this year?  Do you remember that?

19  A.   It was the second time, although it was in the

20  presence of the two U.S. authorities —

21  Q.   Right.

22  A.   — that I was interviewed.

23  Q.   And a lawyer from America, right?

24  A.   That's right.

25  Q.   Okay.  Did you tell the folks interviewing you at

Mr. Valentin Danet - Cross Cont'd

1    that time that 60 to 70 percent of kids in your high

2    school in Romania were involved in cyber crime.  Did you

3    tell them that?

4    A.    Yes.

5    Q.    Is that true?

6    A.    In my classroom, not in the high school.  Yes, this

7    is true.

8    Q.    How many people were in your high school?

9    A.    Like I said earlier, 30 times 9 times 4.

10   Q.    What's the number?  You are the computer guy, how

11   many?

12   A.    1,080 should be like this if I am not — if I done

13   the calculations right.

14   Q.    Okay.  So 60 to 70 percent of those people are

15   involved in high school in cyber crime?

16   A.    No.  Sixty percent of the 30 plus people that were

17   in my exact classroom.  I didn't have connections to

18   people from other classrooms other than the people I knew

19   from before.

20   Q.    Okay.  And as I understand it, as a result of the

21   money that you stole from all these people, you were able

22   to buy three cars, a Mercedes, a BMW, and another BMW.

23   Am I right about that?

24   A.    You are right.  The first two were value cars.

25   Q.    Okay.  Now, do you remember being shown this exhibit

Mr. Valentin Danet — Cross Cont'd

1    1415, which was the router?

2    A.    Yes.

3                 MR. O'SHEA:  May I approach, Judge?

4                 THE COURT:  Certainly.

5    BY MR. O'SHEA:

6    Q.    Sir, prior to coming into this United States

7    courtroom and taking an oath, had you ever seen this

8    before?

9    A.    I am not sure if it was exactly this, but I had seen

10   something similar.

11   Q.    How about this exact thing marked as Exhibit 1415,

12   had you ever seen it before?

13                 Do you want to look at it closer?  This

14   exact device, had you ever seen it before?

15   A.    If you see two books that are the same, can you tell

16   if you saw one or the other.

17   Q.    Okay.  So the answer is I don't know.  I am not

18   sure.  Is that the answer?

19   A.    The answer is, I have seen something identical that

20   could have been this, or it could have been some other

21   identical because I was using one.  My brother was using

22   one.  Nicolescu was using one.

23   Q.    Okay.  Here is my question.  Listen to my question.

24   A.    Sure.

25   Q.    This particular device, is it true that you aren't

Mr. Valentin Danet — Cross Cont'd

1  sure that you ever seen this particular device
2  before?
3  A.    I can't tell if this was this particular device or
4  not.
5  Q.    It is a yes or no question, sir, but I will move
6  on.
7          Sir, did any part of your numerous schemes
8  or frauds as the prosecutor referred to them involve
9  taking or using user names and passwords?
10 A.    Yes, a lot of them.
11 Q.    A lot of them.  Okay.
12          Now, let me ask you, sir — and I am almost
13 done — let me direct it to the day that all of these
14 arrests occurred.
15          I believe it was in September of 2016.  Do
16 you remember that day, don't you?
17 A.    I sure do.
18 Q.    Okay.  You sure do, not just you do; you had that
19 word "sure" in there.
20 A.    Yes.
21 Q.    You remember that because your father called you on
22 the phone.  Am I right?
23 A.    Yes.
24 Q.    Okay.  Your father wasn't involved with any of these
25 schemes.  Am I right?

Mr. Valentin Danet — Cross Cont'd

1  A.   Yes, he wasn't.

2  Q.   He was?

3  A.   He was not.

4  Q.   He was not.  Thank you.

5           Even though your father wasn't involved

6  with any of these schemes that you testified about,

7  he nevertheless, he already knew about an arrest,

8  right?

9  A.   Yes.  My brother's fiance that was living with my

10 brother called my father to tell that at 6:00 p.m. in the

11 morning like the masked people got into the house.

12 Q.   It was quite the talk in the family, wasn't it?

13 A.   Of course, it was.

14 Q.   And all of your friends and family knew about the

15 arrest.  Am I right, sir?

16          MR. McDONOUGH:  Objection.

17          THE COURT:  Sustained.

18 BY MR. O'SHEA:

19 Q.   Did your father tell you how he had heard about the

20 arrest?

21 A.   Yes.

22 Q.   How did he hear about it?

23 A.   From my brother's fiance.

24 Q.   And do you have any idea, as you sit there — and

25 if you don't know, you don't know — how she heard about

Mr. Valentin Danet — Cross Cont'd

1  it?

2  A.   She was in the house when the arrests were made.

3  Q.   At the time your dad was on the phone with you

4  telling you about the arrest, the servers were working?

5  A.   Which servers?

6  Q.   The servers that you testified about.

7  A.   I don't know if they were working.  Which servers

8  you mean?

9  Q.   The servers you were using to do these schemes.

10  A.   I don't know if they were working or not when my

11  father called me.  I know they didn't work when I logged

12  in, and I saw later they don't work.

13  Q.   Okay.  Now, while you were in high school and

14  getting ready to take a test for computer class, did you

15  study for those tests?

16  A.   Sure.

17  Q.   Okay.  And you had to study long because there is

18  much to know and much to be able to remember for purposes

19  of the test, right?

20  A.   Sure.

21  Q.   Okay.  Now, did you prepare, sir, for the testimony

22  that you gave in this United States courtroom?

23  A.   What do you mean by "preparing"?

24  Q.   Did you have a conversation with a human being

25  before you sat here in this United States courtroom to

Mr. Valentin Danet - Cross Cont'd

1    talk about your testimony?

2    A.   Yes, with the U.S. authorities.

3    Q.   Right.  And did they — when they were preparing you

4    for this testimony, did they show you the exhibits they

5    showed you here?

6    A.   Yes.  They showed briefly some exhibits, but I

7    didn't get to look at them closely.

8    Q.   So they rushed you through it?

9    A.   That's right.

10   Q.   Okay.  So you were unprepared?  You just made this

11   up as you went along here?

12              MR. McDONOUGH:  Objection.

13              THE COURT:  Sustained.

14              MR. O'SHEA:  One moment, your Honor.

15              THE COURT:  Certainly.

16              MR. O'SHEA:  Nothing further.

17              THE COURT:  Any redirect?

18              MR. BROWN:  No redirect, your Honor.

19              THE COURT:  You may step down, sir.

20              THE WITNESS:  Thank you, your Honor.

21              THE COURT:  Call your next witness.

22              MR. McDONOUGH:  Your Honor, the

23   United States of America will call Valentin Dima.  He

24   will require the use of an interpreter.  We do have an

25   interpreter present.

Mr. Valentin Dima - Direct

1      THE COURT:  Ma'am, I will ask you to step up
2   first and raise your right hand.
3           (Doina Francu as interpreter was
4   administered and oath, and the following discussion was
5   held:)
6      MR. McDONOUGH:  Where would the interpreter
7   sit, please?
8      MS. FRANCU:  Normally, I sit next to the
9   witness.
10      THE COURT:  Please raise your right hand.
11              VALENTIN DIMA
12   called as a witness by and on behalf of the Government,
13   being first duly sworn, was examined and testified
14   as follows:
15      THE WITNESS:  Yes.
16      THE COURT:  You may take a seat right over
17   there.
18              DIRECT EXAMINATION
19   BY MR. McDONOUGH:
20   Q.   Please state your first name or given name, and
21   spell it for the benefit of our court reporter?
22   A.   Valentin.
23      THE INTERPRETER:  V-a-l-e-n-t-i-n.
24      THE COURT:  Wait a minute.  Did he spell
25   that?

Mr. Valentin Dima - Direct

1       THE INTERPRETER:  No.  Just pronounced it.

2       THE COURT:  You have to interpret exactly

3  what he said.

4       THE WITNESS:  I can spell it.

5  V-a-l-e-n-t-i-n.

6  BY MR. McDONOUGH:

7  Q.   What is your last name or family name, and spell it

8  for the benefit of our court reporter?

9  A.   Dima.

10      THE COURT:  I don't know if Juror No. 1 can

11  see.

12  A.   D-i-m-a.

13  Q.   Have you committed any computer crime with anyone in

14  this courtroom?

15  A.   Yes.

16  Q.   Who?

17  A.   That guy.

18  Q.   What is his name?

19  A.   Bogdan Nicolescu.

20  Q.   Could you please point him out and describe the

21  clothing that he is wearing?

22  A.   A black suit and blue shirt.

23  Q.   Is he wearing a tie?

24  A.   No.

25  Q.   Is he at the front table or the back table?

Mr. Valentin Dima — Direct

1   A.   At the front table.

2   Q.   Is he wearing glasses?

3   A.   Yes.

4           MR. McDONOUGH:  Your Honor, may the record

5   reflect this witness has identified the Defendant.

6           THE COURT:  Record may so reflect.

7   BY MR. McDONOUGH:

8   Q.   How long have you known Bogdan Nicolescu?

9   A.   From 2010.

10  Q.   How did you meet him?

11          THE INTERPRETER:  We met at his house.

12  Q.   Where was his house?

13          THE INTERPRETER:  In the town of Rasnov

14  spelled R-a-s-n-o-v near Brasnov.

15  Q.   When?

16          THE INTERPRETER:  In 2010.

17          MR. McDONOUGH:  May we have the Government's

18  laptop back table, your Honor?

19  Q.   Where is Brasov, Romania?

20  A.   Near the sea of Brasov, B-r-a-s-o-v.

21          MR. McDONOUGH:  Ms. Chandler, may we have

22  Government's Exhibit 1845?

23  BY MR. McDONOUGH:

24  Q.   Using the red arrow, please point where Brasov is.

25  Where is Rasnov?

Mr. Valentin Dima — Direct

1    A.    (Witness pointing.)

2    Q.    How long does it take to drive from Bucharest to

3    Brasov?

4    A.    Around three hours.

5    Q.    Where did you go to school?

6    A.    In Bucharest.

7    Q.    How far did you go in school?

8          THE INTERPRETER:  I went to college, but I

9    didn't finish.

10   Q.    What did you study in college?

11         THE INTERPRETER:  Marketing management.

12   Q.    How did you meet Bogdan Nicolescu?

13         THE INTERPRETER:  Through a mutual friend.

14   Q.    Were you employed when you met Bogdan Nicolescu?

15         THE INTERPRETER:  I had finished what I was

16   working at that time.

17   Q.    What was his employment?  What was your employment?

18         THE INTERPRETER:  I was a real estate agent

19   and then a sales rep.

20   Q.    How did you get involved with Bogdan Nicolescu?

21         THE INTERPRETER:  Through mutual friend.

22   Q.    How did you commit crimes?

23         THE INTERPRETER:  Physically together from

24   the same place and also myself from my home.

25   Q.    What crimes did you commit?

Mr. Valentin Dima — Direct

1    THE INTERPRETER:  I don't know exactly how
2  to call them officially, but I think it is —
3    MR. GOLDBERG:  Objection.
4    THE INTERPRETER:  It is fraud.
5    THE COURT:  Overruled.  That will stand.
6  Q.  What kind of fraud did you commit?
7    THE INTERPRETER:  The internet.
8  Q.  How?
9    THE INTERPRETER:  By selling, making false
10  sales of cars.
11  Q.  Did Bogdan Nicolescu have a nickname?
12    THE INTERPRETER:  Yes.
13  Q.  What was it?
14    THE INTERPRETER:  Obe was one of them.
15  Q.  Did he have others?
16    THE INTERPRETER:  MOF.
17  Q.  What is MOF?
18    THE INTERPRETER:  It comes from master of
19  fraud.
20  Q.  Master of fraud?
21    THE INTERPRETER:  Yes.
22  Q.  How did you communicate with Bogdan Nicolescu?
23    THE INTERPRETER:  Both verbally and online.
24  Q.  How did you communicate with him online?
25    THE INTERPRETER:  Through a program, a

Mr. Valentin Dima - Direct

1    software that we had.  I think it was called something
2    like Pidgin or something like that.
3    Q.   What was your nickname?
4                 THE INTERPRETER:  Kaka, k a k a.Z T.
5    Q.   Did you have a computer?
6                 THE INTERPRETER:  Yes, a laptop.
7    Q.   Okay.  How did you use your computer?
8                 THE INTERPRETER:  I used it after they
9    so-called prepared it for me.
10   Q.   Who prepared your computer for you?
11                THE INTERPRETER:  Obe.
12   Q.   Where?
13                THE INTERPRETER:  At his home.
14   Q.   When?
15                THE INTERPRETER:  At the beginning of 2010
16   before I started.
17   Q.   How?
18                THE INTERPRETER:  I don't exactly know how
19   to explain it from the technical point of view.
20   Q.   What happened after obe or Nicolescu set up your
21   computer?
22                THE INTERPRETER:  By starting to perform the
23   activity.
24   Q.   What activity?
25                THE INTERPRETER:  In the beginning, I

Mr. Valentin Dima - Direct

1    started posting announcements, ads for car sales on

2    eBay.

3    Q.   Okay.  How long did you do that?

4                THE INTERPRETER:  For a few months I only

5    did this.

6    Q.   Okay.  How long were you at Nicolescu's house?

7                THE INTERPRETER:  I went several times for a

8    few weeks.

9    Q.   Did you make money?

10               THE INTERPRETER:  Yes.

11   Q.   How much?

12               THE INTERPRETER:  I can only estimate around

13   $70,000.

14   Q.   How did you get paid?

15               THE INTERPRETER:  Cash via the money was

16   brought to me, but I was also bringing in some money.

17   Q.   Who paid you in cash?

18               THE INTERPRETER:  Guy, I don't know how to

19   explain it.

20   Q.   Okay.  How long were you part of the eBay fraud?

21               THE INTERPRETER:  Until the beginning of

22   2013.

23   Q.   What happened in 2013?

24               THE INTERPRETER:  I decided to stop because

25   I started to realize what the consequences would be.

Mr. Valentin Dima - Direct

1    Q.   What were the consequences?

2            THE INTERPRETER:  My life would just be

3    stopped at that point, and it wouldn't have been a good

4    life.

5    Q.   How old are you?

6            THE INTERPRETER:  I was born in '84.

7    Q.   Do you have any family?

8            THE INTERPRETER:  I have been married for

9    ten years.

10   Q.   Who was involved in the fraud besides you?

11           THE INTERPRETER:  I met about five or six

12   other people.

13   Q.   Who —

14           THE COURT:  Juror No. 1, are you able to

15   see, and Juror No. 7 are you okay?  All right.  Sorry,

16   Ma'am.

17           I am just going to ask you to speak

18   very loudly for our court reporter.  I know it is

19   difficult.

20   BY MR. McDONOUGH:

21   Q.   Who?

22           THE INTERPRETER:  My brother.

23   Q.   Who is your brother?

24           THE INTERPRETER:  His name is Catalin

25   C-a-t-a-l-i-n.

Mr. Valentin Dima - Direct

1    Q.   How did Catalin get involved.

2              THE INTERPRETER:  I introduced him to obe.

3    Q.   You brought your brother into this?

4              THE INTERPRETER:  Yes.

5    Q.   Are you familiar with GMX.com?

6              THE INTERPRETER:  Yes.

7    Q.   How are you familiar with GMX?

8              THE INTERPRETER:  That's where we had our

9    IDs.  That's where they made the IDs for us.

10   Q.   Did you communicate via using e-mail with obe?

11             THE INTERPRETER:  Yes.

12   Q.   What was obe's e-mail?

13             THE INTERPRETER:  Master Fraud probably at

14   gmail.  I don't remember or sorry GMX.

15             MR. GOLDBERG:  Objection.

16             THE COURT:  Overruled.

17             MR. McDONOUGH:  Your Honor, may we have the

18   Elmo?  May I approach the witness, your Honor?

19             THE COURT:  Of course.

20   BY MR. McDONOUGH:

21   Q.   Showing you what has been marked for identification

22   purposes as Government's Exhibit 1854, do you recognize

23   any e-mails on this page?

24   A.   Yes.

25   Q.   What e-mail do you recognize?

Mr. Valentin Dima — Direct

1    A.    Master Fraud, Natiune.

2    Q.    Let me stop you right there.  What is the Master

3    Fraud e-mail?

4              MR. GOLDBERG:  What's the exhibit number?

5              MR. McDONOUGH:  1854.

6              THE COURT:  Mr. McDonough, it is not on,

7    correct.

8              MR. O'SHEA:  Not even up.

9              MR. McDONOUGH:  Correct.  I haven't even put

10   it on there yet.  That's okay.

11             THE COURT:  Okay.  That's fine.  I just want

12   to make sure.

13   BY MR. McDONOUGH:

14   Q.    What is the Master Fraud e-mail?

15             THE INTERPRETER:  The one that is here,

16   Master Fraud @ GMX.com.

17   Q.    Do you see your e-mail?

18             THE INTERPRETER:  Yes.

19   Q.    What was your e-mail?

20             THE INTERPRETER:  Yes.  It is k e k e.z e t

21   e @ GMX.com.

22   Q.    And showing you Government's Exhibit 1854, do you

23   the highlighted column, January 22nd, 2012?

24             THE INTERPRETER:  Yes.

25   Q.    Did you receive an e-mail from Master Fraud to you

Mr. Valentin Dima — Direct

1  and others?

2         THE INTERPRETER:  Yes.

3  Q.    What does CCS 2012 November 21 mean?

4         THE INTERPRETER:  Credit cards.

5  Q.    What does credit card mean?

6         THE INTERPRETER:  This is a list of the

7  credit cards we were supposed to use.

8  Q.    Who sent that credit card list to you?

9         THE INTERPRETER:  Master Fraud.

10  Q.    November 2nd, 2012, what does the e-mail subject

11  SSN RUI mean?

12         THE INTERPRETER:  Maybe it is the Social

13  Security number or something like that.

14         MR. GOLDBERG:  Objection.

15         THE COURT:  Sustained.

16  BY MR. McDONOUGH:

17  Q.    Only if you know, November 6th, 2012 — I'm sorry —

18  November 6th, 2012, do you know what 4094 means as the

19  subject?

20         THE INTERPRETER:  I don't.

21  Q.    November 7th, 2012, do you know what CC 20121107

22  means?

23         THE INTERPRETER:  The same, credit cards.

24  Q.    What was your role involving credit cards in the

25  fraud?

Mr. Valentin Dima - Direct

1      MR. GOLDBERG:  Objection.

2      THE COURT:  Overruled.

3      THE INTERPRETER:  I was supposed to verify

4  them.

5  BY MR. McDONOUGH:

6  Q.    Showing you the e-mail November 7, 2012, did you

7  send an e-mail to Master Fraud and others?

8      THE INTERPRETER:  Yes.

9  Q.    What does the word "updated CC list" mean?

10     THE INTERPRETER:  Those were updated credit

11  cards, actually only those that were good.

12  Q.    How did you check to make sure that credit cards

13  were good?

14     THE INTERPRETER:  I was creating e-mail

15  addresses through Yahoo, and then I would upgrade the

16  account, the Yahoo plus, and to do that, they were

17  requesting a credit card.

18     MR. O'SHEA:  Objection.

19     THE COURT:  Overruled.

20  Q.    Did you keep track of the credit cards that were

21  good?

22     THE INTERPRETER:  Yes.

23  Q.    How?

24     THE INTERPRETER:  I would delete those that

25  didn't work and kept those that worked, and I put a note

Mr. Valentin Dima - Direct

1    about that.

2    Q.   I am going to show you what has been marked as

3    Government's Exhibit 1204, page 1.  On line 35 and 37 did

4    you make a note?

5               THE INTERPRETER:  Yes.

6    Q.   What was the note you made?

7               THE INTERPRETER:  The fact that I used those

8    credit cards.

9    Q.   What did you use the credit cards for?

10              THE INTERPRETER:  I don't know exactly about

11   these.

12   Q.   You were — okay.

13              How long did you work involving the credit

14   cards?

15              THE INTERPRETER:  During all this time, I

16   also used credit cards.

17   Q.   What did you use credit cards for?

18              THE INTERPRETER:  To buy domains and

19   hosting.

20   Q.   Where did you buy domains and hosting?

21              THE INTERPRETER:  I don't remember exactly

22   but something like godaddy.

23   Q.   Yes or no, did anyone instruct you on how to

24   purchase domains?

25              THE INTERPRETER:  No.

Mr. Valentin Dima – Direct

1   Q.   Where were you living during the time you were

2   committing these frauds?

3               THE INTERPRETER:  As I said before, at my

4   home or together with obe or another house that I rented

5   from a friend.

6   Q.   Okay.  When did you stop being in the fraud?

7               THE INTERPRETER:  At the beginning of 2013.

8   Q.   Why?

9               MR. GOLDBERG:  Objection.  Asked and

10  answered.

11              THE COURT:  Asked and answered.  Sustained.

12  BY MR. McDONOUGH:

13  Q.   I'm sorry.  Did you ever have a conversation with

14  obe about the — about this fraud?

15              MR. GOLDBERG:  Objection.

16              THE COURT:  Sustained.

17  BY MR. McDONOUGH:

18  Q.   Did you ever have a conversation with obe regarding

19  money?

20              MR. GOLDBERG:  Objection.

21              THE COURT:  Overruled.

22              THE INTERPRETER:  Yes.

23  Q.   What was your conversation involving money?

24              THE INTERPRETER:  Connections with this,

25  with the fraud we were committing?

Mr. Valentin Dima – Direct

1   Q.   Yes.

2            THE INTERPRETER:  So what's the question?

3   Q.   Did Nicolescu ever tell you anything about

4   money?

5            MR. GOLDBERG:  Objection.

6            THE COURT:  Overruled.

7            THE INTERPRETER:  Yes.

8   Q.   What did Nicolescu tell you?

9            THE INTERPRETER:  I don't quite understand

10  about what you are talking about.

11  Q.   How long were you at Nicolescu's house?

12            MR. GOLDBERG:  Objection.  Time.

13            THE COURT:  Sustained.

14  BY MR. McDONOUGH:

15  Q.   When were you at Nicolescu's house?

16            THE INTERPRETER:  In 2011.

17  Q.   What did Nicolescu have at his house?

18            MR. GOLDBERG:  Objection.

19            THE COURT:  Overruled.  Do you understand

20  the question, sir?

21            THE INTERPRETER:  Not precisely, no.

22  Q.   I apologize.  Bad question.

23            Between 2010 and 2013, when you were at

24  Nicolescu's house, who lived there?

25            MR. GOLDBERG:  Objection.

1          THE COURT:  Sustained.

2              You know what, how about if we adjourn for

3     the evening?

4              Ladies and gentlemen, it is a long — long

5     weekend, regular weekend but you cannot talk with anyone

6     about this case?  You cannot form any opinion.

7              Please be downstairs at 9:00 a.m. Monday

8     morning.  If you may or may not recall, we are going to

9     take lunch from 11:30 to 1:30 because I have to preside

10    over another proceeding.  So 11:30 to 1:30, a two-hour

11    luncheon Monday.  But 9:00 a.m. we will call for you and

12    bring you up as a group.

13             All rise for the jury.

14             (Jury out.)

15             MR. BROWN:  This witness came with his

16    brother who is anticipated to testify next week.  Because

17    he doesn't really speak English, could he and his brother

18    talk about issues not related to trial?

19             THE COURT:  Yes, sure.  Sir, you may not

20    speak with anyone regarding anything involving this case,

21    including your testimony, the testimony you have already

22    given, and testimony that you are going to be giving in

23    the near future on Monday.

24             Do you understand.

25             THE INTERPRETER:  Yes.

1           THE COURT:  And that includes your brother.

2    Understand?

3           THE INTERPRETER:  Yes, I understand.

4           MR. BROWN:  That also permits the FBI

5    checking with him on a regular basis, correct?

6           THE COURT:  Yes, yes.

7           MR. O'SHEA:  Okay.  Thank you, Judge.

8           THE COURT:  All right.  I don't believe we

9    have many exhibits to discuss.  Correct me if I am wrong,

10   I believe it is 1845.

11          MR. McDONOUGH:  Can we have the Government's

12   back laptop, your Honor?

13          THE COURT:  I don't have it.  Any objection.

14          MR. GOLDBERG:  No.

15          MR. O'SHEA:  Which one was that?

16          THE COURT:  It is up there.  It is a

17   map.  And then, are you offering at this point in time

18   1204?

19          MR. McDONOUGH:  Yes, your Honor.  We will

20   offer a redacted version of that.

21          MR. LEVINE:  That's already in.

22          THE COURT:  I think we discussed it.  Before

23   I go any further, let me look at my notes.  I apologize,

24   it is in already.

25          Correct me if I am wrong, other than defense

1    exhibits, I believe those are the only Government

2    witnesses for the day.

3             MR. O'SHEA:  You have mean Government

4    exhibits, Judge?

5             MR. BROWN:  1446.

6             MS. CHANDLER:  That was already admitted.

7             THE COURT:  That was already admitted.  Am I

8    correct?

9             MR. McDONOUGH:  1854.

10            MS. CHANDLER:  Previously admitted.

11            THE COURT:  That was previously admitted.

12            MR. McDONOUGH:  Great.

13            MR. LEVINE:  Okay.  Just naming exhibits.

14            THE COURT:  Anything else?

15            MR. BROWN:  Yes, your Honor.  Just to follow

16   up on something we have been talking about

17   intermittently, I have another commitment Monday morning,

18   so I would request some sort of instruction that there

19   is to be no negative bias or overjoy that I am not

20   present.

21            MR. O'SHEA:  You haven't been here today.

22            MR. GOLDBERG:  Are you saying I can't ask

23   the witness where do you think Mr. Brown is?

24            (Laughter.)

25            THE COURT:  Okay, folks.  I will handle it

1    so we can let George go.  Nothing else for the record on

2    behalf of the Government?

3                   MR. BROWN:  Nothing else, your Honor.

4                   MR. GOLDBERG:  Nothing, your Honor.

5                   MR. O'SHEA:  Nothing further Judge.

6                   THE COURT:  All right.  George, you are

7    excused.

8                   (Trial adjourned at 4:50 p.m.)

9                        - - - - -

10                   C E R T I F I C A T E

11                   I, George J. Staiduhar, Official Court

12   Reporter in and for the United States District Court,

13   for the Northern District of Ohio, Eastern Division,

14   do hereby certify that the foregoing is a true

15   and correct transcript of the proceedings herein.

16

17

18

19                      s/George J. Staiduhar
                        George J. Staiduhar,
20                      Official Court Reporter

21                      U.S. District Court
                        801 W. Superior Ave., Suite 7-184
22                      Cleveland, Ohio 44113
                        (216) 357-7128
23

24

25