1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2                   EASTERN DIVISION

3                   - - - - -

4

5    UNITED STATES OF AMERICA,        )
                                      )
6                  Plaintiff,         )
                                      )
7           vs.                       )  Case No. 1:16CR224
                                      )
8    BOGDAN NICOLESCU,                )
     RADU MICLAUS,                    )
9                                     )
                   Defendants.        )
10

11                  - - - - -

12

13      CONTINUED TRANSCRIPT OF TRIAL PROCEEDINGS HAD

14    BEFORE HONORABLE JUDGE PATRICIA A. GAUGHAN, JUDGE

15      OF SAID COURT, ON TUESDAY, APRIL 9TH, 2019,

16          COMMENCING AT 9:00 O'CLOCK A.M.

17                  - - - - -

18        Volume 12, Pages 2249 through 2430

19                  - - - - -

20

21

22

23   Court Reporter:          GEORGE J. STAIDUHAR
                              801 W. SUPERIOR AVE.,
24                            SUITE 7-184
                              CLEVELAND, OHIO 44113
25                            (216) 357-7128

1    APPEARANCES:

2        On behalf of the Government:

3            OFFICE OF THE U.S. ATTORNEY
             BY:  BRIAN M. McDONOUGH, AUSA
4            801 West Superior Ave., Suite 400
             Cleveland, OH 44113
5

6                          and

7            U.S. DEPARTMENT OF JUSTICE — CRIMINAL DIVISION
             BY:  BRIAN L. LEVINE, SENIOR COUNSEL
8            1301 New York Avenue, Suite 600
             Washington, DC 20530
9

10       On behalf of Defendant Bogdan Nicolescu:

11           LAW OFFICE OF MICHAEL J. GOLDBERG
             BY:  MICHAEL J. GOLDBERG, ESQ.
12           323 Lakeside Place, Suite 450
             Cleveland, OH 44113
13

14       On behalf of Defendant Radu Miclaus:

15           LIPSON O'SHEA
             BY:  MICHAEL J. O'SHEA, ESQ.
16           110 Hoyt Block Building
             700 West St. Clair Avenue
17           Cleveland, OH 44113

18                     - - - - -

19

20

21

22

23

24

25

1                    P R O C E E D I N G S

2                 THE COURT:  Please be seated, and good

3    morning, ladies and gentlemen.  On behalf of the

4    Government, as you indicated yesterday, you have, in

5    fact, rested.

6                 Is that correct?

7                 MR. BROWN:  That is correct, your Honor.

8                 THE COURT:  And on behalf of the Defendant,

9    Mr. Miclaus, Mr. Goldberg, am I correct that you are, in

10   fact, resting?

11                MR. GOLDBERG:  Yes, your Honor, subject to

12   renewal of motions previously made.

13                THE COURT:  And the same ruling stands.

14                On behalf of Defendant Mr. Miclaus, am I

15   correct, Mr. O'Shea, that you are, in fact, resting?

16                MR. O'SHEA:  Yes, your Honor, subject to the

17   same things Mr. Goldberg talked about on behalf of my

18   client, Mr. Miclaus.

19                THE COURT:  And all of the rulings

20   previously stand.

21                Ladies and gentlemen, we will now hear

22   closing argument of counsel, and as I indicated to you at

23   the outset of this trial, closing arguments are not

24   evidence.  They are merely designed to assist you, and

25   because the Government has the burden of proof, the

```
 1    Government is afforded two opportunities to address

 2    you.

 3              Mr. Brown will give his closing argument,

 4    then Mr. Goldberg will give his; Mr. O'Shea his, and

 5    then, the Government will have an opportunity to give

 6    what we call a rebuttal argument.

 7              But once again, keep in mind closing

 8    arguments are not evidence.  They are merely designed to

 9    assist you.

10              On behalf of the Government, Mr. Duncan

11    Brown.

12              MR. BROWN:  Good morning, ladies and

13    gentlemen.  Thank you very much for paying such close

14    attention and being so engaged these past two weeks.

15              Thank you on behalf of Mr. Levine,

16    Mr. McDonough, Special Agent Lough, Special Agent

17    MacFarlane, and Ms. Chandler.  Thank you.

18              Yvonne Liddy was not tricked — or I'm sorry

19    — Bogdan Nicolescu and Radu Miclaus tricked Yvonne

20    Liddy.

21              Bogdan Nicolescu and Radu Miclaus tricked

22    Daniel Saavedra.

23              Bogdan Nicolescu and Radu Miclaus tricked

24    Bonita Muhlenkamp.

25              Bogdan Nicolescu and Radu Miclaus tricked
```

1    Donald Patterson.

2                Bogdan Nicolescu and Radu Miclaus tricked

3    Allynn Stallings.

4                Bogdan Nicolescu and Radu Miclaus tricked

5    William Scott Hannon.

6                Bogdan Nicolescu and Radu Miclaus tricked

7    Donna Wolfe.

8                Bogdan Nicolescu and Radu Miclaus tricked

9    Larry Pool, Larry Kuehl.

10               Bogdan Nicolescu and Radu Miclaus tricked

11   Ashley Parton.

12               Bogdan Nicolescu and Radu Miclaus tricked

13   and deceived Donald Wertz.

14               Bogdan Nicolescu and Radu Miclaus tricked

15   Clint Bertke.

16               Bogdan Nicolescu and Radu Miclaus did not

17   trick the FBI, and Bogdan Nicolescu and Radu Miclaus will

18   not trick you today.

19               You heard from Special Agent MacFarlane

20   during his testimony.  There were two main focuses of his

21   investigation:  Identity, which was two paths, a human

22   path and a technology path, and when they met, arrests

23   were made; charges were delivered.

24               We will first talk about identity and about

25   the convergence of those two paths and what the evidence

1  shows from human sources and from technological sources.

2  What do we know from technology?

3  What did we see early on that we were able

4  to quite identify, and this is Exhibit 1741, that Master

5  Fraud and Minolta were very involved in auto listings.

6  Here we see there are 1034 auto listings.

7  We have Minolta m-i-n listing 947, 95

8  percent, 94 percent of all the auto listings in this

9  table provided by Minolta.  We see Master Fraud, and

10  where do we see Master Fraud again, and we will talk

11  about this more in depth later the importance of the my

12  4, my 3 on the website interfaces.

13  We see Master Fraud and Minolta again.  What

14  is this, a directory tree from the command and control

15  server, and what did we hear from multiple witnesses;

16  that this command and control server was where all of the

17  data, all of the Bayrob information was stored, kept,

18  organized, harvested, used, and operated from to use and

19  deploy the Bayrob Trojan, the Bayrob Trojan to further

20  all of their criminal schemes.

21  And what do we see here as work space?

22  Master Fraud work space, Minolta work space with AOL.

23  What's the importance of an AOL work space?  Again, the

24  AOL work space, they used AOL for the virtual private

25  network, which allowed them to find a level of anonymity

1    and post things on the net, to post on or proxy into the

2    command and control server.

3            We see eBay.  Obviously eBay was the heart

4    and soul early on of the Bayrob Trojan.

5            We see Yahoo hosting in both work spaces,

6    and the importance of Yahoo listing was that's where the

7    Bayrob Group, where Nicolescu and Miclaus and the members

8    of their group, went to get false domain names so they

9    could register DPX, they could register and place things

10   on eBay because with a false domain name it is easier to

11   remain anonymous, because the filters were looking for

12   search words and certain patterns.

13           And if you could register a false domain

14   names, you could avoid those filters.

15           And anonymity was important.  Anonymity was

16   what they used to trick all the witnesses who we ran

17   through in the beginning.  Anonymity was what they hoped

18   to use to trick you today.

19           And how did they remain anonymous?  It

20   started with their laptops, and what did they do?  They

21   wouldn't just log on.  They would use directional

22   antennas, and they would use directional antennae to

23   reach out a mile away somewhere in Bucharest, other

24   computer systems, other IP addresses.

25           And they would use that to step back from

1    their laptop, a level of anonymity once the directional

2    mike found a network that they could get onto.  Sometimes

3    it was open.

4                    You heard from Tiberiu Danet sometimes they

5    would have to hack into it.  They would then get on the

6    web network and go to the dark web, another step of

7    anonymity, places like Tour that would take the IP

8    addresses, and they would change it so there was another

9    IP.

10                    Then they would proxy on to an infected

11   computer, on a second infected computer, sometimes on to

12   a third infected computer for another two, possibly three

13   layers of anonymity.

14                    Then, they would log on to the VPN like AOL,

15   as you heard from Owen Miller, and then from there, they

16   could log into their command and control server where

17   they felt Bogdan Nicolescu and Radu Miclaus felt so safe

18   behind all those layers of anonymity that they could use

19   their names Master Fraud, Minolta 9797, and they could

20   conduct their schemes.

21                    They could e-mail to each other using their

22   monikers.  They didn't encrypt it because they figured

23   those layers of anonymity between you and them was

24   enough.  They were never going to get caught.

25                    But you heard during the investigation the

1    FBI working with private researchers, working the RNP.

2            The Romanian National Police were able to

3    get and locate the command and control server.  They were

4    able to go back, take a step back to the VPNs.  They were

5    able to see those connections through Liam O'Murchu.

6    They were able to go back on the three, the two, the

7    one layers of infected computers that they processed

8    through.

9            They were able in their searches to find

10   directional antennae and a router after router after

11   router after router in every apartment.  And ultimately,

12   they were able to circulate all the levels of anonymity.

13   So what you see today is what they truly were.

14           You can see Bogdan Nicolescu; you can see

15   Radu Miclaus, not behind all their technology, not behind

16   the server with 16 hard drives in it and dual power ports

17   and routers and directional antennae, but who they are

18   where they sit today.

19           They also found the other members of the

20   Bayrob Group, and you heard from the Bayrob Group.  You

21   heard from all six of these members, and what did you

22   hear?

23           You heard when the anonymity was stripped

24   away, the members were able to identify each other by

25   name and by nickname, and they all used consistent

1    identifiers for each other.

2          You didn't hear, for instance, Bogdan

3    Antonovici say "I am Inzato" and then Valetin Danet come

4    in and say "no, no, no.  I am Inzato."

5          No.  They all knew who each other was.  More

6    importantly, they all knew which jobs everybody had, and

7    what you heard on the stand from all of the Bayrob Group

8    members was that they each had individual jobs.

9          They didn't all try, the Government submits,

10   to come in and say, "well, no.  I just posted a few auto

11   frauds."  You heard with great specificity, with great

12   detail, technical detail what jobs they had.

13         You heard from Inzato, from Bogdan

14   Antonovici that the Bayrob blew his mind.  Blew his mind.

15   He didn't want to have anything to do with the virus

16   itself.  He didn't understand it.  But he didn't stop

17   there.

18         He was the money guy.  He said "yeah, I am

19   the money guy.  I didn't understand the virus, but I am

20   the money guy," and that was his job, and you heard in

21   detail how he would use the names Master Fraud and

22   Minolta 9797 to arrange pickups for what, for bags of

23   cash because he was the money guy.

24         And the Government submits who would know

25   better than who Master Fraud and Minolta 9797 than the

1    guy that has to get the money to him, and that's

2    important in a criminal scheme to defraud people of

3    money.  And that's Inzato.

4            He knew which car to get into to bring the

5    sack of money.  That's what he testified to.  He knew

6    most of the times he would go find Radu Miclaus, get in

7    his car, and drive out and trade a bag of money.

8            He did that with Master Fraud as well,

9    Nicolescu as well.  You heard from Tiberiu Danet.  You

10   heard from Tiberiu Danet about what his role was, and the

11   Government submits, the Government is not hiding from

12   this, he plays a role, a big role, absolutely.

13           He did a lot with the .PHP programming, he

14   admitted to that, and he admitted to the web interfaces

15   he created.  He even said when they did different eBay

16   auto auction frauds to trick someone, it got interesting

17   for him because then he could use his database knowledge

18   skill to organize the Bayrob data, but it is the Bayrob

19   Group data.

20           He didn't say "I am running away from it.  I

21   didn't know what I was doing because that isn't part of

22   the process."  It interested him, but — and he did it.

23   And yes, you also heard that he got a deal.

24           You heard all these guys cut deals with the

25   Government.  We are not asking you to invite them to

1    Thanksgiving dinner, but we are asking you to listen to

2    each of these people as inside members of the criminal

3    scheme.

4             And what did they keep telling you?  Valetin

5    Danet, what did he tell you?  He didn't say "well, I

6    don't know."

7             He said "I brought my brother in."  He

8    didn't walk away from that.  He owned that.  If you

9    recall his testimony, he could have — I mean, if they

10   were just going to come in and tell the Government what

11   they thought we wanted to hear, the Government submits

12   there would be more minimization; not that I brought my

13   brother, but I brought my Master's Degree—holding brother

14   from his job holding at Google, I brought him in.

15            And then he discussed not only what he did,

16   which was making sure credit cards worked, and that they

17   are valid, but why that was important because those

18   credit cards supported the criminal structure.

19            Valetin Dima, Catalin Dima, very similar.

20   They were brothers, and they addressed in great detail

21   what roles they did.  These aren't people trying to hide

22   behind, you know, let's play Marius Matei.  No.

23            They all admitted who they were, they

24   admitted who they knew, and they admitted what job they

25   did.

1          And in doing so, they all showed that the

2    common denominator was Bogdan Nicolescu.  Bogdan

3    Nicolescu brought everybody in.  He brought everybody

4    into the group.

5          He showed everybody his Trojan.  It is

6    called — it is called my defense.  He showed everybody

7    the Trojan.  He assigned everybody in the group their

8    job.  He made all those decisions, and we also heard

9    Radu Miclaus was there from the beginning; he was there

10   at the end.

11          And what was he doing at the beginning?  He

12   was doing eBay auction frauds, not a small role, that's

13   what got the virus out to the world.  That's what brought

14   the money in.  That's not a minimal role, and he was

15   doing, as you saw from 1741, more than anybody else and

16   what do we know — and jumping ahead a little bit — he

17   was involved in the Ypool and the cryptomining.

18          He was involved in every step.  He was

19   involved with the money.  He was in it for the money just

20   like all of them.  It was not a minor role.  Even though

21   he might not have been writing codes, he was benefiting

22   from the codes.  He was using the codes, he was applying

23   the codes, and the codes were designed to be applied, and

24   he was profiting from them.

25          That's the inside view.  That's the person's

1    view, and we heard the testimony from Special Agent

2    MacFarlane that, as much as there is a human path, there

3    is also a technological path, and the technological path

4    started with Owen Miller from AOL.

5              I don't remember where he works right now

6    two or three jobs later, but that's Owen Miller.  And

7    what did Owen Miller see?  He saw something very

8    important, some very important things.

9              He started to see e-mail traffic.  He saw

10   things between amightysa, Master Fraud, Minolta 9797,

11   other members of the group on AOL, and he started,

12   independent of the FBI and independent of Liam O'Murchu

13   at Symantec, he in his role at AOL, started to look

14   at a fraud scheme and a fraud pattern based on the

15   e-mails.

16             And during his investigation, he saw a

17   log-in attempt at GMX, and this is what Mr. Levine called

18   mistake No. 1 in the trial, and you heard it during the

19   trial.

20             And I think you heard plenty of testimony

21   about mistake number one here in trial.  I am going to do

22   it again because mistake number one was a third of the

23   way to the technical path showing what the inside human

24   path showed us as well, and that is that raduspr,

25   r-a-d-u-s-p-r, tried to log on to PMS.com, typed in

1     radu.spr, typed in his password, kill 66 bill, hit

2     return, and he made a mistake.

3              He made a mistake like the Government would

4     submit is the kind of mistake we are asking you to use

5     your common sense and everyday experience to analyze.  He

6     typed in the wrong user name and hit the wrong password.

7     That's it.

8              He recognized the mistake because it didn't

9     go through, tried to type it in again.  What we have here

10    is, he tried to type in Minolta 9797 at GMX.com, kicks

11    back.  Third time is a charm, types in Minolta 9797, kill

12    66 bill, logs on to GMX.com, but that was enough to allow

13    Owen Miller to see radu.spr open Minolta 9797 and link

14    those two identities together.

15             Liam O'Murchu is working at Symantec,

16    independently working at Symantec, comes to together, he

17    comes together in a meeting with the FBI.  They compare

18    notes, and Liam O'Murchu says there's a link between

19    raduspr and Minolta 9797 and here, let me try something.

20             He doesn't open search source, open source

21    search.  I haven't been able to say that for two weeks.

22    I can't say it today.  It says open source search was the

23    first time.

24             He finds the Twitter, just like typing in

25    raduspr.  What's important and of value to the Twitter

1    page?  Well, there is a sky-diving picture, and that will

2    become important, and Twitter handled radu.spr, and you

3    heard from Liam O'Murchu.

4            You also heard from Special Agent MacFarlane

5    in their searches this is not a common name.  This is not

6    brown 1, 2, 3 or Cleveland Rocks ABC.  Radu.spr was

7    something they did not see.

8            And what are the two tweets he has, the only

9    two tweets has, and what does it say?  They are about a

10   Ypool, and we will talk about Ypool at length later, but

11   it is a cryptomining server and application that awards

12   cryptomining for the larger processing power you bring to

13   the pool, right?

14           So the more power you bring into this

15   cryptomining application, the more of the credit you get

16   back when the algorithm is solved.

17           So he is asking about Ypool.  Is it down?

18   Is it back up?  Anybody know what happened?  The

19   Government submits to you this is consistent with

20   Radu Miclaus's behavior throughout this entire scheme,

21   2007 until 2016.  He was asking because he wanted the

22   money.

23           He was involved in the cryptomining for the

24   money.  He saw how the botnet was developing.  He saw how

25   the code was evolving, how the use of the botnet was

1    evolving, and he wanted to maintain his financial stake

2    in the Bayrob Group.

3                    O'Murchu also found consistent with the

4    Twitter page, consistent with what Owen Miller saw,

5    radu.spr, like skydiving, like Twitter page, lives in

6    Bucharest, Bucharest, Romania.

7                    So at this meeting, Special Agent

8    MacFarlane, Special Agent Diaz take this information, and

9    they do a little more open source searching, and what do

10   they find?

11                   They find radu.spr again on a website where

12   you can post to get jobs.  And what kind of jobs is he

13   looking for?  C programming, .PHP, that's something we

14   are going to hear a lot when we get a little bit deeper

15   into the C & C server.

16                   Python, not the snake program manager.

17   Jobber, JavaScript.  What else?  He has got Linux.  This

18   is somebody with a skill set, with a knowledge base that

19   is consistent with what the Bayrob Group was doing, the

20   tools Bayrob was using to make their criminal enterprise

21   successful.

22                   He went on.  Special Agent MacFarlane then

23   subpoenaed Yahoo based on the radu.spr @ yahoo.com

24   e-mail, and you get back returns radu.spr and Yahoo.com

25   backed up by radu.spr @ gmail.com.

1            The importance of that, whatever is going

2    into Yahoo.com was important enough that he wanted to

3    make sure he could get back into that account, and that

4    the information going through radu.spr's account is

5    important enough, Radu Miclaus, that he wanted to protect

6    it and back it up.  We also saw his home address,

7    Tiparnitei 31 A, which is in Bucharest

8            Based on that, Special Agent MacFarlane,

9    Special Agent Diaz contacted RNP, the Romanian National

10   Police pursuant to an M-LAT.  They learned two additional

11   names that were being linked to Radu Miclaus, and that

12   was Bogdan Nicolescu and Tiberiu Danet.

13           At this point in the investigation, they had

14   monikers, amightysa, Master Fraud, Minolta 9797.  They

15   had a good idea of a core group of actual humans,

16   Bogdan Nicolescu, Tiberiu Danet, and Radu Miclaus.

17           They could connect Radu Miclaus to Minolta

18   9797.  They still were not sure who was Master Fraud and

19   amightysa, Danet and Nicolescu.

20           Now, the Government does submit to you at

21   this point the way this is charged, we charged

22   conspiracies, and I will talk to you more about the

23   charge in a moment, but with the conspiracy, we had three

24   members working together.

25           We had, the Government submits, evidence

1  showing these three working together.  The Government

2  submits evidence of these identities and monikers were

3  working together in a criminal scheme to support the

4  charges.

5          But the investigation wanted to make sure we

6  knew for certain, not just that they were in the group

7  because the Government submits at this point we are

8  confident they were in the group, but who was amightysa,

9  who was Master Fraud, so we would know which person was

10 responsible for which criminal acts.

11         Ryan MacFarlane in his investigation found

12 out that Danet Tiberiu worked at Google.  He had an

13 internship at Google.  He liked to travel, so they put an

14 alert out on — with DHS, and they found out in 2015, in

15 May of 2015, he was going to travel to America, to Miami.

16         When he came into the country, and here he

17 is, gray shirt, gray pants, black hair, Tiberiu Danet,

18 when he came into America, they searched his phone, and

19 what did they find?  This is Exhibit 367.  What did they

20 find on the phone?

21         They found chats.  These are chats, and this

22 is conversation between Romeo and the phone had Romeo S

23 user.  It was Danet's phone, and Romeo was Danet, talking

24 to Ferdy, and Ferdy mentions whose address?

25 Radu Miclaus's.

1          So now we have another moniker for Miclaus:

2    Ferdy.  We see more chats.  This was something named obe.

3    And ladies and gentlemen of the jury, you will be getting

4    a lot of these chat logs.

5          The Government urges you to review these

6    chat logs because in these chat logs is a conversation

7    between Romeo Danet and obe who we now know is Bogdan

8    Nicolescu.

9          And in these chats — and we have circled

10   some of these — talk about ports, they talk about ePoll,

11   and we heard that ePoll from Special Agent MacFarlane was

12   a tool the Bayrob Group used to make sure that botnet was

13   working.  It was like a self-check.

14         It was a way to make sure everything was

15   online, everything was operational, that the commands

16   that were being pushed out from the command and control

17   server were being received, were being analyzed proper,

18   were being executed, and the information could come

19   back.

20         We have chats between Romeo and obe about

21   ePoll.  We have chats about miner force.  We will talk

22   again I promise a lot more about miner force, which was a

23   cryptomining program designed not just to cryptomine on a

24   botnet but to keep the program running in the background,

25   so the mining continually happened regardless of what

1    else the computer was doing.

2              And remember, recall the testimony of

3    Tiberiu Danet when you are looking at this, his phone

4    capitalized for the first time.  Bogdan Nicolescu's phone

5    does not, so if you see capitalizations, most likely

6    that's Danet.  If you see lower case, that's Nicolescu.

7              The Government contends, if you read through

8    the chats — and you will have them back in the jury

9    chambers — amightysa more often than not is talking to

10   Bogdan Nicolescu.

11             Danet is talking to Bogdan Nicolescu asking

12   him advice on how to work the program, how to develop a

13   program, how to sort of guide his way through developing

14   what is needed forth Bayrob Trojan.

15             Amightysa, Tiberiu Danet, is not saying this

16   is going to happen; this is how we do it.  He is talking

17   in these chats the Government suggests, the Government

18   submits is consistent with how he testified, which was

19   Bogdan Nicolescu gave me the virus.

20             Bogdan Nicolescu hired me to do things.  He

21   gave me parameters.  He gave me instructions on what to

22   design, how to design it, and what were its

23   functionality.  That's what he was doing.

24             The Government submits that is consistent

25   with these chats.  It was a relationship where Nicolescu

1       is here, giving orders, giving commands to amightysa.

2                       And then, we also have this, and again not

3       every communication is in command, not every

4       communication is hierarchal because Danet didn't say

5       things like "well, look, I got one card of 20,000 pieces

6       of spam, and just to let you know, I put them in

7       Vanghelie."

8                       Vangelie, according to Tiberiu Danet, was a

9       Poonish mayor of Bucharest, so where do you put the bad

10      cards?  You have put them in a file named after

11      Vanghelie.  Armed with that and the Government submits

12      even in the tech cases, sometimes the FBI has got to be a

13      cop, right?

14                      Sometimes we have got to pull ourselves out

15      of the command and control server.  We have got to pull

16      ourselves out of JavaScript, and the FBI does what the

17      FBI does, which is they review subpoena returns, they

18      review pen trap and trace log ons.

19                      And they look at that data, try to confirm

20      and look at that data, Ryan MacFarlane, Stacy Diaz, and

21      look at that data, and then they look at the travel

22      records.

23                      And they compare when Tiberiu Danet was

24      traveling, when amightysa was logged on, and what do they

25      find?  They found essentially, again consistent with what

1    the Government submits practically every member of the

2    Bayrob Group, bad guys take vacations, and when Danet is

3    on vacation, amightysa doesn't log in.

4                    Based on the totality of what they have been

5    saying was a chat with the communications.  This

6    confirmed for the FBI who amightysa was.  Amightysa was

7    Danet because when Danet was on vacation, amightysa

8    didn't sign in.

9                    So now, they had Miclaus as Minolta 9797.

10   They had Danet as amightysa; Bogdan Nicolescu as Master

11   Fraud.  How did they further confirm that?

12                   At the time of arrest, seizures were done,

13   hard drives, laptops, stand-alone hard drives, phones

14   seized from the apartments of Miclaus and Nicolescu, and

15   what did they find?

16                   On a phone owned by Miclaus.  They found a

17   Jabber chat.  They have found a chat between Miclaus and

18   obe, and they had Nicolescu's phone.  Nicolescu's phone

19   had obe as his log-in name.

20                   We heard plenty of testimony about who obe

21   was since high school and why they called him obe.  And

22   obe was Nicolescu.  What does this tell us?  What does

23   this chat tell us between obe and Miclaus?

24                   Miclaus is using the wrong names again, just

25   like when he tried to log on as radu.spr on his Minolta

1    account.  He is texting obe about Minolta and what do we

2    know by this?  We know that Master Fraud is due 2352

3    Romanian RONs.  We know that Minolta, Minolta is due

4    12,000 lei.  He is due a lot more.  And how do we know

5    this?  Well, we see Master Fraud and Minolta.

6           And where we see Master Fraud and Minolta

7    shortened like that before?  Well, we see it on the

8    account spreadsheet, and this is Exhibit 1208.  This is a

9    spreadsheet designed by Tiberiu Danet about the workings

10    of the mules and the return of money by the mules to

11    Romania.

12           And when the money came in, it was broken

13    down by which mule was sent which amount of money, and

14    then it was aggregated and who gets what cut.  Here we

15    get MF 25 percent.  We get Minolta, 10 percent of all the

16    action frauds.

17           And again, just like the information and the

18    testimony of Bogdan Antonovici, the Government submits

19    when they are talking about money, they are going to get

20    the identities right because that's what this is about.

21    This is about money.

22           This is a scheme to defraud Americans of

23    money.  So they don't get the names right.  They are not

24    going to get the names right.  They are not going to

25    call, I don't know, Danet Master Fraud because Valetin

1    Danet doesn't get 25 percent.  Valetin Danet will get 15

2    percent.  They are not going to make that mistake.

3              They might make a mistake every once in a

4    while, logging on or not tripping an attachment, but this

5    is money.  This is why they are doing it.  This is why

6    they are doing it.  Where do we see it again?  This is,

7    again, we are divvying up the work here.  The Bayrob

8    Group is divvying up the work here.

9              Who is responsible for what ones, and you

10   heard testimony, you are responsible for calling up all

11   that information.  Minolta is responsible for 947.

12   Master Fraud is responsible for 38 of those.

13             And remember if Minolta is going to base his

14   cut on what he is doing.  He is going to get that number

15   right because it is about the money.  We put all that

16   together, we have the arrests, and we have the charges,

17   and your Honor, if I could just have the Elmo up very

18   briefly?

19             THE COURT:  Certainly.

20             MR. BROWN:  Thank you.

21             When we talk about the charges, we are

22   talking about a timeline, that expanse from 2007 to 2016.

23   So we are talking about conspiracy that spans the entire

24   life of the crime.

25             They might change, they might have all —

1    here we see on top we have some auction fraud that turns

2    into cryptomining, but those frauds used the

3    Bayrob Trojan as a fundamental tool of their criminal

4    scheme.

5            And just as we are talking about conspiracy

6    during this time, we are talking about criminal behavior

7    for each of the members of the Bayrob Group that make

8    them responsible for each other.

9            So what Bogdan Nicolescu does under

10   conspiracy law is criminal conduct for Radu Miclaus.  It

11   is criminal conduct for Marius Matei, and it is criminal

12   conduct for all of the members of the Bayrob Group.

13           If you were in that criminal conspiracy and

14   you agreed to it and you act consistent with the goals

15   and the intent of the criminal conspiracy, you are on the

16   hook for the actions of everybody else.

17           And that, ladies and gentlemen of the jury,

18   is what we have here.  We can tell you it is Master

19   Fraud, and we can tell you it is Radu Miclaus, its

20   Minolta 9797, but we can tell you their jobs, tell you

21   that they are in the conspiracy.

22           So don't, again, be tricked by the attempt

23   to hide identities through routers or hide identities

24   through arguments that, well, on Tuesday, it could have

25   been this guy, and on Wednesday it could have been that

1    guy, and you know, six people can log on to the command
2    and control server.

3              The fact of the matter is everybody in the
4    Bayrob Group could get on to the command and control
5    server.  Everybody in the Bayrob Group could use the
6    command and control server for their purpose.  Everybody
7    in the Bayrob Group from 2007 to 2016 knew what the
8    Bayrob Group was doing.

9              And they wanted to be part of it.  The
10   command and control server, the log in to this command
11   and control server, it was not an open door on the
12   street.  They had seven steps to protect their anonymity,
13   and even then, you had to know where to go, you had to
14   know passwords.

15             You had to have a user net.  For an argument
16   to be made that you could just log on to the command and
17   control server, Brian McDonough could do that.  I could
18   type — that's like saying I gave him an invitation to a
19   party, but I didn't tell him where it was, when it was,
20   how long it was or what day.

21             They hid the command and control server.
22   They made it hard to get into unless you were a member of
23   the group, and if you were a member of the group, you
24   were part of the conspiracy.

25             And what conspiracies are we talking about?

1    Count 1 wire fraud conspiracy.  You heard —

2                    THE COURT:  You want it on the front

3    table?

4                    MR. BROWN:  Yeah, for everybody.

5                    THE COURT:  Oh, I apologize.  I thought you

6    wanted it on the rear table.

7                    MR. BROWN:  Oh, thank you.

8                    Wire fraud conspiracy.  We heard there were

9    three private sector researchers who started their own

10   separate investigations into the Bayrob scheme.  You

11   heard from Liam O'Murchu who named it.

12                   He works for Symantec, and his job is to

13   monitor on behalf of his client what viruses are out

14   there and protect them from viruses.  He found a virus he

15   called the Bayrob Group.

16                   Here is Owen Miller, Owen Miller who was

17   working at AOL at the time, and he identified chat

18   traffic over the AOL network.  He flagged it.  He was the

19   one who obviously identified radu.spr.

20                   Then, we have Chris Drake who noticed that

21   there was a lot of traffic, that credit cards were going

22   back, and when he looked into why the credit cards were

23   not being processed properly, that they were stolen, and

24   he suspected that this was a fraud scheme, so he started

25   looking into it.

1           They all found unique pieces of information

2   that when they met with the FBI, the FBI was able to take

3   a step back, combine and use in their investigation, but

4   what they found and what they all talked about was a wire

5   fraud conspiracy.

6           A wire fraud conspiracy is a criminal

7   artifice or design, a fake scheme to get something of

8   value from somebody, money using a wire, electronics,

9   e-mail, bank wires, electronic communications to trick

10  somebody, to deceive somebody into giving them money, and

11  what did they see?

12          At the heart of this, at the very beginning,

13  they saw eBay fraud.  They saw eBay fraud, and how did

14  they know it was fraudulent?  Well, they looked at things

15  like the picture viewer, and what was the importance

16  about the picture viewer?

17          Two things:  One, it didn't exist until the

18  Bayrob Group invented it.  Bogdan Nicolescu invented the

19  picture viewer, and why did he invent the picture viewer?

20  Because once you click on the picture viewer, the virus

21  was launched.  This was the vehicle for the virus.

22          What else did they see that was fraudulent?

23  Well, how do we know it is wire fraud?  Well, we have

24  Yahoo mail right there.  They saw other indicia of fraud.

25          Look at the top rated seller, 106.  Yvonne

1    Liddy bought a car from a seller at 106 stars.  Daniel

2    Baker bought a car with 106 stars.  The Government

3    submits 106 — you know, you can't make everything

4    perfect on a template.  Sometimes you have to use some

5    generic stuff.

6              You saw through Exhibit, I believe, 1170,

7    maybe 1177 as well, Eugene Oregon, very popular place to

8    list cars, or was it because of Bayrob templates?  The

9    Government submits it was Bayrob templates.

10             And what was the biggest clue that there was

11   a scheme to defraud, an artifice to defraud buyers?

12   Well, there was eBay escrow, right?  There was this

13   payment plan under the agreement.

14             You could see in their chats where the

15   buyers see eBay and a way to buy cars, and you could see

16   in their fake chats when the virus launches, fake chats

17   that says eBay escrow is fine.  Use eBay escrow, and what

18   do we know about them?

19             They were templates within the command and

20   control server that were sustainable modified templates

21   that the Bayrob Group could just plug into a chat, and it

22   would sound in very good English, very convincing

23   English, exactly what the seller wanted to hear.

24             How do we know it is an artifice to defraud?

25   Because when they would send the check, they would put

1      "verified asshole" on it.  That's not a real scheme.

2      That's an intent to defraud.  That's contempt for the

3      victim.

4              EBay option fraud, and how else do we know

5      about this?  Because if they did avail themselves to fake

6      eBay escrow and went through all the steps, and we were

7      talking about numbers in the opening, and the defense had

8      numbers in the opening?  How about zero?

9              Zero is the number of cars that were ever

10     delivered to any buyer who tried to buy a car using the

11     eBay virus, zero.  They never had any cars.  Tiberiu

12     Danet said they never had any cars.

13             Bogdan Antonovici said they had no cars.

14     There were no cars.  That's your scheme to defraud.

15     There were no cars delivered.  Don Patterson didn't get a

16     post to track his, nobody got cars, and Yvonne Liddy

17     didn't get her Jeep.

18             Here is your chat, and again, what are they

19     trying to do?  They are trying to calm people, they are

20     trying to get the person to send the money.  Remember

21     back to William Scott Hannon, the biggest sceptic in the

22     world, and he wanted to know this and that.

23             Did they tell him?  They told him what he

24     needed to hear to get the transaction done public domain.

25     Then, on this page, the Government submits 1180 here is

1    your wire fraud.  All the transactions, payments must be

2    made using bank-to-bank electronic wire transfer, wire

3    fraud.

4              And here are your victims.  Here are the

5    victims you heard from who were at home by the chats, who

6    were at home by the big templates into accepting money.

7              Yvonne Liddy, the nurse going to school with

8    two more children who needed a car big enough to have two

9    baby seats in the back;

10             Daniel Saavedra trying to buy a nice car, he

11   was deceived;

12             William Hannon, Donald Patterson, they were

13   deceived by their money mules.  Donna Wolfe and Ashley

14   Parton both testified they were looking for part-time

15   work.

16             Donna Wolfe was between out-of-town jobs.

17   Ashley Parton was taking care of family, wanted to

18   work-at-home situation.  And what did this scheme to

19   defraud include, this conspiracy?  It included websites

20   from KPL, from U.S. wires from MTPL, from Yahoo transfers

21   even.

22             Come be a transfer agent.  Work from home.

23   All you have to do is send money to our European office

24   via Western Union, and these two mules were deceived.

25   You heard their testimony.  They didn't know that this

1    was stolen money.

2              They didn't know what they were doing, and

3    you also heard from Valetin Danet, and we will talk about

4    his role a little bit longer — a little bit later, but

5    Valetin Danet was one of the ones responsible for doing

6    the chats, for convincing people to send the money.

7              Now, the next counts are very much related

8    to conspiracy to commit wire fraud.  They are substantive

9    counts to wire fraud.  What do we mean by that?  Is it

10   acts, specific fraudulent wire transfers.

11             How do we show that?  We show that, first,

12   in Exhibit 1208, an e-mail from Valetin Danet to his

13   brother about all of the mule transactions that were

14   recorded for a time share, and who do we see?

15             We see Donna Wolfe, Donna Wolfe having money

16   wired into her account here in Cleveland, then was taking

17   that money to Western Union, wired an amount to Europe.

18   Once it got to Europe, it was being picked up by other

19   money mules, and then eventually, it was being sent back

20   oftentimes via Bogdan Antonovici to the Bayrob, right?

21   It was passed from car to car directly to Miclaus or

22   directly to Nicolescu.

23             And here at 1208, you can see all of the

24   Donna Wolfes.  And you heard Donna Wolfe testify about

25   all of the transactions.  You heard Ashley Parton testify

1    about her transactions as well, and you saw Count 2,

2    Donald Patterson, you heard his testimony.  You heard how

3    he wired money.

4              You heard how he was tricked, how he was

5    deceived.  And again, we see Donna Wolfe getting money

6    from Mark Miller; Donna Wolfe getting money from Tom

7    Cavron; (sp) Donna Wolfe going through each count of the

8    2 through 13, the detailing how she got money into her

9    account and transferred to Europe based on instructions

10   given to her by the Bayrob Group.  They had used the name

11   Martin Steinberg, but Steinberg.  That's who it was.  It

12   was the Bayrob Group.

13             There is Donna Wolfe, and there is

14   Tiberiu Danet, oftentimes the person she was chatting

15   with.  That's the face of Martin Steinberg.  Again, did

16   he say it was not me?  No, he said he was Martin

17   Steinberg.  He said he was responsible for that.

18             And when the money came in, what did the

19   Bayrob Group do?  They tracked it.  They organized it,

20   followed it to make sure they got the money, right?  Here

21   is what is referred to as to the amount on the

22   spreadsheet.

23             And you can see the breakdown of lei in

24   Europe, and sometimes there are tables of lei or U.S.

25   dollars in Europe.  How much money were they getting?

1    They were getting amounts in of $3,000 in chunks,

2    reactivating it, and breaking it up within the members.

3              And we have MF, we have Minolta, we have all

4    the members getting their cut because, again, this was

5    about the money.  We have highlighted again Minolta and

6    Master Fraud.

7              Each count, the counts that Donna Wolfe

8    testified to, Counts 2 through 13, this breakdown is

9    about those counts.

10             Count 14, computer fraud and abuse of

11   conspiracy.  I have to take a sip of water.

12             (Pause.)

13             MR. BROWN:  And what are we talking about?

14   We are talking about the Bayrob Trojan getting on

15   people's computers and making them run slower, making

16   them crash, making them break and getting on to the

17   infected computers without access because that's what the

18   Bayrob Trojan did.

19             It snuck in through a spam, snuck in through

20   an attachment, and it allowed the Bayrob Group to do

21   both, designed by Bogdan Nicolescu to steal information,

22   credit card information, personal information, port

23   information, SOCKS ID information.

24             The government submits that's how you

25   connect to botnet.  That's how you get power.  That's how

1    you enlarge your computing power, and once you start

2    getting large computing power, then you can go start

3    bitcoin money.  Then you can start cryptomining and start

4    making money, and what happened in 2013?  They made that

5    evolution, and that's what Count 14 is about.  It is

6    about infection; it is about harvesting, and it is about

7    evolution.

8              How did it start?  We talked about the eBay

9    fraud, but they also used Western Union.  Click on this

10   link, and you have $1,500 waiting for you.  Click on this

11   link.  You have got a year of free security.  Who

12   wouldn't want free security?

13             And you heard other examples, too, by the

14   way.  Click on this link, and you can get a good laptop

15   at Wal-Mart.  And how did they organize this?  What did

16   they do once you click on that link, once the virus was

17   on your computer?

18             You heard, well, they started organizing

19   this information, and this is a table that is called a

20   ping-view table, I believe.  I believe Tiberiu Danet

21   admitted he made it.

22             But what did it do for the members of the

23   Bayrob Group, Bogdan Nicolescu, Radu Miclaus, and gave

24   them the ability to control tens of thousands — hundreds

25   of thousands of computers because by the end of 2013,

1    '14, '15, '16, the investigation showed the Government

2    submits we are really talking about three or four

3    members, right, three or four members running the botnet,

4    and tens of thousands — hundreds of thousands.

5            And I believe at the end Liam O'Murchu said

6    it was over 400,000 computers run by our people, and what

7    did it show?  Well, it shows which computers, which

8    infected computers are up and running, how long they have

9    been up and running, what their functionality is and what

10   it can be.  Here you heard testimony about the little box

11   with the camera that clicked, that they would take

12   screenshots, and you heard testimony about what the

13   importance was of the screenshot.

14           It was a way to make sure the botnet was

15   working properly, a way to check it, and if not, let's

16   see what's happening on that computer.  You could check

17   boxes to harvest credit card information, so the command

18   and control server would send a program out to harvest

19   credit card information from a computer or order that

20   computer to go out and send spam to harvest credit card

21   information and send it back to the command and control

22   server.  That's what Count 14 is talking about.

23           Unauthorized access to computers, planning

24   programs on the computers to either use the computer for

25   its own purpose or to harvest and gain information from

1    that computer, and the Government submits how else did

2    you see it?

3             You saw it in Exhibit 2255, which was

4    Special Agent's MacFarlane's T-III view of the command

5    and control server checking to see where the miner force

6    was and running for how long?

7             That was a wire view, live view of the

8    crypto miner force program running.  That was consistent

9    with his analysis of Exhibit 2067, a 19-page document.

10   He testified that was a Bayrob Group virus.

11            That was an actual working virus, and on

12   pages 18 and 19 of that virus, what it talked about was

13   miner force, was ePoll where all the functionalities that

14   were making a computer be able to cryptomine and also

15   check, send information back to the command and control

16   server that it was cryptomining properly.  That's Count

17   14.

18            Count 14, also when you read it, it will

19   have a section that says that the program damaged or

20   impeded the operation of the computer.  Ladies and

21   gentlemen of the jury, you heard testimony from

22   Clinton Bertke from Fort Recovery, Ohio.

23            Luckily, he knew the computer guru of

24   Northwest Ohio, and he had to take his computer to be

25   looked at by a computer guru.  Lynn Stallings had to go

1      take her computer because she had a blank screen.

2                      Liam O'Murchu at Symantec said his computer

3      was practically impossible to use.  That's damage.

4      That's harm to a system.

5                      Count 15, trademark conspiracy.  Who did we

6      hear from?  We heard from the trademark holders.  We

7      learned all about the Wal-Mart matter, right?  The purple

8      Yahoo exclamation point.  We heard about all of the

9      different trademarks dual owned and why was that

10     important?

11                     Why are the trademarks important to the

12     Bayrob Group?  Why was a violation of a Western Union

13     trademark important?  Because it gave the virus

14     legitimacy, right?  If you got an e-mail signed Bogdan

15     Nicolescu, give me your credit card information, send it

16     to Romania via directional antenna, you wouldn't do it.

17                     But you click on Western Union because you

18     got $1,500 coming back to you, you click on to some

19     security because security is good, you apply for a job at

20     Yahoo transfer because Yahoo transferred per the

21     trademark, looks legitimate, that's how they got you to

22     click in.

23                     They needed the trademark to convince people

24     to be victimized by their fraud scheme to, in fact, harm

25     the users.  Google same thing.  Type in your credentials.

1    You wouldn't know because that Google trademark was

2    virtually indistinguishable from the real Google

3    trademark.

4              Same thing with Yahoo again, and of course,

5    it always comes back to eBay, right?  The eBay trademark

6    they had to violate because they were doing eBay auction

7    fraud.  You wouldn't buy a car — honestly, we are in

8    Romania.  We don't like Americans.  We want your money.

9    We will find a car for you.  No.  You wouldn't send that

10   money.

11             But you would if eBay says this is a

12   legitimate auction.  You would if you had the escrow

13   option to protect your payment, and you would if during a

14   live chat you had a live chat from eBay, right, and you

15   know it is eBay because they have the logo.

16             That's aggravated identity theft.  Just for

17   a moment keep trademark in mind.  What is aggravated

18   identity theft?  Aggravated identity theft is quite

19   simply taking personal information like credit card

20   information from a person, an actual person, and using

21   other information from that real person to use or possess

22   the personal information.

23             So it is credit card data supported by a

24   name, an address, a phone number, whatever is needed to

25   use that credit card in addition to the credit card

```
 1    number, and they used or possessed, used or possessed
 2    without authorization.
 3                  And who did we hear from?  What did we see?
 4    Well, Count 18, Donald Wertz, and we heard from him
 5    yesterday, and we heard this yesterday, and I know we are
 6    jumping ahead to Count 18, but this is the trademark
 7    violation.
 8                  Donald Wertz who came right from work said,
 9    yeah, I logged on to Facebook one night.  I saw the
10    Facebook page.  It looked legitimate.  I saw the Facebook
11    sign and saw the logo, so I typed in all my information.
12    I typed my credit card.  I typed my address.  I typed in
13    my phone number, and that was that."
14                  We hear Wal-Mart, again, Wal-Mart false page
15    trying to get credential information.  And again, it is
16    credit card information, it is name, expiration date,
17    CCV, the security code, your name, your address on your
18    monthly statement, your city, state, postal code, your
19    phone number, all the information you would need to use a
20    credit card online to avoid detection.
21                  First, who do we hear from?  First, we heard
22    from are Clint Bertke, Fort Recovery, Ohio, trying to buy
23    a truck.  We heard from Bonita Muhlenkamp who used to
24    like to surf the web with her husband Terry.  We heard
25    from Don Wertz who logged on to Facebook, put in credit
```

1    card information, and we heard from Lynn Stallings whose

2    husband likes to buy cars, shops for them everyday.

3            She was always having to watch him and

4    always make sure that he is not buying, A, not too many

5    cars, and B, not spreading his information out too much,

6    and Larry Kuehl who was looking for a car himself or for

7    his daughter.

8            And what do we see in Exhibit 1429?  We see

9    how the credit card information, when stolen, when

10   harvested was used, and it is not just a list, and you

11   will see a list in a minute, but this is what made the

12   Bayrob scheme so effective.

13           They didn't just take information.  They

14   didn't just steal information.  They organized it, and

15   they used it, and they made sure they could access it and

16   analyze it and apply it to make the criminal scheme

17   successful and self-perpetuating.

18           They did things like they created a web

19   interface where the credit card information, if we look

20   here, was typed in, name, credit card, CCV, all that, and

21   you could update it here in the right-hand column, but

22   then, you also had notes.

23           Why do you have notes?  So you can check

24   credit cards out because the Bayrob Group was a group.

25   They were working together.  So Minolta, when he needed a

1   credit card, would go into the data basis here on 1429,

2   and he looked to see which credit cards were good and

3   which credit cards weren't checked out.

4            How do we know that?  Well, because we got

5   Minolta's notes.  Minolta auto shopping, but there is

6   room for more.  He says that three, four, five times.

7   Minolta to be tested.

8            We see members of the group checking out the

9   cars, and what are they doing?  They are shopping for

10  things on behalf of the group, not groceries, but server

11  space.  They needed postings, they needed extra domain

12  names.

13           They needed to register the commercial

14  infrastructure, the rental space that the group needs to

15  continue their scheme.  Where do you see it?  Well, here

16  is Clint Bertke, right?  Here is his address highlighted

17  in pink, yahoo hosting.

18           And the Government submits that's what they

19  are going to use as far as credit cards if they didn't

20  already use it, regardless they possessed all the

21  information that is needed to sustain aggravated identity

22  theft.

23           Here is Terry Muhlenkamp, Bonita

24  Muhlenkamp's deceased husband, all her credit card data,

25  her address, her name.  They possessed everything they

1    needed of the Muhlenkamp credit card; same with

2    Don Wertz.  They possessed his name, his address,

3    credit card information, phone numbers, CCV, expiration

4    date.

5                 Lynn Stallings, here we see Minolta, checked

6    her card out.  They can check out someone's card, North

7    Canton, Ohio, with a phone number.  It is a 330- number.

8    She recognized it, and it is her credit card.

9                 And then, Larry Kuehl, and this is an

10   example again of the Bayrob Group using criminal

11   proceeds, stolen credit cards to support their criminal

12   infrastructure.  We see Larry Kuehl with Minolta and then

13   Radu Miclaus checking out that credit card to three

14   charges, to Media Temple, which was a way of domain

15   registration to support the Bayrob Group's criminal

16   enterprise.

17                 Money laundering conspiracy:

18                 There are multiple theories online but

19   moving money out of the United States to avoid detection

20   that was earned in a criminal scheme.  Its use of money

21   in a criminal scheme to support the criminal acts within

22   that scheme.

23                 So again, you use the credit cards to buy

24   service space.  You use the credit cards to buy domain

25   registration names.  Use of money mules to send money out

1    of the United States.

2              And it is not just a straight wire to Bogdan

3    or Radu, right?  They went through the wire transfer

4    process.  They had fake companies.  They had mules whose

5    bank accounts shut down when people were investigating

6    them.

7              Nicolescu's bank account wasn't shut down.

8    Miclaus's account wasn't shut down.  Ashley Parton's

9    house was raided.  Donna Wolfe's bank account was shut

10   down because they thought they were working for KPM or

11   KPL or MTPL.

12             They were the money mules who were caught in

13   the intent to deceive, sending the money overseas, but

14   this is money laundering.  It is international money

15   laundering plain and simple, and Yahoo transfer, again,

16   the promise of making $3,500 a month.

17             And here is the deal for the website.  KPL,

18   make money from home.  Here is the contact information,

19   how to contact us how to apply.  New stories that they

20   created to support the facade of sending money overseas,

21   making it look legitimate.

22             And then, of course, we have Donna Wolfe's

23   application, proof that this money-laundering conspiracy

24   worked, money mules applied.  Money mules started working

25   for them.  Here are the money mules.  You heard testimony

1    how their lives, their bank accounts were interrupted,

2    houses were raided because they were involved in a

3    money-laundering scheme that was so deceitful and so

4    fraudulent that they thought they were working for a

5    legitimate company.

6              And then, when the money got overseas, you

7    heard how Bogdan Antonovici, the money guy, he picked the

8    money up, and he delivered it to Bogdan Nicolescu and

9    Radu Miclaus.

10             Finally, we have an enhancement for

11   domain — false domain registration, and that was a

12   table.  You will be able to see it.  It was a table

13   prepared by Special Agent Ryan MacFarlane.

14             It was information that Liam O'Murchu

15   testified to about the false domains that they saw

16   registered at various VPN services to a vague detection

17   by filters who were checking for false domain.

18             So you heard from Special Agent MacFarlane

19   how the Bayrob Group was able to create false domain

20   names.  They were to register for services, and they did

21   so with their false domain information in a way to evade

22   detection from servers and to be able to post things

23   online, to be able to do a lot of the technical criminal

24   requirements to perpetuate their scheme.

25             Ladies and gentlemen of the jury, I started

1    out saying that you heard from a lot of victims who were

2    tricked.  The FBI wasn't tricked.

3              Ladies and gentlemen of the jury, when you

4    go back to deliberate, you will have with you not only

5    all the evidence, not only all the testimony, but you

6    will be armed with your common sense and your knowledge

7    of everyday life.

8              And ladies and gentlemen of the jury, using

9    that knowledge, using that common sense, using it to

10   apply what you see in the evidence and what you heard in

11   the testimony, you won't be tricked either the Government

12   submits.

13             And when you review the evidence, when you

14   review the testimony, when you use common sense, when you

15   are charged by the Judge, the Government asks you to

16   return the only verdicts that the evidence and the

17   testimony supports, which is guilty to Count 1, guilty to

18   Count 2, 3, 4, guilty to Counts 5, 6, and 7, guilty to

19   Counts 8, 9, and 10, 11, and 12, all of the conspiracy to

20   commit wire fraud, all of the wire frauds, guilty to

21   Count 14, conspiracy to commit computer fraud, guilty to

22   conspiracy to commit trademark fraud, guilty to commit

23   the five counts of aggravated identity theft, guilty to

24   commit money-laundering fraud.

25             Ladies and gentlemen of the jury, the

1  Government asks you to return a verdict of guilty to both

2  Bogdan Nicolescu and Radu Miclaus for all the counts and

3  the enhancement.

4          Thank you very much.

5          THE COURT:  Folks, we will take our morning

6  recess.  This case is not over.  So please remember the

7  admonition.  Do not form any opinion.  Do not talk about

8  the case.

9          All rise for the jury.

10          (Recess had.)

11          THE COURT:  Please be seated.

12          On behalf of the Defendant Bogdan Nicolescu,

13  Mr. Michael Goldberg.

14          MR. GOLDBERG:  Thank you, your Honor.

15          May it please the Court, counsel, ladies and

16  gentlemen, thank you.  I appreciate your dedication in

17  this case as well, and so does Mr. Nicolescu.

18          It looked dicey at the beginning, whether we

19  were going to be able to keep a full jury, and you stuck

20  it out, and you listened to everything.

21          And I know sometimes this evidence was a

22  little bit dry, a little bit boring and complicated, and

23  I appreciate it.  I couldn't have more respect for the

24  job that you've done so far.

25          I will tell you the heavy lifting is going

1    to be when you go back into the jury room and start

2    deliberate.

3             Listening, taking notes, that's hard work,

4    too, but you are going to go back there, and the

5    decisions you are going to make are going to affect

6    people's lives.

7             And that is a heavy responsibility, and I

8    know when we questioned all of you in voir dire, we did

9    so with the idea of letting you know what was at stake

10    and what you would eventually have to decide.

11             So with that in mind, I am going to address

12    you now regarding what I think the evidence has shown

13    with regard to Mr. Nicolescu.  I am setting the timer on

14    my watch for 30 minutes.  I am going to try to stick to

15    that.  At least, we know I will get an alarm in 30

16    minutes.

17             I know you have heard enough arguments, and

18    I know you have heard enough voices.  It is time for you

19    guys to talk to you each other.

20             I want to start out also by saying that

21    nothing that I am going to say here is meant in any way

22    as an attack on the gentlemen at this table or the FBI.

23             The U.S. Attorney's Office, the Department

24    of Justice, the FBI are incredibly important to

25    maintaining an orderly society, to maintaining a society

1    that addresses crime and addresses violation of law in an

2    orderly fashion.  It is part of a democracy.

3                So when I say something that sounds personal

4    about them, I am talking about the case; I am talking

5    about the evidence; I am not talking about these people

6    personally.

7                When we started this case, I told you that

8    the issue is — and you are going to have to decide with

9    regard to Mr. Nicolescu — whether there was a

10   conspiracy, wasn't whether people lost money; it wasn't

11   whether Bayrob Trojan actually existed.

12               The issue was:  Is Mr. Nicolescu Master

13   Fraud?  Is he the person responsible for the Master Fraud

14   e-mails and the obe text, and is he the only one, because

15   if he is not the only one, if he is not responsible for

16   those beyond a reasonable doubt, then your verdict has to

17   be not guilty of everything.

18               So I am not going to talk about the victims,

19   the mules.  You know, Ashley Parton and Donna Wolfe, I am

20   not going to try to call them mules.  I am trying not to

21   talk about them at all.

22               They are victims, too, and everybody that

23   sent money to eBay, thinking they were going to get a car

24   and didn't get it, they were victims, and the people that

25   had their computers infected, they were victims.  I am

1    going to talk about the evidence as it relates to

2    Mr. Nicolescu.

3              The prosecutor's job, the U.S. Attorney's

4    job in this case is to remove each and every reasonable

5    doubt.  You come into this jury service and this trial

6    starts with a complete presumption of innocence for

7    Mr. Nicolescu, complete, and what the Government has to

8    do in the course of the trial is to remove any doubt or,

9    at least, reasonable doubt that Mr. Nicolescu is who they

10   say he is.

11             And I submit to you that they did not do

12   that, and that what they did was show a lot of props,

13   show a lot of evidence of conspiracy, which I agree

14   occurred in my opening statement, they spent a week, at

15   least a week proving the conspiracy.

16             And all these computers here — I have got

17   my notes propped on there, these are my props.  They

18   showed you all these things, but there was no evidence

19   taken from any of it, except for the phone, and the

20   phones they had some evidence, and we will talk about

21   that.  But these computers didn't yield anything.

22             I told you from day one there would be no

23   electronic evidence coming back to Mr. Nicolescu.  The

24   only thing that would be even arguably involved with

25   Mr. Nicolescu was the telephones and the Jabber chats,

1    and there is a lot of doubt whether those are really

2    probative of what the Government says they are.

3            Now, Mr. Brown talked about tricks, don't be

4    tricked.  I am not going to trick you.  If I say

5    something that doesn't agree with your memory of what the

6    evidence is, just go by your memory, go by your notes.  I

7    am not trying to trick anybody.

8            I could get things wrong.  There is not

9    going to be any tricks, but what I think was a little bit

10   tricky is the Government arguing that everything they put

11   out in this case is proof beyond a reasonable doubt

12   against Mr. Nicolescu.

13           Now, Mr. Miclaus has a completely different

14   case, but Mr. Nicolescu's case requires that he be proven

15   to be Master Fraud beyond a reasonable doubt, and that no

16   one else could possibly reasonably have used that e-mail

17   or been responsible for those chats, and they haven't

18   done that.

19           They started — the Government started with

20   a promise, really it is the bedrock, it is the foundation

21   that they were going to prove this case, and they have

22   had a long time.  They have had a long time in trial.

23   They had a long time leading up to the trial to gather

24   the evidence and to put their case together against

25   Mr. Nicolescu.

1           When they come in and they say you are

2    guilty of a serious offense — and we know how serious

3    this is because we heard it for Mr. Danet what kind of

4    serious repercussions this has.  It is a solemn vow to

5    prove the case beyond a reasonable doubt.

6           It is a bedrock foundation.  It is part of

7    our system that predates the Constitution.  It goes back

8    500 years in English law, and the reason for that is

9    because punishing somebody who hasn't been proven guilty

10   beyond a reasonable doubt, punishing somebody because

11   they know other people, because they are associated with

12   them, because they have some connection, even because

13   maybe they answered technical questions is a horrible

14   thing to do.

15           So that's why they make it so hard.  But

16   when you look at all of the white binders, all of the

17   evidence that was brought in here to begin with, all of

18   the testimony about the terabytes and gigabytes and data

19   that was looked at by the various individuals who were

20   going to testify, none of it directly comes back to

21   Mr. Nicolescu.

22           It is a jump of logic, and here is what

23   happened, ladies and gentlemen.  In 2007, complaints

24   started coming in.  The FBI starts investigating.  We

25   heard that from Special Agent Diaz, issues some legal

1    process, and eventually, she meets with Mr. O'Murchu and

2    Mr. Miller from AOL and maybe their own investigation,

3    and they have got a lead.

4            That's basically the main thing is these,

5    are the e-mail addresses and raduspr appears to be the

6    guy using the Minolta 9797 e-mail.

7            From that point, they issue legal process.

8    Legal process was referred to by agent — Special

9    Supervising Agent MacFarlane, and that means subpoenas,

10   which are request for information.

11           That means Title III wiretaps, and we heard

12   about that where they basically collected all the ingoing

13   information into the servers.  There was Wi-Fi

14   surveillance, wiretaps of Wi-Fi traffic, which they

15   occurred in Romania.

16           We heard no evidence of that, that that

17   occurred.  There was pen registers showing which

18   computers are connected to which computers, and that went

19   on for years.

20           That went on from 2006 until 2013, around

21   the time of the indictment.  They gathered all that

22   information.  They stopped Mr. Danet at the Miami Airport

23   in May of 2015, downloaded his phone, took his keys, then

24   they went into his house, and they bugged his house.

25           Who knows what else they did, and because he

1    — and because of the M-LAT request that was sent to

2    Romania and came back saying that Danet has an associate

3    that goes by the name of obe, a high school nickname,

4    which by the way is not a flattering nickname as we've

5    heard here and not something somebody would necessarily

6    want to be called, definitely not a term of respect, came

7    back to Mr. Nicolescu, and his connection was that he was

8    an associate of Mr. Danet.

9            Then they get indicted.  That's it.  There

10   is nothing else at that point.  The day they get

11   indicted, they get arrested.  In July 2016, they are

12   brought here, they are arraigned December of 2016.  Now,

13   we are in the pretrial stages of the case.

14           The case goes on through the pretrial stages

15   all the way to July of 2018 when Mr. Danet starts to

16   cooperate, when he makes his deal, starts cooperating,

17   starts talking.

18           Flash ahead now, starting March 25th, the

19   day we seated this jury, March 25th, 2019, it wasn't

20   until February 2019 that they went to Romania and talked

21   to those four guys that we heard in the last couple of

22   days.  Why?

23           Because they know that all the stuff that

24   they subpoenaed and ordered, everything was given to them

25   from AOL and from Symantec, and everything else wasn't

1    enough to nail Mr. Nicolescu.  They knew it.

2              Why else would you wait after 12 years of an

3    investigation, two and-a-half years after arrests are

4    made, well over two years after the case started to bring

5    these guys in, to go talk to these guys and bring them

6    in.  Because they know they don't have proof beyond a

7    reasonable doubt.

8              So they bring in these people, offer them

9    things that would entice them to come in here and testify

10   the way — that fits their theory of the case, and they

11   are hoping that's going to be enough.

12             So I think that's something that is going to

13   stand out, and I am going to try to limit my comments now

14   to just eight topics, and I am going to try to get within

15   that half an hour.

16             The burden of proof.  We are going to talk

17   about that first.  We already talked about — we are just

18   going to touch on the fact that there was a conspiracy.

19   Bayrob is real, and I am not going to say it didn't

20   happen, and these people weren't victims.

21             We are going to talk about the digital

22   evidence or the lack of it.  We are going to talk about

23   the physical evidence or the lack of it against my

24   client, the Jabber messages, which are important.  We

25   will talk about those.

1          We will talk a little bit about the last

2    minute criminals that came in, all getting off basically

3    scott free to walk out of here and who are probably back

4    in Romania by now.

5          We will talk about Tiberiu Danet and why

6    this case — why the evidence against my client is

7    different from Mr. Miclaus' case,  and then we are done.

8    Okay?

9          So as I said, the burden of proof is the

10   highest standard in law.  If we can put up slide

11   number 1.  This is taken right from your jury

12   instruction.  It is the highest standard of law, and you

13   have to believe — and you could believe that a fact is

14   probably true or substantially true and still not have

15   proof beyond a reasonable doubt.

16          As I said, this is a standard that has been

17   enshrined in our law for as long as this country has been

18   on the map and in English law and even longer.

19          Look at paragraph 5, and it specifically

20   alludes to proof beyond a reasonable doubt, means proof

21   which is so convincing that you would not hesitate to

22   rely on in making the most important decisions in your

23   own lives.  The most important decisions in your own

24   lives.

25          So I was trying to think of a good example

1    of that, and I don't know if any of you saw the movie

2    Free Solo, but it is about a guy climbing up a 3,000 foot

3    shear rock wall without a rope.

4                And in order to prepare for that, he has to

5    do it with a rope a couple times to find out where all

6    the cracks and handles are, and he had people with him

7    that were holding the ropes on him to make sure, if he

8    fell, he didn't die because if you fall, you die.

9                He had to know that those people beyond a

10   reasonable doubt knew what they were doing, that they

11   knew that the holds that they created on the rock face

12   were sound, that the rope pulleys and the pins that held

13   the rope pulleys in place were correct, and the person

14   holding on to that rope had to rely on that beyond a

15   reasonable doubt, because if he didn't have the right

16   people and the right work above him, he was going to die

17   if he fell.

18               And he took some chances in practicing for

19   this climb where he did fall, and he would died had he

20   not had the proper equipment and people above him on the

21   ropes.

22               So that's kind of the position you folks are

23   in.  You got to put yourself in that mindset; that if

24   they didn't prove it to the degree that you would rely in

25   the most important of your affairs like the ropes you are

1    climbing on and are properly anchored, then that's not

2    proof beyond a reasonable doubt.

3              Go to the next slide, please.  This is a

4    chart that has been used in a lot of cases such as any

5    criminal case and the a visual perspective on proof

6    beyond a reasonable doubt.

7              Okay?  There are — we have already told you

8    that proof beyond a reasonable doubt is the highest

9    standard of law, the highest degree of proof that any

10   case requires because of what the results are if somebody

11   is found guilty, and you will notice that there are a

12   number of steps to get to proof beyond a reasonable

13   doubt.

14             MR. BROWN:  Objection, your Honor.  This

15   chart is not in the jury instructions, and the Government

16   would object to use of a chart that is introducing

17   concepts or ideas different other than the Court's

18   instruction.

19             THE COURT:  Overruled.  Ladies and

20   gentlemen, this is not evidence; it is argument only.  I

21   will be providing you with the correct jury instructions

22   regarding burden of proof, specifically proof beyond a

23   reasonable doubt.

24             MR. GOLDBERG:  Thank you, your Honor.

25             So ladies and gentlemen, proof beyond a

1    reasonable doubt is at the top of this chart, and you see

2    that there is a couple of gradations where you can

3    believe that somebody is likely guilty, probably guilty,

4    suspected or even highly likely, but it is still not

5    proof beyond a reasonable doubt.

6              So the question here is not whether or not

7    Mr. Nicolescu is probably guilty or whether he is maybe

8    Master Fraud or one of the guys being Master Fraud; it is

9    proof beyond a reasonable doubt that he is Master Fraud.

10             So I have already talked about that we

11   confirmed — and we are not objecting and not fighting —

12   and you notice I didn't cross examine any of the

13   witnesses that came in and testified about being

14   victimized.  There was a conspiracy, there was no doubt

15   about it.  So I am going to skip the digital evidence you

16   heard in this case.

17             You heard evidence and testimony from

18   Mr. O'Murchu, from Mr. Miller from AOL, from

19   Special Agent MacFarlane about the vast amounts of data

20   that was gathered, data that could have filled this room

21   with saved information.

22             And what I would suggest to you what's

23   suspect about that, first of all, contrary to what I

24   think I heard Mr. Brown say, there is no evidence trail

25   that comes back to any one of these routers involved in

1     the Bayrob searches.  There is none of that.

2              Mr. O'Murchu said that he was able to follow

3     a proxy back to Romania, to Bucharest, to that area, and

4     I think on cross — and you remember his memory on cross

5     was a lot different than his memory on his rehearsed

6     direct.

7              On cross, he doesn't know whether those were

8     first connections or not but definitely nothing coming

9     back to any of the computers or any of the routers that

10    had been submitted as evidence in this case.

11             What did Mr. O'Murchu bring for you?  All

12    right.  So he brought some wire sharp pages showing how

13    the virus was working on his infected computer.  He

14    indicated he could have saved all kinds of stuff.

15             He didn't bring any of the wire sharp

16    recordings showing his computer connecting to any of the

17    domain names that he indicated they connected to, right?

18    That's an important issue in this case.

19             That's the enhancement.  Why would he not

20    bring that?  Why would we not have that?  He didn't bring

21    any digital evidence that goes back to anything further

22    than a router or, I'm sorry, a server in Bucharest.

23             What he did bring us were wire sharp screens

24    showing activity.  We have to think he could have brought

25    all of that other stuff back if it existed or if he

1    thought it was important.  He didn't bring it.

2              He brought screenshots of code — you can go

3    to the next slide, go to the next one — he brought

4    screenshots of code like the one you see in front of you,

5    and that's Exhibit 1415 that had the insults, the things

6    that were put in the code to insult Mr. O'Murchu or his

7    team at Symantec.

8              This didn't prove anything.  It has no

9    impact on the case whatsoever.  Why would he bring that

10   and not evidence for doing the job that you are here to

11   do, which is to decide whether this Government proved its

12   case beyond a reasonable doubt against my client.  He

13   didn't do that.

14             He brought extraneous material, and another

15   thing he could have brought that he didn't was something

16   to show that the virus was connected to 400,000

17   computers.  I know he said that.  I know Special Agent

18   MacFarlane said that.

19             Well, you can't just say it if you have

20   proof of it.  You have got to bring the proof.  At least,

21   you should if you are trying to convince a jury, if you

22   are trying to find someone guilty beyond a reasonable

23   doubt.  So the digital evidence in this case in terms of

24   the computers fails.

25             There is nothing connecting Mr. Nicolescu to

1       the name Master Fraud on the digital evidence, which

2       consisted of everything O'Murchu saw, everything

3       Mr. Miller saw from AOL, and everything gathered over the

4       years of legal process.

5               Go to the next slide, please.  I will show

6       you a couple of these.  Go to the next page.

7               These are in evidence.  They are exhibits,

8       Exhibits 1104.  These are the search warrants.  These are

9       the web hosting, the dream host, web host, first

10      subpoenas for information, then search warrants.

11              Then, we have pen registers, and then, at

12      the bottom Title IIIs, and you see that goes over a

13      couple of years, three years and the next page, next

14      page, this is Exhibit 1836, next page.

15              These subpoenas going to GMX.  We subpoenaed

16      information starting in 2014 for all these GMX e-mail

17      accounts that they felt were connected to the Bayrob

18      Group.

19              Next page.  They actually placed Title III

20      intercepts on them, and they did get e-mails, but nothing

21      on all of that data establishes Mr. Nicolescu was sending

22      e-mails as Master Fraud or receiving them, nothing.  Keep

23      going.  Go back.

24              So at the end of the day, the information

25      that we got from the technical experts that gathered all

1    this evidence amounts to nothing.  We still go back

2    to the obe screenshots and the Jabber chats with

3    Mr. Danet.

4              Physical evidence.  Next subject:  We have

5    seen all these computers piled up.  We have all the

6    routers and hard drives piled up, and nothing came off of

7    any of these objects that link Mr. Nicolescu to being the

8    person who they have put all their eggs in the basket of

9    proving, which is Master Fraud.

10             I will especially point out the directional

11   antennae.  There were a couple of these, maybe one or two

12   of them.  There wasn't even one of these in the house

13   where they searched, where Mr. Nicolescu lived.  There

14   was not one of these there.

15             The only router that they took out of

16   Mr. Nicolescu's house — the Government will correct me

17   if I am wrong — I believe is 2047 or 2048, standard

18   wireless router that you find in any house.

19             With regard to the phones that he seized,

20   what did they find? Almost nothing.  They ceased

21   Mr. Antonovich's phone, and they did a phone dump just

22   like they did with all the phones.

23             But the phone dump for Mr. Antonovich is the

24   only one that is being put into evidence in total, and

25   that has contact.  During the testimony he said MF is

1    Master Fraud.  I talked to him on WhatsApp.  We know from

2    every other witness that testified that WhatsApp wasn't

3    used by the Bayrob Group ever.  There was no connection

4    with WhatsApp.

5             So what do you make of that?  What do you

6    think with Mr. Antonovich saying what he thought he

7    should say?  Was he saying what he thought the Government

8    wanted him to say so that he could go back to Romania and

9    have a nice life?  Maybe.  Something for you to consider.

10            The phone number that was attached to that

11   contact, we never heard of it again.  I don't know, maybe

12   they will get up and say in their next opportunity to

13   speak, the Government will get up and say "oh, we have

14   got that phone number.  It connects to Mr. Nicolescu."

15            But don't you think we would have heard

16   that?  That phone number doesn't go to anything connected

17   to Mr. Nicolescu.  So the phones here, another prop.

18   They don't show anything.

19            We have got up on the screen now

20   Mr. Nicolescu's phone that was seized on the day he was

21   arrested, a screenshot showing two Jabber accounts.  Go

22   to the next one.  This is what is Exhibit 45.  Agent

23   MacFarlane testified that this was the Jabber accounts

24   that were on Mr. Nicolescu's phone.

25            Go back.  You will see that Mr. Nicolescu,

1    he is obe @ aro strangled.net.

2            That particular Jabber account doesn't

3    connect to anything in this case, nothing.  It is not the

4    account.  It is not the server at aro strangled.net that

5    was on Danet's phone.  It connects to nothing.  Go to the

6    next page, please, next one.

7            This is the screenshot of the Jabber chat

8    that was taken off of Mr. Nicolescu's phone.  You will

9    notice this is obe @ aro strangled.net.  It is a

10   different name.  And we don't have a date.  We don't have

11   a time.  We don't know who sent it to who.

12           We don't know if it was ever received, and

13   we don't know that Master Fraud is being spoken about in

14   that chat in the third-party.  Those are the only

15   connections from any of this physical evidence that was

16   seized, any of the screenshots, any of the computers,

17   right there.

18           Now, the screenshots of obe on Jabber are

19   only as good as the integrity of the Jabber server.  Who

20   had the Jabber server?  Mr. Danet.  Mr. Danet kept it in

21   his house.

22           Mr. Danet indicated he had administrative

23   control over it, meaning he had access to log in

24   credentials, meaning he had access to log in as anybody.

25   He could manipulate the time and the date.

1          He could do anything on that server that he

2     wanted to do, and by the way, that server may have been

3     encrypted, may not have been encrypted, we don't know

4     because no one ever testified to what happened to that

5     server, but we know Mr. Danet testified that he had full

6     access to it.

7          So when the Government tries to say, well,

8     obe proves that it was Mr. Nicolescu, look at the

9     difference here.  This is not proof beyond a reasonable

10    doubt that Mr. Nicolescu is obe; this is suspicion.

11         This is what got him indicted.  This isn't

12    proof.  And to that the fact that the whole system was

13    maintained by the co-Defendant who flipped a year ago,

14    year-and-a-half ago to testify against his friends and

15    never turned over the server or the passwords.

16         So how do we even trust the integrity of the

17    government's exhibits — I think it is 367 which are the

18    Danet text messages, which he said were with

19    Mr. Nicolescu, where he is traveling from Romania to the

20    United States, and he is stopped at the United States

21    border.

22         Now, Mr. Danet is a seasoned traveler.  He

23    had to know that he was going to possibly be searched.

24    He had been ripping off Americans by his own admission

25    for ten years, and he is crossing the border.  Would

1     there be a benefit for him to have evidence on his phone

2     leading to somebody else?  I don't know.  But it is

3     something to think about, and it is also something to

4     think about when you know he had access to the server.

5           He also testified you could run two Jabber

6     accounts from one phone, from one device.  Oh, and he was

7     traveling with an unnamed other person.  Imagine this.

8     Imagine you wanted to make it look like obe was engaging

9     in some kind of conversation.

10          He could absolutely do that.  All he had to

11    do was log in under obe's monikers and log in

12    credentials, and it is done.  He had the ability to do

13    that, and he comes in and testifies that he didn't do it,

14    of course.

15          But he definitely gave us all the

16    information that we needed to show that he had the

17    ability to do that.  We have already talked about

18    Antonovich's WhatsApp testimony, which is not credible,

19    which doesn't lead us anywhere.

20          We know that Mr. Antonovich is a criminal.

21    He was a criminal a long time before any of this

22    happened.  He was an international money launderer; did

23    it for long before any of this until the day he was

24    arrested, and the day he was arrested when he gets asked

25    questions about Nicolescu, he sees where the Government

1    is going with this, and he, of course, goes along with it

2    because guess what?  He likes it at home.  He likes it

3    with his baby.  He likes it with his wife.

4              He didn't want to be here, be in the

5    situation that these guys are in, so he tells them what

6    they want to hear.

7              So, you know, to the extent that he

8    testified that he went and got money and brought it to

9    the Bayrob Group, I believe that, but there has got to be

10   some suspicion that Mr. Antonovich has something to gain

11   by what his testimony was both at the time of his arrest

12   and later on when he came and met with the U.S.

13   Attorney's Office and came here and testified.

14             The latecomer witnesses, the four people

15   that we heard the last couple of days, Valetin Danet,

16   Valetin Dima, Marius Matei, and Catalin Dima, now, as I

17   already said, the Government went after these guys at the

18   tail end of this case six weeks before trial to bring

19   them in because they knew they didn't have this case

20   wrapped up.

21             They didn't have proof beyond a reasonable

22   doubt.  They bring these guys in, and let's look at what

23   they had to get.  The last witness you heard, Catalin,

24   who sat here yesterday, has every skill necessary to do

25   every job in this conspiracy.  He has got a wife.  He has

1       got a kid.  He has got a good job at this point.

2                    He has got other friends that are caught up

3       in this.  What does he do?  He goes to the police

4       station, takes an oath, tells them I don't really know

5       anything about this, and then when he sees the U.S.

6       Attorney's Office, U.S. Attorney's in Romania with the

7       Romanian police along with the FBI, along with a letter

8       that says, hey, you just tell us, you answer our

9       questions the way we want, you to answer them, you don't

10      have to ever worry about this again, non prosecution.

11      Non prosecution.

12                   This guy basically admitted to being almost

13      able to do anything in this conspiracy.  He admitted

14      having the ability to access the server as did other

15      people.  Valetin Danet also, he had the ability to move

16      the server.  He had the ability to run the auction scams.

17                   He had the ability to talk to the different

18      individuals that were being manipulated, everything.  Of

19      course, he is going to say what the Government wants him

20      to say, and the same goes for the other witnesses that

21      came in here.

22                   Do you think Valetin Danet had anything to

23      gain for his brother by coming in here and saying, hey,

24      it was Nicolescu.  Where was he five years ago or three

25      years ago, two years ago?  No, he was nowhere.  He was

1    nowhere until February 19th.

2              The Government wants you to rely on them

3    because it doesn't have the digital and physical evidence

4    to convict my client.  They want you to rely on the words

5    of people that would go in, give an oath, and it means

6    nothing according to them.

7              This is too important a decision to do that,

8    to listen to these people.  All of them had something to

9    gain.  They have families, they have lives, they have a

10   nice situation where they live, where they are not in

11   jail

12             Let's look at — so obviously, they would

13   say whatever they thought the Government wanted them to

14   say.  And if the Government thought these people were

15   good witnesses, they should have been out talking to them

16   two years ago like they did with Antonovich, not a month

17   before trial.

18             Mr. Danet, he has got obvious reasons to say

19   what he said in Court.  He was stopped at the border, had

20   his phone downloaded.  He had his house bugged.  He had

21   his Wi-Fi intercepted.  He waited a year after and then

22   made a deal with the Government and agreed to testify.

23             And don't forget, when I asked him about his

24   deal, they looked — the Government has the ability to

25   argue for the high end of the range, to 12.  The

1    Government could say, hey, you don't get the low end, you

2    get 12.  So he is here making them happy.  You heard what

3    he was looking at.

4            He said, oh, 37 years, but that's just the

5    statutory maximum, and then I showed him the Guidelines,

6    and he agreed with me that he was looking at somewhere

7    around the 144 months, maybe a little more, maybe a

8    little less.  You can figure that out what that is.

9            He knows he is not getting more than 12

10   years for his testimony here as long as the U.S.

11   Attorney's Office says it is okay.  You can't

12   believe what he says either.  Go to the next slide,

13   please.

14           Bogdan Antonovich, no prosecution; Valetin

15   Danet, no prosecution, no prosecution letters — he is

16   not being prosecuted.  If they have not been prosecuted

17   now, they are not going to be.  Next one.

18           Dima, no prosecution, letter, guaranteed no

19   prosecution if you show up here.

20           Next one.  Marius Matei, no prosecution.

21           Next one, Catalin Dima, the guy that

22   admitted to doing almost everything, no prosecution

23   letter, not even no prosecution.  You are clear.  Just

24   come in here, say what we want you to say.

25           Now, they are going to say tell the truth?

1    Well, it is what they want him to say that my client is

2    Master Fraud.  No prosecution for that guy.

3                   You can see the asymmetry here how the

4    Government can control these witnesses with that kind of

5    gift, with that kind of — and it is a gift.

6                   If these guys aren't telling anything close

7    to the truth, it is a gift.  What is it worth to go home

8    to your family and your children and your wife?  Can you

9    put a price on that?  No.  But that's what they got for

10   coming in here.  Next slide.  All right.  So go back.

11   Couple more points.

12                  What a witness gets, so go back to the page

13   before the graph.  I know I have gone over — I am almost

14   done.

15                  Witness consideration:  Right in your

16   instructions you are allowed to consider what a witness

17   got for their testimony or why they would be not telling

18   the truth or why they would not be accurate.

19                  How good was a witness' memory?  Well, we

20   can go back and even look at Mr. O'Murchu on cross.  He

21   didn't remember anything.  He was very clear that he

22   remembered 400,000 computers infected and 78 domains

23   accessed, but he didn't remember hardly anything on cross

24   examination.  Why would that be?  You could consider

25   that.

1          You could ask yourself how the witnesses —

2    you could ask yourself how the witnesses acted while

3    testifying?  This is the third note down.

4          Did they appear honest?  Did they appear to

5    be lying?  Okay.  And the last one, ask yourself if the

6    witness had any relationship to the Government or the

7    Defendant or anything to gain or loose from the case that

8    may influence a witness' testimony.

9          Ask yourself if the witness had any bias,

10   prejudice, or reason for testifying that may cause a

11   witness to lie or slant the testimony.  That's right in

12   your instructions.  You have got to consider that, and

13   when you do, you will find that these witnesses that are

14   human, that were brought in by the Government because the

15   digital and the physical evidence doesn't prove anything,

16   all of them were subject to being liars.

17          And all of them had reasons to lie, every

18   single one of them, and most of them did, most of them

19   did provedly or at least came in and said, "well, I took

20   an oath and lied, and now I am telling the truth."

21          How do you convince somebody based on that?

22   You don't.  You just don't.  And if the Government says

23   you can, well, that's the trick that is being played here

24   okay?  There is also — now, you can go forward to after

25   the page with the names — okay?

1              I am going to point out something, and I am

2    not here to indict or to suggest that you should convict

3    Mr. Miclaus, but the case against my client is very

4    different from Mr. Miclaus.

5              Exhibit 1742 the, Government showed it on

6    their closing, shows a connection between Mr. Miclaus and

7    Minolta, at least, you can infer it from the timing of

8    the log-ins.  Okay?  Nothing.

9              In the hundreds of terabytes of information

10   that have been produced here shows nothing like that for

11   my client, no open public searches that shows anything

12   like the stuff that we have got on Mr. Miclaus in this

13   trial.

14             It is completely different, and you are

15   going to have a jury instruction.  You have to consider

16   the two Defendants separately.  They are separate cases.

17   You have got to consider them separately.  So no matter

18   what happens to Mr. Miclaus, you have got to consider the

19   evidence against Mr. Nicolescu separately.

20             You are going to have special jury

21   instructions regarding testimony of an accomplice.  We

22   have heard some of that here in these witnesses that have

23   come in, notably — well, actually all of them.  They

24   claim to be accomplices.  Next one.

25             Another instruction about testimony of a

1   witness under a grant of immunity or criminal liability,

2   read these very carefully because you, as jurors, are to

3   view that testimony with more scrutiny, more cynicism.

4   That's not in the instructions, cynicism, more close

5   scrutiny than any other type of witness because of what

6   they have to gain.  Next.

7           Separate consideration for multiple counts,

8   another instruction that you are definitely going to

9   have.

10          Finally, you know, we heard a lot about

11  different amounts of money that the Bayrob Group

12  supposedly harvested during the course of this scheme,

13  and I would submit to you that the only person we know

14  has money is Tiberiu Danet because he has got a million

15  dollars in bitcoin somewhere, and he can't remember the

16  pass code for that if you remember that testimony.

17          He can't remember where — he just can't.

18  He remembers the first layer of encryption of his

19  computers but not anything else, where the bitcoin is,

20  can't help him with that.

21          Think about that and what that does for

22  Danet's testimony, but all the other guys that know

23  Danet, that are friends with Danet, his brother whose

24  testimony by the way didn't jive with Danet's in a lot of

25  ways — and I am sure you picked up on that — there is a

1    million dollars in bitcoin somewhere that Mr. Danet has

2    the pass code for, that he agreed to forfeit — that the

3    Government dollars to doughnuts will never see a dime

4    because Mr. Danet is counting on doing his time,

5    getting out and collecting what may be $2 million by that

6    time.

7              On the other hand, what money have we seen

8    from Mr. Nicolescu?  Couple dollars seized at his house

9    when they arrested him.  There is some innuendo going to

10   his father or his family or something like that.

11             But that's just — it is innuendo.  They

12   spent the money and took time to go to Romania and bring

13   those four criminals back here to point the finger at

14   Nicolescu.

15             They couldn't get Mr. Nicolescu's father's

16   bank records?  They got every bank record in America.

17   They couldn't get those bank records?  They had M-Lat

18   authority.  They could just write a letter to the

19   Romanian police, and they couldn't get those things?

20             Show something.  When you are trying to show

21   somebody as being the master controller of a big fraud

22   where there is a lot of money, you show the money.  You

23   show where the money went.

24             The only person we know has money is Danet,

25   not Mr. Nicolescu.  So the Government promised in their

1    opening statement that they were going to put together a

2    puzzle, and that piece by piece it was all going to fit

3    together, and it was going to lead to no other

4    conclusion.  Well, they haven't done that.

5              They brought in a lot of evidence.  Maybe

6    they got the outline of the puzzle.  They brought in a

7    lot of physical evidence.  Nothing relates to anything

8    about Mr. Nicolescu.

9              They tried to fill it in with human

10   witnesses.  They tried to fill in their puzzle with human

11   witnesses that are admitted liars, have everything to

12   gain, nothing to lose by coming in here and lying.  And

13   they presented that to you as a completed puzzle.

14             I would submit to you that puzzle looks like

15   my son's crossword puzzle.  It is about half filled out.

16   There is a lot of room, there is a lot of room and a lot

17   of reasonable doubt.

18             And once you look at these instructions, you

19   consider the evidence that was produced and all the

20   evidence that wasn't produced and all the meaningless

21   stuff that has been trodded out during this trial, I

22   believe the only proper verdict would be one of not

23   guilty as it relates to Bogdan Nicolescu, and I thank you

24   for your attention.

25             THE COURT:  Ladies and gentlemen, I am

1    guesstimating about another hour of argument.  It is

2    11:30 now.  I cannot split up the last two arguments, so

3    if we start them, we are going to complete them, and then

4    we would take a break before jury instructions.

5                Or we can take a luncheon break now, and I

6    anticipate only giving you about 45 minutes for lunch.

7    So I need to have you vote.  Is anyone interested in

8    having the lunch now as opposed to in an hour from now?

9    Would anyone like it now?

10               (No response.)

11               THE COURT:  No.  Okay.  If you would like to

12   stand and stretch before the next argument, please feel

13   free to do so.

14               (Pause.)

15               MR. BROWN:  Objection to the first slide.

16   That's not for the jury's consideration and should be

17   removed.

18               THE COURT:  One moment, side bar.

19               (Side bar held on the record.)

20               MR. O'SHEA:  I am just talking about the

21   people who testified in this case, who the Government

22   brought out proof they wanted charged.  The Government

23   did that, Judge.

24               MR. BROWN:  Your Honor, they can't — they

25   can't show to the jury this case is against uncharged

1    co-conspirators.  That's inappropriate and not consistent

2    with the instructions.  He should move on from the first

3    page.

4              THE COURT:  I don't know what his argument

5    is yet, though.  So it is hard to tell just from the page

6    whether or not what he is saying is inappropriate.

7              MR. O'SHEA:  Well, turn to page 26, your

8    Honor —

9              THE COURT:  Well, I am aware, but I don't

10   know — what is your intent with this?

11             MR. O'SHEA:  Just the title page, Judge.

12   Again, the Government put it out there that these guys

13   had non prosecution agreements.

14             THE COURT:  Right.

15             MR. O'SHEA:  They did that.

16             THE COURT:  So you are talking about their

17   non prosecution.

18             MR. O'SHEA:  Right.

19             THE COURT:  And whether or not they are

20   liars.

21             MR. O'SHEA:  Right.

22             THE COURT:  Do you intend to go any further

23   than that?

24             MR. O'SHEA:  No.

25                 (Side bar concluded.)

1          THE COURT:  On behalf of the Defendant,

2     Mr. Miclaus, Mr. Michael O'Shea.

3          MR. O'SHEA:  Thank you, your Honor.

4          Folks, I apologize in advance, I am going to

5     be jumping back and forth to my laptop here because I am

6     going to be the person advancing these power point slides

7     at the same time making an argument to you.

8          Let me also tell you, folks, last night,

9     late at night I was preparing this presentation for you.

10    It is about 33 slides long.

11         There is bound to be some typos in there

12    because of the time of night I was doing it, and I

13    apologize in advance for that, and I will try to move

14    along as quickly as possible.  Let me start out by

15    saying I feel lucky to be here in this courtroom this

16    morning.

17         I am lucky to be here in the United States

18    Federal District Court courtroom with outstanding

19    prosecutors, a dedicated team of FBI agents, a jury —

20    and I will get to this in a minute in a little bit

21    more — that was obviously paying attention, poor George

22    who has to keep up with me when I speak too fast and, of

23    course, the Judge, who presided over the last two

24    and-a-half weeks, folks, with absolute expediency,

25    professionalism, and dignity.

1           And I thank everybody for that in the

2      courtroom and, of course, Mr. Goldberg, who I believe has

3      a harder job than I do, did an outstanding job in

4      assisting his client.

5           There is a reason that the Judge's bench is

6      higher, folks.  This dignity of this courtroom, the gold

7      trim we see on the ceilings, these chandeliers, this is

8      not a place that was put together inexpensively.  It was

9      done so with a purpose; that outside of this building,

10     the inside of these corridors, and this courtroom look

11     elegant for a reason because we are here for very serious

12     matters, very serious.

13          And here, ladies and gentlemen, we are here

14     in this case, the United States of America versus Radu

15     Miclaus.

16          Now, as you see, I have read on my first

17     slide allegedly he is Mr. Ten Percent.  I think there was

18     some evidence brought out about that.  The Government

19     brought that out.  I think this case is also against

20     Mr. Nicolescu, and you have heard these other gentlemen

21     who came into this courtroom, who were offered a pass.

22     Regardless of what they did, regardless whether they were

23     10, 20, 30, 40, 50, 60, 70, 80, 90 percent involved,

24     pass, complete pass.

25          Now, I want to start out by saying thank

1    you.   Thank you, thank you, thank you three times.

2              The volume of technical and confusing

3    exhibits is extremely large.   The volume of technical and

4    confusing testimony is large.   You stuck it out, and I

5    think you know what I mean by that.

6              There are four empty chairs here.   There are

7    12 full chairs here, enough said.   Thank you for sticking

8    it out.   It wasn't easy.   You paid attention.   I watched

9    you.   I watched you from over there.   You paid attention

10   to the case and the evidence.

11             You didn't drift off; you didn't stair out

12   those windows; you stared right at the evidence, and you

13   stared right at the folks on the witness stand.   Thank

14   you for that.

15             You fulfilled, as I have here in my slide

16   here, your duty.   Thank you for that.   My client thanks

17   you for that.   I think I speak on behalf of everybody in

18   the courtroom to thank you for that.

19             Now, let me go to the next slide.

20             Contrary to what you heard on opening

21   statement by my colleague, Mr. Brown, no one here for

22   Radu Miclaus is looking to trick you in this courtroom.

23   Not true.   False.

24             What I and Mr. Miclaus are looking for you

25   to do is just to follow the oath that you took.   I have

1    made a big deal about that during jury selection for a

2    reason.  Oaths matter.  I am not — I am looking for you

3    to read and to follow the jury instructions.  They are

4    long in this case, ladies and gentlemen.  They contain a

5    lot of definitions, a lot of words, a lot of detail.

6                I am looking for you to simply review the

7    exhibits.  I am looking for you to simply evaluate the

8    testimony.  That's it, nothing more and nothing less, no

9    trickery, nothing, just your oaths.

10               Now, let's talk a little bit about jury

11   instructions.  It is a big part of what this case is

12   about.  The jury instructions are your oath.

13               You took an oath to follow them.  You

14   promised to follow jury instructions and only the jury

15   instructions, not your gut, not your suspicions, not your

16   feelings, not your opinions.  This is not a debate about

17   the Cleveland Indians, folks, not about your own

18   experiences.

19               Now, I always say when I am doing these

20   types of things that the best jurors technically are

21   these guys like Dr. Spock — or excuse me — Mr. Spock

22   from Star Trek who was a guy who was emotionless, just

23   would analyze objectively what was happening in front of

24   him without any feelings, biases, or prejudices.

25               That's what I am asking you to do to the

1    best of your ability in this case and nothing more.

2              Now, you heard some vague statements as to

3    the Romanian group, and that U.S. citizens were targeted

4    by a Romanian group as if this were some sort of World

5    War III rather than a federal courtroom where it doesn't

6    matter what country it came from.

7              It could have come from Buffalo.  It could

8    have come from San Francisco, Paris, France, Romania;

9    doesn't matter.  It is not Romania services the

10   United States citizens, it is not; it is just an

11   allegation that a crime occurred, regardless of where it

12   allegedly occurred from.

13             Do not be dissuaded into following your

14   objective oath, to follow the evidence, and not make it

15   about a nationality thing at all.

16             Now, you also heard — and I think Mr.

17   Goldberg touched on this about these crude statements

18   that you saw — for whatever reason, folks, use your head

19   as to why they were presented to you, about statements

20   that were made about Mr. O'Murchu.  Remember that?

21             Why do you think that came in?  Do you think

22   it was meant to affect this part of your body or that

23   part of your body?

24             Again, ladies and gentlemen, please just

25   read and follow the jury instructions and not a power

1      point presentation, be it from the federal government or

2      Mr. Goldberg or from me, please.

3              Now, the next thing I am going to talk about

4      is exhibits, and then after that, we are going to talk a

5      little bit about testimony.  Let's start first about the

6      exhibits.

7              There are exhibits that the Government

8      claims point to Mr. Miclaus.  But what we really have —

9      and look at them when they come into the jury room,

10     ladies and gentlemen.  There is lots of electronic

11     exhibits with references to Minolta min, raduspr,

12     ferdy.

13             However, no exhibits — and again, trust

14     your recollection of what happened in the last two

15     and-a-half weeks, trust your notes, your collective

16     discussions in the jury deliberation rooms — but no

17     exhibits with the name Radu Miclaus will you see except

18     ones that were created by the Government for this trial

19     and for evidence.

20             And as I indicate in this slide, it is not

21     necessarily just the quantity of evidence — and you will

22     have a lot of documents to look over — it is the quality

23     of that digital evidence as it finger points, as it is

24     some sort of digital fingerprint as it relates to

25     Mr. Miclaus, not ferdy, not Minolta 9797 but Mr. Miclaus.

1          Again, all I am talking about ladies, and

2    gentlemen, is the evidence you heard in this courtroom.

3    Now, what do those exhibits not show?  Those exhibits do

4    not show specific ties to Radu Miclaus, specific dates —

5    I think Exhibit 227 was that Jabber chat; has no date on

6    it by the way.

7          Check my math, folks, if I am wrong about

8    that in the deliberation room.  There is no specific

9    locations, no specific transactions, no specific losses

10   no specific people, no specific cars, and no specific

11   relation as it relates to Mr. Miclaus to any computer

12   code or computer conduct, no fingers on the keyboard,

13   testimony from anyone in this courtroom in this federal

14   courtroom.

15         What else don't we see?  What else is

16   missing?  Any hard evidence that Mr. Miclaus was using a

17   computer that was connected to a control server?  No

18   content of any messages allegedly sent by Radu Miclaus.

19         You know, in that regard, it is impossible

20   to know how and when allegedly Mr. Miclaus assisted any

21   group.  I think, as I said, there was that one Jabber

22   exhibit that had no date whatsoever and no real meaning

23   or content to it.

24         So — and there is also, as I think

25   Mr. Goldberg pointed out, there is no slow running

1      computers here like these other computers with this

2      alleged malware.  So I use the word malware.  Where are

3      these computers?

4                  They brought people from all over the world

5      into this courtroom, and yet, not a single infected

6      computer, none.  Where is the alleged stolen credit card

7      information or proof that this credit card information

8      was ever displayed to use specific items or specific

9      domain names.

10                 And again, you are going to hear this word

11     out of my mouth a number of times called "specificity."

12     Specificity, as it relates to the specific conduct to a

13     fellow by the name of Radu Miclaus, and I am only

14     referring my comments to what you heard in this

15     courtroom.

16                 Did any witness specifically claim that

17     there was specific credit cards stolen by Radu Miclaus

18     that was used to buy specific items.  The answer, of

19     course, is no.  That's as it relates to the exhibits.

20                 Now, let's talk about the witnesses.

21     Mr. Goldberg already talked about the six fellows.

22     Mr. Brown did a nice job at posting all six of their

23     pictures for you, presumably in the order in which they

24     testified.

25                 The only human beings who came into this

1  courtroom, who sat in that witness chair and said

2  anything about specifically Radu Miclaus were those six

3  folks.

4          And I am going to ask you to consider their

5  testimony.  None of them were anything like the ten

6  percent.  Every single one of them was 25 percent or

7  north of 25 percent.  They were Mr. Danet,

8  Mr. Antonovich, the other Mr. Danet, Dima number 1, Matei

9  and Dima No. 2, those six people.

10          Now, Mr. Goldberg already analyzed those six

11 people, and let me suggest that when it comes to their

12 recollection and their ability to be specific, they had

13 what you would call credibility fleas.  You would believe

14 their recollection and what they said like you would

15 instruments truck stop sushi, ladies and gentlemen.

16 Think about it.  Think of that analogy.

17          In the jury instructions that you will be

18 given, as Mr. Goldberg pointed out already, accomplice

19 testimony is given with more caution.  Immunity grant

20 testimony is to be given more caution than the average

21 witness.

22          Let's talk about these guys, the six guys.

23 You will be given jury instructions on how to analyze

24 them and the burden of proof and beyond a reasonable

25 doubt.

1              In that context, would you trust any one or

2       all of those six folks to invest your money, your own

3       personal money?  Think about that.

4              Would you take any advice from them when it

5       comes to an important medical procedure?

6              Would you want to be — want them to be

7       friends with your children or your siblings?

8              How about this:  Would you expect them to

9       turn in a wallet they found on the street, or do you

10      expect them to ever make any attempt whatsoever to return

11      any of the money they claim they stole from people?

12             Do you expect them to ever call the Romanian

13      officials to say, "hey, by the way, just got done

14      testifying in a federal courtroom in the United States of

15      America, Cleveland, Ohio, early part of April 2019.  I

16      want to tell you about the money, and I want to pay taxes

17      on it."

18             Do you think that's ever going to happen?

19             And by the way, did you hear any of them

20      testify that they are sorry for what they did?  What you

21      heard is that they feel sorry for themselves.  One

22      witness even broke down and started crying because he

23      felt so sorry for himself.

24             I think we saw some pictures, ladies and

25      gentlemen, of cars.  I think these are all exhibits that

1    we see here, Exhibits 1170, 1177, 1180, and 1432.

2              Ask yourself a question after listening to

3    those six folks.  Would you buy any of these cars from

4    any of these Romanian witnesses, even if they drove it to

5    your house, opened the hood, showed you the title, and

6    let you test drive it?

7              Would you buy the car based upon their

8    testimony in this federal courtroom?

9              Again, these witnesses, ladies and

10   gentlemen, are not ten percent witnesses; they are

11   way beyond that, and as Mr. Goldberg pointed out,

12   they are eleventh hour witnesses, February of 2019

13   witnesses.

14             Again, I did this late at night, ladies and

15   gentlemen, and I apologize for any typos.  But even if

16   these were Nobel Peace Prize winners, what did these

17   witnesses not say?

18             Specific ties to Radu Miclaus?  No.

19             Specific dates?  No.

20             Specific locations?  No.

21             Specific transactions?  No.

22             Specific losses?  No.

23             Specific people?  No.

24             Specific cars?  No.

25             Specific relation to any computer code,

1    namely this Bayrob virus?  No.

2              Or computer conduct, cryptomining?  No.

3              Now, I did this slide, folks, that is coming

4    up while the Government gave its opening statement.

5    Constant use of the phrase "they, they," again and again

6    and again.

7              I expect in their opening statement they are

8    going to use that word again in their rebuttal, they,

9    they, they.

10             As I sit here, folks, just because the

11   Government uses the term "they" in all their closing

12   comments does not meet the specificity required in the

13   jury instructions, and we are going to get to that in a

14   second.

15             But every time you heard the word "they" and

16   every time you hear it again or any word similar to

17   "they" without specifically identifying specific conduct,

18   think of a bell going off, a bell that rings for every

19   single time or every single fear the Government has as

20   relates to the specificity issue.  "They."

21             You are going to hear a lot about the term,

22   and you will hear the definition of it, too, conspiracy.

23   Conspiracy, conspiracy, conspiracy.

24             As I say, it is short for having nothing

25   specific as it relates to Radu Miclaus.  It is not

1    conspiracy, ladies and gentlemen, a parachute for a lack

2    of proof.

3              Again, as I say, this slide, look at the

4    word of the jury instructions as your guide, not my power

5    point presentation, not my presentation here, not the

6    Government's power point presentation, and not

7    Mr. Goldberg's power point presentation, but look at the

8    jury instructions.

9              Now, let's talk about the jury

10   instructions for a moment.  Let's go right to page 12 of

11   the jury instructions, ladies and gentlemen, where we

12   talk about multiple Defendants.  We have Bogdan

13   Nicolescu, Mr. Twenty Five Percent versus Radu Miclaus,

14   Mr. Ten Percent.  It says when talking about multiple

15   Defendants charged with the same crimes, the Defendants

16   have been charged with several crimes of a number of

17   charges — and I emphasize this, and that's what I am

18   doing here, find it, it is in the jury instructions on

19   page 12 — is no evidence of guilt.

20             And this should not influence your decision

21   in any way.  And in our system of justice, guilt or

22   innocence is personal and individual.  Again, going back

23   to the theme of oath and specificity, it is your duty to

24   separately consider the evidence against each Defendant

25   on each charge and return a separate verdict for each of

1    them.

2              Those words are chosen even for your jury

3    selections for a reason, and that reason is to get rid of

4    this notion that it is simply they, they this, and they

5    that.  Read the jury instructions, the jury instructions

6    that you took an oath to follow.

7              Again, it goes on for each one you must

8    decide whether the Government has presented — they are

9    the Government — has presented proof beyond a reasonable

10   doubt that a particular Defendant is guilty of a

11   particular charge.

12             And then, it goes on to say your decision on

13   any one Defendant or charge, whether it is guilty or not

14   guilty, should not influence your decision on another

15   Defendant or charges.

16             Now, you heard a lot, with all due respect

17   to my colleague here, Mr. Goldberg, about obe,

18   Mr. Nicolescu, a lot, a lot of what he did.

19             This jury instruction allows you to compare

20   to what he did to what allegedly Mr. Miclaus did and

21   separately, specifically break it down because the

22   decision you make as to each Defendant is both personal

23   and individual.

24             And you must separately consider each count

25   as they relate to each Defendant's separate specifically

1    identified conduct.

2              I am going to talk about Counts 1 through

3    13, which are the wire fraud counts, ladies and

4    gentlemen.  Again, referencing the jury instructions, not

5    my discussion or paraphrasing of what the jury

6    instructions say, you heard the Government do a little

7    bit of that, and of course, the Court cautions us all to

8    read the jury instructions, and use those as your guide,

9    not what we paraphrase and infer what the instructions

10   say.

11             Here is what they say.  Again, Counts 1

12   through 13, jury instructions, page 19.  I have got the

13   page referenced for you, ladies and gentlemen.  The

14   Government has to prove that each Defendant knowingly

15   participated and intended to devise a scheme to

16   defraud.

17             Then secondly, if we go down, the scheme

18   included a material misrepresentation or concealment of

19   material fact.  What misrepresentation have you been

20   presented with?  What?

21             What person came in here and said some

22   statement was misrepresented to me?

23             Sec — third, I'm sorry.  Each Defendant,

24   each Defendant, each Defendant had an intent to defraud,

25   and fourth, each Defendant used wire communications or

1    caused another to use wire communications in interstate

2    and foreign commerce in furtherance of the scheme, again

3    breaking down the specifics and the individuality as to

4    each specific Defendant.

5              Here is a breakdown of Counts 2 through 13,

6    and I am going to ask you something.  You look at Counts

7    2, 3, 4, 5, 6, 7, 8, 9, 10, 12, and 13, they are all — I

8    think the allegation the Government has, it is all this

9    eBay scam.

10             It is all based upon a certain code section.

11   Again, these will be in the jury instructions; that it

12   has a specific date.  It has a specific person by

13   initial, a specific city.  Again, these — this I take

14   directly from the indictment, a copy of which you will

15   have in the jury deliberation room, and they have

16   specific amounts.  Jump to the top.  Where are the

17   people?  Where is the proof of the amounts, folks?  Where

18   are they?

19             It is not — and I will probably say this

20   again — Mr. Goldberg's or my job to point out where the

21   evidence is or is not.  The entire burden, the entire

22   burden is with the Government, the entire burden.

23             Now, move on to Count 14, which is the

24   computer fraud count.  I think it talks about access to

25   computers and damage to computers, and then, it goes on

1    talking about specific uses of PayPal, gmail, Yahoo,

2    Wal-Mart as you see there, but again, nothing specific

3    from the evidence in this courtroom or the witness stand

4    in this courtroom, nothing specific about Mr. Miclaus as

5    to any of those items.  We go down to here, and we have

6    specific computers.  No.

7              We have — I think if you see in the

8    indictment on Count 14, you have 27 victim initials who

9    were purportedly infected with this Bayrob Trojan, but

10   again, no specific ties to Radu Miclaus.  None of those

11   people specifically tie Mr. Miclaus into anything

12   involved with that.

13             Then, I think it is about 48 victims'

14   initials involving what the Government alleges is

15   cryptomining; again no ties to Radu Miclaus.

16             Now, Count 14, as the jury instructions will

17   tell you, is a little different than some of the other

18   counts.  It requires proof of what they call an overt

19   act.  An overt act will be defined for you in the jury

20   instructions, but pay attention, when you hear that

21   definition because it differentiates Count 14 from some

22   of the other counts, ladies and gentlemen.

23             Now, let's talk about Count 15, the

24   trademark count.

25             Again, this is — the allegation is that

1    somebody is using trademarks owned privately by a

2    company, and it is apparently illegal to take a Yahoo or

3    Google trademark, be careful about political flyers and,

4    you know, high school rally flyers, using the wrong logo

5    on any of the signs.

6              But apparently, it is illegal to use these

7    if you look on Count 15.  I believe there are seven

8    referenced victims, but the indictment says there might

9    be 40,000.  But again, think about whether there is any

10   specific link whatsoever to Radu Miclaus.

11             Western Union, Radu Miclaus, nothing

12   specific.

13             Norton antivirus, Radu Miclaus, nothing

14   specific.

15             EBay, Radu Miclaus, nothing specific.

16             Facebook, Radu Miclaus, nothing specific.

17             PayPal, Radu Miclaus, nothing specific.

18             Gmail, same thing.

19             Google, same thing.

20             Yahoo, same thing.

21             Wal-Mart, same thing.

22             Radu Miclaus, nothing specific.

23             Specific computers, no, nothing.

24             Let me move on to Counts 16 through 20,

25   ladies and gentlemen.

1          Now, the indictment, again, which you will

2   have, says there were 500 victims, but only five are

3   specifically mentioned, and I think if you look in the

4   indictment, ladies and gentlemen, the dates involved —

5   and you correct me if I am wrong — but look at the

6   indictment that you will have in the jury room with you,

7   February 25th, 2013 to 7-1-2015, where are these people?

8          What proof is there of Radu Miclaus doing

9   anything specific here, and I reference Counts 16, 17,

10  18, 19 and 20.  Again, they reference the same statute,

11  they reference specific dates.

12          For instance, Count 16, 2-25-13 to 5-27-13,

13  involving somebody with initials at Fort Recovery, Ohio;

14          Count 17, same thing, specific dates,

15  3-12-13 to 6-16-13 from somebody TM, Celina, Ohio;

16          Same thing on Count 18, specific time frame;

17          Count 19, specific time frame;

18          Count 20, specific time frame.

19          Now, I assume that when the Government gets

20  up to argue again, that they will be making reference to

21  — and it is actually mentioned in the jury instructions,

22  which I ask you to follow — that it is okay if we do on

23  or about.  Okay?

24          But on or about does not suffice for no

25  proof of any specific date at all or any specific time

1    frame.  Again, the proof that you are to consider comes

2    from the exhibits and the testimony, not argument, not

3    power point presentations.

4              Let's move on.

5              Money-laundering, Count 21.  Essentially,

6    the use of this mule stuff — and again, I am referencing

7    the indictment that you will have with you, it references

8    12 e-mail acts I think between 3-13 of '13 to 8-1 of '13.

9              I don't believe I heard any evidence that

10   any mules ever met or know Radu Miclaus.  I didn't see

11   from the evidence any links whatsoever between any

12   specific money mule and Radu Miclaus; no specific dates

13   related to Radu Miclaus, and no specific losses related

14   to Radu Miclaus.

15             Again, that's just the evidence that

16   happened in this courtroom.

17             Again, let's move on to this thing that they

18   call an enhancement, the false domain enhancement.

19             I call it Count 23, but it is not Count 23.

20   It is just an enhancement.  There was no evidence or

21   testimony whatsoever that Radu Miclaus had any specific

22   involvement with this, none.

23             All the allegations and facts are against

24   Mr. Nicolescu with all due respect to my fellow lawyer,

25   Mr. Goldberg.  There is also reference in the indictment

1  about 76 false domain names.

2         There is a time period 4-14-14 to 7-25-14,

3  again nothing specifically proof wise related to

4  Radu Miclaus, nothing.  Again, all acts and allegations

5  of facts are against Mr. Nicolescu.

6         There is also in the indictment 16 domain

7  names allegedly used related to money laundering.  Again,

8  the time period the Government shows in their indictment

9  5-23-08 to 3-15-13, again, as it relates to the proof

10  that came in this courtroom, nothing specifically related

11  to Radu Miclaus, nothing, zero.

12         All the allegations and facts as they relate

13  to the false domain enhancement by my assessment of what

14  came into this courtroom relate to Mr. Nicolescu.

15         Now, let me move on.  Specificity and

16  ambiguity.

17         I talked a little bit about this already,

18  but I am going to emphasize it again.  It is not a

19  Defendant's job or burden to find or present or identify

20  specifics.  It is not.  It is not a Defendant's job or

21  burden to explain or undo any ambiguity you have.

22         It is the Government's.  The entire burden

23  on everything — and I emphasize that word — everything,

24  rests with the federal government.

25         Now, I anticipate, like I said before, when

1    it relates to this "they" business, that the Government

2    is going to get up and argue, "but Mr. O'Shea, this is a

3    conspiracy, a group of individuals who you are in for a

4    penny; you are in for a pound."

5              That's a constant argument, or even if you

6    are in for ten percent, I anticipate you are in for a

7    hundred percent, Mr. Miclaus.

8              Again, we are not conceding that there was

9    even ten percent for purposes of the proof that came in

10   here, but that's going to be the argument; that the

11   conspiracy saves us because we don't have any

12   specificity.

13             Well, let's talk about for a second some

14   of the definitions that you are going to see as they

15   relate to conspiracy, definitions in the jury

16   instructions that you are bound by the oath to follow.

17             This one is a little deep, folks, and I

18   apologize in advance.

19             On page 24 of the jury instructions, you are

20   going to hear, as relates to conspiracy, I am going to

21   ask you during the time that the Judge reads it to you

22   from the bench, as well as when you get into the

23   deliberation room, to concentrate on this definition.

24             By the way, contrary to what might be

25   argued, folks, all of the jury instructions carry the

1    same weight.  I am emphasizing the stuff that I think is

2    important for purposes of your evaluation.

3              The Government may also point out certain

4    parts of the jury instructions that are important for

5    their evaluation, but they all carry equal weight.  They

6    are equal.

7              There is nothing you are going to hear that

8    one jury instruction is more important or carries more

9    weight or authority than another.  They are all to be

10   read, all sentences to be read with the same amount of

11   strength.

12             Now, what do they say on page 24 of the jury

13   instructions?

14             As relates to the conspiracy definition,

15   this does not require proof of any formal agreement.  I

16   assume the Government will talk about that a lot.

17   Written or spoken, nor does this require proof that

18   everyone involved agreed on all the details.  But here is

19   the stuff that I am going to emphasize to you.

20             Proof that people simply met together from

21   time to time and talked about common interests or engaged

22   in similar conduct is not enough to establish a criminal

23   agreement.  These are things that you may consider in

24   deciding whether the Government has proved an agreement.

25   But without more, they are not enough.

1           Page 25 of the jury instructions, but proof

2     that a Defendant simply knew about a conspiracy or was

3     present at times or associated with members of the group

4     is not enough.  I underlined that.  Even if he approved

5     of what was happening or did not object to it.

6           Similarly, just because a Defendant may have

7     done something that happened to help the conspiracy does

8     not necessarily make him a conspirator.  These are all

9     things that you may consider in deciding whether or not

10    the Defendant has joined a conspiracy, but without more,

11    they are not enough.

12          Then, the jury instruction follows up right

13    away with an important thing.  Perhaps this is the most

14    important thing when it comes to this slide.  It is up to

15    the Government, then, to convince you that such facts and

16    circumstances existed in this particular case with that

17    particular Defendant.

18          Let me move on, give you some other sections

19    of the conspiracy definition.  These are more text that

20    we will get on the jury instructions as they relate to

21    conspiracy.

22          You will hear on page 28 and 29 when the

23    Court is listing aspects of the definition of conspiracy.

24          And fourth, the Government has to prove that

25    this crime was within the reasonable foreseeable scope of

1    the unlawful project.  The crime must have been one that

2    the Defendant, not this Defendant, Mr. Miclaus, not all

3    the Defendants — they use the word "the" — the

4    Defendant could have reasonably anticipated as a

5    necessary or natural consequence of the agreement.

6            The other item, this does not require proof

7    that each Defendant specifically agreed or knew that the

8    crime would be committed.  Now, here is the stuff that I

9    am going to emphasize, and I am going to ask you to

10   listen at the time that the Judge gives you the

11   definition and to read it in the jury deliberation

12   room.

13           But the Government must prove that the crime

14   was within the reasonable contemplation of the persons,

15   Mr. Miclaus, who allegedly participated in the

16   conspiracy.  No Defendant is responsible for other — the

17   acts of others that go beyond the fair scope of the

18   agreement as the Defendant understood it.

19           Again, these are the jury instructions.

20   These are the rules you must follow.  I am almost done,

21   folks.

22           The definition of reasonable doubt.  Of

23   course, I am going to talk about this.  Of course, I am

24   going to point out certain portions of it.  We hear this

25   term "reasonable doubt" all the time in movies and TV and

1    in the press, and now news stations have become somehow

2    as sort of news organizations, they are like

3    opinion-based, and they are always talking about

4    reasonable doubt, this, and that.

5                 Here is the definition, contrary to what you

6    may think it might have been before you entered into this

7    courtroom and took your oath of what you will use in

8    order to apply it to the facts as you heard them here in

9    this courtroom.

10                And I think Mr. Goldberg already talked

11   about this.  Proof beyond a reasonable doubt means proof

12   which is so convincing that you would not hesitate to

13   rely — and I emphasize the word "and."  Do you see

14   that? — rely and act because sometimes you rely on

15   something, and you don't act on something.

16                Sometimes you act on something and that you

17   are not relying, but that definition tells you to do

18   both, rely and act upon it in making the most important

19   decisions of your own lives, not the important decisions,

20   the most important decisions and not in other people's

21   lives; in your own lives.  Think about that.

22                Again, it goes on to say if you are

23   convinced that the Defendant has proved the Defendant

24   guilty beyond a reasonable doubt, say so by returning a

25   guilty verdict.  If you are not convinced, say so by

1    returning a not guilty verdict.

2              Those two sentences come right after that

3    other sentence, which talks about most important of your

4    own affairs, rely and act.  Both are equally valuable;

5    have equal strength.

6              If you could prove — if the Government

7    through all of their work, proved the case beyond a

8    reasonable doubt, yes, guilty verdict.  If they have not,

9    not guilty.  They are equal.

10             Just because that one sentence comes before

11   the other does not make it more likely, well, you

12   probably should lean towards guilty?  No.

13             Let me go back to the jury instructions.

14   Credibility of witnesses, pages 7 to 8 of the jury

15   instructions.

16             This is what the jury instructions say.

17   Another part of your job as jurors is to decide how

18   credible or believable each witness was.  This is your

19   job, not mine.  It is up to you to decide if a witness'

20   testimony was believable and how much weight think it

21   deserves.

22             You are free to believe everything that a

23   witness said or only part of it or none of it if at all,

24   but you should act reasonably and carefully in making

25   these decisions.

1          The other part of the credibility on pages

2     7 and 8 of the jury instructions — I break them down

3     separately — ask yourself if the witness was able to

4     clearly see or hear events.  Think about these witnesses

5     that did testify and what they were actually able to say

6     and what they knew on cross examination.

7          Sometimes an honest witness may not have

8     been able to see or hear what was actually happening and

9     may make a mistake.  Ask yourself how good a witness'

10    memory seemed to be.  Did the witness seem to accurately

11    remember what happened?

12         Ask yourself if there is anything else that

13    maybe interfered with the witness' ability to perceive or

14    remember events.  Again, that's in the jury instructions

15    on pages 7 and 8.

16         Again, on page 7 and 8 of the jury

17    instructions, ask yourself how a witness acted while

18    testifying.  Did the witness appear honest, or did the

19    witness appear to be lying?  Ask yourself if the witness

20    had any relationship to the government, and I emphasize

21    that because, obviously, that has been gone over quite a

22    bit.  Or the Defendant has anything to gain or lose from

23    the case that might influence the witness' testimony.

24         Ask yourself if the witness had any bias or

25    prejudice or reason for testifying that might cause the

1   witness to lie or to slant the testimony in favor of one

2   side or another.

3           There are two things there.  "or lie or

4   slant the testimony."  Both you can use equally and at

5   your discretion based upon what you heard.

6           When it comes to that credibility factor in

7   the jury instructions on pages 7 and 8 of the jury

8   instructions you also get to ask — you also will see

9   this.

10          Ask yourself if the witness testified

11  inconsistently while on the witness stand or if the

12  witness said or did something or failed to say or do

13  something at any other time that is inconsistent with

14  what the witness said while testifying.

15          If you believe the witness was inconsistent

16  — and I think we all agree that the witness, at least

17  some of these witnesses, talked about inconsistent

18  statements they had made — ask yourself if this makes

19  the witness' testimony less believeble.  Sometimes it

20  may; other times it may not.

21          Consider whether the inconsistency was about

22  something important or about some unimportant detail.

23  Ask yourself if it seemed like an innocent mistake or if

24  it seemed deliberate.

25          Again, thank you, thank you, thank you.

1          The length of this case, as I said at the
2   beginning, has been huge.  The volume of technical and
3   confusing exhibits is large.  The volume of technical and
4   confusing testimony is large.

5          You stuck it out.  You paid attention, and
6   as I said at the beginning, you fulfilled your duty.

7          Now, I add this one last line:  Now you
8   fulfill your oath.  Now, what is the oath?  Please follow
9   the oath, ladies and gentlemen.

10         Read the jury instructions, review the
11  exhibits, analyze and scrutinize the testimony.

12         Based upon what occurred in this courtroom
13  over the last two and-a-half weeks with the evidence that
14  you have, it is clear, unambiguously clear that the
15  Government has failed to prove their case beyond a
16  reasonable doubt.

17         It is not easy for you to go into that jury
18  deliberation room and fulfill the oath that you took.
19  Oaths are done by raising your hand.  They are not easy
20  to do, and because they are not easy to do — because
21  they are not assumed, that's why they make you take an
22  oath.

23         That's why they make you raise your hand and
24  swear that you are going to do it, regardless of what
25  your personal biases might be, whatever potential

1    prejudices you might have, whatever brief dispositions

2    you might have, some thoughts, experiences, opinions,

3    regardless of all that, you take an oath for a reason,

4    and that is to put all that aside.

5              And like Mr. Spock from Star Trek, you

6    fulfill your oath to objectively analyze the evidence

7    that you heard in this courtroom and apply it to the

8    Counts in the indictment and to utilize these jury

9    instructions to get there.

10             You can't simply, because they use the word

11   "they" or because they have the word conspiracy run from

12   first to third and shoot home.  That's what the

13   Government wants you to do here.  They want you to avoid

14   second base, to simply ignore the rules of baseball

15   because a win is important, but you can't.  Make the

16   Government round all the bases.  Make them follow the

17   rules.

18             Hold them to the burden that is created for

19   them by definition.  Make them prove to you that the jury

20   instructions that you will be given apply to the exhibits

21   and the testimony in this case.

22             Ladies and gentlemen, thank you, and on

23   behalf of my client Mr. Miclaus, thank you.  It has not

24   been easy.  It has not been short.  You could have quit.

25   You didn't.  That's unbelievably powerful to us.  Thank

1    you for fulfilling your oath.

2              Thank you very much.

3              THE COURT:  Ladies and gentlemen please feel

4    free to stand and stretch before the next argument, the

5    last argument.

6              THE COURT:  On behalf of the Government,

7    rebuttal argument, Mr. Duncan Brown.

8              MR. BROWN:  Thank you, your Honor.  Thank

9    you, ladies and gentlemen of the jury.

10             Before the Government presents the meat of

11   its closing argument the Government wants to point out

12   that it has never tried to shift its burden.  It has

13   always accepted that the burden, which is to prove the

14   case as alleged in the indictment.

15             That's why the Government has presented the

16   witnesses that it did.  That's why the Government

17   presented the evidence that it did.  It did not think it

18   is playing a baseball game.

19             The Government does not see your job as

20   anything other than the most important duty you can serve

21   in this country.  It is not a baseball game.  We are not

22   asking you to cheat at a game.  We are asking you to do

23   your duty.

24             We are asking you to do your job, and that's

25   why, when we talked to you, we presented you with not

1    only charges but the evidence and the testimony

2    supporting those charges so you can do your duty.  You

3    are not just being read the jury instructions.  You are

4    looking at the evidence.  You are looking at the

5    testimony, and you are looking at how it fits into the

6    charges.

7              And make no mistake, when the Bayrob Group

8    is mentioned, it is because it is conspiracy liability.

9    We are not — we are not using conspiracy liability.

10             The Government is not using conspiracy

11   liability to hide from any burden.  The Government is

12   using and is charging conspiracy liability to show the

13   full effect of the crimes of Bogdan Nicolescu and the

14   crimes of Radu Miclaus against the victims in the

15   United States who were robbed of money, who had their

16   computers infected, and who lost confidence in their

17   ability to go online and communicate with people.

18             This is not a game; this is not a joke, and

19   the Government has never used anything to shy away from

20   its burden, to shy away from its duty because the gravity

21   of the crimes committed by Bogdan Nicolescu, the gravity

22   of crimes committed by Radu Miclaus are that severe, that

23   serious.

24             For the last hour, hour-and-a-half, you have

25   heard all about the six Bayrob co-conspirators, Bayrob

1    witnesses, whatever you want to call them.

2             They are not the Government's friends.  We

3    didn't bring them into the Bayrob Group.  Bogdan

4    Nicolescu brought them into the Bayrob Group.

5    Radu Miclaus brought them into the Bayrob Group.

6             They are not our friends.  They are their

7    friends.  Bogdan Nicolescu recruited them.  Bogdan

8    Nicolescu gave them jobs.  Radu Miclaus split money with

9    them.  Radu Miclaus worked with them to deploy and

10   exploit the Bayrob Trojan.

11            You heard about prosecution letters and

12   non prosecution deals.  Those six witnesses did not get

13   the deals they got or did not come here regardless of

14   what they did.

15            They are here because of what they did

16   because they were members of the Bayrob Group, because

17   they were members of the conspiracy along with Bogdan

18   Nicolescu, along with Radu Miclaus.

19            They are here because they can provide to

20   you, the jury, an inside view of a conspiracy.  They

21   can provide an inside view of what happened in this

22   crime.

23            And you heard testimony from them.  They

24   worked with Nicolescu.  They were recruited by him.

25   Nicolescu configured their computers, he configured

1    encrypted hard drivers, he taught Bogdan Antonovici the

2    encryption for the Jabber chat.

3              And what they said was consistent, certainly

4    consistent with being criminals, consistent with being

5    criminals involved in a sophisticated criminal scheme.

6    And that scheme was created by Nicolescu.

7              We call it the Bayrob Trojan.  Liam O'Murchu

8    called it the Bayrob Trojan, but you heard from his

9    friends, you heard it was called MyBay.  It was called

10   MyeBay.  That's what Nicolescu called the Trojan,

11   MyeBay.

12             The Government submits to you he called it

13   MyeBay because that's what it did, it took eBay, and it

14   made it his.  It made it his MyeBay.  He didn't call it

15   amightysa's eBay.  He didn't call it Danet's brother's

16   eBay.  He didn't call it Dave's eBay; he called it

17   MyeBay.

18             Deception, trickery, misdirection.  This is

19   what Miclaus and what Miclaus trafficked in.  This is

20   what they counted on to commit their criminal enterprise.

21   But that is not what the Government presented to you.

22   That is not what the Government submits the evidence and

23   the testimony showed.

24             The Government never asked you here, as Mr.

25   Goldberg did, to imagine what's on a hard drive.  The

1  Government presented testimony that when those hard

2  drives were seized, they were LUKS encrypted.  They can't

3  be broken into.

4          We didn't say but just imagine the wealth of

5  criminal activity that could be on there.  The Government

6  did not just provide you with jury instructions and

7  that's it and say listen, we provided the — the

8  Government argues here today the evidence that came in

9  today, the testimony that came in over the last two weeks

10  and how it fit within each of the charges were presented

11  to you.

12          But what hasn't been mentioned the

13  Government submits, what hasn't been mentioned enough

14  because we talked a lot about the Romanian witnesses, we

15  talked a lot about human witnesses, there is one other

16  witness the Government submits, there is one other source

17  of information that has been alluded to that has been

18  criticized for being too big, for being too wordy, for

19  being too complex, but there is one other — there is one

20  other source witness that has been talked about, that has

21  been analyzed and has always been part of the testimony

22  from Liam O'Murchu's testimony, to Ryan MacFarlane

23  testimony, to both Danet brothers' testimony, both Dima

24  brothers' testimony, Matei's testimony and Antonovici's

25  testimony, and what is that?

1             It is the command and control server.  Don't
2   be tricked by the phrase practical infinite amount of
3   data, practical amount of data.  Don't be tricked by
4   that.

5             The data on the command and control server,
6   which was subject to search warrant, which was the
7   subject of T-IIIs, it is all the data that was collected
8   by the Bayrob Group.  It was data organized by the Bayrob
9   Group, all the members of the Bayrob Group.

10            All that data was analyzed, compiled, used,
11  maintained by the Bayrob Group.

12            The Bayrob Group used the Bayrob Trojan
13  created by Bogdan Nicolescu, deployed by Radu Miclaus
14  over hundreds and thousands of eBay auction frauds.  It
15  was deployed to go collect the information, to go bring
16  back information, to compile data, to amass data.

17            And then the Bayrob Group, Nicolescu, Danet,
18  the other Danet, Dima, the group helped analyze it,
19  helped use it so people like Miclaus could exploit it, so
20  other members could exploit it.

21            There is nothing scary, nothing wrong about
22  a conspiracy because it reflects each role that a member
23  plays within that conspiracy.

24            The infinite data that is being discussed in
25  this case is of the Bayrob Group's own creation.  What

1    didn't you hear?  You didn't hear that Special Agent

2    MacFarlane went out to eBay and pulled off of eBay

3    thousands and thousands of auction listings.  He didn't

4    have to.

5           It was all in the command and control

6    server, and you will have — where is it? — Government's

7    Exhibit 1126.  This is the directory tree from one of the

8    command and control servers.

9           It is a file listing of all the files in the

10   command and control server, and you can see — you can

11   see drone files; you can see cars being listed there.

12   You can see all sorts of files that relate to the

13   operation and the maintenance of the Bayrob Trojan and

14   the operation and the maintenance of the scheme carried

15   out by the Bayrob Group, including Bogdan Nicolescu,

16   including Radu Miclaus to infect as many computers as

17   possible to bring them online, so they can send spam to

18   infect more people, so they can do more auto fraud and so

19   they can cryptomine.

20          And it is not just what is on here; it is

21   also what links back to the command and control server

22   because the command and control server is that witness

23   that is always watching over this case because this is

24   what makes the Bayrob Trojan run.

25          This is where the information from the

1      Bayrob Trojan sits, and what do we know about that?  Look

2      to Government's Exhibits 1854, Government's Exhibit 1856,

3      hundreds and hundreds of e-mails and subject lines from

4      Bogdan Nicolescu at Master Fraud, Radu Miclaus as Minolta

5      9797 talking with other members of the Bayrob Group, line

6      after line after line about things you will see on the

7      directory tree, things you heard in evidence.

8                  You will hear about the .PHP.  You will see

9      lines about the .PHP files, and you heard from Ryan

10     MacFarlane and Liam O'Murchu and how the .PHP files were

11     necessary to run this Trojan.

12                 Minor force; talked about minor force

13     earlier.  You will hear — you will see lines about

14     ePoll.  You will see lines about .exe.dep, and when you

15     see lines about .exe.dep, think back to a couple of

16     things.

17                 Think back to the testimony of Liam O'Murchu

18     and Ryan MacFarlane who both said, you know, Liam

19     O'Murchu in his millions of lines of code review is a

20     buyer's sort of a specialist, he had never seen .exe.dep.

21                 That's consistent with Ryan MacFarlane's

22     testimony, that 15 years in the FBI doing these sorts of

23     crimes he had never seen .exe.dep, but then he said,

24     looking at Exhibit 2069, 2-0-6-9, which is that Bayrob

25     code, he reviewed the code because Special Agent

1    MacFarlane is trained to read code, and he saw in that

2    code in the Bayrob Trojan code the .exe.dep.

3                  And he said nothing could run without the

4    .exe.dep.  It was a fingerprint.  It was a fingerprint.

5    And when you see e-mails outside the command and control

6    server talking about those kinds of fingerprints and you

7    go back into the command and control server and you see

8    the fingerprints of .exe.dep, you see the fingerprints of

9    minor force inside and outside the command and control

10   server.

11                 And then you see the fingerprints of Minolta

12   and his work spaces and Master Fraud in the command and

13   control server.  This is beyond a reasonable doubt,

14   ladies and gentlemen, what that command and control

15   server was used for.  It was used as part of the

16   conspiracy.

17                 Now, ladies and gentlemen of the jury, you

18   might look at me and say "I don't see the Master Fraud

19   work space."

20                 Ladies and gentlemen of the jury, this 29

21   pages, 28 pages, I apologize, this is Bogdan Nicolescu's

22   work space.  The entire command and control server was

23   his work space and his fingerprints, and his identity is

24   all over it.

25                 If you look at Exhibit 1141, if you look at

1    Exhibit 1741, 1204, you will see that all of these result

2    back to host sites that begin my 3, my 4, all over the

3    directory tree.  You will see my SQL, and SQL with a

4    program, if you remember, that harvested e-mails and

5    organized data in the directory.

6              You will see my 4 drones, my, my, my, my,

7    my.  Where else did we see my?  MyeBay.  MyeBay lives in

8    the command and control server.  MyeBay exists and

9    justifies the existence of the command and control

10   server.

11             Whose eBay is it?  Bogdan Nicolescu's.

12             Who is my 4 drone?  Bogdan Nicolescu's.

13             Who is my whatever in the directory?  Bogdan

14   Nicolescu's.

15             This is his work space.  He didn't just have

16   one directory.  He had the entire command and control

17   server.

18             And again, going back to the home computers

19   and — well, he didn't find anything on the home

20   computers.  First of all, they are encrypted, very well

21   encrypted, but ladies and gentlemen of the jury, use your

22   common sense.  You are allowed to use your common sense.

23             If you are a criminal, where do you put

24   criminal matters?  On a protected environment that takes

25   several steps to get to that.  Nobody knows where it

1    exists or when you put it on a home computer that might

2    get raided, might get searched.

3            If you want to keep it close to your home,

4    the Government submits you LUKS encrypt it.  You take

5    steps so it is harder to break into.  The Government

6    submits that's what the testimony supports showing what

7    Nicolescu and Miclaus and everybody else did with their

8    home devices.

9            They encrypted it, so it is hard to break

10   into, but on the command and control server where they

11   felt safe, where they felt safe with their little

12   criminal clubhouse, that's when they could use their

13   names, and that's when they could speak more freely and

14   have their work spaces.

15           Just very briefly, I want to touch, too, on

16   the role of this code, the O'Murchu code, and they say,

17   well, that doesn't prove anything.  That just inflames

18   the passion of the jury.  What's the point of showing

19   that code?

20           Ladies and gentlemen of the jury, it is

21   Bogdan Nicolescu's code.  He wrote it.  And what does he

22   put in it?  Does he put in information that is useful?

23   Sure.  But he puts in a dig at the researcher, who is

24   looking into him.

25           There is no point except as to identify

1    "look at me.  You don't know who I am, but I am taunting

2    you."  That's the role of that code.  That was a taunt by

3    the man who in high school and for most of his life has

4    been called a tampon.

5            That is what a man who is called a tampon

6    does, he gives himself a name Master Fraud, and when he

7    thinks that he can hide behind the name Master Fraud and

8    hide beyond encryption, then he goes out and taunts

9    people, and he taunts people, and he mocks people where

10   he thinks they can't find him.  That's the point of that

11   code.

12           Ladies and gentlemen of the jury, look back

13   to the command and control server.  Look back to all of

14   the evidence presented over these last two weeks, all of

15   the testimony.

16           You will see consistencies among the victims

17   of how they were victimized with members of the Bayrob

18   Group, how they were victimizing them.  You will see

19   consistencies among the investigators, what they

20   received; again, how the Bayrob Group was communicating,

21   how they were operating when they thought nobody was

22   looking.

23           Watch that, ladies and gentlemen, but data

24   that was created and controlled by the Bayrob Group, by

25   Bogdan Nicolescu, by Radu Miclaus for the benefit of

1    themselves, for the benefit of the Bayrob group.

2                And again, when you go through the jury

3    instructions, when you go through the evidence — and I

4    am not going to go through count by count — but always

5    look at what the evidence showed in relation to those

6    Counts.  Think about when you are looking at the wire

7    fraud the role of Donna Wolfe and Valetin Danet.

8                What were their roles?  That was to

9    perpetuate a wire fraud.  Donna Wolfe engaged in a wire

10   fraud — pardon me — Valetin Danet through his

11   activities made sure the money was transferred.

12               Look — when you are looking at Count 14,

13   remember the testimony of O'Murchu and of Special Agent

14   Ryan MacFarlane, that the computers were slowed down;

15   that there was damage to them.

16               Remember the victims; that they had to take

17   them to be fixed.  And remember the Twitter page of

18   Radu Miclaus.  The Twitter page talked about Ypool,

19   talked about cryptomining.  That's your connection.

20   That's one of the connections.  The other connection is

21   Minolta is talking about cryptomining in Exhibit 1854 and

22   1856 on e-mails.

23               Count 15, we have talked about.  Count 15,

24   the connection to Defendant Radu Miclaus, to eBay, I

25   mean, 934 postings in Exhibit 1741 with fake eBay

1    trademarks, false and misleading trademark counts.

2                    And we have talked about the victims.  We

3    have talked about 16 through 20, about the aggravated

4    identity victims and how their credit cards were used and

5    they were possessed and how were they used and possessed

6    to support the criminal infrastructure of the Bayrob

7    Group, and that leads right into the money laundering.

8                    Again, these schemes are all interrelated

9    because the overall scheme is defraud is people, making

10    money, moving money overseas to get the money out of

11    America.

12                    And that's what the money laundering is

13    about.  Everything the eBay Group did or the Bayrob Group

14    did was to move the money out of the U.S. back to

15    Romania.

16                    They hosted servers to make their harvesting

17    more efficient, and they did that using stolen credit

18    cards.  They have used mules.  They used multiple layers

19    of mules, and they used false websites to trick people

20    into thinking they were doing a legitimate job; money

21    laundering, ladies and gentlemen.

22                    Domain names, we have talked about that

23    enough.  Look — and I am almost done here — but again,

24    when you get back to the jury chambers, look back to the

25    Jabber chats.  If there is any doubt as to what the

1    intent of Radu Miclaus or Bogdan Nicolescu was, page 193

2    of the Jabber chats of Exhibit 367, obe, Bogdan Nicolescu

3    writes to Danet, "Romeo, we beat them.  Now we really

4    have them but little money.  But we have enough for a

5    loaf of bread, and I think power is more important

6    anyway.  Last time we had money but no power."

7             Danet says "I don't know.  We still do need

8    to make money.

9             "Nicolescu:  We will.

10            Ladies and gentlemen of the jury, when you

11   go back to deliberate, you are not going to leave your

12   common sense at the door.  You are not going to just look

13   at the jury instructions independent and separate from

14   the evidence, and you are not going to look at each piece

15   of evidence separate and apart from all of the other

16   testimony and all of the evidence.

17            The United States of America is not asking

18   you to do anything but to look at all of the evidence,

19   consider all of the testimony, put it within the

20   framework of the jury instructions, and return the only

21   verdict that the evidence and the testimony support,

22   which is guilty to all Counts for Bogdan Nicolescu,

23   guilty on all Counts as to Radu Miclaus.

24            Thank you very much.

25            THE COURT:  Ladies and gentlemen, we will

1    take our luncheon recess.  Please be downstairs at 1:30.

2    We will call for you at that time.  This case is not

3    over.  Do not form any opinion, do not talk about the

4    case.  Have a good lunch.

5                    All rise for the jury.

6                    (Luncheon recess taken.)

7                          - - - - -

8

9

10

11

12

13                    AFTERNOON SESSION

14                    THE COURT:  Folks, you may take the packet

15   off of your chairs and be seated.

16                    Now, ladies and gentlemen, it is my personal

17   practice to give each one of the jurors a copy of my jury

18   instructions.

19                    If you choose to follow along with me, which

20   I suggest that you do, please stay on the same page I am

21   on.  Feel free to mark these up.  You are going to be

22   allowed to take them back in with you in the jury room.

23                    You must keep them in the jury room, but at

24   the conclusion of your deliberations, these will be

25   collected and shredded.  So feel free to put your own

1    personal notes on them.  Again, please stay on the same

2    page I am on.

3                    Members of the jury, you may turn now to

4    page — at the bottom it says page 1 after the cover

5    page.

6                    Members of the jury, now it is time for me

7    to instruct you about the law that you must follow in

8    deciding this case.  I will start by explaining your

9    duties and the general rules that apply in every criminal

10   case.

11                   Then, I will explain the elements or parts

12   of the crimes that each Defendant is accused of

13   committing.  Then, I will explain some rules that you

14   must use in evaluating particular testimony and evidence.

15                   And last, I will explain the rules that you

16   must follow during your deliberations in the jury room

17   and the possible verdicts that you may return.

18                   Please listen very carefully to everything I

19   say.

20                   You have two main duties as jurors:

21                   The first one is to decide what the facts

22   are from the evidence that you saw and heard here in

23   Court.  Deciding what the facts are is your job, not

24   mine, and nothing that I have said or done during this

25   trial was meant to influence your decision about the

1    facts in any way.

2                Your second duty is to take the law that I

3    give you, apply it to the facts, and decide if the

4    Government has proved each Defendant guilty beyond a

5    reasonable doubt.

6                It is my job to instruct you about the law,

7    and you are bound by the oath that you took at the

8    beginning of the trial to follow the instructions that I

9    give you, even if you personally disagree with them.

10                This includes the instructions I gave you

11    before and during the trial and these instructions.  All

12    of the instructions are important, and you should

13    consider them together as a whole.

14                The lawyers have talked about the law during

15    their arguments, but if what they said is different from

16    what I say, you must follow what I say.  What I say about

17    the law controls.

18                Perform these duties fairly.  Do not let any

19    bias, sympathy, or prejudice that you may feel toward one

20    side or the other influence your decision in any way.

21                As you know, each Defendant has pleaded not

22    guilty to the crime, crimes charged in the indictment.

23    The indictment is not evidence at all of guilt; it is

24    just the formal way that the Government tells each

25    Defendant what crime he is accused of committing.

1          It does not even raise any suspicion of

2     guilt.   Instead each Defendant starts the trial with a

3     clean slate with no evidence at all against him, and the

4     law presumes that he is innocent.

5          This presumption of innocence stays with him

6     unless the Government presents evidence here in Court

7     that overcomes the presumption and convinces you beyond a

8     reasonable doubt that he is guilty.

9          This means that each Defendant has no

10    obligation to present any evidence at all or to prove to

11    you in any way that he is innocent.   It is up to the

12    Government to prove that he is guilty, and this burden

13    stays on the Government from start to finish.

14         You must find each Defendant not guilty

15    unless the Government convinces you beyond a reasonable

16    doubt that he is guilty.   The Government must prove every

17    element of the crime charged beyond a reasonable doubt.

18         Proof beyond a reasonable doubt does not

19    mean proof beyond all possible doubt.   Possible doubts or

20    doubts based purely on speculation are not reasonable

21    doubts.

22         A reasonable doubt is a doubt based on

23    reason and common sense.   It may arise from the evidence,

24    the lack of evidence, or the nature of the evidence.

25         Proof beyond a reasonable doubt means proof

1   which is so convincing that you would not hesitate to

2   rely and act on it in making the most important decisions

3   in your own lives.

4          If you are convinced that the Government has

5   proved a Defendant guilty beyond a reasonable doubt, say

6   so by returning a guilty verdict.  If you are not

7   convinced, say so by returning a not guilty verdict.

8          You must make your decision based only on

9   the evidence that you saw and heard here in Court.  Do

10  not let rumors, suspicions, or anything else that you may

11  have seen or heard outside of Court influence your

12  decision in any way.

13         The evidence in this case includes only what

14  the witnesses said while they were testifying under oath,

15  the exhibits that I allowed into evidence, and the

16  stipulations that the lawyers agreed to.  Nothing else is

17  evidence.

18         The lawyers' statements and arguments are

19  not evidence.  Their questions and objections are not

20  evidence.  My legal rulings are not evidence, and my

21  comments and questions are not evidence.

22         During the trial, I did not let you hear the

23  answers to some of the questions that the lawyers asked.

24  I also ruled that you could not see some of the exhibits

25  that the lawyers wanted you to see, and sometimes I

1    ordered you to disregard things that you saw or heard or

2    I struck things from the record.

3              You must completely ignore all of these

4    things.  Do not even think about them.  Do not speculate

5    about what a witness might have said or what an exhibit

6    might have shown.

7              These things are not evidence, and you are

8    bound by your oath not to let them influence your

9    decision in any way.

10             Make your decision based only on the

11   evidence as I have defined it here and nothing else.  You

12   should use your common sense in weighing the evidence.

13   Consider it in light of your everyday experience with

14   people and events and give it whatever weight you believe

15   it deserves.

16             If your experience tells you that certain

17   evidence reasonably leads to a conclusion, you are free

18   to reach that conclusion.

19             Now, some of you may have heard the terms

20   "direct evidence" and "circumstantial evidence."

21             Direct evidence is simply evidence like the

22   testimony of an eyewitness, which, if you believe it,

23   directly proves a fact.

24             If a witness testified that he saw it

25   raining outside and you believed him, that would be

1    direct evidence that it was raining.

2                Circumstantial evidence is simply a chain of

3    circumstances that indirectly proves a fact.

4                If someone walked into this courtroom

5    wearing a raincoat covered with drops of water and

6    carrying a wet umbrella, that would be circumstantial

7    evidence from which you could conclude that it was

8    raining.

9                It is your job to decide how much weight to

10   give the direct and circumstantial evidence.  The law

11   makes no distinction between the weight that you should

12   give to either one or say that one is any better evidence

13   than the other.

14               You should consider all of the evidence,

15   both direct and circumstantial, and give it whatever

16   weight you believe it deserves.

17               Another part of your job as jurors is to

18   decide how credible or believable each witness was.

19               Now, this is your job, not mine.  It is up

20   to you to decide if a witness' testimony was believable

21   and how much weight you think it deserves.

22               You are free to believe everything that a

23   witness said or only part of it or none of it at all.

24   But you should act reasonably and carefully in making

25   these decisions.

1          Let me suggest some things for you to

2     consider in evaluating each witness' testimony.  Ask

3     yourself if the witness was able to clearly see or hear

4     the events.  Sometimes even an honest witness not have

5     been able to see or hear what was happening and may make

6     a mistake.

7          Ask yourselves how good the witness' memory

8     seemed to be.  Did the witness seem to be able to

9     accurately remember what happened?

10          Ask yourself if there was anything else that

11     may have interfered with the witness' ability to perceive

12     or remember the events.  Ask yourself how the witness

13     acted while testifying.

14          Did the witness appear honest, or did the

15     witness appear to be lying?  Ask yourself if the witness

16     had any relationship to the Government or the Defendant

17     or anything to gain or lose from the case that might

18     influence a witness' testimony.

19          Ask yourself if the witness had any bias or

20     prejudice or reason for testifying that might cause the

21     witness to lie or to slant the testimony in favor of one

22     side or the other.

23          Ask yourself if the witness testified

24     inconsistently while on the witness stand or if the

25     witness said or did something or failed to say or do

1    something at any other time that is inconsistent with

2    what the witness said while testifying.

3              If you believe that the witness was

4    inconsistent, ask yourself if this makes the witness'

5    testimony less believable.  Sometimes it may; other times

6    it may not.

7              Consider whether the inconsistency was about

8    something important or about some unimportant detail.

9    Ask yourself if it seemed like an innocent mistake or if

10   it seemed deliberate.

11             And ask yourself how believable the witness'

12   testimony was in light of all the other.  Was the

13   witness' testimony supported or contradicted by evidence

14   that you found believable?

15             If you believe that a witness' testimony was

16   contradicted by other evidence, remember that people

17   sometimes forget things, and that even two honest people

18   who witness the same event may not describe it exactly

19   the same way.

20             These are only some of the things that you

21   may consider in deciding how believable each witness was.

22   You may also consider other things that you think shed

23   some light on the witness' believability.

24             Use your common sense and your everyday

25   experience in dealing with other people, and then decide

1    what testimony you believe and how much weight you think

2    it deserves.

3              One more point about witnesses:  Sometimes

4    jurors wonder if the number of witnesses who testified

5    makes any difference.  Do not make any decisions based

6    only on the number of witnesses who testified.

7              What is more important is how believable the

8    witnesses were and how much weight you think their

9    testimony deserves.  Concentrate on that, not the

10   numbers.

11             And there is one more general subject I want

12   to talk to you about before I begin explaining the

13   elements of — it should be crimes charged.  The lawyers

14   for both sides objected to some of the things that were

15   said or done during the trial.

16             Do not hold that against either side.  The

17   lawyers have a duty to object whenever they think that

18   something is not permitted by the rules of evidence.

19             Those rules are designed to make sure that

20   both sides receive a fair trial, and do not interpret my

21   rulings on their objections as any indication as how I

22   think the case should be decided.

23             My rulings were based on the rules of

24   evidence, not on how I feel about the case.  Remember

25   that your decision must be based only on the evidence

1    that you saw and heard here in Court.

2              That concludes the part of my instructions

3    explaining your duties and general rules that apply in

4    every criminal case.

5              In a moment, I will explain the elements of

6    the crimes that each Defendant is accused of committing.

7    But before I do that, I want to emphasize that each

8    Defendant is only on trial for the particular crimes

9    charged in the indictment.

10             Your job is limited to deciding whether the

11   Government has proved the crimes charged.  Also, keep in

12   mind that whether anyone else should be prosecuted and

13   convicted for a crime is not a proper matter for you to

14   consider.

15             The possible guilt of others is no defense

16   to a criminal charge.  Your job is to decide if the

17   Government has proved each Defendant guilty.

18             Do not let the possible guilt of others

19   influence your decision in any way.  The Defendants have

20   been charged with several crimes.  The number of charges

21   is no evidence of guilt, and this should not influence

22   your decision in any way.

23             And in our system of justice, guilt or

24   innocence is personal and individual.  It is your duty to

25   separately consider the evidence against each Defendant

1    on each charge and to return a separate verdict for each

2    of them.

3              For each one, you must decide whether the

4    Government has presented proof beyond a reasonable doubt

5    that a particular Defendant is guilty of a particular

6    charge.

7              Your decision on any one Defendant or

8    charge, whether it is guilty or not guilty, should

9    not influence your decision on another Defendant or

10    charges.

11              Next, I want to say a word about the date

12    mentioned in the indictment.  The indictment charges that

13    the crimes happened on or about or in or around dates

14    stated for the various counts.

15              The Government does not have to of prove

16    that the crimes happened on those exact dates, but the

17    Government must prove that the crimes happened reasonably

18    close to those dates.

19              Next, I want to explain something about

20    proving a Defendant's state of mind.  Ordinarily, there

21    is no way that a Defendant's state of mind can be proved

22    directly because no one can read another person's mind

23    and tell what that person is thinking.

24              But a Defendant's state of mind can be

25    proved indirectly from the surrounding circumstances, and

1    this includes things like what the Defendant said, what

2    the Defendant did, how the Defendant acted, and any other

3    facts or circumstances in evidence that show what was in

4    the Defendant's mind.

5              You may also consider the natural and

6    probable results of any acts that each Defendant

7    knowingly did or did not do and whether it is reasonable

8    to conclude that the Defendant intended those results.

9              This, of course, is all for you to decide.

10             Although the indictment charges that the

11   statute was violated by acts that are connected by the

12   word "and," it is sufficient if the evidence establishes

13   a violation of the statute by any one of the acts

14   charged.

15             Of course, this must be proved beyond a

16   reasonable doubt.

17             Now, folks, the Court will provide you with

18   a copy of the indictment.  Included in the indictment are

19   not only the counts but also general allegations

20   applicable to the counts.

21             Please remember that the indictment is not

22   evidence and may not be considered as evidence against

23   any Defendant.

24             Defendants Bogdan Nicolescu and Radu Miclaus

25   are charged in Count 1 with conspiracy to commit wire

 1    fraud in violation of Title 18, United States Code,

 2    Section 1343, all in violation of Title 18, United States

 3    Code, Section 1349.

 4              Counts 2 through 13 of the indictment charge

 5    Defendants Bogdan Nicolescu and Radu Miclaus with wire

 6    fraud in violation of Title 18, United States Code,

 7    Section 1343.

 8              Count 14 of the indictment charges

 9    Defendants Bogdan Nicolescu and Radu Miclaus with

10    conspiracy to commit the crime of fraudulent access to

11    computers in violation of Title 18, United States Code,

12    Section 371.

13              Additionally, Defendants Bogdan Nicolescu

14    and Radu Miclaus are also charged with the following:

15              Count 15, conspiracy to traffic in

16    counterfeit service marks in violation of Title 18 United

17    States Code, Section 2320(a)(1);

18              Counts 16 through 20, aggravated identity

19    theft in violation of Title 18 United States Code,

20    Sections 1028A(a)(1) and (2);

21              Count 21, conspiracy to commit money

22    laundering in violation of Title 18 United States Code

23    Section 1956(h).

24              Defendants Bogdan Nicolescu and Radu Miclaus

25    have pleaded not guilty to the charges.  Each Defendant

1    has been charged with several counts of conspiracy to

2    commit various offenses.

3                    In some instances, they have also been

4    charged with actually committing the underlying offenses

5    themselves.  We call those underlying offenses,

6    substantive offenses.

7                    Under the law, participating in a conspiracy

8    to commit a crime is an entirely separate and distinct

9    charge from the actual violation of the substantive

10   offense or offenses, which may be the object of the

11   conspiracy.

12                   As I will instruct you in more detail later,

13   it is a crime for two or more people to conspire to

14   commit a criminal act, even if they never actually

15   achieve their goal.

16                   What matters in a conspiracy is whether the

17   Defendant agreed to commit the underlying offense or

18   offenses, not whether his conduct would actually have

19   constituted that offense or offenses.

20                   Therefore, all the elements of the

21   underlying substantive offense or offenses need not be

22   met in order for you to find that there was a conspiracy

23   to commit a specified underlying crime.

24                   Now, elements of wire fraud.

25                   Counts 2 through 13 of the indictment charge

1    each Defendant with wire fraud.

2              Count 1 charges conspiracy to commit wire

3    fraud, and Count 21 charges conspiracy to commit money

4    laundering, wherein wire fraud is one of the several

5    objects of the conspiracy.

6              For you to find each Defendant guilty of

7    wire fraud, you must find that the Government has proved

8    each and every one of the following elements beyond a

9    reasonable doubt:

10             First, that each Defendant knowingly

11   participated in, devised, and intended to devise a scheme

12   to defraud in order to obtain money or property, that is,

13   that victims transferred funds to U.S. based money mules

14   working for the Bayrob Group via wire transfer under the

15   incorrect belief that they were purchasing an actual item

16   listed on the eBay site.

17             In reality, each transaction involved a

18   non existent item listed on a fraudulent eBay page

19   created by the Bayrob Group, which was injected on to the

20   computer — on to the victim's computer by the

21   Bayrob Trojan, each of which was an interstate or foreign

22   wire communication constituting a separate and distinct

23   offense.

24             Second, that the scheme included a material

25   misrepresentation or concealment of a material fact.

1          Third that each Defendant had the intent to

2     defraud.

3          And fourth, that each Defendant used wire

4     communications or caused another to use wire

5     communications in interstate or foreign commerce in

6     furtherance of the scheme.

7          Now, I will give you more detailed

8     instructions on some of these terms.

9          A scheme to defraud includes any plan or

10    course of action by which someone intends to deprive

11    another of money or property by means of false or

12    fraudulent pretenses, representations, or promises.

13          The term "false or fraudulent pretenses,

14    representations, or promises" means any false statements

15    or assertions that concern a material aspect of the

16    matter in question that were either known to be untrue

17    when made or made with reckless indifference to their

18    truth.

19          They include actual direct false statements

20    as well as half truths and the knowing concealment of

21    material facts.

22          An act is knowingly done if done voluntarily

23    and intentionally and not because of mistake or some

24    other innocent reason.

25          A misrepresentation or concealment is

1   material if it has a natural tendency to influence or is

2   capable of influencing the decision of a person of

3   ordinary prudence and comprehension.

4           To act with intent to defraud means to act

5   with an intent to deceive or cheat for the purpose of

6   either causing a financial loss to another or bringing

7   about a financial gain to one's self or to another

8   person.

9           To cause wire communications to be used is

10  to do an act with knowledge that the use of the

11  communications will follow in the ordinary course

12  of business or where such use can reasonably be

13  foreseen.

14          The term "interstate or foreign commerce"

15  includes wire communications which crossed a state line.

16  It is not necessary that the Government prove all of the

17  details alleged concerning the precise nature and purpose

18  of the scheme;

19          That the material transmitted by wire

20  communications was itself false or fraudulent;

21          That the alleged scheme actually succeeded

22  in defrauding anyone;

23          That the use of a wire communications was

24  intended as the specific or exclusive means of

25  accomplishing the alleged fraud;

1          That someone relied on the misrepresentation

2    or false statement, or that the Defendant obtained money

3    or property for his own benefit.

4          Count 1 of the indictment charges Defendants

5    Bogdan Nicolescu and Radu Miclaus with the crime of

6    conspiracy to commit wire fraud, Title 18, United States

7    Code, Section 1349, wherein wire fraud, Title 18 United

8    States Code, Section 1343 is the substantive offense of

9    conspiracy.

10          Now, the elements of wire fraud were

11   explained previously.  I just explained them, so now I

12   am going to explain the conspiracy portion of the

13   charge.

14          It is a crime for two or more persons to

15   conspire or agree to commit a criminal act even if they

16   never actually achieve their goal.  A conspiracy is a

17   kind of criminal partnership.

18          For you to find a Defendant guilty of the

19   conspiracy as charged in Count 1, the Government must

20   prove each and every one of the following elements beyond

21   a reasonable doubt.

22          First, that two or more persons conspired or

23   agreed to commit the crime of conspiracy;

24          Second, that the Defendant knowingly and

25   voluntarily joined the conspiracy.  You must be convinced

1    that the Government has proved all of these elements

2    beyond a reasonable doubt in order to find a Defendant

3    guilty of the conspiracy charge.

4              And with regard to the first element, a

5    criminal agreement, the agreement must prove — strike

6    that — the Government must prove that two or more

7    persons conspired or agreed to cooperate with each other

8    to commit the crime of wire fraud.

9              This does not require proof of any formal

10   agreement, written or spoken, nor does this require

11   proof that everyone involved agreed on all of the

12   details.

13             But proof that people simply met together

14   from time to time and talked about common interests or

15   engaged in similar conduct is not enough to establish a

16   criminal agreement.

17             These are things that you may consider in

18   deciding whether the Government has proved an agreement,

19   but without more, they are not enough.

20             What the Government must prove is that

21   there was a mutual understanding, either spoken or

22   unspoken, between two or more people to cooperate with

23   each other to commit the crime of wire fraud.  This is

24   essential.

25             An agreement can be proved indirectly by

1   facts and circumstances, which lead to a conclusion that

2   an agreement existed.  But it is up to the Government to

3   convince you that such facts and circumstances existed in

4   this particular case.

5             If you are convinced that there was a

6   criminal agreement, then you must decide whether the

7   Government has proved — it should be that the Defendant

8   knowingly and voluntarily joined that agreement.

9   You must consider each Defendant separately in this

10  regard.

11            To convict any Defendant, the Government

12  must prove that he knew the conspiracy's main purpose,

13  and that he voluntarily joined it intending to help

14  advance or achieve its goals.

15            This does not require proof that a Defendant

16  knew everything about the conspiracy or everyone else

17  involved or that he was a member of it from the very

18  beginning.

19            Nor does it require proof that the Defendant

20  played a major role in the conspiracy or that his

21  connection to it was substantial.  A slight role or

22  connection may be enough.

23            But proof that a Defendant simply knew about

24  a conspiracy or was present at times or associated with

25  members of the group is not enough, even if he approved

1    of what was happening or did not object to it.

2    Similarly, just because a Defendant may have done

3    something that happened to help a conspiracy does not

4    necessarily make him a conspirator.

5              These are all things you may consider in

6    deciding whether the Government has proved that a

7    Defendant joined a conspiracy, but without more, they are

8    not enough.

9              A Defendant's knowledge can be proved

10   indirectly by facts and circumstances, which lead to a

11   conclusion that he knew the conspiracy's main purpose.

12   But it is up to the Government to convince you that

13   such facts and circumstances existed in this particular

14   case.

15             Now, some of the people who may have been

16   involved in these events are not on trial.  This does not

17   matter.  There is no requirement that all members of a

18   conspiracy be charged and prosecuted or tried together in

19   one proceeding, nor is there any requirement that the

20   names of the other conspirators be known.

21             An indictment can charge a Defendant with

22   conspiracy involving people whose names are not known as

23   long as the Defendant — strike that — as long as the

24   Government can prove that the Defendant conspired with

25   one or more of them.  Whether they are named or not does

1    not matter.

2              Now, some of the events that you have heard

3    about happened in other places.  There is no requirement

4    that the entire conspiracy take place here in the

5    Northern District of Ohio.

6              But for you to be return a guilty verdict on

7    the conspiracy charge, the Government must convince you

8    that either the agreement or one of the acts in

9    furtherance took place here in the Northern District of

10   Ohio.

11             Unlike all the other elements that I have

12   described, this is just a fact that the Government only

13   has to prove by a preponderance of the evidence.  This

14   means that the Government only has to convince you that

15   it is more likely than not that part of the conspiracy

16   took place here.

17             Remember that all the other elements I have

18   described must be proved beyond a reasonable doubt.

19             Now, folks, there are two ways that the

20   Government can prove the Defendants' guilt of the crime

21   of the conspiracy to commit wire fraud.  The first is

22   convincing you that they personally committed or

23   participated in this crime.

24             The second is based on the legal rule that

25   all members of a conspiracy are responsible for acts

1    committed by the other members as long as those acts are

2    committed to help advance the conspiracy and are within

3    the reasonably foreseeable scope of the agreement.

4              In other words, under certain circumstances,

5    the act of one conspirator may be treated as the act of

6    all.  The means that all the conspirators may be

7    convicted of a crime committed by only one of them, even

8    though they did not personally participate in that crime

9    themselves.

10             But for you to find any one of the

11   Defendants guilty of conspiracy to commit wire fraud

12   based on this legal rule, you must be convinced that the

13   Government has proved each and every one of the following

14   elements beyond a reasonable doubt:

15             First, that the Defendant was a member of

16   the conspiracy charged in Count 1 of the indictment;

17             Second, that after he joined the conspiracy

18   and while he was still a member of it, one or more of the

19   other members committed the crime of conspiracy to commit

20   wire fraud;

21             Third, that this crime was committed to help

22   advance the conspiracy;

23             And fourth, that this crime was within the

24   reasonably foreseeable scope of the unlawful project.

25             The crime must have been one that the

1    Defendant could have reasonably anticipated as a

2    necessary or natural consequence of the agreement.  This

3    does not require proof that each Defendant specifically

4    agreed or knew that the crime would be committed, but the

5    Government must prove that the crime was within the

6    reasonable contemplation of the persons who participated

7    in the conspiracy.

8              No Defendant is responsible for the acts of

9    others that go beyond the fair scope of the agreement as

10   the Defendant understood it.

11             Conspiracy to commit an offense.  Basic

12   elements as charged in Count 14, overt act required.

13             Count 14 of the indictment accuses the

14   Defendants of a conspiracy to commit the crime of

15   fraudulent access to computers in violation of federal

16   law.

17             It is a crime for two or more persons to

18   conspire or agree to commit a criminal act even if they

19   never actually achieve their goal.  A conspiracy, again,

20   is a kind of criminal partnership.

21             For you to find a Defendant guilty of the

22   conspiracy as charged in Count 14, the Government must

23   prove each and every one of the following elements beyond

24   a reasonable doubt:

25             First, that two or more persons conspired or

1   agreed to commit the crime of fraudulent access to

2   computers;

3          Second, that the Defendant knowingly and

4   voluntarily joined the conspiracy;

5          And third, that a member of the conspiracy

6   did one of the overt acts described in the indictment for

7   the purpose of the advancing or helping the conspiracy.

8          You must be convinced that the Government

9   has proved all of these elements beyond a reasonable

10  doubt in order to find any Defendant guilty of the

11  conspiracy charge.

12         Note that while this conspiracy charge

13  requires proof of an overt act, the other conspiracy

14  charges, Count 1, wire fraud conspiracy, Count 21, money

15  laundering conspiracy do not require proof of an overt

16  act.

17         The third element that the Government must

18  prove is that a member of the conspiracy did one of the

19  overt acts described in the indictment for the purpose of

20  advancing or helping the conspiracy.

21         The indictment lists overt acts.  The

22  Government does not have to prove that all these acts

23  were committed or that any of these acts were themselves

24  illegal, but the Government must prove that at least one

25  of these acts was committed by a member of the

1    conspiracy, and that it was committed for the purpose of

2    advancing or helping the conspiracy.  This is essential.

3                    Count 14 of the indictment charges

4    Defendants Bogdan Nicolescu and Radu Miclaus with the

5    crime of conspiracy, Title 18 United States Code, Section

6    371, wherein several subsections of the crime of

7    fraudulent access to computers, Title 18, United States

8    Code Section 1030 are the substantive offenses of the

9    conspiracy, obtaining information by computer, protected

10   computer.

11                   For you to find each Defendant guilty of

12   conspiring to commit fraudulent access to computers as

13   defined in Title 18, Section 1030(a)(2)(C) of the United

14   States Code, the Government must prove that the

15   Defendants conspired to commit the following offense:

16                   First, Defendants conspired to intentionally

17   access a computer without authorization to obtain

18   information from the computer;

19                   And second, the computer from which the

20   information was to be obtained was to be a computer that

21   was at times used in or affected commerce or

22   communication between one state and other states or

23   between the state of the United States and a foreign

24   country.

25                   For you to find each Defendant guilty of

1      conspiracy to access a computer to defraud and obtain

2      value as defined in Title 18, Section 1030(a)(4) of the

3      United States Code, the Government must prove that each

4      of the Defendants conspired to commit the following

5      crime:

6              First, each Defendant conspired to knowingly

7      access without authorization a computer that was at times

8      used in or affected commerce or communication between one

9      state and other state or states or between a state of the

10     United States and a foreign country;

11             Second, each Defendant conspired to do so

12     with the intent to defraud;

13             Third, each Defendant intended to further

14     their fraud by accessing the computer without

15     authorization;

16             And fourth, each Defendant conspired to

17     obtain something of value other than the mere use of the

18     victim's computer by accessing the computer without

19     authorization.

20             Intentional damage to a protected computer.

21             For you to find each Defendant guilty of

22     conspiring to damage a protected computer as defined in

23     Title 18, Section 1030(a)(5)(A) of the United States

24     Code, the Government must prove each of the Defendants

25     conspired to commit the following crime:

1            First, each Defendant conspired to knowingly

2    cause the transmission of a program, information, code,

3    or command to a computer;

4            Second, each Defendant conspired to

5    intentionally impair without authorization the integrity

6    or availability of data programs, systems information as

7    a result of the transmission;

8            And third, the computer the Defendants

9    intended to impair was at times used in or affected

10   commerce or communication between one state and other

11   states or between a state of the United States and a

12   foreign country;

13           And fourth, the Defendants conspired to so

14   impair ten or more computers in a one-year period.

15           If you find that the Government has

16   established the first three elements but not the fourth

17   element, that is, Defendants conspired to impair ten or

18   more computers in a one-year period, you should find the

19   Defendant guilty of misdemeanor conspiring to damage a

20   protected computer as defined in Title 18, Section

21   1030(a)(5)(A) of the United States Code.

22           However, if you find Defendants guilty of

23   either one of the other two objects of the conspiracy,

24   obtaining information by computer or computer fraud,

25   you should find the Defendant guilty of a felony for

1    Count 14.

2              Count 15 of the indictment charges Defendant

3    Bogdan Nicolescu and Radu Miclaus with the crime of

4    conspiracy to traffic in counterfeit service marks, Title

5    18 United States Code, Section 2320(a)(1), wherein

6    trafficking in counterfeit service marks is the

7    substantive offense of the conspiracy.

8              Title 18 United States Code, Section 2320

9    makes it a crime for a person to intentionally traffic in

10   goods or services and knowingly use a counterfeit mark on

11   or in connection with such goods or services.

12             For you to find each Defendant guilty of

13   this crime, you must be convinced that the Government has

14   proved that the Defendants conspired to commit the

15   following crime:

16             First, that each Defendant conspired to

17   traffic in goods or services, and to traffic means to

18   transport, transfer, or dispose of to another for

19   purposes of commercial advantage or private financial

20   gain or to import, export, obtain control of, or possess

21   with intent to do transport, transfer, or otherwise

22   dispose of.

23             Financial gain includes the receipt or

24   expected receipt of anything of value.

25             Second, that such trafficking was

1    intentional.  An act is intentional if done deliberately

2    or on purpose.

3              The Government, however, is not required to

4    prove that the Defendant intended to violate the law or

5    even that the Defendant knew his or her conduct was

6    illegal.  The Government need only show that the

7    Defendant acted deliberately or on purpose.

8              Third, that each Defendant conspired to use

9    a counterfeit mark on or in connection with such goods

10   and services, and a counterfeit mark is a spurious or

11   false mark used in connection with trafficking in any

12   goods, services, documentation, or packaging.

13             It is identical with or substantially

14   indistinguishable from a mark registered on the principal

15   register in the United States Patent and Trademark Office

16   and in use, whether or not the Defendant knew such mark

17   was so registered;

18             That the Defendants conspired to use in

19   connection with the same goods or services for which the

20   mark was then registered with the United States Patent

21   and Trademark Office or consisted of documentation or

22   packaging of any type or nature that was designed,

23   marketed, or intended to be used on or in connection with

24   the goods or services for which the mark was then

25   registered in the United States Patent Office, and the

1    use of a mark and the manner in which the Defendants

2    conspired to use it was likely to cause confusion, to

3    cause mistake, or to deceive;

4             And fourth, that each Defendant knew that

5    the mark he was conspiring to so use was counterfeit.

6             Count 21 of the indictment charges Defendant

7    Bogdan Nicolescu and Radu Miclaus with the crime of

8    conspiracy to commit money laundering, Title 18 United

9    States Code, Section 1956(h), wherein the crimes of wire

10   fraud, fraudulent access to computers, and trafficking in

11   counterfeit service marks are the substantive offenses of

12   the conspiracy.

13            Count 21 of the indictment charges each

14   Defendant with conspiracy to conduct a financial

15   transaction knowing the transaction is designed to

16   conceal facts related to proceeds in violation of federal

17   law.

18            For you to find the Defendant guilty of this

19   crime, you must find that the Government has proved the

20   Defendants conspired to commit the following crime:

21            First, that each Defendant conspired to

22   conduct a financial transaction;

23            Second, that the financial transaction was

24   to involve property that represented the proceeds of wire

25   fraud, fraudulent access to computers, or trafficking in

1    goods or services bearing counterfeit marks;

2                Third, that each Defendant knew that the

3    property to be involved in the financial transaction

4    represented the proceeds from some form of unlawful

5    activity;

6                Fourth, that each Defendant knew that the

7    transaction would be designed in whole or in part to

8    conceal or disguise the nature, location, source,

9    ownership, or control of the proceeds of wire fraud,

10   fraudulent access to computers, or trafficking in goods

11   or services bearing counterfeit marks.

12               Count 21 of the indictment charges each

13   Defendant with conspiring to transport, transmit, or

14   transfer a monetary instrument or funds in violation of

15   federal law.

16               For you to find each Defendant guilty of

17   this crime, you must find that the Government has proved

18   that each Defendant conspired to commit the following

19   crime;

20               First, that each Defendant conspired to

21   transport, transmit, or transfer a monetary instrument or

22   funds;

23               Second, that monetary instrument or funds

24   Defendants conspired to transport, transmit, or transfer

25   was to be from a place in the United States to or through

1    a place outside the United States;

2             Third, that each Defendant knew that the

3    monetary instrument or funds involved in the transport,

4    transmission, or transfer was to represent the proceeds

5    of some form of unlawful activity;

6             Fourth, that each Defendant knew that the

7    transportation, transmission, or transfer was to be

8    designed in whole or in part to conceal or disguise the

9    nature, location, source, ownership, control of the

10   proceeds of wire fraud, fraudulent access to computers,

11   or trafficking in goods or services bearing counterfeit

12   marks.

13            Now, I will give you more detailed

14   instructions on some of these terms.

15            The term "monetary instruments" means coin

16   or currency of the United States or any other country,

17   travelers checks, personal checks, bank checks, money

18   orders, or investment securities or negotiable

19   instruments in bearer form or otherwise in such form that

20   title passes upon delivery.

21            The word "proceeds" means any property

22   derived from, obtained, or retained directly or

23   indirectly through some form of unlawful activity,

24   including the gross receipts of such activity.

25            For you to find any one of the Defendants

1    guilty of the conspiracy as charged in Count 21, the

2    Government must prove each and every one of the following

3    elements beyond a reasonable doubt:

4              First, that two or more persons conspired or

5    agreed to commit the crime of conspiracy to commit money

6    laundering;

7              Second, that the Defendant knowingly and

8    voluntarily joined the conspiracy;

9              You must be convinced that the Government

10   has proved all of these elements beyond a reasonable

11   doubt in order to find any one of these Defendants guilty

12   of the conspiracy charged.

13             Counts 16 through 20 of the indictment

14   charge Defendants Bogdan Nicolescu and Radu Miclaus with

15   the crime of aggravated identity theft, Title 18 United

16   States Code, Sections 1028A(a)(1) and 2.

17             Count 16 through 20 of the indictment charge

18   each Defendant with using a means of identification of

19   another person during and in relation to a felony

20   violation listed in the statute.

21             For you to find each Defendant guilty of

22   this crime, you must find that the Government has proved

23   each and every one of the following elements beyond a

24   reasonable doubt.

25             First, that each Defendant committed the

1     following violation charged in Count 16 through 20.  The

2     violation charged in Count 16 through 20 is a felony

3     violation listed in the statute;

4              Second, that each Defendant knowingly used a

5     means of identification of another person without lawful

6     authority;

7              Third, that each Defendant knew the means of

8     identification belonged to another person;

9              Fourth, that the use was during and in

10    relation to the crime charged in Counts 16 through 20;

11             Now, I will give you more detailed

12    instructions on some of these terms.  The term "means of

13    identification" is defined as any name or number that may

14    be used to identify a specific individual, including any

15    name, Social Security number, date of birth, official

16    Government issued driver's license or identification

17    number, alien registration number, Government passport

18    number, employer or taxpayer identification number,

19    unique biometric data such as fingerprint, voice print,

20    retina or iris image or other unique physical

21    representation, unique electronic identification number,

22    address, or routing code or telecommunication identifying

23    information or access device.

24             The term "use" means active employment of

25    the means of identification during and in relation to the

1  crime charged in Count 16 through 20.  Active employment

2  includes activity such as displaying or bartering.  "Use"

3  also includes a person's reference to a means of

4  identification in his possession for the purpose of

5  helping to commit the crime charged in Counts 16 through

6  20.

7          An act is done knowingly if done voluntarily

8  and intentionally and not because of mistake or accident

9  or other innocent reason.

10          The Government is not required to prove that

11  the Defendant knew that his actions violated any

12  particular provision of law or even that his actions

13  violated the law at all.  Ignorance of the law is not a

14  defense to this crime.

15          The phrase "without lawful authority" does

16  not require that the Defendant stole the means of

17  identification, information from another person but

18  includes the Defendant obtaining that information

19  from another person with that person's permission or

20  consent.

21          The term "during and in relation to"

22  requires that the means of identification have some

23  purpose or effect with respect to the crime charged in

24  Counts 16 through 20.  In other words, the means of

25  identification must facilitate or further or have the

1    potential of facilitating or furthering the crime charged

2    in Counts 16 through 20, and its presence or involvement

3    cannot be the result of accident or coincidence.

4             If you are convinced that the Government has

5    proved all of these elements, say so by returning a

6    guilty verdict on this charge.  If you have a reasonable

7    doubt about any one of these elements, then you must find

8    the Defendant not guilty of this charge.

9             For you to find each Defendant guilty of

10   aggravated identity theft, it is not necessary for you to

11   find that each person committed the crime.

12            You may also find him guilty if he

13   intentionally helped or encouraged someone else to commit

14   the crime.  A person who does this is called an aider and

15   abettor, but for you to find each Defendant guilty of

16   aggravated identity theft as an aider and abettor, you

17   must be convinced that the Government has proved each and

18   every one of the following elements beyond a reasonable

19   doubt:

20            First, that the crime of aggravated identity

21   theft was committed;

22            Second, that the Defendant helped to

23   commit the crime or encouraged someone else to commit the

24   crime;

25            And third, that the Defendant intended to

1    help commit or encourage the crime;

2              Proof that the Defendant may have known

3    about the crime, even if he was there when it was

4    committed, is not enough for you to find him guilty.  You

5    can consider this in deciding whether the Government has

6    proved that he was an aider and abettor.  But without

7    more it is not enough.

8              What the Government must prove is that the

9    Defendant did something to help or encourage the crime

10   with the intent that the crime be committed.  For you to

11   find each Defendant guilty of aggravated identity theft,

12   it is not necessary for you to find that he personally

13   committed the act or acts charged in the indictment.

14             You may also find him guilty if he willfully

15   caused an act to be done, which would be a federal crime

16   if directly performed by him or another.

17             But for you to find each Defendant guilty of

18   aggravated identity theft you, must be convinced that the

19   Government has proved each and every one of the following

20   elements beyond a reasonable doubt:

21             First, that the Defendant caused another

22   person to commit the act of aggravated identity theft;

23             Second, if the Defendant or other person had

24   committed the act, it would have been the crime of

25   aggravated identity theft;

1           And third, that the Defendant willfully

2   caused the act to be done;

3           Proof that the Defendant may have known

4   about the crime, even if he was there when it was

5   committed, is not enough for you to find him guilty.  You

6   may consider this in deciding whether the Government has

7   proved that he caused the act to be done, but without

8   more it is not enough.

9           What the Government must prove is that the

10  Defendant willfully did something to cause the acts to be

11  committed.

12          And folks, if you need a break to stand and

13  stretch, feel free.  I know this is long and tedious.

14          (Pause.)

15          THE COURT:  Now, if you find a Defendant

16  guilty in any of Counts 1 through 20, please continue

17  your deliberations as to that Defendant, as to whether he

18  violated — folks, is the 20 correct?

19          MR. McDONOUGH:  Should be 21.

20          THE COURT:  Yeah.  Ladies and gentlemen,

21  that 20 should read 21.  I do apologize.

22          So if you find the Defendant guilty in any

23  of Counts 1 through 21, please continue your

24  deliberations as to that Defendant as to whether he

25  violated 18 — Title 18 United States Code, Section

1    3559(g)(1), knowingly falsely registering a domain name

2    and knowingly use that domain name in the course of an

3    offense.

4              For you to find each Defendant guilty of

5    false registration of a domain name, you must be

6    convinced that the Government has proved each and every

7    one of the following elements beyond a reasonable doubt;

8              First, the Defendant under consideration

9    knowingly falsely registered or caused to be falsely

10   registered any or all domain names specified in paragraph

11   168 of the indictment with regard to Counts through 21 in

12   the indictment;

13             And second, the Defendant under

14   consideration knowingly used any or all domain names

15   specified in paragraph 168 of the indictment with regard

16   to Counts 1 through 21 in the indictment in the course of

17   the commission of the crimes alleged in any of Counts 1

18   through 21.

19             The term "falsely registers" means registers

20   in a manner that prevents the effective identification of

21   or contact with the person who registers.  The term

22   "domain name" means any alphanumeric designation, which

23   is registered with or assigned by any domain name

24   registrar, domain name registry, or other domain name

25   registration authority as part of an electronic address

1    on the internet.

2            Now, that concludes the part of my

3    instructions explaining the elements of the crimes.

4    Next, I will explain some rules that you must use in

5    considering some of the testimony and evidence.

6            A Defendant has an absolute right not to

7    testify or present evidence.  The fact that he did not

8    testify or present any evidence cannot be considered by

9    you in any way.  Do not even discuss it in your

10   deliberations.

11           Remember it is up to the Government to prove

12   the Defendant guilty beyond a reasonable doubt; it is not

13   up to the Defendant to prove that he is innocent.

14           You have heard the testimony of opinion

15   witnesses.  You do not have to accept an opinion.

16           In deciding how much weight to give it, you

17   should consider the witness' qualifications and how he

18   reached his conclusions.

19           Also, consider the other factors discussed

20   in these instructions for weighing the credibility of

21   witnesses.  Remember that you alone decide how much of a

22   witness' testimony to believe and how much weight it

23   deserves.

24           You have heard the testimony of witnesses

25   who testified to both facts and opinions.  Each of these

1     types of testimony should be given the proper weight.

2              As to the testimony on facts, consider the

3     factors discussed earlier in these instructions for

4     weighing credibility of witnesses.  As to the testimony

5     on opinions, you do not have to accept the opinion.

6              In deciding how much weight to give it, you

7     should consider the witness' qualifications and how he or

8     she reached his or her conclusions along with the other

9     factors discussed in these instructions for weighing the

10    credibility of witnesses.

11             Remember that you alone decide how much of a

12    witness' testimony to believe and how much weight it

13    deserves.

14             You have heard the testimony of witnesses

15    who were promised they will not be prosecuted in exchange

16    for cooperation.  It is permissible for the Government to

17    make such a promise, but you should consider the

18    testimony with more caution than the testimony of other

19    witnesses.

20             Consider whether his testimony may have been

21    influenced by the Government's promise.  Do not convict

22    the Defendant based on the unsupported testimony of such

23    a witness standing alone unless you believe his testimony

24    beyond a reasonable doubt.

25             You have heard the testimony of Tiberiu

1    Danet.  You have also heard that he has involved in the

2    same crime that the Defendants are charged with

3    committing.  You should consider the testimony with more

4    caution than the testimony of other witnesses.

5              Do not convict the Defendant based on the

6    unsupported testimony of such a witness standing alone

7    unless you believe his testimony beyond a reasonable

8    doubt.

9              The fact that Tiberiu Danet has pleaded

10   guilty to a crime is not evidence that the Defendant is

11   guilty, and you cannot consider this against the

12   Defendant in any way.

13             During the trial, you have seen counsel use

14   summaries, charts, drawings, calculations or similar

15   material, which were offered to assist in the

16   presentation and understanding of the evidence.

17             This material is not itself evidence and

18   must not be considered as proof of any facts.

19             And during the trial, you have seen or heard

20   summary of evidence in the form of chart, drawing,

21   calculation, testimony, or similar matter, and this

22   summary was admitted in evidence in addition to the

23   material it summarizes because it may assist you in

24   understanding the evidence that has been presented.

25             But the summary itself is not evidence of

1     the material it summarizes and is only as valid and

2     reliable as the underlying material it summarizes.

3               The Government and the Defendants have

4     agreed or stipulated to certain facts.  Therefore, you

5     must accept the stipulated facts as proved.

6               Now, that concludes the part of my

7     instructions explaining the rules for considering some of

8     the testimony and evidence.  Let me finish up by

9     explaining some things about your deliberations in the

10    jury room and your possible verdicts.

11              The first thing you should do in the jury

12    room is to choose someone to be your foreperson.  This

13    person will help to guide your discussions and will speak

14    for you here in Court.

15              Once you start deliberating, do not talk to

16    the jury officer or to me or to anyone else except each

17    other about the case.

18              If you have any questions or messages, you

19    must write them down on a piece of paper, sign them, and

20    give them to the jury officer.  The officer will give

21    them to me, and I will respond as soon as I can.

22              I may have to talk to the lawyers about what

23    you have asked, so it may take some time to get back to

24    you.  Any questions or messages normally should be sent

25    to me through your foreperson, and one more thing about

1    messages.

2            Do not ever write down or telling anyone,

3    including me, how you stand on your votes.  Do not write

4    down or tell anyone you are split 6-6 or 8-4 or whatever

5    your vote happens to be.  That should stay secret until

6    you are finished.

7            Remember that you must make your decision

8    based only on the evidence that you saw and heard here in

9    Court.  During your deliberations you must not

10   communicate with or provide any information to anyone by

11   any means about this case.

12           You may not use any electronic device or

13   media to communicate to anyone any information about this

14   case or to conduct any research about this case until I

15   accept your verdict.

16           You can only discuss the case in the jury

17   room with your fellow jurors during deliberations.

18           I expect you will inform me as soon as you

19   become aware of another juror's violation of these

20   instructions.

21           You may not use electronic means to

22   investigate or communicate about the case because it is

23   important that you decide this case based solely on the

24   evidence presented in this courtroom.

25           Information on the internet or available

1    through social media might be wrong, incomplete, or

2    inaccurate.  You are only permitted to discuss the case

3    with your fellow jurors during deliberations because they

4    have seen and heard the same evidence you have.

5              In our judicial system, it is important that

6    you are not influenced by anything or anyone outside this

7    courtroom.

8              Otherwise, your decision may be based on

9    information known only by you and not your fellow jurors

10   or the parties in the case.

11             This would unfairly and adversely impact the

12   judicial process.  A juror who violates these

13   restrictions jeopardizes the fairness of these

14   proceedings, and a mistrial could result, which would

15   require the entire trial process to start over.

16             Now, folks, your verdict, whether it is

17   guilty or not guilty, must be unanimous as to each count.

18   To find each Defendant guilty of a particular count,

19   every one of you must agree that the Government has

20   overcome the presumption of innocence with evidence that

21   proves his guilt beyond a reasonable doubt.

22             To find him not guilty of a particular

23   count, every one of you must agree that the Government

24   has failed to convince you beyond a reasonable doubt.

25   Either way, guilty or not guilty, your verdict must be

1    unanimous as to each count.

2              Now that all the evidence is in and the

3    arguments are completed, you are free to talk about the

4    case in the jury room.  In fact, it is your duty to talk

5    with each other about the evidence and to make every

6    reasonable effort you can to reach unanimous agreement.

7              Talk with each other, listen carefully and

8    respectfully to each other's views, and keep an open mind

9    as you listen to what your fellow jurors have to say.

10             Try your best to work out your differences.

11   Do not hesitate to change your mind if you are convinced

12   that other jurors are right and that your original

13   position was wrong, but do not ever change your mind just

14   because other jurors see things differently or just to

15   get the case over with.

16             In the end, your vote must be exactly that,

17   your own vote.  It is important for you to reach

18   unanimous agreement but only if you can do so honestly

19   and in good conscience.

20             No one will be allowed to hear your

21   discussions in the jury room, and no record will be made

22   of what you say.  So you should all feel free to speak

23   your minds.  Listen carefully to what the other jurors

24   have to say, and then decide for yourself if the

25   Government has proved the Defendant guilty beyond a

1    reasonable doubt.

2              If you decide that the Government has proved

3    each Defendant guilty, then it will be my job to decide

4    what the appropriate punishment should be.  Deciding what

5    the punishment should be is my job, not yours.

6              It would violent your oaths as jurors to

7    even consider the possible punishment in deciding your

8    verdict.  Your job is to look at the evidence and decide

9    if the Government has proved each Defendant guilty beyond

10   a reasonable doubt.

11             Now, ladies and gentlemen, I have prepared a

12   verdict form for you where you are going to record your

13   verdict.  I do believe it will be self-explanatory.  Let

14   me go over it with you, review it with you just very

15   briefly.

16             With respect to each count of the indictment

17   listed below in which each Defendant is charged with the

18   crimes listed below, we, the jury, having been duly

19   impaneled and sworn find the Defendant — the first

20   column states the charge.

21             The second column is for Mr. Bogdan

22   Nicolescu.

23             The third column is for Mr. Radu Miclaus.

24             And under each individual, there are the

25   words "guilty" and the words "not guilty."  So for each

1    charge and each Defendant, you will check either the word

2    "guilty" or the words "not guilty" as to each and as to

3    each count.

4             And again, I believe it will be

5    self-explanatory.  As for Count 14, you are going to see

6    on the verdict form — I am still talking about the

7    verdict form, next to Count 14, you are going to see a

8    footnote, footnote 1, and I am going to read the footnote

9    for you.

10            If you select guilty only of misdemeanor —

11   so for 14, for each Defendant, there is a box for

12   "guilty," a box for "not guilty," a box for "guilty only

13   of misdemeanor," and then the footnote explains this

14   means that you have found three things if you select

15   guilty only of misdemeanor.

16            First, if you found the Defendant is not

17   guilty of conspiracy to commit 18 U.S.C. 1030(a)(2)(3),

18   intentionally accessing the protected computer without

19   authorization and obtaining information for commercial

20   advantage or private financial gain;

21            Second, you have found the Defendant is not

22   guilty of conspiring to commit 18 U.S.C. 1030(a)(4),

23   intentionally accessing a protected computer without

24   authorization to further intended fraud and obtain

25   something of value;

1          Third, you have found the Defendant is not

2    guilty of the felony version of 1030(a)(5)(A) and

3    (c)(4)(B) because the Government has failed to prove

4    beyond a reasonable doubt that the Defendants conspired

5    to impair ten or more computers in a year period, but

6    that the Government has otherwise proved beyond a

7    reasonable doubt that the Defendant conspired to commit

8    1030(a)(5)(A), intentionally causing damage to a

9    protected computer.

10          Then, ladies and gentlemen, after going

11   through the first two pages, which lists the 21 Counts,

12   then it reads as follows:

13          With respect to each domain listed below, we

14   find that each Defendant knowingly falsely registered or

15   caused to be falsely registered the domain name specified

16   in the indictment with regard to Counts 1 through 21 and

17   knowingly used that domain name in the course of the

18   commission of the fraud schemes alleged in Counts 1

19   through 21 as noted below.

20          And then, folks, the first column lists the

21   domain name.

22          The second column is for Defendant

23   Nicolescu, guilty or not guilty.  The third column

24   Defendant Miclaus, guilty or not guilty.

25          It goes on to page 4, 5, 6, 7, and 8.  At

1  the bottom of the entire verdict form, which is page 8,

2  there are 12 signatures.  It does not matter in which

3  order you sign, except the foreperson is to sign online

4  1, and it is so designated "foreperson."  The foreperson

5  is to then place the date above his or her name and also

6  the date at the bottom.

7          Again, folks, I think it will be

8  self-explanatory.  If you decide that the Government has

9  proved the charge against each Defendant beyond a

10  reasonable doubt, say so by having your foreperson mark

11  the appropriate place on the form.

12          If you decide that the Government has not

13  proved the charge against him beyond a reasonable doubt,

14  say so by having the foreperson mark the appropriate

15  place on the form.

16          If you decide that the Government has not

17  proved the charge against him, each of you should then

18  sign the form and return it to me.  Let me finish up by

19  repeating something that I said to you earlier.

20          Nothing that I have said or done during this

21  trial was meant to influence your decision in any way.

22  You decide for yourselves if the Government has proved

23  each Defendant guilty beyond a reasonable doubt.

24          And remember, folks, if you elected to take

25  notes during the trial, your notes should be used only as

1    memory aids.  You should not give your notes greater

2    weight than your independent recollection of the

3    evidence.

4              You should rely on your own independent

5    recollection of the evidence or lack of evidence, and you

6    should not be unduly influenced by the notes of other

7    jurors.

8              Notes are not entitled to any more weight

9    than the memory or impression of each juror.  Whether you

10   took notes or not, each of you must form and express your

11   own opinion as to the facts of the case.  With that, I

12   will now call counsel to side bar.

13              (Side bar held on the record.)

14              THE COURT:  I do want to note that all of

15   the jury instructions that were just read to the jurors

16   were agreed to by all parties involved in the case.  That

17   being said, I am now going to turn to the Government.

18              Any objections?  Anything further?

19              MR. BROWN:  No objections.  Nothing further,

20   your Honor.

21              THE COURT:  On behalf of the Defendant

22   Nicolescu?

23              MR. GOLDBERG:  No objections, your Honor.

24              THE COURT:  On behalf of Defendant Miclaus?

25              MR. O'SHEA:  No objections, your Honor.

1          THE COURT:  Gentlemen, I am going to ask

2     that you get all of the exhibits in order.  After the

3     jurors are in the jury room, I am going to get you on the

4     record saying you are satisfied everything that's

5     supposed to go to the jury is going; everything that is

6     not supposed to go to the jurors is not going.

7          MR. O'SHEA:  Thank you, Judge.

8          THE COURT:  Anything?

9          MR. BROWN:  No.  That includes the

10    indictment?

11         THE COURT:  That's right, but you need to

12    give me a clean copy of the indictment.

13         (Side bar concluded))

14         THE COURT:  Now, at this time, ladies and

15    gentlemen, I would normally excuse our alternate jurors,

16    but we have excused them all.  Ladies and gentlemen, you

17    are going to have with you in the jury room, again, each

18    one of you can take in your copy of the jury

19    instructions.

20         In fact, please do take your copy in.  You

21    will have with you the verdict form, and you will have

22    all of the exhibits that you are entitled to.  If you

23    don't have something, it means you are not entitled to

24    it.

25         When you deliberate, I must repeat, all

1    twelve of you must be present.  You must be in that jury

2    room with both or all doors closed.

3                   You cannot talk about this case to and from

4    the elevator, if you are down on seven, if you are at

5    Tower City, and of course, when you go home, you cannot

6    talk about this case with anyone until I have formally

7    excused you from any further jury service, which will not

8    occur until after your verdict has been formally read in

9    open Court.

10                  Again, all twelve must be present in that

11   jury room with the doors closed.

12                  Once you open those doors, you cannot talk

13   about this case when you walk the hallways, et cetera,

14   even to each other.  It is not permitted.

15                  With that, I now instruct you to retire and

16   commence your deliberations.  All rise for the jury.

17                  (Discussion held off the record.)

18                  (Jury out.)

19                  THE COURT:  On behalf of the Government, are

20   you satisfied that everything that is supposed to go to

21   the jury is there and what's not supposed to go isn't

22   there?

23                  MR. BROWN:  The Government is satisfied,

24   your Honor.

25                  THE COURT:  On behalf of Defendant

1    Nicolescu.

2              MR. GOLDBERG:  We are satisfied as well.

3              THE COURT:  And Mr. Goldberg, that includes

4    any redactions that have been discussed?

5              MR. GOLDBERG:  Yes, yes.

6              THE COURT:  Mr. O'Shea, same question.

7              MR. O'SHEA:  Satisfied as well, your Honor.

8              THE COURT:  All right.  Then I will ask

9    Mary, Stella, or whoever to take those in, and we are off

10   the record, George.

11             (Trial adjourned at 3:30 p.m.)

12                   - - - - -

13

14             C E R T I F I C A T E

15             I, George J. Staiduhar, Official Court

16   Reporter in and for the United States District Court,

17   for the Northern District of Ohio, Eastern Division,

18   do hereby certify that the foregoing is a true

19   and correct transcript of the proceedings herein.

20

21             s/George J. Staiduhar
               George J. Staiduhar,
22             Official Court Reporter

23             U.S. District Court
               801 W. Superior Ave., Suite 7-184
24             Cleveland, Ohio 44113
               (216) 357-7128

25