```
                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION

                          - - - - -


 UNITED STATES OF AMERICA,        )
                                  )
           Plaintiff,             )
                                  )
           vs.                    )  Case No. 1:16CR224
                                  )
 BOGDAN NICOLESCU,                )
 RADU MICLAUS,                    )
 TIBERIU DANET,                   )
                                  )
           Defendants.            )


                          - - - - -


       TRANSCRIPT OF PROCEEDINGS HAD MAGISTRATE JUDGE

         WILLIAM H. BAUGHMAN, JR., MAGISTRATE JUDGE

      OF SAID COURT, ON THURSDAY, DECEMBER 21ST, 2016,

             COMMENCING AT 3:00 O'CLOCK P.M.

                          - - - - -



 Court Reporter:            GEORGE J. STAIDUHAR
                            801 W. SUPERIOR AVE.,
                            SUITE 7-184
                            CLEVELAND, OHIO 44113
                            (216) 357-7128
```

```
 1    APPEARANCES:

 2        On behalf of the Government:

 3            OFFICE OF THE U.S. ATTORNEY
              BY:  DUNCAN BROWN, AUSA
 4                 OM KAKANI, AUSA
              801 West Superior Ave., Suite 400
 5            Cleveland, OH 44113

 6        On behalf of Defendant Bogdan Nicolescu:

 7            RODGER PELAGALLI, ESQ.
              Suite 401
 8            6659 Pearl Road
              Parma Hts., OH 44130
 9

10        On behalf of Defendant Radu Miclaus:

11            LIPSON O'SHEA
              BY:  MICHAEL J. O'SHEA, ESQ.
12            110 Hoyt Block Building
              700 West St. Clair Avenue
13            Cleveland, OH 44113

14        On behalf of Defendant Tiberiu Danet:

15            RONALD FREY, ESQ.
              Suite 1300
16            600 Superior Avenue, E
              Cleveland, OH 44114
17

18        Also present as the Interpreter:

19            Gabriella Copariu

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | <u>P R O C E E D I N G S</u> |
| 2 | THE COURT: Call the case. |
| 3 | (Cases called.) |
| 4 | THE COURT: Counsel for the United States, |
| 5 | are you ready to proceed? |
| 6 | MR. BROWN: Yes, your Honor. |
| 7 | For the United States, Duncan Brown and |
| 8 | Om Kakani. Good afternoon. |
| 9 | THE COURT: And let's see, counsel for |
| 10 | Mr. Nicolescu? |
| 11 | MR. PELAGALLI: Rodger Pelagalli. |
| 12 | THE COURT: Good afternoon. |
| 13 | For Mr. Danet? |
| 14 | MR. FREY: Attorney Ron Frey on behalf of |
| 15 | Mr. Danet. |
| 16 | THE COURT: And Mr. Miclaus, it is |
| 17 | Mr. O'Shea, who is en route we hope. We do have an |
| 18 | interpreter here, and welcome. |
| 19 | And could you please take the interpreter's |
| 20 | oath? |
| 21 | (Interpreter was administered an oath, and |
| 22 | the following discussion was held:) |
| 23 | THE COURT: All right. The Defendants, they |
| 24 | are in the holding cell? |
| 25 | DEPUTY CLERK: They are on their way up. |

```
1              THE COURT:  They are on their way up.  All
2     right.
3              Well, let's get a preview of what we are
4     going to do today.
5              MR. BROWN:  Your Honor, the Government
6     has moved for detention both under risk of flight
7     and also danger to the community grounds.
8              If we go forward on the hearing, we will be
9     putting forward one witness, Ann Murphy of the
10    United States Marshal Service, who accompanied at least
11    two of the Defendants back to the United States and the
12    process they had to go through.
13             The Government will argue that there are no
14    conditions or factors that would ensure their return as
15    outlined in the Pretrial Services reports.  We would move
16    to adopt those.
17             We also proffer the indictment for risk to
18    the community.
19             THE COURT:  All right.  Okay.
20             We can bring in the two Defendants whose
21    counsel is here.
22             (Discussion held off the record.)
23             MR. PELAGALLI:  If we may, your Honor,
24    discuss for one moment?
25             THE COURT:  Are we going to have any
```

```
 1   waivers?
 2              (Pause.)
 3              MR. PELAGALLI:  After consultation with both
 4   the AUSA and my client, he has agreed to, at this point,
 5   to waive with the condition if there is a change of
 6   circumstance, we would revisit this circumstance
 7   somewhere down the road, your Honor.
 8              MR. FREY:  Thank you, Ron Frey.
 9              I have Mr. Danet.  Following conversations
10   with the United States Attorney as well as my client
11   in detail, we also would waive the hearing at this
12   time.
13              THE COURT:  All right.  We will get you the
14   forms and make sure you write in you're reserving your
15   right to have it at a later time, and we will take care
16   of those waivers.
17              This will give Mr. O'Shea a chance to get
18   here and deal with that.
19              MR. FREY:  Thank you, your Honor.
20              THE COURT:  Thank you.
21              (Pause.)
22              THE COURT:  Let's start with Mr. Nicolescu.
23              You have a right to have a hearing to
24   determine if you should remain in custody pending further
25   order of the Court.  You have tendered a waiver of that
```

```
 1   right reserving your right to have the hearing at a later
 2   time if there is a change of circumstances.
 3              Now, you understand you have the right to
 4   the hearing?
 5              THE INTERPRETER:  Yes, your Honor.
 6              THE COURT:  And is that your signature on
 7   the waiver form?
 8              THE INTERPRETER:  Yes.
 9              THE COURT:  And did you discuss the waiver
10   form with Mr. Pelagalli and with the assistance of the
11   interpreter?
12              THE INTERPRETER:  Yes.
13              THE COURT:  And you understand the form, and
14   you understand that you are waiving your right or reserve
15   your right to have a hearing at a later time.
16              THE INTERPRETER:  Yes.
17              THE COURT:  Your waiver of the detention
18   hearing with the reservations accepted.
19              I am remanding you to the custody of the
20   United States Marshal on behalf of the Court.  I will
21   sign the detention order.
22              Mr. Danet, you have the right to a hearing
23   to determine if you should remain in custody pending
24   further order of the Court.  You have signed a waiver of
25   that right reserving your right to have a hearing at a
```

```
 1   later time.
 2             Do you understand your right to a detention
 3   hearing?
 4             DEFENDANT DANET:  Yes, your Honor.
 5             THE COURT:  Do you understand that you are
 6   reserving your right to have it at a later time?
 7             DEFENDANT DANET:  Yes, sir.
 8             THE COURT:  And is that your signature on
 9   the waiver form?
10             DEFENDANT DANET:  Yes, sir.
11             THE COURT:  And did you consult with
12   Mr. Frey before signing the form?
13             DEFENDANT DANET:  Yes, I did.
14             THE COURT:  Your waiver of detention hearing
15   with reservations accepted.  I will sign that also, and I
16   am remanding you to the custody of the United States
17   Marshal pursuant to the detention orders.
18             MR. FREY:  Thank you, your Honor.
19             THE COURT:  The Marshals may take these
20   Defendants into custody, and please bring out
21   Mr. O'Shea's client.
22             And Mr. Frey and Mr. Pelagalli, thank you
23   for appearing here.
24             MR. PELAGALLI:  Thank you, your Honor.
25             THE COURT:  And that will be all.
```

| | |
|---|---|
| 1 | MR. FREY: Thank you, Judge. |
| 2 | MR. PELAGALLI: And Happy Holidays. |
| 3 | (Side bar held off the record.) |
| 4 | THE COURT: Mr. Miclaus, you have a right to |
| 5 | a detention hearing to determine if you should remain in |
| 6 | custody pending further order of the Court. You have |
| 7 | signed a waiver of the detention hearing with a |
| 8 | reservation of your right to have it at a later time |
| 9 | under the conditions that have been set forth there by |
| 10 | Mr. O'Shea and agreed to by the Assistants United States |
| 11 | Attorneys. Do you understand your right to a hearing? |
| 12 | DEFENDANT MICLAUS: Yes, your Honor. |
| 13 | THE COURT: And do you also understand the |
| 14 | reservation? |
| 15 | DEFENDANT MICLAUS: Yes, sir. |
| 16 | THE COURT: Is that your signature on the |
| 17 | waiver form? |
| 18 | DEFENDANT MICLAUS: Yes. |
| 19 | THE COURT: And did you consult with |
| 20 | Mr. O'Shea before you signed the waiver? |
| 21 | DEFENDANT MICLAUS: Yes. |
| 22 | THE COURT: You know you have a right to |
| 23 | have a hearing to determine if you should remain in |
| 24 | custody pending the detention order. |
| 25 | Anything further from the United States? |

1         MR. BROWN: Nothing further, your Honor.

2         THE COURT: Anything further, Mr. O'Shea?

3         MR. PELAGALLI: Nothing further.

4         THE COURT: There being no further

5 business before the Court, we are adjourned,

6 and Happy Holidays, and Merry Christmas to eveyone.

7         (Hearing concluded at 3:50 p.m.)

8         - - - - -

9

10         **C E R T I F I C A T E**

11         I, George J. Staiduhar, Official Court

12 Reporter in and for the United States District Court,

13 for the Northern District of Ohio, Eastern Division,

14 do hereby certify that the foregoing is a true

15 and correct transcript of the proceedings herein.

16

17

18

19         s/George J. Staiduhar
          George J. Staiduhar,

20         Official Court Reporter

21         U.S. District Court
          801 W. Superior Ave., Suite 7-184

22         Cleveland, Ohio 44113
          (216) 357-7128

23

24

25