# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR224 |
| Plaintiff, | : | |
| | : | JUDGE PATRICIA A. GAUGHAN |
| -vs- | : | |
| | : | |
| RADU MICLAUS, | : | **MOTION FOR RELEASE OF** |
| | : | **PRIVATE AND SEALED DOCUMENTS** |
| Defendant. | : | **TO COUNSEL** |

On December 17, 2019, this Court issued an order appointing the Office of the Federal Public Defender to represent the Defendant for purposes of appeal. Undersigned counsel, Catherine Adinaro Shusky, has been assigned to represent Mr. Miclaus. In order to effectively represent Mr. Miclaus on appeal, counsel requests access to all sealed and private documents related to Mr. Miclaus. These documents include: R. 113, Sealed Motion in Limine; R. 133, Sealed Opinion; R 178, Government's Sentencing Memorandum; and R. 188, PSR.

                                                                                                     Respectfully submitted,

                                                                                                     STEPHEN C. NEWMAN
                                                                                                      Federal Public Defender
                                                                                                      Ohio Bar: 0051928

                                                                                                     */s/ Catherine Adinaro Shusky*
                                                                                                      Attorney at Law
                                                                                                      Office of the Federal Public Defender
                                                                                                      Ohio Bar: 0088731
                                                                                                      1660 W.2nd Street, Ste. 750
                                                                                                      Cleveland, OH 44113
                                                                                                      Telephone: 216-522-4856
                                                                                                      E-mail: cathi_shusky@fd.org

                                                                                                      Attorney for Radu Miclaus