Case No. 19-4247/19-4273

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

| | |
|---|---|
| BOGDAN NICOLESCU | 19-4247 |
| RADU MICLAUS | 19-4273 |

    Defendants - Appellants

The court having determined that consolidation of the above causes for purposes of briefing and submission is appropriate,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above.  Each appellant shall file a separate brief and the appellee shall file one consolidated brief.

                              **ENTERED PURSUANT TO RULE 45(a),**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued:  July 22, 2020