UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 19-4247/4273

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

BOGDAN NICOLESCU (19-4247); RADU MICLAUS (19-4273),

    Defendants - Appellants.

FILED
Nov 09, 2021
DEBORAH S. HUNT, Clerk

Before:  WHITE, LARSEN, and NALBANDIAN, Circuit Judges.

# AMENDED JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that Bogdan Nicolescu's and Radu Miclaus's convictions are AFFIRMED, their sentences are VACATED, and the cases are REMANDED to the district court for resentencing consistent with the majority opinion of this court.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk