# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

No: 19-4273

Filed: January 19, 2022

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.                                                    1:16cr224 - 3 PAG

RADU MICLAUS

    Defendant - Appellant

## MANDATE

Pursuant to the court's disposition that was filed 11/09/2021 the mandate for this case hereby issues today. Affirmed, Vacated and Remanded

COSTS: None