# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

June 14, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jun 15, 2022
DEBORAH S. HUNT, Clerk

Re: Radu Miclaus
    v. United States
    No. 21-8129
    (Your No. 19-4273)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 10, 2022 and placed on the docket June 14, 2022 as No. 21-8129.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst