# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:16CR224 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE PATRICIA A. GAUGHAN |
| -vs- | : | |
| RADU MICLAUS, | : | **NOTICE OF APPEARANCE** |
| | : | **OF COUNSEL** |
| Defendant. | : | |

Undersigned counsel, Darin Thompson, enters a Notice of Appearance of Counsel on behalf of Radu Miclaus in the above-captioned case. Please add Darin Thompson to the docket as co-counsel for Mr. Miclaus and forward all ECF notices to him.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928

*/s/ Darin Thompson*
DARIN THOMPSON
Assistant Federal Public Defender
Ohio Bar: 0067093
1660 West Second Street, Suite 750
Cleveland, Ohio 44113
(216) 522-4856 Fax: (216) 522-4321
e-mail address: darin_thompson@fd.org.