| Information to appear on sealed attachment to J&C | Information to appear on unsealed J&C | | |
|---|---|---|---|
| Name/Address | Restitution Amount | Initials | City/State |
| ■ | $2,212 | AH | Houston, TX |
| ■ | $8,900 | AO | Middletown, NY |
| ■ | $5,000 | AMcC | Redford, MI |
| ■ | $12,500 | AB | Boca Raton, FL |
| ■ | $7,250 | AH | Danville, VA |

| | | | |
|---|---|---|---|
| ▇▇▇ | $15,000 | AS | Tempe, AZ |
| ▇▇▇ | $13,500 | BH | Westville, NJ |
| ▇▇▇ | $150,429.72 | BN | Augusta, WV |
| ▇▇▇ | $9,750 | BW | Calhoun, GA |
| ▇▇▇ | $21,480 | BG | Shelton, CT |
| ▇▇▇ | $8,400 | BMcA | Camillus, NY |

| | | | |
|---|---|---|---|
| ▮ | | $8,600 | CW | Velpen, IN |
| ▮ | | $10,000 | CH | Carlsbad, CA |
| ▮ | | $6,649.50 | CW | Henderson, TX |
| ▮ | | $9,500 | CH | Archie, MO |
| ▮ | | $8,500 | CL | Othello, WA |

| | | | |
|---|---|---|---|
| ██ | | $15,686.36 | CK | Lowell, MA |
| ██ | | $1,355.96 | DB | Campton, KY |
| ██ | | $9,812 | DL | Yukon, OK |
| ██ | | $0 | DC | Veneta, OR |
| ██ | | $10,589.25 | DJ | Roseau, MN |

| | | | |
|---|---|---|---|
| ▓▓▓ | | $8,463 | DC | Nanjemoy, MD |
| ▓▓▓ | | $20,000 | DC | Waikoloa, HI |
| ▓▓▓ | | $14,000 | DP | Starke, FL |
| ▓▓▓ | | $11,080 | DO'D | Andover, NY |
| ▓▓▓ | | $18,071.35 | RC | Vinemont, AL |

| | | | |
|---|---|---|---|
| ███ | $7,878.50 | DP | Webster, NY |
| ███ | $231.07 | DL | Grass Valley, CA |
| ███ | $9,923.88 | EM | Carrollton, TX |
| ███ | $13,000 | EW | Longview, TX |
| ███ | $9,500 | GR | Lexington, KY |

| | | | |
|---|---|---|---|
| ▆ | | $6,000 | GW | Meridian, ID |
| ▆ | | $8,900 | GD | Inglewood, CA |
| ▆ | | $9,571.25 | GM | Toms River, NJ |
| ▆ | | $2,000 | GM | Palm Springs, CA |
| | | $15,000 | GI | Granite Bay, CA |

| | | | |
|---|---|---|---|
| ███ | | $7,500 HA | Palm Bay, FL |

| | | | |
|---|---|---|---|
| ▓▓▓ | $8,725 | JH | Sanger, CA |
| ▓▓▓ | $800 | JN | Soddy Daisy, TN |
| ▓▓▓ | $12,593.75 | JS | Lake City, FL |
| ▓▓▓ | $7,606.63 | JW | Lockport, IL |
| ▓▓▓ | $1,500 | JJ | Austin, TX |

| | | | |
|---|---|---|---|
| ▓▓▓ | $8,520 | JL | Belle Vernon, PA |
| ▓▓▓ | $9,636 | JL | Bradford, PA |
| ▓▓▓ | $13,625.43 | JM | Cranford, NJ |
| ▓▓▓ | $11,470 | JS | Rumford, RI |
| ▓▓▓ | $9,837 | JA | Lancaster, CA |
| ▓▓▓ | $11,500 | JD | Chillicothe, OH |

| | | | |
|---|---|---|---|
| ▮ | $515 | JV | Lisle, IL |
| ▮ | $3,665 | JP | McLeansboro, IL |
| ▮ | $9,254.99 | KR | Hancock, MD |
| ▮ | $11,000 | KMcC | White Cloud, KS |
| ▮ | $2,850 | KG | Richmond, VA |
| ▮ | $7,052.50 | LP | Dallas, TX |

| | | | |
|---|---|---|---|
| ▮▮▮ | $21,570.50 | LG | Clinton Township, MI |
| ▮▮ | $21,071.67 | MS | Kingwood, WV |
| ▮▮▮ | $11,089.50 | MT | Shadow Hills, CA |
| ▮▮ | $8,600 | MB | Sunbury, PA |
| ▮▮ | $9,033.50 | MB | Union, MO |

| | | | |
|---|---|---|---|
| ▮ | | $8,614.13  MJ | Lewes, DE |
| ▮ | | $9,600  PB | Victoria, BC, Canada |
| ▮ | | $12,799  PD | Reidsville, NC |
| ▮ | | $9,825  RH | San Jacinto, CA |
| ▮ | | $15,461.50  RT | York, PA |

| | | | |
|---|---|---|---|
| ▬ | | $10,000 | RB | North Swanzey, NH |
| ▬ | | $110 | RS | Chicago, IL |
| ▬ | | $9,588.93 | RR | Overland Park, KS |
| ▬ | | $15,768.25 | SS | Boonesmill, VA |
| ▬ | | $9,218.63 | SE | Sarasota, FL |

| | | | |
|---|---|---|---|
| ███ | | $9,607.28 | SD | Charlotte, NC |
| ███ | | $8,080 | TB | Hamilton, GA |
| ███ | | $7,900 | TB | Orange Park, FL |
| ███ | | $9,168.25 | WH | Laguna Woods, CA |

| | | | |
|---|---|---|---|
| ███ | | $11,510.67 | WH | Bay Harbor Islands, FL |
| ██ | | $8,650 | YM | Perry, OH |