Case No. 23-3146/23-3295

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

RADU MICLAUS

    Defendant - Appellant

Upon consideration of the motion to consolidate the above causes for purposes of briefing and submission,

It is **ORDERED** that the causes be and they hereby are consolidated for the purposes stated above. Each appellant shall file a separate brief and the appellee shall file one consolidated brief. A new consolidated briefing schedule will be issued separately.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 02, 2023