Nos. 23-3146/3295

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 29, 2023
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | O R D E R |
| ) | |
| RADU MICLAUS (**23-3146**); BOGDAN ) | |
| NICOLESCU (**23-3295**), ) | |
| ) | |
| Defendants-Appellants. ) | |

In these consolidated cases, co-defendant Nicolescu moves to discharge his court-appointed counsel and proceed pro se on appeal. He further requests a 60-day extension of time to file a pro se principal brief.

Upon consideration, the current consolidated briefing schedule is hereby CANCELED, and briefing shall be held in abeyance pending a decision by this court on the motion to discharge counsel and proceed pro se. Nicolescu's appointed counsel, Kevin Schad, is directed to file a response to the motion to discharge no later than **September 8, 2023**. The motion to extend time to file a brief is DENIED AS MOOT.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

Deborah S. Hunt, Clerk